### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

### CIVIL NO. 9:16-CV-80693-DTKH

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | **:** | |
| **Movant** | **:** | |
| | **:** | |
| **v.** | **:** | **THIS IS A CAPITAL CASE** |
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | |

### MOVANT RICARDO SANCHEZ'S MOTION
### FOR LEAVE TO FILE UNDER SEAL HIS UNREDACTED MOTION
### PURSUANT TO 28 U.S.C. § 2255

Movant Ricardo Sanchez, through undersigned counsel, respectfully moves for permission to file under seal a complete, unredacted copy of his *Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255* pursuant to Local Rule of Civil Procedure 5.4. In support of this motion, Mr. Sanchez states the following.

1.      Movant Ricardo Sanchez is in the custody of the United States of America at the United States Penitentiary, Terre Haute, Indiana, under two sentences of death.

2.      Mr. Sanchez was convicted of first degree murder and related charges in this Court, and was sentenced to death on May 13, 2009.

3.      Mr. Sanchez's convictions and death sentences were affirmed by the Eleventh Circuit on October 2, 2013.  *United States v. Troya et al.*, 733 F.3d 1125 (11th Cir. 2013).  His timely filed Petition for Writ of Certiorari was denied on May 4, 2015. *Sanchez v. United States*, 135 S. Ct. 2048 (2015).

1

4.      In conjunction with this motion, Mr. Sanchez filed a redacted *Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255*, which challenges his convictions and sentences.

5.      Claim I of Mr. Sanchez's petition alleges that Mr. Sanchez's rights were violated because members of his jury provided dishonest, inaccurate, and/or incomplete information in their juror questionnaires and during voir dire and otherwise committed misconduct.  The factual basis of this claim includes personal information regarding several members of Mr. Sanchez's jury.  Due to the personal nature of this information, Mr. Sanchez has redacted the claim in full from his publicly filed petition.  Mr. Sanchez seeks to file under seal the attached, unredacted copy of Mr. Sanchez's § 2255 Motion in order to make the claim a part of the record.  Aside from the inclusion of the full text of Claim I, the proposed sealed filing is identical to the publicly filed Motion.

6.      In light of the sensitive nature of the information in Claim I, Mr. Sanchez submits sealing is appropriate.  Counsel for Mr. Sanchez's co-defendant, Daniel Troya, previously filed an *ex parte* sealed motion seeking permission to interview jurors in this case.  The Court denied the motion without prejudice to renewal with notice to the government.  Dkt. 1183.[1]  The Court further directed that any renewed motion should also be filed under seal.  Mr. Sanchez is making this filing under seal in light of the Court's previous Order.

7.      Pursuant to Local Rule of Civil Procedure 5.4(b)(1), Mr. Sanchez respectfully requests that this pleading remain sealed until one year following the Court's final judgment on Mr. Sanchez's § 2255 Motion.

---

[1] The Court subsequently ordered counsel for Mr. Troya to provide notice to undersigned counsel as well in the event they elected to refile the motion.  Dkt. 1188.

WHEREFORE, Movant Ricardo Sanchez respectfully requests that the Court permit him to file under seal the attached, unredacted copy of his § 2255 Motion.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
    for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

*Counsel for Ricardo Sanchez, Jr.*

Dated: May 3, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of May, 2016, I served the foregoing motion on the

following individuals by first-class United States Mail:


Diana Margarita Acosta
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, FL 34950
Phone: (772) 293-0981
Fax: (772) 466-1020
diana.acosta@usdoj.gov
Counsel for the United States


Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States


Evelio J. Yera
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Phone: (561) 209-1052
Fax: (561) 536-7214
e.j.yera@usdoj.gov
Counsel for the United States


/s/ Matthew C. Lawry
Matthew C. Lawry