## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CIVIL NO. 9:16-CV-80693-DTKH

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | **THIS IS A CAPITAL CASE** |
| | : | |
| **UNITED STATES OF AMERICA** | : | |

### ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of Movant Ricardo Sanchez's motion for leave to file unredacted motion pursuant to 28 U.S.C. § 2255 under seal, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

The Clerk shall maintain a copy of Mr. Sanchez's unredacted § 2255 motion under seal until one year following the Court's final judgment in this action.

BY THE COURT:

_____
Daniel T. K. Hurley
United States District Judge