**CASE NO:** *16-80693 cv-RNS*

# IMAGE REMOVED

# PURSUANT TO COURT ORDER
# DENYING MOTION TO SEAL
## per: Local Rule 5.4(C)

# DOCKET ENTRY
# NUMBER ____/0_____