IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL NO. 9:16-CV-80693-DTKH

| | | |
|---|---|---|
| RICARDO SANCHEZ, JR., | : | |
| Movant | : | |
| | : | |
| v. | : | THIS IS A CAPITAL CASE |
| | : | |
| UNITED STATES OF AMERICA | : | |

MOVANT RICARDO SANCHEZ'S MOTION
FOR LEAVE TO FILE CORRECTED MOTION
PURSUANT TO 28 U.S.C. § 2255

Movant Ricardo Sanchez, through undersigned counsel, respectfully moves for permission to file the attached *Corrected Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.* In support of this motion, Mr. Sanchez states the following.

1.      Movant Ricardo Sanchez is in the custody of the United States of America at the United States Penitentiary, Terre Haute, Indiana, under two sentences of death.

2.      Mr. Sanchez was convicted of first degree murder and related charges in this Court, and was sentenced to death on May 13, 2009.

3.      Mr. Sanchez's convictions and death sentences were affirmed by the Eleventh Circuit on October 2, 2013.  *United States v. Troya et al.*, 733 F.3d 1125 (11th Cir. 2013).  His timely filed Petition for Writ of Certiorari was denied on May 4, 2015. *Sanchez v. United States*, 135 S. Ct. 2048 (2015).

4.       Mr. Sanchez filed his *Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255* on May 3, 2016.

5.       As the result of an oversight, the petition was filed without a verification. Movant seeks leave to file the attached corrected Motion in order to rectify this oversight.

WHEREFORE, Movant Ricardo Sanchez respectfully requests that the Court permit him to file the attached, corrected § 2255 Motion.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
    for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

*Counsel for Ricardo Sanchez, Jr.*

Dated: May 4, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by

the Court's CM/ECF service on this 4th day of May, 2016, on the following individuals:


Diana Margarita Acosta
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, FL 34950
Phone: (772) 293-0981
Fax: (772) 466-1020
diana.acosta@usdoj.gov
Counsel for the United States


Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States


Evelio J. Yera
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Phone: (561) 209-1052
Fax: (561) 536-7214
e.j.yera@usdoj.gov
Counsel for the United States


/s/ Matthew C. Lawry
Matthew C. Lawry