**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-DTKH**

**RICARDO SANCHEZ, JR.,**                      :

    **Movant**                                       :

                                       :

    **v.**                                                :          **THIS IS A CAPITAL CASE**

                                         :

**UNITED STATES OF AMERICA**          :

**ORDER**

AND NOW, this _____ day of _____, 2016, upon consideration of

Movant Ricardo Sanchez's motion for leave to file a corrected motion pursuant to 28 U.S.C.

§ 2255, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____

Daniel T. K. Hurley
United States District Judge