United States District Court
for the
Southern District of Florida

Ricardo Sanchez, Jr.,                         )
                        Movant          )
                                              )
v.                                            )
                                              )   Civil Action No. 16-80693-Civ-Scola
                                              )
United States of America,               )
                        Respondent      )

### Order on Motion for Leave to File a Corrected Motion

This matter is before the Court upon the Movant's Motion for Leave to File a Corrected Motion. (Mot., ECF No. 6). The Court has carefully reviewed the entire record herein and is otherwise fully advised in the premises.

On May 3, 2016, the Movant filed a 28 U.S.C. §2255 motion to vacate, set aside, or correct his federal death sentence. (Mot., ECF No. 1). Pursuant to Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings in the United States District Courts, the motion must "be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant." The §2255 motion filed May 3, 2016, was not signed under penalty of perjury. On May 4, 2016, the Movant filed the instant motion and attached an amended §2255 motion with the proper certification. (Mot., ECF No. 6).

Under Rule 12 of the Rules Governing § 2255 Proceedings, a district court may apply the Federal Rules of Civil Procedure in a lawful manner not inconsistent with the Rules Governing § 2255 Proceedings. Fed.R.Civ. 15(a) permits a party to amend his pleading once "as a matter of course at any time before a responsive pleading is served," and instructs that even following service of a responsive pleading, leave of court to amend "shall be freely given when justice so requires." Fed.R.Civ.P. 15(a). The omission of the Rule 2(b) signature under penalty of perjury is a readily curable defect. See *Mederos v. United States*, 218 F.3d 1252 (11th Cir. 2000). The Movant has timely remedied the defect. The Government has not filed its response.

It is **ordered and adjudged** as follows:

1. The Movant, Ricardo Sanchez's Motion for Leave to File a Corrected Motion (Mot., ECF No. 6) is **GRANTED**.

2. The amended pleading shall be filed separately in accordance with Local Rule 15.1. and Section 3I(1) of the CM/ECF Administrative Procedures.

**Done and ordered**, at Miami, Florida, on May 20, 2016.

 

 

Robert N. Scola, Jr.
United States District Judge