United States District Court
for the
Southern District of Florida

Ricardo Sanchez, Jr.,                        )
                        Movant             )
                                                     )
v.                                                  )
                                                     )   Civil Action No. 16-80693-Civ-Scola
United States of America,               )
                        Respondent       )

## Order on Motion for Leave to File Under Seal

This matter is before the Court upon the Movant's Motion for Leave to File under Seal his Unredacted Motion Pursuant to 28 U.S.C. §2255. (Mot., ECF No. 3).  The Court has carefully reviewed the entire record herein and is otherwise fully advised in the premises.

On May 3, 2016, the Movant filed a 28 U.S.C. §2255 motion to vacate, set aside, or correct his federal death sentence. ("the §2255 motion"). (Mot., ECF No. 1). The §2255 motion was filed with nine pages redacted. The redactions were the factual allegations supporting Claim I: Juror Misconduct. The Movant alleged that certain members of the jury and certain alternate jurors provided "dishonest, inaccurate, and/or incomplete information in their juror questionnaires and voir dire and otherwise committed misconduct." (Mot., ECF No. 1 at 12-21). On the same day, the Movant filed a motion to seal (Mot., ECF No. 3) and a sealed unredacted version of the §2255 motion. (Mot., ECF No. 4). In the sealed unredacted motion filed with the Court, the Movant lists the names of jurors alleged of misconduct and certain of their family members who had previously been accused or convicted of criminal charges.

Proceedings in the United States District Court are public and Court filings are matters of public record.  As the factual information that the Movant has filed under seal is information available in the public domain, the Court does not find that an unredacted version of the §2255 motion (Mot., ECF No. 4) should be sealed from public view.

It is **ordered and adjudged** as follows:

1. The Movant, Ricardo Sanchez's Motion for Leave to File Under Seal his Unredacted Motion Pursuant to 28 U.S.C. §2255 (Mot., ECF No. 3) is **DENIED**.

2. Pursuant to Local Rule 5.4(e), if the Court denies the motion to seal, the proposed sealed filing shall not be public and shall be deleted from the docket by the Clerk's Office. The sealed documents should be returned to the Movant's counsel.

3. The Movant is instructed to re-file his pleading unredacted and unsealed.

4. Should the Movant file documents in support of the §2255 motion, he is to redact **all** personally identifiable information which can be used to distinguish or trace an individual's identity, including but not limited to, dates of birth, places of birth, private health information, and social security numbers.

**Done and ordered**, at Miami, Florida, on May 20, 2016.

_____
Robert N. Scola, Jr.
United States District Judge