UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-SCOLA
06-80171-CR-HURLEY

RICARDO SANCHEZ, JR.,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent,

_____/

NOTICE OF APPEARANCE

    The undersigned attorney files his Notice of Appearance on behalf of the United States of America, in the above-captioned case.

    Please send all notices and inquiries to this attorney at the address listed below.

              Respectfully submitted,

              WIFREDO A. FERRER
              UNITED STATES ATTORNEY

By: *s/ Stephen Carlton*
     STEPHEN CARLTON
     ASSISTANT UNITED STATES ATTORNEY
     Admin No. A5500011
     500 South Australian Avenue, Suite 400
     West Palm Beach, FL   33401
     Phone: (561) 209-1053
     (561) 659-4526 (FAX)
     Stephen.Carlton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served today upon those counsel and/or parties who are not authorized to receive the electronic Notices of Electronic Filing as noted on the attached service list.

By: *s/Stephen Carlton*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY

<u>**SERVICE LIST**</u>

**Ricardo Sanchez, Jr. v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

Stephen Carlton
Assistant U.S. Attorney
Stephen.Carlton@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
**Attorney for United States**
[Service via CM/ECF]

Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
    for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: 215-928-0520
Fax: 215-928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org
**Attorneys for Ricardo Sanchez, Jr.**
 [Service via CM/ECFl]

3