## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CIVIL NO. 9:16-CV-80693-DTKH

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | **:** | |
| **Movant** | **:** | |
| | **:** | |
| **v.** | **:** | **THIS IS A CAPITAL CASE** |
| | **:** | |
| **UNITED STATES OF AMERICA** | **:** | |

### MOVANT RICARDO SANCHEZ'S NOTICE
### OF FILING UNREDACTED MOTION
### PURSUANT TO 28 U.S.C. § 2255

Movant Ricardo Sanchez, through undersigned counsel, hereby provides notice of filing

the attached unredacted and unsealed motion to vacate, set aside or correct his sentence, in

compliance with this Court's Order of May 20, 2016.

Respectfully submitted,


/s/ Matthew C. Lawry
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
    for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

*Counsel for Ricardo Sanchez, Jr.*

Dated: May 23, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by

the Court's CM/ECF service on this 23d day of May, 2016, on the following individuals:

Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States


/s/ Matthew C. Lawry
Matthew C. Lawry