**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-RNS**

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | **THIS IS A CAPITAL CASE** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

**MOTION FOR PERMISSION TO FILE OVERLENGTH DISCOVERY MOTION AND**
**CONSOLIDATED MEMORANDUM OF LAW**

Ricardo Sanchez, through counsel, respectfully moves this Court for permission to file a

discovery motion not in excess of 18 pages.  Undersigned counsel have conferred with counsel

for the government and is advised the government tales no position on this motion.  In support of

this motion, Mr. Sanchez states:

1.      Pursuant to the Court's May 23, 2016 Order Requiring Discovery and Scheduling

Conference, discovery motions in this case are to comply with a shortened page limitation of ten

pages.  ECF No. 12 at 2.  The Court's May 23 Order also set forth and expedited briefing

schedule for discovery motions.  *Id.*  The Court subsequently issued a Scheduling Order on July

14, 2016, which altered the discovery motion briefing schedule but did not otherwise alter the

discovery motion procedure set forth in the May 23 Order.  ECF No. 21.

2.      Pursuant to the Scheduling Order and this Court's Rules, Mr. Sanchez is attaching his

proposed discovery motion and attachments thereto to the instant motion.  Mr. Sanchez's

discovery motion is 18 pages in length, which exceeds the limit set in the Court's May 23 Order.

3.      Undersigned counsel have made every effort to author the discovery motion in as concise a manner as possible.  Undersigned counsel have nonetheless not been able to compose a professionally appropriate discovery motion that comports with the shortened briefing requirements of the Court's May 23 Order.  As the Court has noted, this is a very complex case.  ECF No. 21 at 1.  Moreover, because this is a federal habeas proceeding, Mr. Sanchez is required to demonstrate good cause for his requests.  *See* ECF No. 12 at 1 (citing Rule 6(a), Rules Governing Section 2255 Proceedings in the United States District Courts).  Such a requirement does not exist in ordinary civil litigation.  Mr. Sanchez has attempted to provide sufficient detail and analysis in his motion to satisfy the good cause requirement while simultaneously keeping the motion as concise as possible.

4.      Undersigned counsel have conferred with counsel for Respondent, who have indicated that they take no position on this motion.

WHEREFORE, for the foregoing reasons, Mr. Sanchez respectfully requests that he be permitted to file the attached overlength discovery motion.

Respectfully submitted,

/s/ Aren Adjoian
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.

Dated: September 12, 2016

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by

the Court's CM/ECF service on this 12th day of September, 2016, on the following individuals:


Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States

Brandy Galler
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
brandy.galler@usdoj.gov
Counsel for the United States


/s/ Aren Adjoian
Aren Adjoian