**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-RNS**

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | **:** | |
| **Movant** | **:** | |
| | **:** | |
| **v.** | **:** | **THIS IS A CAPITAL CASE** |
| | **:** | |
| **UNITED STATES OF AMERICA,** | **:** | |
| **Respondent** | **:** | |

**ORDER**

AND NOW, this ____ day of _____, 2016, upon consideration of

Movant Ricardo Sanchez's motion for permission to file overlength discovery motion, and for

good cause shown, it is hereby ORDERED that the motion is GRANTED.  Movant Sanchez's

discovery motion shall be accepted for filing.

BY THE COURT:

_____

Robert N. Scola, Jr.
United States District Judge