UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80693-CIV-SCOLA
(CASE NO. 06-80171-CR-HURLEY)

RICARDO SANCHEZ, JR.,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.

_____/

**UNITED STATES' EMERGENCY MOTION FOR A 5 DAY EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSE TO MOVANT RICARDO SANCHEZ JR'S 28 U.S.C. § 2255 PETITION AND ANCILLARY MOTIONS**

The United States files this motion for an extension of time within which to file its response to Movant Ricardo Sanchez, Jr.'s 28 U.S.C. § 2255 Petition, Sanchez's Motion for Permission to File Over-length Discovery Motion and Consolidated Memorandum of Law and Sanchez's Motion for Leave to Interview Jurors and Consolidated Memorandum of Law,[1] and in support thereof states:

1.    This memorandum relates to unanticipated emergency weather conditions premised on the approach of Hurricane Matthew.  The government respectfully notes that if its prior motion to extension (seeking a 33-day extension) is granted, this motion will become moot.

2.    As of the time of submitting this Emergency Motion, (i.e., prior to 2:00 p.m. advisory of National Hurricane Center, October 4, 2016), Palm Beach County, Florida had been placed under a hurricane watch, signifying the possibility of hurricane-force winds affecting the area within the next 48 hours.

3.    All Floridians are mindful of the devastation and property damage wrought in recent memory by Hurricanes Andrew, Frances, Jeanne and Wilma, which affected counties in southeast Florida. As the Court is undoubtedly aware, hurricane preparation involves protecting the most valuable asset most persons own,

---

[1]  Exh. A, Copy of Hurricane Watch Notice.

their home. Attorney and clerical staff in the West Palm Beach, Florida office live throughout the county, and even in adjoining counties also impacted by this hurricane watch.

4.      The immediate need to focus on hurricane preparedness, i.e., boarding up homes, and securing property, takes time. Unfortunately, this time devoted to the unforeseen tasks just described above necessarily will prevent the government personnel from work on finishing and finalizing the myriad tasks involved in filing responses here.  The United States seeks an additional five (5) days beyond the current October 12, 2016 deadline due to an unforeseen weather emergency.  This relief will become moot if the Court grants the previously-requested 33-day extension.  Defense counsel has been contacted concerning the requested relief, and they do not object.

WHEREFORE the United States respectfully requests that this Court grant its motion and allow an additional 5ays, through and including October 17, 2016, within which to complete the United States' responses.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:      /s Stephen Carlton
         STEPHEN CARLTON
         ASSISTANT UNITED STATES ATTORNEY
         500 S. Australian Ave., Suite 400
         West Palm Beach, Florida 33401-6235
         Admin. No. A5500011
         Tel. (561) 209-1053
         Telefax (561) 659-4526
         E-mail: Stephen.Carlton@USDOJ.GOV
         *Attorney for the United States*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4,  2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
Stephen Carlton
Assistant United States Attorney