JOBS (HTTP://WWW.PALMBEACHPOST.COM/S/JOBS/)        CLASSIFIED (HTTP://WWW.PALMBEACHPOST.COM/S/CLASSIFIEDS/)
(HTTP://WWW.MYPALMBEACHPOST.COM/)     LOCAL (HTTP://WWW.MYPALMBEACHPOST.COM/S/NEWS/LOCAL/)
HELP (HTTP://WWW.MYPALMBEACHPOST.COM/SERVICES/PRODUCTS/)
(http://www.mypalmbeachpost.com/BEACHPOST.COM/WEATHER/?ICMP=MYPALMBEACHPOST_INTERNALLINK_WEATHER_UPPERLEFT)
U.S./WORLD (HTTP://WWW.MYPALMBEACHPOST.COM/S/NATION-WORLD/)   EXCLUSIVES (HTTP://WWW.MYPALMBEACHPOST.COM/S/EXCLUSIVES/)
(HTTP://WWW.PALMBEACHPOST.COM/TRAFFIC/)

WEATHER (HTTP://WEATHERPLUS.BLOG.MYPALMBEACHPOST.COM/)   SPORTS       (HTTP://WWW.MYPALMBEACHPOST.COM/S/SPORTS/)

TRAVEL (HTTP://WWW.MYPALMBEACHPOST.COM/S/TRAVEL/)   FOOD   (HTTP://WWW.MYPALMBEACHPOST.COM/S/FOOD/)

EPAPER (HTTPS://MYACCOUNT.PALMBEACHPOST.COM/ACCESS.ASPX?PRODUCT=EEDITIONPBPDESKTOP)                    LOG IN

SUBSCRIBE (HTTP://SUBSCRIBE.PALMBEACHPOST.COM/SUBSCRIPTIONS/)

# WeatherPlus (http://weatherpl...

News and notes from The Palm Beach Post's weather reporter, Kim M...

(http://weatherplus.blog.mypalmbeachpost.com/)

# Hurricane watch issued for Palm Beach County and Treasure Coast

October 4, 2016

**Update 11 a.m.:** A Hurricane watch has been issued for coastal Palm Beach County and inland areas including Wellington, Belle Glade and Pahokee.

That means hurricane conditions are expected in 48 hours.

The National Hurricane Center issued the watch at its 11 a.m. advisory for areas between Deerfield Beach to the Volusia and Brevard County line. That includes coastal areas of Martin, St. Lucie and Indian River counties.



(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/capture17.jpg)

A tropical storm watch has been issued for coastal Miami-Dade County and parts of Broward County from Seven Mile Bridge to Deerfield Beach.

National Hurricane Center spokesman Dennis Feltgen recommends putting up your hurricane shutters when a hurricane watch is issued for your area.

A hurricane watch means that hurricane conditions are expected to begin in 48 hours. A hurricane warning is when hurricane conditions are expected in 36 hours.

Hurricane Matthew, which made landfall at 7 a.m. in Haiti as a powerful Category 4 storm, is expected to maintain major hurricane strength as it turns to the northwest toward Florida.

According to the 11 a.m. advisory, the storm's center will be off the coast of South Florida early Thursday morning. The storm was located about 35 miles north-northeast of Tiburon Haiti and about 90 miles south of the eastern tip of Cuba. It is moving north at 10 mph.



(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/capture16.jpg)

Hurricane Matthew, which remains a Category 4 storm and again fluctuated in speeds overnight growing to 145 mph, is expected to begin affecting South Florida late Wednesday and be off the coast of Palm Beach County Thursday night.

Matthew made landfall near Les Anglais in western Haiti at 7 a.m., according to the National Hurricane Center.

As of the 8 a.m. advisory, Matthew's cone includes a huge swath of the Florida Peninsula from Miami to west of Lake Okeechobee and through into Georgia.



(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/capture11.jpg)

Matthew is expected to weaken to a Category 3 storm with 120 mph winds as it travels through the Bahamas, but should maintain that strength through at least Friday, according to the National Hurricane Center.

**Check The Palm Beach Post's interactive storm tracking map.**
(http://www.palmbeachpost.com/weather/storm/map/)

Hurricane warnings are in effect for all of the Bahamas. Storm surge as high as 15 feet is expected in areas of the island nation as Matthew moves through beginning early Wednesday.

National Hurricane Center forecasters said tropical storm and/or hurricane watches are likely across portions of Florida this morning.

my (HTTP://WWW.MYPALMBEACHPOST.COM/)   LOCAL (HTTP://WWW.MYPALMBEACHPOST.COM/S/NEWS/LOCAL/)

U.S./WORLD (HTTP://WWW.MYPALMBEACHPOST.COM/S/NATION-WORLD/)   EXCLUSIVES (HTTP://WWW.MYPALMBEACHPOST.COM/S/EXCLUSIVES/)

WEATHER (HTTP://WEATHERPLUS.BLOG.MYPALMBEACHPOST.COM/)   SPORTS (HTTP://WWW.MYPALMBEACHPOST.COM/S/SPORTS/)

TRAVEL (HTTP://WWW.MYPALMBEACHPOST.COM/S/TRAVEL/)   FOOD (HTTP://WWW.MYPALMBEACHPOST.COM/S/FOOD/)

EPAPER (HTTPS://MYACCOUNT.PALMBEACHPOST.COM/ACCESS.ASPX?RETURL=HTTP%3A%2F%2FPBPDESKTOP)                    LOG IN

SUBSCRIBE (HTTPS://SUBSCRIBE.PALMBEACHPOST.COM/SUBSCRIPTIONPANEL)



(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/capture14.jpg)

Coastal Palm Beach County now has an up to 80 percent chance of feeling tropical storm force winds and a 20 to 30 percent chance of feeling hurricane-force winds.

National Weather Service forecasters in Miami said the biggest threat from Matthew is expected Wednesday night through early Saturday, with Thursday through Friday seeing the brunt of the impacts.



(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/vis_lalo-animated.gif)

"Dangerous and life-threatening beach conditions likely for all Atlantic beaches beginning late Wednesday and heading into this weekend," Miami forecasters said in this morning's discussion.

**Everything you need to know about hurricane preparation is in The Palm Beach Post's storm guide.**
(http://tablet.olivesoftware.com/Olive/Tablet/PBPHurricaneGuide/)

National Hurricane Center spokesman Dennis Feltgen said, in general, people do not need to put hurricane shutters up until they are under a hurricane watch.

A tropical storm or hurricane watch means storm conditions are possible within the watch area in 48 hours. A warning means storm conditions are expected in 36 hours.

my          (HTTP://WWW.MYPALMBEACHPOST.COM/)          LOCAL (HTTP://WWW.MYPALMBEACHPOST.COM/S/NEWS/LOCAL/)

U.S./WORLD (HTTP://WWW.MYPALMBEACHPOST.COM/S/NATION-WORLD/)    EXCLUSIVES (HTTP://WWW.MYPALMBEACHPOST.COM/S/EXCLUSIVES/)

"Folks right now should be checking their supplies," Feltgen said.

WEATHER (HTTP://WEATHERPLUS.BLOG.MYPALMBEACHPOST.COM/)    SPORTS (HTTP://WWW.MYPALMBEACHPOST.COM/S/SPORTS/)

TRAVEL (HTTP://WWW.MYPALMBEACHPOST.COM/S/TRAVEL/)    FOOD (HTTP://WWW.MYPALMBEACHPOST.COM/S/FOOD/)

EPAPER (HTTPS://MYACCOUNT.PALMBEACHPOST.COM/ACCESS.ASPX?PRODUCT=EEDITION&RECT=99/GOP)          LOG IN

SUBSCRIBE (HTTPS://SUBSCRIBE.PALMBEACHPOST.COM/SUBSCRIPTIONPANEL)

(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/145747-1.gif)

(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/145747.gif)

Still, forecasters wrote at the 11 p.m. advisory that "direct hurricane impacts are possible in Florida later this week."

As of the 5 a.m. advisory, Matthew was 200 miles southwest of Cap Haitien, Haiti and about 165 miles south of the eastern tip of Cuba. Maximum sustained winds were 145 mph and it was moving north at 9 mph.



my      (HTTP://WWW.MYPALMBEACHPOST.COM/)    LOCAL (HTTP://WWW.MYPALMBEACHPOST.COM/S/NEWS/LOCAL/)

U.S./WORLD (HTTP://WWW.MYPALMBEACHPOST.COM/S/NATION-WORLD/)    EXCLUSIVES (HTTP://WWW.MYPALMBEACHPOST.COM/S/EXCLUSIVES/)

WEATHER (HTTP://WEATHERPLUS.BLOG.MYPALMBEACHPOST.COM/)    SPORTS (HTTP://WWW.MYPALMBEACHPOST.COM/S/SPORTS/)



(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/storm_14.gif)

TRAVEL (HTTP://WWW.MYPALMBEACHPOST.COM/S/TRAVEL/)    FOOD (HTTP://WWW.MYPALMBEACHPOST.COM/S/FOOD/)

Dan Kottlowski, a hurricane expert with the Pennsylvania-based AccuWeather, was less bullish Monday that Matthew would make a direct Florida landfall. And because the worst of a hurricane's bluster is on its northeast corner, he believes South Florida could be spared significant damage.

**Download the Palm Beach Post WeatherPlus app here.** (http://www.palmbeachpost.com/mobile_services/weather/)

"I would not be shocked if you were placed under a tropical storm watch at some point in the next 24 hours," Kottlowski said. "But keep in mind there is nothing to indicate this thing will come right over Florida. It's the western fringes that will have the impact."

(https://cmgpbpeyeonthestorm.files.wordpress.com/2016/10/capture13.jpg)

While Florida anxiously watches Matthew, which Colorado State University storm expert Phil Klotzbach said is the longest-lived Cat 4-5 hurricane in the eastern Caribbean on record, it is thrashing Haiti with rains of up to 40 inches possible in some isolated areas.

Hurricane center forecasters warned of life-threatening mud slides on the tree-stripped island that still has thousands of people living in makeshift shelters after the 2010 earthquake.



**DaBuh**
@DaDaBuh                                          Follow

MIND YOU IMAGE IS 15 MINUTES BEHIND REAL-TIME
LANDFALL NOW OCCURRING ON HAITI WAITING FOR

my          (HTTP://WWW.MYPALMBEACHPOST.COM/)   LOCAL (HTTP://WWW.MYPALMBEACHPOST.COM/S/NEWS/LOCAL/)

U.S./WORLD (HTTP://WWW.MYPALMBEACHPOST.COM/S/NATION-WORLD/)   EXCLUSIVES (HTTP://WWW.MYPALMBEACHPOST.COM/S/EXCLUSIVES/)

WEATHER (HTTP://WEATHERPLUS.BLOG.MYPALMBEACHPOST.COM/)   SPORTS (HTTP://WWW.MYPALMBEACHPOST.COM/S/SPORTS/)

TRAVEL (HTTP://WWW.MYPALMBEACHPOST.COM/S/TRAVEL/)   FOOD (HTTP://WWW.MYPALMBEACHPOST.COM/S/FOOD/)

EPAPER (HTTPS://MYACCOUNT.PALMBEACHPOST.COM/ACCESS.ASPX?PRODUCT=EEDITIONPBPDESKTOP)                    LOG IN

SUBSCRIBE (HTTPS://SUBSCRIBE.PALMBEACHPOST.COM/SUBSCRIPTIONPANEL)

Jeff Masters, Weather Underground co-founder, noted that Haiti has not seen a direct hit from a major hurricane since 1979's David, and that it doesn't take a monster storm to wreak devastation on the impoverished island nation.

Hurricane Jeanne in 2004 passed just north of the country as a tropical storm, yet dumped 13 inches of rain that resulted in floods killing 3,000 people, according to Masters.

"Back in 1980, Haiti still had 25 percent of its forests, allowing the nation to withstand heavy rain events like 1987's Category 3 Hurricane Emily, without loss of life," Masters wrote in his blog Monday. "But as of 2004, only 1.4 percent of Haiti's forests remained."



**Jim Cantore**
@JimCantore                    Follow

Reality in the 5am advisory. If this model trend continues expect Hurricane Watches for #Florida later today per NHC advisory

4:58 AM - 4 Oct 2016

117          85



**Philip Klotzbach**
@philklotzbach                    Follow

Hurricane #Matthew's MSLP down to 934 mb - only 5 Atl hurricanes in October since 1980 have been deeper (Joan, Opal, Mitch, Wilma & Joaquin)

9:04 PM - 3 Oct 2016 · Walnut Creek, CA, United States

249          175