## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CIVIL NO. 9:16-CV-80693-RNS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **THIS IS A CAPITAL CASE** |
| | : | |
| | : | |
| RICARDO SANCHEZ, JR | : | |
| | : | |

## APPENDIX IN SUPPORT OF MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND IN SUPPORT OF MOTION TO RECONSIDER ORDER DISMISSING CLAIMS

**Matthew C. Lawry**
**Aren Adjoian**
Federal Community Defender Office
 for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

*Counsel for Ricardo Sanchez, Jr.*

Dated:  October 19, 2016