**INDEX TO APPENDIX**

**Documents**

1.   Email from Anna Pineda, Advocate Program, re: David Sollenberger ................ A-000001

2.   Records of Jurors and their Family Members re: Claim I .................................... A-000002

3.   Bethesda Memorial Hospital Records on Ricardo Sanchez, Jr. and Juana Sanchez…………………….. ................................................................................. A-000233

4.   Palm Beach Non Crime Offense Report, Ricardo Sanchez, Jr. ........................... A-000329

5.   Ricardo Sanchez, Jr. Education Records ............................................................. A-000331

6.   Ricardo Sanchez, Sr. Arrest Record, 09/18/1980 ............................................... A-000513

7.   Declaration of Aurelio Sanchez Sotelo - Spanish ............................................... A-000541

8.   Declaration of Aurelio Sanchez Sotelo - English ............................................... A-000549

9.   Declaration of Benito Rodriguez ........................................................................ A-000556

10.   Sandra Castro Declaration Certifying Aurelio Sanchez Sotelo Translation ......... A-000557

11.   Sandra Castro Declaration Certifying Elsa Hernandez Translation ..................... A-000558

12.   Sandra Castro Declaration Certifying Juana Maria Sanchez Translation ............. A-000559

13.   Sandra Castro Declaration Certifying Maria De La Luz Betancourt Jimenez Translation ........................................................................................................... A-000561

14.   Declaration of Elsa Hernandez - Spanish ........................................................... A-000563

15.   Declaration of Elsa Hernandez - English ............................................................ A-000569

16.   Declaration of Ezequiel Sanchez ....................................................................... A-000575

17.   Declaration of Juana Maria Sanchez- Spanish .................................................... A-000578

18.   Declaration of Juana Maria Sanchez- English .................................................... A-000591

19.   Declaration of Frances Lenore Wolfe ................................................................. A-000604

20.   Declaration of Jamie M. Matos .......................................................................... A-000608

21.   Declaration of Janice Coe .................................................................................. A-000612

22.   Declaration of Jason Vazquez ............................................................................ A-000620

23.   Declaration of Juan Gutierrez ............................................................................ A-000622

24.   Declaration of Jeffrey Silverman ....................................................................... A-000625

25.  Declaration of Juan Antonio Jimenez ................................................................. A-000629

26.  Declaration of Kenny Velasquez ........................................................................ A-000631

27.  Declaration of Linda Velasquez.......................................................................... A-000634

28.  Declaration of Lucy Jimenez Sanchez ............................................................... A-000637

29.  Declaration of Maria De La Luz Betancourt Jimenez - Spanish ......................... A-000639

30.  Declaration of Maria De La Luz Betancourt Jimenez - English........................... A-000643

31.  Declaration of Martin Sanchez, 05/16/2016 ...................................................... A-000647

32.  Declaration of Martin Sanchez, 08/10/2016 ...................................................... A-000652

33.  Declaration of Michelle Sembric ........................................................................ A-000657

34.  Declaration of Mayra Garcia ............................................................................. A-000660

35.  Declaration of Nydia Sanchez ........................................................................... A-000663

36.  Declaration of Patricia Replogle........................................................................ A-000669

37.  Declaration of Rachel Ramos ............................................................................ A-000673

38.  Declaration of Rosa A. Ponce............................................................................ A-000678

39.  Declaration of Wanda Lee ................................................................................. A-000683

40.  Declaration of Yolanda Vazquez........................................................................ A-000687

41.  Declaration of Dr. Louis Kraus.......................................................................... A-000689

42.  Declaration of Dr. David Fowler ....................................................................... A-000714

43.  Declaration of Jeff Fischbach ............................................................................ A-000726

44.  Declaration of Dr. Francis Crosby ..................................................................... A-000731

45.  Declaration of James Gannalo ........................................................................... A-000739

46.  Declaration of Dr. Joette James ......................................................................... A-000747

47.  Declaration of Dr. Kevin McGrew ..................................................................... A-000777

48.  Mario Davis Emails .......................................................................................... A-000821

49.  Letter to Counsel re: Medical Examiner 11/21/2008........................................... A-000823

50.  Letter to Counsel re: Medical Examiner 01/13/2009........................................... A-000825

51.  Luis Damian Escobedo Autopsy......................................................................... A-000826

52.   Yessica Escobedo Autopsy ................................................................................. A-000834

53.   Luis Julian Escobedo Autopsy ........................................................................... A-000846

54.   Jose Escobedo Autopsy ...................................................................................... A-000855

55.   Phillip Perez Handwritten Notes ........................................................................ A-000865

56.   Report on Operation of the Jury Selection Plan, AO12 ...................................... A-000866

57.   Census Data for Palm Beach County, FL ............................................................ A-000868

58.   Probable Cause Affidavit, 09/22/1980 ................................................................ A-000872

59.   Haverhill Investigation Excerpt ......................................................................... A-000875

60.   Ricardo Sanchez Sr. Comprehensive Criminal Records ...................................... A-000896

61.   Ricardo Sanchez Sr. Criminal Records ............................................................... A-001069

62.   Federal Court Interpreter Orientation Manual .................................................... A-001075

63.   Guide to Judiciary Policy on Court Interpreting ................................................. A-001137

64.   Model Judges Bench Book on Court Interpreting ............................................... A-001177

65.   Standards for Performance Interpreters .............................................................. A-001229

66.   Efrain Sanchez Psychological Records ............................................................... A-001231

67.   Divosta Homes Records on Ricardo Sanchez, Jr. ............................................... A-001509

68.   Dr. Brannon Psychological Evaluation of Ricardo Sanchez, Jr. .......................... A-001561

69.   Newspaper Articles re: Botched Executions ....................................................... A-001566

70.   ACLU Report, A Death Before Dying, 07/2013 ................................................. A-001580

71.   Letter to Harley Lappin, from ACLU National Prison Project, 10/15/2008 ........ A-001594