From:       Anna Pineda <AnnaP@advocateprogram.org>
To:         'Stacie Brown' <Stacie_Brown@fd.org>
Date:       09/09/2016 04:09 PM
Subject:    RE: Records request

Good afternoon Ms. Brown,

Mr. Sollenberger was supervised by the Advocate Program for the pretrial diversion
program for case #M08-74126.  He was referred on 1/27/2009 and completed 25 community
service hours, completed a drug and alcohol course, and paid all fees.  His case was
subsequently nolle prossed for completing the program.

Please let m e know if you need any other information.

Sincerely,

Anna M. Pineda
Community Corrections Program Manager
Advocate Program Inc.
1399 NW 17th Ave 2nd Floor
Miami, FL  33125
(305) 704-0112
Fax (305) 649-8419

-----Original Message-----
From: Stacie Brown [mailto:Stacie_Brown@fd.org]
Sent: Friday, September 09, 2016 2:12 PM
To: Anna Pineda
Subject: RE: Records request

Dear Ms. Pineda,

Good Afternoon,I am trying to confirm that a person attended a deferred prosecution
program for drugs at the Advocate Program in late 2008 or early 2009. Is that
possible? The person is: David Andrew Sollenberger, date of
birth: ███ 1986.

Also, could you let me know where and to whom to send a subpoena if that is necessary.

Thank you for your time. Feel free to contact me by phone or e-mail for further
information.

All the best,

Stacie Brown
Investigator
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania Suite 545 West-Curtis Building
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520

# SUPERIOR COURT OF NEW JERSEY
## MERCER VICINAGE

Sue Regan
Trial Court Administrator


New Jersey Courts
Independence · Integrity · Fairness · Quality Service

Phone: (609) 571-4104
Fax: (609) 571-4150

Janet VanFossen
Criminal Division Manager

Mercer County Courthouse
P.O. Box 8068
Trenton, NJ 08650-0068

December 18, 2015

Mercer County Superior Criminal Courthouse
400 South Warren St.
Trenton, NJ 08650-0068
Mercer/P.O. Box 8068

**ATT**: Amy Evans

**RE:**   Diane Gooch (SCJ-96-08-0028-S)

Mr. Rodriguez,

Enclosed please find the CERTIFIED copies for the above referenced matter. Should you have
further questions, please call our office at (609)571-4117. You may request copies of records by
faxing your request to fax (609)571-4161.

Thank you,

Criminal Case Management, Records Unit

The information in this letter and attachments is confidential and may be legally privileged and protected under State and/or Federal Laws. It is
intended solely for the addressee. Access to this information by anyone else is unauthorized.
If you believe that you have received this mail in error, please contact the sender or call 609-751-4074.

A-001

A-000002

## KAREN BARE

| | |
|---|---|
| **From:** | Amy Evans <Amy_Evans@fd.org> |
| **Sent:** | Tuesday, December 15, 2015 4:30 PM |
| **To:** | KAREN BARE |
| **Cc:** | Todd Doss; Barbara Kowal; Sharon Mercer |
| **Subject:** | Mercer County - New Jersey - Request for Records |
| **Attachments:** | 1996 - Case List - NJ Courts Public Access - Complaint.pdf; 1996 - Case List - NJ Courts Public Access - Indictment 2.pdf; 1996 - Case List - NJ Courts Public Access - Indictment.pdf; 1996 - Case List - NJ Courts Public Access - Sentence.pdf; pic14629.gif |

Ms. Bare, (See attached file: 1996 - Case List - NJ Courts Public Access - Complaint.pdf)(See attached file: 1996 - Case List - NJ Courts Public Access - Indictment 2.pdf)(See attached file: 1996 - Case List - NJ Courts Public Access - Indictment.pdf)(See attached file: 1996 - Case List - NJ Courts Public Access - Sentence.pdf)

Please allow this correspondence to serve as a request for certified copies of records for the following:

Diane Gooch      | 12/13/1996      | Case no. 96000601 | Official misconduct | We need the
DOB: ███/1946   |                  |               |          | complaint,
SSN: ███-4359   |                  |               |          | indictment, plea's
                 |                  |               | entered, judgment /
                 |                  |               | sentencing



Since we are a government agency, our office is not permitted to pay in advance for service rendered until we are in receipt of the requested documentation. However, upon receipt of an estimate (please include your tax ID #), our office can prepare a purchase order which guarantees payment upon receipt of the requested records and your final invoice. Our agency does not have a business / bank account. Payments for services rendered are paid through the United States Treasury.

I have attached the records obtained online to use as a reference in your search. Thank you for your courtesy and cooperation. Should you have any questions or wish to discuss, please do not hesitate to contact me.

Amy Evans
Paralegal
Office of the Federal Defender
Middle District of Florida
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
Amy_evans@fd.org
Office: (407)480-5144
Direct: (407)648-6760 x 1152
(Embedded image moved to file: pic14629.gif)

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering

1

A-002

# SUPERIOR COURT
## OF
## NEW JERSEY

## COUNTY OF MERCER

I, Karl Gondenbaum, Acting Deputy Clerk of Superior Court of New Jersey, the same being a court of record, do hereby certify that the foregoing are true and exact copies of documents of record

### IN RE:

**STATE OF NEW JERSEY**
**vs.**
**Shawn Custis**
**DOB:** ███ /46, SBI: 157562C

**Indictment no. (SCJ-96-08-0028-S)**

Herein set forth as the same remains of record and on file in this same office.

I HEREBY CERTIFY THE FOREGOING
TO BE A TRUE COPY

By: _____
ACTING DEPUTY CLERK, CRIMINAL PART

A-003

A-000004

| State of New Jersey | New Jersey Superior Court<br>Law Division - Criminal |
|---|---|
| **V.**<br>DIANE JOY (SCHIPSKI) GOOCH<br>DEFENDANT<br>~~Security Commons Number~~ | XX☒ JUDGMENT OF CONVICTION<br>☐ CHANGE OF JUDGMENT |
| DATE OF BIRTH ▮▮▮/46   SBI NU ▮▮▮ | ☐ ORDER FOR COMMITMENT |
| DATE OF ARREST 09/15/95   DATE INDICTMENT/ ACCUSATION FILED 06/20/96 | ☐ INDICTMENT / ACCUSATION DISMISSED |
| DATE OF ORIGINAL PLEA UNKNOWN   ORIGINAL PLEA ☐ NOT GUILTY ☐ GUILTY | ☐ JUDGMENT OF ACQUITTAL |

**ADJUDICATION BY**

XX☒ GUILTY PLEA   DATE: 10/15/96   ☐ NON-JURY TRIAL   DATE:

☐ JURY TRIAL   DATE:   ☐ Deferment/Acquired   DATE:

**ORIGINAL CHARGES**

| IND / ACC NO. | COUNT | DESCRIPTION | DEGREE | STATUTE |
|---|---|---|---|---|
| SGJ-96-08-0028-S<br>(96000601) | 1 | Conspiracy | 2nd | |
| | 2 | Official Misconduct | 2nd | |
| | 3 | Tampering with Public Records | 3rd | |

**FINAL CHARGES**

| COUNT | DESCRIPTION | DEGREE | STATUTE |
|---|---|---|---|
| 2 | Official Misconduct<br>(Downgraded from Second Degree) | 3rd | 2C:30-2 |

It is, therefore, on ___12/13/96___ ORDERED and ADJUDGED that the defendant is sentenced as follows:

Probation for 2 years. conditions: 30 hours of community service, forfeit public office position.

cts. 1 & 3 dismissed

☐ It is further ORDERED that the sheriff deliver the defendant to the appropriate correctional authority.

| | | TOTAL NUMBER OF DAYS | DATE (From/To) |
|---|---|---|---|
| ☐ | Defendant is to receive credit for time spent in custody (R. 3:21-8). | | DATE (From/To) |
| ☐ | Defendant is to receive gap time credit for time spent in custody (N.J.S.A. 2C:44-5b(2)). | TOTAL NUMBER OF DAYS | DATE (From/To) |

Total Custodial Term _____   Institution _____   Total Probation Term _2 yrs._

State of New Jersey v. _____ D. Gooch _____   S.B.I. # _____   IND / ~~ACC~~ / 96-06-0028S

Total FINE  $ 500.00

Total RESTITUTION  $ _____

If the offense occurred on or after December 23, 1991, an assessment of $50 is imposed on each count on which the defendant was convicted unless the box below indicates a higher assessment pursuant to N.J.S.A. 2C:43-3.1. (Assessment is $30 if offense is on or after January 9, 1996 but before December 23, 1991, unless a higher penalty is noted. Assessment is $25 if offense is before January 9, 1996.)

☑ Assessment imposed on

count(s)  2

at $  50.00  each.

Total VCCB Assessment  $ 50.00

☐ Installment payments are due at the rate of

$ _____ per _____

beginning _____
      DATE

If any of the offenses occurred on or after July 9, 1987, and is for a violation of Chapter 35 or 36 of Title 2C.

1) A mandatory Drug Enforcement and Demand Reduction (D.E.D.R.) penalty is imposed for each count. (Write in # times for each.)

____ 1st Degree  @ $3000      ____ 4th Degree @ $750
____ 2nd Degree  @ $2000      ____ Disorderly Persons or Petty
____ 3rd Degree  @ $1000      Disorderly Persons @ $500

Total D.E.D.R. Penalty  $ _____

☐ Court further ORDERS that collection of the D.E.D.R. penalty be suspended upon defendant's entry into a residential drug program for the term of the program.

2) A forensic laboratory fee of $50 per offense is ORDERED. _____ Offenses @ $50.

Total Lab Fee  $ _____ .

3) Name of Drugs involved _____

4) A mandatory driver's license suspension of _____ months is ORDERED.

The suspension shall begin today _____ and end _____

Driver's License Number _____

IF THE COURT IS UNABLE TO COLLECT THE LICENSE, PLEASE ALSO COMPLETE THE FOLLOWING.)

Defendant's Address _____

Eye Color _____   Sex _____   Date of Birth _____

☐ The defendant is the holder of an out-of-state driver's license from the following jurisdiction _____ . Driver's License Number _____

☐ Defendant's non-resident driving privileges are hereby revoked for _____ Months.

If the offense occurred on or after February 1, 1993 and the sentence is to probation or to a State Correctional facility, a transaction fee of up to $1.00 is entered for each occasion when a payment or installment payment is made. (P.L. 1992, c. 169)

If the offense occurred on or after August 2, 1993, a $75 Safe Neighborhood Services Fund assessment is ordered for each conviction.
P.L. 1993, c. 220   $75.00

If the offense occurred on or after January 5, 1994 and the sentence is to probation, a fee of up to $25 per month for the probationary term is ordered. (P.L. 1993, c. 275)  Amount per month  $20.00

| NAME (Court Clerk or Person entering this form) | TELEPHONE NUMBER | NAME (Attorney for Defendant at Sentencing) |
|---|---|---|
| Theresa L. Jackson | 609-989-6760 | Carl Ippolito, Esq. |

STATEMENT OF REASONS

Presumption against incarceration applies to this third degree offense and has not been overcome by any factors. The mitigating factors outweigh the aggravating ones and warrant a probationary term.

This is Defendnat's first adult criminal arrest and conviction. She has led a crime free life for her entire fifty years prior to commission of the instant offense. The present offense did not cause or threaten serious harm although it involved a breach of the public trust by Defendant, a State employee acting in her official capacity.

Given her character, background and condition, Defendant is particularly likely to respond affirmatively to probationary treatment and unlikely to commit future crimes. Although there is the need to deter, this may be satisfied by a probationary term, properly conditioned.

| JUDGE (Name) | JUDGE (Signature) | DATE |
|---|---|---|
| Anthony J. Parrillo  JSC | | 12/13/96 |

Administrative Office of the Courts
State Bureau of Identification
COPIES TO:  CHIEF PROBATION OFFICER   STATE POLICE   ADC/CRIMINAL PRACTICE DIVISION   DEPT OF CORRECTIONS OR COUNTY PENAL INSTITUTION

CPC106 (6/94)

A-005

## PLEA FORM

DEFENDANT'S NAME _DIANE GOOCH_   before Judge _ANTHONY PARRILLO, JSC._   County _MERCER_

1.  List the charges to which you are pleading guilty:

| Ind./Acc./Compl.# | Count | Nature of Offense | Degree | | STATUTORY MAXIMUM Time | Fine | VCCB Assmt* |
|---|---|---|---|---|---|---|---|
| 96-06-00028 @ | 2 | OFFICIAL MISCONDUCT | 3 | MAX | 5YR | $7500 | $50 |
| (DOWNGRADED FROM 2ND DEGREE) | | | | MAX | | | |
| | | | | MAX | | | |
| | | | | MAX | | | |

Your total exposure as the result of this plea is:   TOTAL  5YR  $7500  $50

**PLEASE CIRCLE APPROPRIATE ANSWER**

2.  a. Did you commit the offense(s) to which you are pleading guilty?   [YES] [NO]
   b. Do you understand that before the judge can find you guilty, you will have to tell the judge what you did that makes you guilty of the particular offense(s)?   [YES] [NO]

3.  Do you understand what the charges mean?   [YES] [NO]

4.  Do you understand that by pleading guilty you are giving up certain rights? Among them are:
   a. The right to a jury trial in which the State must prove your guilt beyond a reasonable doubt?   [YES] [NO]
   b. The right to remain silent?   [YES] [NO]
   c. The right to confront the witnesses against you?   [YES] [NO]

5.  Do you understand that if you plead guilty:
   a. You will have a criminal record?   [YES] [NO]
   b. Unless the plea agreement provides otherwise, you could be sentenced to serve the maximum time in confinement, to pay the maximum fine and to pay the maximum Violent Crimes Compensation Board Assessment?   [YES] [NO]
   c. You must pay a minimum Violent Crimes Compensation Board assessment of $50 ($100 minimum if you are convicted of a crime of violence) for each count to which you plead guilty? (Penalty is $30 if offense occurred between January 9, 1986 and December 22, 1991 inclusive. $25 if offense occurred before January 1, 1986.)   [YES] [NO]
   d. If the offense occurred on or after February 1, 1993 and you are being sentenced to probation or a State correctional facility, you must pay a transaction fee of up to $1.00 for each occasion when a payment or installment payment is made?   [YES] [NO]
   e. If the offense occurred on or after August 2, 1993 you must pay a $75 Safe Neighborhood Services Fund assessment for each conviction?   [YES] [NO]
   f. If the offense occurred on or after January 5, 1994 and you are being sentenced to probation, you must pay a fee of up to $25 per month for the term of probation?   [YES] [NO]

*VIOLENT CRIMES COMPENSATION BOARD ASSESSMENT     Defendant's initials

A-006

16. Do you understand that if you are a public office holder or employee, you can be required to forfeit your office or job by virtue of your plea of guilty?  (YES)  [NO]  [N/A]

17. Do you understand that if you are not a United States citizen or national, you may be deported by virtue of your plea of guilty?  [YES]  [NO]  (N/A)

18. Have you discussed with your attorney the legal doctrine of merger?  [YES]  [NO]  (N/A)

19. Are you giving up your right at sentence to argue that there are charges you pleaded guilty to for which you cannot be given a separate sentence?  [YES]  (NO)  [N/A]

20. List any other promises or representations that have been made by you, the prosecutor, your defense attorney, or anyone else as a part of this plea of guilty:

*None — Defendant will execute Consent Agreement Forfeiting public Office at time of Sentencing — Diane Gooch will cooperate with State in all matters pertaining to this investigation*

21. Have any promises other than those mentioned on this form, or any threats, been made in order to cause you to plead guilty?  [YES]  (NO)

22. a. Do you understand that the judge is not bound by any promises or recommendations of the prosecutor and that the judge has the right to reject the plea before sentencing you and the right to impose a more severe sentence?  (YES)  [NO]

b. Do you understand that if the judge decides to impose a more severe sentence than recommended by the prosecutor, that you may take back your plea?  (YES)  [NO]

c. Do you understand that if you are permitted to take back your plea of guilty because of the judge's sentence, that anything you say in furtherance of the guilty plea cannot be used against you at trial?  (YES)  [NO]

23. Are you satisfied with the advice you have received from your lawyer?  (YES)  [NO]

24. Do you have any questions concerning this plea?  (YES)  [NO]

DATE: *October 15, 1996*     DEFENDANT *Diane G. Gooch* — DIANE GOOCH

DEFENSE ATTORNEY *Carl M. Ippolito* — CARL M. IPPOLITO

PROSECUTOR *Mark G. Eliades* — MARK G. ELIADES, DAG

[ ]  This plea is the result of the judge's conditional indications of the maximum sentence he or she would impose independent of the prosecutor's recommendation. Accordingly, the "Supplemental Plea Form for Non-Negotiated Pleas" has been completed.

A-007

SUPERIOR COURT OF N.J.
FILED
JUN 20 1996
DONALD F. PHELAN
CLERK

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - CRIMINAL

State Grand Jury
Number SGJ 371-96-6

Superior Court
Docket Number 96-06-00028-S

96-601

STATE OF NEW JERSEY )
v. ) INDICTMENT
DIANE GOOCH, )
Defendant )

The Grand Jurors of and for the State of New Jersey, upon their oaths, present that:

COUNT ONE

(Conspiracy - Second Degree)

DIANE GOOCH

who is a named defendant herein and another person whose identity is known to the Grand Jury and who is a conspirator, but who is not named as a defendant herein, between on or about November 7, 1994, and on or about November 10, 1994, at the City of Trenton, at the Townships of Lawrence and Hamilton, all in the County of Mercer, at the Town of Yardley, in the State of Pennsylvania, elsewhere, and within the jurisdiction of this Court, with the purpose of promoting and facilitating the commission of

the crime of Official Misconduct, did agree that:

A.     One or more of them would knowingly engage in conduct which would constitute the aforesaid crime, and

B.     One or more of them would knowingly aid in the planning, solicitation, or commission of said crime, that is:

1.     Official Misconduct contrary to N.J.S.A. 2C:30-2.

Among the means by which the aforesaid conspirators would carry out the conspiracy are as follows:

It was part of the conspiracy that the said DIANE GOOCH would receive two (2) checks made payable to the New Jersey Division of Motor Vehicles [NJ-DMV] and the Automobile Insurance Surcharge and Collection Fund [AISC], which were prepared and back dated by a conspirator, an individual whose identity is known to the Grand Jury, but who is not named as defendant herein, for the purpose of making or causing the restoration of the aforementioned conspirator's driver's license to be made effective within the official records of the New Jersey Division of Motor Vehicles prior to November 7, 1994, the date on which said conspirator was issued a motor vehicle summons for driving while his license was suspended contrary to N.J.S.A. 39:3-40.

It is further alleged that in furtherance of the said conspiracy, the following Overt Acts, among others, were committed:

2

A-009

## OVERT ACTS

1.   On or about November 9, 1994, at the City of Trenton, at the Townships of Lawrence and Hamilton, all in the County of Mercer, at the Town of Yardley, in the State of Pennsylvania, the said DIANE GOOCH, then and there, and all times relevant to this matter, being a public servant employed by the NJ-DMV at the Trenton Regional Office, did speak with the conspirator, an individual whose identity is known to the Grand Jury, but who is not named as defendant herein, and did advise the said conspirator of the necessary procedures for having his suspended driver's license restored prior to November 7, 1994.

2.   On or about November 10, 1994, at the City of Trenton, in the County of Mercer, the said DIANE GOOCH, did retrieve from the mailbox at her personal residence, check number 1150 dated October 31, 1994, drawn on an account, at the National Westminster Bank, of the conspirator in the amount of $216 made payable to the "State of NJ AISC" and check number 1152 dated October 31, 1994, drawn on the same aforementioned bank account, in the amount of $50 made payable to the "NJ Dept of Motor Vehicle".

3.   On November 10, 1994, the said DIANE GOOCH, did take the aforementioned checks, placed in her mailbox by the said conspirator, to her place of employment at the NJ-DMV Trenton Regional Office; and the said DIANE GOOCH, did

3

A-010

represent to other NJ-DMV employees who were assigned to perform driver's license restorations that the aforementioned checks were personally observed by the said DIANE GOOCH, to be in the possession of the NJ-DMV on or before November 4, 1994.

All contrary to the provisions of N.J.S.A. 2C:5-2, and against the peace of the State, the government and dignity of the same.

4

A-011

A-000012

## COUNT TWO

### (Official Misconduct - Second Degree)

### DIANE GOOCH

between on or about November 7, 1994, and on or about November 10, 1994, at the City of Trenton, in the County of Mercer, elsewhere, and within the jurisdiction of this Court, did commit the offense of Official Misconduct, when with the purpose to obtain a benefit for herself or another valued in an amount in excess of $200, did commit an act relating to her office, but constituting an unauthorized exercise of her official functions, knowing that such an act was unauthorized, that is, the said DIANE GOOCH, then and there being a public servant, to wit, a Support Services Representative Level 1 of the New Jersey Division of Motor Vehicles, having thereby the official functions and duties, among others, to display good faith, honesty and integrity, to be impervious to corrupting influences; to oversee the sorting, indexing, and filing of checks, receipts, or other documents according to established procedures of the New Jersey Division of Motor Vehicles, and acting with the purpose to obtain a benefit for herself or another, to wit, the restoration of the driver's license for an individual whose identity is known to the Grand Jury, but who is not named as defendant herein, did knowingly cause the restoration of the driving privileges of the aforementioned individual to be made in manner contrary to the authorized

5

A-012

procedures of that State agency, contrary to the provisions of N.J.S.A. 2C:30-2, and against the peace of this State, the government and dignity of the same.

6

A-013

A-000014

## COUNT THREE

(Tampering with Public Records - Third Degree)

### DIANE GOOCH

who is a named defendant herein and another person whose identity is known to the Grand Jury, but who is not named as a defendant herein, on or about November 10, 1994, at the City of Trenton, in the County of Mercer, elsewhere, and within the jurisdiction of this Court, with the purpose to defraud or injure, did knowingly make or cause to be made a false entry in a record or thing belonging to, received, or kept by, the government for information or record, that is, the said DIANE GOOCH, knowingly did make or cause to be made a false entry in the New Jersey Division of Motor Vehicles driver's record of an individual whose identity is known to the Grand Jury, but who is not named as a defendant herein, thereby causing the restoration of the driving privileges of the aforementioned individual to be made in manner contrary to the authorized procedures of that State agency, with purpose to defraud or injure the State of New Jersey, contrary to the provisions of N.J.S.A. 2C:28-7a(2); N.J.S.A. 2C:2-6, and against the peace of this State, the government and dignity of the same.

TERRENCE P. FARLEY, DIRECTOR
DIVISION OF CRIMINAL JUSTICE

A TRUE BILL;
, Foreperson

7

A-014

A-000015

```
            IN THE UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                    NORTHERN DIVISION
UNITED STATES OF AMERICA  )  Docket No.
                          )  06-80171-CR-HURLEY
             Plaintiff,   )
vs.                       )  West Palm Beach, Florida
                          )  March 2, 2009
DANNY VARELA              )
   a/k/a D.V.             )
DANIEL TROYA              )
   a/k/a Homer            )
RICARDO SANCHEZ, JR.      )
   a/k/a Rick             )
and                       )         VOLUME 30
LIANA LOPEZ               )
   a/k/a Negra            )
   a/k/a Isabela Lopez    )
                          )
             Defendants.  )
_____  X
```

TRIAL BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY

APPEARANCES:

For the Government:        STEPHEN CARLTON, ESQ.
                           JOHN KASTRENAKES, ESQ.
                           Assistant U.S. Attorneys
                           RICHARD BURNS, ESQ.
                           Department of Justice

For the Defendant Varela:  ROBERT S. GERSHMAN, ESQ.
For the Defendant Sanchez: MICHAEL B. COHEN, ESQ.
                           LARRY D. MURRELL, JR., ESQ.

For the Defendant Troya:   RUBEN M. GARCIA, ESQ.
                           JAMES L. EISENBERG, ESQ.
For the Defendant Lopez:   GREGG S. LERMAN, ESQ.
Court Reporter:            Pauline A. Stipes, C.S.R., C.M.

PAULINE A. STIPES
Official Reporter
U. S. District Court

THE COURT: Good morning, everybody. Please be seated.

Let the record reflect that counsel for all parties and the Defendants are present.

Are there any other changes that anyone wanted to mention with respect to the verdict forms or the jury instructions?

MR. KASTRENAKES: I have something of very minor consequence on the verdict form, but I would ask to have a sidebar with the attorneys briefly.

THE COURT: Yes.

(Sidebar discussion on the record.)

MR. KASTRENAKES: Good morning, Your Honor.

I brought this up with counsel and I wanted to do it sidebar. I got a call Friday afternoon from a United States Probation officer who handles their pretrial detention, Ken Goldberg. He is apparently supervising on pretrial release a gentleman by the name of Fred Fazio, F-A-Z-I-O, who works at Arigo Dodge.

Mr. Fazio had heard from another employee at Arigo Dodge that one of our alternate jurors, Diane Gooch, was speaking either about the case or jury service with other employees of Arigo Dodge, goes from her to another employee of Arigo Dodge to Mr. Fazio to Mr. Goldberg to me.

I brought it up to counsel. It could be something totally innocent or worse than innocent. I wanted to let The Court know as soon as I had access to The Court to do it sidebar not to cast aspersions on her.

THE COURT: What number is Ms. Gooch? Does anyone remember?

MR. CARLTON: Seventeen.

THE COURT: But that is not an issue, I don't think, the question is the number. Remember, before we talked about if we had to substitute, we would do it in the order of their seating. She sounds like she is the first potential alternate.

The point is, she is not the first, she is at the end.

Now, if she is toward the end, there is probably no problem at all. What we will do, somebody mentioned the other day we probably need to tell the alternates that they are not excused, and that they are under the continuing admonition not to talk.

Secondly, and I really hadn't thought about this before, but I think it is an excellent idea. We need to tell some of the alternates they have to be prepared to come back if there is a penalty phase. I wouldn't think we would ask six people to come back, my

thought would be only two, but I wanted to talk with you about it.

So if that is the case, she would be toward the end and it wouldn't be a problem.

Now, if in any sense we get to a point where we need to call upon her to sit, we need to look into this further. If that is okay with you, I will leave it at this point. If necessary, we need to conduct an evidentiary hearing to try to get to the bottom of it so you could be in a position to make any motion that you thought was appropriate.

MR. EISENBERG: Okay. Can I comment on your comments?

THE COURT: Sure.

MR. EISENBERG: When the jury goes out to deliberate, the alternates are all going to stay here. And we are going to tell them that they are still under The Court's order not to discuss anything because they may be called back, and we have their telephone numbers so Mr. Caldwell could call them.

At that point we will not say who is coming back, we are not going to say two of you or three, we will say goodbye and we may very well call you to come back?

THE COURT: Yes, that is what I think.

It is conceivable we may have to call somebody back to engage in deliberations, I want to tell them that as well.

MR. EISENBERG:  I didn't want anybody to go yet.

THE COURT:  No, not a soul.

Now, I want to talk with you about this if I might while we are here.

In looking at the jury instructions, it occurs to me we have seven different crimes that are charged. Some are slightly different, and I think I can point that out, but I wanted to double check with you so nobody would have an objection.  I intended to read the conspiracy charge once and then to add what was different regarding the carjacking conspiracy, necessity for an overt act.

I intended to read possession with intent to distribute once, but explain there are three counts that charge it but on different dates.  Anybody have a problem with that?

MR. EISENBERG:  No.

MR. COHEN:  That is fine.

THE COURT:  I think they will pull them down and make it more comprehensible.

MR. KASTRENAKES:  You want me to tell you about

Miami-Dade County Clerk Criminal Justice                                     Page 1 of 3

Home (http://www.miami-dadeclerk.com/home.asp)
Online Services (http://www.miami-dadeclerk.com/online_services.asp)
About Us (http://www.miami-dadeclerk.com/about.asp)  Contact Us (http://www.miami-dadeclerk.com/contact.asp)
My Account (http://www2.miami-dadeclerk.com/PremierServices/login.aspx)

**HARVEY RUVIN**
**CLERK** *of the* **COURTS**
**MIAMI-DADE COUNTY, FLORIDA**

# Miami-Dade County Criminal Justice Online System

**◀◀ Back to Search**

🖶 Printer Friendly (CasePrinter.aspx?case=a3dS%2bemv2xyE0y2Eim2mLA%3d%3d)

## Search Criteria                                                         —

**Court Case No.:** M-08-074126

** This case is not eligible to be paid online. For more information, please contact the Clerk's Office at (305) 275-1155 **

## ☰ Case Information

| | | | | |
|---|---|---|---|---|
| **State Case No.:** | 13-2008-MM-074126-0001-XX | **Name:** | SOLLENBERGER, DAVID ANDREW | **Date of Birth:** ▮▮▮▮ |
| **Date Filed:** | 12/22/2008 | **Date Closed:** | 08/20/2009 | |
| **Assessment Amount:** | $0.00 | **Balance Due:** | $0.00 | **Stay Due Date:** |
| **Court Room:** | REGJB - JUSTICE BUILDING, ROOM No.: 5-1 | | | |
| **Address:** | 1351 N.W. 12 ST | | | |
| **Judge:** | ALTFIELD, WILLIAM | **Defense Attorney:** | | ▲ |
| **File Section:** | M007 | **File Location:** | DESTROYED | **Box No:** |

C-001

https://www2.miami-dadeclerk.com/cjis/CaseSearch.aspx                     12/15/2015

AC009031

Miami-Dade County Clerk Criminal Justice

Page 2 of 3

| Defendant in Jail: | N | Defendant Release to: | ROR CHGS ONE THRU TWELVE, |
|---|---|---|---|
| Bond Amount: | $0.00 | Bond Status: | DISCHARGED |
| Bond Type: | RELEASED OWN RECOGNIZANCE | Bond Issue Date: | 12/22/2008 |

### ☰ Charges

Total of Charges:12 ━

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | CANNABIS/POSN/0-20 | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 2 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 3 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 4 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 5 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 6 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 7 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 8 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 9 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 10 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 11 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 12 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |

### 🔊 Dockets

DISCLAIMER: Official Records of Criminal Cases prior to July, 2004 may not be available online.

Total of Dockets:16 ━

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 29 | 08/20/2009 | | MEMO RE: DEFERRED PROSECUTION PROGRAM NOLLE PROSSED |
| 20 | 01/02/2009 | | INFORMATION FILED |
| 19 | 01/29/2009 | | MEMO RE: DEFERRED PROSECUTION PROGRAM ACCEPTANCE |
| 18 | 01/27/2009 | | PUBLIC DEFENDER DISCHARGED |
| 17 | 01/27/2009 | | PRETRIAL DIVERSION REFERRAL FORM DRUG COURSE;25 C/S HRS;$100 DENISE MOON FUND |
| 16 | 01/27/2009 | | ROR AMT/ 0 DISCHARGED 01/27/2009 POWER/ |
| 14 | 01/09/2009 | | ARRAIGNMENT HEARING SCHEDULED FOR 01/27/2009 AT 09:30 |
| 11 | 01/05/2009 | | INFORMATION FILED |

C-002

Miami-Dade County Clerk Criminal Justice

| 10 | 12/29/2008 | | ACKNOWLEDGEMENT OF APPOINTMENT OF PUBLIC DEFENDER |
|---|---|---|---|
| 9 | 12/26/2008 | | UNMERGED CASE. |
| 7 | 12/22/2008 | | ROR AMT/ 0 ISSUED 12/22/2008 POWER/ |
| 5 | 12/22/2008 | | AFFIDAVIT FOR INDIGENT STATUS - INDIGENT |
| 4 | 12/22/2008 | | CONSOLIDATED WITH TRAFFIC CASE # TRAFFIC CITATION # 1407GBU |
| 3 | 12/22/2008 | | FIRST APPEARANCE/JAIL ARRAIGNMENT - P.M. |
| 2 | 12/22/2008 | | REPORT RE: STATUS SET FOR 12/24/2008 AT 08:30 |
| 1 | 12/22/2008 | | FIRST APPEARANCE/JAIL ARRAIGNMENT - A.M. |



◀◀ Back to Search     ≡ Cases

🖶 Printer Friendly (CasePrinter.aspx?case=a3dS%2bemv2xyE0y2Eim2mLA%3d%3d)

Criminal Justice Home (default.aspx)

| Criminal Court Information (http://www.miami-dadeclerk.com/courts_criminal.asp)

| Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)

| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/cjis/CaseSearch.aspx)

Home (http://www.miami-dadeclerk.com/home.asp)

| Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)   (http://www.miamidade.gov)

| Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)

| Contact Us (http://www.miami-dadeclerk.com/contact.asp)

| About Us (http://www.miami-dadeclerk.com/about.asp)

2015 Clerk of the Courts. All Rights reserved.

S0142976

C-003
12/15/2015

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

UNITED STATES OF AMERICA ) Docket No.
                         ) 06-80171-CR-HURLEY
              Plaintiff, )
VS.                      ) West Palm Beach, Florida
                         ) January 6, 2009
DANNY VARELA             )
  a/k/a D.V.             )
DANIEL TROYA             )
  a/k/a Homer            )
RICARDO SANCHEZ, JR.     )
  a/k/a Rick             )
and                      )            VOLUME 1
LIANA LOPEZ              )
  a/k/a Negra            )
  a/k/a Isabela Lopez    )
                         )
              Defendants. )
_____ x

TRIAL BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY

APPEARANCES:

For the Government:        STEPHEN CARLTON, ESQ.
                           Assistant U.S. Attorney
For the Defendant Varela:  ROBERT S. GERSHMAN, ESQ.
For the Defendant Sanchez: MICHAEL B. COHEN, ESQ.
                           LARRY D. MURRELL, JR., ESQ.

For the Defendant Troya:   RUBEN M. GARCIA, ESQ.
                           JAMES L. EISENBERG, ESQ.
For the Defendant Lopez:   GREGG S. LERMAN, ESQ.
Court Reporter:            Pauline A. Stipes, C.S.R., C.M.

PAULINE A. STIPES
Official Reporter
U. S. District Court

176

questionnaire, and I know you filled one out, and you came this morning.

I want to tell you what we tried to do, and we experimented this morning, we tried to figure out what is the size of the group that would allow us to talk to everybody within a morning or afternoon session, without having people wait or come back.

We may be a little on the heavy side this afternoon with too many. We are still trying to get a sense of it, but we will try to move forward.

Mr. Sollenberger, could I start with you and use this form and tell us how you would answer those questions?

MR. SOLLENBERGER:  This is loud enough?

THE COURT:  No, use the microphone, and boom into it.

MR. SOLLENBERGER:  Okay, fine.

The first question, yes.

Second question, yes.

Third question no.

Fourth question, yes.

Fifth question, no.

Sixth question, no.

THE COURT:  Hold on now.  Five no.  Six was no?

MR. SOLLENBERGER:  No.

177

THE COURT:  Okay.

MR. SOLLENBERGER:  Yes, seven.

Eight, no.

Nine, no.

Ten, yes.

And 11 no.

THE COURT:  Okay.  I wanted to ask you, if you had to describe to us your feelings on the death penalty, do you feel you have strong feelings one way or the other?

MR. SOLLENBERGER:  I think -- I tell you, I am a banker of 28 years and now I am sub teaching, so I always said you have to look at everything, the total picture.  You can't be given half the information and come back with an answer.  I think I could certainly follow what you have stated as the law, what we need to follow.

THE COURT:  You feel you could engage and would engage in the weighing process I talked about?

MR. SOLLENBERGER:  You have to weigh everything, yes.

THE COURT:  You remember I mentioned, if we got to it, there are some preliminary findings that have to be established beyond a reasonable doubt, and it has to be unanimous.  You could engage in that?

D-003

MR. SOLLENBERGER:  Yes, sir.

THE COURT:  Mr. Sollenberger, thank you so much.

Mr. Jeffrey Manning, the gentleman next to you. Good afternoon.

MR. MANNING:  Good afternoon.

The first question, yes.

Yes, the --

Maybe on three.

THE COURT:  Okay.

MR. MANNING:  I didn't review them before I came here.  I left that as an open.

THE COURT:  Do you have a copy of your questionnaire now?

MR. MANNING:  I don't have it with me.  I have it in the car.

THE COURT:  We will give you a copy of it.  Let me come back to you.  I want you to look at it, and in light of what has been said and what you know now, I want to give you an opportunity to review it to see if there is anything you wanted to correct or say a little bit more.

MR. MANNING:  Okay, all right.

The one on -- I am waiting for my HR to get back with me on whether they will pay during that time.

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| ROBERT KENT SOLLENBERGER | I. POSSESSION OF COCAINE |
| | II. DELIVERY OF A CONTROLLED SUBSTANCE |
| | TO A MINOR |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

ROBERT KENT SOLLENBERGER

on the 10th day of July, A.D. 19 87 in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cocaine, contrary to F.S. 893.03 (2)(a)4, and F.S. 893.13(1)(e),

### COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that ROBERT KENT SOLLENBERGER on the 10th day of July, A.D. 1987 in the County and State aforesaid, being over the age of eighteen (18) years, did unlawfully deliver a controlled substance, to-wit: Dextropropoxyphene, to a person under the age of eighteen (18) years, to-wit: Steven Scott Haas, contrary to F.S. 893.03(4)(n), and F.S. 893.13(1)(c)2,

BYS/js/8/6/87

#61

ORIGINAL

Case No. 87-11560CF10         1987 AUG -7 PM 3: 36

IN THE

# CIRCUIT COURT
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

FILED FOR RECORD
CLERK CIRCUIT COURT
BROWARD COUNTY, FLORIDA

THE STATE OF FLORIDA
vs.

Information for

Presented by State Attorney and Filed

August 7, 1987

ROBERT E. LOCKWOOD
Clerk of the Circuit Court

MICHAEL J. SATZ
State Attorney

---

COUNTY OF BROWARD,
STATE OF FLORIDA.

EDWARD J. WALSH        duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of the State of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to or by the material witness or witnesses and which, if true, would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

Personally appeared before me.

_____
Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this ____ day of _____, A.D. 19___

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

To the within Information, Defendant pleaded _____

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| RICHARD ALLAN LIVERMORE | I. OBTAINING A CONTROLLED SUBSTANCE BY FRAUD II. POSSESION OF DIAZEPAM |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD ALLAN LIVERMORE

on the 20th day of October, A.D. 19 86, in the County and State aforesaid, did unlawfully acquire or obtain or attempt to acquire or obtain possession of a controlled substance, to-wit: Diazepam, by misrepresentation, fraud, forgery, deception or subterfuge, to-wit: taking delivery of a fraudulently telephoned prescription, contrary to F.S. 893.13(3)(a)(1) and F.S. 893.13(3)(b),

### COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that RICHARD ALLAN LIVERMORE on the 20th day of October A.D. 1986, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Diazepam, contrary to F.S. 893.03(4)(i) and F.S. 893.13(1)(c),

13/ac/11/7/86

#51

ORIGINAL

A-000030

E-003

COUNTY OF BROWARD
STATE OF FLORIDA
Personally appeared before me _____ MARK A. HORN _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this ___ day of _____, A.D. 19__

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

By _____
Deputy Clerk

To the within Information, Defendant pleaded ___ NOLO CONTENDERE IN OPEN COURT

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

By _____
Deputy Clerk

Presented by State Attorney and Filed
11-7-86

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

Information for
I. OBTAIN CONTROLLED SUB BY FRAUD
II. POSS OF DIAZEPAM

THE STATE OF FLORIDA
vs.
RICHARD ALLAN LIVERMORE

CIRCUIT COURT
IN THE
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

Case No. 86-15746 CF

1986 NOV -7  PH 4: 09
FILED FOR RECORD

E-004

A-000034

87-11567CF
FL

PHOTO

NOT LEGIBLE FOR MICROFILMING

COURT COPY

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | Teletype | |
|---|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | | | | |
| Arrest Number | Offense Report No. | | BCCN | | Booking Sheet Control Date & Time | |
| PB872571 | PB-747720 | | | | 07/11/87 01:32 | |

| Last Name | | First | | Middle | | SSN | | Probation | Parole |
|---|---|---|---|---|---|---|---|---|---|
| SOLLENBERGER | | ROBERT | | KENT | | | | | |

| Alias Last Name | | First | | Mid No | | Driver's License | | State | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes Y   No | | FL | |

| Street/PR Name | | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | | St./ | Cnt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB | | W | M | 508 | 160 | BRN | BRN | LGT | 032 | /54 | BELLEVIEW | | NB City | US |

Scars, Marks, Tattoos
NONE VISIBLE

| Permanent Address | | | Bldg. | | Apt. | City | | St./Ctry. | | Yrs. | Mos. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | WY | | | FT LAUDERDALE | | FL | | 04 | 00 |

| Resident of Broward County? | | Yrs. | Mths. | Resident of Florida? | | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|---|---|
| YES | | 19 | 00 | YES | | 19 | 00 | 305-491-5970 | NO |

| GDH | Other Medical |
|---|---|
| | TO BE SCREENED BY NURSE |

| Employer | | Occupation |
|---|---|---|
| AMERICANA PREP SCHOOL | | SCHOOL AIDE |

| Prints | Blood Alcohol | Vehicle Towed | Phone | | Arrest Agcy. | Place of Arrest (Address) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YES | | YES | | | PB | 600 N. FEDERAL HWY POMPANO BCH FL. | | | | |

| Arrest Date | Arrest Time | Arresting Officer | | I.D. Number | Officer Injured | Unit | Zone | Shift |
|---|---|---|---|---|---|---|---|---|
| 07/10/87 | 14:39 | BADER | G | PB342 | NO | OCB | | |

| Booking Date | Booking Time | Booking Officer | | I.D. Number | Add Charge Officer | E.O. Number |
|---|---|---|---|---|---|---|
| 07/11/87 | 01:23 | PRICE | I | B54195 | | |

| Date | | Charges | | RugCode/comments | Copies/Warrant Number | Bond |
|---|---|---|---|---|---|---|
| 071187 | 001 | POSS OF COCAINE | 3FY | D | | |
| 071187 | 002 | DELIV DARVON/UND AGE 18YR 2FY | | D | | |

Previous Arrest Number

BOOKING REMARKS
29/54 43124
$.0 IN PROP.

| Release Number | | Released By | | Released To | | Date Released | Time Released |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Arrest No. | Last Name | | First | | Unattended Children? | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PB872571 | SOLLENBERGER | | ROBERT | K | | | | | | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Resist | Rabies | Suic. | Htng. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/87 | 01:23 | M | W | 07/28/54 | | | | | | | |

| Bin No. | P - Box No. | Bulk No. | | Vehicle Towed To: | | | | |
|---|---|---|---|---|---|---|---|---|
| 763 | | | | | | | | |

| Currency $ | | | | Language Used: | | |
|---|---|---|---|---|---|---|
| .00 | | | | DETAINEE SPEAKS ENGLISH | | |

BSO-81 REV. 11/85

E-00

## PETITION FOR & TERMINATION
## OF PROBATION

IN THE_____CIRCUIT_____COURT

OF

_____BROWARD_____COUNTY, FLORIDA

STATE OF FLORIDA

VS                    Case No. 87-011567

Robert Sollenberger
Defendant

On ____11-23-88____ the above named was placed on pro-
bation for a period of _____ years. He has complied with the rules and regulations
of probation and is no longer in need of probation supervision. It is accordingly re-
commended that he be discharged from probation.

Respectfully Submitted,

DATED THIS_____ DAY OF

_____ A.D., 19_____         Probation Officer
                                       Barnest Mathis

## ORDER OF COURT

Pursuant to the above recommendation, it is ordered that the defendant be dis-
charged from probation and that the proceedings in this case be terminated pursuant
to Florida Statutes.

IT IS FURTHER ORDERED, that the Clerk of this Court file this Order in his
office, and forthwith provide certified copies of same to the probation officer for his
use in compliance with the requirments of law.

DATED THIS____28____ DAY OF __July____, 19__

Judge
Robert B. Carney

A certified copy of this Order has been delivered to Probationer, who has been
instructed regarding same.

This_____ Day of _____ , A.D. 19_____

Probation Officer Barnest Mathis
17-1 Pompano Beach 782-7030

Original: Court
Copies: Probationer
File

DC 4.905
Rev. 7/28

A-000033

j.____you shall comply with the following special conditions of probation:

____ 1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____ days time served.

____ 2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof.

____ 3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the probation officer.

____ 4. You will attend and successfully complete the following rehabilitation program, to be selected by your probation officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your probation officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

(a) an in-patient ____ alcohol, ____ drug, ____ psychological program _____

(b) an out-patient ____ alcohol, ____ drug, ____ psychological program _____

(c) _____ program

(d) submit to evaluation for counseling or placement in a ____ alcohol, ____ drug, ____ psychological rehabilitation program to be selected by the probation officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

(e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the probation officer or the Court.

____ 5. Submit to urinalysis, blood tests, physical searches by or on demand of probation officer.

____ 6. Not use or possess alcoholic beverages for any purpose.

____ 7. Not drive or operate a motor vehicle except _____

____ 8. Make restitution to the victim _____ in the amount of $ _____, or in an amount to be determined by the Court in the event the probation officer and the parties are not able to reach agreement, all on a schedule to be determined by the probation officer.

____ 9. Pay public defender's fee in the sum of $ _____ on a schedule to be determined by the probation officer.

____ 10. Pay fine in the amount of $ _____ plus 5% surcharge on a schedule to be determined by the probation officer.

____ 11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $ _____ to the following organization: _____ _____ in lieu of additional conditions of probation.

____ 12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your probation officer, or as follows: _____

____ 13. You will not associate, communicate or have any contact with _____

X 14. Other: *not to work in teaching capacity or with children*

k. The Court reserves the right to rescind, modify or revoke probation to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 23 day of Nov 19 88, nunc pro tunc, 11-23-88

JUDGE CIRCUIT COURT

I have received a copy of the terms and conditions of my probation. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

Defendant

Instructed by

CLERK'S COPY

E-00

A-000034

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT    IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 82-11567 CF
DIVISION: Carney
ARR. NO: _____ (ROR) XC  CASH  SURETY

STATE OF FLORIDA,                )

       PLAINTIFF,                )

VS.                              )          ORDER OF PROBATION

Robert Kent Sollenberger
              DEFENDANT.         )

THE DEFENDANT, having:          (Counts  Delivery of Cocaine Substance )

a. ✓ entered a plea of guilty/nolo contendre to:[_____

b.____ been found guilty of:      [_____

c.____ prior probation is hereby revoked: [_____

THE COURT HEREBY:
c. ✓ adjudges you guilty of count(s) __1__ ~~2 3 4 5 6 7~~
d.____ withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:
a. X you are hereby placed on probation for a period of __One (1) year__
   to be supervised by the Department of Corrections.
f.____ (split sentence) you shall be confined in:
   1. the custody of the Sheriff of Broward County for a period of _____
   2. the custody of the Department of Corrections for a period of _____
after which you shall be on probation for a period of _____
to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF PROBATION:
g.____ you must report, in person, immediately or on the next working day after release from confinement, to:
       PROBATION OFFICE, ROOM 730, BROWARD COUNTY COURTHOUSE, 201 S. E. 6TH STREET, FORT LAUDERDALE,
       FLORIDA.
h. ✓ you shall not do any of the following (without first obtaining the consent of your probation officer)
   1. change the place where you live or work;
   2. leave the County where you live;
   3. own, possess or carry on or about your person any firearm or other type of weapon;
   4. associate with any person engaged in any criminal activity;
   5. violate any law of any city, county, state of the United States (a conviction in a court of law is
      not necessary for you to be found in violation);
   6. use any controlled substance, unless permitted by law;
   7. use intoxicants to the extent that your normal faculties are impaired;
   8. visit places where controlled substances are unlawfully sold, dispensed or used.
i. ✓ you must do each of the following:
   1. work diligently at a lawful, gainful occupation;
   2. support yourself and your lawful dependents to the best of your ability;
   3. answer promptly and truthfully any and all questions put to you by either the Court or any probation
      officer;
   4. allow a duly authorized probation officer to visit you in your home, your place of employment or
      elsewhere;
   5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
      authorized probation officer;
   6. file a full and truthful written report with your probation officer, no later than the fifth day of
      each and every month of your probation, upon a form to be furnished you.
   7. pay the sum of $30.00 per month, or any increased amounts authorized by law, for costs of
      supervision while on probation, unless modified as follows:

   8. pay the sum of(s) of:
      a) $_____ court costs.
      b) $_____ victim costs on counts _____
      c) $_____ "trust fund" or _____ 50.3 hours community service (F.S.27.3455).
      d) $_____ assessment.
      e) $ _____
      on a schedule to be determined by your probation officer.
      f) $_____ emergency medical fund.

CLERK'S COPY

E-008

87497441

☐ PROBATION VIOLATOR
(Check if Applicable)

STATE OF FLORIDA
-vs-

Robert Kent Sollenberg
Defendant

IN THE CIRCUIT COURT, SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA
DIVISION ___FL___
CASE NUMBER _82-11567CF_
ST. ATTY. _William The Que_
CT. RPTR. _K. Schmutt_

## JUDGMENT

The Defendant, _Robert K. Sollenberger_, being personally before this
Court represented by _Robert Fagan, Esquire_, his attorney of record, and having
(Check Applicable Provision)
☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|---|---|---|---|---|
| I | Delivery of Controlled Substance to a Minor | 893.1319 | 2F | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

FINGERPRINTS OF DEFENDANT

SOLLENBERGER, Robt. K.

JUDGE

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by:
TOSCA, R. — Court Deputy
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this _23_ day of _November_
A.D. 19__, I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, and that they were placed thereon by said Defendant in my presence in Open Court this date.

JUDGE

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
L. A. HESTER
COUNTY ADMINISTRATOR

CCL-8

E-00

f) $_____ _entri_ _y medical fund

10) remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your community control officer.

11) submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances.

12) maintain an hourly accounting of all of your activities on a daily log which you will submit to your community control officer upon request.

13) participate in self improvement programs as determined by the court or your community control officer.

j. ✓ you shall comply with the following special conditions of community control:

____ 1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____ days time served.

____ 2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof.

____ 3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer.

____ 4. You will attend and successfully complete the following rehabilitation program, to be selected by your community control officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your community control officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

____ (a) an in-patient ____ alcohol, ____ drug, ____ psychological program _____

____ (b) an out-patient ____ alcohol, ____ drug, ____ psychological program _____

____ (c) _____ program _____

. ____ (d) submit to evaluation for counseling or placement in a ____ alcohol, ____ drug, ____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the community control officer or the Court.

____ 5. Submit to urinalysis, blood tests, physical searches by or on demand of community control officer.

____ 6. Not use or possess alcoholic beverages for any purpose.

____ 7. Not drive or operate a motor vehicle except _____

____ 8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer.

____ 9. Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer.

____ 10. Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer.

____ 11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization: _____ _____ in lieu of additional conditions of community control.

____ 12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows: _____

____ 13. You will not associate, communicate or have any contact with _____

✓ 14. Other: Not do working a teaching capacity or with children

k. The Court reserves the right to rescind, modify or revoke community control to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 24 day of November

19 87, nunc pro tunc, 11-23-87.

JUDGE CIRCUIT COURT

I have received a copy of the terms and conditions of my community control. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

Defendant

Patricia Krebs
Instructed by

CLERK'S COPY

E-01

A-000037

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT     IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 87-11367
DIVISION: CARNEY
ARR.NO: PB87-2571 ROR   IC CASH SURETY

STATE OF FLORIDA,          )

    PLAINTIFF,        )

VS.                        )          ORDER OF COMMUNITY CONTROL

                   )

DEFENDANT.                 )
Robert Kent Sollenberger

THE DEFENDANT, having:          [Count II. Delivery of Controlled Substance

a. ✓ entered a plea of guilty/nolo contendre to:[

b. ____ been found guilty of:          [

c. ____ prior probation is hereby revoked:     [

THE COURT HEREBY:
c. ✓ adjudges you guilty of count(s) II
d. ____ withholds adjudication of guilt for count(s)

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:
e. ✓ you are hereby placed on community control for a period of TWO (2) years
    to be supervised by the Department of Corrections.
f. ____ (split sentence) you shall be confined in:
    1. the custody of the Sheriff of Broward County for a period of _____
    2. the custody of the Department of Corrections for a period of _____
after which you shall be on community control for a period of _____
to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF COMMUNITY CONTROL:
g. ✓ you must report, in person, immediately or on the next working day after release from confinement, to:
    COMMUNITY CONTROL OFFICE, ROOM 730, BROWARD COUNTY COURTHOUSE, 201 S. E. 6TH STREET, FORT LAUDERDALE,
    FLORIDA;
h. ✓ you shall not do any of the following (without first obtaining the consent of your community control
    officer)
    1. change the place where you live or work;
    2. own, possess or carry on or about your person any firearm or other type of weapon;
    3. associate with any person engaged in any criminal activity;
    4. violate any law of any city, county, state or the United States (a conviction in a court of law is
    not necessary for you to be found in violation);
    5. use any controlled substance, unless permitted by law;
    6. use intoxicants;
    7. ✓ visit places where controlled substances are unlawfully sold, dispensed or used.
i. ✓ you must do each and every of the following:
    1. work diligently at a lawful, gainful occupation;
    2. support yourself and your lawful dependents to the best of your ability;
    3. answer promptly and truthfully any and all questions put to you by either the Court or any community
    control officer;
    4. allow a duly authorized community control officer to visit you in your home, your place of employment
    or elsewhere;
    5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
    authorized community control officer;
    6. report to your community control officer at least four times a week, or if unemployed full time,
    daily.
    7. file a full and truthful written report with your community control officer, no later than the fifth
    day of each and every month of your community control, upon a form to be furnished to you.
    8. pay the sum of $30.00 per month, or any increased amounts authorized by law, for costs of
    supervision while on community control, unless modified as follows:

9. pay the sum of(s) of:
    a) $ _____ court costs,
    b) $ 20.00 victim costs on counts II
    c) $ _____ "trust fund" or ✗ 50.3 hours community service (F.S.27.3455)
    d) $ 500 assessment. II
    e) $ _____
    on a schedule to be determined by your community control officer.

CLERK'S COPY

E-01

A-000038

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

ROBERT B CARNEY  FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED. 1085069

DATE 11-23-89  CASE NO. 87011567CF10A  ARREST NO. PB 87002571  ROX/IC/SUBET SUMMONS/CASH BOND # 1085070  AGENCY _____

DEFENDANT ____ ROBERT KENT SOLLENBERGER _____ AKA _____

**COURT STATUS**

| | | | | 50.3 TRUST FUND / HOURS COMM. SERVICE |
|---|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☒ CHANGE OF PLEA | ☒ ADJ. GUILTY ____ $ 20 V.C ____ $5.00 ASSESSMENT EACH COUNT | |
| ☐ ARRAIGNMENT | ☐ JURY | ☒ PLED GUILTY II | ☐ WITHHELD ____ V.C EACH COUNT | |
| ☐ SENTENCING | ☐ COURT | ☐ PLED NOLO | ☒ NOLLE PROSEQUI I ☐ DISMISSED | ☐ ACQUITTED |
| ☐ PSI | ☐ 1ST. V.O. ____ | | | |
| ☐ PDR | ☐ FINAL V.O. ____ | | | |

CHARGE(S) ____ 001 POSSESSION OF COCAINE
002 DELIVERY CONTROLLED SUBST

**DUI USE ONLY**

COUNT _____
____ PROBATION W/SPECIAL CONDITION
____ LICENSE SUSP. _____ HOURS COMM SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____
$ _____ COURT COST _____ 5% _____ V.C _____ D.C _____ ENTF

JAIL TIME _____
OTHER _____

SENTENCE: II *Two Years Community Control.
*C I not to work in a teaching Capacity or with children*

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| 6 | FINE | COURT COST | 5% | V.C. | CJC |
| 5 | FINE | COURT COST | 5% | V.C. | CJC |
| 1 | FINE | COURT COST | 5% | V.C. | CJC |
| 1 | FINE | COURT COST | 5% | V.C. | C.30 |
| PLUS | | DEFERRAL FEE TO: | | | |

/s/
08P3 1/80  JUDGE

BY ____ m beatt ____ (DEPUTY CLERK)

FILE COPY

E-01

IN THE CIRCUIT COURT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 87-11567CF-10

STATE OF FLORIDA,

JUDGE CARNEY

Plaintiff,

Fla. Bar No. 2S538

vs.

ROBERT K. SOLLENBERGER,

Defendant.

1987 JUL 14 AM 2:06
BROWARD COUNTY FLORIDA

ENTRIES OF APPEARANCE, WAIVER OF ARRAIGNMENT,
PLEA OF NOT GUILTY, AND DEMAND FOR JURY TRIAL

The Clerk and all parties to this action will please note the appearance of the undersigned attorney as counsel for the Defendant in the above-captioned cause.

The Defendant hereby waives arraignment, enters a plea of not guilty, and demands trial by jury.

I do certify that a copy hereof has been furnished to the State Attorney's Office, Broward County Courthouse, Fort Lauderdale, Florida 33301, by hand this 14th day of July, 1987.

ROBERT J. FOGAN
Attorney for Defendant
2170 S.E. 17th Street, Suite 204
Fort Lauderdale, Florida 33316-1787
Telephone: (305) 523-5455

E-01

BROWARD COUNTY.   ☐ **COMPLAINT AFFIDAVIT**   ☒ **ARREST FORM**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

PBB7-2571

| FILING AGENCY - Pompano Beach | OFFENSE REPORT 747728 | LOCAL I.D. NO. | FDLE | FBI | | IS NO. 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 |
|---|---|---|---|---|---|---|

| DEFENDANTS LAST NAME SOLLENBERGER, | FIRST Robert | MIDDLE Kent | SUF | ALIAS/STREET NAME BOB | | |
|---|---|---|---|---|---|---|

| RACE W | SEX M | HGT 508 | WGT 160 | EYES Brn | HAIR Brn | COMP Med | AGE 32 | | 54 | BIRTH PLACE Nebraska |
|---|---|---|---|---|---|---|---|---|---|---|

LOCAL ADDRESS XX

Ft. Lauderdale, Fla.

| SCARS, MARKS, TT None | PLACE OF EMPLOYMENT Americana Prep School | LENGTH 7 yrs |
|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY 20 yrs | BREATHALYZER BY | CCN X | READING X | PLACE OF ARREST 600 N. Federal Hwy   Pompano Beach, Fla. |
|---|---|---|---|---|

| DATE ARRESTED 7/10/87 | TIME ARREST 1430 | ARRESTING OFFICERS Det. G. Bader | DCN 242 | OFFICER INJURED Y ☐ N ☒ | UNIT OCB | ZONE V36 | BEAT x | SHIFT x |
|---|---|---|---|---|---|---|---|---|

| UNIT TRANSPORTING PRISONER #1/5K | TRANSPORTING OFFICER | DSN 4024 | PICK UP TIME | ARRIVAL TIME AT BSO |
|---|---|---|---|---|

ATTACH DEFENDANT'S PHOTO

DEFENDANT'S VEHICLE MAKE _____ TYPE _____ YEAR _____ COLOR _____

TAG NO. _____ VIN NO. _____ VEHICLE TOWED TO _____

OTHER IDENTIFIERS: _____

OR REMARKS: _____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) State of Fla. | ADDRESS | PHONE |
|---|---|---|

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of Cocaine          F3 | FSS 893.13 |
| 2 | Delivery of Controlled Substance Dextropropoxyphene (Darvon) to a person under the age of 18 yrs.          F2 | FSS 893.13 |
| | | |
| | | |

## PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ___Bader___ ___Gary___ ___William___ who being first duly

sworn deposes and says that on the _10_ day of _July_ 19_87_ at _600 N. Federal Hwy  Pompano Beach, Fla._

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

Since October 1985 the Organized Crime Bureau of the Pompano Beach Police Dept. has been conducting an on-going investigation into illegal narcotics activity at the Americana Prep School located at 600 N. Federal Hwy. Pompano Beach Broward County Fla. Allegations and information has been recieved of illegal sales of narcotics inside the school in presence of instructors the use of narcotics in the school and at times in the presence/ along with instructors. Information also indicated that instructors were accepting cocaine from students for higher grades and for extra credit. Much of this information was directed towards the above Defendant. On 7/9/87 under controlled circumstanes a meeting was arranged with the above Defendant and a confidential informant (C.I.). During this meeting arrangements were made between the C.I. and the Defendant where the Defendant would in exchange for cocaine insure that the C.I. would obtain higher grades and credits. The exchange of the cocaine would occur the next day following graduation. On 7/10/87 during a conversation with the Defendant the CI was insured that the grades were taken care of and that he should make delivery of the previous discussed cocaine. At approx 1430 Hrs. 7/10/87 the C.I. met with the Defendant who indicated that the grades had been taken care of that in fact he had threatened one instructor to change his grade. During this time the Def. did give to the C.I. a juvenile (16 yrs) (3) 500 mg Darvon capsules instructing him to take them with beer. The C.I. then as previously arranged did give to the Defendant 2 gms of cocaine. The Defendant was then taken into custody and booked on the above charges.

| Sworn to and subscribed before me, this undersigned authority, this | I swear the above statement is correct and true to the best of my knowledge and belief. |
|---|---|
| _10_ day of _July_ 19 _87_ | |
| _____ DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASST. ST. ATTY.   TITLE Certified Police Ofc. | Det. G. Bader   OFFICER/AFFIANT'S SIGNATURE/CCN |
| SEVENTEENTH JUDICIAL CIRCUIT BROWARD COUNTY STATE OF FLORIDA BSOD-82 REV. 9/86 | OFFICERS NAME _____ |

FIRST APPEARANCE/ARREST FORM

COURT COPY

| | |
|---|---|
| CITY _____ | Orig. - Court |
| | 2nd - State Atty. |
| | 3rd - Filing Agency |
| | 4th - Arresting Agency |

A-000041

CASE NUMBER __95-6692CF10__   JUDGE DIVISION _____ **FA**

WARRANT _____ SUMMONS _____ NIC CAPIAS _____

# CIRCUIT COURT - CRIMINAL

## COUNTY OF BROWARD/STATE OF FLORIDA

95006692CF10A                                        DIV FA

DEFT NAME: LIVERMORE, ROY S
    A/K/A:
ADDRESS: ▮▮▮▮ WHITE ▮▮▮▮ MALE   DOB: ▮▮▮63
                                 SUNRISE                    FL

INFORMATION FOR:
    001   POSSESS CONTROLLED SUBSTANCE      FXXD893131E
UNFILED 002   CONS ALCOH IN PUBLIC PROH      OMGD301 } NO ACTION TAKEN BY SAO }

PRINT DATE 05/08/95

FILING DATE _5-5-95_ _____ NO INFO _____ PER _____

ARREST DATE _4-16-95_

ARREST NUMBER _SN 95-392_

BOND AMT _1,000._ _____ 4-16-95 AGENCY _B.S_ ____ DISCHARGED _7/13/95_

BOND AMT _____ AGENCY _____ DISCHARGED _____

ARRAIGNMENT _6-6-95_ ____ RESET ____ RESET ____ RESET ____

GUILTY _____ NOLO _____ STOOD MUTE/NOT GUILTY/BY CT _____

NOT GUILTY _____ WRITTEN PLEA _5-22-95_ ____ WAIVER OF JURY _____

JUN 06 1995

TRIAL DATE _July 31, 1995 @9Am_ _P/c July 13, 1995 @9Am #5900_

_7/13/95 / withdraw plea of not guilty_
_enter plea of guilty_

PROBATION TERMINATED

ACQUITTED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _7/13/95_ ____ WITHHELD ADJUDICATION _____

SENTENCE & ADJ DEFERRED TO _____ PSI ____

SENTENCE _7/13/95_ 6 months comm control followed by 2 years probation w/sc 50.3 hrs comm. service no drugs, no alcohol, drin alc susp, is COS pay martin, NA/AA at least 5x/week 2cotf sovc & scsst

NOLLE PROS _____ PER ____ DISCHARGE _____ DISMISS _____ SPEEDY ____

STATE PRISON COMMITMENT _____ BY _____ , D.C.

IF IT IS UNLAWFUL TO REMOVE THIS FILE OR ANY OF ITS CONTENTS FROM THE CLERK'S OFFICE WITHOUT LEAVE OF THE COURT (F.S 28.13)

LIVERMORE, ROY S.

95-6692CF10

F-001

A-000042

CAPIAS _____ ALIAS _____ PLURIES _____.

BOND EST/AMT _____ AGENCY _____ VACATED _____

BOND EST/AMT _____ AGENCY _____ VACATED _____

4-15
4-16 /2

| | | | |
|---|---|---|---|
| 5-22-95 | NOTICE OF APPEARANCE | _____ | ST ANSWER TO DISCOVERY |
| 5-22-95 | WRITTEN PLEA/NOT GUILTY | 6-19-95 nb | ST AMENDED ANSWER/DISC |
| 5-22-95 | DEF DEMAND FOR DISCOVERY | _____ | ST AMENDED ANSWER/DISC |
| 5-22-95 | DEF M/STMT OF PARTICULARS | _____ | ST AMENDED ANSWER/DISC |
| _____ | DEF M/ROR | _____ | ST AMENDED ANSWER/DISC |
| _____ | DEF M/REDUCE BOND | _____ | ST DEMAND/NOT OF ALIBI |
| _____ | DEF M/SET BOND | _____ | ST M/AMEND |
| _____ | DEF M/COMPEL | _____ | ST M/APPOINT EXPERT |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/DISCHARGE | _____ | ST M/INCREASE BOND |
| _____ | DEF M/DISMISS | _____ | ST M/REVOKE BOND |
| _____ | DEF M/EXCLUDE | _____ | ST M/PRODUCE |
| _____ | DEF M/EXPUNGE RECORD | _____ | ST M/STRIKE |
| _____ | DEF M/LIMINE | _____ | ST M/BLOOD SAMPLES |
| _____ | DEF M/PRODUCE | _____ | ST M/HAIR SAMPLES |
| _____ | DEF M/SEAL RECORD | _____ | ST M/HANDWRITING SAMPLES |
| _____ | DEF M/SEVER | _____ | ST M/SALIVA SAMPLES |
| _____ | DEF M/SPEEDY TRIAL | _____ | ST M/SEMEN SAMPLES |
| _____ | DEF M/STRIKE | _____ | ST M/EXCLUDE EVIDENCE |
| _____ | DEF M/SUBST OF COUNSEL | _____ | ST M/PRESERVE EVIDENCE |
| _____ | DEF M/SUPPRESS EVIDENCE | _____ | ST M/EXCLUDE TESTIMONY |
| _____ | DEF M/SUPPRESS STATEMENTS | _____ | ST M/PRESERVE TESTIMONY |
| _____ | DEF M/WITHDRAW/ATTY/REC | _____ | ST M/EXTEND SPEEDY TRIAL |
| 7/12/95 | DEF M/ adopt m/consolidate | _____ | ST M/FINGERPRINTS |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |

F-1097

F-002

A-000043

# CASE PROGRESS

ATTORNEY: _Robert B. Halleran, Esq. # 274359 (305) 458-7700_

ADDRESS: _1250 E. Hallandale Bch. Blvd. Suite 901 Hallandale, FL. 33009_

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/PC/INDICTMENT TO ATTORNEY ON: JUN 0 6 1995   _E/PC_

JUN 0 6 1995 ___ DEF. ALLOWED ___ _15_ ___ DAYS TO FILE MOTIONS. ___

_4-16-95. Mag Hrg Held_  PROBABLE CAUSE FOUND

_5-9-95. Notice sent to deft + boydsman · cl._

JUN 0 6 1995 _Arraignment     Held       c/R S. Amerally_

_7/13/95   change of plea held       %r m. morker (dw)_

_√ file + record felony judgment bk 23704 pg 736/737_

_√ file order of comm? control_

_√ file order of probation_

_√ file sentencing guidelines Scoresheet_

JUN 25 _ c/r michelli Eak   Defense m/ Terminate_

_Probation held - granted_

END OF REMARKS

F-003

A-000044

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 6/25/97   CASE NO. 95-6692 CF   ARREST NO. SN95-392   ROR/IC/SURETY SUMMONS/CASH BOND _____   AGENCY _____

DEFENDANT Roy Livermore   AKA _____

## COURT STATUS

| | | | |
|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☐ CHANGE OF PLEA | |
| ☐ ARRAIGNMENT | ☐ JURY | ☐ PLED GUILTY | |
| ☐ SENTENCING | ☐ COURT | ☐ PLED NOLO | |
| ☐ PSI | ☐ 1ST VO _____ | | |
| ☐ PDR | ☐ FINAL VO _____ | | |

☐ _____ TRUST FUND / HOURS COMM SERVICE
☐ ADJ GUILTY _____ VC _____ ASSESSMENT EACH COUNT
☐ WITHHELD _____ VC EACH COUNT
☐ NOLLE PROSEQUI   ☐ DISMISSED   ☐ ACQUITTED

CHARGE(S) 1. Possess controll Substance

**DUI USE ONLY**

COUNT _____
_____ PROBATION W/SPECIAL CONDITION
LICENSE SUSP. _____ HOURS COMM SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____

$ _____ COURT COST _____ 5% _____ VC _____ CJC _____ EMTF

JAIL TIME _____
OTHER _____

SENTENCE Defense motion to terminate probation is hereby granted.

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| PLUS $ | | DEFERRAL FEE TO | | | |

BY K. Patrick
(DEPUTY CLERK)

/S/ _____
DISP S 1/87   JUDGE Jose A. Julian

FILE COPY

F-004

A-000045

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 7/13/95  CASE NO. 95006692CF10A   ARREST NO. SN95000392   ROR/IO/SURETY SUMMONS/CASH BOND  B Y S   AGENCY SNSN

DEFENDANT  ROY S LIVERMORE   AKA

## COURT STATUS

☐ MAGISTRATE  ☐ TRIAL  ☑ CHANGE OF PLEA
☐ ARRAIGNMENT  ☐ JURY  ☑ PLED GUILTY
☐ SENTENCING  ☐ COURT  ☐ PLED NOLO
☐ PSI  ☐ 1ST. V.O.
☐ PDR  ☐ FINAL V.O.

☐ ADJ. GUILTY  200  TRUST FUND / HOURS COMM. SERVICE
30  VC S  ASSESSMENT EACH COUNT
☐ WITHHELD  VC EACH COUNT
☐ NOLLE PROSEQUI  ☐ DISMISSED  ☐ ACQUITTED

CHARGE(S)  001 POSSESS CONTROLLED SUBSTANCE

COUNT _____  DUI USE ONLY
PROBATION W/SPECIAL CONDITION
LICENSE SUSP _____ HOURS COMM SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____
$ _____ COURT COST _____ 5% _____ VC _____ CJC _____ EMTF
JAIL TIME _____
OTHER _____

SENTENCE- Six (6) months Community Control followed by Two (2) years Probation w/sc - 0 50.3 hrs comm service not to possess a use any drugs no alcohol 2 year d.l. suspension 45 cos per month NA/AA min. 5x/week

ct will consider early term after successful completion one-half probation

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | | COURT COST | 5% | VC | CJC |
| PLUS $ | | DEFERRAL FEE TO | | | |

/S/ _____
DISP 3 1/67  JUDGE

BY _____ (DEPUTY CLERK)
FILE COPY

F-005

A-000046

## RULE 3.990( ) SENTENCING GUIDELINES SCORESHEET

| 1. DATE OF SENTENCE | 2. PREPARED BY ☐DC ☑SAO | 3. COUNTY | 4. SENTENCING JUDGE |
|---|---|---|---|
| 0 7 1 2 9 5 | | Bud. | Speiser |
| M O D Y Y R | | | |

| 5 NAME (LAST, FIRST, M.I.) | 6 DOB | 7. DC# | 9 RACE | 10 GENDER |
|---|---|---|---|---|
| Livermore, Roy | M O D Y Y R | 8 OBTS# | ☐B ☑W ☐OTH ☐HISP ☐YES ☐NO | ☑M ☐F ☑PLEA ☐TRIAL |

☐ Check here if this sentencing is for only a revocation of probation or community control

**I PRIMARY OFFENSE:** If Qualifier, please check ___A ___S ___C  (A=Attempt, S=Solicitation, C=Conspiracy)   **POINTS**

| DOCKET# | FELONY DEGREE | FS # | OFFENSE LEVEL | OFF. DATE |
|---|---|---|---|---|
| 95-6692 CF | 3° / | 893.00 | 1 | 0 4 1 5 9 5 |
| | | | | M O D Y Y R |

Description: Poss. of Dextropropoxyphene

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=42, 8=74, 9=91, 10=116)   I 16

**II ADDITIONAL OFFENSE(S):** Supplemental page attached ☐

| DOCKET# | FEL/MM | FS # | OFFENSE LEVEL | QUALIFY A S C | CNTS | POINTS |
|---|---|---|---|---|---|---|
| ___/___ | ___/___ | ___/___ | ___ | ☐☐☐ | ___ X ___ = ___ |
| Description ___ | | | | | |
| ___/___ | ___/___ | ___/___ | ___ | ☐☐☐ | ___ X ___ = ___ |
| Description ___ | | | | | |
| ___/___ | ___/___ | ___/___ | ___ | ☐☐☐ | ___ X ___ = ___ |

Description: ___

(Level = Pts M=0 2, 1=0 7, 2=1 2, 3=2 4, 4=3 6, 5=5 4, 6=7 2, 7=8 4, 8=9 6, 9=10 8, 10=12 0)  Supplemental page points ___

II. ___

**III VICTIM INJURY:**

| | Number | Total | | Number | Total |
|---|---|---|---|---|---|
| 2ND Degree Murder | 120 X ___ = ___ | | Slight | 4 X ___ = ___ |
| Death | 60 X ___ = ___ | | Sex Penetration | 40 X ___ = ___ |
| Severe | 40 X ___ = ___ | | Sex Contact | 18 X ___ = ___ |
| Moderate | 18 X ___ = ___ | | | |

III. ___

**IV PRIOR RECORD:** Supplemental page attached ☐

| FEL/MM DEGREE | FS # | OFFENSE LEVEL | QUALIFY A S C | DESCRIPTION | NUM | POINTS |
|---|---|---|---|---|---|---|
| 3 | 893 | 3 | ☐☐☐ | Poss | 1 x 16 = 16 |
| 3 | 812 | 2 | ☐☐☐ | GT | 1 x 8 = 8 |
| 3 | 784 | A | ☐☐☐ | Agg. Assault | 1 x 36 = 36 |
| ___ | ___ | ___ | ☐☐☐ | ___ | ___ x ___ = ___ |
| ___ | ___ | ___ | ☐☐☐ | ___ | ___ x ___ = ___ |

(Level = Pts M=0 2, 1=0 5, 2=0 8, 3=1 6, 4=2 4, 5=3 6, 6=4 8, 7=5 6, 8=6 4, 9=7 2, 10=8 0)

Supplemental page points ___

IV 60

Page Subtotal 110

DISTRIBUTION
White (Original) / Clerk
Green / DC Data
Canary / State Attorney
Pink / Defense Attorney
Goldenrod / DC Offender File

Effective Date January 1, 1994

1

F-006

A-000047

Page 1 Subtotal _10.0_

V. Legal Status Violation = 4 Points ........................................ V. _____

VI. Release Program Violation - 6 Points X Number of Violations (Max 18 Pts) = .... VI. _____

VII. Firearm or Destructive Device = 18 Points .......................... VII. _____

VIII. Semi-Automatic Weapon or Machine Gun = 25 Points ............ VIII. _____

Subtotal Sentence Points. _18.0_

IX. Enhancements (only one multiplier may be used)

| Law Enforcement Protection | Drug Trafficking |
|---|---|
| ☐ 1.5 Multiplier ☐ 2.0 Multiplier | ☐ 1.5 Multiplier |

Enhanced Subtotal Sentence Points IX.

TOTAL SENTENCE POINTS _10.0_

## SENTENCE COMPUTATION

- If total sentence points are less than, or equal to 40, the sentencing court may not impose a state prison sentence. The sentencing court may increase total sentence points that are less than or equal to 40 by up to 15 percent and may impose a state prison sentence if the increased total exceeds 40 points.

_____ x 1.15 = _____ANS_____
Total Sentence Points          Increased Sentence Points

- If total sentence points are greater than 40 and less than or equal to 52 the decision to incarcerate in a state prison is left to the discretion of the court. If total sentence points are greater than 52 the sentence must be a state prison sentence.
- A state prison sentence is calculated by deducting 28 from total or increased sentence points.

_____ minus 28 = _____
Total Or Increased Sentence Pts.          State Prison Months

- The sentencing court may increase or decrease state prison months by up to 25 percent except where the total sentence points were less than or equal to 40 but have been increased by up to 15 percent to exceed 40 points. Any state prison sentence must exceed 12 months.

x .75
_____          _____
State Prison Months          Minimum State Prison Months

x 1.25
_____
Maximum State Prison Months

TOTAL SENTENCE IMPOSED

| | Years | Months | Days |
|---|---|---|---|
| ☐ State Prison | | | |
| ☐ County Jail | | | |
| ☐ Community Control | | | |
| ☑ Probation | 2 | 6 | |

- Please designate the particular type of sentence where an enhanced or mandatory sentence imposed.
☐ Habitual Felony Offender          ☐ Guidelines Aggravated Departure
☐ Habitual Violent Felony Offender          ☐ Guidelines Mitigated Departure
Mandatory pursuant to:   ☐ s.775.087          ☐ s.893.13   ☐ s.893.135

2

F-007

## RULE 3.990(b) SUPPLEMENTAL SENTENCING GUIDELINES SCORESHEET

| NAME (LAST, FIRST, M I) | DOCKET# | DATE OF SENTENCE<br>M O  D Y  Y R |
|---|---|---|
| Lewismore Roy | 95-06092CF | 07 12 95 |

| CODES<br>DC USE<br>ONLY | II | ADDITIONAL OFFENSE(S)<br>DOCKET# | FEL/MM | FS # | LEVEL | QUALIFY<br>A S C | CNTS | POINTS |
|---|---|---|---|---|---|---|---|---|
| ☐☐☐☐ | | ____/____/____/____ | | | | ☐☐☐ | ____ X ____ = ____ |
| | | Description ____ | | | | | | |
| ☐☐☐☐ | | ____/____/____/____ | | | | ☐☐☐ | ____ X ____ = ____ |
| | | Description ____ | | | | | | |
| ☐☐☐☐ | | ____/____/____/____ | | | | ☐☐☐ | ____ X ____ = ____ |
| | | Description ____ | | | | | | |
| ☐☐☐☐ | | ____/____/____/____ | | | | ☐☐☐ | ____ X ____ = ____ |
| | | Description ____ | | | | | | |
| ☐☐☐☐ | | ____/____/____/____ | | | | ☐☐☐ | ____ X ____ = ____ |
| | | Description ____ | | | | | | |

(Level = Pts  M=0 2, 1=0 7, 2=1 2, 3=2 4, 4=3 6, 5=5 4, 6=7 2, 7=8 4, 8=9 6, 9=10 8, 10=12 0)

II ____

### IV  PRIOR RECORD: Supplemental page attached

| CODES<br>DC USE<br>ONLY | FEL/MM<br>DEGREE | FS # | LEVEL | QUALIFY<br>A S C | DESCRIPTION | NUM | POINTS(s) |
|---|---|---|---|---|---|---|---|
| ☐☐☐☐ | ____ | ____ | ____ | ☐☐☐ | ____ | ____ X ____ = ____ |
| ☐☐☐☐ | ____ | ____ | ____ | ☐☐☐ | ____ | ____ X ____ = ____ |
| ☐☐☐☐ | ____ | ____ | ____ | ☐☐☐ | ____ | ____ X ____ = ____ |
| ☐☐☐☐ | ____ | ____ | ____ | ☐☐☐ | ____ | ____ X ____ = ____ |
| ☐☐☐☐ | ____ | ____ | ____ | ☐☐☐ | ____ | ____ X ____ = ____ |
| ☐☐☐☐ | ____ | ____ | ____ | ☐☐☐ | ____ | ____ X ____ = ____ |

(Level = Pts  M=0 2, 1=0 5, 2=0 8, 3=1 6, 4=2 4, 5=3 6, 6=4 8, 7=5 6, 8=6 4, 9=7 2, 10=8 0)

IV ____

REASONS FOR DEPARTURE ____

____

____

____

____

____

____

DISTRIBUTION
White (Original) / Clerk
Green / DC Data
Canary / State Attorney
Pink / Defense Attorney
Goldenrod / DC Offender File

Effective Date  January 1, 1994

JUDGE'S SIGNATURE

3

F-008

A-000049

If reasons cited for departure are not listed below, please write reasons on the reverse side,
in the area specified "Reasons for Departure"

### Reasons for Departure - Aggravating Circumstances

☐ Legitimate, uncoerced, plea bargain.

☐ Offense was one of violence and was committed in a manner that was especially heinous, atrocious or cruel.

☐ Offenses arose from separate episodes. Primary offense is at level 4 or higher and the defendant has committed 5 or more offenses within a 180 day period that have resulted in convictions.

☐ Primary offense is scored at level 3 and the defendant has committed 8 or more offenses within a 180 day period that have resulted in convictions.

☐ Offense was committed within 6 months of defendant's discharge from a release program or state prison.

☐ Defendant occupied a leadership role in a criminal organization.

☐ Offense committed by a public official under color of office.

☐ Defendant knew victim to be a law enforcement officer at the time of the offense, the offense was a violent offense; and that status is not an element of the primary offense.

☐ Offense created substantial risk of death or great bodily harm to many persons or to one or more small children.

☐ Victim especially vulnerable due to age or physical or mental disability.

☐ Offense was motivated by prejudice based on race, color, ancestry, ethnicity, religion, sexual orientation or national origin of the victim.

☐ Victim suffered extraordinary physical or emotional trauma or permanent physical injury, or was treated with particular cruelty.

☐ Victim was physically attacked by the defendant in the presence of one or more members of the victim's family.

☐ Offense resulted in substantial economic hardship to a victim and consisted of an illegal act or acts committed by means of concealment, guile or fraud to obtain money or property, to avoid payment or loss of money or property or to obtain business or professional advantage when two or more of the following circumstances were present·

　☐ Offense involved multiple victims or multiple incidents per victim.

　☐ Offense involved a high degree of sophistication or planning or occurred over a lengthy period of time;

　☐ The defendant used position or status to facilitate the commission of the offense, including positions of trust, confidence, or fiduciary relationship; or

　☐ The defendant was in the past involved in other conduct similar to that involved in the current offense.

☐ Offense committed in order to prevent or avoid arrest, to impede or prevent prosecution for the conduct underlying the arrest, or to effect an escape from custody.

☐ Defendant is not amenable to rehabilitation or supervision, as evidenced by an escalating pattern of criminal conduct as described in s. 921.001(8).

☐ Defendant induced a minor to participate in any of the offenses pending before the court for disposition.

☐ Primary offense is scored at level 7 or higher and the defendant has been convicted of one or more offense that scored, or would have scored, at an offense level 8 or higher.

☐ Defendant has an extensive unscoreable juvenile record.

### Reasons for Departure - Mitigating Circumstances

☐ Legitimate, uncoerced plea bargain.

☐ Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of law was substantially impaired.

☐ Defendant requires specialized treatment for addiction, mental disorder, or physical disability and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated

☐ Defendant cooperated with the State to resolve the current offense or any other offense

☐ The offense was committed in an unsophisticated manner and was an isolated incident for which the defendant has shown remorse

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ Defendant to be sentenced as a youthful offender

**4**

F-009

| 17th Judicial Circuit in and for Broward County | CLOCK IN |
|---|---|

**DIVISION:**
**CRIMINAL**   **JUDGEMENT**   DIV: FA

95-311248   T#002
07-21-95   01:05PM

THE STATE OF FLORIDA VS: Roy S. Livermore

**CASE NUMBER**

956692CF

| PLAINTIFF | DEFENDANT |
|---|---|

[ ] PROBATION VIOLATOR       STATE ATTORNEY Robert Hedrick
( Check if Applicable )       COURT REPORTER M. Mooker)

The Defendant, Roy S. Livermore being personally before this Court represented
by: Robert Hallman , his attorney of record, and having:
(Check Applicable Provision)   [ ] Been tried and found guilty of the following crime(s).
   [✓] Entered a plea of guilty to the following crime(s).
   [ ] Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Poss. Controlled Substance | 893.13(1)e | 3 F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50 00)pursuant to F S 960.20 (Crimes Comp Trust Fund) The defendant is further ordered to pay the sum of Five Dollars ($5 00) as court costs pursuant to F S 943 25(4)

(Check if Applicable)   [ ] The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F S 775.0835
   (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S 775.083 are to be recorded on the Sentence page(s)

Restitution to State   [ ] The defendant shall make payment of any debt due and owing to the State under section 960 17, 948 03 (1)(9) and 775 089, Florida Statutes The amount of such debt shall not exceed $10,000 and has already been determined to be $ _____ or if not yet determined shall be determined by the Court at a later date upon final payment by the Crimes Compensation Trust Fund on behalf of the victim(s)

   [ ] The Court hereby imposed additional court costs in the sum of $ _____

Imposition of Sentence   [✓] The Court hereby stays and withholds the imposition of sentence as to count(s) ___I___ and places the Defendant
Stayed and Withheld   on probation for a period of two (2) years consecutive to 6 months comm control
   under the supervision of the Department of Corrections (condition of probation set forth in separate order )

Sentence Deferred   [ ] The Court hereby defers imposition of sentence until _____
Until Later Date       (Date)
(Check if Applicable)   [✓] Pay $200 00 Trust Fund pursuant to F.S 27 3455   BK23704PG0736

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence

COUNT(S) _____ _____ DAYS BROWARD COUNTY JAIL W/CREDIT FOR _____ DAYS TIMES SERVED

FORM 180/074 REVISED 1094       PAGE 1 OF 2

F-010

Roy Livermore

| DIVISION CRIMINAL | ADJUDICATION WITHHELD ☒ ADJUDICATED GUILTY | CASE NUMBER 95-66920F |
|---|---|---|

### FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
| | | | | |

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
COUNTY ADMINISTRATOR

Fingerprints taken by:

_____ Court Deputy
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this 13 day of July
A.D., 19 95 , I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the
Defendant Roy Livermore , and that they were placed thereon by said Defendant in
my presence in Open Court this date.

_____ JUDGE

FORM 1609080
REVISED 9/94

PAGE 2 OF 2

BK23704PG0737

F-011

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, STATE OF FLORIDA**

THE STATE OF FLORIDA

vs.

ROY S. LIVERMORE

INFORMATION FOR

POSSESSION OF
DEXTROPROPOXYPHENE

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that ROY S. LIVERMORE on the 15th day of April, A.D. 1995, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit:   Dextropropoxyphene, contrary to F.S. 893.03(4)(o) and F.S. 893.13(6)(a),(L1),

CMK/jlg/5/5/95

F-012

A-000053

**STATE OF FLORIDA vs.    ROY S. LIVERMORE**          **INFORMATION, Page 2**
                         **IDENTIFYING DATA**
                         **W/M, 1/14/63**

COUNTY OF BROWARD
STATE OF FLORIDA

          CLERK A. HORN

        Personally appeared before me _____, duly
appointed as an Assistant State Attorney of the 17th Judicial Circuit of
Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting
Attorney for the State of Florida in the County of Broward, who being first
duly sworn, certifies and says that testimony has been received under oath
from the material witness or witnesses for the offense(s), and the
allegations as set forth in the foregoing Information would constitute the
offense(s) charged, and that this prosecution is instituted in good faith.

                          _____
                          Assistant State Attorney, 17th Judicial Circuit of Florida

        SWORN TO AND SUBSCRIBED before me this __5__ day of __May__, A.D. 19_95_.

                          ROBERT E. LOCKWOOD

                          Clerk of the Circuit Court, 17th Judicial Circuit,
                          Broward County, Florida

    **SEAL**        By _____
                          Deputy Clerk

To the within Information, Defendant pleaded _____.

                          ROBERT E. LOCKWOOD

                          Clerk of the Circuit Court, 17th Judicial Circuit,
                          Broward County, Florida

                     By _____
                          Deputy Clerk

F-013

A-000054

| ARREST NO | | | | | | | | | OBTS NO 007587761. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **FILING AGENT** SUNRISE P.D. | | **OFFENSE REPORT** 95-25183 | | **LOCAL I.D. NO** CA# 20924 | | | | **FDLE** | **FBI** | **SS NO** | |
| **DEFENDANT'S LAST NAME** LIVERMORE | | **FIRST** ROY | | **MIDDLE** STEVEN. | **SUF** | **ALIAS/STREET NAME** | | | | | **CITIZENSHIP** |

| RC W | SEX M | HGT 5'8" | EYES BRO | HAIR BRO | WGT 150 | COMP MED | AGE 32 | DOB [ ] 63 | BIRTHPLACE BROWARD, FL | SCARS, MARKS, TT NONE | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**PERMANENT ADDRESS** [redacted]

**LOCAL ADDRESS** SAME

**PLACE OF EMPLOYMENT** [redacted]  LENGTH 3

| RESIDENCE TYPE | (1) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY LIFE | BREATHALYZER BY/CCN | READING | PLACE OF ARREST 6691 SUNSET STRIP SUNRISE, FL 3383 | DATE/TIME ARRESTED 04 15 95 1930 | ARRESTING OFFICER(S) CCN L TUNMORE 3453 |
|---|---|---|---|---|---|

| OFFICER INJURED Y ☐ N ☒ | UNIT N31 | ZONE 2 | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME- TIME ARRIVED AT BSO | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) STATE OF FLORIDA. | | ADDRESS | PHONE # |
|---|---|---|---|

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | FS # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSSESSION OF A CONTROLLED SUBSTANCE (GENERIC DARVOCET) | | 893-13 |
| 2 | DRINKING IN PUBLIC | ORDINANCE VIOLATION | 3-2 |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared ROBERT J. TUNMORE who being first duly sworn deposes and says that on 15 day APRIL 19 95 at 6691 SUNSET STRIP, SUNRISE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

THE DEFENDANT WAS OBSERVED DRINKING A CAN OF BUDWIEZER BEER IN PUBLIC IN VIOLATION OF A CITY ORDINANCE, INCIDENT TO LAWFUL ARREST TWO TABLETS WERE FOUND IN HIS RIGHT POCKET. THE TABLETS WERE FOUND TO BE A GENERIC FORM OF THE PAIN PILL DARVOCET, THE DEFENDANT STATED HE HAD GOT THE TABLETS FROM AN UN-NAMED FRIEND. SINCE THE TABLETS ARE A CONTROLLED

I swear the above statement is correct and true to the best of my knowledge and belief

Robert J Tunmore
OFFICER/AFFIANT'S SIGNATURE

ROBERT J. TUNMORE 3453
OFFICER'S NAME/CCN

S.O.U. / N31.
OFFICER'S DIVISION

STATE OF        COUNTY OF

95 APR 15 PM 11:15

The foregoing instrument was acknowledged before me this 15 day of APRIL, 19 95, who is personally known to me or who has produced (ID Type) LEO as identification and who DID (DID OR DID NOT) take an oath

(SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY

OC 8438
TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSOPR #2 (Rev. 9/91)

FIRST APPEARANCE / ARREST FORM

SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION

COURT COPY

Org - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

F-014

A-000055

ARREST NO __SNH 542.__   PROBABLE CAUSE AFFIDAVIT CONTINUATION   BTS NO __007551161-__

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | HGT | WGT | RC | SEX | DOB | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | - | 5'8" | 150 | W | M | 63 | 95-25183 | R. TUNMORE 3453 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.)   STATE OF FLORIDA   ADDRESS   PHONE #

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | FS # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared __ROBERT J. TUNMORE__ who being first duly sworn deposes and says that on __15__ day __APRIL__, 19__95__ at ▓▓▓, __SUNRISE__ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

SUBSTANCE AND CAN ONLY BE OBTAINED BY DOCTORS PRESCRIPTION. THE DEFENDANT WAS CHARGED WITH THEIR POSSESSION. THE TABLETS IDENTITY AND NARCOTIC MAKEUP WAS CONFIRMED BY A LOCAL HOSPITAL (FLORIDA MEDICAL CENTER HOSPITAL) WHO WERE PROVIDED WITH A DESCRIPTION OF THE TABLETS AND PROVIDED US WITH A PRINTOUT OF SAME.

I swear the above statement is correct and true to the best of my knowledge and belief

__Robert J. Tunmore__   __Robert J. Tunmore 3453__   __S.O.U. N31.__
OFFICER/AFFIANT'S SIGNATURE   OFFICER'S NAME/CCN   OFFICER'S DIVISION

STATE OF ___ COUNTY OF ·
The foregoing instrument was acknowledged before me this __15__ day of __APRIL__ 19__95__ who is personally known to me or who has produced (ID Type) __FLD__ as identification and who __DID.__ (DID OR DID NOT) take an oath

__OFC 3438__

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY   TITLE OR RANK/CCN   (SEAL OR STAMP)

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSODR PA (REV 6/91)

Orig - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

COURT COPY

F-015

A-000056

SN950392

**SHERIFF'S OFFICE**
**BROWARD CO., FL**

COURT COPY

| OBTS Number | Print Clearance | | Name Search | | | Teletype | | |
|---|---|---|---|---|---|---|---|---|
| 000758,761 | | | | | | 90/00/90 | | |

| Arrest Number | Offense Report Number | | BCCN Number | | Booking Sheet Control Date & Time | | |
|---|---|---|---|---|---|---|---|
| SN950392 | SN 9525183 | | | | 04/16/95  00 53 | | |

| Last Name | First | | Middle | SSN | | Probation | Parole |
|---|---|---|---|---|---|---|---|
| LIVERMORE | ROY | | STEVEN | | | | |

| Alias Last Name | First | | Middle | Driver's License | | State |
|---|---|---|---|---|---|---|
| | | | | Yes     No | | |

| Street/Nik Name | Race | Sex | Hgt | Wgt | Eyes | Hair | Comp | Age | Date of Birth | Place of Birth | St/Cty | Ctz |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 508 | 150 | BRN | BRN | MED | 032 | /63 | | | US |

| Scars, Marks, Tattoos |
|---|
| NONE VISIBLE |

| Permanent Address | | Bldg | Apt | City | St/Cry | Yrs | Mths |
|---|---|---|---|---|---|---|---|
| 7110   NW 64 | | AV | | SUNRISE | FL | 00 | 00 |

| Resident of Broward County? | Yrs | Mths | Resident of Florida? | Yrs | Mths | Phone Number | US Vet |
|---|---|---|---|---|---|---|---|
| YES | 32 | 00 | YES | 52 | 00 | | No |

| GDH | Other Medical |
|---|---|
| | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| OLYMPIC POOL | |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | 00% | | | SN | 6691  SUNSET STRIP |

| Arrest Date | Arrest Time | Arresting Officer | ID Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 04/15/95 | 19 30 | TURMONT | W  3453 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | ID Number | Add Charge Officer | ID Number |
|---|---|---|---|---|---|
| 04/16/95 | 00 49 | SWANEY | F  BS7701 | | |

| Date | Charges | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| 041695  001  POSS CONTROLLED SUBSTANCE | 3FY | D | | 1000.00 |
| 041695  002  DRINKING IN PUBLIC | 3MY | D | ML. | |

NOT LEGIBLE FOR SCANNING

BOOKING RMKS. 3954/75.67 WC/7617

| Release Reason | | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|---|
| | | | | | |

| Arrest No | Last Name | First | Unattended Children? | | | | | |
|---|---|---|---|---|---|---|---|---|
| SN950392 | LIVERMORE | ROY | N | | | | | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang | Resist | Rabbit | Suic | Hmc | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/95 | 00 49 | M | W | 01/13/63 | | | | | | | |

| Bin No | P-Box No | Bulk No | Vehicle Towed To |
|---|---|---|---|
| 6683 | | | |

| Currency $ | Language msg | |
|---|---|---|
| 14.89 | DETAINEE SPEAKS ENGLISH | F-016 |

BSOD-R1 REV 3/00

A-000057

□ COMPLAINT AFFIDAVIT  ☒ ARREST FORM

BROWARD COUNTY SN# 392 ARREST NO _____ SHADER FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY OBTS NO 001587761.

| FILING AGENT SUNRISE P.D. | OFFENSE REPORT 95-25183 | LOCAL I D NO CA# 20924 | FDLE | FBI | SS NO |
|---|---|---|---|---|---|

| DEFENDANT'S LAST NAME LIVERMORE | FIRST ROY | MIDDLE STEVEN | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|

| RC W | SEX M | HGT 5'8" | EYES BRO | HAIR BRO | WGT 150 | COMP MED | AGE 32 | DOB ██-63 | BIRTHPLACE BROWARD, FL | SCARS, MARKS, TT NONE |
|---|---|---|---|---|---|---|---|---|---|---|

PERMANENT ADDRESS ████ ███ ███ ███ | LOCAL ADDRESS SAME

PLACE OF EMPLOYMENT ████ | LENGTH 3

| RESIDENCE TYPE (1) CITY (2) COUNTY (3) FLORIDA (4) OUT-OF-STATE |
|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY LIFE | BREATHALYZER BY/CCN | READING | SUNRISE, FL 33351 | DATE/TIME ARRESTED 04/15/95 1930 | ARRESTING OFFICER(S) CCN L TUNMORE 3453 |
|---|---|---|---|---|---|

| OFFICER INJURED Y □ N ☒ | UNIT N31 | ZONE 2 | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME· | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | TIME ARRIVED AT BSO | |

TYPE N N/A A AMPHETAMINE | B BARBITURATE C COCAINE E HEROIN | H HALLUCINOGEN M MARIJUANA O OPIUM | P-PARAPHERNALIA/ EQUIPMENT S SYNTHETIC | U UNKNOWN Z OTHER | ACTIVITY | ACTIVITY N N/A P POSSESS | S SELL B BUY T TRAFFIC | A SMUGGLE D DELIVER E USE | M MANUFACTURE/ PRODUCE/ CULTIVATE | K DISPENSE/ DISTRIBUTE | Z OTHER | INDICATION OF ALCOHOL INFLUENCE DRUG INFLUENCE | Y N UK ☒ □ □ ☒ □ □

ATTACH DEFENDANT'S PHOTO

DEFENDANT'S VEHICLE-MAKE N/A. TYPE ____ YEAR ____ COLOR ____ VIN NO ____

VEHICLE TOWED TO ____ TAG NO ____ OTHER IDENTIFIERS OR REMARKS ____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP ) STATE OF FLORIDA. | ADDRESS | PHONE # |
|---|---|---|

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | FS # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSSESSION OF A CONTROLLED SUBSTANCE (GENERIC DARVOCET) | | 893-13 |
| 2 | DRINKING IN PUBLIC | ORDINANCE VIOLATION | 3-2 |
| | | | |
| | | | |
| | | | |

PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ROBERT J. TUNMORE who being first duly sworn deposes and says that on 15 day APRIL , 19 95 at 6691 SUNSET STRIP, SUNRISE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

THE DEFENDANT WAS OBSERVED DRINKING A CAN OF BUDWIEZER BEER IN PUBLIC IN VIOLATION OF A CITY ORDINANCE, INCIDENT TO LAWFUL ARREST TWO TABLETS WERE FOUND IN HIS RIGHT POCKET. THE TABLETS WERE FOUND TO BE A GENERIC FORM OF THE PAIN PILL DARVOCET, THE DEFENDANT STATED HE HAD GOT THE TABLETS FROM AN UN-NAMED FRIEND. SINCE THE TABLETS ARE A CONTROLLED

I swear the above statement is correct and true to the best of my knowledge and belief

| Robert J Tunmore | ROBERT J. TUNMORE 3453 | S.O.U. /N31. |
|---|---|---|
| OFFICER/AFFIANT'S SIGNATURE | OFFICER'S NAME/CCN | OFFICER'S DIVISION |

STATE OF ____ COUNTY OF ____

The foregoing instrument was acknowledged before me this 15 day of APRIL , 19 95, who is personally known to me or who has produced (ID Type) LEO as identification and who DID (DID OR DID NOT) take an oath

95 APR 15 PM 11:51

(SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY | ORC 3438. TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT BROWARD COUNTY STATE OF FLORIDA BSO08 #2 (Rev 9/91)

FIRST APPEARANCE / ARREST FORM SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION ·

Org - Court 2nd - State Atty 3rd - Filing Agency 4th - Arresting Agency

COURT COPY

F-017

A-000058

☐ COMPLAINT AFFIDAVIT     ☐ ARREST FORM

PROBABLE CAUSE AFFIDAVIT CONTINUATION

BROWARD COUNTY ARREST NO. SN# 392.

OBTS NO 007581761 -

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | HGT | WGT | RC | SEX | D O B | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | ~ | 5'8" | 150 | W | M | /63 | 95-25183 | R. TUNMORE 3453 |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F S # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared ROBERT J. TUNMORE who being first duly sworn deposes and says that on 15 day APRIL , 19 95 at 6691 SUNSET STRIP, SUNRISE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

SUBSTANCE AND CAN ONLY BE OBTAINED BY DOCTORS PRESCRIPTION, THE DEFENDANT WAS CHARGED WITH THEIR POSSESSION. THE TABLETS IDENTITY AND NARCOTIC MAKEUP WAS CONFIRMED BY A LOCAL HOSPITAL (FLORIDA MEDICAL CENTER HOSPITAL) WHO WERE PROVIDED WITH A DESCRIPTION OF THE TABLETS AND PROVIDED US WITH A PRINTOUT OF SAME.

I swear the above statement is correct and true to the best of my knowledge and belief

Robert J. Tunmore     Robert J Tunmore 3453     S.O.U. N31.

OFFICER/AFFIANT'S SIGNATURE     OFFICER'S NAME/CCN     OFFICER'S DIVISION

STATE OF     COUNTY OF

The foregoing instrument was acknowledged before me this 15 day of APRIL , 19 95 , who is personally known to and or who has produced (ID Type) LEO as identification and who DID. take an oath

(DID OR DID NOT)

O.L. 3438

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY     TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSO00 2A (REV 9/91)

(SEAL OR STAMP)

Orig - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

COURT COPY

F-018

A-000059

IN THE CIRCUIT COURT OF 17TH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO 95-6692CF10A
DIVISION RA-3 Speiser
ARR NO _____ ROR ☐ IC CASH SURETY

STATE OF FLORIDA,

PLAINTIFF,

vs

Livermore _____

DEFENDANT,

**ORDER OF PROBATION**

THE DEFENDANT, having

a ___✓___ entered a plea of guilty/nolo contendere to

b _____ been found guilty of

c _____ prior probation is hereby revoked

[Counts __I__.] Possess Controlled
Substance
[ _____
[ _____
[ _____

THE COURT HEREBY·

d ___✓___ adjudges you guilty of count(s) __I__

e _____ withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED THAT, subject to the laws of this State,

f ___✓___ you are hereby placed on probation for a period of __Two (2) years consecutive to Six (6) months Community Control__ to be supervised by the Department of Corrections

g _____ (split sentence) you shall be confined in
  1 the custody of the Sheriff of Broward County for a period of _____
  2 the custody of the Department of Corrections for a period of _____
  after which you shall be on probation for a period of _____, to commence upon release

h _____ (Administrative Probation) you may, upon satisfactory completion of half the term of imposed probation and effective upon entry of an appropriate order, be transferred to Administrative Probation as defined in Chapter 948.001(1) FS. After payment of a $50.00 processing fee, all previously imposed conditions, except (k) (5), will be deleted

i _____ (Drug Offender Probation) you are hereby placed on drug offender probation as defined in Chapter 948.001 (3) FS for a period of _____

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND

SPECIAL                         CONDITIONS                         OF                         PROBATION:

j _____ You must report, in person, immediately or on the next working day after release from confinement, to PROBATION OFFICE, 10 West Las Olas Boulevard, FORT LAUDERDALE, FLORIDA

k ___✓___ you shall not do any of the following (without first obtaining the consent of your probation officer)
  1 change the place where you live or work,
  2 leave the County where you live,
  3 you will not possess, carry or own any firearm. You will not possess, carry or own any other weapons without first procuring the consent of your officer,
  4 associate with any person engaged in any criminal activity,
  5 violate any law of any city, county, state or the United States (a conviction in a court of law is not necessary for you to be found in violation),
  6 use any controlled substance, unless permitted by law,
  7 use any intoxicants,
  8 visit places where controlled substances are unlawfully sold, dispensed or used

l ___✓___ you must do each of the following
  1 you will work diligently at a lawful occupation, advise your employer of your supervision status and support your dependents to the best of your ability, as directed by your officer,
  2 answer promptly and truthfully any and all questions put to you by either the Court or any probation officer,
  3 allow a duly authorized probation officer to visit you in your home, your place of employment or elsewhere,
  4 follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized probation officer,
  5 file a full and truthful written report with your probation officer, no later than the fifth day of each and every month of your probation, upon a form to be furnished you,
  6 pay the sum of $50.00 per month, or any increased amounts authorized by law, for costs of supervision while on probation, unless modified as follows 15.00
  7 pay the sum(s) of
    a) $ _____ court costs
    b) $ 50.00 victim costs on counts __I__
    c) $ 200.00 trust fund or _____ 50 3 hours community service (FS 27.3455)
    d) $ 5 00 assessment
    e) $ _____
    on a schedule to be determined by your probation officer
    f) $ _____ emergency medical fund

95 66692CF0A

m. _____ you shall comply with the following special conditions of probation

_____ 1 Spend _____ in custody of Broward County Sheriff and comply with all rules of the institution in which you were placed with credit for _____ days time served

_____ 2 Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof

_____ 3 Spend _____ weekends, 8 00 a m to 5 00 p m, participating in any special work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the probation officer

_____ 4 You will attend and successfully complete the following rehabilitation program to be selected by your probation officer or such other entity that may be determined by the Court and you will continue that program until no longer deemed necessary by your probation officer or the Court Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff

_____ (a) an in-patient _____ alcohol, _____ drug, _____ psychological program

_____ (b) an out-patient _____ alcohol, _____ drug, _____ psycological program

_____ (c) _____ program

_____ (d) submit to evaluation for counseling or placement in a _____ alcohol; _____ drug, _____ psychological rehabilitation program to be selected by the probation officer based upon such evaluation (Upon request the Court will grant a hearing in the event of dispute)

_____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the probation officer or the Court

_____ 5 You will submit to urinalysis, breathalyzer or blood tests at any time requested by your Officer or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances You shall be required to pay for such tests unless otherwise waived by your Officer

_____ 6 Not use or possess alcoholic beverages for any purpose or drugs

_____ 7. Not drive or operate a motor vehicle except _____

_____ 8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the probation officer and the parties are not able to reach agreement, all on a schedule to be determined by the probation officer

_____ 9 Pay public defender's fee in the sum of $_____ on a schedule to be determined by the probation officer.

_____ 10 Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the probation officer.

_____ 11 Perform 503 hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization _____ in lieu of additional conditions of probation.

_____ 12 You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your probation officer, or as follows

_____ 13. You will not associate, communicate or have any contact with

_____ 14 Other 2 yr. Drivers lic. suspension ; HR/HA cm
5 x/week ; It will consider acctd term after
successful completion of one-half probation

n The Court reserves the right to rescind, modify or revoke probation to the extent provided by law

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 13th day of July, 19 95

nunc pro tunc, _____

JUDGE/CIRCUIT COURT

I have received a copy of the terms and conditions of my probation I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit, 10 West Las Olas Boulevard, for further instructions. Also, I hereby consent to the disclosure of my alcohol & drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, part II, for the duration of my supervision

Defendant

Instructed by

CLERK'S COPY

F-020

A-000061

IN THE CIRCUIT COURT OF ⬤ 17TH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO 95-6692CF10A

DIVISION CA-50C15CC

ARR NO _____ ROR ☐  IC ☐  CASH ☐  SURETY ☐

STATE OF FLORIDA,

　　　　　PLAINTIFF,

VS  Livermore Pungia Wali

　　　　　DEFENDANT,

**ORDER OF COMMUNITY CONTROL**

THE DEFENDANT, having

a ___✓___ entered a plea of guilty/nolo contendere to

b _____ been found guilty of

c _____ prior probation is hereby revoked

[Counts  I Possess Controlled
[ Substance
[ _____
[ _____

THE COURT HEREBY.

d ___✓___ adjudges you guilty of count(s) __I__

e _____ withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED THAT, subject to the laws of this State

f ___✓___ you are hereby placed on community control for a period of __Six (6) months followed by two (2) years probation__
to be supervised by the Department of Corrections

g _____ (split sentence) you shall be confined in
　　1 the custody of the Sheriff of Broward County for a period of _____
　　2 the custody of the Department of Corrections for a period of _____
　　after which you shall be on community control for a period of _____ , to commence upon release
_____ to commence upon release

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL CONDITIONS OF COMMUNITY CONTROL:

h _____ you must report, in person, immediately or on the next working day after release from confinement, to  COMMUNITY CONTROL OFFICE, 10 West Las Olas Boulevard, FORT LAUDERDALE, FLORIDA

i ___✓___ you shall not do any of the following (without first obtaining the consent of your community control officer)
　　1 change the place where you live or work,
　　2 you will not possess, carry or own any firearm  You will not possess, carry or own any other weapons without first procuring the consent of your officer,
　　3 associate with any person engaged in any criminal activity,
　　4 violate any law of any city, county, state or the United States (a conviction in a court of law is not necessary for you to be found in violation),
　　5 use any controlled substance, unless permitted by law,
　　6 use any intoxicants,
　　7 visit places where controlled substances are unlawfully sold, dispensed or used

j ___✓___ you must do each of the following
　　1 you will work diligently at a lawful occupation, advise your employer of your supervision status and support your dependents to the best of your ability, as directed by your officer,
　　2 answer promptly and truthfully any and all questions put to you by either the Court or any community control officer,
　　3 allow a duly authorized community control officer to visit you in your home, your place of employment or elsewhere,
　　4 follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized community control officer,
　　5 you shall report in person to your community control officer at least one (1) time a week, or, if unemployed, report as directed
　　6 file a full and truthful written report with your community control officer, no later than the fifth day of each and every month of your community control, upon a form to be furnished you,
　　7 pay the sum of $50.00 per month, or any increased amounts authorized by law, for costs of supervision while on community control, unless modified as follows __15.00__

8 pay the sum(s) of
　　a) $ _____ court costs
　　b) $ 50.00 victim costs on counts __I__
　　c) $ 200.00 ("trust fund") or _____ 50 3 hours community service (F S  27 3455)
　　d) $ 5.00 assessment
　　e) $ _____
　　on a schedule to be determined by your community control officer

CLERK'S COPY

F-021

A-000062

95-_____CF10A

f) $ _____ emergency medical fund

9  remain confined to your approved residence except for one half hour before and after your approved employment, public service work or any other special activities approved by your community control officer

10  submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances

11  maintain an hourly accounting of all your activities on a daily log which you will submit to your community control officer upon request

12  participate in self improvement programs as determined by the court or your community control officer

k ___ you shall comply with the following special conditions of community control

_____ 1  Spend _____ in custody of Broward County Sheriff and comply with all rules of the institution in which you were placed with credit for _____ days time served

_____ 2  Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof

_____ 3  Spend _____ weekends, 8 00 a m. to 5 00 p m , participating in any special work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer

_____ 4  You will attend and successfully complete the following rehabilitation program to be selected by your community control officer or such other entity that may be determined by the Court and you will continue that program until no longer deemed necessary by your community control officer or the Court  Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff

_____ (a) an in-patient _____ alcohol, _____ drug, _____ psychological program

_____ (b) an out-patient _____ alcohol, _____ drug, _____ psychological program

_____ (c) _____ program _____

_____ (d) submit to evaluation for counseling or placement in a _____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation  (Upon request the Court will grant a hearing in the event of a dispute)

_____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the community control officer or the Court

_____ 5  You will submit to urinalysis, breathalyzer or blood tests at any time requested by your officer or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances  You shall be required to pay for such tests unless otherwise waived by your officer

___ 6  Not use or possess alcoholic beverages for any purpose or drugs

_____ 7  Not drive or operate a motor vehicle except _____

_____ 8  Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer

_____ 9  Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer

_____ 10  Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer

___ 11  Perform 50.3 hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization _____ in lieu of additional conditions of community control

_____ 12  You will obtain a G E D , or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows _____

_____ 13  You will not associate, communicate or have any contact with _____

_____ 14  You will submit to electronic monitoring of your whereabouts as required by the Florida Department of Corrections and will reimburse the State of Florida Electronic Monitoring Trust Fund as provided by 945 30(1), F S , at a rate of $30 per month

___ 15  Other  2 yr. Drivers Lic. suspension, NA/AA min. 5x/week

I  The Court reserves the right to rescind, modify or revoke community control to the extent provided by law

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 13th day of July , 1995

nunc pro tunc, _____

JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control  I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit, 10 West Las Olas Boulevard, for further instructions  Also, I hereby consent to the disclosure of my alcohol & drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, part II, for the duration of my supervision

Defendant

Instructed by

CLERK'S COPY

F-022

A-000063

THE CIRCUIT COURT FOR
BROWARD COUNTY, FLORIDA

CASE NO.: 95-6692 CF10

JUDGE:    SPEISER

—STATE OF FLORIDA

VS.

Roy S. Livermore

**ORDER SETTING CASE FOR TRIAL
AND STATUS CONFERENCE**

UPON THE COURT'S MOTION, IT IS ORDERED AS FOLLOWS

1. THE TRIAL OF THIS CASE IS SET FOR __9:00 A__ M, THE __31st__ DAY OF __July__, 199 __5__, IN COURTROOM __5900__ OF THE BROWARD COUNTY COURTHOUSE

2. A CONFERENCE CONCERNING THE STATUS OF THIS CASE WILL BE HELD AT __9:00 A__ M, THE __13th__ DAY OF __July__, 199 __5__ IN __COURTROOM 5900__

THE MATTERS AND QUESTIONS TO BE DISCUSSED, ANSWERED AND RESOLVED AT THE STATUS CONFERENCE ARE

> HAS ALL DISCOVERY BEEN COMPLETED?
> ARE ANY PRE-TRIAL MOTIONS UNRESOLVED?
> CAN THE CASE BE RESOLVED OTHER THAN BY TRIAL?
> ARE BOTH SIDES READY FOR TRIAL?
> THE ANTICIPATED LENGTH OF TRIAL, NUMBER OF WITNESSES
>     AND UNUSUAL QUESTIONS OF LAW OR LOGISTICS.
> ANY AND ALL OTHER MATTERS RELEVANT TO THE DISPOSITION OF THE CASE

3. THE DEFENDANT, THE DEFENDANT'S ATTORNEY AND THE ASSISTANT STATE ATTORNEY IN CHARGE OF THE CASE SHALL BE PRESENT AT THE STATUS CONFERENCE

THE SPECIFIC PURPOSE AND INTENT OF HOLDING THE STATUS CONFERENCE IS TO DETERMINE WHETHER OR NOT THIS CASE WILL BE TRIED OR RESOLVED WITHOUT A TRIAL ALL PARTIES WILL COOPERATE TO ACCOMPLISH THIS PURPOSE THE STATUS CONFERENCE MAY BE CANCELLED ONLY IF THE CASE IS SETTLED AND BOTH SIDES AGREE TO THE CANCELLATION IF EITHER SIDE REQUESTS A CONTINUANCE OF THE TRIAL, A MOTION MUST BE FILED IN WRITING AT OR BEFORE THE STATUS CONFERENCE STATING THE SPECIFIC REASONS FOR THE REQUESTED CONTINUANCE (SEE FRCRP 3.190 (G) )

DONE AND ORDERED ON _____ _____ 199 _5_

X_____

CIRCUIT JUDGE

**COPIES FURNISHED**

IN OPEN COURT                    BY MAIL

_____  Defendant        X

_____  Def Atty          X

___X___  State Atty       per S.

_____  Bondsman         per S.

White = CLERK, Yellow = DEFENDANT, Green = DEFENDANT'S ATTORNEY, Pink = STATE ATTORNEY, Goldenrod = BONDSMAN

BC 108 (Rev 12/89)

F-023

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NUMBER: 95-6692CF10A

STATE OF FLORIDA
    Plaintiff

vs

ROY S. LIVERMORE,
    Defendant.

_____/

## WRITTEN PLEA OF NOT GUILTY

COMES NOW the Defendant, Roy S. Livermore, by and through his undersigned attorney, pursuant to Florida Rules of Procedure and informs the Court that:

1. That the Defendant hereby enters a plea of Not Guilty in the above styled cause, and demands trial by Jury.

2. That the Defendant further requests that the Clerk of the Court notify, in writing, the undersigned counsel of the time and date of the next Court appearance of the accused, and before which Judicial Officer.

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted to the Clerk of the Court, Broward County Courthouse 201 Southeast 6th Street, Fort Lauderdale, Florida 33301; The State Attorney's Office, 201 Southeast 6th Street, Room 640, Fort Lauderdale, Florida 33301, this _18_ day of May, 1995.

THE LAW OFFICE OF ROBERT B. HALLERAN and ASSOCIATES, P.A.
1250 E. Hallandale Beach Blvd.
Suite 901
HALLANDALE, FLORIDA 33009
1-305-458-7700

Robert B. Halleran, Esq.
Florida Bar Number: 274259

F-024

A-000065

CASE NO. _81-3389 CF_

SU ___ DIRECT ___ CR ___ JUDGE __MOE__

BARTH/ALBURY
PL

# CIRCUIT COURT
# CRIMINAL
### COUNTY OF BROWARD
### STATE OF FLORIDA
### VS.

_Roy Steven Livermore_

3-31-81
SHERIFF'S NO. _PL 81-0369/ B581-2216 /B581-4871_

INFORMATION FOR _Possession of Methaqualone 893.13(1)e_

JUN 25 1981 → GARY KOLLIN      Chloe Taylor

ATTORNEY _APR 23 1981  Pd CARLOS RODRIGUEZ_

DEFENDANT'S ADDRESS _WM 1-14-63  5261 NW 12 St Lauderhill, FL_

SURR 4-1-81

FILED: __APR 20 1981__   BOND _1850_   Drops RETURN _4-9-81_

CAPIAS __APR 20 1981 RA.__   ALIAS _____ PLURIES _____

APPEARANCE AND ARRAIGNMENT __APR 23 1981__

PLEA __APR 23 1981__  GUILTY ✓  NOT GUILTY ___ NOLO ___

WAIVER OF JURY _____

TRIAL DATE _____ AT _____ M.

ACQUITED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _____ WITHHELD ADJUDICATION _APR 23 1981_

SENTENCE & ADJUDICATION DEFERRED UNTIL _____

SENTENCE _serven eighteen (18) months and to court cost_

_PROBATION (violates) JUL 27 1981 new sentence: 3½ years_

_Probation (Special Condition) Complete Spectrum Program_

BOND ESTREATURE _____ VACATED _____

NOLLE PROSEQUI _____ PER _____

NO INFORMATION _____ ____ PER _____

ARRAIGNMENT RESET _4-23-81_ ____ RESET _____ RESET _____

_____ SET FOR DOCKET SOUNDING _____

ISSUE COMMITMENT STATE PRISON _____

## CASE PROGRESS

JUN 25 8M _Bond slade filed_

JUN _Fine 4th Violation of Prob — Def Pled not Guilty_
_No Date of Hearing Suspense — def — on_____

JUN 25 1981 FILE DEF'S OATH OF INDIGENCY & ORDER
APPOINTING P.D. OFFICE _Contempt_

JUN 15 1981 _Filed a Record this Proceedings Book_ **364** _at_ **1035**
7/30/81 _Notice of T.D. Mailed to Def_
6/11/81 FILE AFFIDAVIT
ISSUE WARRANT
VIOLATION OF PROBATION

7/20/81 _File Hearing Held on Violation of Probation_
JUL 27 1981 _Final Hearing Violation Probation by N Williamson_
JUL 27 1981 _File + Record Order of Probation Revoked formed_ **365** _At_ **298**
JUL 27 1981 _File + Record Order of Probation, CAVB_ _PG_
JUL 27 1981 _File Dispo Slip_
_File y Record Stay Proceedings BK 364 PG 2077_
6/29/81 — FILE TRANSPORT ORDER
1/5/1982 FILE DY'F PROBATION ORDER.

A-000067

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION)     ADDRESS     PHONE

| COUNT NO. | OFFENSES CHARGED | CS. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | WARRANT — Vio. of PROBATION | 81-3389 GF |
| | | |
| | | |
| | | |
| | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared _CALHOUN  JACK  GEORGE_ who being first duly

sworn deposes and says that on the _23_ day of _JUNE_ 19_81_ at _544E NW 19STR, LAUDERHILL_

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

_AFFIANT, A SWORN DEPUTY OF BROWARD COUNTY, PLACED
ABOVE DEFENDANT UNDER ARREST BY VIRTUE OF ABOVE
CAPIAS/WARRANT._

Sworn to and subscribed before me,
the undersigned authority, this
_____ day of _____ 19___

TITLE
DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASST. ST. ATTY.
SEVENTEENTH JUDICIAL CIRCUIT

I swear the above statement is correct and true
to the best of my knowledge and belief

OFFICER'S/AFFIANT'S SIGNATURE

| COUNT NO. | OFFENSES CHARGED | | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|---|
| 1 | F.S.S.656.011 DISORDERLY INTOXICATION | | |
| 1 | F.S.S.893.13 (2)(c) POSSESSION OF METHAQUALONE | | |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION)  ADDRESS  PHONE
State of Florida   7051 N.W.4th Street   Plantation Florida.   475-2100

## PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ALBURY RICHARDSON BASIL JR. who being first duly sworn deposes and says that on the 31 day of March 19 81 at 5605 West Sunrise Blvd. Plantation the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows: Defendant was observed staggering and bumping into patrons at the FAIRLANES BOWLING ALLEY, located at 5605 West Sunrise Blvd., and making a general nuisance of of himself. The above named officers arrested Subject Livermore and escorted same outside of bowling alley, where a search of subject was made with the above named officers finding (43) FORTY-THREE LEMON 714 TABLETS, in both front pockets. Subject Livermore was also charged at scene with the possession of controlled substances and transported to the Plantation Police Department.

A-000069

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| ROY STEVEN LIVERMORE | POSSESSION OF METHAQUALONE |
| | |
| | |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

ROY STEVEN LIVERMORE

on the 31st day of March A.D. 19 81, in the County and State aforesaid.

did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Methaqualone, contrary to F.S. 893.03 (2)(c)(5) and F.S. 893.13(1)(e),

GVN/km/4/20/81

A-000070

ORDER WITHHOLDING ~~ OF GUILT AND~~

STATE OF FLORIDA                                                     in and for the Seventeenth Judicial Circuit
                                                                    in and for _____ County, Florida
                        Plaintiff
— vs —
ROY S. LIVERMORE                                                    Case No. ___81-3389 CF___
                        Defendant
This cause coming on this day to be heard before me, and you, the defendant, _____
Roy S. Livermore _____ , being now present before me, and you
having:
☑ ENTERED A PLEA OF GUILTY TO
~~ENTERED A PLEA OF NOLO CONTENDERE TO~~        BOOK ___362___ PAGE ___1233___
~~BEEN FOUND GUILTY BY THE VERDICT OF A JURY OF~~
~~BEEN FOUND GUILTY BY THE COURT TRYING THE CASE WITHOUT A JURY OF~~
the offense of _____ POSSESSION OF METHAQUALONE _____

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should presently be adjudged guilty and suffer the penalty authorized by law:

Now, therefore, it is ordered and adjudged that the adjudication of guilt and imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of ___eighteen (18) months___ under the supervision of the Department of Corrections and its officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:
(1) Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.
(2) You will pay to the State of Florida the amount of Ten Dollars ($10) per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.
(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.
(4) You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.
(5) You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.
(6) You will not use intoxicants to excess nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.
(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability as directed by your Probation Officer.
(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.
(9) Defendant must submit to an evaluation for placement in a drug rehabilitation program selected by probation officer and if deemed necessary complete said program successfully.
(10) Defendant must submit to an evaluation for placement in a alcohol rehabilitation program selected by probation officer and if deemed necessary complete said program successfully.

STATE OF FLORIDA, BROWARD COUNTY
This instrument recorded in
MINUTES CIRCUIT COURT THIS
___28___ day ___April___ 19 ___81___
NUNC PRO TUNC: ___4-23-81___
___362___ Page ___1233___ Broward Vol. Cty
By _____ ROBERT E. LOCKWOOD

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation, adjudge you guilty and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, this the ___23rd___ day of ___April___, 19 ___81___.

_____
Leroy H. Moe                    Judge

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: ___4-23-81___                          ___Roy S. Livermore___
                                                    Probationer
Instructed by: ___Aaron T. Bales___
                                             Roy S. Livermore

T. Baker/T. Baker
ATTEST: 8581-2216
DOOR 838959 17-0

A-000071

BSO 81-3...
POLICE DEPARTMENT — THEIR CASE NO.

The Broward County Sheriff's Department is in receipt this date of an Arrest Warrant (Capias) charging the above mentioned with

Violation of Probation
CHARGES

The information provided by you in the Warrant Application Sheet does not have sufficient identifiers of the individual named.

NO WANTED entry may be made into the Florida Crim Information Center (FCIC) or the National Crime Information Center (NCIC) WITHOUT ALL of the following identifiers of the defendant:

Please provide: NAME Roy Steven Livermore

Date of Birth: [redacted] RACE White

NOT LEGIBLE FOR MICROFILMING

SEX male HEIGHT 5'8 WEIGHT 135

COLOR OF HAIR brown EYES hazel

It is necessary that the police officer who will eventually make the arrest on this warrant be assured that the person arrest is the person named. Please provide as many of the following identifiers as you can possibly determine:

(a) Photograph Identification: BSO Jacket or Arrest # BS81-23116

Your Dept. Arrest # ______ (Attach Photo)

(b) Alias: ______ (c) FBI # ______

(d) Soc Sec # [redacted] 744 (e) Drivers License # ______

(f) Miscellaneous NO (Type) ______ (g) Fingerprint classifications ______

(h) 1. Current Address and Phone # [redacted]

2. Last reported address and Phone # [redacted]

(i) 1. Place of Employment, address and Phone # Livermore Tile & Stone 5361 N.W. 12th Street Lauderhill (j) Type of Occupation: ______

2 Previous Employment, Address and Phone # ______ (j) Type of Occupation: ______

(k) Vehicle Identification: Make ______ Type ______ Year ______

Color ______ Tag # ______ Vin # ______

(l) Other Identifiers: ______

(m) Victim Info: Name ______ Address ______

Phone # ______

(n) Comments: NOT LEGIBLE FOR MICROFILMING

EDWARD J. STACK, SHERIFF

Teresa A. Baker
Signature - Filing Officer

By: ______

DATE: 10-11-81 Date: ______

PHOTO

NOT LEGIBLE FC. ?
MICROFILMING

MOE

COURT COPY          BOOKING DESK

**SHERIFF'S DEPARTMENT**
**BROWARD COUNTY, FLORIDA**

Print Clearance

Teletype

In    Out

| Booking Number | Offense Report No. | CCN | | Filing Agency | Booking Sheet Control Date & Time |
|---|---|---|---|---|---|
| BS81-4871 | BSLH-810614 | 11084484 | | BS | 06-23-81  02:55  01  OF  01 |

| Last Name | First | Middle | SSN | Wanted | Probation |
|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | | | YES |

| Alias Last Name | First | Middle | | State |
|---|---|---|---|---|

| Street/Nik Name | Race | Sex | Hgt. | Wst. | Eyes | Hair | Comp. | Age | | Place of Birth | St. Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROY | W | M | 508 | 130 | HAZ | BRN | CD | 18 | -63 | FT LAUD | FL |

| Permanent Address | | Bldg. | Apt. | City | St. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| | | | | LAUDERHILL | FL | 17 | 0 |

| Local Address | | Bldg. | Apt. | City | St. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| | | | | LAUDERHILL | FL | 17 | 0 |

| Ept. | Heart | Hemo. | Diab. | Algy. | Ulcer | TBP | VDP | Mental | Narc. | NarcW | AL/W | AMP | GOH | Armed | Dang. | Resist | Rabbit | Suic. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | | | | | | |

Scars, Marks, Tattoos
NONE VIS

| Employer | Occupation |
|---|---|
| UNEMPLOYED | LABORER |

| Prints | Blood Alcohol | Vehicle Towed | Rights | Phone Call | Pers. Prop. Bin No. | Place of Arrest (Address) |
|---|---|---|---|---|---|---|
| YES | | | YES | | 776 | 5446 NW 19TH ST |

| Arrest Date | Arrest Time | Arresting Officer | CCN | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 06-23-81 | 02:00 | CALHOUN  J | BS2684 | NO | 621 | 4 | 1 | A |

| Unit No. | Transporting Officer | | Pick Up Time | Arrival Time | U.S. Vet | Discharge |
|---|---|---|---|---|---|---|

| Booking Date | Booking Time | Booking Officer | CCN | Add Charge Date | Officer | CCN |
|---|---|---|---|---|---|---|
| H 06-23-81 | 02:38 | NOCHOMSON | L BS2419 | — | | |

| Date | Offense/s | Florida Statute Number | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| 06-23-81 | 1 VIOL OF PROBATION | DIV.FE | 81-3389CF | N/B |

NOT LEGIBLE FOR
MICROFILMING

SUBJECT PASSED OUT BOOKED BY P.C.

Personal Medical Insurance

PL81-3609

| Release Reason | Released By | Released | Date Released | Time Released |
|---|---|---|---|---|

| Booking Number | Last Name | First Int. | Booking Number | Last Name | First |
|---|---|---|---|---|---|
| BS81-4871 | LIVERMORE | ROY | BS81-4871 | LIVERMORE | ROY |

| Date | Time | Sex | Race | Date of Birth | Bin Number | Date | Time | Sex | Race | Date of Birth |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-23-81 | 02:38 | M | W | 01-14-63 | 776 | 06-23-81 | 02:38 | M | W | 01-14-63 |

| Currency | Watch | Keys | Pen | Comb | Glasses | Credit Card | Ring | Booking Officer | Ept. | Heart | Hemo. | Diab. | AMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | | 02 | | 01 | | | | NOCHOMSON  L BS2419 | | | | | |

| Coins | Bills | Lighter | Purse | Wallet | Miscellaneous | Ulcer | TBP | VDP | Mental | Narc. | NarcW | AL/W | AMP | GOH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | | | | 0104  X PROPERTY BAG | | | | | | | | | YES |

C. MATCHES

Other:

Vehicle Towed By:

Florida Statute:      VIOL OF PROBATION      N/B

DEPARTMENT OF CORRECTIONS

POCI 11941

# AFFIDAVIT
## VIOLATION OF PROBATION

AT LARGE

Before me this day personally appeared _____TERESA A. BAKER_____

_____ who, being first duly sworn

says that _____Roy S. Livermore_____ hereinafter referred to as the probationer,

was on the 23rd day of _____April_____ A. D. 19 81 placed on probation for the

offense of _____Possession of Methaqualone_____

in the ___Circuit___ Court of ___Broward___ County, for a term of (18) months
eighteen

in accordance with the provision of Chapter 948, Florida Statutes.

Affiant further states that the probationer has not properly conducted h is self, but has violated the

conditions of h is probation in a material respect by

Violation of Condition (5) Order of Probation, by failing to remain
at liberty without violating any law, in that, on 5-23-81, in Broward
County, Florida, he did then and there unlawfully commit an act which
constituted a breach of peace or affected the peace and quiet of
persons who witnessed it, to wit:  disorderly conduct;

AND, on 5-23-81, in Broward County, Florida, he did unlawfully have
in his actual or constructive possession a controlled substance,
to wit:  marijuana;

AND, on 5-23-81, in Broward County, Florida, he did unlawfully resist,
obstruct or oppose Officer Michael Illes, a duly qualified and legally
authorized law enforcement officer of the Broward Sheriff's Office,
Broward County, Florida, by resisting with violence while he was
engaged in lawful execution of a legal duty, to wit: the arrest and
detention of the probationer for the offenses of disorderly conduct
and possession of marijuana.

*Teresa A. Baker*

Probation Officer
TERESA A. BAKER

Sworn to and subscribed before me this ___3___ day of ___June___ A. D. 19 81

(1)      Judge of the _____ Court

in and for _____ County

OR

(2)      Notary Public

State of Florida at Large for _____ County

NOTARY PUBLIC STATE OF FLORIDA AT
MY COMMISSION EXPIRES MAY 8 198
BONDED THRU GENERAL INS. UNDERWRITERS

A-000074

STATE OF FLORIDA

vs

ROY S. LIVERMORE

Defendant

CIRCUIT Court

In and for the SEVENTEENTH JUDICIAL CIRCUIT
In and for BROWARD County, Florida

No. 81-3383 CF

BOOK 365 PAGE 299

## Order of Revocation of Probation

THIS CAUSE coming on to be heard, and being heard in the Spring 1981 term of this Court before the Honorable _____ Leroy H. Moe _____, Judge, and it appearing that _____ ROY S. LIVERMORE _____, hereinafter referred to as the aforesaid, on the 23rd day of April , A.D. 19 81 , entered a plea of Guilty

to the offense of POSSESSION OF METHAQUALONE

in the Circuit Court of Broward County, which Court withheld adjudication of guilt, suspended the imposition of sentence and placed the aforesaid on probation for a term of eighteen (18) months , in accordance with the provisions of Chapter 948,

Florida Statutes, and

It further appearing that the aforesaid has not properly conducted h im self, but has violated the conditions of h is probation in a material respect by

Violation of Condition (5) Order of Probation, by failing to remain at liberty without violating any law, in that, on 5-23-81, in Broward County, Florida, he did then and there unlawfully commit an act which constituted a breach of peace of affected the peace and quiet of persons who witnessed it, to-wit: disorderly conduct.

AND, on 5-23-81, in Broward County, Florida, he did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Marijuana.

STATE OF FLORIDA, BROWARD COUNTY
This instrument recorded in
MINUTES CIRCUIT COURT THIS
_____ day _____ 19 81
NUNC PRO TUNC: 7-27-81
365 Page 298 Record Verified.
ROBERT E. LOCKWOOD, Clerk
By _____ D.C.

1981 JUL 31 AM 9: 2

IT, THEREFORE, IS ORDERED AND ADJUDGED that the probation of the aforesaid

DONE AND ORDERED IN OPEN COURT _____ A.D. 19

JUDGE _____

STATE OF FLORIDA )   CASE NO. _____

VS. )   CHARGE(S) _____

ROY STEVEN LIVERMORE )   (Violation of probation hearing)

)

)   DATE ___JULY 27, 1981___

BOOK _364_   PAGE _2039_

## HEARING PROCEEDING

This case being called for a hearing on State/Defense Motion(s)

___FOR VIOLATION OF PROBATION___   (FINAL HEARING)

the Defendant was/was not present in open Court with/without counsel,

___CAROLE TAYLOR_____Esq. The Prosecution was

represented by ___ALAN BELL_____, Esq. Court

Reporter, _____, was present to record proceeding.

The following witnesses were duly sworn and testified in this cause:

PROSECUTION                                 DEFENDANT

After due consideration, and being fully advised in the premises, the

Court

_____ /s/   REVOKED PRESENT PROBATION, NEW SENTENCING PLACING

DEFENDANT ON 3½ YEARS PROBATION, WITH THE SPECIAL CONDITIONS.

___TO COMPLETE SPECTRUM PROGRAM AS ORDERED BY COURT.___

DENIED the Motion /s/ _____

DEFERRED RULING on _____

STATE OF FLORIDA, BROWARD COUNTY
This instrument filed for record
on _____, and
RECORDED IN CIRCUIT COURT MINUTES
BOOK _____ PAGE _____ Record
Verified.
ROBERT E. LOCKWOOD, Clerk
By_____, D.C.

BY: ___JAN AUSTIN___
        Deputy Clerk

A-000076

STATE OF FLORIDA,

ROY S. LIVERMORE

Plaintiff

Defendant

County, Florida

Case No. 81-3389 CF

Roy S. Livermore

, being now present before me, and you

ENTERED A PLEA OF GUILTY TO

POSSESSION OF METHAQUALONE

BOOK **365** PAGE **974**

the offense of

the court hereby adjudges you to be guilty of said offense; and

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should suffer the penalty authorized by law;

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld, and that you are hereby placed on probation for a period of **three and one-half (3 1/2) years** under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2) You will pay the State of Florida the amount of Ten Dollars ($10) per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4) You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5) You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Probation Officer.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9) Attend and participate in the Spectrum House Residential Drug Program, until successfully completed or no longer deemed necessary by probation officer.

STATE OF FLORIDA, BROWARD COUNTY
This instrument recorded in
MINUTES CIRCUIT COURT THIS
**20** day **aug** 19 **81**
NUNC PRO TUNC: **7-27-81**
**365** Page **974** Record Verified.
ROBERT E. LOCKWOOD, Clerk
By S. Tucker D.C.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation, you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, this the **27th** day of **July**, 19 **81**.

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Roy S. Livermore

A-000077

G-01

NOT LEGIBLE FOR
MICROFILMING

COURT COPY

SHERIFF'S DEPARTMENT
BROWARD COUNTY, FLORIDA

| Booking Number | Drivers Report No. | CCN | | Filing Agency | Booking Sheet Control Date & Time |
|---|---|---|---|---|---|

| Last Name | First | Middle | SSN | Wanted | Probation |
| DUVERNORE | ROY | STEVEN | 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 | | |

NOT LEGIBLE FOR
MICROFILMING

#A081-369

A-000078

CASE NUMBER _92 - 18837 CF10_ JUDGE DIVISION _____ **FB**

WARRANT _____ SUMMONS _____ NIC CAPIAS _____

# CIRCUIT COURT - CRIMINAL

## COUNTY OF BROWARD/STATE OF FLORIDA

## VS.

Richard Livermore

A/K/A _____ RACE _____ SEX _____ DOB _____

ADDRESS _____

INFORMATION FOR _Poss Cocaine_ N1

FILING DATE _____ NO INFO _OCT 15 1992_ PER _EN_

ARREST DATE _____

ARREST NUMBER _____

BOND AMT _____ AGENCY _BSO 10-8-92_ DISCHARGED _OCT 15 1992_

BOND AMT _____ AGENCY _____ DISCHARGED _____

ARRAIGNMENT _____ RESET _____ RESET _____ RESET _____

GUILTY _____ NOLO _____ STOOD MUTE/NOT GUILTY/BY CT _____

NOT GUILTY _____ WRITTEN PLEA _____ WAIVER OF JURY _____

TRIAL DATE _____

ACQUITTED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _____ WITHHELD ADJUDICATION _____

_____ SENTENCE & ADJ DEFERRED TO _____ PSI _____

SENTENCE _____

NOLLE PROS _____ PER _____ DISCHARGE _____ DISMISS _____ SPEEDY _____

STATE PRISON COMMITMENT _____ BY _____ , D.C.

Livermore, Richard

IT IS UNLAWFUL TO REMOVE THIS FILE OR ANY OF ITS CONTENTS FROM THE CLERK'S OFFICE WITHOUT LEAVE OF THE COURT (F.S. 28.13)

92018837

*92018837CF10*

92

H-001

# CASE PROGRESS

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/PC/INDICTMENT TO ATTORNEY ON: _____

_____ DEF. ALLOWED_____ DAYS TO FILE MOTIONS. ____

10-8-92 MAGISTRATE HEARING HELD
            PROBABLE CAUSE FOUND

H-002

IN THE COUNTY/CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

ARREST DATE: 10-8-92 #LH (2-1437
AGENCY: N BSO OFFICER: J. PICO
O.R. # LH (2-101059

STATE OF FLORIDA,

Plaintiff,

vs.    RICHARD LIVERMORE

Defendant.

ANNOUNCEMENT OF NO INFORMATION

92 - 18837/FB

TO THE CLERK OF THE ABOVE-STYLED COURT:

The above Defendant was arrested on the charges listed in Paragraphs "A" and/or "B".

[ ] A. NO INFORMATION The State hereby announces a No Information on the following charge(s):

POSS-OF-COCAINE-(F)

[ ] B. INTENTION TO FILE The State is in the process of filing an Information on the following charge(s):

[ ] C. The State will file NO CHARGE(S) in this matter.

The State requests that the above-named Defendant be immediately discharged from custody on all charges appearing in Paragraph "A" above.

DATED this 15 day of OCTOBER A.D. 19 92.

MICHAEL J. SATZ
State Attorney

By: _____
MARK HORN/db
Assistant State Attorney    FL Bar #_____

[ ] _____ Broward County Courthouse
201 Southeast Sixth Street

[ ] Courthouse Square Building, Suite 800
200 Southeast Sixth Street
Fort Lauderdale, Florida 33301
Telephone: (305) _____

_____ Satellite Courthouse

_____, Florida
Telephone: (305) _____

Rev 9/91    #089
ORIGINAL-CLERK

H-003

**SHERIFF'S OFFICE
BROWARD CO., FL.**

LH921437

COURT COPY

| CBTS Number | | | Name Search | | Teletype | | 09/06/00 |
|---|---|---|---|---|---|---|---|
| Arrest Number | Offense Report Number | BCCN Number | | | Booking Sheet Control Date & Time | | 10/06/90  01:48 |
| LH921437 | LH-9210 050 | | | | | | |

| Last Name | First | Middle | | SSN | Probation | Parole |
|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | | | |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes   No | |

| Street/Nick Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St/Cty. | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 506 | 150 | BLZ | BRN | MED | 0 | | 4 | | |

Scars, Marks, Tattoos
LION BY RT. ARM

| Permanent Address | | Bldg. | Apt. | City | St./Cty. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| 4701  NW 12 | | ST | | LAUDERHILL | FL | 00 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 15 | 0 | YES | 38 | 0 | 305-503-2111 | NO |

| GOH | Other Medical |
|---|---|
| | TO BE SCREENED BY NURSE |

| Employer | Occupation |
|---|---|
| SELF EMPLOYED | TILE SETTER |

| Photo | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agny. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | .0 | | | BH | NW 5W AVE & 14 PL |

| Arrest Date | Arrest Type | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | SHA |
|---|---|---|---|---|---|---|---|---|
| 10 06 90 | NORM | PIGH       J | LH4334 | NO | 66 | 664 | C |

| Booking Date | Booking Time | Booking Officer | I.D.Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 10 06 90 | 01:48 | BENOIT      E | BO4777 | | |

| Date | Charges | Mag/Code/command | Copies/Warrant Number | Bond |
|---|---|---|---|---|
| 10/06/90 | AGG ASSLT OF COP/JUDGE | 3FY | 1: | 1000.00 |

ORIG. INV. REPORT PREPARED BY ROBINSON 6392, 39-5A/9014. MCT 4823

| Release Reason | | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|---|

| Arrest No. | Last Name | First | Unattended Children? |
|---|---|---|---|
| LH921437 | LIVERMORE | RICHARD | |

| Date | Time | Sex | Race | Date of Birth | Armed | Deng. | Resist | Ratthd | Sui. | Hmo. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 06 90 | 01:48 | M | W | 02/13/54 | | | | | | | |

| Bar No. | P.-Box No. | Bank No. | Vehicle Towed To: |
|---|---|---|---|

| Currency $ | Language Ritg: |
|---|---|
| | DETAINEE SPEAKS ENGLISH |

H-004

A-000082

☒ COMPLAINT AFFIDAVIT  
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

Pg 1 of 3   ☒ ARREST FORM

BROWARD COUNTY  
ARREST NO. CH92-1437

| FILING AGENT | OFFENSE #: | LOCAL I.D. NO. — | FDLE | FBI | SS NO. |
|---|---|---|---|---|---|
| B.S.O. | LH92-10-1059 | 92 OCT 8 A1: 33 | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | | |

| RC | SEX | HGT | EYES | HAIR | WGT | COMP | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5-09 | HAZ | BRO | 160 | MED | 38 | — 54 | REFUSED | LION | RIGHT ARM |

PERMANENT ADDRESS  
LOCAL ADDRESS  
SAME AS PERMENENT  LENGTH  
PLACE OF EMPLOYMENT  
REFUSED

| RESIDENCE TYPE: | (1) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER(S) CCN |
|---|---|---|---|---|---|
| ACTUAL | | | NW 55 AVE E 14PL | 10/8/92 2355 | Rico J 4336 |

| OFFICER INJURED | EN IT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME- | | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|---|
| Y ☐ N ☒ | 02 | 04 | C | | | | TIME ARRIVED AT BSO | | C |

ATTACH DEFENDANT'S PHOTO

DEFENDANT'S VEHICLE MAKE _____ TYPE ____ YEAR ____ COLOR ____ VIN. NO. ____  
VEHICLE TOWED TO _____ TAG NO. _____ OTHER IDENTIFIERS OR REMARKS _____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLA | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S.# OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1. | POSS. OF COCAINE | | 893.13 |
| | | | |
| | | | |
| | | | |

PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared _Rico Jose L._ who being first duly sworn deposes and says that on _08_ day _OO_, 19_92_ at _1900_ B.L.L. NW 55 AVE, _C4_ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

THE DEF. WAS OBSERVED RUNNING FROM AN AREA WHERE NUMEROUS AUTO THEFT AND BURGLARY CONVEYANCE HAVE OCCURRED OVER THE PAST MONTH (TREE GARDEN APT. COMPLEX) ON SIGHT OF THIS WRITER THE DEF. RAN FASTER AND ATTEMPTED TO CONCEAL HIMSELF BY RUNNING INTO

I swear the above statement is correct and true to the best of my knowledge and belief.

_Rico J 4336_  
OFFICER/AFFIANT'S SIGNATURE  OFFICER'S NAME/CCN

_DIST 6_  
OFFICER'S DIVISION

STATE OF _____ COUNTY OF _____

The foregoing instrument was acknowledged before me this _08_ day of _OCT_, 19_92_ who is personally known to me or who has produced (ID Type) _____ as identification and who _did/did not_ take an oath.

(SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY  TITLE OR RANK/CCN

SEVENTEENTH JUDICIAL CIRCUIT  
BROWARD COUNTY  
STATE OF FLORIDA

FIRST APPEARANCE / ARREST FORM  
SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION.  
COURT COPY

1st - Court  
2nd - State Atty.  
3rd - Filing Agency  
4th - Arresting Agency

H-005

BROWARD COUNTY
ARREST NO. _____

☐ COMPLAINT AFFIDAVIT   PG 2 OF 3   ☐ ARREST FORM
PROBABLE CAUSE AFFIDAVIT CONTINUATION   OR NO. _____

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC. | SEX | D. | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | 506 | 160 | W | M | 51 | 196-10-105 | PICO J #4336 |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLA. | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared _Pico Jose L._ who, being first duly sworn deposes and says that on _08_ day _OC_, 19 _9z_ at _1900_ ALL NW 55 AVE, LH (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

THE DARK AND BETWEEN PARKED MOTOR VEHICLES. THE DEF. WAS STOPPED AND ASKED TO EXPLAIN HIS PRESENCE IN THE AREA. DURING CONVERSATION WITH THE DEF., I NOTICED HIS LEFT HAND WAS CLOSED INTO A FIST. THE DEF. WAS VERY NERVOUS AND WAS SWEATING PROFUSELY.

IN AN EFFORT TO REDUCE THE RISK TO THIS WRITER AND THE POSSIBLE FLIGHT OF THE DEF., HE WAS ASKED TO SIT IN THE BACK SEAT OF MY VEHICLE. WHEN MY BACK-UP ARRIVED, I ASKED THE DEF. TO STEP OUT OF THE VEHICLE.

ON THE FLOOR BOARD WHERE THE DEF. WAS SEATED I FOUND ONE COCAINE ROCK IN PLAIN VIEW.

THIS WRITER CONDUCTS A SEARCH OF MY PATROL VEHICLE BACK SEAT EACH AND EVERY TIME A PERSON IS SEATED THERE. THE SUSPECT COCAINE ROCK WAS NOT

I swear the above statement is correct and true to the best of my knowledge and belief.

_____   Pico, J #4336   Dist 6
OFFICER/AFFIANT'S SIGNATURE   OFFICER'S NAME/CCN   OFFICER'S DIVISION

STATE OF _____   COUNTY OF _____

The foregoing instrument was acknowledged before me this _08_ day of _OCT_, 19 _9z_ who is personally known to me or who has produced (ID Type) _____ as identification and who _____ (DID OR DID NOT) take an oath.   (SEAL OR STAMP)

_____   _____
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY   TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
#5008 2A (REV 5/91)

Orig. - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

COURT COPY

H-006

☒ COMPLAINT AFFIDAVIT     PC 30F3     ☒ ARREST FORM
. PROBABLE CAUSE AFFIDAVIT CONTINUATION

BROWARD COUNTY
ARREST NO. _____

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC | SEX | | OFFEN. REPORT | ARRESTING OFFICER (SR/CH) |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | 506 | 160 | W | M | | 51H92-10109 | RICO, J   436 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.)     ADDRESS     PHONE #

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAP/AS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared RICO, JOSE L. who being first duly sworn deposes and says that on 08 day OCT, 19 92 at 1400 BLK NW 55 AVE (give location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

ON THE REAR FLOOR BOARD PIOR TO THE DEF BEING THORE.

THE SUSPECT COCAINE ROCK FIELD TESTED POSITIVE

I swear the above statement is correct and true to the best of my knowledge and belief.

_____ OFFICER/AFFIANT'S SIGNATURE     RICO J #436 OFFICER'S NAME/CCN     DIST 6 OFFICER'S DIVISION

STATE OF _____     COUNTY OF _____

The foregoing instrument was acknowledged before me this 08 day of OCT, 19 92 who is personally known to me or who has produced (ID Type) _____ as identification and who _____ take an oath.

(SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY     TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

Odg. - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA     COURT COPY

H-007

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| RICHARD ALLAN LIVERMORE | I. OBTAINING A CONTROLLED SUBSTANCE BY FRAUD |
| | II. POSSESSION OF DIAZEPAM |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD ALLAN LIVERMORE

on the 20th day of October, A.D. 19 86, in the County and State aforesaid, did unlawfully acquire or obtain or attempt to acquire or obtain possession of a controlled substance, to-wit: Diazepam, by misrepresentation, fraud, forgery, deception or subterfuge, to-wit: taking delivery of a fraudulently telephoned prescription, contrary to F.S. 893.13(3)(a)(1) and F.S. 893.13(3)(b),

### COUNT II
AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that RICHARD ALLAN LIVERMORE on the 20th day of October A.D. 1986, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Diazepam, contrary to F.S. 893.03(4)(i) and F.S. 893.13(1)(e),

IJ/ac/11/7/86

ORIGINAL

A-000086

I-001

COUNTY OF BROWARD
STATE OF FLORIDA

Personally appeared before me. MARK A. HORN ; duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn, says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this 7 day of November A.D. 19

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

By _____ Deputy Clerk

To the within information, Defendant pleaded NOLO CONTENDERE IN OPEN COURT

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

By _____ Deputy Clerk

Case No. 86-15746 C F

IN THE
CIRCUIT COURT
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.
RICHARD ALLAN LIVERMORE

Information for
I. OBTAIN CONTROLLED SUB BY FRAUD
II. POSS OF DIAZEPAM

Presented by State Attorney and Filed

11-7-86

MICHAEL J. SATZ
State Attorney

ROBERT E. LOCKWOOD
Clerk of the Circuit Court

1986 NOV -7 PM 4: 09

A-000087

PHOTO

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | | COURT COPY |
|---|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | | | | |

Arrest Number: PL861589
Offense Report No.: PL-17710610
BCON
Booking Shut/Arrest Date & Time: 10/21/86 00:08

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | ALLAN | 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 | | |

Also Last Name / First / Middle — Driver's License: Yes / No — Sex

Street/AKA Name: RICKY — Race W / Sex M / Hgt 506 / Wgt 145 / Eyes BRN / Hair BRN / Comp RUD / Age 032 / Date of Birth ___/54 / Place of Birth FT LAUDERDALE / St FL / Ctz US

Scars, Marks, Tattoos: TT LION RT ARM

Permanent Address: _____ ST — Bldg. — Apt. — City LAUDERHILL — St./Ctry. FL — Yrs 20 — Mths 00

Resident of Broward County? YES — Yrs 32 — Mths 00 — Resident of Florida? YES — Yrs 32 — Mths 00 — Phone Number _____ — U.S. Vet NO

GDH: NO — Other Medical: TO BE SEEN BY NURSE

Employer: UNEMPLOYED — Occupation: TILE CONSTRUCTION

Drugs YES — Blood Alcohol — Vehicle Towed — Phone Call — Arrest Agcy PL — Place of Arrest (Address) 6901 W BROWARD BL

Arrest Date 10/20/86 — Arrest Time 19:30 — Arresting Officer HENRY J — I.D. Number PL8360 — Official MB'red

Booking Date 10/21/86 — Booking Time 00:04 — Booking Officer STEPHENNE L — I.D. Number BS4752 — Add Charge Officer — I.D. Number

| Date | | Charge | MisCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|---|
| 10/21/86 | 601 POSS/CONTR/SUBST/W/O/RX | 3FY | D | | 1000.00 |

BKG REMARKS: $00.55

Previous Arrest Number

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|

Arrest No. PL861589 — Last Name LIVERMORE — First RICHARD — A — Unattended Children?

Date 10/21/86 — Time 00:04 — Sex M — Race W — Date of Birth 02/12/54 — Armed / Dang. / Assit / Habtd / Svc / Hmc / Other

Bkg No. 2069 — P. Box No. — Bulk No. — Vehicle Towed To:

Currency $ .00 — Language reqd: DETAINEE SPEAKS ENGLISH.

I-003

PHOTO

COURT COPY

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | | Telephone 6729 |
|---|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | BCCN | | | |

| Arrest Number LHB78100 | Offense Report No. N/A | | | | | Booking Sheet Control Date & Time 02/15/87 16:11 |
|---|---|---|---|---|---|---|

| Last Name LIVERMORE | First RICHARD | Middle ALLAN | | SSN 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 | Probation Y | Parole |
|---|---|---|---|---|---|---|

| Alias Last Name | First | Middle | | Driver's License Yes No N | | State |
|---|---|---|---|---|---|---|

| Alias/Nick Name RICKY | Race W | Sex M | Hgt. 506 | Wgt. 132 | Eyes BRN | Hair BRN | Comp. MED | Age 033 | Date of Birth | Place of Birth 54 FT LAUD | St./Cty. FL | Ctz. US |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos
TT OF A LION ON RT UPPER ARM

| Permanent Address AT LARGE | | | Bldg. | Apt. | City | St./Cty. | Yrs. 30 | Mths. 01 |
|---|---|---|---|---|---|---|---|---|

| Resident of Broward County? YES | Yrs. 33 | Mths. 00 | Resident of Florida? YES | Yrs. 33 | Mths. 00 | Phone Number | U.S. Vet NO |
|---|---|---|---|---|---|---|---|

| GDH | Other Medical TO BE SCREENED BY THE NURSE/CLMS HEAVY DRUG USER |
|---|---|

| Employer UNEMPLOYED | Occupation TILE SETTER |
|---|---|

| Prints YES | Blood Alcohol | Vehicle Towed YES | Phone Call | Arrest Agcy. BS | Place of Arrest (Address) NW 12 ST AND NSR 7 LAUDERHILL |
|---|---|---|---|---|---|

| Arrest Date 02/15/87 | Arrest Type 14:00 | Arresting Officer RUBINO | I.D. Number S BS3684 | Officer Req'd RU | Unit | Zone | Sect | Shift |
|---|---|---|---|---|---|---|---|---|

| Booking Date 02/15/87 | Booking Time 16:02 | Booking Officer MIDDLETON | I.D. Number T BS4343 | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|

| Date 021587 | Charges 001 VIOL OF COMM CONTROL | MagCode/comments XFYJ/POLEN | Copies/Warrant Number C 86015746CF10A | Bond NB |
|---|---|---|---|---|

Previous Arrest Number

BOOKING REMARKS
54/29--1980 W/C--87-2778

| Release Reason | | Released By | | Released To | | Date Released | Time Released |
|---|---|---|---|---|---|---|---|

| Arrest No. LHB78100 | Last Name LIVERMORE | | First RICHARD A | | Unattended Children? | | | |
|---|---|---|---|---|---|---|---|---|

| Date 02/15/87 | Time 16:02 | Sex N | Race W | Date of Birth 02/12/54 | Armed | Drug | Resist | Rabbit | Sec. | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Bin No. 1528 | P · Box No. | Bulk No. | Vehicle Towed To: N/A |
|---|---|---|---|

| Currency $ 19.10 | | | | Language req: DETAINEE SPEAKS ENGLISH |
|---|---|---|---|---|

A-000089

I-004

PO #2068
359

BROWARD COUNTY · ☐ **COMPLAINT AFFIDAVIT** · ☒ **ARREST FORM**
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

PL-86-1589

| FILING AGENCY | OFFENSE REPORT | LOCAL I.D. NO. | FILE | FBI | HO NO. |
|---|---|---|---|---|---|
| Plantation | 1771-86-10 | | | | 86-11633 |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME |
|---|---|---|---|---|
| Livermore | Richard | Allan | | Kirby |

| RACE | SEX | HGT | WGT | EYES | HAIR | COMP | AGE | DOB | BIRTH PLACE |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'10 | 145 | Brn | Brn | fair | 32 | ███ | Ft. Lauderdale, Fl |

PERMANENT ADDRESS ███████

LOCAL ADDRESS

SCARS, MARKS, TT: line on right arm

PLACE OF EMPLOYMENT: Self-employed · LENGTH 18 yrs.

HOW LONG DEFENDANT IN BROWARD COUNTY: 32 yrs

| BREATHALYZER BY | OCN | READING | PLACE OF ARREST |
|---|---|---|---|

| DATE ARRESTED | TIME ARREST | ARRESTING OFFICERS | OCN | OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT |
|---|---|---|---|---|---|---|---|---|
| 102086 | 1930 | J. Henry | 8360 | Y ☐ N ☒ | | | | |

| UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER | OCN | PICK UP TIME | ARRIVAL TIME AT BSO |
|---|---|---|---|---|
| | SWASTBOW IT | 7827 | 2045 | |

| DEFENDANT'S VEHICLE MAKE | TYPE | YEAR | COLOR |
|---|---|---|---|

ATTACH DEFENDANT PHOTO — TAG NO. — VIN NO. — VEHICLE TOWED TO — OTHER IDENTIFIERS — OR REMARKS

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) | ADDRESS | PHONE |
|---|---|---|
| Gray State of Florida | 951 NW 20 Terr | 791-100 |

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of a controlled substance without a prescription | FSS 893.13 |
| | | |
| | | |
| | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared Henry (LAST) Jerry (FIRST) L. (MIDDLE) who being first duly

sworn deposes and says that on the 20 day of Oct. 1986 at 6901 W. Broward Blvd Plt, (CRIME LOCATION)

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

On 102086 the undersigned was contacted by an employee of Gray Drugs located at 6901 W. Broward Blvd. Plantation, Fl. reference to a prescription being called in that was illegal. The employee had contacted Dr. Bernard Cohen who stated that he had not called in the prescription and that he had had several calls from other pharmacies concerning the same subject (Ted Walker). The undersigned along with Dct. Curt Wederbrook responded to Gray Drug and was advised that the w/m at the counter was picking up the prescription in Ted Walker's name. The undersigned observed the above subject pay for the prescription and leave the pharmacy. The undersigned approached subject Livermore and identified myself as a police officer. Defendant Livermore was then placed under arrest and transported to PPD for processing where he was also read his Miranda Rights. The prescription (90 Diazepam) was taken from defendant and placed into evidence. Defendant Livermore was then transported to BSO for booking.

Sworn to and subscribed before me, the undersigned authority, this ___ day of OCT 19 86

TITLE Police Officer
CLERK OF THE COURT OR NOTARY PUBLIC OR ASS'T. ST. ATTY.

I swear the above statement is correct and true to the best of my knowledge and belief

OFFICER'S/AFFIANT'S SIGNATURE/OCN   8360

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSDD-32 REV. 6/86

OFFICERS NAME ___   DIV ___

Orig. - Court
2nd - State Atty.
3rd - Filing Agency
4th - Arresting Agency

FIRST APPEARANCE/ARREST FORM
COURT COPY

I-005

THE CIRCUIT COURT, FELONY DIVISION, IN AND FOR BROWARD COUNTY, FLORIDA

SUMMONS ☐

DATE 12-2-86 CASE NO. 86-15746CF ARREST NO. PL86-1589 ROR ⓂⓄ CASH SURETY

DEFENDANT RICHARD ALLAN LIVERMORE AKA
(FIRST) (MI) (LAST)

**COURT STATUS**

☑ ARRAIGNMENT   ☐ TRIAL   ☐ CHANGE OF PLEA   ☐ 1st V.O.   ☑ 200, TRUST FUND
☐ SENTENCING                                                    ☐ HOURS COM. SERVICE
☐ AND/OR ADJ.   ☐ JURY   ☐ PLED GUILTY   ☐ FINAL V.O.   ☐ TRUST FUND
☑ PSI WAIVED                                                    ☐ HOURS COM. SERVICE
☐ PDR   ☐ COURT   ☑ PLED NOLO CONTENDERE

CHARGE(S)
I. OBTAINING CONTROLLED SUBSTANCE
   BY FRAUD
II. POSS. OF DIAZEPAM

☐ DWI   ☐ DUI   COUNT
PROBATION W/SPL. CONDITION
LICENSE SUSP. HOURS
COM. SERVICE. CASAP/DWI SCHOOL
FINE PLUS 5% SURCHARGE
JAIL TIME
OTHER

ADJ: ☑ GUILTY I & II 200. V.O. + 5, ASSESSMENT   ☑ WITHHELD
EACH COUNT   V.O.
EACH COUNT

☐ NOLLE PROSEQUI   ☐ ACQUITTED   ☐ DISMISSED

SENTENCE:
I. 2YRS COMM CONTROL + SEE ABOVE
II. 2YRS COMM. CONTROL - TO RUN CONCURRENT WITH CII
   $30. A MONTH OR COMM. CONTROL COS

/S/ _____ MARK E. POLEN _____ BY _____ BB_____
DISP-2   (JUDGE)   FILE COPY   (DEPUTY CLERK)

I-006

~A-000091~

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT    IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 86-15746
DIVISION: Polen
ARR.NO: _____ ROR  RC  CASH  SURETY

STATE OF FLORIDA,                    )

            PLAINTIFF,               )

VS.                                  )                    ORDER OF COMMUNITY CONTROL

Richard A. Livermore

            DEFENDANT,               )

_____

THE DEFENDANT, having:

a. ✓ entered a plea of guilty/nolo contendre to:

[Count* Obtaining Controlled
Substance by fraud
II. Possession of Diazepam

b.____ been found guilty of:

c.____ prior probation is hereby revoked;

THE COURT HEREBY:

c. ✓ adjudges you guilty of count(s) I, II

d. ✓ withholds adjudication of guilt for count(s) ▓

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:

a.__✓ you are hereby placed on community control for a period of two (2) years
to be supervised by the Department of Corrections.

f.____ (split sentence) you shall be confined in:
    1. the custody of the Sheriff of Broward County for a period of _____
    2. the custody of the Department of Corrections for a period of _____
after which you shall be on community control for a period of _____
to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF COMMUNITY CONTROL:

g.____ you must report, in person, immediately or on the next working day after release from confinement, to:
    COMMUNITY CONTROL OFFICE, ROOM 730, BROWARD COUNTY COURTHOUSE, 201 S. e. 6TH STREET, FORT LAUDERDALE,
    FLORIDA;

h.__✓ you shall not do any of the following (without first obtaining the consent of your community control
officer)
    1. change the place where you live or work;
    2. own, possess or carry on or about your person any firearm or other type of weapon;
    3. associate with any person engaged in any criminal activity;
    4. violate any law of any city, county, state or the United States (a conviction in a court of law is
    not necessary for you to be found in violation);
    5. use any controlled substance, unless permitted by law;
    6. use intoxicants;
    ✗. visit places where controlled substances are unlawfully sold, dispensed or used.

i.__✓ you must do each and every of the following:
    1. work diligently at a lawful, gainful occupation;
    2. support yourself and your lawful dependents to the best of your ability;
    3. answer promptly and truthfully any and all questions put to you by either the Court or any community
    control officer;
    4. allow a duly authorized community control officer to visit you in your home, your place of employment
    or elsewhere;
    5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
    authorized community control officer;
    6. report to your community control officer at least four times a week, or if unemployed full time,
    daily.
    7. file a full and truthful written report with your community control officer, no later than the fifth
    day of each and every month of your community control, upon a form to be furnished to you.
    8. pay the sum of $30.00 per month, or any increased amounts authorized by law, for costs of
    supervision while on community control, unless modified as follows:
    _____

    9. pay the sum of(s) of:
        a) $_____ court costs,
        b) $____30____ victim costs on counts _____
        c) $___300____ "trust fund" or _____ 50.3 hours community service (F.S.27.3455)
        d) $_____6____ assessment.
        e) $_____
    on a schedule to be determined by your community control officer.

CLERK'S COPY

f) $_____ .... ....any medical fund

10) remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your community control officer,

11) submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances,.

12) maintain an hourly accounting of all of your activities on a daily log which you will submit to your community control officer upon request,

13) participate in self improvement program as determined by the court or your community control officer,

j._____ you shall comply with the following special conditions of community control;

_____ 1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____days time served,

_____ 2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof,

_____ 3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer,

_____ 4. You will attend and successfully complete the following rehabilitation program, to be selected by your community control officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your community control officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

  _____(a) an in-patient _____ alcohol, _____ drug, _____ psychological program _____

  _____(b) an out-patient _____alcohol, _____ drug, _____ psychological program _____

  _____(c) _____ program _____

  _____(d) submit to evaluation for counseling or placement in a _____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute),

  _____(e) the defendant is to be held in custody until released to a representative of _____ _____ or otherwise directed by the community control officer or the Court,

_____ 5. Submit to urinalysis, blood tests, physical searches by or on demand of community control officer.

_____ 6. Not use or possess alcoholic beverages for any purpose.

_____ 7. Not drive or operate a motor vehicle except _____

_____ 8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer,

_____ 9. Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer.

_____ 10. Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer.

_____ 11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization: _____

  _____ in lieu of additional conditions of community control.

_____ 12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows: _____

_____ 13. You will not associate, communicate or have any contact with _____

_____ 14. Other: _____

k. The Court reserves the right to rescind, modify or revoke community control to the extent provided by law,

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 2__ day of December ,

19 80 nunc pro tunc, _____.

        _____
        JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 738 for further instructions.

_____    _____
Defendant         Instructed by

       CLERK'S COPY

I-008

DEPARTMENT OF CORRECTION

Case # 86-15746CF
Doc# 632251
17-4 Andrews/Aasterud
Judge: Mark E. Polen

Absconder

# AFFIDAVIT
# VIOLATION OF COMMUNITY CONTROL

Before me this day personally appeared _____Steve Aasterud_____

_____ who, being first duly

sworn says that ____Richard Livermore_____ hereinafter referred to as the community

controlee was on the ___2nd__ day of ___December_____, A.D. 19 _86__ placed on community control

for the offense of ___I. Obtaining Controlled Substance By Fraud; II. Possession of

Diazepam

in the __Circuit___ Court of ___Broward_____ County, for a term of ___Two (2) years__

in accordance with the provisions of Chapter 948, Florida Statutes.

Affiant further states that the community controlee has not properly conducted him__self, but has
violated the conditions of h_is__ community control in a material respect by

I. Violation of Condition (h,1), Order of Community Control, by changing
residence without consent, in that, in Broward County, Florida, on or
about January 9, 1987, he did move from his residence of 2120 N.W. 44th
Avenue, Lauderhill, Florida, without the consent of his Community Control
Officer and has absconded from supervision.

II. Violation of Condition (1,10), Order of Community Control, by failing to
remain confined to his approved residence except for one-half hour before
and after his approved employment, in that, in Broward County, Florida, on
January 10, 1987, at approximately 9:30 a.m., and on January 11, 1987, at
approximately 2:30 p.m., he was absent from his approved residence of 2120
N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community
Control Officer.

III. Violation of Condition (1,12), Order of Community Control, by failing to
maintain an hourly accounting of all activities on a daily log, in that, in
Broward County, Florida, as of January 12, 198-, he has failed to maintain a
log for the week of January 5, 1987.

Community Control Officer
Steve Aasterud - 467-4364

Sworn to and subscribed before me this ___15th___ day of ___January___ A.D. 1987

(1)      Judge of the _____ Court

in and for _____ County

OR

(2)      Notary Public _____

State of Florida at Large for __Broward__ County

NOTARY PUBLIC STATE OF FLORIDA
MY COMMISSION EXP. APR 30,1989
BONDED THRU GENERAL INS. UND.

Original: Court
Copies: File
 aj      Aux.

DC4-909
Rev. 8/83

A-000094

I-009

STATE OF FLORIDA

VS

Richard Livermore
Defendant

In the _____ Circuit _____ Court

_____ Broward _____ County, Florida

No. _____ 86-15746CF _____
17-4 Andrews
DOC# 632251/Aasterud
Judge Polen

# Order of Revocation of Community Control

THIS CAUSE coming on to be heard, and being heard in the __Fall '86__ term of this Court

before Honorable _____ Mark E. Polen _____, Judge and it appearing that

Richard Livermore _____, hereinafter referred to as the aforesaid, was on the

__2nd__ day of __December__, A.D. 19 __86__, convicted of the offense of _____

_I. Obtaining a Controlled Substance by Fraud, II. Possession of Diazepam_

in the _____ Circuit _____ Court of _____ Broward _____ County, which Court suspended the

imposition of sentence and placed the aforesaid on community control for a term of _____

_two (2) years_____, in accordance with the provisions of Chapter 948, Florida Statutes, and

It further appearing that the aforesaid has not properly conducted himself but has violated the

conditions of his community control in a material respect by

I. Violation of Condition (h1), Order of Community Control, by changing residence without consent, in that, in Broward County, Florida, on or about January 9, 1987, he did move from his residence of 2120 N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community Control Officer and has absconded from supervision.

II. Violation of Condition (i10), Order of Community Control, by failing to remain confined to his approved residence, except for one half hour before and after his approved employment, in that, in Broward County, Florida, on January 10, 1987, at approximately 9:30 a.m., and on January 11, 1987, at approximately 2:30 p.m., he was absent from his approved residence of 2120 N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community Control Officer.

III. Violation of Condition (i12), Order of Community Control, by failing to maintain an hourly accounting of all activities on a daily log, in that, in Broward County, Florida, as of January 12, 1987, he has failed to submit a log for the week of January 8, 1987.

IT, THEREFORE, IS ORDERED AND ADJUDGED that the community control of the aforesaid defendant ought to be revoked and it is hereby revoked in accordance with Section 948.06 Florida Statutes, and the said defendant is hereby ordered to remain in the custody of this Court for the imposition of sentence in accordance with the provisions of law.

DONE AND ORDERED IN OPEN COURT, this __26__ day of __February__ A.D. 19.87.
Nunc Pro Tunc February 23, 1987

Judge Presiding
Mark E. Polen

Original: Court
Copies: File
(EPPC)
by:

DC4-914A
Rev. 8/88

1-010

**THE CIRCUIT COURT, FELONY DIVISION, IN AND FOR BROWARD COUNTY, FLORIDA**

SUMMONS ☐

DATE 2/23/87 CASE NO. 86-1574CF ARREST NO. 50 870100 ROR ☐ IC ☐ CASH_____ SURETY_____

DEFENDANT Richard Allen Livermore _____ AKA _____
(FIRST)  (M)  (LAST)

**COURT STATUS**

| | | | | | |
|---|---|---|---|---|---|
| ☐ ARRAIGNMENT | ☐ TRIAL | ☒ CHANGE OF PLEA | ☒ 1st V.O. Comm. Control | | _____ TRUST FUND |
| ☐ SENTENCING | | | | ☒ 50.5 HOURS COM. SERVICE | |
| ☐ AND/OR ADJ. | ☐ JURY | ☒ PLED GUILTY | ☐ FINAL V.O. _____ | ☐ _____ TRUST FUND | |
| ☐ PSI | | | | ☐ _____ HOURS COM. SERVICE | |
| ☐ PDR | ☐ COURT | ☐ PLED NOLO CONTENDERE | | | |

CHARGE(S)

I. Obtaining a Controlled Substance by fraud
II. Possession of Diazepam

☐ DWI    ☐ DUI    COUNT_____

_____ PROBATION W/SPL. CONDITION

_____ LICENSE SUSP. _____ HOURS

COM. SERVICE, _____ CASAP/DWI SCHOOL_____
_____ FINE PLUS 5% SURCHARGE

JAIL TIME _____

OTHER_____

ADJ. ☒ GUILTY ON 12/2/86  $20.00 V.O. $5.00 ASSESSMENT  ☐ WITHHELD _____ V.O.
EACH COUNT    EACH COUNT

☐ NOLLE PROSEQUI COMMUNITY CONTROL ☐ ACQUITTED REVOKED    ☐ DISMISSED

SENTENCE I+II 18 MONTHS STATE PRISON WITH CREDIT FOR
TIME SERVED OF 51 DAYS WITH
BOTH COUNTS RUNNING CONCURRENTLY

/s/ Mark E. Polen _____  BY _____ 'BILL SKRONTNY
DISP.    (JUDGE)    (DEPUTY CLERK)

FILE COPY

I-011

☐ PROBATION VIOLATOR
(Check if Applicable)

IN THE CIRCUIT COURT, SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

DIVISION _____ PK ___ POLEN
CASE NUMBER ____ 86-15746CF10
ST. ATTY. ____ SCOTT DRESSLER
CT. RPTR. _____

STATE OF FLORIDA
-vs-                    86495645

RICHARD ALLAN LIVERMORE
Defendant

# JUDGMENT

This Defendant, _____ RICHARD ALLAN LIVERMORE _____ , being personally before this
Court represented by _____ P.D. BETSY BENSON _____ , his attorney of record, and having:

(Check Applicable          ☐ Been tried and found guilty of the following crime(s)
Provision)                 ☐ Entered a plea of guilty to the following crime(s)
                    XXXXXX Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| I. | OBTAINING A CONTROLLED SUBSTANCE | 893.13(3)(a)(1)(B) | 3rd | |
| II. | POSSESSION OF DIAZEPAM---BY FRAUD | 893.13(1)(c) | 3rd | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is
hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00)
pursuant to F.S.960.20 (Crimes Compensation Trust Fund. The Defendant is
further ordered to pay the sum of five dollars ($5.00) as a court cost pursuant
to F.S.943.25(4).

☐ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to F.S.943.25(9).
(This provision is optional; not applicable unless checked).

(Check if Applicable)    ☐ The Defendant is further ordered to pay a fine in the sum of $ _____
                    pursuant to F.S.775.0835.
                    (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not
                    applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S.
                    775.083 are to be recorded on the Sentence page(s)).

                    ☐ The Court hereby imposes additional court costs in the sum of $ _____

Imposition of Sentence XXXXXX The Court hereby stays and withholds the imposition of sentence as to count(s) I & II
Stayed and Withheld        and places the Defendant on probation for a period of 01. TWO (2) YEARS
(Check if Applicable)    under the supervision of the Department of Corrections (conditions of probation set forth in separate
                    order.)  TO RUN CONCURRENT  §30.A MONTH COMMUNITY CONTROL COS

Sentence Deferred        ☐ The Court hereby defers imposition of sentence until _____ .  (date)
Until Later Date
(Check if Applicable)    XXXXX Pay $200.00 Trust Fund Pursuant to F.S.27.3455
                    ☐ Serve 50.3 hours Community Service Pursuant to F.S.27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk
of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The De-
fendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of
indigence.

_____
JUDGE

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|-------------|-------------|--------------|------------|--------------|

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|-------------|-------------|--------------|------------|---------------|

Fingerprints taken by _____
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this ___ 2nd ___ day of ___ DECEMBER ___
A.D., 19 _86_ _____ . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant,
_____ RICHARD ALLAN LIVERMORE _____ and that they were placed thereon by said Defendant in
my presence in Open Court this date.

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
F. T. JOHNSON
COUNTY ADMINISTRATOR

_____
JUDGE

CCL-8

OFF REC 14019 PAGE 250

I-012

Defendant RICHARD ALLAN LIVERMORE

Case Number 86-15746CF

# SENTENCE

(As to Count ___ I ___)

The Defendant, being personally before this Court, accompanied by his attorney, BETSY BENSON, P.D _____ and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

(Check either provision if applicable)

☐ and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

COMMUNITY CONTROL

☒ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____ by separate order entered herein.

COMMUNITY CENTRAL

IT IS THE SENTENCE OF THE LAW that;

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff of ___ Broward ___ County, Florida
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life
☒ For a term of ___ 18 MONTHS ___
☐ For an indeterminate period of 6 months to _____ years.

If "split" sentence complete either of these two paragraphs

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

Firearm — 3 year mandatory minimum
☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

Drug Trafficking — mandatory minimum
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

Retention of Jurisdiction
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

Habitual Offender
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

Jail Credit
☒ It is further ordered that the Defendant shall be allowed a total of ___ 51 DAYS ___ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

Consecutive/Concurrent
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above.

CC1-3

Page _____ of _____

I-013

Defendant RICHARD ALLAN
Case Number LIVERMORE
86-15746CF

# SENTENCE

(as to Count __II__)

The Defendant, being personally before this Court, accompanied by his attorney, BETSY BENSON, P.D.

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

(Check either provision if applicable)

☐ and the Court having on _____ deferred imposition of sentence until this date, (date) COMMUNITY

☒ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____ by separate order entered herein. COMMUNITY CONTROL

IT IS THE SENTENCE OF THE LAW that / CONTROL

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Broward County, Florida. (Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)
 ☐ For a term of Natural Life
 ☒ For a term of _____ 18 MONTHS _____
 ☐ For an indeterminate period of 6 months to _____ years.

 ☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

*If "split" sentence complete either of these two paragraphs*

 ☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**Firearm – 3 year mandatory minimum**
☐ It is further ordered that the 3 year minimum provision of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

**Drug Trafficking – mandatory minimum**
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( )( ) are hereby imposed for the sentence specified in this count.

**Retention of jurisdiction**
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____ . The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

**Habitual Offender**
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Jail Credit**
☒ It is further ordered that the Defendant shall be allowed a total of __51 DAYS__ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

**Consecutive/Concurrent**
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☒ concurrent with (check one) the sentence set forth in count __I__ above.

**Consecutive/Concurrent (As to other convictions)**
It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following:
 ☐ Any active sentence being served.
 ☐ Specific sentences: _____
_____
_____

In the event the above sentence is to the Department of Corrections, the Sheriff of Broward County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.
 In imposing the above sentence, the Court further _____ ORDERS _____ 50.3 HOURS COMMUNITY
SERVICE PURSUANT TO F.S. 27, 3455.
_____
_____

DONE AND ORDERED in Open Court at Broward County, Florida, this __23RD__ day of __FEBRUARY__
A.D., 19 __87__.
BROWARD COUNTY, FLORIDA

_____
JUDGE

CF-3

A-000099

I-014

ISSUE SUMMONS: _____   CASE NO. 89-1892CF10

WARRANT: _____

DIVISION: _____ FA

# CIRCUIT COURT - CRIMINAL

### COUNTY OF BROWARD / STATE OF FLORIDA

## VS.

Richard A Livermore

A/K/A _____

INFORMATION FOR I Possession of Cocaine 89303204

_____

_____

_____

ARREST DATE 1-30-89 / 5-1-89
ARREST NUMBER A589 1833 / B589-865
FILING DATE FEB 07 1989   DEFENDANT'S RACE W   SEX M   DOB 2-12-54
DEFENDANT'S ADDRESS ███████████████████   Lauderhill, Fl.

BOND AM'T 1000   AGENCY BAS   DISCHARGED MAY 01 1989
BOND AM'T _____   AGENCY _____   DISCHARGED _____
BOND AM'T _____   AGENCY _____   DISCHARGED _____
CAPIAS _____ ALIAS _____ PLURIES _____
ARRAIGNMENT DATE 2-17-89 _____ RESET 3-1-89 _____ RESET _____
RESET _____ RESET _____ WRITTEN PLEA-NOT GUILTY 2-27-89
ARRAIGNMENT & PLEA MAR 01 1989 _____ GUILTY _____ NOLO _____ NOT GUILTY _____
STOOD MUTE/NOT GUILTY BY COURT _____ WAIVER OF JURY _____
TRIAL DATE @ May 1, 89   9am #415 / S/C Apr 20, 89   2pm #415
APR 2 0 1989 w/o Plea Not Guilty
____ Enter Plea of Guilty

DISCHARGED _____   DISMISSED _____   SPEEDY _____
ACQUITTED BY JURY _____   ACQUITTED BY COURT _____
CONVICTED BY JURY _____   CONVICTED BY COURT _____
ADJUDICATED MAY 01 1989 _____   WITHHELD ADJUDICATION _____
APR 2 0 1989
SENTENCE & ADJ DEFERRED TO May 1, 89 @ 9am #415 PSI same bond
SENTENCE 18 mos FSP w/cr 24 Days T/S, Waive all
Costs.

_____

_____

BOND EST/AMT _____   AGENCY _____   VACATED _____
BOND EST/AMT _____   AGENCY _____   VACATED _____
NOLLE PROS _____ PER _____ NO INFO _____ PER _____
STATE PRISON COMMITMENT _____ MAY 02 1989 _____ BY DK , D.C.

J-001

# CASE PROGRESS

ATTORNEY: Hampton C. Peterson #331584    523-5784

ADDRESS: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ATTORNEY: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/INDICTMENT TO ATTORNEY ON: MAR 0 1 1989  by mail

MAR 0 1 1989 DEF. ALLOWED ___15___ DAYS TO FILE MOTIONS. _____

1-21-89 MAGISTRATE HEARING HELD ⦿
         PROBABLE CAUSE FOUND ✓

2-17-89 (motion reset to Dy & Sandman)

2-27-89 ⦿ Appearance as Attorney of Record.

"    ⦿  File WRITTEN PLEA of NOT GUILTY

"    ⦿  File DEMAND for DISCOVERY

"    ⦿  File M/for Bill of PARTICULARS

MAR 0 1 1989  Arraign held      ⁰/p K. Kidd

3-1-89 ⦿  File Sts. Answer to Demand for
          Discovery

CB 1-25-89  File Statement of Bondman

APR 20 1989  Change of Plea held      ⁰/p Y. Greene

✓ Sent cont. adj. Deferred to 5-1-89 @ 9am

MAY 0 1 1989  Sentencing held      ⁰/p B. Cozza

✓ FILE AND RECORD JUDGMENT OR BK 1643 PG. 0610

✓ File Sentence

✓ FILE SENTENCES COMPUTE COMPUTSHEET

✓ File Commitment

J-002



J-003

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| RICHARD A. LIVERMORE | POSSESSION OF COCAINE |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD A. LIVERMORE

on the 20th day of January , A.D. 19 89 in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cocaine, contrary to F.S. 893.03(2)(a)4, and F.S. 893.13(1)(f),

MR/fls/2/7/89

#C-51

ORIGINAL

J-004

COUNTY OF BROWARD
STATE OF FLORIDA
Personally appeared before me _____ MARK HORN _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

_____
Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this ___7___ day of ___February___, A.D. 19 89

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

MAR 0 1 1989

To the within Information, Defendant pleaded _____ Not Guilty in Writing by Attorney

**SEAL**

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

Case No. 89-1893CF10

IN THE
**CIRCUIT COURT**
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.

Information for

Presented by State Attorney and Filed

FEB 17 1989

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

1989 FEB -7 PM 4: 09

BROWARD COUNTY FLORIDA

LIVERMORE

BK 16437 PG 0660

89193786

☐ PROBATION VIOLATOR
*(Check if Applicable)*

STATE OF FLORIDA
—n—
Richard A. Livermore
Defendant

IN THE CIRCUIT COURT, SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA
DIVISION __FA SPEISER__
CASE NUMBER __89-1893 CF10__
ST. ATTY. __TIMOTHY DONNELLY__
CT. RPTR. __Beth Cozza__

## JUDGMENT

The Defendant, __Richard A. Livermore__ being personally before this
Court represented by __Hampton Peterson P.A.__, his attorney of record, and having:
*(Check Applicable Provision)*
☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|---|---|---|---|---|
| | POSSESSION of COCAINE | 893.2(2)(a)4 | 3F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

WAIVE
. The Defendant is hereby ordered to pay the sum of Twenty Dollars ($20.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

*(Check if Applicable)*
☐ The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0836.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ The Court hereby imposes additional court costs in the sum of $ _____

Imposition of Sentence Stayed and Withheld *(Check if Applicable)*
☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order.)

Sentence Deferred Until Later Date __WAIVE__ *(Check if Applicable)*
☐ The Court hereby defers imposition of sentence until _____.
☐ Pay $200 Trust Fund pursuant to F.S. 27.345 (Date)

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) _____ : _____ DAYS BROWARD COUNTY
JAIL W/CREDIT FOR _____ DAYS TIME SERVED

JUDGE

FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by: _____ Court Deputy
Name and Title

DONE AND ORDERED In Open Court at Broward County, Florida this _____ 1 day of MAY A.D. 19 89 . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, __Richard A. Livermore__ and that they were placed thereon by said Defendant in my presence in Open Court this date.

RECORDED IN THE OFFICIAL RECORDS BOOK OF BROWARD COUNTY, FLORIDA
L. A. HESTER
COUNTY ADMINISTRATOR

JUDGE

J-006

Defendant __Richard A. Livermore__
Case Number __89-1892CF__

# SENTENCE

(as to Count _____)

The Defendant, being personally before this Court, accompanied by his attorney, __Hampton Peterson P.A.__

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

(Check either provision if applicable)

☐ and the Court having on _____ deferred imposition of sentence until this date. (date)

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

## IT IS THE SENTENCE OF THE LAW that:

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.26.

☒ The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Broward County, Florida.
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life

☒ For a term of _____ __EIGHTEEN (18) Months__

☐ For an indeterminate period of 6 months to _____ years.

If "split" sentence complete either of these two paragraphs

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

Firearm – 3 year mandatory minimum

☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

Drug Trafficking – mandatory minimum

☐ It is further ordered that the _____ year minimum provisions of F.S. 893.125(1)( )( ) are hereby imposed for the sentence specified in this count.

Retention of jurisdiction

☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

Habitual Offender

☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

Jail Credit

☒ It is further ordered that the Defendant shall be allowed a total of __24 DAYS__ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

Consecutive/Concurrent

It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above.

Consecutive/Concurrent (As to other convictions)

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following:

☐ Any active sentence being served.

☐ Specific sentence: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Broward County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court further recommends __WAIVES ALL COSTS__

_____

DONE AND ORDERED in Open Court at Broward County, Florida, this __1__ day of __MAY__
A.D., 19 __89__
BROWARD COUNTY, FLORIDA

_____
JUDGE

CCL-20

J-007

FA

BROWARD COUNTY, FLORIDA
1989 MAY -2 AM 9 22

COURT COPY

**SHERIFF'S OFFICE**
**BROWARD COUNTY, FLORIDA**

| Arrest Number | Offense Report No. | BCCN | Booking Sheet Control Date & Time |
|---|---|---|---|
| BS898145 | N/A | | 05/01/89  12:20 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | ALLAN | ████ | | |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes   No  N | |

| Streetside Name | Race | Sex | Hgt | Wgt | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./ Cnty. | Cit. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 504 | 140 | BRN | BRN | MED | 035 | ████ 54 | FT LAUDERDALE | FL | US |

Scars, Marks, Tattoos
TT FT ARM LION

| Permanent Address | Bldg. | Apt. | City | St./Ctry. | Yrs. | Mths. |
|---|---|---|---|---|---|---|
| ████ FT | | | LAUDERHILL | FL | 20 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 35 | 00 | YES | 35 | 00 | 305-583-2114 | NO |

| GOH | Other Medical |
|---|---|
| NO | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| UNEMPLOYED | |

| Prints | Blood Alcohol | Vehicle Xmpt | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | | | | BC | MAIN JAIL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Und | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 05/01/89 | 05:40 | BURRIS | R  BS4222 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 05/01/89 | 12:15 | GREEN | K  BS3730 | | |

| Date | Charges | MagCode/comments | Capus/Warrant Number | Bond |
|---|---|---|---|---|
| 050189 | 001 POSSESSION OF COCAINE | XFNJ/SPEISER A | 89001892CF10A | SENT |

Previous Arrest Number

BOOKING RMKS: EIGHTEEN MONTHS FLORIDA STATE PRISON W/CREDIT FOR 24 DAYS TIME
SERVED.J/SPEISER

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No. | Last Name | First | Unattended Children? | |
|---|---|---|---|---|
| BS898185 | LIVERMORE | RICHARD | A | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang | Resist | Rehbd | Suic | Htms. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/89 | 12:15 | M | W | ████ | | | | | | | |

| Dis No. | P-Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 2624 | | | |

| Currency $ | Language Img: |
|---|---|
| 53.00 | DETAINEE SPEAKS ENGLISH |

O.C.

BSOD-31 REV. 11/85

J-008

## THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 5-1-89  CASE NO. 89-1892CF       ARREST NO. BS59-1833   BOND (SURETY)  SUMMONS/CASH BOND       AGENCY

DEFENDANT  RICHARD A LIVERMORE              AKA

**COURT STATUS**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☐ CHANGE OF PLEA | ☐ | WAIVE | TRUST FUND / HOURS COMM. SERVICE | |
| ☐ ARRAIGNMENT | ☐ JURY | ☐ PLED GUILTY | ☐ ADJ. GUILTY | VC | ASSESSMENT EACH COUNT | |
| ☐ SENTENCING | ☐ COURT | ☐ PLED NOLO | ☐ WITHHELD | VC EACH COUNT | | |
| ☐ PSI | ☐ 1ST. V.O. | | ☐ NOLLE PROSEQUI | ☐ DISMISSED | | ☐ ACQUITTED |
| ☐ PDR | ☐ FINAL V.O. | | | | | |

CHARGE(S) I. POSSESSION OF COCAINE

**DUI USE ONLY**

COUNT

PROBATION W/SPECIAL CONDITION  HOURS
LICENSE SUSP.  COMM SERVICE  [WORK PERMIT]

CASAP/DUI SCHOOL  CASAP EVALUATION

$  COURT COST  5%  VC  CJC  EMTF

JAIL TIME

OTHER

SENTENCE  Eighteen months Florida State Prison w/credit
for 24 Days Time Served

Court recommends Drug Treatment facility

| COUNT(S) | | TIME SERVED | | | DAYS | |
|---|---|---|---|---|---|---|
| | FINE | COURT COST | 5% | V.C. | CJC | |
| | FINE | COURT COST | 5% | V.C. | CJC | |
| | FINE | COURT COST | 5% | V.C. | CJC | |
| | FINE | COURT COST | 5% | V.C. | CJC | |

PLUS $  DEFERRAL FEE TO:

DISPS  JUDGE  SHERIFF'S COPY  BY  (DEPUTY CLERK)

J-009



J-010

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

      PLAINTIFF,

VS.

RICHARD LIVERMORE,

      DEFENDANT.

CASE NUMBER:   89-1892CF10

JUDGE:   SPEISER

3-1 ARR

3-1-89 Arr.

APPEARANCE AS ATTORNEY OF RECORD
WRITTEN PLEA OF NOT GUILTY

COMES NOW the undersigned and enters this his Appearance as Attorney of Record on behalf of the Defendant in the above-styled cause.

WRITTEN PLEA OF NOT GUILTY

COMES NOW the Defendant in the above-styled cause, by and through the undersigned and informs the Court that:

1.   The above Defendant is scheduled to arraigned on March 1, 1989.

2.   That the Defendant hereby enters a plea of not guilty and requests a trial by Jury and hereby waives formal arraignment and requests fifteen (15) days for the filing of appropriate defensive motions.

DATED this the 27th day of February, 1989.

HAMPTON C. PETERSON, ESQ.
Counsel for Defendant
1120 So. Federal Hwy, Ste. 4
Fort Lauderdale, Fl 33316
Telephone:  (305) 523-5784
Fla. Bar No.:  331384

J-011

IN THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

IN RE:   FIRST APPEARANCE HEARING AND
NON-ADVERSARY PROBABLE CAUSE
DETERMINATION FOR

FINDINGS AND ORDER
85891833   DIV—

LIVERMORE      RICHARD         A

The Defendant, having been arrested by BROWARD SHERIFF OFFICE          (Agency)
and having been brought before the undersigned as Committing Magistrate, the Court makes the following
findings and enters the following ORDER:

I.       Having reviewed the Affidavit(s) attached hereto of   F                    , BALLANTE

                                                                          , the Court finds:

        A.   ___/___  Probable cause to believe the defendant has committed, and shall be held to

answer for, the offense(s) of
1—POSS OF COCAINE

but finds no probable cause as to the offense(s) of _____

and this cause is hereby continued for_____hours and shall be brought back

before the committing Magistrate on _____ day of _____ 19 _____ OR

        B.   _____ No Probable cause to believe the defendant has committed any offense, and

he is hereby ordered discharged from custody unless held on other unrelated charges.

II.      The Court has now advised the Defendant:

        A.   Of the charges against him (see I. A. above);

        B.   That he is not required to say anything and anything he says may be used against him;

        C.   Of his right to Counsel, and if indigent, of his right to Court appointed Counsel;

        D.   Of his right to an adversary Preliminary Hearing on any Felony charges, if an Indictment or
             Information is not filed against him within 21 days of his arrest;

III.     BOND:   A. ___/___  Bond is set at $

1—      1,000.00

IV.      COUNSEL:   A. ____ Defendant has or will retain private counsel; OR

                    B. _/__ Defendant is declared indigent, and the Public Defender is appointed to
                            represent him, subject to review at Arraignment.

V.       Where the Defendant is detained under the Uniform Interstate Extradition Act, F.S. 941, this finding
         of Probable Cause shall operate to commit the Defendant to the county jail for a period of thirty
         (30) days.

VI.      Defendant is hereby remanded to the custody of the Sheriff unless and until bonded (if bond has
         been set hereinabove) for further proceedings according to law.

         DONE AND ORDERED at Fort Lauderdale, Broward County, Florida on JANUARY   21, 1989

                                                    _____
                                                    COMMITTING MAGISTRATE

Original to:  Clerk
Copies to:    Sheriff
              St. Atty.              CLERK OF COURT

J-012

PHOTO

NOT LEGIBLE FOR MICROFILMING

**COURT COPY**

| SHERIFF'S OFFICE BROWARD COUNTY, FLORIDA | Print Clearance | Name Search | Teletype |
|---|---|---|---|
| Arrest Number | Offense Report No. | BCCN | Booking Sheet Control Date & Time |

Last Name: LIVERMORE   First: RICHARD   Middle: ALLEN

Occupation: TILE SETTER

Place of Arrest (Address): 3820 NW 19TH ST, FT LAUD FL

| Date | Charges | MngCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| | 001 POSS OF COCAINE | 3PY | | 1000.00 |

RMKS: 09/54 4915
$29.00 IN PROPERTY

Arrest No.   Last Name: LIVERMORE   First: RICHARD

J-013

316438

BROWARD COUNTY     ☐ COMPLAINT AFFIDAVIT        ☑ ARREST FORM

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

| FILING AGENCY | OFFENSE REPORT | LOCAL I.D. NO. | FDLE | FBI | SS NO. |
|---|---|---|---|---|---|
| BSO | 89-1-11233 | | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME |
|---|---|---|---|---|
| Livemore | Richard | | | |

| RACE | SEX | HGT | WGT | EYES | HAIR | CCMP | AGE | D.O.B. | BIRTH PLACE |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5 6 | 145 | BY | BR | MED | 34 | | FT. LAUD |

PERMANENT ADDRESS                                    LOCAL ADDRESS  same

| SCARS, MARKS, TT | PLACE OF EMPLOYMENT | LENGTH |
|---|---|---|
| LION ON RT. ARM | TILE + STONE | 15 |

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY | CCN | READING | PLACE OF ARREST |
|---|---|---|---|---|
| 34 | | | | 3030 NW 19ST  FT LAUD, FL |

| DATE ARRESTED | TIME ARREST | ARRESTING OFFICERS | CCN | OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT |
|---|---|---|---|---|---|---|---|---|
| 1-20-89 | 1730 | Ballante  F | 5290 | Y ☐ N ☒ | V705 | — | | |

| UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER | CCN | PICK UP TIME | ARRIVAL TIME AT BSO |
|---|---|---|---|---|

DEFENDANT'S VEHICLE MAKE FLYD _____ TYPE SW ____ YEAR ____ COLOR BLUE

ATTACH DEFENDANT'S PHOTO

TAG NO. AHD-614 _____ VIN NO. 2FABP44F60B12882 VEHICLE TOWED TO ____

OTHER IDENTIFIERS: ____

OR REMARKS: ____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) | ADDRESS | PHONE |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of Cocaine | 893.13 |
| | | |
| | | |
| | | |
| | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared Ballante  Frank _____ who being first duly

LAST      FIRST      MIDDLE

sworn deposes and says that on the 20 day of Jan 19 89 at 3020 NW 19ST FT. LAUDERDALE,

CRIME LOCATION

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

While working in an undercover capacity in the above area, which is known for its "crack" cocaine activity, the undersigned observed the above vehicle occupied by the defendant parked inside of the apartment complex. There were two B/males up to the drivers side window. When the B/m's noticed our vehicle they obviously recognized us as police as they fled on foot. Defendant Livermore quickly put his vehicle into reverse and attempted to back out of the area, however upon observing the undersigned he quickly tossed a small ziplock bag out of the drivers window onto the ground. The undersigned retrieved the ziplock bag and found it to contain one suspect cocaine rock. At this point the defendant was placed under arrest. The cocaine rock was cobalt test positive. After miranda defendant stated that he just purchased the cocaine from the B/m's that fled.

Sworn to and subscribed before me, the undersigned authority, this 20 day of Jan 19 89

I swear the above statement is correct and true to the best of my knowledge and belief.

#5290

T. ___  TITLE: Dep Sht

DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASS'T. ST ATTY.

OFFICER'S/AFFIANT'S SIGNATURE/CCN.

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSOD-112 REV 6 86

OFFICER'S NAME  F. Ballante  DIV  OCD

| Orig. | - Court |
|---|---|
| 2nd | - State Atty. |
| 3rd | - Filing Agency |
| 4th | - Arresting Agency |

FIRST APPEARANCE/ARREST FORM

COURT COPY

J-014

ISSUE SUMMONS: _____   CASE NO. 89-24668F10

WARRANT: _____

DIVISION: _____ FG

# CIRCUIT COURT - CRIMINAL

## COUNTY OF BROWARD / STATE OF FLORIDA

### VS.

Richard A. Livermore

A/K/A _____

INFORMATION FOR I. Possession of cocaine. 893.13(1)(f)

II. Possession of Cannabis (misd) 893.03(1)(c)

ARREST DATE 11-18-89
ARREST NUMBER LH89 1265

FILING DATE DEC 04 1989 _____ DEFENDANT'S RACE (w) SEX M DOB ▓▓ 54

DEFENDANT'S ADDRESS ▓▓▓▓▓▓▓ Lauderhill, Fl

BOND AM'T 1000/BXS ___ AGENCY 11-24-89 B+S ___ DISCHARGED MAR 30 1990

BOND AM'T _____ AGENCY _____ DISCHARGED _____

BOND AM'T _____ AGENCY _____ DISCHARGED _____

CAPIAS _____ ALIAS _____ PLURIES _____

ARRAIGNMENT DATE 12-18-89 _____ RESET _____ RESET _____

RESET _____ RESET ____ WRITTEN PLEA-NOT GUILTY 12-15-89

ARRAIGNMENT & PLEA DEC 18 1989 GUILTY ____ NOLO ____ NOT GUILTY ✓

STOOD MUTE/NOT GUILTY BY COURT _____ WAIVER OF JURY _____

DEC 18 1989

TRIAL DATE Feb 16, 1990 @ 10⁰⁰ #950

FEB 16 1990 March 30, 1990 10³⁰ #950

MAR 30 1990 W/D Plea Not Guilty

Enter Plea of Nolo I & II

DISCHARGED _____ DISMISSED _____ SPEEDY _____

ACQUITTED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _____ WITHHELD ADJUDICATION MAR 30 1990 I + II

SENTENCE & ADJ DEFERRED TO _____ PSI: NO

MAR 30 1990

SENTENCE I. Two (2) years Community Control II 7 days T.S. plus $20⁰⁰ V.C.

each ct. + $200⁰⁰ T.S. to be paid 1st 6 months

JAN 17 1991 Comm Control terminated

BOND EST/AMT _____ AGENCY _____ VACATED _____

BOND EST/AMT _____ AGENCY _____ VACATED _____

NOLLE PROS _____ PER _____ NO INFO _____ PER _____

STATE PRISON COMMITMENT _____ BY _____ , D.C.

Livermore, Richard A.

89-24668F10

K-001

A-000114

# CASE PROGRESS

ATTORNEY: *Mark P. Brinkerhoff & Associates   484-3555*

ADDRESS: *3501 N. State Rd. 7 Lauderdale, FL*

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/INDICTMENT TO ATTORNEY ON: _____

_____ DEF. ALLOWED _____ DAYS TO FILE MOTIONS. _____

11-9-99  PROBABLE CAUSE FOUND

12-6-89  send notice to Def. and bond agency

12-15-89  file notice of appearance, written plea not guilty, demand for discovery, statement of particulars

12-18-89  arraignment held   CE  B. SIEFTER

1/29/89  File Ste Answer to Demand for Discovery

FEB 18 1980  DEFENSE CONT. GRANTED 4-1-90  B. Bradlieb

MAR 30 1990  Change of Plea   c/e - Beth Bradlieb

3/2/90 File Sentencing guideline scoresheet

Order of Closure

JAN 17 1991  hrg held Comm. control terminated C/E B. BRODLIEB

K-002



## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| RICHARD A. LIVERMORE | I. POSSESSION OF COCAINE |
| | II. POSSESSION OF CANNABIS |
| | (MISDEMEANOR) |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD A. LIVERMORE

on the 18th day of November , A.D. 19 89 , in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cocaine, contrary to F.S. 893.03(2)(a)4, and F.S. 893.13(1)(f),

### COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that RICHARD A. LIVERMORE, on the 18th day of November, A.D. 1989, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cannabis, in an amount of twenty (20) grams or less, contrary to F.S. 893.03(1)(c), and F.S. 893.13(1)(g),

JRD/fls/12/1/89

#053

ORIGINAL

K-004

A-000117



COUNTY OF BROWARD
STATE OF FLORIDA
Personally appeared before me _____ _____ _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense herein charged, and that he has instituted this prosecution in good faith.

Sworn to and subscribed before me this ___ day of _____, A.D. 19 ___

**SEAL**

DEC 1 8 1989

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

Deputy Clerk

Not Guilty In Writing by Attorney

To the within Information, Defendant pleaded _____

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

By _____
Deputy Clerk

Case No. _____

IN THE

**CIRCUIT COURT**
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.

Information for

Presented by State Attorney and Filed

DEC 0 4 1989

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

BROWARD COUNTY FLORIDA

-4  PH 4: 03

K-00

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 3-30-90 CASE NO. 89-24668CF10 ARREST NO. LH 90-1265 FOR/C/SURETY SUMMONS/CASH BOND Bts AGENCY

DEFENDANT Richard Livermore

AKA

**COURT STATUS** 1st 6 months - equal payments

200 TRUST FUND / HOURS COMM. SERVICE

□ MAGISTRATE  □ TRIAL  □ CHANGE OF PLEA
□ ARRAIGNMENT  □ JURY  □ PLED GUILTY
□ SENTENCING  □ COURT  ☑ PLED NOLO I II
□ FSI  □ 1ST. V.O.
□ PDR  □ FINAL V.O.

□ ADJ GUILTY _____ VC _____ ASSESSMENT EACH COUNT
I pled WITHHELD $20 VC EACH COUNT
□ NOLLE PROSEQUI  □ DISMISSED  □ ACQUITTED

CHARGE(S) I. Poss. of Cocaine
II. Poss. of Cannabis

DUI USE ONLY

COUNT _____
PROBATION W/SPECIAL CONDITION
HOURS
LICENSE SUSP. _____ COMM. SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____
$ _____ COURT COST _____ 5% _____ VC _____ CJC _____ CHTF
JAIL TIME _____
OTHER _____

SENTENCE I. ☑ 2 years Community Control, counts concurrent
II. Time Served 7 days

S/c drug

| COUNT(S) | | | | | | DAYS |
|---|---|---|---|---|---|---|
| | | | TIME SERVED | | | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| PLUS$ | | DEFERRAL FEE TO: | | | | |

JUDGE

BY _____ (DEPUTY CLERK)

FILE COPY

K-006

A-000119

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 1-11-91  CASE NO. 89-24668 TC 10  ARREST NO. _____  BOX/O/SURETY SUMMONS/CASH BOND _____  AGENCY _____

DEFENDANT Richard A. Linmore  AKA _____

## COURT STATUS

☐ MAGISTRATE  ☐ TRIAL  ☐ CHANGE OF PLEA
☐ ARRAIGNMENT  ☐ JURY  ☐ PLED GUILTY
☐ SENTENCING  ☐ COURT  ☐ PLED NOLO
☐ PSI  ☐ 1ST V.O.
☐ POR  ☐ FINAL V.O.

☐ _____ TRUST FUND / HOURS COMM. SERVICE
☐ ADJ. GUILTY _____ VC _____ ASSESSMENT EACH COUNT
☐ WITHHELD _____ VC EACH COUNT
☐ NOLLE PROSEQUI  ☐ DISMISSED  ☐ ACQUITTED

CHARGE(S) Poss of cocaine

SENTENCE Defense motion to [crossed out] Community Control is hereby Granted

Per Rec of Angelo Moore CC Officer

FILE COPY

K-007

A-000120

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT     IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 89-24608 CF
DIVISION: 46  COLEN
AKA NO: _____     NON  IC  CASH  SURETY

STATE OF FLORIDA,

                    PLAINTIFF,

vs.

Richard A. Guirmore

                    DEFENDANT.

**ORDER OF COMMUNITY CONTROL**

THE DEFENDANT, having: 1+2

a. X entered a (plea of guilty) nolo contendre to: (Counts) 1. Possession of cocaine
                                                     2. Possession of Cannabis (misd)

b. ___ been found guilty of:

c. ___ prior probation is hereby revoked:

THE COURT HEREBY:

c. ___ adjudges you guilty of count(s) _____
d. X withholds adjudication of guilt for count(s) 1+2

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:
a. X you are hereby placed on community control for a period of Two (2) years
   to be supervised by the Department of Corrections.
f. ___ (split sentence) you shall be confined in:
   1. the custody of the Sheriff of Broward County for a period of _____
   2. the custody of the Department of Corrections for a period of _____
   after which you shall be on community control for a period of _____
   to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL CONDITIONS OF COMMUNITY CONTROL:
g. ___ you must report, in person, immediately or on the next working day after release from confinement, to:
   COMMUNITY CONTROL OFFICE, 10 W. Las Olas Boulevard, FORT LAUDERDALE, FLORIDA;
h. X you shall not do any of the following (without first obtaining the consent of your community control officer)
   1. change the place where you live or work;
   2. own, possess or carry on or about your person any firearm or other type of weapon;
   3. associate with any person engaged in any criminal activity;
   4. violate any law of any city, county, state or the United States (a conviction in a court of law is not necessary for you to be found in violation);
   5. use any controlled substance, unless permitted by law;
   6. use intoxicants;
   7. visit places where controlled substances are unlawfully sold, dispensed or used.
i. X you must do each and every of the following:
   1. work diligently at a lawful, gainful occupation;
   2. support yourself and your lawful dependents to the best of your ability;
   3. answer promptly and truthfully any and all questions put to you by either the Court or any community control officer;
   4. allow a duly authorized community control officer to visit you in your home, your place of employment or elsewhere;
   5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized community control officer;
   6. report to your community control officer at least four times a week, or if employed full time, daily.
   7. file a full and truthful written report with your community control officer, no later than the fifth day of each and every month of your community control, upon a form to be furnished to you.
   8. pay the sum of $40.00 per month, or any increased amounts authorized by law, for costs of supervision while on community control, unless modified as follows: $40.00

9. pay the sum of(s) of:
   a) $ _____ court costs.
   b) $ 50.00 victim costs on counts 1+2
   c) $ 200.00 "trust fund" or _____ 50.3 hours community service (F.S.27.3455)
   d) $ _____ assessment.
   e) $ _____ 1st six months in equal monthly payments
   on a schedule to be determined by your community control officer.

CLERK'S COPY

K-008

f) $ _____ emergency medical fund

10) remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your community control officer.

11) submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances.

12) maintain an hourly accounting of all of your activities on a daily log which you will submit to your community control officer upon request.

13) participate in self improvement programs as determined by the court or your community control officer.

j. ☒ You shall comply with the following special conditions of community control:

_____ 1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____ days time served.

_____ 2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof.

_____ 3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer.

_____ 4. You will attend and successfully complete the following rehabilitation program, to be selected by your community control officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your community control officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

_____ (a) an in-patient _____ alcohol, _____ drug, _____ psychological program _____

_____ (b) an out-patient _____ alcohol, _____ drug, _____ psychological program _____

☒ (c) _____ program _____

☒ (d) submit to evaluation for counseling or placement in a _____ alcohol, ☒ drug, _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

_____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the community control officer or the Court.

_____ 5. Submit to urinalysis, blood tests, physical searches by or on demand of community control officer.

_____ 6. Not use or possess alcoholic beverages for any purpose.

_____ 7. Not drive or operate a motor vehicle except _____

_____ 8. Make restitution to the victim _____ in the amount of $ _____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer.

_____ 9. Pay public defender's fee in the sum of $ _____ on a schedule to be determined by the community control officer.

_____ 10. Pay fine in the amount of $ _____ plus 5% surcharge on a schedule to be determined by the community control officer.

_____ 11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $ _____ to the following organization: _____ _____ in lieu of additional conditions of community control.

_____ 12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows: _____

_____ 13. You will not associate, communicate or have any contact with _____

☒ 14. Other: _____

~~scribbled out~~ Count 2 — Todays Time Served

k. The Court reserves the right to rescind, modify or revoke community control to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 30 day of March, 19 90 , nunc pro tunc, _____

_____
JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control, I have read and understood these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

_____
Defendant

_____
Instructed by

CLERK'S COPY

K-009



IN THE COUNTY CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

FLORIDA BAR NO.:  291791
CASE NO.: 89-24668CF10A
JUDGE Coker

STATE OF FLORIDA,

    Plaintiff

vs.

RICHARD A. LIVERMORE

    Defendant.

NOTICE OF APPEARANCE AND
WRITTEN PLEA OF NOT GUILTY

TO:  Clerk of the Above-Styled Court:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his/her appearance as attorney of record for the Defendant in the above-styled cause, and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc. in this cause.

FURTHERMORE, the undersigned attorney informs the Court that:

A. The above-named Defendant's arraignment is set for _____12-18-89_____, 19 89.

B. The Defendant hereby enters his/her plea of not guilty and requests a trial by __Jury_____ and hereby waives formal arraignment, and requests fifteen (15) days for the filing of appropriate defense motions.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Office of the State Attorney this __13th__ day of ___December____, 1989.

_____
MARK P. BOCKSTEIN
3500 N. State Road 7
Suite 290
Lauderdale Lakes, FL  33319
(305) 484-3555

NOAWPNG1
(CF6)

K-01



PHOTO

**SHERIFF'S OFFICE**
**BROWARD COUNTY, FLORIDA**

Print Clearance | Name Search | COURT COPY

| Arrest Number | Offense Report No | | |
| LH891265 | LH-89111951 | BCCN | 00/00/00 |

Booking Sheet Control Date & Time: 11/18/89 18:40

| Last Name | First | Middle | SSN | Probation | Parole |
| LIVERMORE | RICHARD | A | | N | N |

Also Last Name | First | Middle

| Street/Pt Name | Race | Sex | Hgt | Wgt | Eyes | Hair | Comp | Age | Yes No N | Place of Birth | SL/ | Cit. |
| | W | M | 504 | 145 | BRN | BRN | MED | 035 | 54 FTLAUD | OFFL | US |

Scars, Marks, Tattoos
TTL/ARM

Permanent Address
ST | Apt | City LAUDERHILL | St./Cty. FL | Yr. 20 | Mos. 00

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | U.S. Vet |
| YES | 35 | 00 | YES | 35 | 00 | NO |

GDH | Other Medical
TO BE SCREENED BY NURSE

Employer
LIVERMORE DAWN | Occupation TILE

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
| YES | .00% | | | LH | 1775 NW 55 AVE LAUDERHILL FL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer | Unit | Zone | Beat | Shift |
| 11/18/89 | 15:27 | OSTROFF B | BS4949 | | SET | 604 | | C |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
| 11/18/89 | 18:35 | ADAMS | M BS3817 | | |

| Date | Charges | MsgCode/comments | Capos/Warrant Number | Bond |
| 111889 | 001 POSS COCAINE | 3FY | | |
| 111889 | 002 POSS CANNABIS | 1MY | D | 1000.00 |
| | | | D | NC |

BOOKING RMKS: 29/54 BS5083

Previous Arrest Number

| Release Reason | Released By | Released To | Date Released | Time Released |

| Arrest No. | Last Name | First | Unattended Children? |
| LH891265 | LIVERMORE | RICHARD A | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang | Reptd | Subjs | Suic | Homic | Other |
| 11/18/89 | 18:35 | M | W | 02/12/54 | | | | | | | |

| Bkn No. | P-Box No. | Bulk No. | Vehicle Towed To: |
| 2396 | | | |

| Currency $ | Language msg: |
| .18 | DETAINEE SPEAKS ENGLISH |

BSOD-M REV. 11/89

K-011

K-012

Comprehensive Report



**People at Work:**
*Maximum 50 People at Work records returned*

Name: TERESA THOMAS
Title: CLERK
LexID: 002513870681

Company: ADMIN
Phone:
FEIN:
Dates:

Name: TERESA THOMAS
LexID: 002513870681

Company: STATE ATTORNEYS OFFICE
Phone:
FEIN:
Dates:



Comprehensive Report





Contact Us   |   Help

**Possible Criminal Records:**

**Florida Department of Corrections:**

Name: JOHN T MINCEY

LexID: 001739269039

State of Birth: Georgia

State of Origin: Florida

DOC Number: 776181

Party Status: INACTIVE OFFENDER

Race: BLACK

Sex: Male

Eyes: BLACK

Height: 5' 06"

Case Number: 9211231

Case Type Description: Department Of Correction

**Offenses:**

Case Number: 9211231      Offense Date: 09/16/1992

Offense: FIREARM POSSESSION BY FELON

Case Number: 9211231      Offense Date: 09/16/1992

Offense: FIREARM POSSESSION BY FELON      Sentence Date: 01/05/1993

**Parole/Probations:**

Parole Status: **INACTIVE, INITIAL P&P COMMITMENT PREFIX: 01**

**Prison Inmate Records:**

[None Found]

Unknown
    Date

Hide Left Nav  |  Back to Top  |

M-001

10/27/2015



## Case Details: S0-1999-CF-005582-AXXX-MB

| Full Name | HUTCHINSON, JOHN B | DOB | |
|---|---|---|---|
| Party Type | DEFENDANT | Sex | M |
| Case # | 50-1999-CF-005582-AXXX-MB | Race | B |
| Status | Closed | Fee Balance | 0.0000 |
| Citation # | | Division | U: Felony - U |
| Booking # | 1999920209,2001323232 | Speedy Trial Du | 11/6/1999 |

### Court Events

| Date | Time | Event Type | Location | Room | Notes |
|---|---|---|---|---|---|
| 8/3/1999 | 8:00 AM | BOND - BOND HEARING | MB | 11H (Main Branch) | |

### Main Parties

Judge:   U, Division   Public Defender:   DEFENDER, PUBLIC

### Parties

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriff's # | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| HUTCHINSON, JOHN B | DEFENDANT | M | B | | | | 0164105 | | |

### Charges

| Count | Statute # | Description | Disposition | Disposition Date | Sentence |
|---|---|---|---|---|---|
| 1 | 790.01(2) | CONVERSION:(790.01(2)   /5202/T/ F/000/94 ) (PROB-U) CARRYING A CONCEALED FIREARM | ADJUDICATION WITHHELD (WH) | 11/5/1999 | PROBATION: |
| 2 | 784.03(1) | CONVERSION:(784.03(1)   /1319/F/ N/000/94 ) DOMESTIC BATTERY | ADJUDICATED GUILTY-BY-COURT | 11/5/1999 | TIME SERVED |
| 3 | 784.021(1A) | CONVERSION:(784.021(1A) /1315/T/ F/000/94 ) AGGRAVATED ASSAULT (FIREARM) | NOLLE PROSSE | 11/5/1999 | |

### Linked Cases
No Linked Cases Found.

### Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| 11/5/1999 | 1 | PROBATION | | Probation Time: 18 months | | | |
| 11/5/1999 | 2 | TIME SERVED | | | | | |

### Warrants/Service Docs

| Warrant/Document Type | Warrant #/Document ID | Issue Date | Last Action Date | Status/Return Reason | Last Action |
|---|---|---|---|---|---|
| WARRANT ISSUED | 292111 | 5/2/2001 | 5/16/2001 | Executed | Returned |

### Arrests

| Arresting Agency | Agency Number | Booking # | Incident # | Arrest/Offense Date |
|---|---|---|---|---|
| West Palm Beach PD | 94 | 1999920209 | 949936914 | 5/15/1999 |
| West Palm Beach PD | 94 | 2001323232 | 01302388 | 5/16/2001 |

### Bonds
No Bonds Found.

### Total Fees

| Total Amount Due: | Total Amount Paid: | Total Balance: | Total Judgement Interest: |
|---|---|---|---|
| | | Total Balance + Interest: $0.00 | |

N-001

A-000128

## Case Details: 50-2002-CF-010544-AXXX-MB



| | | | |
|---|---|---|---|
| Full Name | THOMAS, WILLIE | DOB | ▇▇ |
| Party Type | DEFENDANT | Sex | M |
| Case # | 50-2002-CF-010544-AXXX-MB | Race | B |
| Status | Closed | Fee Balance | 0.0000 |
| Citation # | | Division | V: Felony - V |
| Booking # | 2002337469 | Speedy Trial Du | 3/4/2003 |

### Court Events
No Court Events Found.

### Parties

| Full Name | Party Type | Sex | Race | | AKA | Deceased | Sheriff # | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| THOMAS JR, WILLIE | DEFENDANT | M | B | ▇ | | | 0063061 | BK | BR |

### Main Parties

Judge:    V. Division            Defense Attorney: TENDLER, RICHARD

State Attorney: SHEPHERD, ROBERT LEWIS

### Charges

| Count | Statute # | Description | Disposition | Disposition Date | Sentence |
|---|---|---|---|---|---|
| 1 | 893.13(6B) | CONVERSION:(893.13(6A) ./3532(7/ F/257/68 ) POSSESSION OF COCAINE | ADJUDICATION WITHHELD (WH) | 6/5/2003 | PROBATION |
| 2 | 893.13(6B) | CONVERSION:(893.13(6A) ./3560/7/ F/257/68 ) POSSESSION OF MARIJUANA IN EXCESS OF 20 GRAMS | ADJUDICATION WITHHELD (WH) | 6/5/2003 | PROBATION |
| 3 | 893.147(1B) | CONVERSION:(893.147(1B) ./3560/./ M/000/68 ) POSSESSION OF PARAPHERNALIA (USE) | ADJUDICATION WITHHELD (WH) | 6/5/2003 | PROBATION |

### Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time |
|---|---|---|---|---|---|
| 6/5/2003 | 3 | PROBATION | | Probation Time: 12 months | |
| 6/5/2003 | 1 | PROBATION | | Probation Time: 18 months | |
| 6/5/2003 | 2 | PROBATION | | Probation Time: 18 months | |

### Linked Cases
No Linked Cases Found.

### Warrants/Service Docs
No Warrants/Service Docs Found.

### Arrests

| Arresting Agency | Agency Number | Booking # | Incident # | Arrest/Offense Date |
|---|---|---|---|---|
| Town of Mangonia Park | 68 | 2002337469 | 68023516 | 9/10/2002 |

### Total Fees

| Total Amount Due: | Total Amount Paid: | Total Balance: | Total Judgement Interest: |
|---|---|---|---|
| | | Total Balance + Interest: $0.00 | |

### Fees
No Fees Found.

### Bonds
No Bonds Found.

### Payment Plans

O-001

A-000129

**95**  4050

IN THE CRIMINAL DIVISION OF THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. 02 CF 10544   A02   DIV. V

OBTS NUMBER _____

STATE OF FLORIDA                                                    [ ] COMMUNITY CONTROL VIOLATOR

v.

Willie Thomas Jr                                                   [ ] PROBATION VIOLATOR

_____/
DEFENDANT

■■■■■■■■    B        M
DATE OF BIRTH    RACE    GENDER    SOCIAL SECURITY NUMBER

06/17/2003  15:26:45  200303356950
OR BK 15391 PG 0046
Palm Beach County, Florida
Dorothy H. Wilken, Clerk

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
US ___ DAY OF __ DEC 3 0 2015
SHARON R. BOCK
CLERK & COMPTROLLER
DEPUTY CLERK

# JUDGMENT

The above Defendant, being personally before this Court represented by   A.P.D.   Richard Tendler   (attorney)

| [ ] | Having been tried and found guilty of the following crime(s): | [✓] | Having entered a plea of guilty to the following crime(s): | [ ] | Having entered a plea of nolo contendere to the following crime(s): |

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE |
|---|---|---|---|
| 1 | Possession of cocaine | 893.13 (6)(a) | 3° fel |
| 2 | Possession of marijuana in excess of 20 grams | 893.13 (6)(a) | 3° fel |
| 3 | Possession of Paraphernalia (use) | 893.147 | 1° MISD |

[ ]   and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ · ]   and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 794), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s. 784.045), burglary (s. 810.02), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense specified in section 943.325, the defendant shall be required to submit blood specimens.

and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

SENTENCE
STAYED   [✓] The Court hereby stays and withholds imposition of sentence as to count(s) and places the Defendant on [✓] Probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (conditions of probation set forth in separate order).

SENTENCE
DEFERRED   [ ] The Court hereby defers imposition of sentence until _____

FILED
JUN 0 5 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this ___ 5 ___ day of ___ June ___ , 200 3 .

_____
CIRCUIT COURT JUDGE

A-000130

P-0015

<u>WENNET</u>
"<u>V</u>"

DC# <u>598298</u>
Officer: <u>15-3</u>

## ORDER WITHHOLDING ADJUDICATION OF GUILT
## AND PLACING DEFENDANT ON PROBATION

STATE OF FLORIDA

    -vs-    Plaintiff

<u>WILLIE THOMAS</u>

    Defendant

In The <u>Circuit</u> Court
of <u>Palm Beach</u> County, Florida

Case No. <u>02-10544CFA02</u>

This cause coming on this day to be heard before me, and you, the defendant <u>WILLIE</u> <u>THOMAS</u> , being now present before me, and you having:
<u>PLED GUILTY TO</u>

The offense of <u>COUNT 1. POSSESSION OF COCAINE, COUNT 2. POSSESSION OF</u> <u>MARIJUANA IN EXCESS OF 20 GRAMS & COUNT 3. POSSESSION OF</u> <u>PARAPHERNALIA (USE)</u>

      It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should presently be adjudged guilty and suffer the penalty authorized by law:

      Now, therefore, it is ordered and adjudged that the adjudication of guilt and imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of <u>EIGHTEEN (18) MONTHS AS TO COUNTS 1 & 2 & TWELVE (12)</u> <u>MONTHS AS TO COUNT 3 CONCURRENT WITH EACH COUNT</u> under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

      It is further ordered that you shall comply with the following conditions of probation:

(1)    Not later than the fifth day of each month or as directed, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2)    You will pay to the State of Florida the amount of $ <u>50.00 FIFTY</u> <u>DOLLARS</u> per month, plus a 4% surcharge, toward the cost of your supervision, unless otherwise exempted in compliance with Florida Statutes.

*RNT*

1

A-000131

P-002  2J

Thomas, Willie
Case# 02-10544CFA02

(3)    You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4)    You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5)    You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6)    You will submit to Urinalysis, Breathalyzer or Blood Tests, as directed by your Probation Officer or the Professional Staff of any treatment center where you may be receiving treatment, to determine the possible use of alcohol, drugs or controlled substances.

(7)    You will make a good faith effort to obtain lawful employment and support any dependents to the best of your ability as directed by your Probation Officer.

(8)    You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9)    DEFENDANT MAY APPLY FOR EARLY TERMINATION AFTER 12 MONTHS, PROVIDED ALL CONDITIONS ARE SATISFIED AND NO VIOLATIONS

(10)   COURT COSTS $411.00

(11)   PUBLIC DEFENDER APPLICATION FEE $40.00

(12)   PUBLIC DEFENDER'S FEE $150.00

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation, adjudge you guilty and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody, if you are in custody, and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

2

A-000132

P-003

Thomas, Willie
Case# 02-10544CFA02

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

**DONE AND ORDERED IN OPEN COURT** this 5TH day of JUNE, 2003.

Signed this _11_ day of _June_ 2003.

**JUDGE**

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____

_____
Probationer

Instructed by: _____

Original: Court
Copies: Probationer/File

DC4-900B

AP 6/6/2003

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law
DEC 3 0 2015
THIS ____ DAY OF_____,20____
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
DEPUTY CLERK

3

P-004

A-000133



**FLORIDA
DEPARTMENT of
CORRECTIONS**

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
THIS ____ DAY OF _____ DEC 3 0, 2005

SHARON R. BOCK
CLERK & COMPTROLLER

By _____
DEPUTY CLERK

*An Equal Opportunity Employer*

JAMES V. CROSBY, JR.

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

Date: July 24, 2005

RE:   TERMINATION OF SUPERVISION
DC# 049363
DOCKET/UC NO(S) 049363

Willie Thomas

02-10544CFA02

Dear Mr. Thomas:

You are hereby notified that you have completed your term(s) of supervision, as referenced above, and are no longer under the supervision of the Department of Corrections.

If you were adjudicated guilty of a felony offense, your name will be submitted to the Florida Parole Commission for consideration for restoration of the civil rights that you lost as a result of your felony conviction (right to vote, right to hold public office, and the right to serve on a jury). If your rights are restored, a certificate of restoration of civil rights will be mailed by the Office of Executive Clemency to your last mailing address of record usually within one year following the termination of supervision. If your rights are not restored through this initial referral, you will be notified by the Florida Parole Commission and furnished an additional application for submission for restoration of civil rights with a hearing. If you have any questions about your civil rights, you may contact the Office of Executive Clemency for further information by calling (850) 488-2952 or by writing to that office at Florida Parole Commission, 2601 Blair Stone Road, Building C, Tallahassee, Florida 32399-2450. Information and application forms may be accessed through the following web site: www.state.fl.us/fpc/exclem.html.

After eight (8) years from termination of your supervision, you may apply to regain your right to own firearms. Applications can be obtained from the Office of Executive Clemency or be accessed by the web site noted above.

If adjudication was withheld, you did not lose your civil rights, however, the Florida Department of Law Enforcement (FDLE) may refuse the right for you to purchase a firearm following successful completion of supervision, pursuant to Section 790.065 Florida Statutes. Contact your local FDLE office if you have questions regarding this law.

I would like to extend to you best wishes for a very successful future.

Sincerely,

Claudette M. Williams, Correctional Probation Specialist

☒   If you were on supervision for a sexual offense, attached is a copy of the Notice of Responsibilities, which outlines your continued responsibilities in accordance with Florida Statutes.

☐   If you were sentenced as a career offender, attached is a copy of the Career Offender Notice of Responsibilities, which outlines your continued responsibilities in accordance with Florida Statutes.

Original: Offender
Copy:   Offender File
        Florida Parole Commission (if applicable)
        Clerk of Court (if required)
(Revised 03/03)

JUL 2 8 2005

P-005

A-000134

IN THE CRIMINAL DIVISION OF THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. _____02-10544CF A02_____ _____ DIV._____V_____

OBTS NUMBER _____

STATE OF FLORIDA                          [ ]    COMMUNITY
                                                 CONTROL
                                                 VIOLATOR

v.    WILLIE THOMAS JR.

                                          [ ]    PROBATION
                                                 VIOLATOR

_____/
                    DEFENDANT

STATE OF FLORIDA – PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
THIS ____ DAY OF _____ DEC 3 0 2015 20___
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
           DEPUTY CLERK

█████████      B         M      _____
DATE OF BIRTH    RACE     GENDER    SOCIAL SECURITY NUMBER

The fingerprints below are those of said Defendant taken by Deputy Sheriff _P/s Susan Starr # 6247_

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
| | | | | |

THE COURT CERTIFIES that the fingerprints shown below are those of the Defendant and were placed thereon by said Defendant in the Court's presence in Open Court at Palm Beach County, Florida, this _____5_____ day of _Jun e_, 200 3

_____
         CIRCUIT COURT JUDGE
              Judge Richard Wennet
Form Circuit 3B (rev 10/2000)

FILEr
JUN 05 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)

P-006

A-000135

Criminal Report

Page 1 of 2

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Court, Law Enforcement, or Government Agencies
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## Criminal Report

 **Florida Department of Corrections**

**Offender Information:**
Name: **JOHN HUTCHINSON**
Names Associated with Subject: **JOHN HUTCHINSON**

DOC Number: **312841**
Party Status: **INACTIVE OFFENDER**
DOB:      SSN: 2███-2564      Place of Birth: **Florida**
Race: **BLACK**      Sex: **Male**      Eyes: **BROWN**
Height: **5' 09"**      Weight:

**Offenses:**

Case Number: **9403212**
Offense Date: **03/25/1994**
Offense: **COCAINE - PURCHASE OR POSSESSION WITH INTENT TO PURCHASE**
Count:

Convicted County:
Sentence Date:
Incarceration Date:
Adjudication Withheld:
Sentence:

Case Number: **9403212**
Offense Date: **03/25/1994**
Offense: **COCAINE - PURCHASE OR POSSESSION WITH INTENT TO PURCHASE**
Count:

Convicted County:
Sentence Date: **04/28/1994**
Incarceration Date:
Adjudication Withheld:
Sentence:

Case Number: **9905582**
Offense Date: **05/15/1999**
Offense: **TO CARRY A CONCEALED FIREARM**
Count:

Convicted County:
Sentence Date: **11/05/1999**
Incarceration Date:
Adjudication Withheld:
Sentence:

**Parole/Probations:**
Parole Status: **INACTIVE, INITIAL P&P COMMITMENT PREFIX: 02**

https://secure.accurint.com/app/bps/report      A-000136

**Q-001**

1/13/2016

Criminal Report

Parole Status: **INACTIVE, INITIAL P&P COMMITMENT PREFIX: 02**

Print Report   |   Contact Us   |   Help

**Prison Inmate Records:**
  [NONE FOUND]

Q-002
1/13/2016

Comprehensive Report



Print Report  |  Contact Us  |  Help

**Possible Criminal Records:**
Florida Court:
Name: JUSTIN P GUTHRIE
LexID: 036793574240

State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 502014CF002367AXXXMB

Offenses:
**Offense #1**
Number Counts: 1

Court Case Number: 502014CF002367AXXXMB
Court Offense: TRESPASSING STRUCTURE OR CONVEYANCE
Court Statute: 810.08(2A)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

Hide Left Nav  |  Back to Top  |

R-001

11/3/2015

Comprehensive Report

Print Report | Contact Us | Help

**Offense #2**
Number Counts: 2

Court Case Number: 502014CF002367AXXXMB
Court Offense: GRAND THEFT
Court Statute: 812.014(2C)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

**Offense #3**
Number Counts: 3

Court Case Number: 502014CF002367AXXXMB
Court Offense: DEALING IN STOLEN PROPERTY
Court Statute: 812.019(1)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

**Offense #4**
Number Counts: 4

Court Case Number: 502014CF002367AXXXMB
Court Offense: FALSE VERIFICATION OF OWNERSHIP SECOND HAND DEAL UNDER 300
DOLS
Court Statute: 538.04(4A)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

**Court Activity:**
[NONE FOUND]

**Florida Court:**
Name: JUSTIN P GUTHRIE
LexID: 036793574240

State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 502014CF002567AXXXMB

**Offenses:**
**Offense #1**
Number Counts: 1

Court Case Number: 502014CF002567AXXXMB
Court Offense: POSSESSION OF SHORT- BARRELED RIFLE, SHOTGUN OR MACHINE
GUN
Hide Left Nav Court Statute: 790.22

R-002

Court Disposition: ADJUDICATED GUILTY BY COURT
Court Disposition Date: 08/25/2014
Sentence Date:
Sentence
    Jail: Max: 6 Years
    Probation:
    Suspended Time:

**Offense #2**
Number Counts: 2

Court Case Number: 502014CF002567AXXXMB
Court Offense: FELON IN POSSESSION OF FIREARM OR AMMUNITION (CONSTRUCTION POSSESSION)
    Court Statute: 790.23(1ACDE)
    Court Disposition: ADJUDICATED GUILTY BY COURT
    Court Disposition Date: 08/25/2014
    Sentence Date:
    Sentence
        Jail: Max: 6 Years
        Probation:
        Suspended Time:

**Court Activity:**
    [NONE FOUND]

**Florida Court:**
    Name: JUSTIN PATRICK GUTHRIE
    LexID: 036793574240

    State of Origin: Florida
    County of Origin: MARTIN
    DOB: 08/07/1988
    Race: WHITE
    Sex: Male
    Eyes: BLUE
    Height: 6' 00"

Case Number: 10000499CTAXMX

**Offenses:**
    **Offense #1**
    Court Case Number: 10000499CTAXMX
    Court Offense: SAFETY BELT VIOLATION
    Court Disposition: CASE Status:""

    **Offense #2**
    Court Case Number: 10000499CTAXMX
    Court Offense: CONTEMPT FAIL TO FOLLOW COURT ORDER
    Court Disposition: CASE Status:ADJUDICATED GUILTY

Hide Left NavOffense #3o Top  |

Court Case Number: 10000499CTAXMX
Court Offense: DRIVE DL SUSPENDED-PRIOR CONVICTION SPECIFIED 322.34(10)(A)
Court Disposition: CASE Status:ADJUDICATED GUILTY""9/19/2012

**Offense #4**
Court Case Number: 10000499CTAXMX
Court Offense: FAIL TO APPEAR FOR DOCKET SOUNDING
Court Disposition: CASE Status:DISMISSED""9/19/2012

**Offense #5**
Court Case Number: 10000499CTAXMX
Court Offense: SAFETY BELT VIOLATION
Court Disposition: SENT Status:""

**Offense #6**
Court Case Number: 10000499CTAXMX
Court Offense: CONTEMPT FAIL TO FOLLOW COURT ORDER
Court Disposition: SENT Status:ADJUDICATED GUILTY

**Offense #7**
Court Case Number: 10000499CTAXMX
Court Offense: DRIVE DL SUSPENDED-PRIOR CONVICTION SPECIFIED 322.34(10)(A)
Court Disposition: SENT Status:ADJUDICATED GUILTY""9/19/2012

**Offense #8**
Court Case Number: 10000499CTAXMX
Court Offense: FAIL TO APPEAR FOR DOCKET SOUNDING
Court Disposition: SENT Status:DISMISSED""9/19/2012

**Court Activity:**
[NONE FOUND]

**Florida Court:**
Name: JUSTIN P GUTHRIE
LexID: 036793574240

State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 2009CT031646AX

**Offenses:**
**Offense #1**
Number Counts: 1

Hide Left Nav Court Case Number: 2009CT031646AX

R-004

Court Offense: TCATS OPERATING WHILE DL SUSPENDED/CANCELLED/REVOK
Court Statute: 322.34                          Print Report | Contact Us | Help
Court Disposition: GUILTY
Court Disposition Date: 12/30/2009

**Offense #2**
Number Counts: 2

Court Case Number: 2009CT031646AX
Court Offense: TCATS SPEED/65 HIGHWAY/TURNPIKE (REQUIRES SPEEDS)
Court Statute: 316.187
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009

**Offense #3**
Number Counts: 3

Court Case Number: 2009CT031646AX
Court Offense: TCATS SIDE WINDOWS - RESTRICTION ON SUNSCREEN MATE
Court Statute: 316.2953
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009

**Court Activity:**
  [NONE FOUND]

**Florida Court:**
  Name: JUSTIN P GUTHRIE
  LexID: 036793574240

  State of Origin: Florida
  County of Origin: PALM BEACH
  Race: WHITE
  Sex: Male

  Case Number: 2009CT031707AX

**Offenses:**
  **Offense #1**
  Number Counts: 1

  Court Case Number: 2009CT031707AX
  Court Offense: TCATS OPERATING WHILE DL SUSPENDED /CANCELLED REVO
  Court Statute: 322.34
  Court Disposition: GUILTY
  Court Disposition Date: 12/30/2009

  **Offense #2**
  Number Counts: 2

Hide Left Nav | Back to Top |

R-005

Court Case Number: 2009CT031707AX
Court Offense: TCATS SPEEDING STATE POSTED (REQUIRES SPEEDS) ~~Print Report~~   |   Contact Us   |   Help
Court Statute: 316.187
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009

**Offense #3**
Number Counts: 3

Court Case Number: 2009CT031707AX
Court Offense: TCATS FLORIDA SEAT-BELT LAW - DRIVER NOT BELTED
Court Statute: 316.614
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009

**Court Activity:**
[NONE FOUND]

**Florida Court:**
Name: JUSTIN P GUTHRIE
LexID: 036793574240
State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 502008CT044900AXXXNB

**Offenses:**
**Offense #1**
Number Counts: 1

Court Case Number: 502008CT044900AXXXNB
Court Offense: TCATS OPERATING WHILE DL SUSPENDED /CANCELLED REVOKED
Court Statute: 322.34(2)
Court Disposition: ADJUDICATED GUILTY BY COURT
Court Disposition Date: 03/24/2014
Sentence Date:
Sentence
    Jail: Max: 25 Days
    Probation:
    Suspended Time:

**Court Activity:**
[NONE FOUND]

**Florida Department of Corrections:**
Name: JUSTIN PATRICK GUTHRIE
LexID: 036793574240
SSN: ███-3678
Hide Leff Bases] JUSTIN GUTHRIE, JUSTIN P GUTHRIE, JUSTIN PATRICK GUTHRIE

**R-006**

Comprehensive Report

State of Origin: Florida
DOC Number: B09107
Party Status: INMATE ACTIVE
Race: WHITE
Sex: Male
Eyes: BLUE
Height: 6' 01"
Weight: 186

Print Report | Contact Us | Help

Case Number: 1001484
Case Type Description: Department Of Correction

**Offenses:**

Case Number: 1001484      Offense Date: 06/15/2009
Offense: TRAFF ILL DRUGS 4-U/14 GRAMS      Sentence Date: 11/01/2010

Case Number: 1001484      Offense Date: 08/27/2009
Offense: OBT.SUB BY FRAUD OR ATT.      Sentence Date: 11/01/2010

Case Number: 1001484      Offense Date: 08/27/2009
Offense: OBT.SUB BY FRAUD OR ATT.      Sentence Date: 08/25/2014

Case Number: 1001484      Offense Date: 06/15/2009
Offense: TRAFF ILL DRUGS 4-U/14 GRAMS      Sentence Date: 08/25/2014

Case Number: 1001769      Offense Date: 02/15/2010
Offense: GRAND THEFT,300 L/5,000      Sentence Date: 11/01/2010

Case Number: 1001769      Offense Date: 02/15/2010
Offense: GRAND THEFT,300 L/5,000      Sentence Date: 08/25/2014

Case Number: 1003335      Offense Date: 05/07/2009
Offense: TRAFFIC IN STOLEN PROPERTY      Sentence Date: 11/01/2010

Case Number: 1003335      Offense Date: 05/07/2009
Offense: TRAFFIC IN STOLEN PROPERTY      Sentence Date: 08/25/2014

Case Number: 1402567      Offense Date: 02/24/2014
Offense: FEL/DELI W/GUN/CONC WPN/AMMO      Sentence Date: 08/25/2014

Case Number: 1402567      Offense Date: 02/24/2014
Offense: POSSESS ILLEGAL WEAPON      Sentence Date: 08/25/2014

**Parole/Probations:**
[None Found]

**Prison Inmate Records:**
Custody Type: MEDIUM      Status: VALID RELEASE DATE
Prison Location: MARTIN C.I.

Hide Left Nav | Back to Top |

R-007

Comprehensive Report



Unknown Date

**Florida Arrest Report:**
Name: JUSTIN PATRICK GUTHRIE
LexID: 036793574240

Address: 5000 N OCEAN BLVD, BOYNTON BEACH FL 33435-7341
Aliases: JUSTIN PATRICK GUTHRIE
State of Origin: Florida
County of Origin: MARTIN

Race: WHITE
Sex: Male

Arrests:
### Arrest #1
Case Type: Offense: **ACQUIRE/OBTAIN CONTROLLED SUB BY**
Arrest       **MISREPRESENTATION/FRAUD/FORGERY/DECEPTION/**
Date:        Arrest Statute: **FS*893.13(7A9)**
**03/04/2010** Agency Case #: **4302042971**
Arresting    Arrest Level/Degree:
Agency:      Arrest Disposition:
**MCS**
Arrest
Type:
Arrest
Disposition
Date:
Court Fine:
### Arrest #2
Case Type: Offense: **CAPITAL IMPORTATION METHAQUALONE 50**
Arrest       **KG OR MORE**
Date:        Arrest Statute: **FS*893.135(1E2)**
**03/04/2010** Agency Case #: **4302042971**
Arresting    Arrest Level/Degree:
Agency:      Arrest Disposition:

Hide Left N**MCS**Back to Top |

**R-008**

Arrest
Type:
Arrest
Disposition
Date:
Court Fine:

Print Report   |   Contact Us   |   Help

**Arrest #3**
Case Type: Offense: **POSSESSION OF CONTROLLED SUBSTANCE**
Arrest        Arrest Statute: **FS*893.13**
Date:          Agency Case #: **4302042971**
**03/04/2010** Arrest Level/Degree:
Arresting    Arrest Disposition:
Agency:
**MCS**
Arrest
Type:
Arrest
Disposition
Date:
Court Fine:

Florida Arrest Report:
Name: JUSTIN PATRICK GUTHRIE
LexID: 036793574240
SSN: 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
Address: 5000 N OCEAN BLVD, BOYNTON BEACH FL 33435-7341
Aliases: JUSTIN PATRICK GUTHRIE
State of Origin: Florida
County of Origin: MARTIN
DOB: 08/07/1988
Race: WHITE
Sex: Male

Arrests:
**Arrest #1**
Case Type:                                    Offense: **FAILURE TO APPEAR -**
Arrest Date: **09/13/2012**           **MISDEMEANOR**
Arresting Agency: **MCS**           Arrest Statute: **FS*FTA.2**
Arrest Type:                                 Agency Case #: **4302058931**
Arrest Disposition Date:               Arrest Level/Degree:
Court Fine:                                    Arrest Disposition:

Florida Arrest Report:
Name: JUSTIN P GUTHRIE
LexID: 036793574240

Address: 9115 GREEN MEADOWS WAY, PALM BEACH GARDENS FL 33418-5743
State of Origin: Florida
County of Origin: PALM BEACH
Hide Left Nav | Back to Top |

R-009
11/3/2015

Comprehensive Report

Race: WHITE

Arrests:
**Arrest #1**
Case Type:
Arrest Date: **02/15/2010**
Arresting Agency: **78 - PALM BEACH GRDNS**
Arrest Type:
Arrest Disposition Date:
Court Fine:

Offense: **BURGL-UNOCCUPIED STRUCTURE UNARMED**
Arrest Statute: **810.02-6266**
Agency Case #: **2010007963**
Arrest Level/Degree:
Arrest Disposition: **Warrant#: 220308KC5**



R-010

Comprehensive Case Information System

COMPREHENSIVE CASE INFORMATION SYSTEM

Sharon R. Bock, Esq., Clerk of the Circuit Court & Comptroller

PALM BEACH COUNTY    CCIS

Search    Reports    TCATS  Help                                                              Logout
amy_evans

Back

## Case Information

Expand All

| Case Number | Filed Date | County | Case Type | Status |
|---|---|---|---|---|
| 502005CJ005361XXXXMB [2005CJ005361] | 10/03/2005 | PALM BEACH | JUVENILE DELINQUENCY | JUVENILE NO FILE |

| Charge Seq # | Description | Date | Phase |
|---|---|---|---|
| 1 | SALE OR POSSESSION WITH INTENT TO SELL | 01/27/2006 | Prosecutor;Dropped/Abandoned |

| Party Name | Party Type | Attorney | Bar ID | Withdrawal Date |
|---|---|---|---|---|
| G█████, J█████ | CHILD | | | |
| DEPT JUVENILE JUSTICE LIAISON | OTHER | | | |

### Dockets

| Image | Document # | Action Date | Description | Pages |
|---|---|---|---|---|
| | | 10/03/2005 | None | |
| | | 10/03/2005 | None | |
| | | 10/03/2005 | None | |
| | | 01/27/2006 | AMENDED | |
| | | 01/27/2006 | None | |
| | | 01/27/2006 | None | |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

### Sentences

| Seq # | Sentence | Status | Date Imposed | Date Effective | Judge At Sentence |
|---|---|---|---|---|---|
| No records found. | | | | | |

### Financial Summary

| Financial Summary |
|---|
| No records found. |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| No records found. | | | | | |

S-001

AX000148