

| | 893.13(6B) | MF | POSSESSION OF MARIJUANA LESS THAN 20 GRAMS | Guilty | Adjudicated Guilty By Court | 10/17/2007 | |
| Same | 893.147 | M | POSSESSION OF DRUG PARAPHERNALIA | Guilty | Adjudication Withheld | 10/17/2007 | |

STATE OF FLORIDA • PALM BEACH COUNTY

I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law

THIS _____ DAY OF _____, 20___

SHARON R. BOCK
CLERK & COMPTROLLER

By: _____
DEPUTY CLERK



| | | | | | | | |
|------|------------|-----|----------------------------------------------------|--------|------------------------------|------------|--|
| Same | 893.13(6B) | MF | POSSESSION OF MARIJUANA UNDER 20 GRAMS | Guilty | Adjudication Withheld | 05/12/2008 | |
| Same | 322.34(2) | M | TCATS OPERATING WHILE DL SUSPENDED / CANCELLED REVOKED | Guilty | Adjudicated Guilty By Court | 05/12/2008 | |
| Same | 316.189(2) | MV | TCATS UNLAWFUL SPEED/COUNTY ROADS (REQUIRES SPEEDS) | Guilty | Adjudication Withheld | 05/12/2008 | |

STATE OF FLORIDA — PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any, as required by law
THIS ___ DAY OF _____ 20__
SHARON R. BOCK
CLERK & COMPTROLLER

DEPUTY CLERK

U-001

OFFICE OF FEDERAL DEFENDER
AMY EVANS ( OFFICE OF FEDERAL DEFENDER
201 S. ORANGE AVE STE 300
ORLANDO, FL 32801

| | | | |
|---|---|---|---|
| **Request Id** | 139923 | **Status:** | Complete - No Charge |
| **Request Title:** | JUAN GONZALEZ | **Charges:** | $0.00 |
| **Contact Person:** | AMY EVANS ( OFFICE OF FEDERAL DEFENDER | **Postage:** | $0.00 |
| **Phone Number:** | ███████ | **Total Amount:** | $0.00 |
| **Extension:** | | | |
| **Foreign Address:** | | | |

**Method of Payment:**  Gov't Agency            **Expedite:**      N
**Name on Credit Card:**
**Delivery Method:**      USPS - Standard Delivery **Email Address:**
**Fax Number:** () -
**Costs are over $25.00, contact me prior to billing:** N
**DateTime Submitted:** 2015-12-18 10:39 AM

## Criminal/Traffic Request

Result of Search:      Charge:  $0.00  Postage:  $0.00

Clerk Notes:

| | | | |
|---|---|---|---|
| Search Name: | JUAN FRANCISCO GONZALEZ | Alias Name: | |
| Name at Arrest: | | Date of Birth: | |
| Case/Citation Number 1: | 05-1993-CF-006916 | Case/Citation Number 2: | 05-1993-CF-001738 |
| Case/Citation Number 3: | | Case/Citation Number 4: | |
| Case/Citation Number 5: | | | |
| Additional Cases: | | | |
| Document Type: | Judgment/Final Disp | | |
| Disp/CMO Date: | | Fingerprints: | N |
| Arrest Report: | N | Background Check: | N |
| Final Disposition: | N | All Dispositions: | N |
| Additional Documents: | | | |
| Number of Copies: | 1 | Certified: | Y |
| Search all Document Types: | N | Notification of Results: | Written |
| No. of Search Years: | | From and To Years Search: | - |
| Date Created: | 2015-12-18 | Last Modified: | |

Comments:
PLEA AGREEMENT
INFORMATION
ANY JUDGMENT AND SENTENCE

THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

ISSUE CAPIAS
SET BOND
$
Statute No.
812.13

CASE NO.   93-6916-CF-A-E

STATE OF FLORIDA                :        INFORMATION FOR

      VS                        :

JUAN F. GONZALES                : ROBBERY (000219)

IN THE NAME AND BY AUTHORITY OF THE STATE OF FLORIDA, NORMAN R. WOLFINGER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE ATTORNEY, CHARGES THAT

In the County of Brevard, State of Florida, on the 17th day of April, 1993, JUAN F. GONZALES, did then and there by force, violence, assault or putting in fear, unlawfully rob, steal and take away from the person or custody of BRUNO GEORGE MILCAREK, against HIS will, MONEY of SOME VALUE good and lawful currency of the United States of America, the property of BRUNO GEORGE MILCAREK, as owner or custodian, with intent to permanently deprive said owner or custodian of a right to said property or a benefit therefrom, and in the course of committing said ROBBERY, JUAN F. GONZALES, carried and had in HIS possession a "firearm" as described in Subsection 790.001(6), Florida Statutes, contrary to Sections 812.13(1), 812.13(2)(a) and 775.087(2), Florida Statutes,

I HEREBY state under oath that I am instituting this prosecution in good faith and I certify that I have received testimony under oath from the material witness or witnesses for the offense, which, if true, would constitute the offense(s) herein charged.

Michael R. Hunt, Designated Assistant
State Attorney of the Eighteenth Judicial
Circuit
Florida Bar No. 0274429

This Information was sworn to and subscribed before me this ___4___ day of ___May___, 1993, by Michael R. Hunt, Designated Assistant State Attorney, who is personally known to me.

Notary's Signature - State of Florida

ARLENE CHAMBERLAIN

Notary's Name (typed, printed or stamped)

MRH/las 5/4/93



ARLENE CHAMBERLAIN
MY COMMISSION # CC 194514
EXPIRES: March 4, 1996
Bonded Thru Notary Public Underwriters



STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts

Dated  JAN 0 5 2016  By

V-003

A-000153

FILED IN OPEN COURT

This __21__ Day Of __June__ A.D. __1993__

SANDY CRAWFORD
CLERK, CIRCUIT COURT

STATE OF FLORIDA   B: __S. Nilsen__   D.C.

-vs-

Juan Gonzales

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

CASE NO. __937138 CFA__

__7306916 CFA__

### PLEA AGREEMENT
(Fla. R. Crim. P. 3.171)

The undersigned defendant withdraws the previously entered plea(s) of not guilty and tenders a plea of (  ) guilty, ( ✘ ) no contest as follows:

| Case Number | Offense | Maximum Sentence | Mandatory Minimum |
|---|---|---|---|
| 937138CFA-ctI Aiding + Abetting burglary of a conveyance | | | 5 yrs. P.O.<br>5,000 |
| ctII Aiding + Abetting 6/T | | | 5 yrs. P.O.<br>5,000 |
| 936916CFA - Robbery with a firearm | | | Life, 10 or 15,000<br>3 yr. MM |

The State of Florida and I have agreed upon the following sentence to be imposed as a condition of this plea:

| Case Number | Offense | Sentence |
|---|---|---|

- Δ to be adjudicated all cont.
received 4 yrs. D.O.C followed by
18 mos. probation if Δ scores 4th Cell.
- Order restitution / reserve on amount
- 3 year minimum mandatory

I understand that if I am not a United States citizen, entry of this plea may subject me to deportation by the United State Immigration Service.

I understand that if probation is a part of my sentence, that the Court may impose condition of probation authorized by law and, unless conditions are specifically attached hereto, those conditions are by this agreement left to the discretion of the Court. I further understand that statutory costs may be imposed as part of my sentence unless those costs are waived by the Court.

I understand that if probation is a part of my sentence, unless excluded by this agreement, the Court may impose a term of imprisonment in the County Jail as a condition of probation or community control.

I understand that I have the right to plead not guilty and to be tried by a jury with the assistance of counsel, the right to compel attendance of witnesses on my behalf, the right to confront and cross examine witnesses against me, the right to present defenses to the jury, and the right not to take the stand and testify; I waive those rights by entering this plea.

I understand that if I enter a plea without reserving the right to appeal, I will give up my right to appeal all matters relating to the judgement, including the issue of guilt or innocence except for the limited review available by collateral attack.

I understand that I may be asked questions by the Court under oath about this plea and that my answers may be used against me later in a prosecution for perjury.

CCJ-127a page 1 (Rev.12/92)      COPIES FURNISHED TO: COURT FILE, DEFENSE COUNSEL, ASSISTANT STATE ATTORNEY, P.S.I. FILE

A-000154

V-004/6

CASE NO. 937138CFA
936916CFA

I enter this plea freely and voluntarily. No person has threatened or coerced me into entering this plea.

I have fully discussed by case with my lawyer and I am satisfied with the representation my lawyer has given me. I fully understand the nature of the charges against me.

I am in good physical and mental health and I am not under the influence of alcohol or any drug at this time.

I hereby waive my right to speedy trial.

I acknowledge that part of the plea agreement in this case includes my continued release on recognizance. I understand that this portion of the plea agreement is conditioned upon the following requirements:

(1)  I must appear at the probation office at 1500B W. Eau Gallie Blvd., Melbourne, FL 32935, (407) 255-0441, and schedule a presentence investigation interview not later than the first business day following the entry of my plea.

(2)  I must obey the order of the Court requiring me to undergo drug or alcohol screening or for other evaluation if such an order has been made in my case.

(3)  I must appear on time for all appointments with the assigned probation officer and not be under the influence of any illegal drugs or alcohol.

(4)  I must appear in court on time for sentencing and not be under the influence of any illegal drugs or alcohol.

(5)  I must have no contact with the victim (Direct or Indirect).

(6)  I must not be arrested for a violation of any criminal law. If clear and convincing evidence is found to support my arrest, the arrest will constitute a violation of this plea agreement.

I realize that this agreement is subject to being accepted or rejected by the Court, and if it is rejected for any reason other than for a breach of the agreement, I may withdraw my plea and go to trial.

I acknowledge receipt of a copy of the notice for my sentencing date. I understand and agree that if I fail to comply with any of the conditions set forth above I will have breached my plea agreement. In that event I will not be allowed to withdraw my plea and the Court may sentence me to any sentence authorized by law for the offense(s) to which I have pled.

X _____
Defendant

SWORN TO, SIGNED AND FILED IN
OPEN COURT, IN MY PRESENCE THIS
21 DAY OF JUNE, 19 93

_____
Circuit Judge

## CERTIFICATE OF DEFENSE ATTORNEY

I certify that I have fully discussed this case with the defendant including the nature of the charges, their elements, the evidence of which I am aware, any possible defenses, the maximum penalties which may be imposed, the probable guideline range and the defendant's right to appeal.

_____
Counsel for Defendant

## CERTIFICATE OF PROSECUTION

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
The State accepts the terms of the agreement.

Dated DEC 2 3 2015 by _____ D.C.

_____
Assistant State Attorney

V-005

A-000155

CC-1373 page 2 (Rev 4-93)    COPIES FURNISHED TO: COURT FILE   DEFENSE COUNSEL   ASSISTANT STATE ATTORNEY   P.S.I. FILE

INCLUDING 10% POST CONSUMER BOND

RETURN TO CRIMINAL LAW DEPARTMENT

CLERK OF CIRCUIT COURT

☒ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
☐ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

1 of 8

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☐ CIVIL  ☒ CRIMINAL  ☐ JUVENILE  ☐ TRAFFIC | ☒ JUDGMENT  ☒ JUDGMENT/ORDER OF PROBATION  ☐ JUDGMENT/ORDER OF COMMUNITY CONTROL | 93-6916-CFA |

FILED IN OPEN COURT
This 10 day of
Aug. 19 93
at 4:18 A.M.

SANDY CRAWFORD
CLERK OF COURTS

BY _____ DC

PLAINTIFF

STATE OF FLORIDA          vs

DEFENDANT

*Juan F. Gonzales*

OBTS NO. 3274512

---

☐ PROBATION VIOLATOR          ☐ RESENTENCE
☐ COMMUNITY CONTROL VIOLATOR  ☐ AMENDED AS TO
☐ RETRIAL

Court was opened with the Honorable *Ed Richardson* presiding, and in attendance:
State Attorney *Pam Brockway*          ; Trial Clerk *P. Janssen*
Court Reporter *Y. Harrison*

The defendant *Juan F. Gonzales*, being personally before the court represented by
*D. Reynolds*, his attorney of record, and having

☐ Been tried and found guilty ☐ by jury ☐ by court of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☒ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME |
|---|---|---|---|
| I | Robbery with Firearm | 812.13(1) 812.13(2)(a) 775.087(2) | 1°F PBL |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☐ THE ☐ PROBATION ☐ COMMUNITY CONTROL PREVIOUSLY ORDERED IN THIS CASE IS REVOKED.
☐ THE PRIOR ADJUDICATION OF GUILT IN THIS CASE IS CONFIRMED.
   and no cause having been shown why the defendant should not be adjudicated guilty.
☐ IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.
☒ IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).
☐ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to
   sexual battery (ch. 794 F.S.) or lewd and lascivious conduct (ch. 800 F.S.) the defendant shall be required to
   submit blood specimens.

| SANDY CRAWFORD CLERK OF COURTS | BY _____ DC | DATE 8-10-93 |
|---|---|---|

LAW 172
(REV. 5/93)

BK3315PG4971

DISTRIBUTION: ORIGINAL-COURT FILE  [ ] DEFENDANT  [ ] PROBATION & PAROLE  [ ] SHERIFF
[ ] DEFENSE ATTORNEY/PD  [ ] STATE ATTORNEY  ☒ DEPT. OF CORRECTIONS (2)

000623

A-000156

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

FF

[X] IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
[ ] IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION<br>[ ] CIVIL<br>[X] CRIMINAL<br>[ ] JUVENILE<br>[ ] VIOLATIONS | FINGERPRINT FORM | CASE NUMBER<br>93-6916-CFA<br>FILED IN OPEN COURT<br>THIS _10th_ DAY OF _August_ 19_93_<br>AT _11:05_ A.M. |
| --- | --- | --- |
| PLAINTIFF<br><br>STATE OF FLORIDA  vs | [X] DEFENDANT  [ ] JUVENILE<br><br>_Juan Gonzales_ | ~~R. C. WINSTEAD,~~ JR.,<br>CLERK OF COURTS<br>BY _S. Wilson_ DC |

FINGERPRINTS OF  [ ] DEFENDANT    [ ] JUVENILE

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| --- | --- | --- | --- | --- |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by _Richard Baswick # 418_   _Bailiff_
                  Name                                Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the [ ] Defendant  [ ] Juvenile, _____

_Juan Gonzales_ , _W_ , _M_ , DOB: ▉-76 , SS# ▉ 0799
                         Race    Sex

and that they were placed thereon by said [ ] Defendant  [ ] Juvenile in my presence in Open Court this date.

| DONE AND ORDERED<br>BREVARD COUNTY,<br>FLORIDA | _____ JUDGE | DATE<br>_8-10-93_ |
| --- | --- | --- |

LAW 148

BK3315PG4972

PAGE _1A_ OF _9_
A-000157

V-007

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page_2 of 9

| DEFENDANT Juan Gonzales | SENTENCE | CASE NUMBER |
|---|---|---|
| OBTS NO. 3274512 | | 93-6916-CF-A |

(AS TO COUNT ___I___ )

The defendant, being personally before this court, accompanied by the defendant's attorney of record _____
_D. Reynolds_____, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

[ ] and the Court having on _____ deferred imposition of sentence until
 this date. (date)

(Check applicable provision)
[ ] and the Court having previously entered a judgment In this case on _____
 now resentences the defendant. (date)
[ ] and the Court having placed the defendant on probation/community control and
 having subsequently revoked the defendant's probation/community control.

IT IS THE SENTENCE OF THE COURT that:

[ ] The defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes, plus
 $_____ as the 5% surcharge required by section 960.25, Florida Statutes.
[X] The defendant is hereby committed to the custody of the Department of Corrections.
[ ] The defendant is hereby committed to the custody of the Sheriff of Brevard County, Florida.
[ ] The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

TO BE IMPRISONED (check one; unmarked sections are inapplicable):

[ ] For a term of natural life.
[X] For a term of ___4 yrs___.
[ ] Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

IF "SPLIT" SENTENCE, complete the appropriate paragraph.

[X] Followed by a period of _18 mos_ on probation/community control under the supervision of the
 Department of Corrections according to the terms and conditions of supervision set forth in the order
 entered herein.
[ ] However, after serving a period of _____ imprisonment in Department of Corrections, the balance
 of the sentence shall be suspended and the defendant shall be placed on [ ] probation [ ] community
 control for a period of _____ under supervision of the Department of Corrections according
 to the terms and conditions of [ ] probation [ ] community control set forth in the order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied
before the defendant begins service of the supervision terms.

LAW 297

BK3315PG4973
A-000158

V-008

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page __3__ of __9__



| DEFENDANT *Juan Gonzales* | OTHER PROVISIONS | CASE NUMBER *93-6916-CFA* |
|---|---|---|
| OBTS NO. *3274512* | | |

(AS TO COUNT ___I___ )

[ ] RETENTION OF JURISDICTION — The Court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

[X] JAIL CREDIT — It is further ordered that the defendant shall be allowed a total of *63* days credit for such time incarcerated before imposition of this sentence.

[ ] PRISON CREDIT — It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

[ ] Consecutive/Concurrent AS TO OTHER COUNTS — It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with (check one) the sentence set forth in count _____ of this case above.

[ ] Consecutive/Concurrent AS TO OTHER CASES — It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run [ ] consecutive [ ] concurrent with [ ] any active sentence being served [ ] specific sentences: _____

[ ] PRISON TIME — Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator and date of re-sentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number _____.

LAW 341

BK3315PG4974

V-009

RETURN TO: CRIMINAL LAW DEPARTMENT

CLERK OF CIRCUIT COURT

Page 4 of 89

| DEFENDANT Juan Gonzales<br>3274512  OBTS | SPECIAL PROVISIONS | CASE NUMBER<br>93-6916-CF-A |
|---|---|---|

(AS TO COUNT ___I___ )

By appropriate notation, the following provisions apply to the sentence imposed in this section:

## Mandatory/Minimum Provisions:

[X] FIREARM — It is further ordered that the 3 year minimum imprisonment provisions of section 775.087(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] DRUG TRAFFICKING — It is further ordered that the _____ year mandatory minimum imprisonment provisions of section 893.135(1)( )( ), Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] CONTROLLED SUBSTANCE W/I 1000 FEET OF SCHOOL — It is further ordered that the 3 year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] HABITUAL FELONY OFFENDER — The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

[ ] HABITUAL VIOLENT FELONY OFFENDER — The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ years must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

[ ] LAW ENFORCEMENT PROTECTION ACT — It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with the provisions of section 775.0823, Florida Statutes.

[ ] CAPITAL OFFENSE — It is further ordered that the defendant shall serve no less that 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

[ ] SHORT-BARRELED RIFLE, SHOTGUN, MACHINE GUN — It is further ordered that the 5 year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] CONTINUING CRIMINAL ENTERPRISE — It is further ordered that the 25 year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] TAKING OFFICER'S FIREARM — It is further ordered that the defendant shall not be released prior to serving a minimum period of three years in accordance with the provisions of section 775.0875, Florida Statutes.

LAW 339

BK3315PG4975
A-000160

V-010

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 5 of 9

| DEFENDANT | STANDARD CONDITIONS | CASE NUMBER |
|---|---|---|
| Juan Gonzales | | 93-6916-CF-A |

It is further ordered that the defendant comply with the following standard conditions and sanctions of community control/probation:

1. Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.

2. You will pay the State of Florida the amount of $_____ per month toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.

3. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.

4. You will not possess, carry or own any firearms. You will not possess, carry or own any weapons without first procuring the consent of your Officer.

5. You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your probation/community control.

6. You will not associate with any person engaged in any criminal activity.

7. You will not use intoxicants to excess; or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or dangerous substances are unlawfully sold, dispensed or used.

8. You will work diligently at a lawful occupation; advise your employer of your probation/community control status and support any other dependents to the best of your ability, as directed by your officer.

9. You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow the officer to visit in your home, at your employment site or elsewhere; and you will comply with all instructions your officer may give you.

10. You will report in person within 72 hours of your release from confinement to the probation office in Brevard County, Florida, unless otherwise instructed by your officer. (This condition applies only if released from the Department of Corrections confinement.) Otherwise, you must report immediately to the probation office located at:
    [ ] Cocoa - 840 N. Cocoa Boulevard, Cocoa, Florida 32922
    [ ] Melbourne - 1500 W. Eau Gallie Boulevard, Suite 1B, Melbourne, Florida 32935
    [ ] Titusville - 407 S. Washington Avenue, Suite 1, Titusville, Florida 32796

11. You will pay restitution, costs, and/or fees in accordance with the attached order.

If the defendant has been placed on community control, he is further ordered to comply with the following additional standard conditions of community control:

12. You will report to your officer at least four (4) times a week, or, if unemployed full time, daily.

13. You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your officer.

14. You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

LAW 248

BK3315PG4976

A-000167.6

V-011

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 6 of 89

| DEFENDANT | SPECIAL CONDITIONS | CASE NUMBER |
|---|---|---|
| Juan Gonzales | ☒ PROBATION<br>[ ] COMMUNITY CONTROL | 93-6916-CF-A |

And it is further ordered that the defendant comply with the following special conditions of community control/probation (those conditions that have a check ( ) in front of them).

a. [ ] Your fines and court costs set forth on the Charges/Costs/Fees page on this judgment are made conditions of your probation and will be paid to the Clerk of the Circuit Court, P.O. Box 3026, Titusville, Florida 32781-3026.

b. [✓] You shall not enter any bar or liquor lounge without the permission of your officer.

c. [ ] You will undergo psychiatric treatment/mental health counseling at/with _____ _____, keeping all scheduled appointments, until such time as the person in charge of the treatment and your officer agree that such treatment or counseling is no longer necessary.

d. [ ] You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your officer.

e. [ ] You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your officer.

f. [✓] You will undergo drug or alcohol screening as directed by your officer to determine if you need treatment for drug or alcohol abuse.

g. [ ] You will immediately enroll in, regularly attend, and successfully complete the following drug/alcohol rehabilitation program:_____ the rules and regulations of which are hereby made conditions of your probation.

h. [✓] As directed by your officer, you will enroll in, regularly attend, and successfully complete, such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including but not limited to alcohol and drug treatment and counseling, mental health counseling, vocation and educational courses, rehabilitation programs, evaluation and therapy.

i. [✓] You will not use or possess marijuana, cocaine, or other controlled substances of any kind (except upon prescription of a fully licensed medical doctor), nor associate with persons illegally possessing controlled substances. You will possess no controlled substance paraphernalia, that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

j. [✓] You will not consume any alcoholic beverage. until age 21

k. [ ] You will submit to urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine presence or use of alcohol or controlled substances.

l. [✓] The Court retains custody over your person and authorizes any officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

m. [✓] You will have no contact with the following person(s): Victims either personally, by telephone, or by messages delivered by others or otherwise.

n. [ ] You will not enter or go upon the premises of Victims _____, nor come within a 1 mile radius thereof.

o. [ ] As directed by your officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity.

p. [ ] You will serve _____ days in the Brevard County Jail with credit for _____ days.

q. [ ] You will serve _____ weekends in the Brevard County Jail according to the attached schedule.

r. [ ] You will serve _____ weekends on the Brevard County Jail Farm according to the attached schedule.

s. [ ] If you are permitted to leave the jurisdiction of the Court under the Interstate Compact pursuant to 949.07, Florida Statute, otherwise, and the Court at any time desires that you appear before it, pursuant to 948.05, Florida Statute, or otherwise, any neglect, failure, refusal or delay by you in immediately appearing before the Court as directed shall constitute a violation of this probation/community control.

t. [✓] You will remain gainfully employed. Any period of unemployment in excess of thirty (30)days shall presumptively be a violation of this probation/community control. good faith job search

u. [ ] You will not maintain a checking account or have check writing authority on any other account.

v. [ ] You will participate at your own expense in the electronic monitoring program as directed by the Florida Department of Corrections, and you will comply with all instructions given by your officer in this record.

LAW 249

BK3315PG4977

V-012

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 7 of 89



| DEFENDANT | SPECIAL CONDITIONS [X] PROBATION [ ] COMMUNITY CONTROL | CASE NUMBER |
|---|---|---|
| Juan Gonzales | | 93-6916-CF-A |

w.  [ ] Your driving privileges are [ ] suspended [ ] revoked for a period of _____ [ ] months [ ] years.
x.  [ ] You will immediately enroll in and successfully complete [ ] Defensive Driving School [ ] 8 hour course
      [ ] 12 hour course [ ] Counterattack School.
y.  [ ] The court orders you to be re-examined by the Department of Motor Vehicles-Licensing re:_____

z.  [ ] Other: _____

[X] PROBATION

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence which it might have imposed before placing you on probation or require you to serve the balance of said sentence.

[ ] COMMUNITY CONTROL

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your community control, or may extend the period of community control as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision. If you violate any of the conditions and sanctions of your community control, you may be arrested, and the court may adjudicate you guilty if adjudication of guilt was withheld, revoke your community control, and impose any sentence which it might have imposed before placing you on community control.

LAW 250                    BK3315PG4978                    V-013

A-000163

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page  of 9

| DEFENDANT Juan Gonzales | SIGNATURE PAGE | CASE NUMBER 93-6916-CF-A |
|---|---|---|

In the event the above sentence is to the Department of Corrections, the Sheriff of Brevard County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the clerk of this court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the court further recommends _____

_____

_____

_____

THE COURT HEREBY ORDERS THE DEFENDANT:

[ ] released on Probation;

[ ] released on Community Control;

[X] remanded to the Brevard County Detention Facility;

[ ] discharged/released;

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | _____ JUDGE | DATE 8-10-93 |
|---|---|---|

LAW 214

BK 3315 P04979

A-000164

V-014

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page _9_ of _9_

| [✓] DEFENDANT    [ ] JUVENILE<br>Juan Gonzales | RESTITUTION ORDER | CASE NUMBER<br>93-6916-CF-A |

By appropriate notation, the following provisions apply to the sentence imposed in this section:

[ ] Due to the financial resources of the defendant, restitution of a portion of the damages is ordered as prescribed below.

[✓] Restitution is ordered as prescribed below.

[ ] Restitution is ordered jointly and severally with:(1)_____ case #:_____, (2)_____ case #:_____, (3)_____ case #:_____ (4)_____ case #:_____

[ ] Restitution is ordered for the following victim. (Victim refers to the aggrieved party, aggrieved party's estate, or aggrieved party's next of kin if the aggrieved party is deceased as a result of the offense. In lieu of the victim's address and phone number, the address and phone number of the prosecuting attorney, victim's attorney or victim advocate may be used.)

Little Champ Food Stores re: Store #87 Attn: Millie Preston

Name of victim                     Name of attorney or advocate if applicable

Address P.O. Box 23180

City Jacksonville          State FL          Zip Code 32241

Phone Number_____

[ ] The sum of $_____ for medical and related services and devices relating to physical, psychiatric and psychological care, including non-medical care and treatment rendered in accordance with a recognized method of healing.

[ ] The sum of $_____ for necessary physical and occupational therapy and rehabilitation.

[ ] The sum of $_____ to reimburse the victim for income lost as a result of the offense.

[ ] The sum of $_____ for necessary funeral and related services if the offense resulted in bodily injury resulting in the death of the victim.

[ ] The sum of $_____ for damages resulting from the offense.

[ ] The sum of $_____ for _____

It is further ordered that the defendant fulfill restitution obligations in the following manner:

[✓] Total monetary restitution is determined to be $137.00 to be paid at a rate of $_____ per (check one) [✓] month [ ] week [ ] other (specify)_____ and is to be paid through the (check one) [✓] Clerk of the Circuit Court, with an additional $2.00 fee for each payment [ ] to the victim's designee; or [ ] through the Department of Corrections, with an additional 4% fee of $_____ for handling, processing and forwarding said restitution to the victim(s).

| DONE AND ORDERED<br>BREVARD COUNTY,<br>FLORIDA          _____ JUDGE | DATE<br>8-10-93 |

FILED IN OPEN COURT

This 10th Day of Aug A.D. 1993.

SANDY CRAWFORD  11:15

CLERK, CIRCUIT COURT A M

By _____ D.C.

LAW 174

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts
Date DEC 23 2015 By _____ D.C.

OK 3315 PG 4980

A-000165

V-015

THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

ISSUE CAPIAS
SET BOND
$_____
Statute No.
810.02

CASE NO.   93-7138-CF-A-E

STATE OF FLORIDA          :          INFORMATION FOR
                          :
        VS                :
                          :
JUAN F. GONZALEZ          :   COUNT I    AIDING AND ABETTING BURGLARY OF A
                          :              CONVEYANCE (002161)
                          :   COUNT II   AIDING AND ABETTING GRAND THEFT
                          :              (001385)

IN THE NAME AND BY AUTHORITY OF THE STATE OF FLORIDA, NORMAN R.
WOLFINGER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE
ATTORNEY, CHARGES THAT

In the County of Brevard, State of Florida, on the 16th day of April,
1993, JUAN F. GONZALEZ, did then and there aid, abet, counsel, hire or
otherwise procure another, DAVID SHANE TAIT, to commit a criminal offense
against the State of Florida, to wit:  BURGLARY, to unlawfully enter or
remain in a conveyance, to wit:  A CHEVROLET AUTOMOBILE, the property of
STEVEN MINCEY, as owner or custodian, with intent to commit an offense
therein, to wit:  THEFT, contrary to Sections 777.011 and 810.02, Florida
Statutes,

COUNT II

AND for further information NORMAN R. WOLFINGER, State Attorney by and
through the undersigned Designated Assistant State Attorney, CHARGES that in
Brevard County, Florida, on the 16th day of April, 1993, JUAN F. GONZALEZ,
did then and there aid, abet, counsel, hire or otherwise procure another,
DAVID SHANE TAIT, to commit a criminal offense against the State of Florida,
to wit:  GRAND THEFT, to knowingly obtain or use, or endeavor to obtain and
use, certain property, to wit:  RADAR DETECTOR, BRIEFCASE, MEASURING DEVICES,
PAPERS, of the value of $300.00 or more, but less than $20,000.00, as meas-
ured in the lawful currency of the United States of America, the property of
STEVEN MINCEY, as owner or custodian, with the intent to either temporarily
or permanently deprive said owner or custodian of a right to said property,
or a benefit therefrom, or to appropriate said property to the use of JUAN
F. GONZALEZ, or another person not entitled thereto, contrary to Sections
777.011 and 812.014, Florida Statutes,

I HEREBY state under oath that I am instituting this prosecution in good
faith and I certify that I have received testimony under oath from the

V-016

A-000166

material witness or witnesses for the offense, which, if true, would consti-
tute the offense(s) herein charged.

Jo Lynn Nelson, Designated Assistant
State Attorney of the Eighteenth Judicial
Circuit
Florida Bar No. 0314838

This Information was sworn to and subscribed before me this ___10___ day
of ___May___, 1993, by Jo Lynn Nelson, Designated Assistant State
Attorney, who is personally known to me.

Notary's Signature - State of Florida

ARLENE CHAMBERLAIN
Notary's Name (typed, printed or stamped)

JLN/las 5/10/93



ARLENE CHAMBERLAIN
MY COMMISSION # CC 184514
EXPIRES: March 4, 1996
Bonded Thru Notary Public Underwriters



STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts

Dated JAN 0 5 2016      By _____ D.C.

V-017

A-000167

FILED IN OPEN COURT

This __21__ Day of __June__ A.D. _1993_

SANDY CRAWFORD
CLERK, CIRCUIT COURT

STATE OF FLORIDA     By _____ D.C.

:-vs-

_Juan Gonzales_

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

CASE NO. ___937138 CFA___

936916CFA

## PLEA AGREEMENT
### (Fla. R. Crim. P. 3.171)

The undersigned defendant withdraws the previously entered plea(s) of not guilty and tenders a plea of ( ) guilty, ( x ) no contest as follows:

| Case Number | Offense | Maximum Sentence | Mandatory Minimum |
|---|---|---|---|
| 937138CFA-aI Aiding + Abetting burglary of a conveyance | | | 5 yrs P.O. 5,000 |
| I+II Aiding + Abetting G/T | | | 5 yrs. P.O. 5,000 |
| 936916CFA - Robbery with a firearm | | | Life, 10 or 15,00 |
| | | | 3 yr. MM |

The State of Florida and I have agreed upon the following sentence to be imposed as a condition of this plea:

| Case Number | Offense | Sentence |
|---|---|---|

- Δ to be adjudicated all counts receive 4 yrs. D.O.C followed by 18 mos. probation if Δ scores 4th cell.
- Order restitution /reserve on amount
- 3 year minimum mandatory

I understand that if I am not a United States citizen, entry of this plea may subject me to deportation by the United State Immigration Service.

I understand that if probation is a part of my sentence, that the Court may impose condition of probation authorized by law and, unless conditions are specifically attached hereto, those conditions are by this agreement left to the discretion of the Court. I further understand that statutory costs may be imposed as part of my sentence unless those costs are waived by the Court.

I understand that if probation is a part of my sentence, unless excluded by this agreement, the Court may impose a term of imprisonment in the County Jail as a condition of probation or community control.

I understand that I have the right to plead not guilty and to be tried by a jury with the assistance of counsel, the right to compel attendance of witnesses on my behalf, the right to confront and cross examine witnesses against me, the right to present defenses to the jury, and the right not to take the stand and testify; I waive those rights by entering this plea.

I understand that if I enter a plea without reserving the right to appeal, I will give up my right to appeal all matters relating to the judgement, including the issue of guilt or innocence except for the limited review available by collateral attack.

I understand that I may be asked questions by the Court under oath about this plea and that my answers may be used against me later in a prosecution for perjury.

17

CASE NO. 937138CFA
936916CFA

I enter this plea freely and voluntarily. No person has threatened or coerced me into entering this plea.

I have fully discussed by case with my lawyer and I am satisfied with the representation my lawyer has given me. I fully understand the nature of the charges against me.

I am in good physical and mental health and I am not under the influence of alcohol or any drug at this time.

I hereby waive my right to speedy trial.

I acknowledge that part of the plea agreement in this case includes my continued release on recognizance. I understand that this portion of the plea agreement is conditioned upon the following requirements:

(1)     I must appear at the probation office at 1500B W. Eau Gallie Blvd., Melbourne, FL 32935, (407) 255-0441, and schedule a presentence investigation interview not later than the first business day following the entry of my plea.

(2)     I must obey the order of the Court requiring me to undergo drug or alcohol screening or for other evaluation if such an order has been made in my case.

(3)     I must appear on time for all appointments with the assigned probation officer and not be under the influence of any illegal drugs or alcohol.

(4)     I must appear in court on time for sentencing and not be under the influence of any illegal drugs or alcohol.

(5)     I must have no contact with the victim (Direct or Indirect).

(6)     I must not be arrested for a violation of any criminal law. If clear and convincing evidence is found to support my arrest, the arrest will constitute a violation of this plea agreement.

I realize that this agreement is subject to being accepted or rejected by the Court, and if it is rejected for any reason other than for a breach of the agreement, I may withdraw my plea and go to trial.

I acknowledge receipt of a copy of the notice for my sentencing date. I understand and agree that if I fail to comply with any of the conditions set forth above I will have breached my plea agreement. In that event I will not be allowed to withdraw my plea and the Court may sentence me to any sentence authorized by law for the offense(s) to which I have pled.

X _____
                    Defendant

SWORN TO, SIGNED AND FILED IN
OPEN COURT, IN MY PRESENCE THIS
_____ DAY OF _____, 19___

_____
Circuit Judge

## CERTIFICATE OF DEFENSE ATTORNEY

I certify that I have fully discussed this case with the defendant including the nature of the charges, their elements, the evidence of which I am aware, any possible defenses, the maximum penalties which may be imposed, the probable guideline range and the defendant's right to appeal.

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts

Dated JAN 05 2016    By _____

_____
Counsel for Defendant

## CERTIFICATE OF PROSECUTION

The state accepts the terms of this agreement.

_____
Assistant State Attorney

V-019

CCJ-127a page 2 (Rev. 4-93)     COPIES FURNISHED TO: COURT FILE, DEFENSE COUNSEL, ASSISTANT STATE ATORNEY, P.S.I. FILE

NOW CONTAINS 50% WASTE PAPER,
INCLUDING 10% POST CONSUMER BOND

RETURN TO: CRIMINAL LAW
DEPARTMENT

COPIED

CLERK OF CIRCUIT COURT

☒ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
☐ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

10-7

**CASE NUMBER**

93-7138-CFA

| DIVISION | | |
|---|---|---|
| ☐ CIVIL | ☐ JUDGMENT | |
| ☒ CRIMINAL | ☒ JUDGMENT/ORDER OF PROBATION | |
| ☐ JUVENILE | ☐ JUDGMENT/ORDER OF COMMUNITY CONTROL | |
| ☐ TRAFFIC | | |

FILED IN OPEN COURT
This _10_ day of
_Aug_, 19_93_
at _11:15A_ M.

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| STATE OF FLORIDA | vs | _Juan F. Gonzales_ |
| | | OBTS NO. _3722006_ |

SANDY CRAWFORD
CLERK OF COURTS

BY _Pat Janssen_ DC

☐ PROBATION VIOLATOR
☐ COMMUNITY CONTROL VIOLATOR
☐ RETRIAL
☐ RESENTENCE
☐ AMENDED AS TO

Court was opened with the Honorable _Ed Richardson_ presiding, and in attendance:
State Attorney _Pam Brockway_ ; Trial Clerk _P. Janssen_
Court Reporter _Y. Harrison_

The defendant _Juan F. Gonzales_ , being personally before the court represented by
_D. Reynolds_ , his attorney of record; and having

☐ Been tried and found guilty ☐ by jury ☐ by court of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☒ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME |
|---|---|---|---|
| I | Aiding and Abetting Burglary of Conveyance | 777.011 810.02 | 3°F |
| II | Aiding and Abetting Grand Theft | 777.011 812.014 | 3°F |

☐ THE ☐ PROBATION ☐ COMMUNITY CONTROL PREVIOUSLY ORDERED IN THIS CASE IS REVOKED.
☐ THE PRIOR ADJUDICATION OF GUILT IN THIS CASE IS CONFIRMED,
and no cause having been shown why the defendant should not be adjudicated guilty.
☐ IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.
☒ IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).
☐ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to
sexual battery (ch. 794 F.S.) or lewd and lascivious conduct (ch. 800 F.S.) the defendant shall be required to
submit blood specimens.

| SANDY CRAWFORD CLERK OF COURTS | BY _Pat Janssen_ DC | DATE _8-10-93_ |
|---|---|---|

LAW 172
(REV. 5/93)

A-000170

BK3314PG2264

23

RETURN TO: CRIMINAL LAW
DEPARTMENT                                                        FF

[X] IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
[ ] IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION | | CASE NUMBER |
|---|---|---|
| [ ] CIVIL [X] CRIMINAL [ ] JUVENILE [ ] VIOLATIONS | FINGERPRINT FORM | 93-7138-CF-A FILED IN OPEN COURT THIS 10TH DAY OF August, 1993 AT 11:15 A.M. Sandy Crawford CLERK OF COURTS BY J. Yuisen DC |

| PLAINTIFF | [✓]DEFENDANT   [ ]JUVENILE |
|---|---|
| STATE OF FLORIDA       vs | Juan E. Gonzales |

FINGERPRINTS OF [ ]DEFENDANT        [ ]JUVENILE

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by  RICHARD KASNICIC # 418     BAILIFF
                          Name                        Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the [ ]Defendant  [ ]Juvenile, _____

Juan Gonzales _____, W ___, m ___, DOB: ███ 76, SS# ███2799
                              Race      Sex

and that they were placed thereon by said [ ]Defendant  [ ]Juvenile in my presence in Open Court this date.

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | [signature] JUDGE | DATE 8-10-93 |
|---|---|---|

LAW 148                                    BK3314PG2265                V-021

PAGE 1 OF 7
A-000171

RETURN TO: CRIMINAL LAW DEPARTMENT

CLERK OF CIRCUIT COURT

Page 2 of 7

| DEFENDANT<br><br>Juan Gonzales | [X] ORDER OF PROBATION<br>[ ] ORDER OF COMMUNITY<br>CONTROL | CASE NUMBER<br><br>93-7138-CFA |
| --- | --- | --- |

**Community Control** [ ] The Court hereby stays and withholds the imposition of sentence as to count(s)_____ and places the defendant on community control for a period of _____ under the supervision of the Department of Corrections (conditions of community control set forth in this order).

**Followed by Probation** [ ] Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of the probation set forth in this order.

**Reporting Probation** [X] The Court hereby stays and withholds the imposition of sentence as to count(s) _I_ and places the defendant on probation for a period of _18 mos_ under the supervision of the Department of Corrections (conditions of probation set forth in this order).

[X] The Court hereby stays and withholds the imposition of sentence as to count(s) _II_ and places the defendant on probation for a period of _18 mos_ under the supervision of the Department of Corrections (conditions of probation set forth in this order).

**Concurrent/Consecutive** [X] Said [X] probation [ ] community control to run [X] concurrent to [ ] consecutive with _each count & conc 4 probation in 93-6916-CFA_

**Back End Split Sentence** [ ] The Court does hereby adjudge the defendant guilty of _____ _____ and does hereby place the defendant on [ ] probation [ ] community control for a term of _____. After you have served your [ ] probation [ ] community control of _____ _____, then you will be sentenced to _____ in State Prison in the Custody of the Department of Corrections.

If you meet the terms and conditions of the probation, the term of incarceration will be modified by the Court to eliminate the term of incarceration in State Prison. If you do not complete or comply with the conditions imposed during probation, then the specified period of incarceration will follow the period of probation supervision. Not less than thirty (30) days before the term of probation expires, you will need to set a hearing with the Court to demonstrate that you have met the terms and conditions of your probation pursuant to section 948.01(13), Florida Statute.

**Drug Offender Probation** [ ] The Court does hereby stay and withholds the imposition of sentence as to Count(s) _____ and places the defendant on Drug Offender Probation pursuant to sections 948.001(3) and 948.01(15), Florida Statutes, for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in this order).

BK3314PG2266

LAW 216

V-022

A-000172

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT                                    Page 3 of 7

| DEFENDANT | STANDARD CONDITIONS | CASE NUMBER |
|---|---|---|
| *Juan Gonzales* | | 93-6 7138-CFA |

It is further ordered that the defendant comply with the following standard conditions and sanctions of community control/probation:

1. Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.
2. You will pay the State of Florida the amount of $ *WAIVED* per month toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.
3. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
4. You will not possess, carry or own any firearms. You will not possess, carry or own any weapons without first procuring the consent of your Officer.
5. You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your probation/community control.
6. You will not associate with any person engaged in any criminal activity.
7. You will not use intoxicants to excess, or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or dangerous substances are unlawfully sold, dispensed or used.
8. You will work diligently at a lawful occupation, advise your employer of your probation/community control status and support any other dependents to the best of your ability, as directed by your officer.
9. You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
10. You will report in person within 72 hours of your release from confinement to the probation office in Brevard County, Florida, unless otherwise instructed by your officer. (This condition applies only if released from the Department of Corrections confinement.) Otherwise, you must report immediately to the probation office located at:
    [ ] Cocoa - 840 N. Cocoa Boulevard, Cocoa, Florida 32922
    [L] Melbourne - 1500 W. Eau Gallie Boulevard, Suite 1B, Melbourne, Florida 32935
    [ ] Titusville - 407 S. Washington Avenue, Suite 1, Titusville, Florida 32796
11. You will pay restitution, costs and/or fees in accordance with the attached order.
    $137 - LiL CHAMP STORE PAID AT RATE OF NO Less THAN 20 per month ESD

If the defendant has been placed on community control, he is further ordered to comply with the following additional standard conditions of community control:

12. You will report to your officer at least four (4) times a week, or, if unemployed full time, daily.
13. You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your officer.
14. You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

LAW 248

BK3314PG2267

V-023

A-000173

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 4 of 7

| DEFENDANT: Juan Gonzales | SPECIAL CONDITIONS<br>[✓] PROBATION<br>[ ] COMMUNITY CONTROL | CASE NUMBER 93-7138-CFA |

And it is further ordered that the defendant comply with the following special conditions of community control/probation (those conditions that have a check ( ) in front of them).

a. [✓] Your fines and court costs set forth on the Charges/Costs/Fees page on this judgment are made conditions of your probation and will be paid to the Clerk of the Circuit Court, P.O. Box 3026, Titusville, Florida 32781-3026. PAY COSTS $258 12 month to pay Costs

b. [✓] You shall not enter any bar or liquor lounge without the permission of your officer.

c. [ ] You will undergo psychiatric treatment/mental health counseling at/with _____, keeping all scheduled appointments, until such time as the person in charge of the treatment and your officer agree that such treatment or counseling is no longer necessary.

d. [✓] You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your officer. OR _ GOOD FAITH EFFORT SHOWN _

e. [✓] You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your officer.

f. [✓] You will undergo drug or alcohol screening as directed by your officer to determine if you need treatment for drug or alcohol abuse.

g. [ ] You will immediately enroll in, regularly attend, and successfully complete the following drug/alcohol rehabilitation program:_____, the rules and regulations of which are hereby made conditions of your probation.

h. [✓] As directed by your officer, you will enroll in, regularly attend, and successfully complete, such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including but not limited to alcohol and drug treatment and counseling, mental health counseling, vocation and educational courses, rehabilitation programs, evaluation and therapy.

i. [✓] You will not use or possess marijuana, cocaine, or other controlled substances of any kind (except upon prescription of a fully licensed medical doctor), nor associate with persons illegally possessing controlled substances. You will possess no controlled substance paraphernalia, that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

j. [✓] You will not consume any alcoholic beverage.

k. [✓] You will submit to urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine presence or use of alcohol or controlled substances.

l. [✓] The Court retains custody over your person and authorizes any officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

m. [✓] You will have no contact with the following person(s): Victims either personally, by telephone, or by messages delivered by others or otherwise.

n. [✓] You will not enter or go upon the premises of Victims nor come within a 1 mile radius thereof.

o. [ ] As directed by your officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity.

p. [ ] You will serve _____ days in the Brevard County Jail with credit for _____ days.

q. [ ] You will serve _____ weekends in the Brevard County Jail according to the attached schedule.

r. [ ] You will serve _____ weekends on the Brevard County Jail Farm according to the attached schedule.

s. [ ] If you are permitted to leave the jurisdiction of the Court under the Interstate Compact pursuant to 949.07, Florida Statute, otherwise, and the Court at any time desires that you appear before it, pursuant to 948.05, Florida Statute, or otherwise, any neglect, failure, refusal or delay by you in immediately appearing before the Court as directed shall constitute a violation of this probation/community control.

t. [✓] You will remain gainfully employed. Any period of unemployment in excess of thirty (30)days shall presumptively be a violation of this probation/community control. GOOD FAITH JOB SEARCH

u. [ ] You will not maintain a checking account or have check writing authority on any other account. SHOWN.

v. [ ] You will participate at your own expense in the electronic monitoring program as directed by the Florida Department of Corrections, and you will comply with all instructions given by your officer in this record.

LAW 249

BK3314PG2268

V-024

A-000174

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page __5__ of 7

| DEFENDANT | SPECIAL CONDITIONS | CASE NUMBER |
|---|---|---|
| Juan Gonzales | [X] PROBATION [ ] COMMUNITY CONTROL | 93-09N9-CFA 7138 |

w:  [ ] Your driving privileges are [ ] suspended [ ] revoked for a period of _____ [ ] months [ ] years.

x.  [ ] You will immediately enroll in and successfully complete [ ] Defensive Driving School [ ] 8 hour course [ ] 12 hour course [ ] Counterattack School.

y.  [ ] The court orders you to be re-examined by the Department of Motor Vehicles-Licensing re: _____

z.  [ ] Other: _____

[X] **PROBATION**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence which it might have imposed before placing you on probation or require you to serve the balance of said sentence.

[ ] **COMMUNITY CONTROL**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your community control, or may extend the period of community control as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision. If you violate any of the conditions and sanctions of your community control, you may be arrested, and the court may adjudicate you guilty if adjudication of guilt was withheld, revoke your community control, and impose any sentence which it might have imposed before placing you on community control.

LAW 250

BK3314PG2269

V-025

A-000175

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 6 of 7

| DEFENDANT | CHARGES/COSTS/FEES | CASE NUMBER |
|---|---|---|
| Juan Gonzales | | 93-7138-CF-A |

The defendant is hereby ordered to pay the following sums if checked:

[X] $ 50.00 pursuant to section 960.20, Florida Statutes (Crimes Compensation Trust Fund).

[X] $ 3.00 as a court cost pursuant to section 943.25(3), Florida Statutes (Criminal Justice Trust Fund).

[X] $ 2.00 as a court cost pursuant to section 943.25(13), Florida Statutes (Criminal Justice Education by Municipalities and Counties).

[ ] $ _____ pursuant to section 775.0835, Florida Statutes. (This provision refers to the optional fee for the Crimes Compensation Trust Fund and is not applicable unless checked and completed. Fines imposed as a part of a sentence to section 775.083, Florida Statutes are to be recorded on the sentence page(s).)

[ ] $ 20.00 pursuant to section 939.015, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

[ ] $ _____ ,a 10% surcharge, pursuant to section 775.0836, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

[ ] $ 50.00 pursuant to section 27.3455, Florida Statutes (Local Government Criminal Justice Trust Fund).

[X] $200.00 pursuant to section 27.3455, Florida Statutes (Local Government Criminal Justice Trust Fund).

[ ] $ _____ to Investigative Agency _____, pursuant to

[ ] section 939.01, Florida Statutes (Prosecution/Investigative Costs).

[ ] $ _____ pursuant to section 27.56, Florida Statutes (Public Defender Fees).

[X] $ 3.00 pursuant to Law of Florida 89-520 (Brevard Police Testing and Certification Account).

[ ] $ 100.00 pursuant to section 893.13(4)(B), Florida Statutes (Operating Trust Fund of Department of Law Enforcement).

[ ] $ _____ pursuant to section 893.13(4)(A), Florida Statutes (County Drug Abuse Trust Fund), distributed pursuant to section 893.16(2), Florida Statutes.

[ ] $ _____ pursuant to section 893.135, Florida Statutes. (This provision refers to a mandatory minimum for trafficking).

[ ] $ 5.00 pursuant to section 316.192(3), Florida Statutes (Emergency Medical Trust Fund).

[ ] $ 25.00 pursuant to section 316.193(6)(B), Florida Statutes (Emergency Medical Trust Fund).

[ ] $ 25.00 pursuant to section 316.193(6)(D), Florida Statutes (Impaired Drivers Trust Fund).

[ ] $ 50.00 pursuant to section 316.193(6)(D), Florida Statutes (Florida Department of Law Enforcement Administrative Trust Fund).

[ ] $ 15.00 pursuant to section 939.017, Florida Statutes (Local Alcohol and Drug Treatment Program).

[ ] Restitution in accordance with the attached order.

[ ] Restitution is not ordered as it is not applicable.

[ ] Restitution is not ordered due to the financial resources of the defendant.

[ ] Restitution is not ordered due to _____

[ ] Other _____

_____

_____

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | JUDGE BK3314P62270 | DATE 8-10-93 |
|---|---|---|

LAW 343

V-026

A-000176

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 1 of 1

| DEFENDANT | | CASE NUMBER |
|---|---|---|
| Juan Gonzales | SIGNATURE PAGE | 93-7138-CF-A |

In the event the above sentence is to the Department of Corrections, the Sheriff of Brevard County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the clerk of this court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the court further recommends _____

THE COURT HEREBY ORDERS THE DEFENDANT:

[X] released on Probation;

[ ] released on Community Control;

[ ] remanded to the Brevard County Detention Facility;

[ ] discharged/released;

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | | DATE |
|---|---|---|
| | JUDGE | 8-10-93 |

LAW 214

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Court

JAN 0 5 2016

Dated _____ By _____ D.C.

A-000177

*708*

## OSCEOLA COUNTY SHERIFF'S OFFICE

Page 1 of 2   07CR269A   ☒ Arrest   ☐ FSAO

**Charging Affidavit**

| Location of Defendant's Vehicle. | N/A | | Date/Time Booked | 01/20/07 1500 | Case Number: | 07I006701 |
|---|---|---|---|---|---|---|

| Arrested. | Yes☒ No☐ | FCIC/NCIC Check? Yes☒ No☐ | Date Arrested (MM/DD/YY): | 01/20/2007 | Time of Arrest | 1400 |
|---|---|---|---|---|---|---|

| Address of Arrest | 3301 LAKE CYPRESS ROAD, ST CLOUD, FLORIDA | Zone. 15 | Total Bond Set At $ 2500 ∞ |
|---|---|---|---|

**DEFENDANT** | Adult ☒ Juvenile ☐ | Name # | 129318 | Language Spoken ENGLISH

| NAME (L,F,M): | GONZALES, JUAN FRANCISCO | Race: W | Sex: M | DOB: |
|---|---|---|---|---|

Address:

| City: | ORLANDO | State. FL | Zip. 32836 | Home Phone. 407-922-3158 |
|---|---|---|---|---|

| Height 5'6 | Weight 270 | Hair BROWN | Eyes BLUE | Scars/Marks/Tattoos NAME/LEFT SHOULDER | P.O.B (City, State, County PHILDADEPHIA |
|---|---|---|---|---|---|

| Business & Occupation: | JFC CONCRETE PUMPING AND CONSTRUCTION. | A.K.A - UNKNOWN |
|---|---|---|

| Bus./ Address School | UNKNOWN |
|---|---|

| City. | ST CLOUD | State FL | Zip 34769 | Bus Phone |
|---|---|---|---|---|

| Driver's Lic / State ID No.. | G524426761040 | State FL | Year Expire 2008 | S S # |
|---|---|---|---|---|

**CHARGES** | FELONY☒ | MISD ☒ | ORD.☐ | TRAFFIC☐ | Court Location. OSCEOLA | DOMESTIC VIOLENCE? Yes☐ No☒

| #1 | Charge POSSESSION OF A FIREARM BY A CONVICTED FELON | FSS/ORD: 790.23(1)A | Citation No. 2,500 ∞ |
|---|---|---|---|
| #2 | Charge ~~HUNTING IN CLOSED AREA~~ | FSS/ORD: ~~FAC 40B-7.520(7)~~ | Citation No. |
| #3 | Charge ~~POSSESSION OF A FRESHLY KILLED PROTECTED BIRD~~ | FSS/ORD: ~~FAC 68A-13.002(1)C~~ | Citation No |

**CO-DEFENDANT** | Co-Defil Arrested? Y☐ N☐ Fel.☐ Misd☐ Trof☐ Onl☐ NTA☐ | Co-Defil2 Arrested? Y☐ N☐ Fel.☐ Misd☐ Trof☐ Onl☐ NTA☐

| #1 NAME (L,F,M): | | Race: | Sex. | DOB | Age: |
|---|---|---|---|---|---|
| #2 NAME (L,F,M): | | Race: | Sex. | DOB: | Age: |

**NARRATIVE**

The undersigned has probable cause to believe the above-named defendant, on the ___20___ day of ___JANUARY___, _2007_ at approximately __2:00__ ☐ a.m. ☒ p.m. at _3301 LAKE CYPRESS ROAD, ST CLOUD, FLORIDA_ (Zone: __15__) in Osceola County did:

COMMIT THE ABOVE LISTED OFFENSE:

ON THE ABOVE DATE AND TIME THE DEFENDANT JUAN F. GONZALES, DOB 03/24/76, DID AFTER HAVING BEEN CONVICTED OF A FELONY IN THE COURTS OF FLORIDA, DID UNLAWFULLY HAVE IN HIS POSSESSION A MOSSBERG 12-GAUGE SHOTGUN, BLACK AND BROWN IN COLOR, BEARING SERIAL #K772896, AND 10 ASSORTED LOW BRASS "AA" SHOTGUN SHELLS, A VOLATION, CONTRARY TO FLORIDA STATE STATUTE 790.23(1)A.

SEE PAGE TWO OF CHARGING AFFIDAVIT

| Next of Kin Name: | N/A | Address | N/A | Phone N/A |
|---|---|---|---|---|

| DCF Notified? Yes☐ No☒ | Miranda Warning? Yes☒ No☐ By Whom? | D/S J. LOFOCO #1378 | Invoked Yes☐ No☒ |
|---|---|---|---|

Sworn to and subscribed before me, this __20__ day of __JANUARY 2007__

*Alberto Mating* .1467

Notary Public ☐   Law Enforcement or Corrections Officer ☒

Personally Known ☐   Produced Identification ☐

Type of Identification: __SHERIFF ID__

I swear/affirm the above statements are correct and true

OFFICER'S SIGNATURE

| Officer's Name Key. | 1378 |
|---|---|

STATE OF FLORIDA, COUNTY OF OSCEOLA - I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in his office. Armando Ramirez, Clerk of the Circuit Court

Dated 12...

LOFOCO, JOSEPH

OFFICER'S PRINTED NAME (L,F)

| Officer's Bus. Phone No. | 407 348-2222 |
|---|---|

**FOR CORRECTIONS USE ONLY**

14190110726299

W-001

A-000178



**OSCEOLA COUNTY SHERIFF'S OFFICE**

Continuation of: ☒ Charging Affidavit  ☐ FSAO

| Defendant Name: | GONZALES, JUAN FRANCISCO | Case Number | 07I006701 | Page | 2 | of | 2 |

ON SATURDAY, JANUARY 20, 2007 AT ABOUT 1244 HOURS I RESPONDED AS BACK-UP TO OFFICER CLOUD #M592 OF THE FLORIDA FISH AND WILDLIFE COMMISSION, WHO WAS AT THE LAKE CYPRESS FISH CAMP, LOCATED AT 3301 LAKE CYPRESS ROAD, IN ST CLOUD, COUNTY OF OSCEOLA, STATE OF FLORIDA. UPON MY ARRIVAL I MADE CONTACT WITH OFFICER CLOUD, WHO COMPLETED A SWORN WRITTEN STATEMENT AND REVEALED THE FOLLOWING INFORMATION:

OFFICER CLOUD ADVISED, ON 01/20/07 HE WAS WORKING AS A LAW ENFORCEMENT OFFICER FOR THE FLORIDA FISH AND WILDLIFE COMMISSION, HE WAS PATROLLING THE LAKE CYPRESS FISH CAMP, LOCATED AT 3301 LAKE CYPRESS ROAD, IN ST CLOUD, COUNTY OF OSCEOLA, STATE OF FLORIDA, WHEN HE OBSERVED A WHITE MALE, WHO WAS LATER IDENTIFIED AS THE DEFENDANT THROUGH THE USE OF HIS FLORIDA DRIVER'S LICENSE (G524426761040) AS: JUAN FRANCISCO GONZALES, DOB 03/24/1976, HUNTING IN A CLOSED AREA, A VIOLATION OF FAC 40E-7.520(7). OFFICER CLOUD MADE CONTACT WITH THE DEFENDANT ON LAKE HATCHIMBA AND DURING THIS TIME THE DEFENDANT WAS IN POSSESSION OF A MOSSBERG 12-GAUGE SHOTGUN, BLACK AND BROWN IN COLOR, BEARING SERIAL #K772896, AND 10 ASSORTED LOW BRASS "AA" SHOTGUN SHELLS. OFFICER CLOUD ASKED THE DEFENDANT IF HE HAD BEEN IN TROUBLE FOR A LAW VIOLATION BEFORE? OFFICER CLOUD ADVISED, AT THIS TIME HE RAN A CRIMINAL HISTORY ON THE DEFENDANT, THROUGH FCIC/NCIC, WHICH REVEALED THE DEFENDANT HAD A PRIOR CONVICTION OF A FELONY AND WAS LISTED AS A CONVICTED FELON IN FCIC/NCIC. OFFICER CLOUD READ THE DEFENDANT HIS MIRANDA WARNINGS, WHERE THE DEFENDANT AGREED TO TALK TO HIS ABOUT THE ABOVE LISTED INCIDENT. THE DEFENDANT ADMITTED TO BEING A CONVICTED FELON, BUT ADVISED "HE WAS AWARE, HE WAS NOT ALLOWED TO BE IN POSSESSION OF A FIREARM, WHILE HE WAS HUNTING." THE DEFENDANT ALSO STATED "HE HAD OBTAINED HIS HUNTING LICENSE AT WALMART, REFERENCE CUST# 520-040-668. OFFICER CLOUD FOUND THE DEFENDANT WAS IN VIOLATION OF THE FOLLOWING: HUNTING IN A CLOSED AREA, PER FAC 40E-7.520(7) AND BEING IN POSSESSION OF A FRESHLY KILLED PROTECTED BIRD, A VIOLATION OF FAC 68A-13.002(1)C, AND POSSESSION OF A FIREARM BY A CONVICTED FELON, A VIOLATION OF FLORIDA STATE STATUTE 790.23(1)A, REFERENCE TO FWC CASE # GA FWCSW-07-EVP-0446. OFFICER CLOUD SECURED THE DEFENDANT'S FIREARM AT THE FWC LAKELAND OFFICE, WHERE HE ISSUED THE DEFENDANT A PROPERTY RECEIPT FOR THE SHOTGUN HE TOOK FROM HIS POSSESSION.

BASED ON OFFICER CLOUD'S #M592 OBSERVATIONS AND HIS SWORN WRITTEN STATEMENT, I FOUND PROBABLE CAUSE FOR ARREST OF THE DEFENDANT JUAN FRANCISCO GONZALES, DOB 03/24/1976, FOR VIOLATION OF THE FOLLOWING: HUNTING IN A CLOSED AREA, PER FAC 40E-7.520(7); BEING IN POSSESSION OF A FRESHLY KILLED PROTECTED BIRD, A VIOLATION OF FAC 68A-13.002(1)C; POSSESSION OF A FIREARM BY A CONVICTED FELON, A VIOLATION OF FLORIDA STATE STATUTE 790.23(1)A. THE DEFENDANT WAS ARRESTED AND TRANSPORTED TO THE OSCEOLA COUNTY JAIL WITHOUT INCIDENT. THIS CONCLUDES MY INVOLVEMENT IN THIS CASE. THIS CASE WILL BE CLEARED BY ARREST.

Sworn to and subscribed before me, this _20_ day of _January_, 2007

_1467_

Notary Public ☐   Law Enforcement or Corrections Officer ☒

Personally Known ☐   Produced Identification ☐

Type of Identification   **SHERIFF ID**

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

Officer's

LOFOCO, JOSEPH

OFFICER'S PRINTED NAME (L,F)

Officer's Bus

W-002

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, STATE OF FLORIDA

| | | |
|---|---|---|
| STATE OF FLORIDA | CASE NUMBER | 49-2007-CR-000269 |
| vs. | ARREST DATE: | 01/20/07 |
| JUAN FRANCISCO GONZALES | OFFICER | Joseph Lofoco |
| Defendant. | AGENCY/NUMBER: | OSSO, 07I006701 |
| | DATE | February 15, 2007 |

CHARGE(S)   1   POSSESSION OF FIREARM BY CONVICTED FELON
            2   HUNTING IN MGMT. AREA IN CLOSED SEASON
            3   TAKING STATE/FED PROTECTED MIGRATORY BIRD

## NO INFORMATION NOTICE

COMES NOW the State of Florida, by and through the undersigned Assistant State

Attorney and states that

1   From the investigation which has been made, it is the opinion of the writer that this case
is not suitable for prosecution.

2   This action is taken to clear the records and to release subject's bond if any has been
posted responsive to the above charge(s)  If in custody, defendant should be released
PROVIDED THERE ARE NO OTHER CHARGES OR HOLDS AGAINST HIM

Lawson Lamar, State Attorney
Ninth Judicial Circuit of Florida

By: _____
William Beemer, Jr.
Assistant State Attorney
Florida Bar No  # 459097
2 Courthouse Square
Kissimmee, FL 34741
(407)343-3259

**Is the Defendant in Jail:   no**

W-003



ARREST / NOTICE TO APPEAR
FLORIDA HIGHWAY PATROL

DRIVING A VEHICLE STOPPED FOR UNLAWFUL SPEED. DEF WAS IDENTIFIED BY HIS FLORIDA D.L. AND CHECKED FCIC/NCIC AND IT WAS DISCOVERED THAT DEF WAS DOLS. - TPR CASTRO APPROACHED DEF AS I WAS WRITING THE CITATION, AND OBTAINED CONSENT TO SEARCH DEF'S VEHICLE. - TPR CASTRO DISCOVERED A CLEAR PLASTIC BAGGIE CONTAINING A WHITE POWDERY SUBSTANCE. A FIELD TEST WAS CONDUCTED ON THE SUBSTANCE BY TPR CASTRO - IT TESTED

X-001

A-000181

**NARRATIVE CONTINUATION**

**FLORIDA HIGHWAY PATROL**

DUIS / POSS OF COCAINE

POSITIVE FOR COCAINE.
DEF WAS PLACED UNDER ARREST AND TRANSPORTED TO
S.C.S.O.

CO-DEF ARRESTED FOR OUTSTANDING WARRANT.

TPR R.N. REMINGTON

X-002

AR
12-3
B

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NUMBER: 02-03409-CFA

BB1196258

STATE OF FLORIDA,
    Plaintiff,

vs.

JUAN FRANCISCO GONZALES,
    Defendant.
_____/

## NO INFORMATION

The State Attorney hereby notices the court that he does not intend to file an Information against the defendant on the accusations which have been lodged in this matter.

NORMAN R. WOLFINGER
STATE ATTORNEY

BY: _____
JAMES W. CARTER
Assistant State Attorney
Eighteenth Judicial Circuit
Fla. Bar No. 0703540

Date: 1-19-02

I HEREBY CERTIFY that notification of the No Information decision has been provided by FAX to John E. Polk Correctional Facility this _____ day of _____, 2002.

_____
JAMES W. CARTER

Copies hereof were delivered to the following persons this ____ day of
_____, 2002.

_____
CLERK

Attorney for Defendant
Defendant
Seminole County Sheriff's Office
John E. Polk Correctional Facility

Central

13/16

X-003

A-000183

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA

vs. JUAN FRANCISCO GONZALES

DATE DECEMBER 03, 2002
CASE NO. ED2-003409CFA

CHARGE(S): DRVG W/LIC SUSP/REVO   7650-BST   FHPX
POSSESSION COCAINE
UNLAWFUL SPEED            7649-BST

OPEN COURT MINUTES

HONORABLE JUDGE DEBRA S. NELSON COURTROOM J1   CRT.REPT. _____
DEPUTY CLERK_____ D MARCY _____   BAILIFF - SCOTT
STATE ATTORNEY_____ PIERCE _____   OTHER_____
PUBLIC DEFENDER/DEFENSE ATTORNEY ___ PRC-HOWARD
Defendant was ___√___ present / ___ not present for ___ ARRAIGNMENT

Defendant was sworn as to his Affidavit of Indigency. Court found _____ Indigent and appointed the Public Defender.
BENCH WARRANT issued for failure to appear; _____ BOND FORFEITED; PTR/ROR REVOKED, BOND SET AT $
Defendant was sworn; Defendant entered plea/admission of ___ GUILTY/ ___ NOLO CONTENDERE/ ___ NOT GUILTY

*State previously filed a no information.*

*Defendant discharged as to this cause of arrest.*

*Court dismissed citations 7650-BST +*

*7649-BST.*

_____ COURT GRANTED MOTION TO WITHDRAW AND APPOINTED _____   SPECIAL PUBLIC DEFENDER
_____ THE COURT ___ found factual basis ___ ACCEPTED PLEA/ _____ ADJUDGED GUILTY/ _____ WITHHELD ADJUDICATION _____ PSI Waived
_____ PSI ORDERED _____ SHORT FORM PSI _____ RECORDS CHECK/SCORESHEET ORDERED _____ FOR ORDERED _____ Ordered Drug Screening
returnable on or before _____ Proceeded to sentencing.
_____ Defendant _____ CONTINUED ON BOND/ PTR/ ROR/ _____ RETURNED TO CUSTODY/ _____ REMANDED, BOND SET AT $
_____ Conditions of release:

_____ The Court granted/denied _____ DEFENSE/ _____ STATE/ ___ JOINT MOTION TO CONTINUE_____   Waived speedy trial
_____ Pre-Trial Set _____ at _____ M. Courtroom _____
_____ TRIAL / Date Certain / SENTENCING / VOP HEARING / ARRAIGNMENT continued to/set for
at _____ M., in Courtroom _____ , _____ at the Seminole County Courthouse/ _____ Correctional Facility, before
Judge_____ Due to Defendant's failure to appear. _____ Notice to bondsman _____ Bond Released.

Defendant excused from_____ to appear on _____
at _____ M. for_____ in Courtroom _____

RECEIPT OF DEFENDANT
I hereby acknowledge receipt of a copy of the foregoing and acknowledge that I am required to appear for hearing as indicated above.

FILED
DEC - 3 2002

X_____
DEFENDANT'S SIGNATURE                    Address (if changed)                    CLERK SEMINOLE COUNTY

NOTICE - AMERICANS WITH DISABILITIES ACT OF 1990 - Administrative Order No. 97-3 - If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Suite N301, Sanford, FL 32771, (407) 665-4227 within 2 working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-8771.

WITNESS THE CLERK AND SEAL THIS __03__ DAY OF __DECEMBER__ 2002
I hereby furnished a true copy hereof to those indicated below:

_____ Probation (pink)        X  Sentencing Coordinator (yellow)
__X__ Sheriff (green)         _____ Bonding(??)
_____ Defendant

MARYANNE MORSE
CLERK OF THE CIRCUIT COURT

BY:_____
DEPUTY CLERK

CT2000.553
eq

X-004

A-000184

OSCEOLA COUNTY   129318   Page 1 of 2    U3CL2280    **Charging Affidavit**
SHERIFF'S OFFICE

☒ Arrest   ☐ FSAO

| Location of Defendant's Vehicle: A.R.C. | | Date/Time Booked: X/19/03 | Case Number: 32065048 |
| Arrested: Yes ☒ No ☐   FCIC/NCIC Check? Yes ☒ No ☐ | | Date Arrested (MM/DD/YY): 08/19/2003 | Time of Arrest: 2330 |
| Address of Arrest: 192 / ENTRY POINT | Zone: 1 | Total Bond Set At: $70,000 |

**DEFENDANT**   Adult ☒ Juvenile ☐   Name #:

| NAME (L.F.M): GONZALES, JUAN F | Race: W | Sex: M | 76 |
| Address: ███████ | | | |
| City: KISSIMMEE | State: FL | Zip: 34741 | ███████ |
| Height: 5 08   Weight: 340   Hair: BLO   Eyes: BLU   Scars/Marks/Tattoos: R C SHOULDER | P.O.B. (City, State, Country): PHIL. Ph. |
| Business & Occupation: | A.K.A.: |
| Bus./Address School: | |
| City: | State: | Zip: | Bus. Phone: |
| Driver's Lic./State ID No.: G524 426 761 040 | State: FL | Year Expires: | |

**CHARGES**   FELONY ☒   MISD. ☐   ORD. ☐   TRAFFIC ☐   Court Location:   DOMESTIC VIOLENCE? Yes ☐ No ☐

| #1 | Statute: SALE/DEL COCAINE | FSS/ORD: 893.13 C)e(1) | Citation No.: |
| #2 | Charge: W/THIN 1000 FT Conv.STORE | FSS/ORD: | Citation No.: |
| #3 | Charge: | FSS/ORD: | Citation No.: |

**CO-DEFENDANT**   Co-Def #1, Arrested? Y☐ N☐ Fel☐ Misd☐ Trof☐ Onl☐ NTA☐   Co-Def #2, Arrested? Y☐ N☐ Fel☐ Misd☐ Trof☐ Onl☐ NTA☐

| #1 NAME (L.F.M): | Race: | Sex: | DOB: | Age: |
| #2 NAME (L.F.M): | Race: | Sex: | DOB: | Age: |

**NARRATIVE**   The undersigned has probable cause to believe the above-named defendant, on the 19 day

of AUG , 2003 , at approximately 11.30 ☐ a.m. ☒ p.m.

at 7624 W 192 (Zone: 1 ) in Osceola County did

VIOLATE THE ABOVE F.S.S.
SEE PG 2.

STATE OF FLORIDA, COUNTY ___ I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office.
Armando Ramirez, Clerk of the Circuit Court

Dated 12/12/13    D.C.

| Next of Kin Name: | Address: | Phone: |
| DCF Notified? Yes ☐ No ☒   Miranda Warning? Yes ☐ No ☐ By Whom? | Invoked? Yes ☐ No ☐ |

Sworn to and subscribed before me, this 17 day of AUG 2003

C. Muth 454

Notary Public ☐   Law Enforcement or Corrections Officer ☐

Personally Known ☐   Produced Identification ☐

Type of Identification: _____

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE   OFFICER'S PRINTED NAME (L.F.M) LARRY W. ORGAN

Officer's Name Key: 1026   Officer's Bus. Phone No.:

**FOR CORRECTIONS USE ONLY**   OBTS: 4 9 0 2 0 2 7 7 2 5 T

Rev 0407

ORIGINAL

Y-001

A-000185

**SHERIFF'S OFFICE**

Continuation of: ☑ Charging Affidavit
☐ ESAO.

| Defendant Name: | Se Po 1 | Case Number: 03ID65048 | Page 2 of 2 |
|---|---|---|---|

ON 8/19/03, MEMBERS OF CRT. AND SNAG CONDUCTED A CONTROLLED BUY OF ILLICIT NARCOTICS IN OSCEOLA CO. A STREET SOURCE CONTACTED THE DEFENDANT AT THE GAS PUMPS AT THE CIRCLE K AT W 192 / ENTRY POINT. THE STREET SOURCE HANDED THE DEFENDANT "150.00" OF INVESTIGATIVE FUNDS. THE DEFENDANT GAVE THE STREET SOURCE APPROXIMATELY 1/1 GRAM OF POWDER COCAINE. THE TAKE DOWN TEAMS MOVED IN AND PLACED THE DEFENDANT UNDER ARREST. THE INVESTIGATIVE FUNDS WERE FOUND INSIDE A CUP IN THE DEFENDANTS VEHICLE. THE TRANSACTION WAS AUDIO TAPED BY AGENT FISCHER. THE COCAINE, WHICH FIELD TESTED POSITIVE, AND THE AUDIO TAPE WERE PLACED INTO EVIDENCE. THE VEHICLE WAS TOWED.

Sworn to and subscribed before me, this 11 day of 08 2003

Notary Public ☐  Law Enforcement or Corrections Officer ☐

Personally Known ☐     Produced Indentification ☐

Type of Identification: _____

Rev.0402 SO-03-06

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)  DANIEL D. LARSON

Officer's Name Key: 1026

Officer's Bus. Phone No.:

ORIGINAL

Y-002

STATE OF FLORIDA
-- VS --

_JUAN F. GONZALES_

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA
CRIMINAL DIVISION

CASE NUMBER _03 - CR - 2280_

## PLEA

1. I, the above-named defendant, hereby withdraw my plea(s) of Not Guilty, and enter the following plea(s) of

( ✗ ) Guilty      ( ) Nolo Contendere to _DELIVERY OF COCAINE_

a _____ degree felony / misdemeanor with a maximum penalty of _____

( ) Guilty      ( ) Nolo Contendere to _____

a _____ degree felony / misdemeanor with a maximum penalty of _____

2. I understand the following paragraphs concerning my trial rights:

a. that if the Court accepts my plea(s), I give up my right to a trial, at which I would have had the following rights:
(i) to have a jury determine whether I am guilty or not guilty;
(ii) to see and hear the witnesses testify, and to have my lawyer question them for me;
(iii) to subpoena & present witnesses and items of evidence in my defense, and to present any defense I might have to the jury;
(iv) to testify or to remain silent; and
(v) to require the prosecutor to prove my guilt by admissible evidence beyond any reasonable doubt before I can be found guilty by the jury.

b. that I give up my right to appeal all matters except the legality of my sentence or this Court's authority to hear this case. My lawyer has explained to me what an appeal is.

c. that a plea of Not Guilty denies that I committed the crime(s); a Plea of Guilty admits that I did commit the crime(s); and a Plea of Nolo Contendere (No Contest) says that I do not contest the evidence against me. I understand that if the Court accepts my plea(s) there will be NO TRIAL and the Court will impose sentence(s) based upon my plea(s).

d. that I have read the information/indictment in this case and I understand the charge(s) to which I enter my plea(s). My lawyer has explained to me the maximum penalty for the charge(s), the essential elements of the crime(s) and possible defenses to the crime(s), and I understand these things. I understand that if I am on parole, my parole can be revoked and I can be returned to prison to complete that sentence; and if I am on probation in another case my probation can be revoked and I can receive a separate sentence up to the maximum on the probation charge in addition to the sentence imposed in this case.

3. Neither my lawyer nor anyone else has told me or promised me that the judge would give me a particular sentence, nor has my lawyer or anyone else told me or promised me anything to get me to enter my plea(s) except as set forth below or said in open Court:

a. ( · ) No promises have been made by my lawyer or anyone else.

b. ( ✗ ) The prosecutor has agreed to _1 year probation 100 hrs AOS Court Costs_

c. ( ) The judge has agreed to _____

4. I understand that if my plea is to a felony, my sentence will be imposed under the Sentencing Guidelines. A presumptive sentence will be determined based upon certain factors. The judge can go above this presumptive sentence and impose up to the maximum for each count as listed above by stating clear and convincing reasons. If the Judge goes above this presumptive sentence, I will have the right to appeal my sentence. I also understand that if my plea is to a misdemeanor, that the Sentencing Guidelines do not apply and that the Judge can sentence me up to the maximum for each misdemeanor count listed above.

5. I understand that if the Judge places me on probation at my sentencing, and at a later time, the probation is revoked by the Judge (after a violation of probation hearing or my admission to the violation), the Judge can then sentence me to the maximum penalty for the charge(s) listed above.

6. I understand and agree that if the Judge permits me to stay out of jail pending sentencing I must notify my lawyer and bondsman or pretrial release officer of any change in my address or phone number, and if the Judge orders a Pre-Sentence Investigation (PSI) and I willfully fail to appear for an appointment with the probation officer for the PSI interview, the Judge can place me in jail for the PSI interview, or until my sentencing.

7. My education consists of _(GED)_ , I am not under the influence of any drug, medication or alcohol at the time I sign this plea. I am not suffering from any mental problems at this time which affect my understanding of this plea.

8. Neither my lawyer nor anyone else has pressured or forced me to enter my plea and I am entering my plea voluntarily of my own free will and because

( ) I believe that I am guilty      ( ✗ ) I believe it is in my own best interest.

Y-003

9. I have read every word in this written plea. I have discussed this written plea with my lawyer and I fully understand everything contained in it. I have discussed the maximum penalties for my plea, the sentencing guidelines and I fully understand them. I have told my lawyer everything I know about this case and these charges. I am fully satisfied with the way me lawyer has handled my case for me and have no complaints.

10. I understand, and my attorney has explained to me that if I am not a United States citizen, my plea of guilty or Nolo Contendere subjects me to deportation according to the Laws and Regulations of the United States Immigration and Naturalization Service.

SWORN TO AND FILED in Open Court in the presence of defense counsel and the Judge
this _____ day of _____ , 20 __ .
Larry Whaley, Clerk of Courts

By: _____
Deputy Clerk in Attendance

Defendant's Signature _____

Address & Phone: _____

### CERTIFICATE OF DEFENSE COUNSEL

I, Defendant's Counsel of Record, certify that: I have discussed this case with the defendant, including his/her trial rights, the nature of the charge(s), essential elements of each, the evidence against him/her of which I am aware, the possible defenses he/she has, the maximum penalty for the charge(s), the sentencing guidelines, and his/her right to appeal. No promises have been made to the defendant other than as set forth in this form or on the record. I believe he/she fully understands this written plea, the consequences of entering it, and that the defendant does so of his/her own free will.

Counsel for the Defendant: _____

### CERTIFICATE OF PROSECUTOR

(   ) I consent to the plea(s) to the lesser charge(s).        ( ✓ ) I confirm the promises in 3(b) have been made.

Assistant State Attorney: _____

Y-004

A-000188

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA

STATE OF FLORIDA          Case No.: CR03-2280

vs                        **Court Minutes/Order (Jail/Bond/PTR)**
                          Order of Probation/Community Control
Juan F. Gonzales          Judgment and Fingerprints.

Charge (s): CT1: Delivery of Cocaine

Judge **MARGARET T WALLER**, Defense Attorney T. Hartung     Deputy: **HYDER/NORRED**
Assistant State Attorney     J. Crnstruct                    Court Reporter     **HKJC/SFJA**
Defendant was tried and found guilty of:
**CHANGE OF PLEA:** Defendant ✔ present ____ not present, & sworn and pled ✔ Guilty,
                          ____ Guilty-Best interest, or ____ Nolo Contendre to:

Count ___1___ as (charged)/LIO _____ (F) (M)
Count _____ as charged/LIO _____ (F) (M)
Count _____ Nolle Prosequi
____ Adjudged Guilty  ✔ Adjudication of Guilt Withheld __ Minimum Mandatory  __ Sex Offender (See attached)
____ Habitual Offender: ____ Years ____ Violent Habitual Offender: ____ Years  __ Youthful Offender
                                                                                __ Prison Release Reoffender

**SENTENCE:**

✔ 2 Days OCJ w/ 2 Days CTS; Count ___1___

____ _____ DOC w/____ Days CTS; Count _____

____ Split Sentence: ____ d/m/y jail/doc, then ____ m/y C.C. 1/2, followed by ____ m/y probation

____ Balance of jail/doc sentence suspended pending successful completion of _____

____ Other special conditions of release _____

✔ Report to Probation within 24 hours of release from incarceration.

____ Concurrent: _____ /or to all counts & sentences.

____ Consecutive: _____ /or to all counts & sentences.

✔ **PROBATION:** As to counts ___1___
✔ C.C. 1/2 ____ mo/yr; followed by: State Probation ___1___ mo/(yr;) County Probation ____ mo/yr
  You must immediately report, in person, or the next working day, or upon release from confinement to the DOC
  Probation Office at 1499 John Young Parkway, Kissimmee Florida 34741 if on State Probation or the County Probation
  Office at 110 W. Drury Avenue, Kissimmee Florida 34741 if on County Probation.
✔ Drug Offender Probation: Monthly drug testing, at own expense, treatment & counseling.
✔ PROBATION-SPECIAL CONDITIONS: Special conditions are to be started or completed within 60 days of
  sentencing or violation.                            ____ F.A.D. Meetings
____ VIP Program                                      ____ Forfeit seized weapon(s)
____ DNA sample                                       ____ AIDS/HIV Awareness class
____ Bridge Program - Jail to hold until bed available ____ Anger management
____ PRC - Jail to hold until bed available           ____ Impulse control class
____ Phoenix - Jail to hold until bed available       ____ DUI Counter Attack School
____ Transition House- Jail to hold until bed avail.  ____ Transfer to County-State
✔ Community Service _100_ hours @ the rate of _10_ hours per month, starting 1ˢᵗ month of probation
     until completed.   May serve at F.A.D. meetings

Y-005

A-000189

✓ Must complete all terms and conditions of treatment schedule provided by treatment provider.

___ Drivers License: Suspended/revoked for _____ year(s) / day(s) / month(s) / life. __ B.P.L. after 6 months.

___ Jail Work Detail: You will report to the Osceola County Jail and report to the Osceola County Work Release Center within 10 days from today, show them your court papers and they will set up your work schedule. You shall perform ___ consecutive days of weekend work detail as scheduled by the Work Release Center. You shall pay $15 per day and bring your own lunch. You shall perform such work as directed. If defendant fails to report twice, then jail shall inform probation and probation shall file an affidavit of violation of probation.

___ Weekend Jail Confinement: You will report to Osceola County Jail by 6 P.M. Friday evening and shall be released 6 P.M. Sunday evening.

___ Work Release Program: Judge recommends defendant for this program.

___ Letter of apology: To victim (s) and give letter to probation.

✓ Drug Testing: Random drug testing, 1st positive test then evaluation, treatment thereafter violated.

___ No contact/___ Hostile: Victim (s) /co-defendant (s)/no return to the crime scene.

___ Mental Health Evaluation: Mental health and/or psychological evaluation and treatment. You shall take medicine as prescribed. Failure to be tested, participate in treatment, or to take your medicine will constitute a violation.

___ Early term/Admin Probation: After _____ Of probation is completed, all conditions completed (costs, fees, restitution, no violation), probation shall be _____ Automatically terminated/_____ changed to administrative probation.

___ BRIDGE/PRC: 364 Days Osceola County jail time as a condition of community control. Jail suspended upon entry into and successful completion of Bridge/PRC. At Bridge/PRC your net income will first pay room and board, then $35 per month pocket money, then 50 % for child support of _____, then remaining money first to restitution, then court costs, fines and fees.

✓ Employment: Defendant to make a good faith effort to be full-time employed and probation to assist. Probation to verify. (Not less than 35 hours per week.)

**MONETARY OBLIGATIONS:** If ON PROBATION You are to make payments to Probation. If you are NOT ON PROBATION then pay Clerk of Court. Either way you will pay the sums and in the manner herein directed.

___ Restitution: $_____ total, to be paid $_____ monthly.

___ Restitution: Reserved Jurisdiction

✓ Court Costs: $190.50 ($273) $278 + Court Facilities ($150)

___ Remaining Balance/Unmet Drug Court Fees

✓ Drug Case Fines: $100.00 FDLE and $250.00 OCDTF.

___ Fines: _____

___ Public Defender/Contract Attorney Lien: $250___ $350___ $____ Payable to the State of Florida.

___ DERP: $40___

___ Cost of Investigation: $_____; Reserved_____.

✓ Payments: You will pay $__65__ including restitution, on or before the 1st day of each month, first payment in ___1st___ day(s) (month(s)), if probation, pay cost of supervision, and a 4% surcharge.

ALL PAYMENTS SHALL BE APPLIED TO RESTITUTION, IF ANY, FIRST.

___ Final Judgment: Record in public records of Osceola County or _____ County.

___ Monies will be monitored by the Court through Collection Court. Pay $____ per mo. beginning _____

✓ Other Conditions: ___PSI Waived_____

_Drug evaluation within 30 days - Complete any recommended treatment._

_Not for purpose of suspending D.L._

CR03-2280
_____Page 2

A-000190

## STANDARD TERMS OF PROBATION:

1. You will make a full and truthful report to your Probation Officer on or before the 5th day of each month.
2. You will pay cost of supervision of $20.00/$40.00 or such other sums as determined by judge; plus a 4% surcharge per month.
3. You will not change your residence, employment, or leave the county of your residence without prior consent of your Probation Officer.
4. You will neither possess, carry or own any weapons or firearms.
5. You will not violate any laws or court orders, including pay child support.
6. You will not associate with persons engaged in criminal activity.
7. You will not use intoxicants if prohibited or in excess; or possess any drugs, narcotics, or paraphernalia unless prescribed by a physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed or used.
8. You will make a good faith effort to be employed.
9. You will truthfully answer all questions directed to you by the Probation Officer, and allow them to visit your home, employment or elsewhere. You will comply with all instructions he may give to you.
10. You will pay restitution, costs and fees as order herein
11. You will submit to chemical tests (breath, urine, and blood) upon request of your Probation Officer; and submit to search of your residence, person or vehicle for the presence of controlled substance, weapon, firearms and alcoholic beverages if prohibited.

## STANDARD CONDITIONS OF COMMUNITY CONTROL:

12. You shall report once a week, or as directed.
13. You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work or any other special activities approved by your officer.
14. You will maintain an hourly accounting of all activities on a daily log which you will submit to your officer upon request.
15. Pursuant to F.S. 948.03, your officer may place you on electronic monitoring. You will maintain a private phone line at your residence and you will be financially responsible for any lost or damaged equipment. If placed on monitor you will pay $30.00.

The Court reserves the right to rescind, modify or revoke probation to the extent provided by law. I have received a copy of the terms and conditions of my Probation/Community Control. I have read and understand these conditions. Also, I hereby consent to the disclosure of my alcohol and drug abuse parent records, the confidentiality of which is federally regulated under 42CFR, part II, for the duration of my supervision.

CR03-2280
Page 3

Y-007

## JUDGMENT OF DEFENDANT

| COUNT | CRIME | OFFENSE STATUTE NUMBER | DEGREE OF CRIME |
|---|---|---|---|
| 1 | Delivery of Cocaine | 893.13 1A1 | F-2 |
| | | | |
| | | | |
| | | | |

### FINGERPRINTS OF DEFENDANT

| RIGHT THUMB | RIGHT INDEX | RIGHT MIDDLE | RIGHT RING | RIGHT LITTLE |
|---|---|---|---|---|
| | | | | |

| LEFT THUMB | LEFT INDEX | LEFT MIDDLE | LEFT RING | LEFT LITTLE |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _OCBainbridge_   Title: **DEPUTY SHERIFF**

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, _Juan Gonzales_ and that they were placed thereon by said Defendant in my presence in Open Court this date.

DONE AND ORDERED at Osceola County, Florida, this _24_ day of _February_ 2004

**JUDGE MARGARET T WALLER**

Filed in Open Court this _24_

Day of _Feb_ 2004
Larry Whaley, Clerk of Court

By: _AR/KP_ D.C.

CRSENTK

| | | |
|---|---|---|
| ✓ ASA | ___ Civil | ✓ Orlando Sentinel |
| ✓ Defense | ___ C.C. | . Work Release |
| ___ SO/Jail | ___ File | |
| ✓ Defendant | ✓ Bookkeeper | |
| ✓ Probation | ✓ Other | |

CR03-2280
Page 4

STATE OF FLORIDA, COUNTY OF OSCEOLA - I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
Armando Ramirez, Clerk of the Circuit Court
Dated _____ D.C.

Y-008

*AR 315*
*(B)*

## THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
### IN AND FOR SEMINOLE COUNTY, FLORIDA

#### CASE NUMBER: 98-0366-CFA

STATE OF FLORIDA                **INFORMATION**

VS.                      **AGGRAVATED BATTERY**

CECIL ASTOR HARPER

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, NORMAN R. WOLFINGER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE ATTORNEY, CHARGES THAT

In the County of Seminole, State of Florida, CECIL ASTOR HARPER, on the 24th day of January, 1998, did commit battery upon Claude Timogene, by actually and intentionally touching or striking Claude Timogene, against his will, or by intentionally causing bodily harm to Claude Timogene, and in the commission of said battery did intentionally or knowingly cause great bodily harm, permanent disability, or permanent disfigurement to Claude Timogene, and in the commission of said Aggravated Battery, carried, displayed, used, threatened, or attempted to use a weapon or firearm, to wit: a bottle, contrary to Sections 784.045(1)(a), 775.087(1) Florida Statutes,

AND against the peace and dignity of the State of Florida.

Designated Assistant State Attorney
Eighteenth Judicial Circuit
Florida Bar No. 0077836

Personally appeared before me, Designated Assistant State Attorney DONNA M. SCOTT, who, being first duly sworn, says that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense, and says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true and which, if true, would constitute the offense(s) therein charged.

Sworn to and subscribed before me this ___4th___ day of ___March___, 1998.

M. A. BAILEY
MY COMMISSION # CC 619748
EXPIRES: March 31, 2001
Bonded Thru Notary Public Underwriters

SIGNATURE OF NOTARY

M. A. BAILEY

PRINT, TYPE OR STAMP NAME OF NOTARY

sl/0304

Z-001

A-000193

ORIGINAL   X 10   Lester
RRREST NOTICE TO APPEAR   550   M98-366CFA

For The Public:

**Seminole County Sheriff's Office**

| C.S.A.: 73 | GRID: 11B10 | | | | | L. Arrest  2. Arrest & Report | 3. Notice To Appear  4. Capias | 1 | Juvenile N |
| | | | | | | | |

| Agency ORI Number FL0590000 | OBTS Number | | Agency Arrest Number 0 | | Agency Report Number 9800001783 |

| Charge Type: Check as many as apply | Felony | Y | Misdemeanor | N | Ordinance | N | Weapon Seized | Weapon Type | |
| | Traffic Felony | N | Traffic Misdemeanor | N | Other | N | No | KNIFE/CUT INSTR |

| Location of Arrest (Business Name, Address) SR400  MILE WEST OF SR436   ALTAMONTE SPGS. | Location of Offense (Business Name, Address) 921   DOUGLAS AVE   ALTAMONTE SPGS. |

| Date of Arrest 01/25/98 | Time of Arrest 02:28 | Booking Date | Booking Time | Jail Date | Jail Time | Fingerprints Identity Criminal AFIS | |
| Jail Number 1 | County ID Number | Other Local Number | FDLE Number | DOC Number | FBI Number |

| Last Name HARPER | First Name CECIL | Middle ASTOR | Alias ASTOR |

| Race B | Sex Male | Date Of Birth or Age | Height 511 | Weight 220 | Eye Color BRO | Hair Color BLK | Complexion MEDIUM | Build MUSCULAR |

| Scars, Marks, Tattoos, Unique Physical Features | (Location, Type, Description) | Indication of Alcohol Influence: No  Drug Influence: No |

| Local Address UNKNOWN | CITY | St | Zip Code | Phone | Residence Type County |

| Next of Kin ROSE HARPER | Relationship: MOTHER | Phone | Religion: CATHOLIC |

| Business Name & Address NATIONAL DIRECT  921  DOUGLAS AVE | CITY ALTAMONTE SPGS. | St FL | Zip Code 32714 | Phone | Occupation: BUSINESS CONSULTANT |

| Driver's License Number | DL/State | Social Security Number | Marital Status SINGLE | Place Of Birth TRINDAD | Citizenship USA |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date Of Birth or Age | 1. Arrested  2. At Large | 3. Felony  4. Misdemeanor  5. Juvenile |

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date Of Birth or Age | 1. Arrested  2. At Large | 3. Felony  4. Misdemeanor  5. Juvenile |

| Activity: N. N/A  P. Possess  S. Sell  B. Buy  T. Traffic  R. Smuggle  D. Deliver  E. Use  K. Dispense/ Distribute  M. Manufacture Produce/Cultivate  Z. Other | Type: N. N/A  A. Amphetamins  B. Barbiturate  C. Cocaine  E. Heroin  H. Hallucinogen  M. Marijuana  O. Opium/Deriv.  P. Paraphernalia/ Equipment  S. Synthetic  U. Unknown  Z. Other |

| Charge Description AGGRAVATED BATTERY | Counts 1 | F.S. Ord. | Statute Violation Number 784.045 | Violation Of Section (ORD) |
| Activity N | Drug Type N | Amount/Unit N/A | State Attorney Number | Court Number | NCIC/UCR Code |
| PC Y | Capias N | AC N | BW N | FW N | PW N | Juv.PU N | Citation N | (Reason Number #) | Date Issued | Writ. Att. # | Domestic Viol. inj. # | Order of Arrest # |

| Charge Description | Counts 1 | F.S. Ord. | Statute Violation Number | Violation Of Section (ORD) |
| Activity | Drug Type | Amount/Unit | State Attorney Number | Court Number | NCIC/UCR Code |
| PC N | Capias N | AC N | BW N | FW N | PW N | Juv.PU N | Citation N | (Reason Number #) | Date Issued | Writ. Att. # | Domestic Viol. Inj. # | Order of Arrest # |

| Charge Description | Counts 0 | F.S. Ord. | Statute Violation Number | Violation Of Section (ORD) |
| Activity | Drug Type | Amount/Unit | State Attorney Number | Court Number | NCIC/UCR Code |
| PC N | Capias N | AC N | BW N | FW N | PW N | Juv.PU N | Citation N | (Reason Number #) | Date Issued | Writ. Att. # | Domestic Viol. Inj. # | Order of Arrest # |

The Undersigned Certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **25** day of **JANUARY**, 19 **98** at **3:30 AM** (Specifically include facts constituting cause for arrest.)   BOND: **2000.00**   4000

(See Attached Narrative)

P.C. Exists for Charge(s)   Judge's Signature   Date

Mandatory Appearance in Court.   Month   Day   Year   Time

You need not appear in Court, but must comply with instructions on Affidavit.   Location (Court, Room Number, Address)

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THE NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant/Juvenile and Parent or Custodian

| Miranda Warning | HOLD FOR OTHER AGENCY Name: | | Verified By: | Date | Bond: Charge # 0.00 | Bond: Charge # 0.00 |
| ADULTS ONLY !! Hold For First Appearance DO NOT BOND OUT! | Reason: | | Sworn to and subscribed before me, the undersigned, authority, this 25 day of JAN 19 98 | Bond Type: 1. R.O.R. 2. Cash  3. Surety 4. Bail / Bond  5. Cert. 6. Other | Type: | Type: |
| I swear/affirm the above and reverse and attached statements are true and correct. | | | Name/Title of Person Authorized to Administer Oath | Returnable Court Date: | Returnable Court Time |
| Officer's / Complaintant's Signature | | | LSREMER | Release Date: | Release Time |
| Name (Printed) DEPUTY EDWARD M LACEY | 155044  7314  Employee #  Unit # | | | Releasing Officer | Page of |

Z-002

A-000194

## PERSON(S) REPORT

**Seminole County Sheriff's Office**

Juvenile: A

1. Original
2. Supplement — 1

Agency ORI Number: **FL0590000**

Agency Report Number: **9800001783**

Original Date Reported: **01/25/98**

Case Reference:

**HARPER; AGGRAVATED BATTERY**

| V/W Code: | Victim Type: | Race: | Sex: | Residence Type: | Residence Status: | Extent of Injury: |
|---|---|---|---|---|---|---|
| V - Victim   P - Proprietor | 0. N/A            4. Business | N-N/A    I-Amer. Indian | N - N/A | 0. N/A        3. Florida | 0. N/A | 0. None |
| W - Witness   Z - Other | 1. Juvenile       5. Gov't. | W-White   O-Oriental/Asian | M - Male | 1. City       4. Out-of-State | 1. Full Year | 1. Minor |
| C - Reporting Person | 2. L.E. Officer  6. Church | B - Black   U - Unknown | F - Female | 2. County | 2. Part Year | 2. Serious |

| Injury Type: | | | Victim Relationship To Offender | | |
|---|---|---|---|---|---|
| 00. N/A      03. Laceration    07. Loss of Teeth | | | 00. N/A        03. Spouse        06. Parent      10. Step-Child    14. Teacher      17. Friend      21. Employer | | |
| 01. Gunshot  04. Unconscious  08. Burns | | | 01. Undetermined  04. Ex-Spouse   07. Brother/Sister  11. In-Law    15. Child of Boy/Girl  18. Neighbor    22. Landlord/Tenant | | |
| 02. Stabbed  05. Poss. Broken Bones  09. Abras./Bruises | | | 02. Stranger    05. Co-Habitant   08. Child      12. Other Family  Friend      19. Stranger     23. Acquaintance | | |
| 06. Poss. Internal Injury  99. Other | | | 09. Step-Parent  13. Student    16. Boy/Girl Friend  20. Employee  99. Other Known | | |

| Offense Indicator: 1. #1   2. #2   3. Both | V/W Code | # | V. Type | Last Name | First Name | Middle Name | Residence Phone |
|---|---|---|---|---|---|---|---|
| 1   2   3 | W | 1 | 3 | BELL | WALTER | | |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| ▮▮▮▮ E | DELTONA | FL | 32725 | |

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: **WAS AT SCENE WHEN INCIDENT OCCURED**

| If Victim Type 1, 2, or 3 | Race | Sex | Date of Birth | Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | ▮/69 | | 2 | 1 | 0 | | 00 | |

| Offense Indicator: 1. #1   2. #2   3. Both | V/W Code | # | V. Type | Last Name | First Name | Middle Name | Residence Phone |
|---|---|---|---|---|---|---|---|
| 1 | W | 2 | 3 | PARK | BILLY JOE | | (407)860-5973 |

| Address (Street, Apt. Number) | City | State | Zip | Business Phone |
|---|---|---|---|---|
| ▮▮▮▮ | DELTONA | FL | 32725 | (407)786-9424 |

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: **WAS AT SCENE WHEN INCIDNT OCCURRED**

| If Victim Type 1, 2, or 3 | Race | Sex | Date of Birth | Age | Res. Type | Res. Status | Extent of Injury | Injury Type(s) | Relationship | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | ▮/78 | | 2 | 1 | 0 | | 00 | |

| Offense Indicator: 1. #1   2. #2   3. Both | Suspect Code: S-Suspect  B-Escapee  R-Recovered  Z-Other  A-Arrestee  M-Missing  Missing | # | Juvenile Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| | | 0 | | | |

| Maiden Name | Nickname/Street Name | Place Of Birth | Home Phone |
|---|---|---|---|

| Last Known Address (Street, Apt. Number) | City | State | Zip | Bus. Phone |
|---|---|---|---|---|

| Occupation | Employer/School | Address | Social Security # |
|---|---|---|---|

| Driver's Lic # | State | INS # | Other ID. Number | OBTS Number (Arrested) | FCIC / NCIC |
|---|---|---|---|---|---|

| Clothing (Describe) | Scars/Marks/Tattoos | Scars/Marks/Tattoos | Scars/Marks/Tattoos |
|---|---|---|---|

| Race | Sex | Date Of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers | Approx. Age if DOB Unknown |
|---|---|---|---|---|---|---|

| Offense Indicator: 1. #1   2. #2   3. Both | Suspect Code: S-Suspect  E-Escapee  R-Recovered  Z-Other  A-Arrestee  M-Missing  Missing | # | Juvenile Last Name | First Name | Middle Name |
|---|---|---|---|---|---|
| | | 0 | | | |

| Maiden Name | Nickname/Street Name | Place Of Birth | Home Phone |
|---|---|---|---|

| Last Known Address (Street, Apt. Number) | City | State | Zip | Bus. Phone |
|---|---|---|---|---|

| Occupation | Employer/School | Address | Social Security # |
|---|---|---|---|

| Driver's Lic # | State | INS # | Other ID. Number | OBTS # | FCIC / NCIC |
|---|---|---|---|---|---|

| Clothing (Describe) | Scars/Marks/Tattoos | Scars/Marks/Tattoos | Scars/Marks/Tattoos |
|---|---|---|---|

| Race | Sex | Date Of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style |
|---|---|---|---|---|---|---|---|---|---|

| Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers | Approx. Age if DOB Unknown |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Runaway  6. Disaster | Foul Play: Suspected: | Missing Before: | Finger Prints Available: | Photo Available: | Dental Record Available: | MCIC Form Provided? |
| 2. Parental    Victim | 1. Yes | 1. Yes | 1. Yes | 1. Yes | 1. Yes | 1. Yes |
| 3. Involuntary  7. Voluntary | 2. No | 2. No | 2. No | 2. No | 2. No | 2. No |
| 4. Disabled    Adult | | 8. Unknown | 8. Unknown | 8. Unknown | 8. Unknown | |
| 5. Endangered  8. Unknown | | | | | | |

| Date Last Seen | Time Last Seen | Location Last Seen | Accompanied By |
|---|---|---|---|

| Mental/Physical Condition | Medication Required/Type | Doctor/Dentist (Name & Phone) |
|---|---|---|

| Property Carried | ID Type/Number | ID Type/Number |
|---|---|---|

| Probable Destination | Name/Address | Transportation Mode |
|---|---|---|

| Recovery Information: | 0. N/A  1. Voluntary | 2. Located- Not Returned | 3. Hospitalized  4. HRS Custody | 5. Law Enforcement Custody  6. Returned to Parent | 7. Deceased  9. Other |
|---|---|---|---|---|---|

| Officer Reporting | ID | Unit | Date |
|---|---|---|---|
| DEPUTY EDWARD M LACEY | 195044 | 7314 | 01/25/98 |

| Officer Reviewing (if Applicable) | Employee Number | Routed To | Assigned To | Review Date | Page  Page [of] |
|---|---|---|---|---|---|

Z-003

A-000195

| NARRATIVE CONTINUATION | | 1. Offense 2. Arrest | 2 | Juvenile | A | 1. Original 2. Supplement | 1 |
|---|---|---|---|---|---|---|---|

| Agency ORI Number **FL0590000** | | **Seminole County Sheriff's Office** | Agency Report Number: **9800001783** |
|---|---|---|---|

| Original Date Reported **01/25/98** | Case Reference: | **HARPER; AGGRAVATED BATTERY** |
|---|---|---|

ON 01-24-98 I RESPONDED TO 921 DOUGLAS AVE IN REFERENCE TO A STABBING THAT OCCURRED.

UPON MY ARRIVAL I MADE CONTACT WITH THE VICTIM MR. CLAUDE B TIMOGENE WHO WAS BEING TREATED BY THE FIRE DEPARTMENT FOR A STAB WOUND TO HIS LEFT BICEP. I ASKED CLAUDE WHAT HAPPENED AND HE STATED THAT A PERSON BY THE NAME OF ASTOR STABBED HIM WITH A BROKEN BOTTLE.

I THEN MADE CONTACT WITH WALTER BELL WHO WITNESSED PART OF THE ALTERCATION. HE STATED THAT THE VICTIM CLAUDE AND THE SUSPECT WHO WAS LATER IDENTIFIED AS CECIL ASTOR HARPER WERE ARGUING OVER PERSONAL MATTERS. HE STATED THAT THE ARGUMENT BECAME HEATED AND THE CLAUDE AND CECIL WALKED BEHIND THE BUSINESS. WALTER THEN STATED THAT CLAUDE RAN OUT FROM BEHIND THE BUILDING AND SAID "HE CUT ME".

I THEN SPOKE WITH BILLY JOE PARK WHO WAS ALSO A WITNESS TO PART OF THE ALTERCATION. HE STATED THAT THEY WERE ALL SITTING IN WALTER BELL'S CAR WHEN CLAUDE AND CECIL BEGAN TO ARGUE. BILLY JOE STATED THAT CLAUDE AND CECIL EXITED THE VEHICLE AND WENT AROUND THE BUILDING. HE THEN SAW CLAUDE HOLDING HIS ARM SAYING "HE CUT ME".

AFTER SPEAKING WITH BOTH WITNESSES I MET WITH THE VICTIM CLAUDE TIMOGENE AT FLORIDA HOSPITAL ALTAMONTE. CLAUDE STATED THAT HE WAS ARGUING WITH CECIL "ASTOR" OVER PERSONAL CONFLICTS. HE SAID THE ARGUMENT BECAME HEATED AND THEY BEGAN TO PUSH ONE ANOTHER. CLAUDE THEN STATED THAT CECIL BROKE A BOTTLE RAN TOWARDS HIM AND CUT INTO HIS LEFT BICEP. AT THIS POINT THE ALTERCATION STOPPED AND CLAUDE GRABBED HIS ARM TO STOP THE BLEEDING. CLAUDE'S INJURY WAS A DEEP LACERATION ON HIS LEFT BICEP THAT REQUIRED EXTENSIVE STITCHES ON THE INSIDE MUSCLE AND ON THE OUTSIDE SKIN. PHOTOS WERE TAKEN OF THE INJURY AND OF THE SCENE WERE THE INCIDENT OCCURRED. CLAUDE WAS UNABLE TO WRITE ME A STATEMENT AS TO WHAT OCCURRED DUE TO THE PAIN OF HIS INJURY.

THERE WAS ALSO A SMALL AMOUNT OF MARIJUANA FOUND AT THE SCENE OF THE STABBING THAT NOBODY CLAIMED. THE MARIJUANA WAS SUBMITTED INTO EVIDENCE. THE SUSPECTS WRIST WATCH WAS ALSO RECOVERED AT THE SCENE AND WAS RETURNED TO HIM.

ON 01-25-98 I RECEIVED A MESSAGE FROM THE COMMUNICATIONS CENTER TO CALL THE VICTIM CLAUDE TIMOGENE. I SPOKE WITH CLAUDE ON THE PHONE AND HE STATED THAT THE SUSPECT CECIL WAS HARASSING HIM AT HIS ADDRESS AND LEFT ABOUT TEN MINUTES AGO IN A WHITE FORD EXPLORER WITH TWO HISPANIC MALES. HE STATED THAT THE VEHICLE WILL BE GOING WESTBOUND ON INTERSTATE FOUR HEADING TOWARDS KISSIMMEE. MYSELF AND DEPUTY MIKE SPRIGG SET UP ON INTERSTATE FOUR TO MONITOR TRAFFIC. I THEN OBSERVED A WHITE FORD EXPLORER DRIVING EASTBOUND ON INTERSTATE FOUR THAT WAS OCCUPIED WITH TWO HISPANIC MALES AND THE SUSPECT CECIL ASTOR HARPER. CECIL EXITED THE VEHICLE AND WAS PLACED UNDER ARREST WITHOUT INCIDENT. CECIL WAS THEN TRANSPORTED TO THE DISTRICT SEVEN SERVICE CENTER FOR ARREST PROCESSING.

WHILE AT THE SERVICE CENTER CECIL WAS READ HIS MIRANDA WARNING AND AGREED TO ANSWER QUESTIONS AND WRITE A STATEMENT WITHOUT AN ATTORNEY PRESENT. ASTOR STATED HOW HE CUT CLAUDE ACCIDENTALLY AND WROTE A DETAILED SWORN STATEMENT AS TO WHAT OCCURRED (SEE STATEMENT FOR FURTHER DETAILS). CECIL ALSO HAD A LACERATION ON HIS RIGHT THUMB THAT WAS CAUSED BY THE ALTERCATION.

| Comments: | Signature of person making statement | Sworn to and subscribed before me this 25 day of JAN 19 98 |
|---|---|---|
| | | X D/S     T. STRICKLER  Law Enforcement Officer or Notary |

| Report Contains | | Related Incident Number(s) | |
|---|---|---|---|
| Officer(s) Reporting **DEPUTY EDWARD M LACEY** | | Employee Number(s) **195044** | Unit **7314** | Date **01/25/98** |
| Officer Reviewing (If Applicable) | Employee Number | Routed To | Assigned To | | Date |
| Case Status | Date Cleared | A - Adult J - Juvenile **A** | OBTS Number | Arrest Number | Number Arrested |

Page Page of

Z-004

| | NARRATIVE CONTINUATION | | 1. Offense | | | | | 1. Original | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2. Arrest | **2** | Juvenile | A | | 2. Supplement | **1** |

| Agency ORI Number **FL0590000** | | Seminole County Sheriff's Office | Agency Report Number: **9800001783** |
|---|---|---|---|

| Original Date Reported **01/25/98** | Case Reference: | HARPER; AGGRAVATED BATTERY |
|---|---|---|

CECIL WAS THEN TRANSPORTED TO J.E.P CORRECTIONAL FACILITY AND HELD ON A 2000.00 DOLLAR BOND.

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT

98 JAN 25 AM 6:52

BY SEMINOLE CO. FLA.
D.C.

| Comments: | Signature of person making statement | Sworn to and subscribed before me this 25 day of JAN 19 98 |
|---|---|---|
| | | Law Enforcement Officer or Notary   STRICKLER |

Report Contain                                                                 Related Incident Number(s)

| Officer(s) Reporting **DEPUTY EDWARD M LACEY** | | Employee Number(s) **195044** | Unit **7314** | Date **01/25/98** |
|---|---|---|---|---|

| Officer Reviewing (If Applicable) | Employee Number | Routed To | Assigned To | | Date |
|---|---|---|---|---|---|

| Case Status | Date Cleared | A - Adult J - Juvenile  A | OBTS Number | Arrest Number | Number Arrested |
|---|---|---|---|---|---|

Page   Page

1of1

Z-005

A-000197

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA

vs.

_Cecil Aston Harper_,
                    Defendant.

CASE NO. 98 - _336 6 CFA_

PLEA AGREEMENT
(Rule 3.171)

The undersigned defendant withdraws the previously entered plea(s) of not guilty and tenders a plea of ( ) guilty, (✓) no contest as follows:

| Case Number | Offense | Maximum Sentence | Mandatory Sentence | Probable Guideline Range |
|---|---|---|---|---|
| 98-366 CFA | AGG. BATTERY | 30 yrs. | n/a | 52-74 ts |
| | | | | 45-93 mos. o-c |

If my plea is guilty, I hereby acknowledge that I am in fact guilty of the foregoing offenses.  When asked by the Judge, I will provide a factual basis to support my plea.  If my plea is no contest, I believe such plea is in my best interest and recognize that the Judge will find me guilty after being provided a factual basis.

The State of Florida and I have agreed upon the following sentence to be imposed as a condition of this plea.

| Case Number | Offense | Sentence |
|---|---|---|
| | No Agreement. | Pleading straight up. |

I understand that if probation is a part of my sentence that the court may impose conditions of probation authorized by law, including restitution and public service and, unless conditions are specifically attached hereto, those conditions are by this agreement left to the discretion of the court.  I further understand that statutory costs may be imposed as a part of my sentence unless those costs are waived by the Court.

If I am required to serve one or more weekends in jail as a condition of my probation or community control, I agree to report to the jail as ordered, on time and not under the influence of alcohol or nonprescription drugs. I waive my right to an evidentiary hearing if I miss a weekend and agree to accept an additional weekend in jail as an administrative penalty if my probation or community control officer determines that my absence was unauthorized.  I further understand that if I have three unauthorized absences I will be in violation of my probation or community control order.

I have the right to plead not guilty and to be tried by a jury with the assistance of a lawyer, the right to compel attendance of witnesses on my behalf, the right to confront and cross examine witnesses against me, the right to present defenses to the jury, and the right to take the witness stand and testify on my own behalf.  I also have the right not to take the witness stand and cannot be compelled to incriminate myself.  I give up these rights by entering this plea.

I understand that if I enter a plea without reserving the right to appeal, I will give up my right to appeal all matters relating to the judgment, including the issue of guilt or innocence except for the limited review available by collateral attack.  I also give up my right to appellate review on any pretrial rulings made by the court unless such right is specifically reserved in this agreement.

I understand that I may be asked questions by the Judge under oath about this plea and that my answers, if untruthful, may be used against me later in a prosecution for perjury.

I enter this plea freely and voluntarily.  No person has forced, threatened or coerced

Z-006

me into entering this plea.

I am satisfied with the representation my lawyer has given me and I have fully discussed my case and this plea agreement with my lawyer. I fully understand the nature of the charges against me and the contents of this agreement.

I understand that if I am not a United States Citizen, entry of this plea may subject me to deportation by the United States Immigration Service.

I do not suffer from any physical or mental disabilities to the degree that I am incapable of understanding this agreement, the nature of the proceeding against me, or assisting my lawyer in my behalf. I am not under the influence of alcohol or any drug at this time.

I hereby give up my right to a speedy trial.

If I am not in custody, I acknowledge that part of the plea agreement in this case includes my continued release pending sentencing on bond, pretrial release or release on recognizance. I understand that this portion of the plea agreement is conditioned upon the following requirements:

(1) I must appear at the probation office at First Union Building, 101 East First Street, Suite 300, Sanford, Florida, and schedule a presentence investigation not later than the first business day following the entry of my plea.

(2) I must obey the order of the court requiring me to undergo drug or alcohol screening or for other evaluation if such an order has been made in my case.

(3) I must appear on time for all appointments with the assigned probation officer and not be under the influence of any illegal drugs or alcohol.

(4) I must appear in court on time for sentencing and not be under the influence of any illegal drugs or alcohol.

I realize that this agreement is subject to being accepted or rejected by the Judge at sentencing and if it is rejected for any reason other than for a breach of this agreement, I may withdraw my plea and go to trial.

I acknowledge receipt of a copy of the notice for my sentencing date. I understand and agree that if I fail to comply with any of the conditions set forth above I will have breached my plea agreement. In that event, I will not be allowed to withdraw my plea and the Judge may sentence me to any sentence authorized by law for the offense(s) to which I have pled.

_____
Defendant
Date of birth: 2-29-76  Age 22

SWORN TO, SIGNED AND FILED IN OPEN COURT, IN MY PRESENCE AND ACCEPTED BY ME THIS 2nd DAY OF July , 1996 .

_____
CIRCUIT JUDGE

## CERTIFICATE OF DEFENSE ATTORNEY

I certify that I have fully discussed this case and this plea agreement with the defendant including the nature of the charges, their elements, the evidence of which I am aware, any possible defenses, the maximum and minimum penalties which may be imposed, the probable guideline range and the defendant's right to appeal.

_____
Counsel for Defendant
Bar Number 010125

## CERTIFICATE OF PROSECUTION

I accept and recommend to the court the terms of this agreement.

_____
Assistant State Attorney

Sentencing Date_____        Rev. 7/96

Z-007

A-000199

ST 08/11/98

IN THE CIRCUIT COU' ) OF THE EIGHTEENTH JUDICI' )CIRCUIT,
IN AND .JR SEMINOLE COUNTY, FLORID, /

_United Bail_
_8D#788883_

_____ RETRIAL      CASE NO. M98-000366CFA
_____ RESENTENCING
_____ PROBATION VIOLATOR      OBTS# 5901001810
_____ COMMUNITY CONTROL VIOLATOR
_____ DRUG OFFENDER VIOLATOR      COURT REPORTER _Harrison_

STATE OF FLORIDA        **MINUTES, JUDGMENT AND SENTENCE**
VS.

CECIL ASTOR HARPER
DEFENDANT

COURT WAS OPENED WITH THE HONORABLE JUDGE KENNETH R LESTER JR

PRESIDING, AND IN ATTENDANCE: ASSISTANT STATE ATTORNEY _Horan_ ;

COURT CLERK D. GUESS.

THE DEFENDANT, CECIL ASTOR HARPER, BEING PERSONALLY BEFORE

THIS COURT REPRESENTED BY _Lummies_ , ATTORNEY OF RECORD

AND HAVING: ENTERED A PLEA OF NOLO CONTENDERE    7/02/98

| COUNT | CRIME/STATUTE NUMBER(S) | DEGREE OF CRIME |
|-------|-------------------------|-----------------|
| ● | AGGRAVATED BATTERY   784.045(1)(A) 775.087(1) | F—I |

98 AUG 11 PH 12: 11
BY SEMINOLE CO. FLA. D.C.

( ) **REVOKED PROBATION/COMMUNITY CONTROL**
( ) **CONFIRMED** PRIOR ADJUDICATION OF GUILT
( ) **ADJUDICATED GUILTY:** AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD NOT BE ADJUDICATED GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY ADJUDICATED GUILTY OF THE ABOVE CRIME(S).
(✓) **ADJUDICATION WITHHELD:** IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD OF THE ABOVE CRIME(S)
( ) AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR OFFENSES RELATING TO **SEXUAL BATTERY** (CH. 794) OR **LEWD OR LASCIVIOUS CONDUCT** (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD SPECIMENS.

DISTRIBUTION: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
PINK-PROBATION & PAROLE; GOLDENROD-DEFENSE ATTORNEY
___ DEPT OF CORRECTIONS(2) ___ SENTENCING GUIDELINES COMMISSION

3800

R. K. Z-0080

PAGE 1 OF
A-000200

State of Florida                    )

vs.

DEFENDANT *Cecil A. Harper*    CASE NO. *98-366-CFA*    OBTS#_____

## SENTENCE
### (As to Count _____)

IT IS THE SENTENCE OF THE LAW:

( )   The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5% surcharge required by F.S. 960.25.

(✓)   The Defendant is hereby committed to the custody of the Department of Corrections.

( )   The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )   The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

TO BE IMPRISONED (check one; unmarked sections are inapplicable)

( )   For a term of Natural Life.

(✓)   For a term of ___*48 months*_____

( ✓)   The SENTENCE IS SUSPENDED for a period of *7 years probation* subject to conditions set forth in this Order.

( )   Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( )   However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

JAIL CREDIT    ( )   It is further ordered that the Defendant shall be allowed a total of _____ days credit for time incarcerated before imposition of this sentence.

PRISON CREDIT    ( )   It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

CONSECUTIVE/ CONCURRENT AS TO OTHER COUNTS    ( )   It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with the sentence set forth in Count _____.

PREVIOUS CREDIT    ( )   Defendant is allowed credit for _____days county jail credit served between date of arrest as a violator and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number_____.

Page _____ of _____

CRj0793.021

Z-009

A-000201

IN THE COUNTY COURT OF THE EIGHTEENTH JUDICIAL COURT,
AND FOR SEMINOLE COUNTY, FLORIDA.

STATE OF FLORIDA                                          CASE NO.: M98000366CF,

        VS                                               SSN : 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

HARPER        CECIL ASTOR

157 IVY LANE APT A
KISSIMMEE   , FL  34742-0000

## ORDER OF JUDGMENT/FINE/COSTS/RESTITUTION

THE DEFENDANT IS ORDERED TO PAY THE FOLLOWING SUMS IF CHECKED :

( ) $200.00/$_____ PURSUANT TO F.S. 27.3455, $50.00 TO F.S. 960.20,
$3.00 AND $2.00 PURSUANT TO F.S. 943.25.

( ) A FINE OF $_____, PLUS $_____ AS THE 5% SURCHARGE REQUIRED BY
F.S. 960.25

( ) COURT COSTS OF $25.00/$5.00/$_____.

( ) $_____ PURSUANT TO F.S. 939.01 (PROSECUTION/INVESTIGATIVE COSTS).

(✓) OTHER: $40 public defender application fee

(✓) THE COURT FURTHER ORDERS THAT THE BOARD OF COUNTY COMMISSIONERS, 1101
FIRST STREET, SANFORD, FLORIDA 32771, PAYABLE THROUGH THE CLERK OF THE
COURT, RECOVER FROM THE DEFENDANT THE ABOVE COSTS OF $40.00 FOR
WHICH LET EXECUTION ISSUE. THIS JUDGMENT SHALL BEAR INTEREST AT THE RATE
OF 10% PER ANNUM PURSUANT TO CHAPTER 55.03, FLORIDA STATUES.

( ) COURT FURTHER ORDERS THAT THE ABOVE COST BE PAYABLE TO THE CLERK OF THE
COURT WITHIN _____.

( ) THE COURT WAIVED STATUTORY COSTS.

( ) $_____ FOR THE SERVICES OF THE _____ PUBLIC DEFENDER.

( ) THE DEFENDANT WAS ADVISED OF HIS RIGHT TO APPEAL FROM THIS JUDGMENT BY FILING
NOTICE OF APPEAL WITH THE CLERK OF THE COURT WITHIN 30 DAYS FOLLOWING THE DATE
SENTENCE IS IMPOSED OR PROBATION IS ORDERED PURSUANT TO THIS ADJUDICATION, TH
DEFENDANT WAS ALSO ADVISED OF HIS RIGHT TO THE ASSISTANCE OF COUNSEL IN TAKIN
SAID APPEAL AT THE EXPENSE OF THE STATE UPON SHOWING OF INDIGENCY.
( ) THE COURT APPOINTED THE PUBLIC DEFENDER FOR APPEAL PURPOSES.

DONE AND ORDERED IN OPEN COURT AT SANFORD, SEMINOLE COUNTY FLORIDA,
THIS 11TH DAY OF August , 198.

                                              CIRCUIT JUDGE

                              PAGE _____ OF _____

CRDD295.021

Z-010

A-000202

State of Florida
vs.
DEFENDANT Cecil A. Hopper           CASE NO. 98-366 CFA       OBTS#_____

It is further ordered that the Defendant shall comply with the following
STANDARD CONDITIONS AND SANCTIONS OF PROBATION/COMMUNITY CONTROL.

(1)   Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form
      provided for that purpose.

(2)   You will pay the State of Florida $50.00/$ _WAIVED_ dollars per month plus any other statutory surcharge toward the
      cost of your supervision, unless otherwise waived in compliance with Florida Statutes.

(3)   You will not change your residence or employment or leave the county of your residence without first procuring the consent of
      your Probation Officer or Community Control Officer.

(4)   You will not possess, carry or own any firearms. You will not possess, carry or own any weapons without first procuring the
      consent of your community control or probation officer.

(5)   You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute a
      violation of your Probation.

(6)   You will not associate with any person engaged in any criminal activity.

(7)   You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit
      places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed, or used.

(8)   You will work diligently at a lawful occupation, advise your employer of your Probation or Community Control status, and
      support any other dependents to the best of your ability, as directed by your Probation or Community Control Officer.

(9)   You will promptly and truthfully answer all inquiries directed to you by the Court or any Probation or Community Control
      Officer, and allow your Officer to visit in your home, at your employment site or elsewhere, and you will comply with all
      instructions your officer may give you.

(10)  You will report in person within 72 hours of/_____ your release from confinement to the Probation and Parole
      Office in Seminole County, Florida, unless otherwise instructed by your Probation or Community Control Officer.

(11)  You will submit to urinalysis, breathalyzer, or blood test at any time requested by your Probation or Community Control Officer,
      or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs,
      or controlled substances. You shall be required to pay for such tests unless payment is waived by your officer.

(12)  You will attend an HIV/AIDS awareness program consisting of a class of not less than 2 hours or more than 4 hours in length,
      the cost for which shall be paid by the offender.

If the Defendant is placed on DRUG OFFENDER PROBATION, it is further
ordered the following conditions of DRUG OFFENDER PROBATION apply:

(13)  You will remain confined to your approved place of residence for one half hour before and after your approved employment,
      public service, or other special activities approved by your Probation Officer.

(14)  You will submit to any of the tests set forth in Condition (11) at least monthly.

Page _____ of _____

CRe0298.021

Z-011

A-000203

State of Florida
vs.
DEFENDANT _Cyril A. Halpel_  CASE NO. _98-366-CFA_  OBTS#_____

It is further ordered that the Defendant comply with the following SPECIAL
CONDITIONS OF COMMUNITY CONTROL/PROBATION that have been checked below:

a.  You will pay the following sums to the Clerk of the Court, P.O. Box 850, Sanford, Florida 32772;
    (✓) (1) Pursuant to Sec. 960.20, F.S., the sum of $50.00 for the Crimes Compensation Trust Fund.
    (✓) (2) Pursuant to Sec. 943.25, F.S., the sum of $3.00 for the Criminal Justice Training Trust Fund.
    (✓) (3) Pursuant to Sec. 943.25, F.S., the sum of $2.00 for Criminal Justice Education by Municipalities & Counties.
    (✓) (4) Additional court costs of $200.00/$50.00, Sec. 27.3455, F.S., to be paid as directed by your Probation or Community Control Officer. At the rate of $_____ per month, beg_____.
    ( ) (5) Fine/Court Costs: $_____ plus $_____ as the 5% surcharge required by F.S. 960.25.
    ( ) (6) Investigative Costs in the amount of $_____ payable through the Clerk of the Court for payment to_____.

b.  ( ) You will pay the following sum to the Board of County Commissioners, Seminole County, Attn: County Finance, P.O. Drawer Q, 1101 E. 1st Street, Sanford, Florida 32772-0869:
$_____ for the services of the Public Defender in this case, F.S. 27.56, to be paid as directed by your Community Control or Probation Officer.

c.  (✓) You will pay restitution:
    (✓) per attached schedule.
    ( ) According to a schedule to be established at a subsequent hearing.
    ( ) According to a schedule to be agreed upon with your Probation Supervisor. (The Court will hold a hearing to determine the amount if agreement cannot be reached.)
    ( ) (Other): _____
_____
_____
_____

    ( ) Due to the financial resources of the defendant, restitution of a portion of the damages is ordered.

( )  Restitution is not ordered
    ( ) as it is not applicable.
    ( ) due to the financial resources of the defendant.
    ( ) due to _____

d.  ( ) You will obtain a General Equivalency Diploma. (G.E.D.) or regular high school diploma as directed by your Probation or Community Control Officer.

e.  ( ) You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your Probation or Community Control Officer.

f.  ( ) You will undergo mental health screening. If deemed necessary, undergo mental health counseling as directed by your Probation or Community Control Officer, and you must successfully complete the treatment.

g.  ( ) You will undergo psychiatric treatment or mental health counseling at or with _____
_____, or other mental health professional approved by your Probation or Community Control Officer, keeping all scheduled appointments, until such time as the person in charge of the treatment and your Probation or Community Control Officer determine that treatment is no longer necessary.

h.  ( ) You will undergo drug or alcohol screening as directed by your Probation or Community Control Officer to determine if you need treatment for drug or alcohol abuse. If treatment is deemed necessary, you must successfully complete the treatment.

i.  ( ) You will pay $_____ to TASC, The Grove Counseling Center, Inc., P.O. Box 4035, Winter Springs, FL 32708.
    ( ) within _____ days.
    ( ) as directed by your Community Control or Probation Officer.

j.  ( ) You will immediately enroll or continue to attend and successfully complete the following drug or alcohol rehabilitation program, including any after care: _____
_____, the rules and regulations of which are hereby made conditions of your Probation or Community Control.
    ( ) To remain in custody pending placement at facility.

k.  ( ) As directed by your Probation or Community Control Officer, you will enroll in, regularly attend, and successfully complete such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including, but not limited to, alcohol and drug treatment and counseling, mental health counseling, vocational and educational courses and rehabilitation programs, and evaluation and therapy.

l.  ( ) Enroll and successfully complete the Life Skills Program sponsored by the Department of Corrections.

Page _____ of _____

Z-012

CRg0497.021

State of Florida                    )                              )
vs.
DEFENDANT _Cecil A. Harper_    CASE NO. _98·366-CFA_    OBTS#_____

m.    ( )    You will enroll and successfully complete a counseling program for persons who have been abusive to their parents or partners.

n.    ( )    You will not possess any stolen property.

o.    ( )    You will not use nor possess marijuana, cocaine, or controlled substances of any kind (except upon prescription of a duly licensed medical doctor), nor associate with persons illegally possessing controlled substances, nor be in areas where controlled substances are illegally sold or used. You will possess no controlled substance paraphernalia; that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

p.    ( )    You shall not enter any bar or liquor lounge without the permission of your Probation or Community Control Officer.

q.    (✓)   You will not consume nor possess any alcohol; _Complete any counselling Probation deems Necessary._

r.    ( )    The Court retains custody over your person and authorizes any Probation or Community Control Officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

s.    (✓)   You will have no contact with the following person(s): _Victim_____
_____either personally, by telephone, in writing, or by messages delivered by others or otherwise.

t.    ( )    You will not enter or go upon the premises of _____
_____nor come within a _____ radius thereof.

u.    ( )    As directed by your Probation or Community Control Officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity, at the rate of _____ hours per month.

v.    ( )    You will serve _____ days in the Seminole County Jail with credit for _____ days;
( ) And shall be released upon successful completion of TASC Cell Drug Rehabilitation Program.

w.    ( )    In addition to time previously served, you will serve _____ weekends in the Seminole County Jail as attached.

x.    ( )    Defendant is not authorized to participate in the Alternative Community Service Program.

y.    ( )    If you are permitted to leave the jurisdiction of the Court for any reason, you must voluntarily return for any scheduled court proceedings.

z.    ( )    If you are a student you will obtain or diligently seek part-time employment.

aa.   ( )    Your driving privileges are _____

bb.   ( )    You will not operate a motor vehicle while your driving privileges are suspended or revoked.

cc.   ( )    You will not maintain a checking account or have check writing authority on any other account.

dd.   ( )    You will enroll and successfully complete the worthless check diversion/victim awareness program sponsored by the State Attorney's Office.

ee.   (✓)   Letter of Apology to: _Victim_____

to be written within _30_ days to be sent through the Department of Corrections.
( ) Your Probation or Community Control Officer will send a copy to the judge.

ff.   ( )    Probation may be terminated early, if all conditions met, upon request of probation officer.

gg.   (✓)   You will enroll and successfully complete an anger management class.

hh.   (✓)   _No objection to transfer of probation to Osceola Co_
_____

CRh0497.021

Page _____ of _____

Z-013

A-000205

State of Florida
vs.
DEFENDANT _Gail Asbe Harper_   CASE NO. _98-366 CFA_

**Consecutive/Concurrent**
(As to other convictions)

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run [ ] consecutive to [ ] concurrent [ ] conterminous [ ] non-conterminous with the following:

( ) Any active sentence being served.

( ) Specific sentences: _____

_____

_____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department together with a copy of this Judgment and Sentence and any other documents specified by Florida Statute.

(✓) The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

( ) Court appointed the Public Defender for appeal purposes.

In imposing the above sentence, the Court further recommends _____

_____

_____

_____

_____

( ) Restitution not ordered.

DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _17TH_ day of _August_, 19_98_.

_____
JUDGE

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me. I will, within 72 hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

DATE:_____   _____
PROBATIONER/COMMUNITY CONTROLEE

INSTRUCTED BY:_____

Page _____ of _____

CRk0793.021

A-000206

Z-014

State of Florida
vs..
DEFENDANT _Cecil Harper_   CASE NO. _M98 - 266 ct7_ OBTS# _____

## RESTITUTION SCHEDULE

The Defendant is ordered to pay the following restitution amount(s).  The payment schedule shall be agreed upon by the Defendant and the Probation Officer.  The Court will set the restitution schedule if there is no agreement.

Payments shall be made payable to the victim(s) as listed below in the priority as listed, but shall be mailed to the Probation and Parole Services Office,  101 E. 1st Street, Suite 300, Sanford, Florida, 32771.

Payments shall be in the form of a cashier's check, certified check, or money order.  No personal checks shall be permitted.

1. _1258.99_ TO: _Claude Timogene_
   ADDRESS: _2933 Cottageville St._
   _Deltona, Fl. 32738_

2. _____ TO: _____
   ADDRESS: _____

3. _____ TO: _____
   ADDRESS: _____

4. _____ TO: _____
   ADDRESS: _____

5. _____ TO: _____
   ADDRESS: _____

6. _____ TO: _____
   ADDRESS: _____

7. _____ TO: _____
   ADDRESS: _____

Page _____ of _____

CRm0793.021

Z-015

A-000207

**OSCEOLA COUNTY SHERIFF'S OFFICE**

07 CR19SS B 149029

Page 1 of ___

**Charging Affidavit**

☑ Arrest    ☐ FSAO

| | |
|---|---|
| Location of Defendant's Vehicle: FFUDS | Date/Time Booked: 6-5-09   Case Number: 07I054866 |

| | | | | | |
|---|---|---|---|---|---|
| Arrested. | Yes ☑ No ☐ | FCIC/NCIC Check? Yes ☑ No ☐ | Date Arrested (MM/DD/YY): 06-05-07 | Time of Arrest: 2135 | |
| Address of Arrest | ▓▓▓▓▓▓ | | Zone: 6 | Total Bond Set At $ 7,500.00 | |

**DEFENDANT**   Juvenile - ☐ | #

| | | | |
|---|---|---|---|
| NAME (L,F,M): HARPER, CECIL A. | Race: B | Sex: M | DOB ▓▓ |
| Address: ▓▓▓▓▓ | | | |
| City: ORLANDO | State: FL | Zip: 32837 | Home Phone ▓▓ |

| | | | | | |
|---|---|---|---|---|---|
| Height: 5-11 | Weight: 245 | Hair: BLK | Eyes: BRO | Scars/Marks/Tattoos: LT ARM "DAWN" | POB (City, State, Country): TRINIDAD |
| Business & Occupation: | | | | A.K.A.: NONE | |
| Bus / Address School: | | | | | |
| City: | | State: | Zip: | Bus. Phone: | |
| Driver's Lic / State ID No: H616-101-76-069-0 | | State: FL | Year Expires: 2008 | ▓▓▓ | |

**CHARGES**   FELONY ☑   MISD ☐   ORD ☐   TRAFFIC ☐   Court Location: OSCEOLA   DOMESTIC VIOLENCE? Yes ☐ No ☑

| | Charge | FSS/ORD | Citation No |
|---|---|---|---|
| #1 | Charge: POSS OF COCAINE W/ INTENT TO SELL | FSS/ORD: 893.13 (1A1) | Citation No |
| #2 | Charge: | FSS/ORD: | Citation No |
| #3 | Charge: | FSS/ORD: | Citation No |

**CO-DEFENDANT**   Co-Def #1 Arrested? Y☐ N☐ Fel☐ Misd☐ Traf☐ Ord☐ NTA☐   Co-Def #2 Arrested? Y☐ N☐ Fel☐ Misd☐ Traf☐ Ord☐ NTA☐

| | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| #1 | NAME (L,F,M) | | | | |
| #2 | NAME (L,F,M) | | | | |

**NARRATIVE**   The undersigned has probable cause to believe the above-named defendant, on the __5th__ day of __JUNE__ __2007__, at approximately __8:55__ ☐ a.m. ☑ p.m. at __2626 N. BEAUMONT AVE__ (Zone: __6__) in Osceola County did:

COMMIT THE ABOVE OFFENSE.

SEE PAGE 2

STATE OF FLORIDA COUNTY OF ▓▓ that the above ▓▓▓ going is a true ▓▓▓ original filed in this ▓▓▓ ▓▓▓ Amando R▓▓▓ ▓▓rk of the Circuit C▓▓t

Dated ▓▓ ▓▓▓▓

| | | | |
|---|---|---|---|
| Next of Kin Name | Address | Phone | |
| DCF Notified? Yes ☐ No ☑ | Miranda Warning? Yes ☐ No ☑ By Whom? | Invoked? Yes ☐ No ☐ | |

| | |
|---|---|
| Sworn to and subscribed before me, this __05__ day of __JUNE__, __2007__ | I swear/affirm the above statements are correct and true |
| Notary Public ☐   Law Enforcement or Corrections Officer ☑ | OFFICER'S SIGNATURE ▓▓ 1538 |
| Personally Known ☐   Produced Identification ☐ | OFFICER'S SIGNATURE: RIVERA, B   OFFICER'S PRINTED NAME (L,F) |
| Type of Identification | Officer's Name Key: 1538   Officer's Bus. Phone No: 407-348-7022 |

**FOR CORRECTIONS USE ONLY**   OBTS: 4 9 0 1 1 0 7 8 1 5 4 1

Rev 0402 SO - 03 - 07

ORIGINAL

AA-001



**OSCEOLA COUNTY SHERIFF'S OFFICE**

Continuation of: ☒ Charging Affidavit  ☐ FSAO

| Defendant Name: | HARPER, CECIL | Case Number | 07I054866 | Page | 2 of 2 |
|---|---|---|---|---|---|

ON 06-05-07, I RESPONDED AS ROUTINE BACK-UP TO SERGEANT SETVIN, WHO CONDUCTED A TRAFFIC STOP ON A BLACK FORD MUSTANG, H03-PRD.

I MADE CONTACT WITH THE DRIVER, IDENTIFIED BY HIS FLORIDA DRIVERS LICENSE AS CECIL A. HARPER, 02-29-76. WHILE SPEAKING TO CECIL, I ASKED IF HE WOULD CONSENT TO A SEARCH OF HIS PERSON, TO WHICH HE AGREED. WHILE SEARCHING CECIL, I DISCOVERED A CLEAR PLASTIC BAG IN HIS LOWER LEFT POCKET, WHICH CONTAINED FOUR INDIVIDUAL BAGS CONTAINING APPROXIMATELY THE SAME AMOUNT OF WHITE POWDER. BASED ON MY TRAINING AND EXPERIENCE, I IMMEDIATELY RECOGNIZED THE WHITE POWDER TO BE COCAINE. A REAGENT FIELD TEST CONFIRMED THE PRESENCE OF COCAINE.

AT THAT TIME, CECIL WAS PLACED UNDER ARREST. A SEARCH OF CECIL'S VEHICLE, INCIDENT TO ARREST REVEALED A FIFTH BAG, WHICH ALSO CONTAINED COCAINE. I ALSO LOCATED A DIGITAL SCALE, WHICH IS COMMON FOR STREET LEVEL DRUG DEALERS TO WEIGH NARCOTICS. ALL FIVE BAGS CONTAINED APPROXIMATELY THE SAME AMOUNT OF COCAINE, AROUND 3.5 GRAMS. THE AVERAGE AMOUNT ASSOCIATED WITH PERSONAL CONSUMPTION OF COCAINE IS LESS THAN ONE GRAM. THE TOTAL WEIGHT POSSESSED BY CECIL WAS APPROXIMATELY 18 GRAMS. THE COCAINE WAS ENTERED INTO EVIDENCE AT THE OSCEOLA COUNTY SHERIFF'S OFFICE.

CECIL WAS INFORMED OF HIS MIRANDA RIGHTS WHICH HE STATED HE UNDERSTOOD AND WAIVED. CECIL STATED HE PURCHASED THE COCAINE FOR $240 AND INTENDED TO SELL THE COCAINE FOR PROFIT.

BASED ON THE AMOUNT OF COCAINE POSSESSED BY CECIL ALMONG WITH THE STYLE OF PACKAGING, DIGITAL SCALE AND POST MIRANDA STATEMENT OF ADMISSION TO PURCHASING AND INTENDING TO RESELL THE COCAINE, I FIND HE WAS IN VIOLATION OF F.S.S 893.13(1)A(1) – POSSESSION OF COCAINE WITH INTENT TO SELL AND/OR DELIVER.

CECIL WAS TRANSPORTED TO OSCEOLA COUNTY CORRECTIONS AND BOOKED ON THE ABOVE CHARGES.

| Sworn to and subscribed before me, this 05 day of JUNE 2007 | I swear/affirm the above statements are correct and true. |
|---|---|
| S. Ellis  S. Ellis  ID#916 | |
| Notary Public ☐  Law Enforcement or Corrections Officer ☒ | OFFICER'S SIGNATURE |  RADECKI, D  OFFICER'S PRINTED NAME (L,F) |
| Personally Known ☐  Produced Identification ☐ | | |
| Type of Identification _____ | Officers Name Key  1424 | Officer's Bus. Phone No. |

R-0402  SO-03-08

ORIGINAL

AA-002

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

vs.

CECIL A. HARPER

Defendant.

_____/

CASE NUMBER:   49-2007-CR-001955

ARREST DATE:   06/05/07

OFFICER:   Brandon Rivera

AGENCY/NUMBER:   OSSO, 07I054866

DATE:   December 5, 2007

CHARGE(S):   1.   POSS. OF COCAINE W/INTENT TO SELL/DELIVER

## NO INFORMATION NOTICE

COMES NOW the State of Florida, by and through the undersigned Assistant State Attorney and states that:

1.   From the investigation which has been made, it is the opinion of the writer that this case is not suitable for prosecution.

2.   This action is taken to clear the records and to release subject's bond if any has been posted responsive to the above charge(s). If in custody, defendant should be released

PROVIDED THERE ARE NO OTHER CHARGES OR HOLDS AGAINST HIM.

Lawson Lamar, State Attorney
Ninth Judicial Circuit of Florida

By: _____
William Beemer, Jr.
Assistant State Attorney
Florida Bar No. # 459097
2 Courthouse Square
Suite 3500
Kissimmee, FL 34741
(407)742-5229

FILED IN OFFICE
CLERK COUNTY COURT
OSCEOLA CO. FL

2007 DEC 5  P 1: 15

LARRY WHALEY
CLERK CIRCUIT COURT

OC:0 CJ
· Bndclerk
atty Cranson

Is the Defendant in Jail:   **no**

AA-003

A-000210

EST _____

VAC _____

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

DATE 8/25/99   CASE NO. 99-4970 CF10   ARREST NO. BS99-5994   ROR/IC/SURETY
SUMMONS/CASH BOND _____   AGENCY _____

DEFENDANT Robert R Ries   AKA _____

## COURT STATUS

☐ MAGISTRATE   ☐ TRIAL   ☐ CHANGE OF PLEA
☐ ARRAIGNMENT   ☐ JURY   ☐ PLED GUILTY
☐ SENTENCING   ☐ COURT   ☐ PLED NOLO
☐ PSI   ☐ 1ST.V.O. _____
☐ PDR   ☐ FINAL V.O. _____

☐ _____ TRUST FUND / HOURS COMM. SERVICE
☐ ADJ. GUILTY _____ VC _____ ASSESSMENT EACH COUNT
☐ WITHHELD _____ VC EACH COUNT
☐ NOLLE PROSEQUI   ☐ DISMISSED   ☐ ACQUITTED
☐ PUBLIC DEFENDER FEE   ☐ PUBLIC DEFENDER ASSESSMENT

CHARGE(S) I. Poss of Cocaine

| COUNT | | DUI USE ONLY | |
|---|---|---|---|
| | | PROBATION WITH SPECIAL CONDITIONS | |
| FINE | CC | 5% | VC |
| CJC | EMTF | CDC | SN1 |
| DUI SCHOOL | | EVALUATION | |
| LICENSE SUSP. | | DAYS IMMOBILIZATION | WORK PERMIT |
| COMMUNITY SERVICE HOURS | | | |

SENTENCE: Defense Motion to Modify Probation Granted

c/o/s reduced to $50-Month

| COUNT(S) | | TIME SERVED | | | DAYS | |
|---|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| | PLUS $ | DEFERRAL FEE TO: | | | | |

/S/ Rothschild
DISP 4   5/97   JUDGE

BY _____
(DEPUTY CLERK)
FILE COPY

BB-001

A-000211

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

EST _____

VAC _____

DATE 6/21/99   CASE NO. 99004970CF10A   ARREST NO. BS99005994   ROR/C/SURETY SUMMONS/CASH BOND Kevin S   AGENCY BCB

DEFENDANT: ROBERT R RIES   AKA _____

## COURT STATUS

| | | |
|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☒ CHANGE OF PLEA |
| ☐ ARRAIGNMENT | ☐ JURY | ☐ PLED GUILTY |
| ☐ SENTENCING | ☐ COURT | ☒ PLED NOLO |
| ☐ PSI | ☐ 1ST.V.O. | |
| ☐ PDR | ☐ FINAL V.O. | |

☒ ADJ. GUILTY I, II   50   VC 5   200 TRUST FUND / HOURS COMM. SERVIC
ASSESSMENT COUN
☐ WITHHELD _____ VC EACH COUNT 50 SN i   oil
☐ NOLLE PROSEQUI   ☐ DISMISSED   ☐ ACQUITTE
☐ PUBLIC DEFENDER FEE   ☐ PUBLIC DEFENDER ASSESSMENT

GE(S) 001 POSSESSION OF COCAINE
002 POSS/DRUG PARAPHERNALIA

| COUNT | DUI USE ONLY | | |
|---|---|---|---|
| | PROBATION WITH SPECIAL CONDITIONS | | |
| FINE | CC | 5% | VC |
| CJC | EMTF | CDC | SN1 |
| DUI SCHOOL | | EVALUATION | |
| LICENSE SUSP. | | DAYS IMMOBILIZATION | WORK PERMIT |
| COMMUNITY SERVICE HOURS | | | |

SENTENCE: I 3 YR D.O. ~~Dept of Corrections~~ Probation conc W/99-9832CF/A
20 Days Bro-Co. Jail W/C 52 Days TS
2 YR DL Susp w/work permit.
Recommend work release

Felony cases are to run concurrent with any
sentence imposed by Judge Robinson relative to DUI

| COUNT(S) | II | TIME SERVED | 52 | DAYS | | |
|---|---|---|---|---|---|---|
| $ FINE | COURT COST | 5% | V.C. | CJC | SN1 | |
| $ FINE | COURT COST | 5% | V.C. | CJC | SN1 | |
| $ FINE | COURT COST | 5% | V.C. | CJC | SN1 | |
| $ FINE | ' COURT COST | 5% | V.C. | CJC | SN1 | |

conc W/99-9832CF10A

PLUS $   DEFERRAL FEE TO:

/S/ RONALD J ROTHSCHILD   BY D Rowland

DISP 4   5/97   JUDGE

FILE COPY   (DEPUTY CLERK)

BB-002

A-000212

| 17th Judicial Circuit in and for Broward County | INSTR # 99445646 |
|---|---|
| DIVISION: CRIMINAL | OR BK 29708 PG 0813 |

# JUDGEMENT   DIV: FK

RECORDED 07/29/99 04:20 PM
COMMISSION
BROWARD COUNTY
DEPUTY CLERK 1910

THE STATE OF FLORIDA VS. Robert R. Ries

**CASE NUMBER**

**DEFENDANT** 99-4970   CF10A

☐ PROBATION VIOLATOR
(Check if Applicable)

STATE ATTORNEY Alexia Joannou
COURT REPORTER Mary Slavik

The Defendant, Robert R. Ries _____ being personally before this Court
represented by: Sam Fields _____, his attorney of record, and having:
(Check Applicable Provision)

☐ Been tried and found guilty of the following crimes(s).

☐ Entered a plea of guilty to the following crime(s).

☒ Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Poss of Cocaine | 893.032A4 | 3F | |
| II | Pass Drug Para | 893.1471 | 1M | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00) pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

(Check if Applicable)

☐ The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).

☐ The Court hereby imposed additional court costs in the sum of $_____.

Stayed and Withheld Imposition of Sentence ☒ The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of 3 YRS D.O. Probation under the supervision of the Department of Corrections (condition of probation set forth in separate order.)

Sentence Deferred Until Later Date (Check if Applicable) ☐ The Court hereby defers imposition of sentence until _____ (Date)

☒ Pay $200.00 Trust Fund pursuant to F.S. 27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) II : 52 DAYS BROWARD COUNTY JAIL W/CREDIT FOR 52 DAYS TIMES SERVED

FORM ICC11

PAGE 1 OF 2

BB-003

A-000213

| DIVISION CRIMINAL FK | [ ] ADJUDICATION WITHHELD [X] ADJUDICATED GUILTY | CASE NUMBER OR BK 29708 PG 0814 99-4970 CF10A |

SOCIAL SECURITY NUMBER ▓▓▓▓▓▓▓

## FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
|  |  |  |  |  |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|  |  |  |  |  |

Fingerprints taken by:

N. Berke    9/21 _____ Court Deputy

Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this 21ˢᵗ day of June A.D., 19 99 . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant _____ Robert Pein and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE RONALD J. ROTHSCHILD

FORM 390920
REVISED 994                    PAGE 2 OF 2

BB-004

A-000214

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

CASE#: 99-4970 CF          DIVISION: FK

STATE OF FLORIDA                                    **ORDERS OF SUPERVISION**

VS.

Robert R. Reis

DEFENDANT

Filed in Open Court.
ROBERT E. LOCKWOOD,
CLERK
JUN 21 1999
ON

_____ PROBATION
_✓_ DRUG OFFENDER PROBATION (see addendum)
_____ SEX OFFENDER PROBATION (see addendum)
_____ COMMUNITY CONTROL (see addendum)
_____ ADMINISTRATIVE PROB
_____ FOLLOWED BY _____ PROB __ DOP

THE DEFENDANT HAVING:

a. entered a plea of guilty/nolo contendere
b. been found guilty of:
c. prior probation is hereby revoked:

Counts: I. Poss. of Cocaine

[ II. Poss. Drug PARA.

[ _____

THE COURT HEREBY:

d. _✓_ adjudges you guilty of count(s) I.  _____ .
e. _____ withholds adjudication of guilt for count (s) _____ :
IT IS ORDERED AND ADJUDGED THAT, SUBJECT TO THE LAWS OF THIS STATE:
f. _✓_ you are hereby placed on __DOP__ for a period of _3 yrs._ .
g. Followed by _____ for a period of: _____ to be
supervised by the Department of Corrections.
h. _____ (split sentence) you shall be confined in:
    the custody of the Sheriff of Broward county for a period of: _____ .
    the custody of the Department of Corrections for a period of: _____
after which you shall be placed on _____ for a period of _____
to commence upon release.
i. _____ (Administrative Probation) as defined in Ch.948.001 F.S., After payment of a $50.00 processing fee plus a 4%
surcharge, all conditions, except (J)(4) will be deleted.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, CONDITIONS:

j. _✓_ you must report in person, immediately or on the next working day after release from confinement, to the
Probation Office located at _17-A    Lauderhill, Fl._ as directed.
k. _✓_ you shall not do any of the following:
    1. you will not change your residence or employment or leave the county of your residence without first
       procuring the consent of your officer.
    2. you will not possess, own, or carry any firearm, or weapon.
    3. associate with any person engaged in criminal activity.
    4. violate any law of any city, county, state or the United States (a conviction in a court of law is not
       necessary for you to be found in violation).
    5. you will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a
       physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are
       unlawfully, sold, dispensed, or used.
l. _✓_ you must do each of the following:
    1. not later than the fifth day of each month, unless otherwise directed  you will make a full and truthful
       report to your officer on the form provided for that purpose.

**BB-005**

A-000215

DEFENDANT  Robert R. Rie                    CASE #  99-497  :F

IT IS FURTHER ORDERED THAT YOU SHALL COMPLY WITH THE FOLLOWING CONDITIONS OF SUPERVISION:

_____ I. COMMUNITY CONTROL STANDARD CONDITIONS:

(a) you will remain confined to your residence except one half hour before and after your approved employment, community service work, or any other activities approved by your officer.

(b) You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Supervising Officer upon request.

(c) The Department of Corrections, may at its discretion, place you on Electronic Monitoring during the term of your Community Control. If placed on Electronic Monitoring, you will wear a monitor at all times. You will maintain a private phone line, be financially responsible for any lost or damaged equipment and follow all rules and regulations as instructed. The telephone will be available within five working days of being placed on the Electronic Monitoring Program. While on electronic monitoring you will remain confined to your residence and are prohibited from being outside the residential walls.

(d) If while being monitored and the monitor is found to have been tampered with you shall be taken into custody immediately, if the officer determines that you were not at your scheduled place of work or school while allowed to be outside the residence then in that event you shall be taken into custody immediately. If taken into custody, you shall be held without bond and shall, on the next working day, brought before the Judge presiding over his or her case for further disposition at the discretion of the presiding Judge.

(e) If placed on Electronic Monitoring you will pay to the State of Florida, for the cost of Electronic Monitoring, $1.00 per day, per F.S. 948.09.

Ψ II. DRUG OFFENDER PROBATION STANDARD CONDITIONS:

(a) You will submit to and, unless otherwise waived, be financially responsible for drug testing, urinalysis at lease on a monthly basis, and counseling if deemed appropriate by your supervising officer.

(b) You will enter and successfully complete a Non-secure or inpatient drug treatment program if deemed appropriate by your Officer.

(c) You will comply with any curfew restrictions, confinement approved residence, or travel restrictions as instructed by your Officer and approved by the Officer's Supervisor.

_____ III. SEX OFFENDER STANDARD CONDITIONS:

(a) _____ you shall submit to a mandatory curfew from 10:00 P.M. to 6:00 A.M.

(b) (if victim was under the age of 18 years) you shall not live within 1000 feet of a school, day care center, park, playground, or other place where children regularly congregate.

(c) you shall enter, actively participate in, and successfully complete a sex offender treatment program with a therapist particularly trained to treat sex offenders, at probationer's or community controllee's expense.

(d) you shall not have any contact with the victim, directly or indirectly, including through a third person, unless approved by the victim, the therapist, and sentencing court.

(e) (if victim was under the age of 18 years) you shall not, until you successfully attend and complete the sex offender program, have any unsupervised contact with a child under the age of 18 years, unless authorized by the sentencing court, without an adult present who is responsible for the child's welfare, and which adult has been advised of the crime and is approved by the sentencing court.

(f) (if victim was under the age of 18 years) you shall not work for pay or as a volunteer in any school, day care center, park, playground, or other place where children regularly congregate.

(g) unless otherwise indicated in the treatment plan provided by the sexual offender treatment program, you shall not view, own, or possess any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services that are relevant to your deviant behavior pattern.

(h) You shall submit two specimens of blood to the Florida Department of Law Enforcement to be registered with the DNA data bank.

(i) you shall make restitution to the victim, as ordered by this court pursuant to F.S. 775.089, for all necessary medical and related professional services relating to the physical, psychiatric, and psychological care of the victim.

(j) you shall submit to a warrantless search by your community control or probation officer of your person, residence, or vehicle.

BB-006

Defenda __Robert R. Rees__
Case# __99-4970 cf__

2. you will promptly and truthfully answer all inquiries directed to you by the court or officer, and allow your officer to visit you in your home, place of employment or elsewhere.
3. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized officer.
4. you will work diligently at a lawful occupation and advise your employer of your supervision status and support your dependent's to the best of your ability.
5. you will submit to random testing at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.
6. you will submit to a warrantless search to your person, residence and vehicle.
7. you will pay the sum of __163 12__ per month plus __4 °/ o__ surcharge towards the cost of supervision unless otherwise exempt pursuant to F.S. 948.09.
8. you will pay all court ordered monetary obligations through the Probation Office with money orders made payable to the Department of Corrections: a __4%__ surcharge will be assessed and the Department of Corrections will disperse the monies as follows:
   a) $ __50__ court costs SNT
   b) $ __50__ victim costs on counts
   c) $ __200__ "trust fund" or 50.3 hours of community service (F.S. 27.3455)
   d) $ __5__ assessment
   e) $ _____ drug testing fee
   f) $ _____ restitution payable to _____

I. YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:
__✗__ 1. spend __120__ in custody of Broward County Sheriff and comply with all rules of the institution in which you were placed with credit for days time served.
____ 2. enter and successfully complete the Broward Probation Restitution Center and comply with all rules and regulations thereof.
____ 3. spend _____ weekends beginning _____ in the custody of the Broward Sheriff's Office.
____ 4. you will attend and successfully complete the following rehabilitation program to be selected by your officer or the court. Further, you will abide by all rules and regulations of the program, attend all appointments, and follow all lawful instructions and recommendations of the director and staff:
   a) an inpatient/outpatient, _____ alcohol, _____ drug, _____ and or psychological program _____
   b) the defendant is to be held in the custody of until released to a representative of _____ or otherwise as directed by the officer or the court.
____ 5. not use or possess alcoholic beverages for any purpose.
____ 6. not drive or operate a motor vehicle except _____
____ 7. perform _____ hours of community service at a non-profit organization, as directed.
____ 8. you will not associate, communicate or have any contact with _____
____ 9. other: __2 yr DL suspension.   JT, Time served.__
   __conc. w/99-4832 cf__

THE COURT RESERVES THE RIGHT TO RESCIND, MODIFY, OR REVOKE SUPERVISION TO THE EXTENT PROVIDED BY LAW.
DONE AND ORDERED AT Fort Lauderdale, Broward County, Florida, this _____ day of _____ 19 _____.
Nunc Pro Tunc, _____ .

_____
Judge, Circuit Court

I have received a copy of the terms and conditions of my supervision. I have read and understand these conditions and agree to report to the Department of Corrections Probation Office for further instructions. Also, I hereby consent to the disclosure of my alcohol and drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, Part 11, for the duration of my supervision.

| _____ | __6-21-99__ | _____ |
| DEFENDANT | DATE | INSTRUCTED BY |

BB-007

DEFENDANT _Robert 2 Rios_          CASE # _C  _4970cf_

## SEX OFFENDER STANDARD CONDITIONS CONTINUED:

(k)   you shall, as part of a treatment program, participate once/twice annually in polygraph examinations to obtain information necessary for risk management and treatment and to reduce your denial mechanisms. Your polygraph examinations must be conducted by a polygrapher trained specifically in the use of a polygraph for monitoring sex offenders and it shall be paid by you. The results of the polygraph examinations shall not be used as evidence in court to prove that a violation of community supervision has occurred.

(l)   you shall maintain a driving log.

(m)   you shall not drive a motor vehicle while alone without prior approval of your supervising officer.

(n)   you shall not obtain or use a post office box without the prior approval of your supervising officer.

(o)   (if there was sexual contact) you shall submit to, at probationer's or community controllee's expense, an HIV test with the results to be released to the victim, _____ or the victim's parent or guardian _____ .

Other: _____

_____

_____

_____

_____

_____     6-21-99     _____
**Defendant**                  **Date**                      **Instructed by:**

Done and ordered at Fort Lauderdale, Broward County, Florida, this_____ day of_____ 19 _____ .
Nunc Pro Tunc, _____ .

_____
Judge, Circuit Court

BB-008

PHOTO

94-442(F4)
FL

**SHERIFF'S OFFICE**
**BROWARD CO., FL**

COURT COPY

| OBTS Number | Print Clearance | Name Search | Teletype |
|---|---|---|---|
| 0012074594 | | | 00/00/00 |

| Arrest Number | Offense Report Number | BCCN Number | Booking Sheet Control Date & Time |
|---|---|---|---|
| BS995994 | BS-99038747 | | 03/17/99  06:13 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| RIES | ROBERT | R | ▮▮▮▮▮ | Y | N |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes  No  N | |

| Street/Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./ City | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 604 | 235 | BLU | BRN | MED | 036 | ▮▮/62 | KINGS | NY | US |

Scars, Marks, Tatioos
TT ON RT ARM OR ROSE TT ON  OF JESUS CHRIST AND HEART W/CROSS AND ROSE

| Permanent Address | Bldg. | Apt. | City | St./City. | Yrs. | Mhs. |
|---|---|---|---|---|---|---|
| ▮▮ ▮▮▮ | ▮ | WEST | CORAL SPRINGS | FL. | 02 | 00 |

| Resident of Broward County? | Yrs. | Mhs. | Resident of Florida? | Yrs. | Mhs. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 05 | 00 | YES | 05 | 00 | ▮▮▮▮ | NO |

| GDH | Other Medical |
|---|---|
| YES | TBS |

| Employer | Occupation |
|---|---|
| BROWNING TREYZ MOVING AND STORAGE | MOVER |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | .00% | YES | | BS | 5700 DIXIE HWY |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 03/17/99 | 02:16 | MURLEY | S  7737 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 03/17/99 | 06:04 | DIXON | V BS8705 | | |

| Date | Charges | | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|---|
| 031799 | 001 | POSSESSION OF COCAINE | 3FY | D | 1000.00 |
| 031799 | 002 | POSSESSION DRUG PARA | 1MY | D  NC | |

BOOKING RMKS: WC/8316  29/8044

| Release Reason | | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|---|
| | | | | | |

| Arrest No. | Last Name | First | | Unattended Children? | |
|---|---|---|---|---|---|
| BS995994 | RIES | ROBERT | | | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Resist | Rabbit | Suic. | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/99 | 06:04 | M | N | ▮▮▮ | | | | | | | |

| Bin No. | P-Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 1088 | | | DRISCOLL'S |

| Currency $ | Language-msg: |
|---|---|
| 7.00 | DETAINEE SPEAKS ENGLISH |

**BB-009**

A-000219

BROWARD COUNTY ARREST NO. BS995994   SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY   OBTS. NO. _____

| FILING AGENT | OFFENSE ORT | LOCAL I.D. NO. | FI | FBI | SS NO. |
|---|---|---|---|---|---|
| BSO/DLE/Dist III | BS 99-03-8767 | | | | 047 |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| RIES, | ROBERT | P. | | N/A | |

| RC | SEX | HGT | EYES | HAIR | WGT | COMP | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT: Numerous TT | CITIZENSHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 6 04 | BLU | BROWN | 235 | | 36 | | NY | TT Jesus RT arm back | |

PERMANENT ADDRESS _____   LOCAL ADDRESS

CORAL SPRINGS, FL 33065

| RESIDENCE TYPE: | (1) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE | PLACE OF EMPLOYMENT Astro Moving & Storage | LENGTH |
|---|---|---|---|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY 5 YRS | BREATHALYZER BY/CCN N/A | READING N/A | PLACE OF ARREST 5700 Block Dixie Hwy | DATE/TIME ARRESTED 3-17-99/0916 | ARRESTING OFFICER(S) CCN Murley #7737 |
|---|---|---|---|---|---|

| OFFICER INJURED Y☐ N☒ | UNIT 7737 | ZONE 717 | BEAT | SHIFT 7A17 | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN Murley 7737 | PICK-UP TIME TIME ARRIVED AT BSO | DRUG TYPE C/P |
|---|---|---|---|---|---|---|---|---|

DEFENDANT'S VEHICLE MAKE DODGE   TYPE PU   YEAR 94   COLOR RED   VIN NO. 1B7HC16X1RS541348

VEHICLE TOWED TO DRISCOLL'S   TAG NO.   OTHER IDENTIFIERS OR REMARKS

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSS. COCAINE | | 893.13 |
| 2 | POSS. DRUG PARAPHERNALIA | | 893.147 |
| | | | |
| | | | |
| | | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared DEP. S. MURLEY 7737 who being first duly sworn deposes and says that on 17 day MARCH, 19 99 at 5700 BLOCK DIXIE HWY. (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

ABOVE SUBJECT WAS OBSERVED STANDING NEAR VEHICLE. DURING COURSE OF INVESTIGATION, SUBJECT BEGAN TO GIVE CONFLICTING STORIES OF HOW HE CAME TO BE IN THE AREA. CONSENT TO SEARCH VEHICLE WAS GIVEN. BAGGIE WITH COCAINE RESIDUE @ STRAINER FOUND. SUBJECT ALSO FOUND TO BE IN POSSESSION OF COCAINE.

I swear the above statement is correct and true to the best of my knowledge and belief.

OFFICER/AFFIANT'S SIGNATURE   OFFICER'S NAME/CCN DEP. S. MURLEY. 7737   OFFICER'S DIVISION D.L.E.

STATE OF Florida   COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 17 day of MARCH, 19 99, who is personally known to me or who has produced (ID Type) BSO as identification and who DID (DID OR DID NOT) take an oath.

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY

TITLE OR RANK/CCN BSO/Dep. Sharpf 5820 (SEAL OR STAMP)

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

FIRST APPEARANCE / ARREST FORM.
SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION.

Orig. - Court
2nd - State Atty.
3rd - Filing Agency
4th - Arresting Agency

BB-010

A-000220

99.4970CF10

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

THE STATE OF FLORIDA                          INFORMATION FOR

vs.

ROBERT R. RIES                                I. POSSESSION OF COCAINE
                                              II. POSSESSION OF DRUG
                                              PARAPHERNALIA (MISDEMEANOR)


IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that ROBERT R. RIES on the 17th day of March, A.D. 1999, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit:  Cocaine, contrary to F.S. 893.03(2)(a)4., and F.S. 893.13(6)(a),(L3),

### COUNT II

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that ROBERT R. RIES on the 17th day of March, A.D. 1999, in the County and State aforesaid, did unlawfully use or possess with intent to use, drug paraphernalia, to-wit: a strainer, to prepare, a controlled substance, contrary to F.S. 893.147(1),


SM/jlg/4/5/99

BB-011

A-000221

STATE OF FLORIDA vs.  ROBERT R. RIES  INFORMATION, Page 2
IDENTIFYING DATA
W/M, 5/23/62, ████████

COUNTY OF BROWARD
STATE OF FLORIDA

MARK A. HORN

Personally appeared before me _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn, certifies and says that testimony has been received under oath from the material witness or witnesses for the offense(s), and the allegations as set forth in the foregoing Information would constitute the offense(s) charged, and that this prosecution is instituted in good faith.

_____
Assistant State Attorney, 17th Judicial Circuit of Florida

SWORN TO AND SUBSCRIBED before me this 5 day of Apr, A.D. 1999.
ROBERT E. LOCKWOOD

Clerk of the Circuit Court, 17th Judicial Circuit,
Broward County, Florida

By _____
Deputy Clerk

4-26-99 Written plea

To the within Information, Defendant pleaded not guilty.

ROBERT E. LOCKWOOD

Clerk of the Circuit Court, 17th Judicial Circuit,
Broward County, Florida

By _____
Deputy Clerk

FELONY

BB-012

A-000222





FELONY

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

| STATE OF FLORIDA, | | Plaintiff | Case Number: 03012624CF10A | SAO Book No: DN04001267 |
|---|---|---|---|---|
| VS | | | Offense Report No: DN04090073504 | Offense Date: 07/30/2004 |
| ROBERT RUDOLPH RIES | | | BSO Arrest No: DN04001267 | Arrest Date: 07/30/2004 |
| | | Defendant | DOB: 0███/1962  Race[W] Sex[M] | BCCN: 0216847 |

TO THE CLERK OF THE ABOVE-STYLED COURT:

The State hereby announces the following actions to be taken on the charges involved in the above-captioned arrest/matter:

Action to be taken DECLINE CASE

| Count | Action | Short Description | Charge |
|---|---|---|---|
| | **NO INFO** | **893.03(1)B - 3/CF - POSS OF HEROIN** | |
| | CHRG PRESENTED | 893.13-6A(1B1) - 3/CF - POSSESSION OF HEROIN | 001 |
| | **NO INFO** | **893.147(1)A - 1/MM - DRUG PARA/POSS /USE** | |
| | CHRG PRESENTED | 893.147-I(1B) - 1/MM - POSSESSION OF DRUG PARAPHERNALIA | 002 |

Victim's Names

Special Instruction to the Clerk/Jail

04- 12624 CF   FP

Clerk Comments

Filed _____   Custody Status_____   Division_____

Arraignment _____

Dated 20 day of August, 2004

Michael J. Satz, State Attorney
By: GARY PERKINS/kc, ASA
Florida Bar No: 0389897
Phone: 954-831-6350

ROBERT RUDOLPH RIES
1011 SE SPINNAKER AV
PORT ST LU, FL 34983

DN04001267

CLERK'S COPY

Page 1 of 1

A-000223

CC-001



**Broward County Sheriff's Office**
**Ken Jenne , Sheriff**

# Booking Report

| CIS # | 590401267 | | BCCN # | 216847 | | | Booking Sheet Control Date and Time | | |
|---|---|---|---|---|---|---|---|---|---|
| OBTS | 609045734 | | Print Clearance | 7/30/2004 20:58:41  Prints  Yes | | | **07/30/04 22:07:15** | | |
| Arrest # | DN0401267 | | | Offense Report # dn04-07-3504 | | Agency DN | | | |

| Last Name First Middle | **RIES , ROBERT , RUDOLPH** | | | | | | SSN # | | |
|---|---|---|---|---|---|---|---|---|---|

| Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE | M | 604 | 235 | BLU | BLK | LGT | 42 | /1962 | KINGS CO | NY | 2142427 |

| Permanent Address | | | | | PORT. ST. LUCIE | FL 34983 | Months of Residence 72 |
|---|---|---|---|---|---|---|---|

Arrest Date  7/30/2004 20:00:00  Arresting Officer  HAWKINS          Place of Arrest 2440 SR 84          Badge Number 8402

Inmate Logged Date 7/30/2004 19:51:26 Inmate Log Type FULL INTAKE          Place Admitted MAIN

Intake Comments 29/54-8611 WC/11807 REC-11046

Alias Last name, First, Middle    RIES , ROBERT , R

Alias Last name, First, Middle    REIS , ROBERT , RUDOLPH

Scars,Marks,Tattoos:

| Tattoos | Arm, upper left | TATTOOS ON BOTH ARMS |
|---|---|---|
| Tattoos | Back | EAGLE AND TWO HEARTS |
| Tattoos | Leg, right | GIRL |

| Release Date/Time | Release Reason | Release Authorized By |
|---|---|---|

| Charge No. | Charge Initiation Date | Statute | Warrant/Caplas | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 07/30/2004 22:06 | 893.13-6a(1B11) | | 3F | Y | BOND | 1000 |

Charges POSSESSION OF HEROIN                    Comments

Booking Off. ID bs11013          County                              Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Caplas | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 2 | 07/30/2004 22:06 | 893.147-1(1B) | | 1M | Y | NO CHARGE | 0.. |

Charges POSSESSION OF DRUG PARAPHERNALIA          Comments

Booking Off. ID bs11013          County                              Judge

\* End of Report \*

CC-002

.A-000224

☐ COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTC

☐ ARREST FORM

BROWARD COUNTY
ARREST#                                                        OBTS#

| Filing Agency BSO | Offense Report DN04-07-3509 | LocalHD# | FDLE | FBI | SS# |
|---|---|---|---|---|---|

| Defendant's Last Name Ries | First Robert | Middle SUF Rudolph | | Alias/Street Name | Citizenship USA |
|---|---|---|---|---|---|

| Race W | Sex M | Hgt 604 | Wgt 240 | Hair Brn | Eyes Blue | Comp Light | Age | DOB | Birth Place Brooklyn, NY |
|---|---|---|---|---|---|---|---|---|---|

Scars, marks: Multiple both arms, leg, back

| Residence Type: (1) City (2) County (3) Florida (4) Out of State | Local Address: 3 | Place of Employment Beekin Van Lines | Length |
|---|---|---|---|

| How long defendant in Broward County: | Breathalyzer by /CCN | Reading | Place of arrest 2440 SE-84 | Date/Time arrested 07/30/04 2000 | Arresting Officer(s) CCN E.Hawkins 8402 |
|---|---|---|---|---|---|

| Officer injured: Y☐ N☒ | Unit 2C7 | Zone 206 | Beat | Shift C | Trans. Unit | PMD: Y☐ NO | Transporting Officer/CCN | Pick-up Time | Time Arrived/ BSO |
|---|---|---|---|---|---|---|---|---|---|

| TYPE / ACTIVITY: E, P | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of: | Y | N | UK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Alcohol Influence | ☐ | ☐ | ☒ |
| | | | | | | | Drug Influence | ☒ | ☐ | ☐ |

| Attach Defendant's | Defendant's Vehicle Make: | Type: | Year: | Color: | VIN# |
|---|---|---|---|---|---|
| Rec 11046 6954-8611 | Vehicle Towed to: | | Tag: lic 11807 |

Name of victim(s) (if corporation exact legal name and state of incorporation):
State of Florida

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | Poss of heroin | | 893.13.6 (1)(a)(1) |
| 2 | Poss of drug paraphernalia | | 893.147.1 (18) |

Probable Cause Affidavit

Before me this date personally appeared _Dep Eric Hawkins_ who being first duly sworn deposes and says that on _30_ day of _July_ (year) _2004_ at _2440 SE-84_ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows: on the above listed time and date, I responded to the Airport Inn in reference to a call of a tall white male acting belligerent and causing a disturbance. The caller also advised of possible weapon. I contacted male with def Ries Rob1. Def calmed down, Cursory pd for weapons. Post Miranda advised in chest in pocket then recanted and consent hereine and syringes in eye glass case. Def showed me case and I noticed several syringes and heroine. Field test positive. Transported to BCT w/o incident.

I swear the above statement is correct and true to the best of my knowledge and belief.

| Officer/Affiant's Signature | Em Hawkins 8402 Officer's Name/CCN | DEP/DIST 2/Dania Bch Officer's Division |
|---|---|---|

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this _30th_ day of _July_ _2004_ (year),

by _Dep Eric Hawkins_ (name and title), who is personally known to me or has produced _BSO ID Card_ as identification.

| Notary Public, Deputy Clerk of the Court, or Assistant State Attorney | O/S 11486 Title/Rank and CCN |
|---|---|

G. Colter
Print, Type or Stamp Commissioned Name of Notary Public                    (SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida                    FIRST APPEARANCE/ARREST FORM

Orig _ Court
2nd _ State-Attorney
3rd _ Filing
4th _ Arresting Agency

BSO DB#2 (Revised 05/00)    (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)





FELONY

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,

Plaintiff

VS

ROBERT RIES

Defendant

Case Number: 06006668CF10A

Offense Report No: DN0600042169

BSO Arrest No: DN06000621

DOB: ███████ Race[W] Sex[M]

SAO Book No: DN06000621

Offense Date: 04/21/2006

Arrest Date: 04/21/2006

BCCN: 0216847

---

TO THE CLERK OF THE ABOVE-STYLED COURT:
The State hereby announces the following actions to be taken on the charges involved in the above-captioned arrest/matter:

Action to be taken DECLINE CASE

| Count | Action | Short Description | Charge |
|---|---|---|---|
| | NO INFO | 893.03(1)B - 3/CF - POSS OF HEROIN | |
| | CHRG PRESENTED | 893.03(1)B - 3/CF - POSS OF HEROIN | 002 |
| | NO INFO | 810.08(1) - 2/MM - TRESPASS-STRUCT/CONVEY | |
| | CHRG PRESENTED | 810.08(1) - 2/MM - TRESPASS-STRUCT/CONVEY | 001 |

Victim's Names

Special Instruction to the Clerk/Jail

Dated 11 day of May, 2006

Michael J. Satz, State Attorney
By: SHARON MULLANE/kc, ASA
Florida Bar No: 0371932
Phone: 954-831-8082
Originally filed on

ROBERT RIES
14 SALMON STREET
HUNGTINGTO, NY 11743

Clerk Comments

Filed _____   Custody Status _____   Division **FP**
Arraignment _____

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL
on _____
CLERK of the Court
_____ D.C.

Page 1 of 1

*DN06000621*
DN06000621
CLERK'S COPY

**DD-001**

A-000226



**Jroward County Sheriff's Office**
**Ken Jenne , Sheriff**

# Booking Report

| | BCCN # | 216847 | | Booking Sheet Control Date and Time |
|---|---|---|---|---|
| OBTS    607063419 | Print Clearance   4/21/2006 21:35:08   Prints Yes | | | 04/21/06 23:20:00 |

| Arrest #   · DN 0600521 | Offense Report # | Agency   DN |
|---|---|---|

Last Name
First    **RIES , ROBERT ,**                                                 SSN # ▓▓▓▓
Middle

| Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WHITE | M | 604 | 235 | BLU | BLK | LGT | 43 | ▓/1962 | KINGS CO | NY | 2142427 |

| Permanent Address | | | | HUNGTINGTON . | NY 11743 | Months of Residence 72 |
|---|---|---|---|---|---|---|

Arrest Date   4/21/2006 00:00:00   Arresting Officer   GRAHAM          :   Place of Arrest 2460 SR 84          Badge Number 3555

Inmate Logged Date 4/21/2006 21:07:04 Inmate Log Type FULL INTAKE          Place Admitted MAIN

Intake Comments 29/12349 WC/14482

| Alias Last name, First, Middle | RIES , ROBERT , R |
|---|---|
| Alias Last name, First, Middle. | REIS , ROBERT , RUDOLPH |
| Alias Last name, First, Middle | RIES , ROBERT , RUDOLPH |
| Alias Last name, First, Middle | RIES , ROBERT , |

Scars,Marks,Tattoos:
| Tattoos | Arm, upper left | TATTOOS ON BOTH ARMS |
| Tattoos | Back | EAGLE AND TWO HEARTS |
| Tattoos | Leg, right | GIRL |

Release Date/Time          Release Reason                              Release Authorized By

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 04/21/2006 23:14 | 810.08-2a(1) | | 2M | Y | NO CHARGE | 0 |

Charges TRESPASS/STRUCTURE OR CONVEYANCE          Comments

Booking Off. ID bs11805          County                              Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 2 | 04/21/2006 23:16 | 893.13-6a(1B11) | | 3F | Y | BOND | 1000 |

Charges POSSESSION OF HEROIN          Comments

Booking Off. ID bs11805          County                              Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 3 | 04/21/2006 23:16 | 948.06 | 03017458CF10A | XF | Y | NO BOND | 0 |

Charges PROBATION VIOLATION OR COMMUNITY CONTROL/FE Comments DUI - VOP

Booking Off. ID bs11805          County BROWARD                   Judge MURPHY

* End of Report *

DD-002

COMPLAINT AFFIDAVIT
SHADE   FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

BROWARD COUNTY

☒ ARREST FORM

| BROWARD COUNTY ARREST# | | | | | | OBTS# | |
|---|---|---|---|---|---|---|---|
| Filing Agency | Offense Report | Local ID# | | FDLE | FBI | SS# | |
| BSO-Danilo | DN0647216 | | | | | | |
| Defendant's Last Name | | First | Middle | SUF | Alias/Street Name | | Citizenship |
| KIES | | ROBERT | | R. | | | |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place | |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 64 | 268 | BRN | BLU | MED | 43 | | KINGS Co, N.Y. | |

Permanent Address:

Scars, marks, TT: 10 BOTH ARMS

| Residence | | Place of Employment | Length |
|---|---|---|---|
| (3) Florida (4) Out of State | | ALLIED VIOLINS | |

| How long defendant in Broward County: | Breathalyzer by /CCN | Reading | Place of arrest | Date/time arrested | Arresting Officer(s)/CCN |
|---|---|---|---|---|---|
| | | | 2460 S.R. 84 | 04-21-06 | B. GRAHAM |

| Officer injured: Y□ N☒ | Unit | Zone | Beat | Shift | Trans. Unit | PMD: Y□ N□ | Transporting Officer/CCN | Pick-up Time | Time Arrived/ BSO |
|---|---|---|---|---|---|---|---|---|---|
| | 365 | 20 | C | C | | | | 1836 | |

| TYPE / ACTIVITY: | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of: | Y | N | UK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Alcohol Influence | ☐ | ☒ | ☐ |
| | | | | | | | Drug Influence | ☐ | ☐ | ☒ |

| Attach Defendant's Photo | Defendant's Vehicle Make: N/A | | Type: | Year: | Color: | VIN # | |
|---|---|---|---|---|---|---|---|
| | Vehicle Towed to: N/A | | | Tag# | | Other identifiers or remarks: | |

Name of victim(s) (if corporation, exact legal name and state of incorporation):
STATE OF FLORIDA

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant# |
|---|---|---|---|
| 1 | CRIMINAL TRESPASSING | | 810.08 2 A1 |
| 2 | POSS. OF HEROIN | | 893.13-6A1 |
| 3 | VOP - DUI FELONY | | 948.06 |
| | | | CASE# 0301758C10A |

Probable Cause Affidavit

Before me this date personally appeared GRAHAM, RAW ___ who being first duly sworn deposes and says that on ___ day of APRIL (year) 06 at 2460 SR (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows: ___ I, DEPUTY RESPONDED I ALONG WITH THE HOTEL MANAGER RESPONDED TO ROOM 263 AT THE RED CARPET HOTEL. THE ROOM WAS RENTED BY JOHN ONKEY AND CHECK OUT TIME WAS 11:00AM. WE WENT TO THE ROOM AT 1836 HOURS TO CHECK ON THE SUBJECT. WHEN WE KNOCKED A WM CAME TO THE DOOR HE HAD NO ID AND GAVE A NAME OF ROBER KIES DOB 08-23-62

I swear the above statement is correct and true to the best of my knowledge and belief.

Officer/Affiant's Signature            Officer's Name/CCN   B. GRAHAM   3655            Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this ___ 21 day of ___ April 2006 (year) by ___ B. GRAHAM ___ (name and title), who is personally known to me or has produced ___ as identification.

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney        Deputy   7020   Title/Rank and CCN

Dep Edward Winkelpecht BSO
Print, Type or Stamp Commissioned Name of Notary Public          (SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida              FIRST APPEARANCE/ARREST FORM

| Orig — Court |
| 2nd — State Attorney |
| 3rd — Filing |
| 4th — Arresting Agency |

BSO DB#2 (Revised 05/00)      (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)

DD-003

A-000228

☐ COMPLAINT AFFIDAVIT
PROBABLE CAUSE AFFIDAVIT CONTINUATION

BROWARD COUNTY 2 OF 2 ☒ ARREST FORM

ARREST# OBTS#

| Filing Agency | Offense Report # | Arresting Officer | CCN | FBI | SS# |
|---|---|---|---|---|---|
| BSO | DN0016-0416 | R. GRAHAM | 3655 | | [redacted] |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| RIES | ROBERT | R. | | | |

Name of victim(s) (If corporation, exact legal name and state of incorporation): STATE OF FLORIDA

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared R. GRAHAM 3655 who being first duly sworn deposes and says that on 21 day of April (year) 16 at 2460 S.R. [illegible] (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows: IT SHOULD BE NOTED THAT THE ROOM WAS ONLY RENT TO A JOHN OAKLEY. THE SUBJECT WAS ARREST FOR TRESPASSING SINCE HE WAS NOT A REGISTER HOTEL GUEST. I THEN SEARCHED THE ROOM INCIDENT TO THE ARREST. I LOCATED A RED CLOTH BAG HE STATED WAS HIS WITH SEVERAL (TWO) PILLS CONTAINING EMPTY HEROIN BAGS. I ALSO LOCATED TWO NEEDLES WITH A SPOON WITH SUSPECTED HEROIN ON IT IN THE CENTER NIGHT STAND. HE WAS READ MIRANDA WARNING AND HE ADMITTED HE HAD THE OTHER SUBJECT RENTED THE ROOM FOR HIM AND LEFT YESTERDAY. HE ALSO ADMITTED HE SHOT UP YESTERDAY AND HE HAD A DRUG PROBLEM. HE IS CURRENT ON FELONY PROBATION FOR DUI CASE # 03017458CF10A. FILE TYPE # L2352L. HE WAS TAKEN TO THE COUNTY JAIL FOR BOOKING. THE HEROIN FIELD TESTED (+) AT THE SCENE AND WAS PLACED INTO EVIDENCE.

I swear the above statement is correct and true to the best of my knowledge and belief.

R. Graham — Officer/Affiant's Signature
R. GRAHAM 3655 — Officer's Name/CCN
DB – Dania Beach — Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 21 day of April 2016 (year)
by R. Graham (name and title), who is personally known to me or has produced known as identification.

Dep [signature] — Notary Public, Deputy Clerk of the Court, or Assistant State Attorney
Deputy 2020 — Title/Rank and CCN

Dep Edward Winkelspecht BSO — Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

RECEIVED
2016 APR 24 AM 8:55
CLERK, CIRCUIT COURT
BROWARD COUNTY FL
FELONY

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig – Court
2nd – State Atty
3rd – Filing
4th – Arresting Agency

BSO DB#2a (Revised 05/00)

COURT COPY

DD-004

N.J.S.A. 2C:30-2
NEW JERSEY STATUTES ANNOTATED
TITLE 2C. THE NEW JERSEY CODE OF CRIMINAL JUSTICE
SUBTITLE 2. **DEFINITION OF SPECIFIC OFFENSES**
PART 4. **OFFENSES AGAINST PUBLIC ADMINISTRATION**
CHAPTER 30. **MISCONDUCT IN OFFICE; ABUSE OF OFFICE**

**2C:30-2**. Official misconduct

A public servant is guilty of official misconduct when, with purpose to obtain a benefit for himself or another or to injure or to deprive another of a benefit:

a. He commits an act relating to his office but constituting an unauthorized exercise of his official functions, knowing that such act is unauthorized or he is committing such act in an unauthorized manner; or

b. He knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.

Official misconduct is a crime of the second degree. If the benefit obtained or sought to be obtained, or of which another is deprived or sought to be deprived, is of a value of $200.00 or less, the offense of official misconduct is a crime of the third degree.

1982 Main Volume Credit(s)

L.1978, c. 95, § **2C:30-2**, eff. Sept. 1, 1979. Amended by L.1979, c. 178, § 61, eff. Sept. 1, 1979.

HISTORICAL NOTES

HISTORICAL AND STATUTORY NOTES

1994 Pocket Part Historical and Statutory Notes

**Prior Laws:** N.J.S. 2A:135-1.

R.S. 2:160-1.

L.1898, c. 235, § 23, p. 800 [C.S. p. 1750, § 23].

1982 Main Volume Historical and Statutory Notes

**Source:** New.

**Prior Laws:** N.J.S. 2A:85-1.

R.S.2:103-1.

WESTLAW  © 2016 Thomson Reuters. No claim to original U.S. Government Works.                                1

EE-001

N.J.S.A. 2C:43-6
NEW JERSEY STATUTES ANNOTATED
TITLE 2C. THE NEW JERSEY CODE OF CRIMINAL JUSTICE
SUBTITLE 3. SENTENCING
CHAPTER 43. AUTHORIZED DISPOSITION OF OFFENDERS

2C:43-6. Sentence of imprisonment for crime; ordinary terms; mandatory terms

a. Except as otherwise provided, a person who has been convicted of a crime may be sentenced to imprisonment, as follows:
(1) In the case of a crime of the first degree, for a specific term of years which shall be fixed by the court and shall be between 10 years and 20 years;
(2) In the case of a crime of the second degree, for a specific term of years which shall be fixed by the court and shall be between five years and 10 years;
(3) In the case of a crime of the third degree, for a specific term of years which shall be fixed by the court and shall be between three years and five years;
(4) In the case of a crime of the fourth degree, for a specific term which shall be fixed by the court and shall not exceed 18 months.
b. As part of a sentence for any crime, where the court is clearly convinced that the aggravating factors substantially outweigh the mitigating factors, as set forth in subsections a. and b. of 2C:44-1, the court may fix a minimum term not to exceed one-half of the term set pursuant to subsection a., or one-half of the term set pursuant to a maximum period of incarceration for a crime set forth in any statute other than this code, during which the defendant shall not be eligible for parole; provided that no defendant shall be eligible for parole at a date earlier than otherwise provided by the law governing parole.
c. A person who has been convicted under 2C:39-4a. of possession of a firearm with intent to use it against the person of another, or of a crime under any of the following sections: 2C:11-3, 2C:11-4, 2C:12-1b., 2C:13-1, 2C:14-2a., 2C:14-3a., 2C:15-1, 2C:18-2, 2C:29-5, who, while in the course of committing or attempting to commit the crime, including the immediate flight therefrom, used or was in possession of a firearm as defined in 2C:39-1f., shall be sentenced to a term of imprisonment by the court. The term of imprisonment shall include the imposition of a minimum term. The minimum term shall be fixed at, or between, one-third and one-half of the sentence imposed by the court or three years, whichever is greater, or 18 months in the case of a fourth degree crime, during which the defendant shall be ineligible for parole.
The minimum terms established by this section shall not prevent the court from imposing presumptive terms of imprisonment pursuant to 2C:44-1f. (1) except in cases of crimes of the fourth degree.
A person who has been convicted of an offense enumerated by this subsection and who used or possessed a firearm during its commission, attempted commission or flight therefrom and who has been previously convicted of an offense involving the use or possession of a firearm as defined in 2C:44-3d., shall be sentenced by the court to an extended term as authorized by 2C:43-7c., notwithstanding that extended terms are ordinarily discretionary with the court.
d. The court shall not impose a mandatory sentence pursuant to subsection c. of this section, 2C:43-7c. or 2C:44-3d., unless the ground therefor has been established at a hearing. At the hearing, which may occur at the time of sentencing, the prosecutor shall establish by a preponderance of the evidence that the weapon used or possessed was a firearm. In making its finding, the court shall take judicial notice of any evidence, testimony or information adduced at the trial, plea hearing, or other court proceedings and shall also consider the presentence report and any other relevant information.
e. A person convicted of a third or subsequent offense involving State taxes under N.J.S. 2C:20-9, N.J.S. 2C:21-15, any other provision of this code, or under any of the provisions of Title 54 of the Revised Statutes, or Title 54A of the New Jersey Statutes, as amended and supplemented, shall be sentenced to a term of imprisonment by the court. This shall not preclude an application for and imposition of an extended term of imprisonment under N.J.S. 2C:44-3 if the provisions of that section are applicable to the offender.
f. A person convicted of manufacturing, distributing, dispensing or possessing with intent to distribute any dangerous substance or controlled substance analog under N.J.S. 2C:35-5, of maintaining or operating a controlled dangerous substance production facility under N.J.S. 2C:35-4, of employing a juvenile in a drug distribution scheme under N.J.S. 2C:35-6, leader of a narcotics trafficking network under N.J.S. 2C:35-3, or of distributing, dispensing or possessing with intent to distribute on or near school property or buses under section 1 of P.L.1987, c. 101 (C.2C:35-7), who has been previously convicted of

WESTLAW   © 2016 Thomson Reuters. No claim to original U.S. Government Works.

FF-001

manufacturing, distributing, dispensing or possessing with intent to distribute a controlled dangerous substance or controlled substance analog, shall upon application of the prosecuting attorney be sentenced by the court to an extended term as authorized by subsection c. of N.J.S. 2C:43-7, notwithstanding that extended terms are ordinarily discretionary with the court. The term of imprisonment shall, except as may be provided in N.J.S. 2C:35-12, include the imposition of a minimum term. The minimum term shall be fixed at, or between, one-third and one-half of the sentence imposed by the court or three years, whichever is greater, not less than seven years if the person is convicted of a violation of N.J.S. 2C:35-6, or 18 months in the case of a fourth degree crime, during which the defendant shall be ineligible for parole.

The court shall not impose an extended term pursuant to this subsection unless the ground therefor has been established at a hearing. At the hearing, which may occur at the time of sentencing, the prosecutor shall establish the ground therefor by a preponderance of the evidence. In making its finding, the court shall take judicial notice of any evidence, testimony or information adduced at the trial, plea hearing, or other court proceedings and shall also consider the presentence report and any other relevant information.

For the purpose of this subsection, a previous conviction exists where the actor has at any time been convicted under chapter 35 of this title or Title 24 of the Revised Statutes or under any similar statute of the United States, this State, or any other state for an offense that is substantially equivalent to N.J.S. 2C:35-3, N.J.S. 2C:35-4, N.J.S. 2C:35-5, N.J.S. 2C:35-6 or section 1 of P.L.1987, c. 101 (C.2C:35-7).

g. Any person who has been convicted under subsection a. of N.J.S. 2C:39-4 of possessing a machine gun or assault firearm with intent to use it against the person of another, or of a crime under any of the following sections: N.J.S. 2C:11-3, N.J.S. 2C:11-4, N.J.S. 2C:12-1b., N.J.S. 2C:13-1, N.J.S. 2C:14-2a., N.J.S. 2C:14-3a., N.J.S. 2C:15-1, N.J.S. 2C:18-2, N.J.S. 2C:29-5, N.J.S. 2C:35-5, who, while in the course of committing or attempting to commit the crime, including the immediate flight therefrom, used or was in possession of a machine gun or assault firearm shall be sentenced to a term of imprisonment by the court. The term of imprisonment shall include the imposition of a minimum term. The minimum term shall be fixed at 10 years for a crime of the first or second degree, five years for a crime of the third degree, or 18 months in the case of a fourth degree crime, during which the defendant shall be ineligible for parole.

The minimum terms established by this section shall not prevent the court from imposing presumptive terms of imprisonment pursuant to paragraph (1) of subsection f. of N.J.S. 2C:44-1 for crimes of the first degree.

A person who has been convicted of an offense enumerated in this subsection and who used or possessed a machine gun or assault firearm during its commission, attempted commission or flight therefrom and who has been previously convicted of an offense involving the use or possession of any firearm as defined in subsection d. of N.J.S. 2C:44-3, shall be sentenced by the court to an extended term as authorized by subsection d. of N.J.S. 2C:43-7, notwithstanding that extended terms are ordinarily discretionary with the court.

h. The court shall not impose a mandatory sentence pursuant to subsection g. of this section, subsections d. of N.J.S. 2C:43-7 or N.J.S. 2C:44-3, unless the ground therefor has been established at a hearing. At the hearing, which may occur at the time of sentencing, the prosecutor shall establish by a preponderance of the evidence that the weapon used or possessed was a machine gun or assault firearm. In making its finding, the court shall take judicial notice of any evidence, testimony or information adduced at the trial, plea hearing, or other court proceedings and shall also consider the presentence report and any other relevant information.

i. A person who has been convicted under paragraph (6) of subsection b. of 2C:12-1 of causing bodily injury while eluding shall be sentenced to a term of imprisonment by the court. The term of imprisonment shall include the imposition of a minimum term. The minimum term shall be fixed at, or between one-third and one-half of the sentence imposed by the court. The minimum term established by this subsection shall not prevent the court from imposing a presumptive term of imprisonment pursuant to paragraph (1) of subsection f. of 2C:44-1.

1982 Main Volume Credit(s)

L.1978, c. 95, § 2C:43-6, eff. Sept. 1, 1979. Amended by L.1979, c. 178, § 85, eff. Sept. 1, 1979; L.1981, c. 31, § 1, eff. Feb. 12, 1981; L.1981, c. 290, § 38, eff. Sept. 24, 1981; L.1981, c. 569, § 1, eff. Jan. 18, 1982; L.1982, c. 119, § 1, eff. Aug. 31, 1982.

1994 Pocket Part Credit(s)

Amended by L.1987, c. 76, § 35, eff. Dec. 9, 1987; L.1987, c. 106, § 12, operative July 9, 1987; L.1988, c. 44, § 13, eff. June 28, 1988; L.1990, c. 32, § 6, eff. May 30, 1990; L.1993, c. 219, § 6, eff. Aug. 2, 1993.

WESTLAW  © 2016 Thomson Reuters. No claim to original U.S. Government Works.

FF-002

A-000233

Birth Records



# McDermott
## Investigations, Inc.

P.O. Box 212979, Royal Palm Beach, FL 33421
Phone: 561-833-5003 - License # A96 00267

August 13, 2007

Bethesda Memorial Hospital
Attn: Medical Records
2815 S. Seacrest Blvd.
Boynton Beach, FL 33435

Re: Ricardo Sanchez Jr  DOB:
    Juana M. Sanchez    DOB

Dear Sir/madam:

Enclosed, please find an authorization for release of confidential records signed by our client,
Ricardo Sanchez and his mother, Juana M. Sanchez.

Please provide copies of all medical and records including but not limited to emergency room,
outpatient, inpatient, admission, release, staff reports/notes, lab reports, psychiatric records, test
results, prescription/medication records, birth records, obgyn records and all records deemed
confidential you have in regards to both patients for all admission/treatment dates to your
facility.

My office agrees to pay for any and all costs in regards to providing the requested copies. If you
have any questions or need additional information, please call me at 561-758-1300.

Thank you for your assistance.

Sincerely,

Lisa McDermott

BETHESDA MEMORIAL HOSPITAL
DATE COPIED: 2 /27/08
# PAGES COPIED 21
COPIED BY: NY
TAX I D # 59-2447554

A-000234

405

| ADMITTED BY 1723 | ADMISSION DATE | TIME | DISCHARGE DATE | TIME | MEDICAL RECORDS NO. |
|---|---|---|---|---|---|
| ACCT ▮ | 10/19/83 | 0646 | ⁄ ·2⁄-83 @ 1100 am | | 0213 |

NAME LAST **SANCHEZ**   FIRST **BABY BOY**   MIDDLE

SEX **M** RACE **O** AGE **ONB** BIRTHDATE ▮   MS **S** SMK **N**   ROOM NO. **01824**

PREV. NAME   MAIDEN NAME   SS ▮   RELIGION **CA**

ADDRESS ▮

CITY **BOYNTON BCH**   STATE **FL**   ZIP **33463** T PHONE **NONE**

OCCUPATION   EMPLOYER

EMP. ADR   EMP PHONE

ATTENDING PHYSICIAN **0040 LEWIS RALPH F**

ADR ▮   PHYS PHONE ▮

NOTIFY **JUANA & RICHARD**   REL **PARENTS** HOME PHONE   WK PHONE

ADM DIAG **NEWBORN 400**

AID **000**

GUARANT **SANCHEZ**   **RICHARD**   **G**   PHONE **NONE**

ADR **P O BOX 274**

EMPLOYER **ROOF TRUSSE**   EMP ADR **WEST PALM BCH**

GUAR OCC **LABORER**   GUAR SS ▮   EMP PHONE ▮

GUAR REL **FATHER**

BLUE CROSS CERT   B/C GRP   C/C

MBR

ADDL INS

ADDL INS

MEDICARE   MEDICAID

ACCIDENT   EAP

TIME   DATE   PLACE   VIA

REMARKS   01

| FINAL DIAGNOSIS | CODE NO. |
|---|---|
| *Norml Term Deft Male* | |
| | √ 30.0 |

OPERATION   DATE   CODE NO.

SURGEON

CONSULTATION WITH   DATE

**DISCHARGE STATUS**

✓ DISCHARGED ALIVE   _____ DEATH UNDER 48 HRS.

_____ RELEASED AGAINST ADVICE   _____ DEATH OVER 48 HRS.

*[signature]* PHYSICIAN'S SIGNATURE

| PATIENT'S NAME | ROOM NO. | HOSP. NO. | SERVICE | DOCTOR |
|---|---|---|---|---|
| | | | | |

CHART COPY

**BETHESDA MEMORIAL HOSPITAL**
2816 SOUTH SEACREST BOULEVARD • BOYNTON BEACH, FLORIDA 33435

BETHESDA MEMORIAL HOSPITAL
DEPARTMENT OF PEDIATRICS
2815 South Seacrest Boulevard
Boynton Beach, Florida  33435

SANCHEZ        BABY BOY        0182 4

LEWIS RALPH F 0040

7 ▮▮▮▮ 3 M-ONB ▮▮▮▮  ▮▮▮▮

NAME _Sanchez_ ♂ SEX ___ DATE OF BIRTH ▮▮▮▮ HOUR _6 46 am_

PARENTS NAME: MOTHER: _Sanchez, Juana_   AGE ___   RACE ___

ADDRESS ▮▮▮▮  ▮▮▮▮  ▮▮▮▮  PHONE ___

OBSTETRICIAN _CNM_ (Richard) EXPECTED DATE OF CONFINEMENT _10/30_

MOTHER'S GRAVIDA _II_ PARA _II_ TYPE _O_ RH _+_ SEROLOGY ___

MEASUREMENTS: WT. _7-6_ LGTH. _19½ 49½_ HEAD _13_ ³³ CHEST _13_ ³³ TYPE ___ RH ___

Apgar 9/9

NOTE CODE:    0   Abnormalities   PRENATAL PROBLEMS:
              X   Abnormalities                     -

| | CODE | DESCRIPTION | | CODE | DESCRIPTION |
|---|---|---|---|---|---|
| 1 GENERAL APPEARANCE | 0 | | 8 HEART | 0 | |
| 2 SKIN | 0 | | 9 ABDOMEN | 0 | |
| 3 EYES | 0 | | 10 GENITALS | 0 | |
| 4 HEAD, NECK | 0 | | 11 TRUNK & SPINE | 0 | |
| 5 E.N.T. | 0 | | 12 EXTREMITIES | 0 | |
| 6 THORAX | 0 | | 13 REFLEXES | 0 | |
| 7 LUNGS | 0 | | 14 ANUS | 0 | |

DATE OF CIRCUMCISION ___   SIGNATURE ___

FEEDING:   BREAST / /   FORMULA /X/

| PROGRESS NOTES | PROGRESS NOTES |
|---|---|
| 10/19/83 HL 19¾" HC 13⅜" | 10/20/83 _(signature)_ |
| Normal Term Nft Male | |
| 10/19/83 Apparently baby was ... | |

DISCHARGE EXAM:   NORMAL /✓/   ABNORMAL / /   (EXPLAIN ABOVE)   DATE OF DISCHARGE ___
SIGNATURE ___

FORM NO. 82

FINAL REPORT            LAB SUMMARY REPORT AS OF 10/24/83 0227      PAGE:  1
                            BETHESDA MEMORIAL HOSPITAL
                              BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ        BABY BO   ONB M O DISCH  T/T 0213   CASE:
                                                            S.S.:

* * * * * * * * * * * * * * * * * * * * * * * * * *
14000 SEROLOGY                                    *
* * * * * * * * * * * * * * * * * * * * * * * *

1411A SEROLOGY-ROUTINE (RPR)

TBD 10/19/83  0719   ( X ) NON-REACTIVE
ACK 10/21/83  1333   (   ) REACTIVE
DR: 0040 OPR: 1715   (   ) HOLDING SPEC.NO.   /  /  /    FOR
ORD. 005   TODAY          7 DAYS.IF FLUORESCENT TREPONEMAL
FINAL REPORTED            ANTIBODY(FTA) DESIRED,ORDER FTA-ABS
                          AND SPECIFY SPECIMEN NUMBER

FINAL REPORT          LAB SUMMARY REPORT AS OF 10/24/83 0227      PAGE:  2
                              BETHESDA MEMORIAL HOSPITAL
                                BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ        BABY BO  GNB M O DISCH  T/T 0213    CASE:
                                                            S.S.:

* * * * * * * * * * * * * * * * * * * * * * * * * *
35900 REFERENCE LAB (STATE)                      *
* * * * * * * * * * * * * * * * * * * * * * * * *

3599A FLORIDA INFANT SCREEN/DRAWN--NURSERY                      STATE LAB

TBD 10/21/83   0700
ACK 10/21/83   2034      SENT TO STATE LAB BY NURSERY
DR: 0040 OPR: 1979       TEST RESULTS LOGGED IN NURSERY
ORD. 006   TODAY
FINAL REPORTED

TEMPERATURE - Black
WEIGHT    - Red

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | 10 / 19 / 83 | 10 / 20 / 83 | 10 / 21 / 83 | 10 / / 83 |
|---|---|---|---|---|
| WEIGHT | 7-6 | 7-5 | 7-3 | / |

| TEMP | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 |
| 106° | | | | | | | | | | | | | | | | | | | | | | | | |
| 105° | | | | | | | | | | | | | | | | | | | | | | | | |
| 104° | | | | | | | | | | | | | | | | | | | | | | | | |
| 103° | | | | | | | | | | | | | | | | | | | | | | | | |
| 102° | | | | | | | | | | | | | | | | | | | | | | | | |
| 101° | | | | | | | | | | | | | | | | | | | | | | | | |
| 100° | | | | | | | | | | | | | | | | | | | | | | | | |
| 99° | | | | | | | | | | | | | | | | | | | | | | | | |
| 98° | | | | | | | | | | | | | | | | | | | | | | | | |
| 97° | | | | | | | | | | | | | | | | | | | | | | | | |
| 96° | | | | | | | | | | | | | | | | | | | | | | | | |
| RESPIRATION | | | 54 40 | | | 48 | | 44 | | | 60 | | | 30 | | 40 | | | | | | | | |
| Apical, Pulse | | | 140 | 140 | | | 158 | 15? | | | 126 | | 140 | | 144 | | | | | | | | | |

Mother's Name: _____ Age: _____ Room # _____ EDC _____

Full Term: _____ Premature: _____ ABS: _____ Now Living: _____ Mult. Births: ____

Type Rh: _____ Serology: _____ Date: _____

Feeding: _____ OB: _____ Ped: _____

Maternal Problems: _____

_____

_____

_____

_____

_____

Form No.  91
Rev.  12/60

SANCHEZ          BABY BOY          0182 4

LEWIS RALPH F 0040

NBN GRAPHI

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

| DATE | | 10/19/83 | | | 10/20/83 | | | 10/31/83 | | | 10/ /83 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIFT: | | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| NURSE ASSIGNED: | First Initial Last Name Status | | | | | | | | | | | | |
| FEEDING: | Breast | | | | | | | | | | | | |
| | Formula | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | Other | | H2O | H2O | ✓ | | | | | | | | |
| VOIDING: | qs | | | · | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | No | | | ✓ | | | | | | | | | |
| BM's: | Stool | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | No | | | ✓ | | | | | | | | | |
| CORD: | Alcohol | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | Clamp Off | | | | | ✓ | | | | | | | |
| | Other | | | | | | | | | | | | |
| COLOR: | Good | | ✓ | | | | | | | | | | |
| | Jaundice | | | ✓ | ✓ | Jd | Jaun | | | | | | |
| | Other | | | ruddy | ✓ | | | muddy | ✓ | | | | |
| SKIN: | Clear | | ✓ | | | | | | ✓ | | | | |
| | Dry | | | ✓ | ✓ | ✓ | ✓ | | | | | | |
| | Erythema | | | | | | | | | | | | |
| | Other | | | | | | | | ✓ | | | | |
| CRY: | Good | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | Weak | | | | | | | | | | | | |
| | Other | | | | | | | | | | | | |
| ACTIVITY: | Good | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| | Jittery | | | | | | | | | | | | |
| | Lethargic | | | | | | | | | | | | |
| REGURG-ATION: | Milk | | | | | | | | | | | | |
| | Mucus | | | | | | | | | | | | |
| SUCTION: | Bulb | | | | | | | | | | | | |
| | Mucus Trap | | | ✓ | | | | | | | | | |
| | Electric | | | ✓ | | | | | | | | | |
| MOTHER HANDLES BABY: | Satisfactory | | | ✓ | | ✓ | ✓ | ✓ | ✓ | | | | |
| | Needs Encouragement | | | | | | | | | | | | |
| CIRCUM-CISION: | Healing | | | | | | | | | | | | |
| | Oozing | | | | | | | | | | | | |
| BATH: (Initial) | Complete Demo. | | ✓ | | | | | | | | | | |
| | Return Demon. | | | | | | | | | | | | |
| PATIENT TEACHING: (Initial) | | | ` | | | | BJ | | | | | | |
| PKU: (Initial) | | | | | | | | | | | | | |
| CLINITEST: (Initial) | | | | | | | | | | | | | |
| DOCTOR: (Initial) | Exam | | RV | | | RV | | | | | | | |
| | Visited | | | | | | | | | | | | |
| | Telephone | | | | | | | | | | | | |

SANCHEZ          BABY BOY          0182 4          ORN NURSERY FLOW SHEET

LEWIS RALPH F 0040

A-000240

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'s | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| | 9pm. | | Formula taken well & retained. | B Jergolik RN |
| | 11p | | No problems noted | B Jergolik RN |
| | | | ———10/21/83——— | |
| | 2<sup>15</sup>am | | Taking formula well in NBN. Ruddy. No other problems noted. | G Rogers RN |
| | 7AM | | Appears cloudy. | |
| | 9AM | | Taking formula well No problems noted | Schultz RN |
| | | | DISCHARGED TO ——————— | |
| | | | DATE ——— 10-21-83——— | |
| | | | TIME ——— 11°° am | |
| | | | VIA mother in wheelchair | |
| | | | con prn sates | |
| | | | SIGNED ——— Schultz RN | |

Form #101    NURSES  SANCHEZ    BABY BOY    0182 4    5/78

LEWIS RALPH F 0040

## BETHESDA MEMORIAL HOSPITAL
### Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| 10/19/83 | 11³⁰ | | Exam by Dr. Lewis | |
| | | | T-99 — BATH given — returned | |
| | | | To isolate - heat only — | |
| | 12³⁰ | | appears well at this time but | |
| | | | still sl. jittery — | Abram |
| 10/19/83 | 4pm | | Color tinge jaundice & | |
| | | | ruddy, Skin dry USS. | |
| | | | Active a lusty cry. Out to | |
| | | | Mom, took ¼ oz of E₂ O₂ | |
| | | | retained. | |
| | 10pm | | Remains stable day, took | |
| | | | 1st formula well retained | Aymonski R. |
| | | | 10/20/83 — | |
| | 12⁴⁵ AM | | Took 1 oz of formula, well | |
| | | | in NBN. Ruddy. Dry | |
| | | | skin. No other problems | |
| | | | noted. | G Rogers R.N |
| | 7A | | Ruddy. | |
| | | | a exam n/a to Lewis. | |
| | | | formula taken well. | |
| | 20 | | No problems noted | D Wheatley |
| | 5pm | | Taking formula well | |
| | | | s difficulty | |
| | | | Baby care teaching done | |
| | | | ā mother. | Rleazolil R.N |

Form #101   SANCHEZ   BABY BOY   0182 4   5/79

LEWIS RALPH F 0040

A 000242

## BETHESDA MEMORIAL HOSPITAL
### Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| 10/19/83 | 7³⁴⁵ | Konakion 1mg IM @ ant thigh | Viable white male brought to NBN from L&D via Transport incubator. | |
| | | | Routine admission done. | |
| | | | Sl. grunty - T.97ᵇ - no retractions noted. | |
| | | | Color, cry good - | |
| | | | No anomalies noted at this time | |
| | | | placed in warming crib - | |
| | | | chest sounds clear - | |
| | 8¹⁵ | | Becoming more grunty - | |
| | | | intercostal retractions - | |
| | | | nasal flaring. | |
| | | | Dr. Lewis's answering service | |
| | | | called to notify Dr. | |
| | | | placed in isolette - c̄ 3 liters | |
| | | | of O₂ in back of isolette | |
| | | Dextro-stix — done 45 | | |
| | 8⁵⁰ | | took ½ oz D.5.W - eagerly. | |
| | | | not retracting - no grunty | |
| | | | respirations at present. | |
| | | | placed on abdomen - | |
| | 9⁻ | Dextro-stix — 90 mg - | | |
| | 9¹⁵ | | O₂ off - color good - | |
| | 9⁴⁵ | | Sleeping | [signature] |

SANCHEZ          BABY BOY·          0182 4

LEWIS RALPH F 0040                    'LORIDA

PATI·                                  NUMBER_____

DOCTU·  ███████  ███████  ██████  _____

DIAGNOSIS _____

CONSENT FOR TREATMENT:  THE PATIENT OR HIS REPRESENTATIVE RECOGNIZING THE NEED FOR
    HOSPITAL CARE, CONSENTS TO THE HOSPITAL SERVICES AS ORDERED BY THE ATTENDING
    PHYSICIAN INCLUDING ANESTHESIA, LABORATORY PROCEDURES, MEDICAL OR SURGICAL
    TREATMENT, X-RAY EXAMINATION, OR OTHER HOSPITAL SERVICES RENDERED UNDER THE
    GENERAL AND SPECIFIC INSTRUCTIONS OF THE PHYSICIAN.

RELEASE OF INFORMATION:  THE HOSPITAL IS AUTHORIZED TO FURNISH INFORMATION FROM THE
    PATIENT'S MEDICAL RECORD TO ANY INSURER, COMPENSATION CARRIER, OR WELFARE AGENCY
    WHO MAY BE PROVIDED FINANCIAL ASSISTANCE FOR HOSPITAL CARE.

PERSONAL VALUABLES:  FOR THE CONVENIENCE OF THE PATIENTS, THE HOSPITAL SAFE IS
    AVAILABLE WITHOUT CHARGE.  THEREFORE, THE HOSPITAL SHALL NOT BE LIABLE FOR
    THE LOSS OF OR DAMAGE TO ANY PERSONAL PROPERTY OF THE PATIENT BROUGHT INTO THE
    HOSPITAL UNLESS IT IS DEPOSITED IN THE HOSPITAL SAFE.

THE PATIENT UNDERSTANDS THAT ALL THE PHYSICIANS WITHIN THE HOSPITAL, INCLUDING ANY
CONSULTING PHYSICIANS, PHYSICIANS ON CALL, OR THE HOSPITAL-BASED PHYSICIANS (E.G.,
EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, NEONATOLOGISTS, PATHOLOGISTS, CARDIOLOGISTS,
DIRECTOR OF RESPIRATORY THERAPY AND ANESTHESIOLOGISTS) ARE NOT EMPLOYEES OF NOR
ACTING AS AGENTS OF THE HOSPITAL; NOR IS THE HOSPITAL LIABLE FOR THEIR ACTIONS.

10-20-83

_____          _____
          DATE                              PATIENT

_____          _____
          WITNESS                    PATIENT'S AGENT OR REPRESENTATIVE

                                     _____
                                     RELATIONSHIP TO PATIENT

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
PATIENT'S CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST.
I CERTIFY THAT THE INFORMATION GIVEN BY ME IN APPLYING FOR PAYMENT UNDER TITLE XVIII
OF THE SOCIAL SECURITY ACT IS CORRECT.  I AUTHORIZE ANY HOLDER OF MEDICAL OR OTHER
INFORMATION ABOUT ME TO RELEASE TO THE SOCIAL SECURITY ADMINISTRATION OR ITS
INTERMEDIARIES OR CARRIERS ANY INFORMATION NEEDED FOR THIS OR A RELATED MEDICARE
CLAIM.  I REQUEST THAT PAYMENT OF AUTHORIZED BENEFITS BE MADE ON MY BEHALF.

                    CONTAINED IN
                    PROVIDER'S RECORD    _____
                                         SIGNATURE (PATIENT OR AUTHORIZED REPRESENTATIVE)
_____                     (SIGNATURE MARK MUST BE WITNESSED)
DATE
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
STATE OF FLORIDA
COUNTY OF PALM BEACH

IN CONSIDERATION OF HOSPITAL SERVICES RENDERED _____ I, OR WE,
JOINTLY OR SEVERALLY, DO HEREBY AGREE TO PAY BETHESDA MEMORIAL HOSPITAL ANY AND EVERY
ACCOUNT PRESENTED TO ME, OR US, JOINTLY OR SEVERALLY, FOR SAID EXPENSES.

FURTHERMORE, IF IT IS NECESSARY AT ANY TIME FOR BETHESDA MEMORIAL HOSPITAL OR ITS
ASSIGNS TO RETAIN THE SERVICES OF A COLLECTION AGENCY OR ANY ATTORNEY FOR THE
COLLECTION OF MY ACCOUNT I, OR WE, JOINTLY OR SEVERALLY, DO HEREBY AGREE TO PAY ALL
REASONABLE FEES AND COSTS INCLUDING BUT NOT LIMITED TO ATTORNEYS FEES.

GIVEN UNDER THE HAND AND SEAL OF EACH PART THIS _____ DAY OF _____

WITNESS:_____          _____(SEAL)

WITNESS:_____          _____(SEAL)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    I HEREBY AUTHORIZE _____ INSURANCE COMPANY TO MAKE PAYMENT
DIRECTLY TO THE INDIVIDUAL PHYSICIAN FOR CHARGES SUBMITTED DURING MY TREATMENT BY MY
PHYSICIAN OR ANY OTHER CONSULTING PHYSICIANS HE REQUESTS.  I UNDERSTAND THAT I AM
RESPONSIBLE FOR ANY UNPAID BALANCE AFTER SUCH PAYMENT BY MY INSURANCE COMPANY.

_____          _____
DATE                              SIGNATURE (PATIENT OR AUTHORIZED REPRESENTATIVE)

  182-01                          PATIENT RELEASE/CONSENT FORM              10/82

## BETHESDA MEMORIAL HOSPITAL
### Boynton Beach, Florida

I, _Juana Sanchez_ hereby give permission to Bethesda Memorial Hospital for my child to be photographed for _Person_ purposes.

(Signed) _Juana M. Sanchez_
(Parent)

(Signed) _D. Wheatley RN_
(Witness)

(Signed)_____
(Witness)

Date: 10-20-83

Time:_____

SANCHEZ          BABY BOY          0182 4

LEWIS RALPH F 0040



# BETHESDA MEMORIAL HOSPITAL

### 2815 SOUTH SEACREST BOULEVARD,  BOYNTON BEACH, FLORIDA 33435-7995
### 305/737-7733 OR 278-7733

Florida State law requires that all newborn infants be tested for the following diseases between 48 and 120 hours after birth and after the infant has been on a protein feeding for at least 24 hours:  phenylketonuria, hypothyroidism, galactosemia and maple syrup urine disease.  These diseases may result in mental retardation if treatment is not started early in the infant's life.  The test involves the collection of a blood sample obtained by pricking the heel of your baby's foot.  All of the tests will be done from this sample.

If your baby is discharged from the hospital before he/she is 48 hours old or before being on a 24 hour protein feeding, he/she will need to be retested within 5 days of age.  When your baby is 5-7 days old, please take the baby to his/her physician or County Health Unit for retesting.

Signed _____

Witness _____

Date  10-20-83

SANCHEZ          BABY BOY          0182 4

LEWIS RALPH F 0040

NEWBORN IDENTIFICATION

TO BE COMPLETED IN THE DELIVERY ROOM

| MOTHER'S NAME | HOSPITAL NO. | INFANT'S NAME | | HOSPITAL NO. |
|---|---|---|---|---|
| Juana Sanchez | 707178683 | | | |
| ID NUMBER | SIGNATURE, PERSON APPLYING BAND | INFANT'S BIRTH DATE | TIME | SEX |
| 68854 | C. Demewske | ▉▉▉▉ | 0646 | ♂ |
| SIGNATURE, PERSON TAKING PRINTS | | RACE/COLOR | WEIGHT | LENGTH |
| C. Demewske | | W | 7-8 | 19½ |

| MOTHER'S RIGHT INDEX FINGERPRINT | INFANT'S LEFT FOOTPRINT | INFANT'S RIGHT FOOTPRINT |
|---|---|---|

TOUCH SOFTLY

TOUCH SOFTL

Infa-Print, Inc., Kansas City, Mo.

Infa-Print, Inc., Kansas City, Mo.

SANCHEZ        BABY BOY        0182 4

LEWIS RALPH F 0040

M-ONB

| SIGNATURES, PERSONS CONFIRMING SEX AND IDENTIFICATION | PHYSICIAN | DELIVERY ROOM NURSE |
|---|---|---|
| | L. Bucher C.W. | C. Baker se |

Boy Sanchez, Juana 707173683
10/21/83 @0646 DR LEWIS
6854

FORM NO. 775

UPON DISCHARGE:                    DATE: ___10-21-83___    11 AM

I CERTIFY that when I was discharged I received my baby.
I checked the identification bracelets on the infant's
arm and leg and my identification bracelet and found
them to be identically numbered and contained the correct
identifying information.

WITNESS _____        MOTHER _____

# DELIVERY ROOM RECORD

| TIME PAT. TO DEL. RM. | DATE | | GRAVIDA | PARA | AB | LC |
|---|---|---|---|---|---|---|
| 06 25 | 10/19/03 | | 10 | 7 | | |

SANCHEZ        JUANA

HERTZ MICHAEL 0123

| HEIGHT | WEIGHT | BP | A/R | FHR | EDC | HGB | HCT |
|---|---|---|---|---|---|---|---|
| 5'10 | | 16 | 68 | 120 | 10/30 | | |

| GESTATION (S) OF WEEKS | NURSING | INDUCTION |
|---|---|---|
| 40 | NO | |

| BLOOD TYPE | RH | RHOGRAM WITH LAST BABY | RUBELLA TITER | CERVIX | | STATION | POSITION |
|---|---|---|---|---|---|---|---|
| O | POS | | | on lip | CM | -1/0 | OA |

| MEMBRANE RUPTURED DATE AND TIME | | | | SPONT. | ARTIFICIAL | MEMBRANE COLOR |
|---|---|---|---|---|---|---|
| 10/19 @ 625 | | A.M. P.M. | | | X | Clear |

| FETAL MONITOR | | PERIODIC CHANGES | TYPE OF PERIODIC CHANGES |
|---|---|---|---|
| INTERNAL | X EXTERNAL | YES X NO | |

## MOTHER / INFANT

ANALGESIA

| | INFANT APGAR | |
|---|---|---|
| | 1 MINUTE | 5 MINUTES |

I.V. FLUIDS  micorc D5 R

| | 1 MINUTE | 5 MINUTES |
|---|---|---|
| HEART RATE | 2 | 2 |
| RESP. EFFORT | 2 | 2 |
| MUSCLE TONE | 2 | 2 |
| REFLEX IRRIT. | 2 | 2 |
| COLOR | 1 | 1 |
| TOTAL | 9 | 9 |

| 1st STAGE OF LABOR | 2nd STAGE OF LABOR | 3rd STAGE OF LABOR |
|---|---|---|
| HRS. MIN. | HRS. MIN. | HRS. MIN. |

| TIME OF BIRTH | POSITION | VAGINAL BLEEDING |
|---|---|---|
| 0646 A.M. P.M. | OA | |

ANESTHESIA     MEDICATIONS

| SEX | WEIGHT GMS / LBS | BRACELET NO. | PRINTS DONE |
|---|---|---|---|
| M | 7 7 | 6854 | X YES  NO |

DURATION     COMPLICATIONS

| AURED | DELEE AMT. | # OF CORD VESSELS | |
|---|---|---|---|
| | | 3 | VOIDED  MECON. |

### DELIVERY MECHANISM

| CORD AROUND NECK | CORD BLOOD | BAPTIZED |
|---|---|---|
| | TO LAB | YES X NO |

SPONTANEOUS  FORCEP  LOW  MID.

### ROTATION MECHANISM

MANUAL  FORCEP  MID.  AXIS TRAC.

CULTURES TAKEN

### EPISOTOMY

NONE  MIDLINE  R MEDIOLATERAL

### RESUSCITATION

### LACERATIONS

| CERVICAL (DEGREE) | VAGINAL (DEGREE) | RECTAL (DEGREE) |
|---|---|---|

NONE  X STIMULATION  O2 OVER FACE

### PLACENTA

| TIME | | |
|---|---|---|
| 0649 A.M. P.M. | X INTACT |  FRAGMENTED |

 PRESSURE MASK  PRESSURE TUBE  PHARYNGEAL SUCTION

 GASTRIC SUCTION  TRACHEAL SUCTION  CARDIAC MASSAGE

 SPONTANEOUS  EXPRESSED  MANUAL

 DRUGS OR I.V. TAKEN

### OXYTOCIC

| TYPE | DOSE | ROUTE | TIME |
|---|---|---|---|
| Pitocin | 10cc | IV | 0649 A.M. P.M. |

REMARKS

### OTHER

Dilate 2 ml @ 7/0

TERMINAL VAGINAL INSPECTION FOR BLEEDING AND/OR FOREIGN OBJECTS

| DELIVERING PHYSICIAN | ASSISTANT | PHYSICIAN CARING FOR INFANT |
|---|---|---|
| | | |

| ANESTHESIOLOGIST | NURSE | |
|---|---|---|
| | | |

### CONDITION ON LEAVING DELIVERY ROOM

| BP | R | UTERINE TONE | LOCHIA AMT. | TOTAL EST. DEL. ROOM BLOOD LOSS | FROM DELIVERY ROOM AT |
|---|---|---|---|---|---|
| | | | | 300 ML. | @ 7/5 A.M. P.M. |

COMPLICATIONS OR REMARKS:

# BETHESDA MEMORIAL HOSPITAL

**ADMISSION:**
TIME: 0400 M DATE: 10-19-19 83
GRAVIDA: II   PARA: II   LIVING: II
T: 97.7   P: 88   R: 20   EDC: 10/30
BLOOD TYPE: O   Rh: pos   SER: 
LAST MEAL: 9 PM   DATE: 10-18-19 83
FACTS of IMPORTANCE:
5 classes

**ONSET of LABOR:**
TIME: _____   M DATE: _____ 19
SPONTANEOUS: X   INDUCED: _____
MEMBRANES: INTACT (X) RUPTURED ( )
MECONIUM- YES ( ) NO ( )
ARTIFICIAL (X)   SPONTANEOUS ( )
TIME: 0125 M DATE: 10-19-19 83

**GENERAL INFORMATION:**
AGE: 19   RELIGION: Cath
WEIGHT: _____ lbs.   HEIGHT: 4'10"
RUBELLA: _____
ALLERGIES: NKDA
FEEDING: BREAST ( )   BOTTLE (X)
PEDIATRICIAN: _____
SMOKER: YES ( )   NO ( )

| DATE | TIME | CONTRACTIONS FREQ. | DUR | VAGINAL EXAM DIL | STA | EFFAC | POS | FHT | BP | MEDS - TREATMENTS - REMARKS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19 | 0400 | 2-3 | 35 | 4-5 | -1 | 90% | Utx | 144 | 120/68 | Admit EFM | |
| | 0410 | | | | | | | | | 1000cc DSRL RFA # 18 | BB |
| | 0425 | | | 5 | -1 | 90 | Utx | 13-s | | Heal (heart chru) flow down | BB |
| | 04 | 2-3 | | 6-7 | -1 | 90 | Utx | 130s | | Cx by CNM | BB |
| | 0510 | 2-4 | | | | | | | 118/70 | | BB |
| | 0535 | 2-4 | | 8 | -1 | 90 | Utx | 130s | | | BB |
| | 0610 | 2-5 | 40-50 | ant lip tur | -1 | C | utr | 140's | | | Th+H |
| | 0620 | 5c | | | | m-v | | 140s | 124/60 | | |
| | 0625 | | 1c | | | | | 130c | | AROM G clear to DR | BB |
| | 0635 | | | | | | | 120 | | | B |
| | 0635 | | | | | | | 120 | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | 10/2 | 18 | | |
| | | | | | | | | | | | |

SANCHEZ   JUANA   M  0002 1
HERTZ MICHAEL 0123

Form #81   11/82
WHITE - CHART
YELLOW - NBN
PINK - L&D

**LABOR RECORD**

| Date Order Noted | Renewal Date | Special Orders, Medications, and Treatments | Day 7 – 3 | Eve 3 – 11 | Night 11 – 7 |
|---|---|---|---|---|---|
| 10/19 | | Dextro-STIX – 45 – 90 8 30 q4 | | | |
| | | D. STIX x 2 for evaluation of Blood glucose | | | |
| | | D. ditto for tof pm | | | |
| 19/20 | | Dinch to machine | | | |
| | | | | | |
| | | | | | |

| 1983 Date | Formula | 1 5 9 6 59 | #6 | Wt. | Stools 11–7 | 7–3 | 3–11 | Remarks 11–7 | 7–3 | 3–11 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/19 | F | 4½ Y4 W½ | | 7-6 | | Ø | 7m | | granty — Jittery | Muddy + EC. dry | Muddy + es |
| | | | | | | Ø | 0 | | | | es |
| 10/20 | F | 1 1½ ¾ 1¼ ¾ 2½ | | 7-5 | Ø cumf | T7 ✓ | ℞ ✓ | muddy dry sn | tudcu dry EC. | soft ac |
| 10/21 | F | 1½ 1½ 1½ | | 7-3 | ituso +gn ✓ | ℞7 ✓ | muddy sits pm | muddy sf | |
| 19/ | F | | | | | | | | | |

| APGAR | E.D.C. | GRAY–PARA | BAPT. | SUCTION | CIRC–VOID | PROBLEMS AT BIRTH |
|---|---|---|---|---|---|---|
| 7/9 | 10/30 | TII TII | | | | |

| MOTHERS ROOM # | NAME | SEX | WEIGHT & LENGTH | Rh | BIRTH DATE | Dr. Notif. | PHYSICIANS |
|---|---|---|---|---|---|---|---|
| 10 | Juana Sanchez | ♂ | 19/2 7-6 | 0+ | 10/19/83 6:46 Am | | CNM – Lewis |

NBN FORM   11/73

NO. #1

## NBN NURSING CARE PLAN

| DATE | |
|------|--|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

SANCHEZ          BABY  BOY        0132 4

Bay 274   Boynton Beach

LEWIS RALPH F 0040

**PHYSICIAN'S ORDER SHEET**

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

AUTHORIZATION IS GRANTED TO SUPPLY MEDICATION BY NON-PROPRIETARY NAME UNLESS CHECKED HERE ⟶ ✓

| DATE | TIME | DOCTOR — PLEASE USE BALL POINT PEN AND PRESS FIRMLY |
|------|------|---------------------------------------------------|
| 10/19/83 | | Auromycin opth. ung. o.u. |
| | | Konakian 1 mg. IM |
| | | Ivory baths on admission when temp. permits; then daily. |
| | | Warming crib until temp. stable; then to regular crib. |
| | | NPO for 4-6 hours. |
| | | Sterile water q4h x2. ~~Breast babies x1.~~ |
| | | 20 cal formula q4h. |
| | | ~~Babies to breast when mother and baby are ready.~~ ⟶ |
| | | Vital signs once per shift. |
| | | Metabolic screening test prior to discharge. |
| | | Discharge on 20 cal. w/iron. |
| 10/19/83 | | _[handwritten]_ x20 for evaluation of blood glucose Isolette for heat _[signature]_ |
| 10/20/83 | | _[handwritten] May be discharged_ |

SANCHEZ          BABY BOY          0182 4

LEWIS RALPH F 0040

**MEDELCO PATIENT LABEL**

A-000252

FR 10/21/83 O TH LAB ORDER TIME 0700 OPR 2945
SANCHEZ         BARY BO   OND H O 01824N NBN 0213
ORD. DR.: 0040 LEWIS RALPH F
CASE NO.: 7073 0693
TO BE DONE 10/21/83 TIME 0700            TODAY
REMARKS: ————————————————————————————
————————————————————————————————————————
006   3599A FLORIDA INFANT SCREEN/DRAWN——NURSERY Y

3599B
3599C         SENT TO STATE LAB BY NURSERY
3599D         TEST RESULTS LOGGED IN NURSERY



**LABORATORY REPORTS**
**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

MISCELANEOUS
Form No. 16-07

SENT TO STATE LAB BY NURSERY
TEST RESULTS LOGGED IN NURSERY

PATIENT LABEL





# McDermott
## Investigations, Inc.

P.O. Box 212979, Royal Palm Beach, FL 33421
Phone: 561-833-5005 - License # A96 00267

August 13, 2007

Bethesda Memorial Hospital
Attn: Medical Records
2815 S. Seacrest Blvd.
Boynton Beach, FL 33435

Re: Ricardo Sanchez Jr
    Juana M. Sanchez

Dear Sir/madam:

Enclosed, please find an authorization for release of confidential records signed by our client, Ricardo Sanchez and his mother, Juana M. Sanchez.

Please provide copies of all medical and records including but not limited to emergency room, outpatient, inpatient, admission, release, staff reports/notes, lab reports, psychiatric records, test results, prescription/medication records, birth records, obgyn records and all records deemed confidential you have in regards to both patients for all admission/treatment dates to your facility.

My office agrees to pay for any and all costs in regards to providing the requested copies. If you have any questions or need additional information, please call me at 561-758-1300.

Thank you for your assistance.

Sincerely,

Lisa McDermott

BETHESDA MEMORIAL HOSPITAL
DATE COPIED: 01 27 08
# PAGES COPIED 71
COPIED BY: NG
MY ID # 50-2447554

A-000256

305

| ADMITTED BY 1404 | ADMISSION DATE | TIME | DISCHARGE DATE | TIME | MEDICAL RECORDS NO. |
|---|---|---|---|---|---|
| ACCT ▓ | 10/19/83 | 0420 | 10-21-83 | 1100 | 0206 |

| NAME LAST | SANCHEZ | | FIRST | JUANA | | MIDDLE | M |
|---|---|---|---|---|---|---|---|

| SEX | F | RACE | ▓ | AGE | 019 | BIRTHDATE ▓ | MS | M | SMK | N | ROOM NO. | 00021 |

PREV NAME — MAIDEN NAME — SS ▓ — RELIGION ▓ CA

| ADDRESS ▓ | | | | | | | |
| CITY ▓ | | ▓ ▓ | ZIP | 33463 | T PHONE | NONE | |

OCCUPATION HOUSEWIFE — O'NEILL — EMPLOYER

EMP. ADR

ATTENDING PHYSICIAN 0098 WIN RONNY O'NEILL Michael Hertz

ADR ▓ SU — PHYS PHONE ▓

NOTIFY RICHARD SANCHEZ — REL HUSBAND — HOME PHONE NONE — WK PHONE ▓

ADM DIAG FULL TERM PREGNANCY 650

AID 000

| GUARANTOR | SANCHEZ | RICHARD | G | PHONE | NONE |
|---|---|---|---|---|---|

ADR ▓

EMPLOYER A 1 ROOF TRUSSE — EMP ADR ▓

GUAR OCC LABORER — GUAR SS ▓ — EMP PHONE ▓

GUAR REL HUSBAND

BLUE CROSS CERT — B/C GRP — C/C

MBR

ADDL INS

ADDL INS

MEDICARE — MEDICAID

ACCIDENT — EAP

TIME — DATE — PLACE — VIA

REMARKS CATHOLIC

01

| FINAL DIAGNOSIS | CODE NO. |
|---|---|
| Antenterine pregnancy mature del. | 650 |

| OPERATION | DATE | CODE NO. |
|---|---|---|
| Obstetric Delivery | 10-19-83 | 73.6 |

SURGEON RMX Epis. — Lurene Burk, CNM

CONSULTATION WITH — DATE

DISCHARGE STATUS

✓ Home — DISCHARGED ALIVE — DEATH UNDER 48 HRS.

— RELEASED AGAINST ADVICE — DEATH OVER 48 HRS.

L. O'Neill, CNM

PHYSICIAN'S SIGNATURE

| PATIENT'S NAME | ROOM NO. | HOSP. NO. | SERVICE | DOCTOR |
|---|---|---|---|---|
| | | | | |

I certify that the care of this patient is carried out in accordance with the approved protocol of the Midwifery Service.

Signed _____ M.D.

BETHESDA MEMORIAL HOSPITAL
2815 SOUTH SEACREST BOULEVARD • BOYNTON BEACH, FLORIDA 33435

CHART COPY

## BETHESDA MEMORIAL HOSPITAL
### BOYNTON BEACH, FLORIDA

PATIENT NAME    SANCHEZ, JUANA
HOSPITAL NO.    7-071-768
ROOM NO.    170
DATE    ADMITTED 10/19/83; DISCHARGED 10/21/83
PHYSICIAN    LOUISE O'NEILL, C.N.M.
SERVICE

### DISCHARGE SUMMARY

FINAL DIAGNOSIS:

INTRAUTERINE PREGNANCY-MATURE DELIVERED.

OPERATION:

OBSTETRIC DELIVERY, RIGHT MEDIOLATERAL EPISIOTOMY.

### HISTORY

THIS IS A 19 YEAR OLD GRAVIDA 3 PARA 2-0-0-2, WITH AN EDC OF 10/30/83 BY DATES. SHE RECEIVED NO ANTEPARTUM CARE. THE PATIENT WAS ADMITTED ON 10/8/83 WITH A URINARY TRACT INFECTION. AT THAT TIME SHE WAS DISCHARGED ON PO AMPICILLIN. AT THAT TIME SHE DID NOT COMPLETE THE MEDICATION.

THE PATIENT'S MEDICAL HISTORY REVEALS A PAST HISTORY OF ANEMIA. IN 1980 SHE WAS IN A SHOOTING ACCIDENT, WITH INJURY TO THE LEFT CHEEK AND WAS HOSPITALIZED AT DOCTOR'S HOSPITAL.

FAMILY HISTORY IS ESSENTIALLY NEGATIVE.

SHE HAS A HISTORY OF HAVING HAD RAPID LABORS. AT THE TIME OF ADMISSION THE CERVIX WAS DILATED 5 CENTIMETERS, WITH MEMBRANES INTACT AND THE VERTEX AT MINUS 1 STATION BY THE RN'S EXAMINATION. SHE HAD HEAVY BLOODY SHOW. ON REEXAMINATION TWENTY MINUTES LATER THE CERVIX WAS DILATED 6-7 CENTIMETERS, AND THE CERVIX WAS FELT TO BE IRREGULAR AND NODULAR. HEART AND LUNGS EVALUATION WAS WITHIN NORMAL LIMITS.

THE PATIENT MADE GOOD PROGRESS IN HER LABOR TO AN ANTERIOR LIP. AMNIOTOMY WAS PERFORMED AND CLEAR FLUID NOTED. SHE WAS TAKEN TO THE DELIVERY ROOM AND HAD A SPONTANEOUS VAGINAL DELIVERY UNDER LOCAL INFILTRATION OVER A RIGHT MEDIOLATERAL EPISIOTOMY OF A VIABLE 7 POUND 7 OUNCE MALE INFANT, WITH APGAR 8/9. THE PLACENTA DELIVERED SPONTANEOUSLY AND WAS INTACT. EXAM OF THE CERVIX, VAGINAL VAULT REVEALED NO LACERATIONS. THE EPISIOTOMY WAS REPAIRED WITH CHROMIC OO AND GOOD HEMOSTASIS WAS OBTAINED. ESTIMATED BLOOD LOSS WAS 300 + CCS. PARENTAL INFANT BONDING WAS POSITIVE. THE PATIENT WAS TAKEN TO THE RECOVERY ROOM IN APPARENTLY SATISFACTORY CONDITION.

### LABORATORY STUDIES

HER CATH UA SHOWED 25-30 WBC'S AND 3+ BACTERIA. DR. COHEN WAS CONSULTED AND THE PATIENT WAS PLACED ON MACRODANTIN, 100 MGS. PO Q.I.D. PRELIMINARY C AND S REPORT REVEALED GREATER THAN 100,000 COLONIES OF GRAM NEGATIVE RODS. SHE WAS O POSITIVE, WITH A NEGATIVE ANTIBODY SCREEN.

VDRL REPORT WAS NOT YET AVAILABLE.

CONTINUED...............

## SUMMARY

**BETHESDA MEMORIAL HOSPITAL**
**BOYNTON BEACH, FLORIDA**

PATIENT NAME
HOSPITAL NO.
ROOM NO.
DATE
PHYSICIAN
SERVICE

SANCHEZ, JUANA
7-071-768
170
ADMITTED 10/19/83; DISCHARGED 10/21/83
LOUISE O'NEILL, C.N.M.

DISCHARGE SUMMARY
PAGE TWO

DURING THE POSTPARTUM COURSE THE PATIENT REMAINED AFEBRILE, WITH NO EXCESSIVE BLEEDING. SHE WAS GIVEN FOAM AND CONDOMS, WITH INSTRUCTIONS IN SPANISH. THE PATIENT IS DISCHARGED ON THE SECOND POSTPARTUM DAY, WITH A HEMOGLOBIN OF 10.1 GRAMS AND HEMATOCRIT OF 30.1%. SHE WAS GIVEN THE USUAL DISCHARGE INSTRUCTIONS. A PRESCRIPTION FOR MACRODANTIN WAS PHONED IN TO HER SUPER X DRUG STORE BY DR. COHEN'S OFFICE. THE IMPORTANCE OF THE MEDICATION WAS DISCUSSED WITH THE PATIENT.

SHE IS TO RETURN TO THE CLINIC IN TWO WEEKS FOR HER FAMILY PLANNING CLASS.

*Louise O'Neill, CNM*

LOUISE O'NEILL, C.N.M.
SG
D 10/21/83; T 10/24/83.

PRENATAL OBSTETRIC HISTORY AND RISK INDEX          Day  Month  Year

Patient's Name: Last _____ First _____ Init. _____ Birthdate _____ Race _____ Religion _____ Country of Birth

Sanchez  Juana Maria

Address _____                                    Marital Status    Social Security Number
                                                 S  M  W  D  Sep

Father of Child:  Name _____ Age  Ht.  Wt.  Significant Disease(s)    Living with Putative Father    Yes
Sanchez Ricardo  23                                                                                  No

Family History:  TB  O    Hypertension  O    Heart Disease  O    Diabetes (f...)    Epilepsy  O

Neuro-Psych  O    Allergy  O    Multiple-Pregnancies  O    Congenital Anom.  O    Other (Specify)

Menstrual History    Onset at _____    Interval  Regular    Duration  5    Amount  normal
                     1.  18    Yrs.  2.          Days  3.              Days  4.

Months Attempted Pregnancy    1. L.M.P.  1-24-83    2. Normal?    E.D.C.  10-30-83

| A Maternal Age | | J Neo-Natal Death | | F History Since LMP: | | W Urinary Infections: | |
|---|---|---|---|---|---|---|---|
| Under 15 | 20 | One | 10 | Headache | | Acute  4/83 | 15 |
| 15-19 | 10 | Two or More | 30 | Bleeding Spotting | | Chronic  Tx @ S. Marys | |
| 20-29 | 0 | K Current Drug Intake: | | Edema | | X Anemia HGB/HCT | |
| 30-34 | 5 | Alcohol | 20 | Rubella | | 10-11 GM/30-33 MM | 5 |
| 35-39 | 10 | Narcotic | 20 | Radiation | | 9-10 GM/27-30 MM | 10 |
| Over 40 | 20 | Tobacco | 10 | Other | | Under 9 GM/ 30 MM | 20 |
| B Parity | | Other Subs. Abuse | 0 | Q Nutrition | | Y Rh and/or ABO Problem | |
| Zero | 10 | Anti-Convulsant | 10 | Underweight | 20 | Prior Rh Incompatible | 30 |
| Greater than 5 | 15 | Prescribed Drugs | 0 | Unacceptable Gain | 0 | Prior ABO Incom- | |
| C Abortions | | Other Drug Abuse | 20 | Excess Gain | 30 | patible | 20 |
| One-Spontaneous | 5 | L Allergies | | Low Intake | 10 | Prior Infant Affected | 30 |
| Two-Spontaneous | 15 | Narcotics | 5 | R Acute Illness | | Prior Sensitized | 30 |
| Three or More Spon | 10 | Anti-Biotics  NKA | 10 | Mild | 10 | Rho-Gam (mother) | 0 |
| Induced | 5 | Analgesics | 5 | Serious | 15 | Z Pelvic Measurements: | |
| D Previous Labor | | Other | 0 | S Chronic Hypertension | | Contracted Pelvis | |
| Under 18 | 0 | M Chronic Illness | S-Deb Deb | Mild | 15 | Borderline | 10 |
| Over 12 hours | 0 | Asthma | 5 | 20 | Moderate | 20 | Any Contracted Plane | 20 |
| E Complications of Pregnancy: | | Epilepsy | 5 | 20 | Severe | 30 | Adequate | |
| Placenta Previa | 10 | Mental | 5 | 20 | Nephritis | 30 | Inadequate | |
| Placenta Abruptio | 20 | T.B. | 5 | 30 | T Endocrine Disorders | | ** RISK STATUS | |
| Prior Fetus Mal- | | V.D. | 5 | 30 | Adrenal Pituitary | 30 | Index Base | 100 |
| presenter | 10 | Phlebitis | 15 | 30 | Menstrual | | Loss Score | |
| Prior C-Section | | Varicosities | 10 | 20 | Dysfunction | 10 | Risk Index | |
| Other | 0 | Other | 0 | 0 | Thyroid Problem | 10 | HI RISK (70 or less) | |
| | | | | | | | Yes [ ]  No [ ] | |
| F Premature Birth | | M Syphillis | Date | U Diabetes: | | Additional comment should | |
| One | 10 | | Mo. Day Yr | Insulin Dependent | 30 | be made on episodic care | |
| Two or More | 20 | Prior Treat | | Gestational | 10 | notes for risk factors | |
| | | 1d Trim Treat | | Non-Gestational | 0 | scored 10 and above and | |
| G Congenital Anomaly | | O Generative Tract Disorder | | V Heart Disease | | as indicated in inter- | |
| One | 10 | Anomaly Incompetent | | Class I | 10 | viewer's judgment. | |
| Two or More | 20 | Cervix | 20 | Class II | 10 | 1980 - Shooting accident | |
| H Birth Trauma | | Myomas Over 5cm | 20 | Class III | 30 | L. Cheek - Dr's hx. | |
| Physical | 10 | Myomas Submucous | 20 | Class IV | 30 | Past hx anemia | |
| Neuro | 20 | Ovarian Mass over 6cm | 20 | Prior Failure | 30 | | |
| I Fetal Deaths | | Endometriosis | 5 | Rheumatic Fever | 30 | | |
| One | 10 | Other | 0 | | | | |
| Two or More | 30 | | | | | | |

| NO. | Year | Summary of Previous Pregnancies / Place of Confinement | Full Term Dur. of Gestation in weeks | Premature (< 2500) Dur. of Labor | Abortions (< 20 wks) Type of Delivery | Born A or D | Living Children Weight | Mult. Births Maternal | Complications Child |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 1981 | At Marys | 40 | 15 hrs | SVD | A | 8-8 | 0 | ♂ |
| 2. | 1982 | At Marys | 40 | 2 | SVD | A | 6-4 | 0 | ♀ |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |

State of Florida
Department of Health & Rehabilitative Services
Palm Beach County Health Department

Prenatal Record
August 1980

PRENATAL PHYSICAL EXAMINATION

PATIENT'S NAME_____   ID#_____   DATE_____

| OBJECTIVE DATA BASE | NORMAL | ABNORMAL | HGT. | WT. | B.P. / | PRE GRAVID WGT. |
|---|---|---|---|---|---|---|
| | | | | | COMMENT ALL ABNORMAL FINDINGS | |
| SKIN | ✓ | | | | | |
| EENT | ✓ | | | | | |
| MOUTH/TEETH | | ✓ | Scar L. cheek - shooting accident | | | |
| THYROID | | ✓ | | | | |
| LUNGS | ✓ | | | | | |
| HEART | | ✓ | RSR S Ⓐ | | | |
| BREASTS | | ✓ | soft, no masses - 2 cm hypopigmented area Rt. breast | | | |
| ABDOMEN | | | | | | |
| FETAL HEART   130's | | | | | | |
| HEIGHT OF FUNDUS  31 cm | | | | | | |
| PRES. AND POS.  VTV | | | | | | |
| MUSCULOSKELETAL | ✓ | | | | | |
| NEUROLOGIC | | ✓ | DTR 3+ | | | |
| EXTREMITIES | | | | | | |
| PELVIC EXAMINATION | | | | | | |
| EXTERNAL GENITALIA | | | | | | |
| VAGINA | | | | | | |
| CERVIX | | | 2 cm, 85%, ṡ VTX ↑ | | | |
| UTERUS | | | | | | |
| ADNEXAE | | | | | | |
| RECTOVAGINAL | | | | | | |

BONY PELVIS

Dia. Conj._____ cm     Trans. Diam. Outlet_____ cm

Arch_____   Coccyx_____   S.S. Notch_____   Shape Sacrum_____

| Inlet | Mid Pelvis | Outlet | Prognosis for Delivery |
|---|---|---|---|
| 1. ☐ Adequate | 4. ☐ Adequate | 7. ☐ Adequate | adequate for 8½ |
| 2. ☐ Borderline | 5. ☐ Borderline | 8. ☐ Borderline | |
| 3. ☐ Contracted | 6. ☐ Contracted | 9. ☐ Contracted | |

L. O'Niell CNM
EXAMINER'S SIGNATURE

LABORATORY TESTS

| | DATE | RESULTS | | DATE | RESULTS |
|---|---|---|---|---|---|
| CYTOLOGY | | | RUBELLA TITER | | |
| HCT/HGB | | | BLOOD TYPE/RH | | |
| | | | ANTIBODY | | |
| GC CULTURE | | | BLOOD SUGAR | | |
| WET MOUNT | | | 3 hr. Prandial | | |
| SEROLOGY | | | Glu. Tol. | | |
| | | | | | |
| | | | TUBERCULIN TEST | | |
| URINALYSIS | | | FATHER'S RH | | |
| | | | OTHER | | |
| SICKLE CELL | | | | | |

A 000261

## LABOR EXAM and EVALUATION

| PATIENT NAME | | | AGE | DATE | | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|---|
| Denchez, Juana Maria | | | 19 | 10-8-83 | | 2320 | |
| ADDRESS | | | | | CITY | | ZIP |

**NATURE OF PROBLEM**

? labor

grii pti ooii

Pt. says she is to take B100 to clinic 10-10 for clearance.

| FETAL MONITOR | ( ) YES  ( ) NO | DRUG ALLERGIES | | PRIVATE DR. NOTIFIED | ( ) YES  ( ) NO | TIME | | ( ) AM  ( ) PM | ER DOCTOR TO TREAT | ( ) YES  ( ) NO |
|---|---|---|---|---|---|---|---|---|---|---|
| T.P.R. 98-80-20 | B.P. 14/70 | TIME ( ) AM ( ) PM | T.P.R. | B.P. | TIME ( ) AM ( ) PM | | T.P.R. | B.P. | TIME ( ) AM ( ) PM |

FHT-130's

**NURSES NOTES**

LMP   1-24-83    EDC   10-30-83    2345 - EFM applied -

FH - 31 cm    2355 - Cath. W/A done

TREATMENT NURSES SIGNATURE

**PHYSICIAN'S NOTES**

2325 - CX - 2 cm, 80% CURE ↑ ↑ membranes intact W/A + C+S

muca CX q̄ 10-12 min̄    Consent

Dr. Lazzequilla adm. pt. for tx of UTI

**DIAGNOSTIC TEST(S):**

Sp.GRAV - 1.015
pH -
albumin - neg
glucose - neg

WBC 10-12
CBC
lymph 2-4

**MEDICATIONS:**

**RETURN TO ER FOR EVALUATION OF:**

ATTENDING PHYSICIAN'S SIGNATURE

J. O'Nuie, CNM

AUTHORIZATION FOR TREATMENT RELEASE OF INFORMATION ASSIGNMENT OF INSURANCE BENEFITS & RELEASE FROM RESPONSIBILITY I hereby consent to whatever medical or surgical treatment including anesthetics that the physician may deem necessary on patient named above. I also authorize this hospital and or any physician attending said patient to release any information acquired in the course of treatment or examination. I also hereby assign insurance benefits otherwise payable to me to any direct-to both hospital & doctor charges. I understand that I am responsible for charges not covered by my policy or policies. If I leave the hospital against the advice of my attending physician I hereby release both the physician and the hospital from any and all responsibility for any resulting ill effect.

PATIENTS SIGNATURE

WITNESSED BY

I hereby release Bethesda Memorial Hospital from responsibility because I refused treatment and/or specific test/procedures

PATIENTS SIGNATURE

WITNESSED BY

```
FINAL REPORT              LAB SUMMARY REPORT AS OF 10/24/83 0226      PAGE:  1
                              BETHESDA MEMORIAL HOSPITAL
                               BOYNTON BEACH, FLORIDA

   PATIENT: SANCHEZ        JUANA   M 019 F O DISCH   T/T 0206   CASE: 707178683
                                                                S.S.:  ███████

   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
   02000 MICROBIOLOGY                                          *
   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

   0201A CULTURE & M.I.C. (SOURCE)     )LM 3.416

   TBD 10/19/83          SOURCE: CATH URINE        CULTURE IN PROGRESS
   ACK 10/22/83   0754   PRELIM. REPORT ONLY     >100,000 COL/ML
   DR: 0123 OPR: 1782    G.NEG.ROD;ID.MIC FLLWS
   ORD. 909 ROUTINE      REPORTED 10/20/83  TIME 1034 OPR.2872
   FINAL REPORTED          SOURCE: CATH URINE        FINAL REPORT
                         >100,000 COL/ML         E. COLI
                         REPORTED 10/22/83  TIME 0754 OPR.1782
```

A-000263

```
FINAL REPORT          LAB SUMMARY REPORT AS OF 10/24/83 0226      PAGE: 2
                          BETHESDA MEMORIAL HOSPITAL
                           BOYNTON BEACH, FLORIDA

    PATIENT: SANCHEZ      JUANA   M 019 F 0 DISCH   T/T 0206  CASE: 707178683
                                                             S.S.: ██████

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
    05000 HEMATOLOGY                                        *
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

    0508A HEMOGRAM (AUTOMATED)
    0508B PATIENT:                 NORMAL VALUES:
    0508C ]    . [ WBC (THOU) UNCORR M/F5=10
    0508D ]    . [ RBC (MILL) M:4.6=6.2 F:4.2=5.4
    0508E ]    . [ HGB (G/DL) M:14=18   F:12=16
    0508F ]    . [ HCT ( % ) M:42=52    F:37=47
    0508G ]    .[ MCV (CU.U) M:80=94    F:79=97
    0508H ]    . [ MCH (UUG ) M:27=31   F:27=31
    0508I ]    . [MCHC ( % ) M:33=38    F:33=38

              TEST:      WBC      RBC      HGB      HCT      MCV      MCHC

    TBD 10/19/83   0436    9.4     3.68    10.9     32.4     86.     34.3
    ACK 10/19/83   0443
    DR: 0098 OPR: 1730
    ORD. 003    STAT
    FINAL REPORTED

    TBD 10/20/83           7.8     3.40    10.1     30.1     86.     34.0
    ACK 10/20/83   0902
    DR: 0123 OPR: 1727
    ORD. 021 ROUTINE
    FINAL REPORTED


    0509A DIFFERENTIAL-WBC(ADULT NORMALS)

    TBD 10/19/83   0436   9.4     WBC THOU (ORD. 003  )
    ACK 10/19/83   0500   69   SEGS   (36=66%)        ANISO
    DR: 0098 OPR: 2935    7    BANDS  ( 0=10%)        MICRO
    ORD. 004    STAT      20   LYMPH  (24=44%)        MACRO
    FINAL REPORTED        4    MONOS  ( 2=8 %)        HYPOCHR
                               EOS    ( 0=5 %)        PCLYCHR
                               BASO   ( 0=1 %)        POIKILO
                               META                   SPHERO
                               MYELO                  TARGETS
                               %                      BASO STIP
                               %                      OVALS
                               %                      SCHISTO
                               %                      DOHLE BOD
                               ATYP LYMPH             TOX GRAN
                               NRBC/100 WBC           ATYP PLT
                          X    NORM.RBC          ADQ  PLT SUF


    TBD 10/20/83          7.8     WBC THOU (ORD. 021  )
    ACK 10/21/83   1428   70   SEGS   (36=66%)    1+  ANISO
    DR: 0123 OPR: 1727    5    BANDS  ( 0=10%)        MICRO
    ORD. 022 ROUTINE      22   LYMPH  (24=44%)    1+  MACRO
    FINAL REPORTED        1    MONOS  ( 2=8 %)        HYPOCHR
```

FINAL REPORT       LAB SUMMARY REPORT AS OF 10/24/83 0226        PAGE: 3
                         BETHESDA MEMORIAL HOSPITAL
                           BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ      JUANA   M 019 F O DISCH  T/T 0206   CASE: 707178683
                                                          S.S.: ███████

* * * * * * * * * * * * * * * * * * * * * * * * * *
05006 HEMATOLOGY                                    *
* * * * * * * * * * * * * * * * * * * * * * * * * *

0509A DIFFERENTIAL-WBC(ADULT NORMALS)

                        2  EOS      ( 0-5 %)        POLYCHR
                           BASO     ( 0-1 %)        POIKILO
                           META                     SPHERO
                           MYELO                    TARGETS
                           %                        BASO STIP
                           %                        OVALS
                           %                        SCHISTO
                           %                        DOHLE BOD
                           ATYP LYMPH               TOX GRAN
                           NRBC/100 WBC             ATYP PLT
                           NORM.RBC            ADQ   PLT SUF

FINAL REPORT          LAB SUMMARY REPORT AS OF 10/24/83 0226          PAGE:  4
                          BETHESDA MEMORIAL HOSPITAL
                             BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ          JUANA   M 019 F O DISCH  T/T 0206   CASE: 707178683
                                                             S.S.: ████████

```
* * * * * * * * * * * * * * * * * * * * * * * *
10000 URINALYSIS                                          *
* * * * * * * * * * * * * * * * * * * * * * * *

1025A URINALYSIS

TBD 10/19/83  0721    CHARACTER: LT. YELLOW -HAZY
ACK 10/19/83  0828      SP.GRAV: 1.013         GLUCOSE: NEG
DR: 0123 OPR: 3963         PH: 6.0            KETONES: NEG
ORD. 010    STAT         PROTEIN: NEG        UROBILIN: NEG
FINAL REPORTED         CLINITEST: N/A        BILE/BILI: NEG
                                                BLOOD: TRA

                      WBC/HPF: 25-30           BACTER: 3+
                      RBC/HPF: 6-8             MUCOUS: 1+
                      EPITH/HPF: 4-6           AMORPH: NEG
                      OTHER: NEG
```

FINAL REPORT          LAB SUMMARY REPORT AS OF 10/24/83 0226      PAGE:  5
                         BETHESDA MEMORIAL HOSPITAL
                          BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ      JUANA  M 019 F 0 DISCH  T/T 0206  CASE: 707178683
                                                         S.S.: �In

* * * * *? * * * * * * * * * * * * * * * * * * * * *
14000 SEROLOGY                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * *

1411A SEROLOGY-ROUTINE (RPR)

TBD 10/19/83  0437    ( X ) NON-REACTIVE
ACK 10/21/83  1333    (   ) REACTIVE
OR: 0098 OPR: 1715    (   ) HOLDING SPEC.NO.  /  /  /      FOR
ORD. 006   TODAY        7 DAYS.IF FLUORESCENT TREPONEMAL
FINAL REPORTED         ANTIBODY(FTA) DESIRED,ORDER FTA ABS
                       AND SPECIFY SPECIMEN NUMBER