FINAL REPORT            LAB SUMMARY REPORT AS OF 10/24/83 0226      PAGE:   6
                          BETHESDA MEMORIAL HOSPITAL
                          BOYNTON BEACH, FLORIDA

  PATIENT: SANCHEZ        JUANA   H 019 F O DISCH  T/T 0206   CASE: 707178683
                                                             S.S.:

  * * * * * * * * * * * * * * * * * * * * * * * * * *
  01000 BLOOD BANK
  * * * * * * * * * * * * * * * * * * * * * * * * * *

  0101A TYPE&SCREEN (&HOLD, ONCE EVERY 48 HR)

        TBD 10/19/83   0437  DR: 0098  ORD: 005

FINAL REPORT          LAB SUMMARY REPORT AS OF 10/24/83 0226     PAGE: 7
                      BETHESDA MEMORIAL HOSPITAL
                      BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ,     JUANA  M 019 F O DISCH  T/T 0206  CASE: 707178683
                                                        S.S.:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
99000   VIEW BLOOD BANK REPORTS
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

5904A ZZC TYPE AND SCREEN

TBD 10/29/83              ABO GROUP: O
ACK 10/19/83  0535       RH TYPE: POS
OR: 0123 OPR: 1750
ORD. 008 ROUTINE         ANTIBODY SCREEN: NEG
FINAL REPORTED

# MINIMUM INHIBITORY CONCENTRATION

**\*\*\* DO NOT DISCARD. CHART THIS REPORT IN PATHOLOGY SECTION \*\*\***

SANCHEZ JUANA   ROOM: LD   Disch   HOSP. ▮▮▮▮▮   56792
NADACOM ORDER: 009   RECEIVED: 10/19/83   PRINTED: 10/21/83
ORGANISM: E. COLI   SITE: URINE   COL CT: >100,000

| Drug | MIC | Code | Usual adult dose (gm) | Dose needed |
|---|---|---|---|---|
| TMP-SMX | 1 | MS | P.O. 160 - 800 mg q1<br>I.M. - - -<br>I.V. - - - | P.O. USUAL DOSE<br>I.M. ---<br>I.V. --- |
| Nitrofurantoin | 64 | VS | P.O. 50-100 mg q6h<br>I.M. - - -<br>I.V. - - - | P.O. USUAL DOSE<br>I.M. ---<br>I.V. --- |
| Ampicillin | >128 | VR | P.O. 0.25 - 1.0 q6h<br>I.M. 0.25 - 1.0 q6h<br>I.V. 0.5 - 2.0 q6h | P.O. DRUG INEFFECTIVE<br>I.M. HIGHER DOSE<br>I.V. DRUG INEFFECTIVE |
| Nalidixic Acid | 4 | VS | P.O. 50 mg/kg/day<br>I.M. - - -<br>I.V. - - - | P.O. USUAL DOSE<br>I.M. ---<br>I.V. --- |
| Amikacin | 4 | VS | P.O. - - -<br>I.M. 15 mg/kg/day<br>I.V. 15 mg/kg/day | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Gentamicin | 1 | VS | P.O. - - -<br>I.M. 3 - 5 mg/kg/day<br>I.V. 3 - 5 mg/kg/day | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Carbenicillin | 128 | MS | P.O. 0.75 q6h<br>I.M. 1 - 2 q6h<br>I.V. 1 - 6 q6h | P.O. DRUG INEFFECTIVE<br>I.M. HIGHER DOSE<br>I.V. HIGHER DOSE |
| Cephalothin | 16 | MS | P.O. 0.25 - 1.0 q6h<br>I.M. - - -<br>I.V. 1 - 3 q6h | P.O. USUAL DOSE<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Cefamandole | 32 | MS | P.O. - - -<br>I.M. 0.5 - 2.0 q4-6h<br>I.V. 0.5 - 2.0 q4-6h | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Cefoxitin | 1 | VS | P.O. - - -<br>I.M. 0.5 - 2.0 q4-6h<br>I.V. 0.5 - 2.0 q4-6h | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Tetracycline | 1 | VS | P.O. 0.25 - 0.5 q6h<br>I.M. - - -<br>I.V. 0.5 - 1 q12h | P.O. USUAL DOSE<br>I.M. ---<br>I.V. USUAL DOSE |
| Tobramycin | 1 | VS | P.O. - - -<br>I.M. 3 - 5 mg/kg/day<br>I.V. 3 - 5 mg/kg/day | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Ticarcillin | 64 | MS | P.O. - - -<br>I.M. 300 mg/kg/day<br>I.V. 1-6 q4-8h | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Piperacillin | 256 | VR | P.O. - - -<br>I.M. - - -<br>I.V. 2-4 q6h | P.O. ---<br>I.M. DRUG INEFFECTIVE<br>I.V. HIGHER DOSE |
| Cefotaxime | 1 | VS | P.O. - - -<br>I.M. 1 q6-8h<br>I.V. 1-2 q6-8h | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |
| Moxalactam | 1 | VS | P.O. - - -<br>I.M. 1-2 q8-12h<br>I.V. 1-2 q8-12h | P.O. ---<br>I.M. USUAL DOSE<br>I.V. USUAL DOSE |

Doses are guidelines only. Ref: Lab manual, Sec.3.416l (on every floor)

Bethesda Memorial Hospital, Boynton Beach, Florida

**BETHESDA MEMORIAL HOSPITAL**
BOYNTON BEACH, FLORIDA

PATIENT NAME            SANCHENZ, JUANA
HOSPITAL NO.            7-071-786
ROOM NO.               ROOM:   170
DATE                   ADMISSION:  10/19/83
PHYSICIAN              LURENE BURKE, C.N.M.
SERVICE

DELIVERY NOTE

THIS IS A 19 YEAR OLD GRAVIDA III, PARA (I-0-0-II WITH AN E.D.C. OF
10/30/83 BY DATES, THE PATIENT HAS RECEIVED NO PRENATAL CARE. SHE WAS
ADMITTED TO BETHESDA WITH A U.T.I THREE WEEKS AGO AND DISCHARGED ON P.O.
AMPICILLIN.  SHE WAS ALSO SEEN AT ST. MARY'S HOSPITAL IN WEST PALM BEACH
AT FOUR TO FIVE MONTHS GESTATION AND PLACED ON MEDICATION FOR U.T.I. AT
THAT TIME AND PATIENT BY HISTORY DID NOT TAKE ALL OF THE MEDICATION.

PAST HISTORY:

THE PATIENT HAD A HISTORY OF ANEMIA IN THE PAST, A HISTORY OF SHOOTING
ACCIDENT OF THE LEFT CHEEK IN 1980.  FAMILY HISTORY WAS WITHIN NORMAL
LIMITS. LARGEST BABY BY HISTORY, WEIGHT 8 LBS. 8 OZ.  SMALLEST 6 LBS. 4
OZ.

ON ADMISSION PHYSICAL WAS FOUND TO BE WITHIN NORMAL LIMITS. HEART HAD A
REGULAR SINUS RHYTHM WITHOUT MURMUR AND THE LUNGS WERE CLEAR.  CERVIX WAS
5 CM. DILATED WITH THE VERTEX AT A MINUS 1 STATION AND MEMBRANES INTACT
PER EXAM OF R.N.

THE PATIENT WAS HAVING A RATHER HEAVY BLOODY SHOW. SHE WAS RE-EXAMINED
ABOUT 30 MINUTES AFTER ADMISSION AND WAS 6 TO 7 CM. THE CERVIX WAS
IRREGULAR AND NODULAR.

THE PATIENT MADE SATISFACTORY PROGRESS TO AN ANTERIOR LIP AT WHICH TIME
THE MEMBRANES ARE ARTIFICIALLY RUPTURED WITH CLEAR FLUID OBTAINED. THE
PATIENT WAS TRANSPORTED TO THE DELIVERY ROOM WHERE THERE WAS A SPONTANEOUS
VAGINAL DELIVERY UNDER LOCAL INFILTRATION OF A RIGHT MEDIOLATERAL
EPISIOTOMY OF A VIABLE 7 LB. 7 OZ. MALE WITH APGARS 8/9.  THE PLACENTA
WAS SPONTANEOUS AND INTACT.

CERVIX AND VAGINAL VAULT WERE INSPECTED AND FOUND TO BE FREE FROM
EXTENSIONS OR LACERATIONS. THE EPISIOTOMY WAS REPAIRED WITH OO CHROMIC
WITH GOOD HEMOSTASIS OBTAINED.  ESTIMTED BLOOD LOSS 300 CC. PARENTAL INFANT
BONDING WAS POSITIVE.  THE PATIENT WAS RETURNED TO THE RECOVERY ROOM IN
SATISFACTORY CONDITION.

THE PATIENT WAS CATHED ON THE TABLE AND URINE SPECIMEN WAS SENT FOR UA
AND A C&S.  CORD BLOOD SEROLOGY WAS ORDERED ALSO ROUTINE WALK-IN ADMISSION
LAB WORK WAS DONE.

*Lurene Burke CNM*
LURENE BURKE, C.N.M.
DT:  10/19/83
KO

**DELIVERY NOTE**

CHART COPY

## DELIVERY ROOM RECORD

| TIME PAT. TO DEL. RM. | DATE | GRAVIDA | PARA | A3 | LC | SANCHEZ | JUANA |
|---|---|---|---|---|---|---|---|
| 0625 | 10/19/85 | III | II | | | | |

| HEIGHT | WEIGHT | BP | A/R | FHR | EDC | HGB | HCT | HERTZ MICHAEL 0123 |
|---|---|---|---|---|---|---|---|---|
| 4'10" | 120/68 | 88 | | 141 | 10/30 | | | |

GESTATION # OF WEEKS: **40**   NURSING: **NO**   INDUCTION:

F-019

| BLOOD TYPE | RH | RHOGRAM WITH LAST BABY | RUBELLA TITER | CERVIX | | STATION | POSITION |
|---|---|---|---|---|---|---|---|
| O | pos. | | | ant lip | ani lip CM | -1/0 | OA |

MEMBRANE RUPTURED DATE AND TIME **10/19 @ 625**  A.M./P.M.  ☐ SPONT.  ☒ ARTIFICIAL   MEMBRANE COLOR: **Clear.**

FETAL MONITOR   ☐ INTERNAL   ☒ EXTERNAL   PERIODIC CHANGES ☐ YES ☒ NO   TYPE OF PERIODIC CHANGES

| MOTHER | | INFANT | |
|---|---|---|---|

ANALGESIA

| | INFANT APGAR | 1 MINUTE | 5 MINUTES |
|---|---|---|---|
| I.V. FLUIDS **1000cc D5LR** | HEART RATE | 2 | 2 |
| | RESP. EFFORT | 2 | 2 |
| | MUSCLE TONE | 2 | 2 |
| | REFLEX IRRIT. | 2 | 2 |
| | COLOR | 1 | 1 |
| | TOTAL | 9 | 9 |

LABOR

| 1st STAGE OF LABOR | 2nd STAGE OF LABOR | 3rd STAGE OF LABOR |
|---|---|---|
| HRS. MIN. | HRS. MIN. | HRS. MIN. |

TIME OF BIRTH **0646** A.M./P.M.   POSITION **OA**   VAGINAL BLEEDING

ANESTHESIA   MEDICATIONS

| SEX | WEIGHT | OTHER INFORMATION | |
|---|---|---|---|
| | GMS / LBS | BRACELET NO. **6854** | PRINTS DONE ☒ YES ☐ NO |

DURATION   COMPLICATIONS

AURED   DELEE AMT.   # OF CORD VESSELS **3**   ☐ VOIDED ☐ MECON.

DELIVERY MECHANISM
☒ SPONTANEOUS  ☐ FORCEP  ☐ LOW  ☐ MID.

CORD AROUND NECK   CORD BLOOD ☒ TO LAB   BAPTIZED ☐ YES ☒ NO

ROTATION MECHANISM
☐ MANUAL  ☐ FORCEP  ☐ MID.  ☐ AXIS TRAC.

CULTURES TAKEN

EPISIOTOMY
☐ NONE  ☐ MIDLINE  ☒ MEDIOLATERAL

RESUSCITATION

LACERATIONS
| CERVICAL (DEGREE) | VAGINAL (DEGREE) | RECTAL (DEGREE) |
|---|---|---|

☐ NONE   ☐ STIMULATION   ☐ O₂ OVER FACE

PLACENTA   TIME **0649** A.M./P.M.   ☒ INTACT   ☐ FRAGMENTED

☐ PRESSURE MASK   ☐ PRESSURE TUBE   ☐ PHARYNGEAL SUCTION

☐ SPONTANEOUS  ☐ EXPRESSED  ☐ MANUAL

☐ GASTRIC SUCTION  ☐ TRACHEAL SUCTION  ☐ CARDIAC MASSAGE

☐ DRUGS OR I.V. TAKEN

OXYTOCIC
| TYPE | DOSE | ROUTE | TIME |
|---|---|---|---|
| Pitocin | 1cc | IV | 0649 A.M./P.M. |

REMARKS

OTHER **Dilate 2ml 0710**

TERMINAL VAGINAL INSPECTION FOR BLEEDING AND/OR FOREIGN OBJECTS : yes

DELIVERING PHYSICIAN   ASSISTANT   PHYSICIAN CARING FOR INFANT

ANESTHESIOLOGIST   NURSE   CONDITION ON LEAVING DELIVERY ROOM

| BP | AR | UTERINE TONE | LOCHIA AMT. | TOTAL EST. DEL. ROOM BLOOD LOSS | FROM DELIVERY ROOM AT |
|---|---|---|---|---|---|
| 120/78 | 98-20 | firm | 3 | 300 ML. | 0715 A.M./P.M. |

COMPLICATIONS OR REMARKS:

# BETHESDA MEMORIAL HOSPITAL

| ADMISSION: | ONSET of LABOR: | GENERAL INFORMATION: |
|---|---|---|
| TIME: O400 M DATE: 10-19 19 83 | TIME:_____ M DATE:_____ 19___ | AGE: 19_____ RELIGION Cath |
| GRAVIDA: III PARA: II LIVING: II | SPONTANEOUS: X INDUCED:____ | WEIGHT:____ lbs. HEIGHT: 4'10" |
| T: 97.7 P: 88 R: 20 EDC: 10/30 | MEMBRANES: INTACT (X) RUPTURED ( ) | RUBELLA: |
| BLOOD TYPE: O Rh: POS SER: | MECONIUM- YES ( ) NO ( ) | ALLERGIES: NKDA |
| LAST MEAL: 9 PM DATE: 10-18 19 83 | ARTIFICIAL (X) SPONTANEOUS ( ) | FEEDING: BREAST ( ) BOTTLE (X) |
| FACTS of IMPORTANCE: | TIME: 0625 M DATE: 10-19 1083 | PEDIATRICIAN: |
| Ō clases | | SMOKER: YES ( ) NO ( ) |

| DATE | TIME | CONTRACTIONS FREQ. | DUR | DIL | VAGINAL EXAM STA. | EFFAC | POS | FHT | BP | MEDS - TREATMENTS - REMARKS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19 | 0400 | 2-3 | 35 | 4-5 | -1 | 90% | Utx | 144 | 120/68 | Admit EFM. | |
| | 0410 | | | | | | | | | 1000cc D5RL-RFA #18 | BB |
| | 0425 | | | 5 | -1 | 90% | Utx | 130s | | Healy body (chou) Bloddmun | BB |
| | 0445 | 2-3 | | 6-7 | -1 | 90% | Utx | 130s | | Sxby cNM | BB |
| | 0510 | 2-4 | | | | | | | 118/70 | | RB |
| | 0535 | 2-4 | | 8 | -1 | 90% | Utx | 130s | | | BB |
| | 0610 | 2-5 | 40-50 | ant lip bulging | -1 | C mem | utu | 140's | | | |
| | 0620 | same | | | | | | 140's | 124/60 | | |
| | 0625 | | | | | | | 130g | | ABom Fl clear To DR | BB |
| | 0635 | | | | | | | 120's | | | |
| | 0635 | | | | | | | 120's | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

SANCHEZ     JUANA     M 0002 1

Form #81    11/82
WHITE - CHART
YELLOW - HSN        page #1        LABOR RECO    HERTZ MICHAEL 0123
PINK - L&D

A 0002

111363

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE: | I.V. INFUSING: | ADMISSION SUMMARY/TIME: |
|---|---|---|
| 10-19-83 | 200 cc of DSRL cc | 0715 A.M. / P.M. |

ANESTHESIA _Local_

| HOUR | MIN | B/P | P | R | FUNDUS | LOCHIA | OBSERVATIONS |
|---|---|---|---|---|---|---|---|
| 0 | 7 | | | | | | |
| | (15) | 129/88 | 20 | | firm 3✓ | | Sm. |
| | 30 | 135/80 | 84 | 20 | firm 3✓ | | Sm-Mod |
| | (45) | 118/80 | 80 | 20 | firm 1✓ | | Sm. |
| 0 | 800 | 112/80 | 80 | 20 | firm 1✓ | void 450 per | Sm. |
| | 15 | | | | | | |
| | (30) | 114/80 | 76 | 20 | firm 1✓ | | Sat. |
| | (45) | | | | | | |
| 01 | 00 | 04/88 | 68 | 2✓ | FF | Sc | Sat |
| | 15 | | | | | | |
| | (30) | 110/60 | 72 | 20 | firm mult. | void 600 | Sat. |
| | 45 | | | | | | |

MONITOR _____
SKIN COND. _WX A_
COLOR _Good_
PULSE _88 reg_
LOCHIA _Sm_
FUNDUS _firm_
STATE OF AWARENESS _alert_
COMPLICATIONS/OTHER:

DISCHARGE SUMMARY/TIME: ___0945___ A.M. / P.M.

SKIN COND. _Dry_
COLOR _Good_
PULSE _72 reg_
LOCHIA _Sat._
FUNDUS _firm_
STATE OF AWARENESS _alert_
HNV _____
VOIDED ___✓___ CC
PERI CARE INSTRU. ___✓___
TOTAL BLOOD LOSS _Sm_
COMPLICATIONS/OTHER:

NOTES: _Temp 98.6_
_Transf. to MO-1 Via Cart._

___Owens RN___, R.N.
(signature)

| INTAKE | | OUTPUT | |
|---|---|---|---|
| IV FLUIDS | ORAL | URINE | OTHER |
| 850 | 350 | 950 | |

SANCHEZ    JUANA    M  0002.1
HERTZ MICHAEL 0123

**MATERNITY RECOVERY ROOM REPORT**

F-019

FORM NO: 156

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| NAME: | Last | First | | Middle | |
|---|---|---|---|---|---|
| | SANCHEZ | JUANA | M | 0002 1 | |

HERTZ MICHAEL 0123

F-019                                   ‖INIC

**DATE**

10-19-83
9³⁰ᵃ  Call Dr. Shins   25-30 wBC   3+ Bacteria,
Dr. Cohen consulted - P) on macrodantin
gm                                          D. Duncan

10-20-83  PP # 1  afebrile
Breasts neg. Fundus firm, non tender.
Voiding 3 diff - no CVA tenderness. Epis.
clean - lochia WNL - aft neg. Increase fluids
today. Foam + Condoms c instructions in
Spanish. Cont. macrodantin
                                          L Burke. CNM

10-21-83  PP # 2  afebrile. Fundus firm @ u-2 + not
tender. No CVAT. Breasts + legs ok. Lochia
scant + episiotomy neg. Given usual discharge
instructions. Clinic in 2 weeks for family class
Rx for macrodantin phoned in to 1 Super-X drugstore
@ So. Blvd + Military Trail by Dr. Cohen's office.
Importance of medication discussed c pt.
                                          S. O'Neill, CNM

## BETHESDA MEMORIAL HOSPITAL

SANCHEZ        JUANA        M  0002 1

HERTZ-MICHAEL 0123

HOSPITAL NO _____

DOCTOR _____  INTERN _____  DAY NURSE _____  NIGHT NURSE _____

DATE

Note progress of case  complications  change in diagnosis  condition on discharge
instructions to patient

ADMIT NOTE  19 yr. old $\overline{G_{III}P_{0}}$ -0-0$\pi$ c̄ EDC 10-30-83 by dates

SUMMARY History No AP care. Admitted 10-8-83 c̄ UTI Discharged on p.o. ampicillin. Was seen @ St. Mary's at 4-5 mo. + placed on meds for UTI - did not complete meds.

PRENATAL COURSE UNCOMPLICATED SINCE LAST RECORDED OFFICE VISIT

[ ] YES  [ ] NO  CAUSE?:

P E

Heart  RSR no @        Lungs  Clear

Cervix  5 cms  per exam. g RN - membrane intact - -1 station  Rather heavy show. Re-exam  6-7 cms - Cervix irregular + nodular.

L Burk. CNM

10-19-83  Satisfactory progress to ant lip. ARBOW c̄ clear fluids. To D.R. SVD under local over RML epis. of a viable 7'7" male c̄ Apgars 8/9. Placenta spont. intact. Cervix, vag vault free from ext. or lac. Epis. of chromic c̄ good hemostasis. EBL 300 cc. Parental finding positive - To RC in satisfactory cond.

L Burk. CNM

FORM NO. 128-01

PROGRESS RECORD
(MATERNITY)

**PHYSICIAN'S ORDER SHEET**

**BETHESDA MEMORIAL HOSPITAL**
BOYNTON BEACH, FLORIDA

AUTHORIZATION IS GRANTED TO SUPPLY MEDICATION BY NON-PROPRIETARY NAME UNLESS CHECKED HERE → ✓

| DATE | TIME | DOCTOR — PLEASE USE BALL POINT PEN AND PRESS FIRMLY |
|---|---|---|
| 10-20-13 | | 1 Deifen from — gave firm |
| | | Condoms — 6 [illegible] supply |
| | | L Burke, CNM |
| | | |
| | | |
| 10-21-83 | 0905 | Discharge |
| | p5 | Clinic in 2 wks for family planning clinic |
| | | L O'Neill, CNM |
| | | [illegible] JC 1005 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SANCHEZ          JUANA          M   0002-1
                                    170-1

HERTZ MICHAEL  J123

MEDELCO PATIENT LABEL

**BETHESDA MEMORIAL HOSPITAL**

BOYNTON BEACH. FLORIDA

**PHYSICIAN'S ORDER SHEET**

HORIZATION IS GRANTED TO SUPPLY MEDICATION BY NON-PROPRIETARY NAME UNLESS CHECKED HERE ➡

| DATE | TIME | DOCTOR — PLEASE USE BALL POINT PEN AND PRESS FIRMLY |
|------|------|---------|
| 10-19-83 | 7⁰⁰ Am | POSTPARTUM ORDERS FOR: *Juana Sanchez* |

1. Regular diet.  Ambulate prn - with assistance x 24 h. please.

2. Vital signs q 15 m x 4, q 30m x 2, then at least q 6 hrs while awake.

3. Check fundus at q 15min in RR.  Observe for excessive bleeding.

4. Check bladder distension. Cath prn if unable to void.

5. Ice pack to perineum x 1-2 hr in RR.

6. Notify M.D. on call if: (a) excessive bleeding (b) significant variation
in pulse (c) significant change in BP (d) T > 101.5 (e) inability to void
x2

7. Pitocin 10 units IM x 1 if fundal hypotonia or excessive bleeding.

8. Ditate-S 2cc IM in DR if mother not nursing.

9. Shower daily. Peri-lite to perineum x 15 min t.i.d.

10. Amercaine spray prn patient's request. Tucks prn patient-'s request.

11. CBC a.m. 1st postpartum day.

12. Anti Rh Immune Globulin if Rh Negative and "Indicated".

13. Rubella vaccination if titer 1:10 or negative/

14. Tylenol ᵗᵗ p.o. q 4h prn pain or Tylenol #3 ī p.o. q 4 hr prn pain.

15. Nembutal 100 mgm. p.o. hs prn - repeat x 1 prn.

16. Tigan 200 mgm. IM q 6 h prn Nausea or Vomiting.

17. Masse nipple cream if nursing.

18. Maalox 30 cc p.o. q 3-4 h prn.

19. Robitussin 10 cc p.o. q 6 hr prn- cough.

20. Dulcolax supp. early a.m. 2nd postpartum day if no BM.

21. Betadine peri-wash prn

*Lurene Bush, CNM*

170-1

SANCHEZ          JUANA          M   0002 1

HERTZ MICHAEL 0123

MEDELCO PATIENT LABEL

**PHYSICIAN'S ORDER SHEET**

**BETHESDA MEMORIAL HOSPITAL**

BOYNTON BEACH, FLORIDA

AUTHORIZATION IS GRANTED TO SUPPLY MEDICATION BY NON-PROPRIETARY NAME UNLESS CHECKED HERE →

| DATE | TIME | DOCTOR — PLEASE USE BALL POINT PEN AND PRESS FIRMLY |
|------|------|------|
| 10/19/83 | 0400 | 1. Admit |
| | | EFM |
| | | 1000cc D5RL IV |
| | | ① CBC |
| | | ① Type & Screen |
| | | ① Serology |
| | | _L Burke CNM_ |
| 10-19-83 | | 1. Cord blood to Serology |
| | | 2. SP orders |
| | | 3. Follow present IV c _L Burke CNM_ |
| | | D5RL c amp; pitocin |
| | dose | 4. Cath urine for C&S _L Burke CNM_ |
| 10-19-83 | 9:30 AM | Ⓡ Macrodantin 100 mg po |
| | | SID |
| | 09:30 to 9N | Dr. Caley |

SANCHEZ          JUANA          M   0002 1
HERTZ MICHAEL 0123
170-1
MEDELCO PATIENT L
FORM NO. 0001 2500 REV. 11/75

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

SANCHEZ          JUANA          M   0002 1

HERTZ MICHAEL 0123

INFUSION RECORD SHEET

| SIGNATURE OF INITIATOR | B. Bebirky/RD. | (Dennenk) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL AMOUNT ABSORBED | | | | | | | | | |
| RE-START DATE | | | | | | | | | |
| TUBING DATE | 10/9 10/19 | | | | | | | | |
| DRESSING DATE | 10/9 | | | | | | | | |
| NEEDLE SIZE SITE | #18 Vacular @ PA | | | | | | | | |
| MEDICATION ADDED | 10 u filter | 10u Blant | | | | | | | |
| SOLUTION NAME OR BLOOD COMPONENT / AMOUNT / RATE | 1000cc D5LR | 1000 D5LR @125 | | | | | | | |
| BOTTLE # | #1 | 2 | | | | | | | |
| TIME | 0440 | 0740 | | | | | | | |
| DATE | 10/19/93 | 10/19/93 | | | | | | | |

FORM #83
Revised 7/80

A-001380

**CASE NO.** [redacted]  **ROOM** 0170 1  **DATE** 10/21/83 **BETHESDA MEMORIAL HOSPITAL**

**PATIENT** SANCHEZ   JUANA   M

**MEDICAL RECORDS NO.** — —  **AGE** 019  **PHYS.** HERTZ MICHAEL I

**MEDICATION RECORD**

**ALLERGIES:** N.K.A.

| DATE MEDICATION DESCRIPTION REMARKS: | FREQ. | DOSAGE FREQ. ROUTE | 2300-0700 (11-7) | 0700-1500 (7-3) | 1500-2300 (3-11) |
|---|---|---|---|---|---|
| 10-19 MACRODANTIN 100 MG CAPSULES | | 1.000 CAP QID O. | RORD 04 CP | ʎᴺ 9 | ① |
| 10-19 *#TYLENOL (5GR) 325 MG TABS | | 2.000 TAB Q04H PRN O. | | 73ᴺ 7/A | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FORM NO. 9-08
REV. 6/78

| MEDICATION ADMINISTRATION KEY | SIGNATURES (11-7) | SIGNATURES (7-3) | SIGNATURES (3-11) |
|---|---|---|---|
| ⑨ - MEDICATION NOT GIVEN (EXPLANATION ON REVERSE SIDE) | | J Shaw Rn  Joan H Wilhelm RN | |
| ∅ - MEDICATION GIVEN | | | |

CASE NO. ████████

ROOM 0170 1   DATE 10/20/83 **BETHESDA MEMORIAL HOSPITAL**

PATIENT SANCHEZ   JUANA   M

MEDICAL RECORDS NO. - -   AGE 019 PHYS. HERTZ MICHAEL I

**MEDICATION RECORD**

ALLERGIES: N.K.A.

| DATE / MEDICATION DESCRIPTION REMARKS: | | | | FREQ. | DOSAGE FREQ. ROUTE | 2300-0700 (11-7) | 0700-1500 (7-3) | 1500-2300 (3-11) |
|---|---|---|---|---|---|---|---|---|
| 10-19 | MACRODANTIN 100 MG CAPSULES | | | | 2.000 CAP QID O. | RORD 04 CP | | |
| 10-19 | *#TYLENOL 325 MG TABS | (5GR) | | | 2.000 TAB Q04H PRN O. | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM NO. 9-0
REV. 8/79

| MEDICATION ADMINISTRATION KEY | SIGNATURES (11-7) | SIGNATURES (7-3) | SIGNATURES (3-11) |
|---|---|---|---|
| ⑨ - MEDICATION NOT GIVEN (EXPLANATION ON REVERSE SIDE) | | Sylvia Walden sw | Burleigh Mr |
| ∅ - MEDICATION GIVEN | | | |

| CASE NO. | ROOM | | SANCHEZ | JUANA | | M 0002 1 | AL |
| PATIENT | | DATE 1/19/83 | HERTZ MICHAEL | | | | |
| MEDICAL RECORDS NO. | AGE | PHYS. | | | | | |

ALLERGIES: NKA

| DATE<br>DESCRIPTION<br>REMARKS: | MEDICATION | | DOSAGE<br>FREQ. FREQ. ROUTE | 2300-0700<br>(11-7) | 0700-1500<br>(7-3) | JO<br>(3-11) |
|---|---|---|---|---|---|---|
| 10/19 | Macrodantin 100 mg pobed | | | | | SN SN<br>5 10<br>SN<br>4 |
| 10/19 | Tylenol #3 ba 4 HR prn | | | | | SN<br>4 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM NO. 9-08
REV. 8/79

| MEDICATION<br>ADMINISTRATION<br>KEY<br>⑨ - MEDICATION<br>NOT GIVEN<br>(EXPLANATION ON<br>REVERSE SIDE)<br>∅ MEDICATION GIVEN | SIGNATURES (11-7) | SIGNATURES (7-3) | SIGNATURES (3-11) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

TEMPERATURE (BLACK)
● RECTAL TEMPERATURE
PULSE (RED)
● APICAL PULSE

**BETHESDA MEMORIAL HOSPITAL**
**Boynton Beach, Florida**

GRAPHIC SHEET
FORM No. 65   REV. 4/77

| DATE | | 10/19 | | 10/20/83 | | 10/21 | | 10/22 | |
|---|---|---|---|---|---|---|---|---|---|
| HOSP. DAY / POST OP | | Admit | | 1 | | 2 | | 3 | |
| PULSE / TEMP | | AM / PM | | AM / PM | | AM / PM | | AM / PM | |

| PULSE | TEMP |
|---|---|
| 150 | 106° |
| 140 | 105° |
| 130 | 104° |
| 120 | 103° |
| 110 | 102° |
| 100 | 101° |
| 90 | 100° |
| 80 | 99° |
| 70 | 98° |
| 60 | 97° |
| 50 | 96° |

| RESPIRATION | 20 | | 16 18 | | 14 | 16 | | 12 | | | | | |

| BLOOD PRESSURE | 4A 120/68 | 4P 130/84 | 4A | 4P 110/72 | 4A | 4P | 4A | 4P |
|---|---|---|---|---|---|---|---|---|
| | 8A | 8P | 6A 100/72 | 8P | 8A 107/72 | 8P | 8A | 8P |

| WEIGHT | | | 4'10" | | | | | | | | | |

| INTAKE | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | | | | | | | | | | | | |
| 7-3 | | | | | | | | | | | | |
| 7-11 | | | | | | | | | | | | |
| SUBTOTAL | | | | | | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | | | |

| OUTPUT | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | | | | | | | | | | | | |
| 7-3 | | | | | | | | | | | | |
| 7-11 | | | | | | | | | | | | |
| SUBTOTAL | | | | | | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | | | |

A-000284

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I. V. S | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| 10.21.83 | 0900 | | Feeding well. | Iren H. Wilhelm SPN |
| | | | Teaching sheet reviewed signed. Through | |
| | | | interruption pt. verbalizes understanding of | |
| | | | self and baby care. Mother up to examine - | |
| | | | discharge instruction given. Ready for D/C. | |
| | | | Appointment made in 2 wks at Clinic. | Iren H. Wilhelm SPN |
| | 1100 | | Discharged via wheel chair with infant to | |
| | | | family. Meets planned discharge criteria | Iren H. Wilhelm SPN |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form #101    NURSES NOTES    SANCHEZ    JUANA    M  0002 1- 18
PATIENT 14091    170-1
HERTZ MICHAEL 0123

## BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| 10/20/83 | ✓ | | - Diet tolerated | |
| | ✓ | | Nursing care cont | N. Job RN |
| | 4 °/10 | | Afebrile VS stable & Feeding | |
| | | | infant bonding well. | Burleigh LPN |
| | 8 °°/10 | | Feeding infant č father | |
| | | | present bonding well. | Burleigh LPN |
| | | | Epio clean and healing well- | Burleigh LPN |
| | 10°/10 | | Denies discomfort č this time | Burleigh LPN |
| | | | Oct 21, 1983 | |
| 10/21/83 | 11-7 | | Pt had good nite Voiding | |
| | | | S. Anticipating discharge | |
| | | | in am — | Berbryan |
| | 0700 | | Awake alert oriented v/s stable skin | |
| | | | wd. Breast soft - nipples intact. Lung | |
| | | | sounds clear bi-lateral. Abdomen soft. | |
| | | | moderate amount of rubra lochia noted. | |
| | | | Episiotomy clean & stitches intact. Voiding | |
| | | | qls. — | Leona H. Wilhelm RN |
| | 0730 | #1 | S "I am having pain" | |
| | | | O. Pointing to ⊕ side of abdomen - holding | |
| | | | it firmly. | |
| | | | A Pt doesn't speak English well - anticipated | |
| | | | pain | |
| | | | P. Medicated č Tylenol #3 tabs. — | Leona H. Wilhelm RPN |
| | 0900 | | Bonding well č baby. Infant blanketing | Leona H. Wilhelm RPN |

Form #101     NURSES NOTES

SANCHEZ     JUANA     M   0002 T     5/78
170.1

HERTZ MICHAEL  0123

**BETHESDA MEMORIAL HOSPITAL**

| ADMISSION: | ONSET of LABOR: | GENERAL INFORMATION: |
|---|---|---|
| TIME: ___ M DATE: 10/9 19__ | TIME: ___ M DATE: ___ 19 | AGE: 19 RELIGION: ___ |
| GRAVIDA: ___ PARA: ___ LIVING: ___ | SPONTANEOUS: ___ INDUCED: ___ | WEIGHT: ___ lbs. HEIGHT: ___ |
| T: 97.5 P: 96 R: 20 EDC: ___ | MEMBRANES: INTACT ( ) RUPTURED ( ) | RUBELLA: ___ |
| BLOOD TYPE: ___ Rh: ___ SER: ___ | MECONIUM: YES ( ) NO ( ) | ALLERGIES: NKA |
| LAST MEAL: 1700 M DATE: 10/8 1055 | ARTIFICIAL ( ) SPONTANEOUS ( ) | FEEDING: BREAST ( ) BOTTLE ( ) |
| FACTS OF IMPORTANCE: ___ 31 wks | TIME: ___ M DATE: ___ 19 | PEDIATRICIAN: ___ |
| | | SMOKER: ___ YES ( ) NO ( ) |

| DATE | TIME | CONTRACTIONS | | VAGINAL EXAM | | | | FHT | BP | MEDS - TREATMENTS - REMARKS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FREQ. | DUR | DIL | STA | EFFAC | POS | | | | |
| 10/9/13 | 705 | | | 2 | | | | 1303 | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | 1215 | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | 1520 | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | 0745 | | | | | | | | | | |
| | | | | | | | | | | | |
| | 0830 | | | | | | | | | | |
| | 0855 | | | 1 | 7 | 50% | | | | | MS |
| | 0900 | | | | | | | | | | |
| | | | | | | | | | | | |
| | 0915 | | | | | | | | 160 | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | 1130 | | | | | | | | | | |
| | | | | | | | | | | | |

Form #81   11/82
WHITE — CHART
YELLOW — MSR
PINK — LAB

**LABOR RECORD**

SANCHEZ   JUANA   M 0003 1
LAYZEQUILLA N 0047
789 F 001   010101

## LABOR EXAM and EVALUATION

| PATIENT NAME: | | | AGE | DATE | TIME IN | TIME OUT |
|---|---|---|---|---|---|---|
| Sanchez, Gwen Theresa | | | 19 | 10-28-83 | 2320 | |
| ADDRESS: | | | | CITY | | ZIP |

NATURE OF PROBLEM: In labor

CHT 97, 60"

A 24yo 3Ls Lo to talk 9:00 to clinic 10-10 for Cesarean

| FETAL MONITOR | ( ) YES ( ) NO | DRUG ALLERGIES | | | PRIVATE DR. NOTIFIED | ( ) YES ( ) NO | TIME | | ( ) AM ( ) PM | ER DOCTOR TO TREAT | ( ) YES ( ) NO |
|---|---|---|---|---|---|---|---|---|---|---|---|

| T.P.R. | B.P. | TIME ( ) AM ( ) PM | T.P.R. | B.P. | TIME ( ) AM ( ) PM | T.P.R. | B.P. | TIME ( ) AM ( ) PM |
|---|---|---|---|---|---|---|---|---|
| 98-80-30 | 104/70 | | | | | | | |

FHT 130S

### NURSES NOTES
LMP 1-24-83   EDC 10-30-83   234  FHR good

FH - 31 cm   2:35 Bag with dose

TREATMENT NURSES SIGNATURE

### PHYSICIAN'S NOTES
2335 - CX - 2 cm 80% EUNE 1 membranes intact V/A 4 C-S

hold pit q 10-12 min Contract

M Longueville adm ob for trial lat

### DIAGNOSTIC TEST(S):

### MEDICATIONS:

RETURN TO ER FOR
EVALUATION OF:

PHYSICIAN'S DIAGNOSIS:

ATTENDING PHYSICIAN'S SIGNATURE

*L.C. Nini, CNM*

AUTHORIZATION FOR TREATMENT, RELEASE OF INFORMATION, ASSIGNMENT OF INSURANCE BENEFITS & RELEASE FROM RESPONSIBILITY. I HEREBY CONSENT TO WHATEVER MEDICAL OR SURGICAL TREATMENT, INCLUDING ANESTHETICS THAT THE PHYSICIAN MAY DEEM NECESSARY ON PATIENT NAMED ABOVE I ALSO AUTHORIZE THIS HOSPITAL AND OR ANY PHYSICIAN ATTENDING SAID PATIENT TO RELEASE ANY INFORMATION ACQUIRED IN THE COURSE OF TREATMENT OR EXAMINATION I ALSO HEREBY ASSIGN INSURANCE BENEFITS OTHERWISE PAYABLE TO ME TO PAY DIRECTLY BOTH HOSPITAL & DOCTOR CHARGES I UNDERSTAND THAT I AM RESPONSIBLE FOR CHARGES NOT COVERED BY MY POLICY OR POLICIES IF I LEAVE THE HOSPITAL AGAINST THE ADVICE OF MY ATTENDING PHYSICIAN I HEREBY RELEASE BOTH THE PHYSICIAN AND THE HOSPITAL FROM ANY AND ALL RESPONSIBILITY FOR ANY RESULTING ILL EFFECT

PATIENT'S SIGNATURE          WITNESSED BY

I Hereby Release Bethesda Memorial Hospital from responsibility because I refused treatment and/or specific test/procedures

PATIENT'S SIGNATURE          WITNESSED BY

A-000288

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|------|------|------|------|------|
| 10-19-57 | 4⁸⁸⁵ | | O - _illegible_ | |
| | | | _illegible_ | |
| | | | _illegible_ | |
| | | | _illegible_ | |
| | | #1 PRN | _illegible_ | |
| | | | O - _illegible_ | |
| | | | _illegible_ | |
| | | | _illegible_ | |
| | | | _illegible_ | |
| | | Tylenol #3 | P.O. | |
| | | | Oct 20, 1983 | |
| 10/20/83 | 11-7 | | Pt. Sleeping on _illegible_ | B. Hodgson |
| | | | Voiding q.s. c diff. no | |
| | | | c/o PP discomfort at | |
| | | | present time. Lochia | |
| | | | _illegible_ Moderate | B. Hodgson |
| 10-20-83 | 7⁰⁰ AM | | Pt alert, skin w/p. VSOOB | |
| | | | ambulating well Breast soft, | |
| | | | lung sounds clear. Abdomen | |
| | | | soft. Fundus ↓↓ Moderate | |
| | | | amount of rubra lochia. Bowel | |
| | | | sounds present. Episiotomy | |
| | | | clean, no redness, no complaints | S. Walden SPN |
| 10-20-83 | 9⁰⁰ AM | | Mother bonding well c baby. | |
| | | | Baby feeding well. | S. Walden SPN |

SANCHEZ    JUANA    M   _illegible_

LIN RONNY    0098    NURSES NOTES

PATIENT LABEL

5/79

-2439 F-019          63

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| 10/19/85 | 0400 | | 19 y/o GIII PII admitted to L+D | |
| | | | in active labor - pt walk-in | |
| | | | no prenatal care L. Burke cnm | |
| | | | notified - see labor record | M. DiLorenzo |
| | 0646 | | S.V.D. of Viable Male Over | |
| | | | R.M.L. Apges [illegible] Bulb Cner | |
| | | | [illegible] Cond. | CQ [illegible] R.N. |
| | 0649 | | Placenta Deff [illegible] | CQ [illegible] |
| | 0715 | | Transf to R.R. for R.R. | |
| | qt | | [illegible] | CQ [illegible] |
| | | | from R+D | |
| | | | Pt Has voided | N. Fox R.N. |
| | 10:30 | | Fundus firm | |
| | | | mod amt bleedg | |
| | 11 | | Saturated diet | |
| | | | not voided as | |
| | 1p | | Baby to mother - Family | |
| | | | Good bonding | J. Ray |
| | 1 | | Nursing care Cont. | N. Felps |
| 10/19/85 | 3:8 1/30 | | S- No. J. Offered | |
| | | O | Areas of [illegible] | |
| | | | [illegible] | |
| | | | Voiding s dift | |
| | | | Vital signs Stbl | M. [illegible] |

SANCHEZ    JUANA    M  6002 1

2439 F-019    53

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

NURSING DIAGNOSIS

| # | DATE | Initials | DIAGNOSIS TITLE | Date Resolved |
|---|------|----------|-----------------|---------------|
| 1 | 10-19-87 | GN | Asthma Congest Px N | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form #119

SANCHEZ        JUANA        M   9802-1
                                    170-1
HERTZ MICHAEL 0123
            2439 F-019        8683        63

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

| DATE | | 1983 | 10/19 | | | 10/20 | | | 10/21 | | | 10/22 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SHIFT | | | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| PERSON ASSIGNED: | First Initial Last Name Status | | | | | | 53 | | | | | | | |
| PRESCRIBED DIET: | Record Type and Change | | | Reg | Reg | | Reg | | Reg | | | | | |
| BATH: | Complete (Initial) | | | | | | | | | | | | | |
| | Partial (Initial) | | | | | | | | | | | | | |
| | Self (X) | | | x | X | | | X | | | | | | |
| | Shower (X) | | | | | | X | | | | X | | | |
| ACTIVITY | Bedrest (X) | | | | | | | | | | | | | |
| | BRP (X) | | | x | X | | | | | | | | | |
| | Up Ad Lib (X) | | | | | | X | X | | | X | | | |
| MOUTH CARE: | (Freq. & Initial) | | | | S | | XS | | | | all | | | |
| H.S. CARE: | (Initial) | | | | | | | | | | | | | |
| PERINEAL CARE: | Self (X) | | | x | X | x | X | X | X | X | | | | |
| | Nurse (Freq. & Initial) | | | | | | | | | | | | | |
| BLADDER: | Voiding (X) | | | x | a | x | X | X | x | X | | | | |
| | Has Not Voided (X) | | | | | | | | | | | | | |
| | Catheterization (Initial) | | | | | | | | | | | | | |
| | Foley Catheter (X) | | | | | | | | | | | | | |
| BOWEL: | Stool (X) | | | | | | | X | x | | | | | |
| | No Stool (X) | | | x | X | x | X | | | X | | | | |
| | Enema (Initial) | | | | | | | | | | | | | |
| PERI LIGHT | (Freq. & Initial) | | | | | | | | | | | | | |
| SITZ BATH: | (Freq. & (X)) | | | | | | | | | | | | | |
| OTHER TREATMENTS: | | | | | | | | | | | | | | |
| FUNDUS: | Location | | | | U | U | V | U2U | U7U2U | | | | | |
| | Firm (X) | | | X | X | x | X | X | X | X | | | |
| | Boggy (X) | | | | | | | | | | | | | |
| LOCHIA: | Color | | | | Ser | Rubra | Rubra | Rubra | Rubra | Rubra | | | | |
| | Amount | | | | Pinke | Red | Mod | Small | Small | scant | | | |
| BREASTS: | Soft (X) | | | | X | x | x | X | X | X | | | |
| | Engorged (X) | | | | | | | | | | | | |
| | Lactating (X) | | | | | | | | | | | | | |
| WEIGHT? | | | | | | | | | | | | | | |
| DIAGNOSTIC PROCEDURES: (State Name of Test, etc.) | | | | | | | | | | | | | | |
| IV DRESSING CHANGED: | (Initial) | | | | | | | | | | | | | |
| IV TUBING CHANGED | (Initial) | | | | | | | | | | | | | |
| PATIENT TEACHING | (Initial) | | | | | | | | | | | | | |

FORM NO. 107    1/7    SANCHEZ        JUANA        M  0002
PATIENT L    HERTZ MICHAEL 0123        170-1   FLOW SHEET

2439 F 019        8683        53

BETHESDA MEMORIAL HOSPITAL, BOYNTON BEACH, FLORIDA

PATIENT'S NAME_____ M___ F___ PATIENT NUMBER_____

DOCTOR'S NAME_____ ADMIT DATE_____

DIAGNOSIS _____

CONSENT FOR TREATMENT: THE PATIENT OR HIS REPRESENTATIVE RECOGNIZING THE NEED FOR
HOSPITAL CARE, CONSENTS TO THE HOSPITAL SERVICES AS ORDERED BY THE ATTENDING
PHYSICIAN INCLUDING ANESTHESIA, LABORATORY PROCEDURES, MEDICAL OR SURGICAL
TREATMENT, X-RAY EXAMINATION, OR OTHER HOSPITAL SERVICES RENDERED UNDER THE
GENERAL AND SPECIFIC INSTRUCTIONS OF THE PHYSICIAN.

RELEASE OF INFORMATION: THE HOSPITAL IS AUTHORIZED TO FURNISH INFORMATION FROM THE
PATIENT'S MEDICAL RECORD TO ANY INSURER, COMPENSATION CARRIER, OR WELFARE AGENCY
WHO MAY BE PROVIDED FINANCIAL ASSISTANCE FOR HOSPITAL CARE.

PERSONAL VALUABLES: FOR THE CONVENIENCE OF THE PATIENTS, THE HOSPITAL SAFE IS
AVAILABLE WITHOUT CHARGE. THEREFORE, THE HOSPITAL SHALL NOT BE LIABLE FOR
THE LOSS OF OR DAMAGE TO ANY PERSONAL PROPERTY OF THE PATIENT BROUGHT INTO THE
HOSPITAL UNLESS IT IS DEPOSITED IN THE HOSPITAL SAFE.

THE PATIENT UNDERSTANDS THAT ALL THE PHYSICIANS WITHIN THE HOSPITAL, INCLUDING ANY
CONSULTING PHYSICIANS, PHYSICIANS ON CALL, OR THE HOSPITAL-BASED PHYSICIANS (E.G.,
EMERGENCY ROOM PHYSICIANS, RADIOLOGISTS, NEONATOLOGISTS, PATHOLOGISTS, CARDIOLOGISTS,
DIRECTOR OF RESPIRATORY THERAPY AND ANESTHESIOLOGISTS) ARE NOT EMPLOYEES OF NOR
ACTING AS AGENTS OF THE HOSPITAL; NOR IS THE HOSPITAL LIABLE FOR THEIR ACTIONS.

10-19-83
DATE

WITNESS

JUAN MAVIA -SANCHEZ
PATIENT

RICHARDO SANCHEZ
PATIENT'S AGENT OR REPRESENTATIVE

HUSBAND
RELATIONSHIP TO PATIENT

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
PATIENT'S CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST.
I CERTIFY THAT THE INFORMATION GIVEN BY ME IN APPLYING FOR PAYMENT UNDER TITLE XVIII
OF THE SOCIAL SECURITY ACT IS CORRECT. I AUTHORIZE ANY HOLDER OF MEDICAL OR OTHER
INFORMATION ABOUT ME TO RELEASE TO THE SOCIAL SECURITY ADMINISTRATION OR ITS
INTERMEDIARIES OR CARRIERS ANY INFORMATION NEEDED FOR THIS OR A RELATED MEDICARE
CLAIM. I REQUEST THAT PAYMENT OF AUTHORIZED BENEFITS BE MADE ON MY BEHALF.

            CONTAINED IN
            PROVIDER'S RECORD
                                _____
                                SIGNATURE (PATIENT OR AUTHORIZED REPRESENTATIVE)
                                (SIGNATURE MARK MUST BE WITNESSED)
DATE
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
STATE OF FLORIDA
COUNTY OF PALM BEACH

IN CONSIDERATION OF HOSPITAL SERVICES RENDERED _____ I, OR WE,
JOINTLY OR SEVERALLY, DO HEREBY AGREE TO PAY BETHESDA MEMORIAL HOSPITAL ANY AND EVERY
ACCOUNT PRESENTED TO ME, OR US, JOINTLY OR SEVERALLY, FOR SAID EXPENSES.

FURTHERMORE, IF IT IS NECESSARY AT ANY TIME FOR BETHESDA MEMORIAL HOSPITAL OR ITS
ASSIGNS TO RETAIN THE SERVICES OF A COLLECTION AGENCY OR ANY ATTORNEY FOR THE
COLLECTION OF MY ACCOUNT I, OR WE, JOINTLY OR SEVERALLY, DO HEREBY AGREE TO PAY ALL
REASONABLE FEES AND COSTS INCLUDING BUT NOT LIMITED TO ATTORNEYS FEES.

GIVEN UNDER THE HAND AND SEAL OF EACH PART THIS _19_ DAY OF _Oct- 1983_

WITNESS:_____    Richardo Sancha___(SEAL)

WITNESS:_____    _____(SEAL)
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    I HEREBY AUTHORIZE _____ INSURANCE COMPANY TO MAKE PAYMENT
DIRECTLY TO THE INDIVIDUAL PHYSICIAN FOR CHARGES SUBMITTED DURING MY TREATMENT BY MY
PHYSICIAN OR ANY OTHER CONSULTING PHYSICIANS HE REQUESTS. I UNDERSTAND THAT I AM
RESPONSIBLE FOR ANY UNPAID BALANCE AFTER SUCH PAYMENT BY MY INSURANCE COMPANY.

10-19-83
DATE

Richardo Sancha
SIGNATURE (PATIENT OR AUTHORIZED REPRESENTATIVE)

182-01                    PATIENT RELEASE/CONSENT FORM              10/82
                                A 000293

TEACHING GUIDE/BEHAVIOR CHECK LIST    -4-    INSERT DATE SKILL DEMONSTRATED

| | Yes | No | Nurse |
|---|---|---|---|
| **INFANT CARE**<br>The mother has been instructed: | | | |
| A.  How to prepare formula        *Formula.* | | | |
| B.  How to bathe baby<br>  1.  Attended group baby care demonstration | ✓ | | |
|   2.  Given individual bath demonstration | ✓ | | |
|   3.  Gave return bath demonstration | ✓ | | |
|   4.  Knows importance of keeping infant's diaper area clean and dry | | | |
| C.  How to care for breasts during nursing period<br>  1.  Use of nipple cream | | | |
|   2.  Importance of supportive bra and use of breast pads | *not nursing* | | |
|   3.  Length of time to nurse | | | |
| D.  Feeding techniques<br>  1.  How to hold infant while feeding and burping | *yes* | | |
|   2.  Importance of reporting any milk allergies in family and excessive spitting of her infant after bottle feeding | ✓ | | |
|   3.  Knows how to position infant and use bulb syringe if baby chokes during feeding and to call a nurse immediately | ✓ | | |
| Care of umbilical cord<br>  1.  Importance of keeping umbilical cord dry | ✓ | | |
|   2.  Use of alcohol on cord | ✓ | | |
|   3.  When cord can be expected to drop off | ✓ | | |
| Care of circumcised male<br>  1.  Importance of cleanliness | | | |
|   2.  To report any bleeding from circumcision | | | |
| Care of uncircumcised male<br>  1.  Importance of cleanliness | ✓ | | |
|   2.  How to retract foreskin correctly | ✓ | | |
| Has Received approved literature on care of newborn. This includes literature on signs of illness and what to do in an emergency | ✓ | | |

*Floreda / Car seat law*

Mother's Signature  *Juana M. Sanchez*    Date  *10/  /83*

SANCHEZ BABY BOY

0182 4

A-000294

**BETHESDA MEMORIAL HOSPITAL**
**Boynton Beach, Florida**

SANCHEZ     JUANA        M  0002 1
HERTZ  MICHAEL  0123          1704

\* CHOOSE ONLY 1 FROM THIS GROUP.    ▮-2439 F-019   ▮8683  ▮63

| PT | A | PT | B | PT | C |
|---|---|---|---|---|---|
| | **DIET:** | | **\*ACTIVITY:** | | **\*BEHAVIOR:** |
| | (2) NPO self | | (2) Up ad lib/no assist. | | (5) Cooperative active |
| | (2) Force fluids | | (5) Ambulate with help | | participant |
| | (5) Sips & chips/assist | | (8) Complete bedrest/ | | (10) Anxious confused dis- |
| | with tray | | turn q_____ h | | oriented/demanding |
| ✓ | (8) Total feed/gavage feed | | (10) Bedrest, up in chair/BSC | | (15) Non-responsive/com- |
| | (10) Teach feed/complex feed | | (10) Stryker/circ-o-bed/ | | munication barrier |
| | | | balanced traction | ✓ | (20) Danger to self/others |
| | | | (15) Complex ambulation | | |
| | **\*BATH:** | | | | **STATE:** |
| | (1) Tub shower/bath-without | | | | (5) Routine admission |
| | help | | **\*MEDICATIONS:** | | (10) Pre-op Prep teaching |
| | (2) Tub shower/bath-with | ✓ | (10) Routine | ✓ | (10) Incontinent |
| | help | | (15) Multiple Meds PRN | | (12) Post-op/Code 24 hour |
| / | (4) Partial bed bath | | (15) Teaching Meds | | (17) Discharge teaching |
| | (5) Complete bed bath | | | | planning |
| | (10) Multiple baths | | | | (15) Isolation |
| | | | **\*IV· S** | | |
| | **VITAL SIGNS** | | (5) Kap A.O   IV Hep-Lock | | |
| | (2) BP      BID | | (9) Routine | | **SECTION TOTAL** |
| ✓ | (5)      q-hr | | (15) Adm. Blood/components | | A. 10 |
| | (2) TPR      BID | | (3) Continued infusion | | B. 15 |
| | (5)      Other | | via pump | | C. 30 |
| ✓ | (2) Orthostatic Pressure | | | | D. 5 |
| | (6) Neuro checks | | **B** | | **GRAND TOTAL: 60** |
| | | | **SPECIAL TREATMENTS:** | | |
| | | | \*Each group PRN | | |
| ✓ | (5) Routine I & O | | Simple: | | **RANGE** |
| | (7) q_____ h- more | | (5) 1-3 | | I -   0 -  37 |
| | frequent | | (10) 4 or more | | II -  38 -  55 |
| | Foley (      ) | | Complex: | | III - 56 -  70 |
| | (5) S & A - QID | | (5) Daily | | IV -  71 -  83 |
| | (10) S & A - more frequent | | (10) BID | | V -  84 - 100 |
| | | | (15) TID | | VI - 101 - 115 |
| | | | Intensive Care: | | VII - 116 & over |
| | | | (15) Cont. Elec. Monit | | III |
| | | | (25) Complex Elec. Monit. | | **ACUITY:** III |
| | | | (35) Swan Ganz Monitor | | |
| | | | Temp. Pacemaker | | **DATE:** 10/19/83 |
| | **MATERNITY/L&D DEPARTMENT FORM** | | Peritoneal Dialysis | | |
| | 11/79 | | Cardiassist | | **DISASTER CODE:** |
| | | | Ventilator | | A    B    C |

| START DATE | STOP DATE | PRN MEDICATIONS | AMOUNT | MODE | FREQ. | INSTRUCTIONS |
|---|---|---|---|---|---|---|
| 10/19 | | Tylenol ⅺ | | po | q4h | PRN Pain |
| 10/19 | | Tylenol #3 | T | po | q4h | PRN Pain |
| 10/19 | | Nembutal | 100g | pr | h.s. | |
| 10/19 | | Nembutal Supp. | | | | 2nd day 11. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| DIAGNOSTIC TEST | PREP | PREP DATE | TEST DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| TREATMENT | FREQ. | INSTRUCTIONS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

A 000296

| DATE | INITIALS | # | PROBLEM TITLE | PLAN OF ACTION | DATE RESOLVED |
|------|----------|---|---------------|----------------|---------------|
| 10/19 | SMV | 1 | Aftercare Comfort Plan | investigate plan | |

Washing

| ADMIT DATE | TIME | GR: | PARA: | RUBELLA: | EDC: | RELIGION |
|------------|------|-----|-------|----------|------|----------|
| 10/19/83 | 04 6 o | 3 | 2 | | 10/3u | Cath |

| DEL. DATE | TIME | EPIS. | BLOOD TYPE: | VDRL: | |
|-----------|------|-------|-------------|-------|---|
| 10/19/83 | 0625 | RML | O/o⁻ | | |

| BABY'S SEX | WEIGHT | LENGTH | BREAST ( ) | PED: |
|------------|--------|--------|------------|------|
| M | 7-7½. | | BOTTLE (X) | on call |

| ADMISSION DIAGNOSIS: | SURGERY: | ALLERGIES: |
|---------------------|----------|------------|
| Full term Preg | | NKA |

| ROOM NO. | NAME: | ADM. DATE: | DOCTOR: | AGE: |
|----------|-------|------------|---------|------|
| M-1 | Sanchez, Quera | 10/19/83 | Hertz   CNow | 19 |

## PATIENT GOALS

| DATE | INITIALS | SHORT TERM GOALS | DATE DONE |
|------|----------|------------------|-----------|
| 10/19 | | Provide emotional and physical support during labor. Prevent post partum complications. Prevent post operative complications. Promote infant bonding. | |

| DATE | INITIALS | PATIENT TEACHING GOALS | DATE DONE |
|------|----------|------------------------|-----------|
| | | Self care of the mother. Signs and symptoms of post partum or post-operative complications. Infant care. Signs of and emergency measures of newborn disorders. Feeding techniques of the newborn. | |

| DATE | INITIALS | DISCHARGE CRITERIA | DATE DONE |
|------|----------|---------------------|-----------|
| | | Afebrile, ambulatory, pain free. Fundus firm, lochia scant. Breasts soft or lactating. Voiding q.s. 200cc + and without difficulty. Defecation without difficulty. Episiotomy or incision healing. Positive infant bonding. Verbalizes and demonstrates an understanding of self and infant care. | |

| DATE | INITIALS | LONG TERM GOAL | DATE DONE |
|------|----------|----------------|-----------|
| 10/19 | | To return to activities of daily living with introduction of infant into family unit. | |

A-000208

BETHESDA MEMORIAL HOSPITAL.
Boynton Beach, Florida
Nursing Department

## OBSTETRICS TEACHING PLAN

INSTRUCTIONS:

1. The newly delivered mother must be instructed to care for herself and her baby prior to discharge. The following concepts and information should be presented to the mother to insure the immediate and future health of her baby and herself.

2. After teaching or explaining each item listed below ascertain that the patient has learned it by one of the following methods:

   a. Patient demonstrated the skill.

   b. Patient is able to verbally return the information to you.

   c. Patient applies the concepts of skills to her own pattern of living.

   d. Patient demonstrates acceptance of he changing life style by actively planning for her discharge, incorporating and modifying techniques and procedures to suit her own living habits.

TEACHING MATERIALS:   TV Video Cassette:
"After Childbirth: The Postpartum Experience"

SANCHEZ          JUANA          M   0002 1

HERTZ MICHAEL 0123

2439 F-019       8683       63

6/81
Form #36

TEACHING GUIDE/BEHAVIOR CHECK LIST        - 2 -

| | | | INSERT DATE SKILL DEMONSTRATED | | |
|---|---|---|---|---|---|
| | | | YES | NO | NURSE |
| I. | A. | Patient has veiwed the T.V. Videocassette on Channel #3. | | | |
| II. | SELF CARE TEACHING (Personal Hygiene) | | | | |
| | A. | Patient has received instructions and has learned procedure for perioneal care. | | | |
| | | Purpose - To cleanse the perineum, prevent odor, decrease the possibility of infection, and promote healing | ✓ | | |
| | B. | Patient has received ins. uction and learned routine for breast and nipple care. | *bottle feeds* | | |
| | | 1. Understands need for good breast support. | | | |
| | | 2. Understands necessity of keeping breasts and nipples clean and dry in order to prevent breakdown of nipple tissue. | ✓ | | |
| | | 3. Understands need for cleansing nipple area well before and after breast feeding. | ✓ | | |
| | C. | Patient has received instruction and understands the process of invol... of the uterus in regard to: | | | |
| | | 1. Daily check of lo....a. color and amount | ✓ | | |
| | | 2. After pains. | ✓ | | |
| | | 3. Size and height of fundus. | ✓ | | |
| | D. | Elimination: | | | |
| | | Patient has received information and understands the necessity or reporting irregularities in bladder and bowel elimination immediately postpartum, (during hospitalization and after discharge from hospital). | ✓ | | |
| | | Activity: | | | |
| | | Patient understands activity restrictions (as stated by her private physician). | ✓ | | |
| | F. | Medications: | | | |
| | | 1. Patient knows medications necessary for suppressing lactation (if needed). | ✓ | | |
| | | 2. Patient knows medications she takes for involution of uterus (if ordered). | ✓ | | |
| | G. | Nutrition: | | | |
| | | Patient with low HGB understands need for iron rich foods postpartum. | ✓ | | |

TEACHING GUIDE/BEHAVIOR CHECK LIST          - 3 -

INSERT DATE SKILL DEMONSTRATED

| | YES | NO | NURSE |
|---|---|---|---|
| (cont'd) | | | |
| H. Post Partum Complications (Mother): | | | |
| Mother has been advised about possible post partum complications and how to care for herself: | | | |
| 1. Breast engorgement. | ✓ | | |
| 2. Excessive vaginal bleeding. | ✓ | | |
| 3. Elevation of temperature. | ✓ | | |
| 4. Pain, swelling, or reddened areas in legs. | ✓ | | |
| 5. Foul smelling lochia. | ✓ | | |
| 6. Constipation. | ✓ | | |
| 7. Frequency and/or burning on urination. | | ✓ | |
| 8. Persistant headaches. | | ✓ | |
| 9. Pain in the episiotomy area. | | ✓ | |
| 10. Hemorrhoids. | | ✓ | |

335

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMITTED BY 1063 | ADMISSION DATE | TIME | DISCHARGE DATE | | TIME | MEDICAL RECORDS NO. | |
| ACCT 707134183 | 10/09/83 | 0235 | 10-10-83 | | 10:50 | 803 | |

NAME LAST  SANCHEZ     FIRST  JUANA    MIDDLE  M

SEX  F  RACE  O  AGE  019  BIRTHDATE  ████/63  MS  M  SMK  N  ROOM NO.  00031

PREV. NAME    MAIDEN NAME    SS  123456789

ADDRESS  ████████████████    RELIGION  CA

CITY  WEST PALM BCH  STATE  FL  ZIP  33409  PT PHONE  MES6897692

OCCUPATION  HOMEMAKER  EMPLOYER

EMP. ADR    EMP PHONE

ATTENDING PHYSICIAN  0047 LAYZEQUILLA NEVARDO T

ADR  111 S.E. 23RD AVENUE    PHYS PHONE  3057371262

NOTIFY  SANCHEZ RICARDO  REL  HUSBAND  HOME PHONE  SAME  WK PHONE

ADM DIAG  URINARY TRCT INFEC 38 WKS / REG

AID  000

GUARANTOR  SANCHEZ  RICARDO    PHONE  MES6897692

ADR  ████████████████

EMPLOYER  UNK    EMP ADR

GUAR OCC    GUAR SS  123456789  EMP PHONE

GUAR REL  HUSBAND

BLUE CROSS CERT    B/C GRP    C/C

MBR

ADDL INS

ADDL INS

MEDICARE    MEDICAID

ACCIDENT    EAP

TIME    DATE    PLACE  01    VIA

REMARKS  INFORMATION FROM BROTHER LAW  *Corrected Chart*

| FINAL DIAGNOSIS | CODE NO. |
|---|---|
| *Full term pregnancy (delivered)* | |
| *Urinary tract Infection* | 646.63 |
| | |
| | |
| | |
| | |
| | |

| OPERATION | DATE | CODE NO. |
|---|---|---|
| | | |

SURGEON

| CONSULTATION WITH | DATE | DISCHARGE STATUS | |
|---|---|---|---|
| | | *Home* DISCHARGED ALIVE | DEATH UNDER 48 HRS. |
| | | RELEASED AGAINST ADVICE | DEATH OVER 48 HRS. |
| | | | |
| | | PHYSICIAN'S SIGNATURE | |

| PATIENT'S NAME | ROOM NO. | HOSP. NO. | SERVICE | DOCTOR |
|---|---|---|---|---|
| | | | | |

BETHESDA MEMORIAL HOSPITAL
2815 SOUTH SEACREST BOULEVARD · BOYNTON BEACH, FLORIDA 33435

CHART COPY

## BETHESDA MEMORIAL HOSPITAL
### BOYNTON BEACH, FLORIDA

PATIENT NAME
HOSPITAL NO.
ROOM NO.
DATE
PHYSICIAN
SERVICE

SANCHEZ, JUANA
7-071-341
ROOM: 0003
ADMITTED: 10/9/83     DISCHARGED: 10/10/83
NEVARDO LAYZEQUILLA, M.D.

### DISCHARGE SUMMARY:

THIS IS A 19 YEAR OLD, PARA 2, GRAVIDA III WITH A QUESTIONABLE EDC THAT APPROXIMATELY IS 37 TO 38 WEEKS' GESTATION. SHE WAS ADMITTED BECAUSE OF APPARENTLY LABOR AND CONTRACTIONS.

SHE IS GIVEN PHYSICAL EXAMINATION ON ADMISSION SHOWING HER TO BE IN GOOD GENERAL CONDITION WITH TEMPERATURE PRESENT.

### HOSPITAL COURSE AND TREATMENT:

THE PATIENT WAS PLACED ON THE MONITOR AND WHILE THE URINALYSIS WAS DONE AND BLOOD WORK WAS DONE. SHE HAD IRREGULAR CONTRACTIONS, AND THE REPORT FROM THE LABORATORY SHOWED THAT SHE HAS WBC'S PRESENT IN THE URINE.

PATIENT WAS PLACED ON AMPICILLIN AND TRANSFERRED TO THE FLOOR. THE EVOLUTION OF THIS PATIENT WAS SATISFACTORY. SHE RESPONDED INITIALLY TO AMPICILLIN; SO, THE NEXT DAY, SHE ASKED FOR DISCHARGE; AND I DID DISCHARGE HER AFTER A PHYSICAL EXAMINATION REVEALED THAT THE PREGNANCY WAS ALL RIGHT. CVA WAS NEGATIVE, AND SHE WAS URINATING WITHOUT ANY DISCOMFORT.

A PRESCRIPTION FOR AMPICILLIN WAS GIVEN.

IT WAS DISCUSSED THE ANEMIA PRESENT ON THIS PATIENT, AND SHE SAID THAT SHE HAS AN APPOINTMENT TO THE CLINIC. I GAVE HER A PRESCRIPTION FOR FERRO-FOLIC IN CASE THAT SHE IS NOT GETTING TO THE CLINIC.

THE PATIENT UNDERSTOOD ALL THE INSTRUCTIONS WELL, AND SHE WAS DISCHARGED.

### FINAL DIAGNOSIS:

1. INTRAUTERINE PREGNANCY, UNDELIVERED.
2. URINARY TRACT INFECTION.

NEVARDO LAYZEQUILLA, M.D.
D: 10/10/83 T: 10/10/83 LKR
COPY TO HEALTH DEPARTMENT CLINIC

Short Time
SUMMARY

CHART COPY

L=45 C=1.762

```
FINAL REPORT              LAB SUMMARY REPORT AS OF 10/13/83 0244     PAGE:  1
ADDENDUM FOLLOWS               BETHESDA MEMORIAL HOSPITAL
                                 BOYNTON BEACH, FLORIDA

  PATIENT: SANCHEZ       JUANA  M 019 F 0 DISCH  T/T 1203  CASE: ████4183
                                                           S.S.: 123456789


  * * * * * * * * * * * * * * * * * * * * * * * * * * *
  02000 MICROBIOLOGY                                    *
  * * * * * * * * * * * * * * * * * * * * * * * * * * *

  0201A CULTURE & M.I.C. (SOURCE)   JLM 3.416

  TBD 10/09/83  0031   SOURCE: CATH URINE      CULTURE IN PROGRESS
  ACK 10/11/83  1121   >100,000 COL/ML         E. COLI
  DR: 0047 OPR: 1715   REPORTED 10/10/83  TIME 1116 OPR.1715
  ORD. 003   TODAY     SOURCE: CATH URINE         FINAL REPORT
  FINAL REPORTED       >100,000 COL/ML         E. COLI
                       REPORTED 10/11/83  TIME 1121 OPR.1715
```

FINAL REPORT        LAB SUMMARY REPORT AS OF 10/13/83 0244     PAGE:  2
ADDENDUM FOLLOWS              BETHESDA MEMORIAL HOSPITAL
                              BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ      JUANA  M 019 F O DISCH  T/T 1203  CASE: ███████183
                                                         S.S.: 123456789

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
05000 HEMATOLOGY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

0508A HEMOGRAM (AUTOMATED)
0508B PATIENT:                    NORMAL VALUES:
0508C ]      . [ WBC (THOU) UNCORR M/F5-10
0508D ]      . [ RBC (MILL) M:4.6-6.2 F:4.2-5.4
0508E ]      . [ HGB (G/DL) M:14-18   F:12-16
0508F ]      . [ HCT ( % ) M:42-52    F:37-47
0508G ]      .[ MCV (CU.U) M:80-94    F:79-97
0508H ]      . [ MCH (UUG ) M:27-31   F:27-31
0508I ]      . [MCHC ( % ) M:33-38    F:33-38

              TEST:     WBC      RBC      HGB      HCT      MCV      MCHC

TBD 10/09/83  0221      7.7      3.38     10.1     29.7     85.     34.4
ACK 10/09/83  0254
DR: 0047 OPR: 1730
ORD. 004   STAT
FINAL REPORTED


0509A DIFFERENTIAL-WBC(ADULT NORMALS)

TBD 10/09/83  0221      7.7     WBC THOU (ORD. 004  )
ACK 10/09/83  0313      77   SEGS    (36-56%)        ANISO
DR: 0047 OPR: 1730       3   BANDS   ( 0-10%)        MICRO
ORD. 005   STAT         16   LYMPH   (24-44%)        MACRO
FINAL REPORTED           3   MONOS   ( 2-3 %)        HYPOCHR
                             EOS     ( 0-3 %)        POLYCHR
                         1   BASO    ( 0-1 %)        POIKILO
                             META                    SPHERO
                             MYELO                   TARGETS
                             %                       BASO STIP
                             %                       OVALS
                             %                       SCHISTO
                             %                   1+  DOHLE BOD
                             ATYP LYMPH          SL  TOX GRAN
                             NRBC/100 WBC            ATYP PLT
                         XXX NORM.RBC           ADQ. PLT SUF

```
FINAL REPORT              LAB SUMMARY REPORT AS OF 10/13/83 0244        PAGE:   3
ADDENDUM FOLLOWS               BETHESDA MEMORIAL HOSPITAL
                                BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ        JUANA  M 019 F 0 DISCH  T/T 1203  CASE: ████ 4183
                                                         S.S.: 123456789


* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
10000 URINALYSIS                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

1025A URINALYSIS

TBD 10/09/83  0031    CHARACTER: YELLOW, HAZY
ACK 10/09/83  0121    SP.GRAV: 1.015          GLUCOSE: NEG
DR: 0047 OPR: 1730         PH: 6.0            KETONES: NEG
ORD. 002    STAT      PROTEIN: NEG            UROBILIN: NEG
FINAL REPORTED        CLINITEST: N/A          BILE/BILI: NEG
                                                BLOOD: TRA

                      WBC/HPF: 10-12          BACTER: 4+
                      RBC/HPF: RARE           MUCOUS: 1+
                      EPITH/HPF: 2-4          AMORPH: NEG
                      OTHER: NEG
```

FINAL REPORT                LAB SUMMARY REPORT AS OF 10/13/83 0244        PAGE:  4
ADDENDUM FOLLOWS                    BETHESDA MEMORIAL HOSPITAL
                                    BOYNTON BEACH, FLORIDA

PATIENT: SANCHEZ        JUANA   M 019 F O DISCH  T/T 1203   CASE: ████████4183
                                                          S.S.: 123456789

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
01000 BLOOD BANK
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

0101A TYPE&SCREEN (&HOLD, ONCE EVERY 48 HR)

        TBD 10/09/83  0222   DR: 0047  ORD  006

FINAL REPORT                LAB SUMMARY REPORT AS OF 10/13/83 0244        PAGE:  4

```
FINAL REPORT              LAB SUMMARY REPORT AS OF 10/13/83 0244      PAGE:  5
ADDENDUM FOLLOWS                 BETHESDA MEMORIAL HOSPITAL
                                  BOYNTON BEACH, FLORIDA

  PATIENT: SANCHEZ       JUANA  M 019 F O DISCH  T/T 1203


  * * * * * * * * * * * * * * * * * * * * * * * * *
  99000   VIEW BLOOD BANK REPORTS                  *
  * * * * * * * * * * * * * * * * * * * * * * * * *

  9904A ZZC TYPE AND SCREEN

  TBD 10/10/83            ABO GROUP: JO [
  ACK 10/09/83  0307        RH TYPE: JPOS                    [
  OR: 0047 OPR: 2935
  ORD. 008 ROUTINE          ANTIBODY SCREEN: JNEGL
  IN PROGRESS
                              J                                          [
                              J                                          [
                              J                                          [
                              J                                          [
```

**BETHESDA MEMORIAL HOSPITAL**

**ADMISSION:**
TIME: 0155 M DATE: 10/9 19 83
GRAVIDA: III PARA: II LIVING: II
T: 975 P: 96 R: 20 EDC: 10/10
BLOOD TYPE: ___ Rh: ___ SEN: ___
LAST MEAL: 1700 M DATE: 10/8 1983
FACTS of IMPORTANCE:
Walk-in                37 wks

**ONSET of LABOR:**
TIME: ___ M DATE: ___ 19 ___
SPONTANEOUS: ___ INDUCED: ___
MEMBRANES: INTACT ( ) RUPTURED ( )
MECONIUM- YES ( ) NO ( )
ARTIFICIAL ( )     SPONTANEOUS ( )
TIME: ___ M DATE: ___ 19 ___

**GENERAL INFORMATION:**
AGE: 19     RELIGION: Catholic
WEIGHT: ___ lbs. HEIGHT: 4'10"
RUBELLA:
ALLERGIES: NKA
FEEDING: BREAST ( ) BOTTLE ( ✓ )
PEDIATRICIAN: On Call - Kumar
SMOKER: YES ( ) NO ( )

| DATE | TIME | CONTRACTIONS FREQ. | DUR | DIL | STA | EFFAC | POS | FHT | BP | MEDS - TREATMENTS - REMARKS | SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/9/83 | 0155 | irreg | | 2 | -1 | 80% | m | 130's | 118/70 | Admitted to L&D after | |
| | | | | | | | | | | 2° obs. - L.O'Neill cvm len. | |
| | | | | | | | | | | EFM on - UTI | nd |
| | 0215 | | | | | | | | | 1000 cc D5½NS started | |
| | | | | | | | | | | ① FA c #18 angio | nd |
| | 0225 | | | | | | m | 120-130 | 112/7 | Ampicillin 1 Gm IVPB ↑ | nd |
| | 0240 | | | | | | | | | Bed. width down per lab | nd |
| | 0310 | irreg | | | | | m | 130's | | on ① side | nd |
| | 0400 | | | | | | | 130's | | | nd |
| | 0420 | | | | | | | | | Up to BR - voided - | |
| | | | | | | | | | | back in bed - resting | nd |
| | 0435 | irreg | | | | | | 132 | 12/76 | T-97⁸-88-20 | nd |
| | 0500 | | | | | | | | | Dozing @ intervals | |
| | | | | | | | | | | IV infusing | nd |
| | 0600 | occ. | | | | | | 136 | 116/70 | Mitch part not as | |
| | | | | | | | | | | bad | nd |
| | 0630 | | | | | | | | | Ampicillin 1 Gm IVPB ↑ | nd |
| | 0745 | | | | | | | 160 | 94/50 | Sleeping | |
| | | | | | | | | | | 98⁶ - 84 - 18 | JJ |
| | 0830 | | | | | | | 152 | | Vd 400 cc | JJ |
| | 0855 | | | 1 | -1 | 50% | | | | Transfer to 1 West | MS |
| | 0900 | | | | | | | | | AM care c sponge | |
| | | | | | | | | | | bath | JJ |
| | 0915 | | | | | | | 160 | 70/60 | Vd. 300 cc | JJ |
| | 1030 | | | | | | | | | mediatto aug. c Br. osm'red | JuA |
| | 1015 | | | | | | | | | IV 1000 D5½NS | JJ |
| | 1120 | | | | | | | | | Hang 167-2 | |
| | | | | | | | | | | Vd. 300 cc | |

Form #81   11/82
WHITE - CHART
YELLOW - HAN
PINK - L&D

LR 2
LABOR RECORD

SANCHEZ        JUANA        M   0003 1
LAYZEQUILLA N 0047

# BETHESDA MEMORIAL HOSPITAL
## BOYNTON BEACH, FLORIDA

SANCHEZ          JUANA          M  0003 1

LAYZEQUILLA N 0047                              SPITAL NO _____

DOCTOR _____      NIGHT NURSE _____

| DATE | Note progress of case  complications  change in diagnosis  condition on discharge<br>instructions to patient |
|---|---|

10-9-83  ADMIT NOTE  19 3/0  g iii p ii oo ii  adm. c̄ UTI + ? early labor. No

SUMMARY History AP care. Seen @ St. Mary's ER @ 4-5 mo. gest. for UTI.
Pt. did not complete meds. because pain stopped. Pt.'s no Past hx of
anemia. LMP 1-24-83. Bled x 2 days in Feb + Mar. ? EDC 10-30

PRENATAL COURSE UNCOMPLICATED SINCE LAST RECORDED OFFICE VISIT

☐ YES  ☐ NO    CAUSE?:

SFD

P.E. WNL  - FH - 31cm    EFW 5°

Heart RSR s̄ M    Lungs Clear

Cervix 2cm, 80% c̄ vtx ↑ + membranes intact.
Cx unchanged for about 3 hrs. Mild contractions q 10-12
min. Pt. c/o low backache + discomfort c̄ fetal movement.
4+ bact + 10-12 WBC's on cath. U/A. C+S in progress.
Dr. Layzequilla consulted. Admit pt. for tx of UTI

L. O'Neill, CNM

10-9-83  No contractions. Cx 1cm 50% Vtx ↑. Will transfer to 1-West.
9Am      Kim ?, CNM.

Oct 10  _____ CVD _____ could _____
and _____ about _____ and _____
_____ T. 108K. _____ OK. _____
_____ Discharged

PROGRESS RECORD
(MATERNITY)

FORM NO. _____

**PHYSICIAN'S ORDER SHEET**

**BETHESDA MEMORIAL HOSPITAL**
BOYNTON BEACH, FLORIDA

AUTHORIZATION IS GRANTED TO SUPPLY MEDICATION BY NON-PROPRIETARY NAME UNLESS CHECKED HERE →

| DATE | TIME | DOCTOR — PLEASE USE BALL POINT PEN AND PRESS FIRMLY |
|------|------|---------|
| 10-9-83 | 0155 | admit |
| | | ampicillin 1 gm IV q 4h |
| | | T.O. Dr. Lazzariello / L. O'Neil, RN |
| 10-9-83 | 0215 | External monitor |
| | | D5 ½ N.S. IV 1,000 cc |
| | | CBC stat |
| | | Type & screen |
| | | L. O'Neil, RN |
| 10-9-83 | | Ferrous Sulfate 0.3gm po tid |
| | | Folic acid 1 mg. p.o. qd. |
| | | Simonds M.D. |
| 10-9-83 | 8:15 A | Transfer to 1-West |
| | | Clear liquids |
| | | Simonds CNM |
| | | DC IV ampicillin |
| | | 500 mg q 6hr PO ampicillin |
| | | full liquids |
| | | DC IV when done |
| | | VO Dr. Lazzariello |
| Oct 10 | 11:00 AM | Discharged |

SANCHEZ          JUANA          M  0002
ZEQUILLA N 0047          167-2

FORM NO. 0001 2500 REV. 11/75

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

SANCHEZ          JUANA          M    0003 1

LAVZEQUILLA N 0047

INFUSION RECORD SHEET

| SIGNATURE OF INITIATOR | TOTAL AMOUNT ABSORBED | RE-START DATE | TUBING DATE | DRESSING DATE | NEEDLE SIZE SITE | MEDICATION ADDED | SOLUTION NAME OR BLOOD COMPONENT AMOUNT RATE | BOTTLE # | TIME | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 10/5 | 10/5 | #18 gauge D.F.A | | 1000 cc D5 ½ NS | #1 | | 10/7/83 |
| | 100 | | | " | | Ampicillin 1 gm | 100 cc D5W | A | 0330 | |
| | 100 | | " | " | | " | 100 cc D5W | B | 0630 | |
| | 1000 | | | | | | 1000 D5 ½ NS | | 10/5 | 10/5/83 |
| | 100 | | | | | Amp ½ gm | 100 cc | C | 1600 | |
| | | | | | | 1000 cc D5 ½ NS | KVO | | 1900 | 10/ |
| | | | | | | | | | | |

FORM #83
Revised 7/80

CASE NO. ▓▓▓▓▓  ROOM 0167-2  DATE 10/10/83 **BETHESDA MEMORIAL HOSPITAL**

PATIENT SANCHEZ    JUANA    M

MEDICAL RECORDS NO. ▓ - ▓ - ▓  AGE 019  PHYS. LAYZEGUILLA NEVARDO T

**MEDICATION RECORD**

ALLERGIES: N.K.A.

| DATE / MEDICATION DESCRIPTION / REMARKS | | FREQ. | DOSAGE FREQ. ROUTE | 2300-0700 (11-7) | 0700-1500 (7-3) | 1500-2300 (3-11) |
|---|---|---|---|---|---|---|
| 10-09 | FEOSOL 325MG TABLET | | 1.000 TAB TID O. | RORD 03 TB | 𝑞 – 1 | |
| 10-09 | FOLVITE 1 MG TAB | | 1.000 TAB QD O. | RORD 01 TB | | |
| 10-09 | AMPICILLIN 500MG CAPSULE | | 1.000 CAP Q06H O. | RORD 04 :P | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FORM NO. U-08
REV. 6/79

| MEDICATION ADMINISTRATION KEY | SIGNATURES (11-7) | SIGNATURES (7-3) | SIGNATURES (3-11) |
|---|---|---|---|
| ⑨  MEDICATION NOT GIVEN (EXPLANATION ON REVERSE SIDE) | | | |
| ∅  MEDICATION GIVEN | | | |

CASE NO. ▮▮▮▮▮   ROOM 67-2 · DATE 10/9/83 **BETHESDA MEMORIAL HOSPITAL**
PATIENT SANCHEZ, JUANA
MEDICAL RECORDS NO.   AGE 19   PHYS. CNM - LAYZEQUILLA   MEDICATION RECORD

ALLERGIES: NKA

| DATE / MEDICATION DESCRIPTION / REMARKS | FREQ. | DOSAGE FREQ. ROUTE | 2300-0700 (11-7) | 0700-1500 (7-3) | 1500-2300 (3-11) |
|---|---|---|---|---|---|
| 10/9/ 9/83 | Ampicillin ÷ Gm   IV q4o | | 0225 0630 | 1030 1500 (1430) mother from room | D/C |
| 10/9/83 | Ferrous Sulfate 0.5 Gm ÷ po. T.i.d | | | 1430 | |
| 10/9/83 | Folic Acid 1 mg p.o. q.d. | | | | |
| 10/9/83 | Ampicillin 500ng q6 PO | | | | 10⁹ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FORM NO. 9-08
REV. 8/79

MEDICATION ADMINISTRATION KEY

⑨ - MEDICATION NOT GIVEN (EXPLANATION ON REVERSE SIDE)

∮ - MEDICATION GIVEN

| SIGNATURES (11-7) | SIGNATURES (7-3) | SIGNATURES (3-11) |
|---|---|---|
| N. de Lorenzo RN | M.C. Bhue d | B Jecy alih RN |
| | J. Hoey LPN | |
| | | |

A-000314

1430 dose ampicillin not here from pharmacy unable to give on time

A-000315

CASE NO. _____   ROOM ____   · DATE *10/9/83*   **BETHESDA MEMORIAL HOSPITAL**
PATIENT *Sanchez, Juana*
MEDICAL RECORDS NO. _____ AGE ____ PHYS. ____   MEDICATION RECORD

ALLERGIES: *NKA*

| DATE MEDICATION DESCRIPTION REMARKS: | | FREQ. | DOSAGE FREQ. ROUTE | 2300-0700 (11-7) | 0700-1500 (7-3) | 1500-2300 (3-11) |
|---|---|---|---|---|---|---|
| *10/9/83* | *Ampicillin* | *q 4 hr.* | *1 Gm* *IVPB* | *0225* *0630* | *1030* | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RM. NO. 9-08
REV. 8/79

| MEDICATION ADMINISTRATION KEY | SIGNATURES (11-7) | SIGNATURES (7-3) | SIGNATURES (3-11) |
|---|---|---|---|
| ⑨ - MEDICATION NOT GIVEN (EXPLANATION ON REVERSE SIDE) | *N. DiLorenzo RN* | | |
| ∅ - MEDICATION GIVEN | | | |

TEMPERATURE (BLACK)
○ RECTAL TEMPERATURE
PULSE (RED)
○ APICAL PULSE

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

**GRAPHIC SHEET**
FORM NO. 65    REV. 1/77

| DATE 1983 | | 10/9 | | | | | | 10/10 | | | | | | 10/11 | | | | | | 10/12 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOSP. DAY / POST OF | | admit | | | | | | 1 | | | | | | 2 | | | | | | 3 | | | | | | |
| PULSE | TEMP | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | |
| | | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 |
| 150 | 106° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 140 | 105° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 130 | 104° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 120 | 103° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 110 | 102° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 100 | 101° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 90 | 100° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 80 | 99° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 70 | 98° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 60 | 97° | | | | | | | | | | | | | | | | | | | | | | | | | |
| 50 | 96° | | | | | | | | | | | | | | | | | | | | | | | | | |

| RESPIRATION | 20 | 20 | | 18 | | | 18 | 20 | | | | | | | | | | | | | | | | | |

| BLOOD PRESSURE | 12MN 2AM 112/76 | | 12N | | 12MN | | 12N | | 12MN | | 12N | | 12MN | | 12N |
| | 4A 112/76 | | 4P 110/70 | | 4A | | 4P | | 4A | | 4P | | 4A | | 4P |
| | 8A | | 8P | | 8A 106/70 | | 8P | | 8A | | 8P | | 8A | | 8P |

| WEIGHT | | | 4'10" | | | |

| INTAKE | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | | | | 200 | 650 | | | | | | | |
| 7-3 | | | | | | | | | | | | |
| 7-11 | | | | | | | | | | | | |
| SUBTOTAL | | | | | | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | | | |

| OUTPUT | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | | | | 25 1/2 hr | | | | | | | | |
| 7-3 | | | | | | | | | | | | |
| 7-11 | | | | | | | | | | | | |
| SUBTOTAL | | | | | | | | | | | | |
| 24 HOUR TOTAL | | | | | | | | | | | | |

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|------|------|------|------|------|
| | 8p | | F.H.T. 150 strong & reg | |
| | | | Tx fully absorbed | |
| | | | D5 1/2 NS KVO added pt states | |
| | | | feels better but a | |
| | | | little nauseated | |
| | 10p | | Sleeping | |
| | | | 10-10-83 | |
| | 12?? | | Sleeping on rounds | |
| | | | IV patent & KVO rate | |
| | 4A | | medication given - void H/C. | |
| | | | F.H.T. 140 | |
| | L | 200 IV added | Comfortable - H/C - | |
| | 0730 | | Afebrile. No c/o pain. | |
| | | | IV infusing. Instr. to | |
| | | | for fluids  FH good. | |
| | | | ___ aide | |
| | 1050 | | ___ | |
| | | | | |
| | | | | |
| | | | Med cart fem. | |

Form #101    NURSES NOTES

SANCHEZ        JUANA        M  8803 1
                                    167-2
LAYZEQUILLA N 0047

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

| DATE | TIME | PROBLEM TITLE & # TEACHING TITLE I.V.'S | ADMISSION & DISCHARGE SUMMARY - NURSES NOTES S.O.A.P. ASSESSMENT PATIENT TEACHING | SIGNATURE & STATUS |
|---|---|---|---|---|
| 10/9/83 | 0155 | | 17 y/o 6π PT admitted to L&D c UTI - L.O'Neill cnn here - see labor record | N. DeLorenzo R |
| 10/9/83 | 1030 | | Medicated as ordered — Afebrile FHT good c Cont. freq. urination. No cervical chg. | M. Howard |
| | 1170 | | Trans. 167-2 | J. Thomas c |
| | 1130 | | received in 167-2 via w/c from Labor & Del. IV infusing in LFA- 800 cc in w | J. Hawyer c |
| | 12N - | | Clear liquids taken - | |
| | 1420 | | Dr. Layzequilla notified of pt transfer to 1 west - also new orders obtained & written | |
| | 1500 | | resting - watching TV - husband here — | J. Hawyer |
| | 3 pm | | Pt comfortable. No signs of labor noted Pt states baby active. IV infusing well. | M. ceylon |
| | 6 pm | | liquid diet taken Voided 250cc fluid. Voided q 9's 400cc | M. ceylon |

Form #101    NURSES NOTES    SANCHEZ    JUANA    M
LAYZEQUILLA N 0047    5/70

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

NURSING DIAGNOSIS

| # | DATE | Initials | DIAGNOSIS TITLE | Date Resolved |
|---|------|----------|-----------------|---------------|
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |
|   |      |          |                 |               |

Form #119

SANCHEZ      JUANA   M        0167 2

LAYZEQUILLA N0047

BETHESDA MEMORIAL HOSPITAL
Boynton Beach, Florida

| DATE | | | 10/4/83 | | | 10/10 | | | 10/11 | | | 10/12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SHIFT** | | | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
| PERSON ASSIGNED: | First Initial Last Name Status | | | | | | | | | | | | | |
| PRESCRIBED DIET: | Record Type and Change | | | | | full | full | | | | | | | |
| BATH: | Complete | (Initial) | | | | | | | | | | | | |
| | Partial | (Initial) | | | | | | | | | | | | |
| | Self | (X) | | | ✓ | | ✓ | | | | | | | |
| | Shower | (X) | | | | | | | | | | | | |
| ACTIVITY | Bedrest | (X) | | | | | ✓ | | | | | | | |
| | BRP | (X) | | | ✓ | ✓ | | | | | | | | |
| | Up Ad Lib | (X) | | | | | | | | | | | | |
| MOUTH CARE: | (Freq. & Initial) | | | | S | | | | | | | | | |
| H.S. CARE: | (Initial) | | | | | | | | | | | | | |
| P..NL.L CARE: | Self | (X) | | | | | | | | | | | | |
| | Nurse | (Freq. & Initial) | | | | | | | | | | | | |
| BLADDER: | Voiding | (X) | | | ✓ | ✓ | ✓ | | | | | | | |
| | Has Not Voided | (X) | | | | | | | | | | | | |
| | Catheterization | (Initial) | | | | | | | | | | | | |
| | Foley Catheter | (X) | | | | | | | | | | | | |
| BOWEL: | Stool | (X) | | | | | | | | | | | | |
| | No Stool | (X) | | | ✓ | | | | | | | | | |
| | Enema | (Initial) | | | | | | | | | | | | |
| P.. LIGHT | (Freq. & Initial) | | | | | | | | | | | | | |
| SITZ BATH: | (Freq. & (X) | | | | | | | | | | | | | |
| OTHER TREATMENTS: | | | | | | | | | | | | | | |
| FUNDUS: | Location | | | | | | | | | | | | | |
| | Firm | (X) | | | | | | | | | | | | |
| | Boggy | (X) | | | | | | | | | | | | |
| LOCHIA: | Color | | | | | | | | | | | | | |
| | Amount | | | | | | | | | | | | | |
| BREASTS: | Soft | (X) | | | | | | | | | | | | |
| | Engorged | (X) | | | | | | | | | | | | |
| | Lactating | (X) | | | | | | | | | | | | |
| WEIGHT: | | | | | | | | | | | | | | |
| DIAGNOSTIC PROCEDURES: (State Name of Test, etc. | | | | | | | | | | | | | | |
| IV DRESSING CHANGED: | (Initial) | | | | | | | | | | | | | |
| IV TUBING CHANGED | (Initial) | | | | | | | | | | | | | |
| PATIENT TEACHING | (Initial) | | | | | | | | | | | | | |

F01 SANCHEZ          JUANA          M

161-2

OB - GYN   FLOW SHEET

LAYZEQUILLA N 0047

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

SANCHEZ          JUANA          M        1
                                         167-2

LAYZEQUILLA N 0047

\* = CHOOSE ONLY 1 FROM THIS GROUP.

| PT | A | PT | B | PT | C |
|---|---|---|---|---|---|

**DIET:** Olig.
(2) NPO self
(2) Force fluids
(5) Sips & chips assist
with tray
(8) Total feed/gavage feed
(10) Teach feed/complex feed

**\*BATH:**
(1) Tub shower/bath-without
help
(2) Tub shower/bath-with
help
(4) Partial bed bath
(5) Complete bed bath
(10) Multiple baths

**VITAL SIGNS:**
(2) st          BID
9 D   0-h
(2) TPR          BID
(5)   9 /D   Other
(2) Orthostatic Pressure
(6) Neuro checks
FHR

(5) Routine I & O
(7) q _____ h- more
frequent
Foley (          )
(5) S & A - QID
(10) S & A - more frequent

**\*ACTIVITY:**
(2) Up ad lib/no assist.
(5) Ambulate with help
(8) Complete bedrest/
turn q_____h
(10) Bedrest, up in chair/BSC
(10) Stryker/circ-o-bed/
balanced traction
(15) Complex ambulation

**\*MEDICATIONS:**
(10) Routine
(15) Multiple Meds PRN
(15) Teaching Meds

**\*I.V.S**
(5) Kap K.O   IV Hep-Lock
(a) Routine
(15) Adm. Blood/components
(2) Continued infusion
via pump

**D**

**SPECIAL TREATMENTS:**
\*Each group PRN

Simple:
(5) 1-3
(10) 4 or more
Complex:
(5) Daily
(10) BID
(15) TID
Intensive Care.
(15) Cont. Elec. Monit
(25) Complex Elec. Monit.
(35) Swan Ganz Monitor
Temp. Pacemaker
Peritoneal Dialysis
Cardiassist
Ventilator

**\*BEHAVIOR:**
(5) Cooperative active
participant
(10) Anxious confused dis-
oriented/demanding
(15) Non-responsive com-
munication barrier
(20) Danger to self/others

**STATE:**
(5) Routine admission
(10) Pre-op Prep teaching
(10) incontinent
(12) Post-op/Code 24 now
(15) Discharge teaching
planning
(15) Isolation

**SECTION TOTAL**
A.  19
B.  23
C.  10
D.  5

GRAND TOTAL: 57

**RANGE**
I  -   0  -  37
II  -  38 -  55
III -  56  -  75
IV -  76 -  83
V  -  84 - 106
VI - 101   115
VII - 116 & over

ACUITY  III

DATE:  10-9-83

**DISASTER COD'**
A        B

**MATERNITY/L&D DEPARTMENT FORM**

11/79

A-000322

| DATE | INITIALS | # | PROBLEM TITLE | PLAN OF ACTION | DATE RESOLVED |
|---|---|---|---|---|---|
| 10/9 | JA | 1 | Hydration | IV's precided - 1/0 | |
| | | 2 | 38 wk gestation | Watch for Signs of labor | |

well in

| ADMIT DATE 10/9/83 | TIME 0235 | GR: III | PARA: II | RUBELLA: | EDC: | RELIGION |
|---|---|---|---|---|---|---|
| DEL. DATE | TIME | EPIS | | BLOOD TYPE | VDRL | |

| BABY'S SEX | WEIGHT | LENGTH | BREAST Do ( ) BOTTLE ( ) | PED: |
|---|---|---|---|---|

ADMISSION DIAGNOSIS: U. J. D. 38 wks. Preg.   SURGERY:   ALLERGIES: NKA

| ROOM NO. 167-2 | NAME Sanchez, Juana | ADM DATE 10/9/83 | DOCTOR: Layzeguilla | AGE: 47 |
|---|---|---|---|---|

PATIENT LABEL

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

TRANSFER AND DISCHARGE CHECK LIST

INSTRUCTIONS:

1. Initiate form at the time a patient is transferred to another unit or discharged from the hospital.

2. Place form at front of chart.

3. Record initial in space provided after procedure is completed. X-out spaces considered not applicable.

4. Record signature and date at bottom of sheet upon completion of transfer or discharge.

   All discharge chart must be sent to Medical Records at 9:00 A.M. the following morning.

6. It will be the responsibility of the nurse assigned to the patient that day to complete the form upon transfer and discharge.

| PROCEDURE: | TRANSFER | TRANSFER | DISCHARGE |
|---|---|---|---|
| 1. All forms in chart order to include  rms previously thinned, if applicable. | | | |
| 2. Patient Label on all forms. | | | |
| 3. Face Sheet signed by patient. | | | |
| 4. Laboratory Reports (delivered to station) adhered to chart. | | | |
| 5. Old records sent with chart, if applicable. | | | |
| 6. Patients belongings transferred with patient. (eye glasses, dentures, etc.) | | | ✕ |
| 7. Physician's transfer orders signed off. | | | ✕ |
| 8. Physician's discharge order signed off. | ✕ | ✕ | |
| 9. Activity Flow Sheet - nurse signatures | | | |
| 10. Nursing History Sheet - nurse signatures | | | |
| 11. Vital signs recorded on Graphic Sheet | | | |
| 12. Nurse's Notes - signature after every timed entry | | | |
| 13. Nurse's Transfer Summary Note. | | | ✕ |
| 14. Nurse's Discharge Summary Note. | ✕ | ✕ | |
| 15. Nursing Care Plan & Diagnostic Kardex added to chart. | | | |
| 16. Medicine Sheet added to chart. | | | |

Transfer: From _____ to _____ _____ _____
            (unit)    (unit)     (signature)      (date)

     From _____ to _____ _____ _____
            (unit)    (unit)     (signature)      (date)

Discharged: _____ _____
              (signature)       (date)

Form #90-02    3/81

A-000324

9A - to meds held pt. NPO for IVP - Callahan

A-000325

**TEMPERATURE (BLACK)**
**RECTAL TEMPERATURE**
**PULSE (RED)**
**APICAL PULSE**

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

**GRAPHIC SHEET**
FORM NO. 65    REV. 4/77

| DATE 83 | 10/27 | 10/28 | 10/29 | 10/30 |
|---|---|---|---|---|
| HOSP DAY / POST OP | 8 | 9 | 10 | 11 |

Temperature/pulse graph chart (106°–96° / 150–50)

| RESPIRATION | 16 | 24 | 18 | 22 20 | 18 | | | |

| BLOOD PRESSURE | 4A | 4P | 4A | 4P 88/60 | 4A | 4P | 4A | 4P |
| | 8A 90/56 | 8P 90/58 | 8A 97/60 | 8P 80/60 | 8A 90/60 | 8P | 8A | 8P |

| WEIGHT | | 124 lbs. | | |

| INTAKE | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | | 450 | | NPO | 400cc | | | 450cc | | | | |
| 7-3 | 400 | 500 | | | | | | 250 | | | | |
| 7-11 | 660 | 200 | | 1000 | 400 | | | | | | | |
| SUBTOTAL | 1060 | 950 | | 1000 | 800 | | | | | | | |

| 24 HOUR TOTAL | 2010 | | | |

| OUTPUT | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | BR | | 500 | | | | | | | | | |
| 7-3 | BRX2 | | | | | | 500 | | | | | |
| 7-11 | bl.XV | | | 2000 | | | | | | | | |
| SUBTOTAL | | | | 2500 | | | | | | | | |

| 24 HOUR TOTAL | | | | |

A-000326

TEMPERATURE (BLACK)
RECTAL TEMPERATURE
PULSE (RED)
APICAL PULSE

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

**GRAPHIC SHEET**
FORM NO. 65    REV. 4/77

| DATE | | 10/23/83 | | | 10/24 | | | 10/25 | | | 10/26 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOSP. DAY / POST OP | | 4 | | | 5 | | | 6 | | | 7 | | |
| PULSE / TEMP | | AM | | PM | AM | | PM | AM | | PM | AM | | PM |

| RESPIRATION | | 16 | 16 | 20 | 20 | | 16 | 16 | 20 | 36 | | 20 | 20 | 20 | 18 | | 20 | 20 | 20 |

| BLOOD PRESSURE | 12MN | | 12N 98/60 | 12MN | | 12N 110/70 | 12MN | | 12N | 12MN | | 12N |
| | 4A | | 4P 100/60 | 4A | | 4P 94/60 | 4A | | 4P 90/60 | 4A | | 4P 106/70 |
| | 8A 98/60 | | 8P 90/60 | 8A 130/70 | | 8P 110/80 | 8A 90/58 | | 8P 100/60 | 8A 110/70 | | 8P 110/70 |

| WEIGHT | | | | | | | | | | | | |

| INTAKE | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | sips | 850 | | NPO | 650 | | | 750 | | | 850 | |
| 7-3 | 630 | 850 | | 1240 | 550 | | 370 | 550 | | 430 | 450 | |
| 7-11 | 300 | 200 | | 600 | 450 | | 620 | 600 | | 610 | 300 | |
| SUBTOTAL | 930 | 1900 | | 1840 | 1650 | | 990 | 1700 | | 1240 | 750 | |
| 24 HOUR TOTAL | | 2830 | | | 3490 | | | 2690 | | | 2440 | |

| OUTPUT | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | BRX1 | | | 425 | | | 375 | | | | | |
| 7-3 | 550 | | | 550 | oozing x1 | | BRX2 | | | 400 | | |
| 7-11 | 600 | | | 950 | | | 1500 | | | 200 | | |
| SUBTOTAL | 1150 | | | 1925 | | | 1875 | | | 600 | | |
| 24 HOUR TOTAL | 1150+BR | | | 1925 | | | 1875 | | | | | |

A-000327

TEMPERATURE (BLACK)
RECTAL TEMPERATURE
PULSE (RED)
APICAL PULSE

**BETHESDA MEMORIAL HOSPITAL**
Boynton Beach, Florida

**GRAPHIC SHEET**
FORM NO. 65     REV. 4/77

| DATE | | 10/19/83 | | | 10/20 | | | 10/21 | | | 10/22 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOSP. DAY / POST OP | | | | | | | | 2 | | | 3 | | |

Temperature/pulse graph grid (50–150 pulse, 96°–106° temp) with plotted readings.

| RESPIRATION | | 22 | 30 | 20 | 20 | 18 | 16 | 16 | 30 | 20 | | 20 | 16 | 20 | | | 20 | 20 | 20 | 20 |

| BLOOD PRESSURE | 12MN | 100/60 | 12MN | 120/64 | 12MN | 90/60 | 12MN | 100/66 |
|---|---|---|---|---|---|---|---|---|
| | 4A | 110/70 | 4A | 90/60 | 4A | 90/68 | 4A | 110/60 |
| | 8A | 110/70 | 8A 110/60 | 86/70 | 8A 70/50 | 8P | 8A 100/60 | 8P 100/60 |

| WEIGHT | | | | | | | | | | | | |

| INTAKE | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER | ORAL | IV | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | | | | | | | | | | |
| 11-7 | | | | | | | | | | 206 | 800 | |
| 7-3 | C/ | 250 | | NPO | 1000 | 100 | 30 | 700 | | 375 | | |
| 7-11 | NPO | 450 | | NPO | 400 | 200 | 240 | 700 | | 550 | 1050 | |
| SUBTOTAL | | 700 | | | 1400 | 300 | 240 | 1400 | | 1125 | 1850 | |
| 24 HOUR TOTAL | | 700 | | | 1700 | | | 2040 | | | 2975 | |

| OUTPUT | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN | URINE | EMESIS | DRAIN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RR/OR | | | N/G | | | | | | | | | |
| 11-7 | | | | 300 | | | | | | 300 | | |
| 7-3 | | | | 250 | | | 2000 | | | 250 | | |
| 7-11 | N NV | | 200 | 450 | | | 400+BP | | | 900 | | |
| SUBTOTAL | | | | | | | | | | 1450 | | |
| 24 HOUR TOTAL | | 200 | | 1100 | | | 2400+BP | | | 1450 | | |

A-000328

## PALM BEACH COUNTY SHERIFF'S OFFICE
## CENTRAL RECORDS
## FSS EXEMPTIONS/CONFIDENTIAL

☐ 119.071(2)(c) active criminal intelligence/active criminal investigative information

☐ 119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐ 119.071(2)(e) confessions

☐ 119.071(2)(f) confidential informants

☐ 119.071(5)(g)1. Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐ 365.171(15) identity of 911 caller or person requesting emergency service

☐ 119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐ 316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐ 119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐ 119.071(2)(i) assets of crime victim

☐ 985.04(1) juvenile offender records

☐ 119.071(5)(a)(3) social security numbers held by agency

☐ 119.0712(2) personal information contained in a motor vehicle record

☐ 119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☒ 395.3025(7)(a) and/or 456.057(7)(a) medical information

☐ 394.4615(7) mental health information

☐ 119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☐ 943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐ 119.071(4)(c) undercover personnel

☐ 119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐ OTHER: _____

Case number: _RC-72118_  Clerk ID: _6644_  Date: _8-27-07_

A-000329



Case 9:16-cv-80693-BB Document 33-5 Entered on FLSD Docket 10/19/2016 Page 63 of 107

CNTRL PAGE 0300   * P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E *   PAGE 01
CASE NO. 8672118      NON-CRIME      O F F E N S E   R E P O R T      CASE NO. 8672118
DISPOSITION: ZULU
DIVISION: ROAD PATROL

PUBLIC SERVICE MISC.                          CODE:9535  DATE:05/06/86 - TUESDAY
ZONE:R5  GRID:003072 DEPUTY:2268  ===> D. COMBS        ASSIST:   TIMES: DISP/2023 ARR/2030 COMP/2050
OCCURRED BETWEEN: DATE: 05-06-86, 2015 HOURS AND  DATE: 00-00-00,    HOURS

NAME/LOCATION: EMS  04758N DYSON CRWPD  OVERDOSE

NAME LIST:
   ROLE
OTHER        RICARDO  SANCHEZ                    DOB ███ 83 SEX/M RACE/W HT/     HT/   HAIR  EYES
             RESIDENCE ADDRESS: ████████████     WPB         FL     PHONE    UNK   UNK
             BUSINESS  ADDRESS: ████████████               PHONE


        AT APPROX. 2030 HRS. ON 050686, I WAS DISPATCHED TO THE E.R. OF
DOCTORS HOSPITAL IN REF: TO A COMPL. OF A POSSIBLE SUICIDE ATTEMPT.
        UPON ARRIVAL AT THAT LOCATION THIS WRITER FOUND THAT A HISPANIC
MALE JUVENILE I.D. AS RICARDO SANCHEZ HAD BEEN TRANSPORTED TO THE E.R.
AFTER HE HAD TAKEN A UNKNOWN QUANTITY OF ████████ MEDICINE IN QUESTION
BELONGING TO THE HISPANIC JUVENILES BROTHER.  THE HISPANIC JUVENILE
IN QUESTION IS 2 YEARS OF AGE.  IT WAS LEARNED THAT THE INGESTION WAS
BY ACCIDENT; THEREFORE THERE IS NO INDICATION OF A SUICIDE ATTEMPT.  THE
SUBJECT WAS BEING TREATED AT DR'S HOSPITAL.
D/S COMBS #2268/SLS 050786


                              FOLLOW-UP ASSIGNED TO:

ASSESSMENT OBSERVATION FORM

Student name: _Ricardo Sanchez_

Teacher name: _Amateis_

Date(s) of observation: _10/12/89_

Time of observtion: from: _____ to: _____

Screening indicates need for further assessment in:
(check areas which apply)
_____ motor skills
_____ visual discrimination
_____ visual memory
_____ auditory discrimination
_____ auditory memory

Observation narrative:

Ricardo has difficultly understanding and expressing himself in English. Due to this language problem he needs a great deal of help completing his work correctly.

He is distractable and at times needs to be isolated to do his work.

_Susan Amateis_  _10/12/89_
Observer's Signature/position                     date

PBSD 1365 (new 6/89)                A-000331

AS SSMENT OBSERVATION FORM

Student name: Ricardo Sanchez

Teacher name: Davis/Seevers

Date(s) of observation: 11-30-90

Time of observation: from: 8    to: 2

Screening indicates need for further assessment in:
(check areas which apply)

- ✓ motor skills
- visual discrimination
- ✓ visual memory
- auditory discrimination
- auditory memory

Observation narrative:

Ricardo exhibits developmental youngness in all areas of development. He is unable to stay on task even for short periods of time. He cannot work independently and consistently disrupts the class and students around him.

During reading group, Ricardo was distracted and was unable to follow directions. He bent and tore his reading book, crawled under the table and disrupted the group by talking and bothering the group. Although he was warned about his behavior, he continued to disobey, and finally was excused from the group.

Debbie Davis/                          11-30-90
Observer's Signature/position          date
teacher

F M PRINTING
AGENCY
P  3 5

A-000332

TYPE OR PRINT NEATLY
**Classroom Interventions**

Student: _Ricardo Sanchez_   Room# _B 3_

Person initiating intervention: _Elina Garcia_

Date intervention began _Oct. 1991_ and ended _to present_.

List below the specific interventions you have used in your classroom
to help remediate this student's problem(s):

- One-to-one with my aide, with other students, and with myself.
- Language master - reading vocabulary words
- Small group learning centers.

List or explain the results of those interventions you listed above.
(i.e. How did the student respond?  Were any of the interventions successful?)

- The only work that Ricardo completes is when somebody guides him in working the problems (math), sees that he finishes his writing assignments, and helps him with his reading workbook. When left along, he will not do anything.
- Even though he has drilled the vocabulary words for levels 3-5 many times, he has not learned many of them.
- He disrupts in small group setting.

A-000333

PSYCHO-EDUCATIONAL EVALUATION



ESE Department - Psychological Services
School Board of Palm Beach County, Florida

NAME:        R██████ S██████          STUDENT NUMBER:        13041850
SEX:         Male                     AGE:                   8 years 9 months
SCHOOL:      Berkshire Elementary     GRADE:                 2
BIRTHDATE:   ████/83                  DATE REFERRAL REC'D:   4/9/92
REFERRED BY: Child Study Team         DATE(S) EVALUATED:     7/7 & 7/9/92
SCHOOL PSYCHOLOGIST:  Francis X. Crosby, M.S., Bilingual

REASON FOR REFERRAL:

R██████ has difficulty reading and in spite of repeated interventions, he continues to display minimal progress. He is presently enrolled in the English for Speakers of Other Languages (ESOL) category A program; additionally, R██████ at times exhibits inappropriate behaviors and appears to be distractible.

BACKGROUND INFORMATION:

R██████ is a 8 year 9 month old Hispanic descent student, enrolled in school at Berkshire Elementary. Review of the Referral for Student Evaluation Form and consultation with faculty members revealed the following information: Ri██████ appears to be having extreme difficulty in the reading area as well as other academic areas. In spite of repeated interventions, progress has been minimal. Noted on the referral form is the statement that Ri██████'s mother is taking him for a physical evaluation, and one of the reasons for this physical appears that Ricardo often appears "dazed." Ricardo's dominant language is Spanish, and the language at home is also Spanish. This psycho-educational evaluation was conducted in both English and Spanish.

PREVIOUS TEST RESULTS:

SCREENINGS:

Speech & Language:  TOLD          Date: 3/92

Results:  Standard Score:  67 (further testing to be done)

Hearing:  Audiometer          Date: 3/92

Right Ear:  Passed
Left Ear:   Passed

Vision:  Snellen Chart          Date: 3/92

Right Eye:  Passed
Left Eye:   Passed

A-000334

R█████ S███████                        PAGE 2        PSYCHO-EDUCATIONAL EVALUATION

PREVIOUS TEST RESULTS:  (continued)

Comprehensive Test of Basic Skills:   (Date:  4/16/91)

| Reading | Stanines | Mathematics | Stanines |
|---------|----------|-------------|----------|
| Comprehension | 1 | Math Computation | 1 |
| Vocabulary | 1 | | |
| Total Reading | 1 | | |

TESTS ADMINISTERED:

Stanford-Binet Intelligence Scale - Fourth Edition

Woodcock-Johnson Psycho-Educational Battery-Revised (Tests of Achievement)

Beery Developmental Test of Visual-Motor Integration 3-R

Visual Aural Digit Span Test (VADS)

TEST OBSERVATIONS:

R█████ presented himself as a quiet, physically well-developed 8 year 9 month old Hispanic descent child who was adequately dressed and groomed when seen for testing.  R█████ related with appropriate affect and full range of mood.  His work tempo was medium, and he is right-hand dominant.  Ri█████s approach to task was reflective; at times he exhibited fluctuating concentration levels as well as high levels of distractibility.  However, with redirection from this examiner, he was able to complete the needed tasks.  When asked to elaborate on his responses, R█████ was able to do so.

Overall, the results of this evaluation are estimated to provide a fair representation of Ricardo's present level of functioning.

TEST RESULTS:

Stanford-Binet Intelligence Scale - Fourth Edition:

| Subtests | Standard Scores |
|----------|-----------------|
| Verbal Reasoning | |
| Vocabulary | 41 |
| Comprehension | 48 |
| Verbal Reasoning SAS | 88 |
| Abstract/Visual Reasoning | |
| Pattern Analysis | 45 |
| Copying | 41 |
| Abstract/Visual Reasoning SAS | 84 |

A-000335

R S                      PAGE 3          PSYCHO-EDUCATIONAL EVALUATION

TEST RESULTS:  (continued)

Stanford-Binet Intelligence Scale - Fourth Edition:  (continued)

| Subtests | Standard Scores |
|---|---|
| **Quantitative Reasoning** | |
| Quantitative | 46 |
| Quantitative Reasoning SAS | 92 |
| **Short-Term Memory** | |
| Bead Memory | 34 |
| Memory for Sentences | 40 |
| Short-Term Memory SAS | 70 |
| Test Composite | 80 (low average range of intellectual functioning; 11th percentile) |

Woodcock-Johnson Psycho-Educational Battery-Revised: (Tests of Achievement)

| Subtests | Age Scores | Grade Scores | %ile Ranks | Standard Scores |
|---|---|---|---|---|
| Letter-Word Identification | 5-11 | K.7 | 0.1 | 54* |
| Passage Comprehension | 6-2 | 1.1 | 0.1 | 55* |
| Calculation | 6-6 | 1.2 | 0.2 | 56* |
| Applied Problems | 7-7 | 2.0 | 19 | 87 |
| Dictation | 5-11 | K.7 | 0.2 | 58* |
| Writing Samples | 5-11 | K.8 | 0.1 | <0* |
| Broad Reading | 6-0 | K.9 | 0.1 | 50* |
| Broad Mathematics | 7-0 | 1.5 | 2 | 70 |
| Broad Written Language | 6-0 | K.7 | 0.1 | 30* |
| Skills of Early Development | 6-3 | 1.0 | 0.1 | 54* |

Beery Developmental Test of Visual-Motor Integration 3-R:

Chronological Age:  8 years 9 months
VMI Age Equivalent:  7 years 5 months
Percentile Rank: 30
Standard Score:  92

RICARDO SANCHEZ                      PAGE 4        PSYCHO-EDUCATIONAL EVALUATION

TEST RESULTS:   (continued)

Visual Aural Digit Span Test: (VADS)

| Subtests | Age Percentiles | Subtests | Age Percentiles |
|---|---|---|---|
| Aural-Oral | 10-25 | Aural Input | <10 |
| Visual-Oral | 10 | Visual Input | <10 |
| Aural-Written | <10 | Oral Expression | <10 |
| Visual-Written | <10 | Written Expression | <10 |
| Total VADS | <10 | Intrasen. Integ. | <10 |
| | | Intersen. Integ. | <10 |

Age Equivalent of Total VADS test score:   5-6 to 5-11

DISCUSSION OF TEST RESULTS:

Ricardo's performance on the Stanford-Binet Intelligence Scale - Fourth Edition places him within the Low Average range of intellectual functioning, and at the 11th percentile, which means he exceeded 11 percent of his agemates on this particular measure of intellectual ability.

Review of the Stanford-Binet protocol reveals the presence of moderate variability, with relative strengths and relative weaknesses attained. Ricardo's relative strength was obtained on a test that involves recognizing what is visually depicted in the stimulus picture, appreciating that there may be some incongruity, and determining that incongruity, where success depends, in part, on perception of detail and social understanding as well as conceptualization of "right and wrong" (Absurdities:   48; 40th percentile).   Ricardo's relative weakness was obtained on a task measuring short-term memory for visual stimuli, where form perception and discrimination and spatial relations are involved and where success requires attention and concentration (Bead Memory SAS:   34; 2nd percentile).

Intelligence tests tend to reflect a person's overall or global capacity for intelligent behavior.  They cover only a modest range of the many abilities and aptitudes that determine intelligent behavior, primarily the cognitive skills or processes (ability to reason, learn, solve problems, etc.).   Factors affecting a person's functioning during test taking may include such things as: motivation, physical setting and external distractions, activity level, ability to concentrate, test anxiety, environmental and cultural background, and other such factors which are not readily measurable.  All, however, must be taken into consideration when interpreting scores.

It is important to note that test scores do not necessarily mean that a child is able to consistently perform in class on a grade level score derived at the time of testing.   Task demands may differ between the tests and requirements in the classroom.   Standard scores are a better indicator of the child's relative ability when compared with his/her level of intelligence.

RICARDO SANCHEZ                    PAGE 5          PSYCHO-EDUCATIONAL EVALUATION

DISCUSSION OF TEST RESULTS:   (continued)

Ricardo's proficiency of underlined processing skills was measured by administering the Beery Developmental Test of Visual-Motor Integration 3-R, and the Visual Aural Digit Span Test (VADS). Ricardo's performance on the Beery reveals the presence of a mildly developed visual-motor integration skill level, when compared to other youngsters in his age group, as his performance resembled that of a typical 7 year 5 month old youngster. However, when the VMI standard score of 92 is compared to his obtained Stanford-Binet Composite of 80, visual-motor tasks appear to be a relative strength for Ricardo in this point in time.

Results of the Visual Aural Digit Span Test (VADS) reveal the presence of a significantly delayed visual and auditory immediate sequential memory skill level, as Ricardo's performance resembled that of a typical 5 year 6 month to 5 year 11 month old youngster. This skill measured by the VADS is necessary in the classroom setting, and is likely to be directly influencing in a detrimental way of Ricardo's progress.

The assessment of academic achievement was accomplished by administering the Woodcock-Johnson Psycho-Educational Battery-Revised (Tests of Achievement). The results indicate that Ricardo obtained his lowest score in word identification, with a standard score of 54 and a grade equivalent of K.7. Ricardo obtained his highest score in applied problems, with a standard score of 87 and a percentile rank of 19. Cumulatively, Ricardo obtained the following standard scores: Broad Reading - 50; Broad Mathematics - 70; Broad Written Language - 30; Skills of Early Development - 54. The results of this portion of the evaluation indicate that Ricardo's academic achievement at this time is discrepant to his measured intellectual ability.

SUMMARY AND RECOMMENDATIONS:

Ricardo is an 8 year 9 month old Hispanic descent student, in second grade at Berkshire Elementary, who received a comprehensive psycho-educational evaluation in order to determine and assess the factors contributing to his delays in academic progress.

Ricardo is a bilingual youngster coming from a home where Spanish is the dominant language. This psycho-educational evaluation was conducted in both English and Spanish.

The current test findings reveal the presence of low average range intellectual functioning, with significant processing skill deficits in the immediate sequential, visual and auditory, memory task, which seems to have contributed to the presence of a significant aptitude/academic achievement discrepancy.

In conclusion, Ricardo's learning style, his pattern of educational achievement, and current test results resemble the profile of a child who is generally regarded as being consistent with other children who are considered to manifest a learning disability. It would appear, therefore, that Ricardo will likely benefit from placement into a more individualized instructional setting where

A-000338

RICARDO SANCHEZ            PAGE 6        PSYCHO-EDUCATIONAL EVALUATION

SUMMARY AND RECOMMENDATIONS:   (continued)

multimodal and multisensorial approach to learning may be provided.   It is important to note that some of the disruptive behaviors displayed by Ricardo in the academic setting may be signs of frustration with the lack of success in school. Therefore, it is recommended that the academic delay is addressed first.

This student is now referred to the Eligibility and Placement Committee for review and disposition.

Please contact this school psychologist for consultation and/or additional information.

Francis X. Crosby, M.S.
School Psychologist

147/5
11/17/92
tnd5/PKW/RRR

Robert E. Templeton, Ed.S.
Manager, Psychological Services

A-000339

SPEECH AND LANGUAGE EVALUATION
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
PALM BEACH COUNTY SCHOOLS

NAME:   Ricardo Sanchez

DATE OF BIRTH:   10/19/██

SCHOOL:   Berkshire Elementary

SEX:   Male

GRADE:   3

DATE(S) OF EVALUATION:   9/30/92

SCHOOL CLINICIAN:   Caroline Grier

DIAGNOSTICIAN:   Jose Lozano

REASON FOR REFERRAL AND HISTORY:

Ricardo Sanchez, an 8 year 11 month old Hispanic male, whose ESOL level is an "A"
according to the Language Assessment Scales - Oral, was seen for a speech and
language evaluation. The student was referred as per recommendation of the Child
Study Team to further explore language competency.   He has been experiencing
academic difficulties for some time.   It was reported that he experiences a very
short attention span and needs constant one-on-one supervision.   The Matrix
Analogies Test (Expanded Form) was administered on 3/4/92 and obtained a
nonverbal performance score of 81.

DIAGNOSTIC FINDINGS:

| TESTS | DATES | LANGUAGE AGES | %ILE RANKS | STANDARD SCORES |
|---|---|---|---|---|
| Test de Vocabulario en Imagenes Peabody Spanish Receptive Vocabulary | 9/30/92 | 3-10 | | <55 |
| Expressive One-Word Picture Vocabulary Test (English/Spanish) | 9/30/92 | 6-8 | | 79 |
| Pruebas de Expresion Oral y Percepcion de Lengua Espanóla | 9/30/92 | | | |
| Auditory Association | | | | 55 (X = 100) |
| Sentence Repetition | | | | 83 |
| Story Comprehension | | | | <46 |
| Encoding | | | | 86 |

A-000340

Ricardo Sanchez
Page 2

DIAGNOSTIC FINDINGS:   (cont.)

| TESTS | DATES | LANGUAGE AGES | %ILE RANKS | STANDARD SCORES |
|---|---|---|---|---|
| Test of Language Development-Primary (English/Spanish) | 9/30/92 | | | |
| Spoken Language Quotient | | | 77 | |
| Listening | | 82 | | |
| Speaking | | 76 | | |
| Semantics | | 76 | | |
| Syntax | | 82 | | |

Conversational Sample 9/30/92      Within normal limits

CLINICAL INTERPRETATION:

SUMMARY AND RECOMMENDATIONS:

After carefully reviewing all the test data and a conversational sample, it was determined that the student's language as commensurate with his overall nonverbal performance.   No further action from the school-based speech and language pathologist is necessary at this time.   The student should continue to receive the services of the ESOL program.   The teacher should emphasize auditory comprehension exercises by answering "wh" questions from material presented orally.

_____
José Lozano, M.A., CCC-SLP
Bilingual Speech-Language Diagnostician

Reviewed by:   _____
Barbara J. Ehren, Ed.D., CCC-SLP
Program Specialist, Speech-Language Impaired

Date:

doc1311
133/6
10/6/92
tnd6/DFM/3C

A-000341

SPEECH AND LANGUAGE EVALUATION
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
PALM BEACH COUNTY SCHOOLS

NAME:  Ricardo Sanchez

DATE OF BIRTH:  10/19/▮

SCHOOL:  Berkshire Elementary

SEX:  Male

GRADE:  3

DATE(S) OF EVALUATION:  9/30/92

SCHOOL CLINICIAN:  Caroline Grier

DIAGNOSTICIAN:  Jose Lozano

REASON FOR REFERRAL AND HISTORY:

Ricardo Sanchez, an 8 year 11 month old Hispanic male, whose ESOL level is an "A" according to the Language Assessment Scales - Oral, was seen for a speech and language evaluation. The student was referred as per recommendation of the Child Study Team to further explore language competency. He has been experiencing academic difficulties for some time. It was reported that he experiences a very short attention span and needs constant one-on-one supervision. The Matrix Analogies Test (Expanded Form) was administered on 3/4/92 and obtained a nonverbal performance score of 81.

DIAGNOSTIC FINDINGS:

| TESTS | DATES | LANGUAGE AGES | %ILE RANKS | STANDARD SCORES |
|---|---|---|---|---|
| Test de Vocabulario en Imagenes Peabody Spanish Receptive Vocabulary | 9/30/92 | 3-10 | | <55 |
| Expressive One-Word Picture Vocabulary Test (English/Spanish) | 9/30/92 | 6-8 | | 79 |
| Pruebas de Expresion Oral y Percepcion de Lengua Española | 9/30/92 | | | |
| Auditory Association | | | | 55 (X = 100) |
| Sentence Repetition | | | | 83 |
| Story Comprehension | | | | <46 |
| Encoding | | | | 86 |

Ricardo Sanchez
Page 2

DIAGNOSTIC FINDINGS:   (cont.)

| TESTS | DATES | LANGUAGE AGES | %ILE RANKS | STANDARD SCORES |
|---|---|---|---|---|

Test of Language Development-
Primary (English/Spanish)       9/30/92

| | | | |
|---|---|---|---|
| Spoken Language Quotient | | 77 | |
| Listening | 82 | | |
| Speaking | 76 | | |
| Semantics | 76 | | |
| Syntax | 82 | | |

Conversational Sample 9/30/92     Within normal limits

CLINICAL INTERPRETATION:

SUMMARY AND RECOMMENDATIONS:

After carefully reviewing all the test data and a conversational sample, it was
determined that the student's language as commensurate with his overall nonverbal
performance.   No further action from the school-based speech and language
pathologist is necessary at this time.   The student should continue to receive
the services of the ESOL program.   The teacher should emphasize auditory
comprehension exercises by answering "wh" questions from material presented
orally.

José Lozano, M.A., CCC-SLP
Bilingual Speech-Language Diagnostician

Reviewed by:

Barbara J. Ehren, Ed.D., CCC-SLP
Program Specialist, Speech-Language Impaired

Date:

doc1311
133/6
10/6/92
tnd6/DFM/3C

A-000343

TYPE OR PRINT NEATLY
**Classroom Interventions**

Student: Ricardo Sanchez          Room# B-3

Person initiating intervention: F. Wolfe

Date intervention began _1/30/92_ and ended _Continuing_.

List below the specific interventions you have used in your classroom
to help remediate this student's problem(s):

One-on-one instruction in SS/Sci.

List or explain the results of those interventions you listed above.
(i.e. How did the student respond?  Were any of the interventions successful?)

The student responded to this intervention with coming
to me continually to help him complete his work.
He would not work independently.

JUNTA DE EDUCACION DEL CONDADO DE PALM BEACH, FLORIDA
DEPARTMENTO DE EDUCACION DE NIÑOS ECEPCIONALES
CONCENTIMIENTO/NOTIFICATION DE PROPOSITO DE EFECTUAR UNA EVALUACCION

ESTUDIANTE: *Ricardo Sanchez*        NUMERO DE ESTUDIANTE: *1304/850*

FECHA DE NACIMIENTO: *10-19* ▮ FECHA: _____   ESCUELA: *Berkshire*

Estimado(a) *Parents of Ricardo* :

Basado en la recommendación del Consejo Educativo se a recomendado que su hijo(a) sea evaluado(a) para asi poder ofrecerle un programa educacional que este más de acuerdo con sus necesidades. El expediente escolar de su hijo(a) ha sido cuidadosamente revisado; la recomendación para evaluación ha sido basada en información y recomendaciones de maestros y demas personal escolar que estan familiarizados con su hijo(a) y conocen sus necesidades.

La siguiente información describe el procedimiento, las pruebas y los expedientes que se utilizarán para esta evaluación.

El o los especialistas en evaluación seleccionaran pruebas y expedientes basandose en la necesidades particulares de su niño(a) en las siguientes areas:

| | | |
|---|---|---|
| ✓ Capacidad intelectual | | _____ Evaluación emocionar |
| ✓ Aprovechamiento académico | | _____ Historia de desarrollo físico/social |
| ✓ Examen o evaluación de la vista | | _____ Evaluación médica |
| ✓ Examen o evaluación de la audición | | ✓ Evaluación de habilidades de |
| ✓ Examen o evaluación del habla | | aprendizaje |
| ✓ Examen o evaluación de uso del idioma | | ✓ Historia de episodios relevantes |
| _____ Otro _____ | | _____ Expedientes de otras agencias |

Se le proporcionará una explicación de los resultados de la evaluación, si usted, asi lo solicita.

Tanto las ordenanzas federales como estatales exigen que usted sea informado de sus derechos al respecto. Estos derechos se explican en la hoja adjunta bajo el título de "Derechos Legales." Por favor, lea esta comunicación cuidadosamente antes de firmar y devolver esta planilla.

Si tiene alguna duda al respecto sientase libre de llamarme.

_____*Amy Sansbury*_____        *641-1266*
~~Principal~~ *ESE Coord.*                   Telefono de la Escuela

He leído y entiendo mis derechos con respecto a la propuesta evaluación.

_____ ✓ Si doy permiso para dicha evaluación.
_____ No doy permiso para dicha evaluación.
_____ Pido una conferencia para discutir dicha evaluación antes de dar permiso.

*Juana M. Sanchez*                   *3/3/97*
Firma del Padre o Encargardo            Fecha

Enclosure:  Procedural Safeguards                SBE 6A-6.3311
PBSD 1057 (New 7/85)                             P.L. 94-142 (300)
WHITE COPY:  School      YELLOW COPY:  ESE Psychological Services     PINK COPY:  Parents
PSY86/B-1



**Berkshire Elementary School**
1060 South Kirk Road
West Palm Beach, Florida 33406
407 / 641-1266

*A Special Place to Learn*

C. GENEVA PRICE
Principal

JAMES REYNOLDS
Assistant Principal

## SUMMARY OF PROCEDURAL SAFEGUARDS

CHECK ALL APPROPRIATE SECTIONS:

___✓___  I HAVE RECEIVED A COPY OF SUMMARY OF PROCEDURAL SAFEGUARDS.

___✓___  PROCEDURAL SAFEGUARDS WERE EXPLAINED TO ME.

_____  I WAIVE THE NEED FOR AN EXPLANATION.  I UNDERSTAND MY RIGHTS.

_____  I HAVE ADDITIONAL QUESTIONS AND WOULD LIKE TO SCHEDULE A CONFERENCE TO MORE FULLY CLARIFY MY RIGHTS.


_____          _3/3/92_
Parent or Guardian                                  Date



A-000346



SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
REFERRAL FOR STUDENT EVALUATION

✓ Initial Test
___ Retest (Eval'd – not placed)
___ ESE Re-Eval:
ESE Program _____

STUDENT'S NAME: _Sanchez, Ricardo_  10-19-██  M  1304 1850
Last / First / Middle  Date of Birth  Sex  Student Number

SCHOOL: _Berkshire_  TEACHER: _Mrs. Clark / Garcia_ GRADE: _02_ ROOM: _B-3 & C-5_

REFERRAL INITIATED BY: ✓ Child Study Team & Parent ___ Parent Only ___ Dual Enrollment

_Mrs. Sanchez - mother_  ██ ██ ██
Name and Relationship of Person(s) with Whom the Student Lives  Telephone

RACE: (Circle Letter)  I American Indian / Alaskan Native  B Black Non-Hispanic  A Asian Pacific Islander  (Ⓗ) Hispanic  W White Non-Hispanic

___ English Dominant ✓ Needs Bi-Lingual Evaluation in: ✓ Spanish ___ Creole ___ Other: _____

Comprehensive Tests of Basic Skills 4th Edition (CTBS): Date of Test: _4-16-91_  Otis Lennon:
(Please use cumulative folder to obtain and report national stanines)
Date: _____
Reading Comprehension _1_  Math Concepts ____  SAI: _____
Reading Vocabulary _1_  Math Computation _1_
Total Reading _1_  Total Math ____

Has this student ever been retained? No ✓ Yes ___ Grade ____

Number of absences this school year: _13_

Specify any known health problems: _Often appears "dazed." Mother is taking him for a physical evaluation_

Specify any community agencies, physicians, etc. involved: _____

Previous/present special placements or special services: _ESOL for academics_

PREVIOUS TEST INFORMATION: (Please attach a copy of the test when available)

Wechsler Scales _____ Date: ____ Verbal: ____ Performance: ____ Full Scale IQ Score: ____
Stanford-Binet IV. . . . . . . . . . . . . Date: ____ I.Q.: ____
K-ABC. . . . . . . . . . . . . . . . . Date: ____ Seq.: ____ Simult.: ____ MPC: ____
TONI-2 . . . . . . . . . . . . . . . . Date: ____ I.Q.: ____
Slosson-R. . . . . . . . . . . . . . . Date: ____ I.Q.: ____
Other _____ Date: ____ I.Q.: ____

Achievement Test: _____  Date: ____

Rdg. Recog.: ____  Rdg. Comp.: ____  Spelling: ____  Math Comp.: ____  Math Appl.: ____
St. Score  St. Score  St. Score  St. Score  St. Score

HEALTH SCREENING INFORMATION: (Within the last 12 months. Not needed for Hospital/Homebound or Gifted students)
St. Sc.
SPEECH/LANGUAGE SCREENING Instrument: _TOLD_ Date: _3-2-92_ Results: _67 (further testing being done)_
HEARING SCREENING Instrument: _audiometer_ Date: _3-4-92_ Results: _passed_
VISION SCREENING Instrument: _sneller_ Date: _3-4-92_ Results: _passed_

REASON FOR REFERRAL:  DESCRIBE THE BEHAVIOR AND/OR ACADEMIC PERFORMANCE WHICH INDICATED THE NEED FOR REFERRAL

___ Academic  _Has difficulty reading. ESOL - Cat A, but teachers_
___ Behavior  _feel he "knows English pretty well." Sudden changes_
✓ Academic & Behavior  _in behavior. Very short attention span._
___ Enrichment
___ SOI
___ Other: Specify: ____

(_) _Amy Sansbury_  _4-6-92_
Signature of Principal or Designated Staff Member Trained in ESE Placement Procedures  Date Sent to ESE

FOR ALL REFERRALS, PLEASE ATTACH FORMS PBSD 0297 AND PBSD 0294 AS APPROPRIATE

PBSD 0292 (REVISED 3/91)  WHITE COPY: School YELLOW & PINK COPIES: ESE Psychology
A-000347

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION

PRE-REFERRAL INFORMATION

STUDENT NAME: *Ricardo Sanchez*                    STUDENT NUMBER: *13041850*

SCHOOL: *Berkshire*

STATEMENT OF PROBLEM: *Difficulty in all academics*

CONFERENCES: (Staffings are considered conferences.)

A minimum of two conferences must be held. These conferences must include, but are not limited to, parents or guardians, administrative personnel, teaching personnel and student services personnel as appropriate.

Date of Conference: (1) *2-14-92*             Date of Conference: (2) *3-3-92*

Participants: *Mrs. Garcia*                    Participants: *A. Sansbury,*
*+ Mrs. Sanchez (per*                          *E Garcia, Mrs. Sanchez*
*phone conference).*

Results/Recommendations: *Difficulty*         Results/Recommendations: *Consent To*
*Ricardo is experiencing in*                  *Evaluate discussed + signed*
*the classroom*

ANECDOTAL RECORDS/BEHAVIORAL OBSERVATION:

Anecdotal records or behavioral observations are made by more than one (1) person and in more than one (1) situation which cite the specific behavior(s) indicating the need for referral.

INTERVENTIONS:

Attach a minimum of two (2) interventions, which are related to the statement of the problem, tried with the student. State interventions separately, listing the date initiated, duration of intervention, and the signature/position of the person initiating the intervention.

Intervention: (1) *2/92*       *Elena Garcia*       *ESOL teacher*
                   Date          Signature              Position

Intervention: (2) *2/92*       *Frances Lenore Wolfe*       *Teacher*
                   Date          Signature              Position

REVIEW OF RECORDS:

Records of social, psychological, medical and achievement data in the student's cumulative folder are reviewed. Records of attendance are reviewed, and where appropriate, investigation of reasons for excessive absenteeism is conducted. Records are reviewed to verify that screening for vision, hearing, speech and language functioning has been completed and that results are included.

PBSD 0293 (Rev 4/85)

SBE 6A-3311
P.L. 94-142 (300.531)

WHITE COPY:   School          YELLOW AND PINK COPIES:   ESE Psychology with referral

-TYPE OR PRINT NEATLY-
## OBSERVATION  REPORT

Student's Name: _Ricardo Sanchez_   Grade: _2nd B-3_

Date of Observation: _2/10 - now (2/28_

Name of Observer: _F. Wolfe_

Position of Observer: _Teacher_

Setting of Activity: _Classroom_

Length of Observation: _varies_

Called out; acted inappropriately
Would not do work I gave him during class math
period.
Put his papers from Mrs. Garcia into other
children's desks.

Jumped up on other children's backs
while on line.

Pushed child in playground.

Signature of Observer

A-000349

BERKSHIRE ELEMENTARY SCHOOL

CHECKLIST/OBSERVATION FOR SLD STUDENTS
(To be completed by classroom teacher)

STUDENT'S NAME  Ricardo Sanchez          DATE OF BIRTH _____

TEACHER COMPLETING CHECKLIST  F. Wolfe _____

DATE  2/28/92          GRADE  2nd  B-3 _____

Check if statement describes this student:

__✓__ Failure to comprehend either visually or auditorally presented material or instructions at a normal level of success.

_____ Difficulty with large muscle coordination on playground or around school.

_____ Difficulty with handwriting coordination.

_____ Turns paper or head to write.

_____ Skips words, phrases or lines in reading.

__✓__ Below grade-level in reading.

_____ Below grade-level in mathematics.

__✓__ Seems to be of average intelligence.

__✓__ Distracted by almost everything.

__✓__ Over-active, in almost constant motion.

__✓__ Difficulty in remembering.

_____ Difficulty in communicating verbally.

_____ Difficulty in putting thoughts in writing even though verbally the student's expression seems above average.

General observation of this student: Ricardo seems to have a difficult time comprehending instructions. He seems to need constant attention while working, and is reluctant to work independently.

A-000350

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION

CONFERENCE/STAFFING RECORD

STUDENT: Ricardo Sanchez     STUDENT NUMBER: 13041850

DATE: 2-19-92     DATE OF BIRTH: 10-19 ▆     SCHOOL: Berkshire

PURPOSE OF MEETING:   ☑ ARTICULATION   ☐ CONSULTATION   ☐ PARENT CONFERENCE

☐ OTHER: _____

PARTICIPANTS:

| NAME | POSITION |
| --- | --- |
| Amy Lansbury | ESE Coord. |
| Meg Woodward | Psychologist |
| Elina Garcia | ESOL |
| Mrs. Wolfe | Teacher - gr. 2 |

DISCUSSION: In ESOL (Cat A) - but English is predominant language. Mrs. Garcia feels that he is capable of English work. Rdg & 4 + 5, still doesn't know vocab. (Uses language master, small groups.) Short atten span. Needs constant one-to-one. Often inappropriate behaviors (in-house suspension). Often appears to be "in a daze." → sudden changes in behavior. Has had difficulty w/ behavior + academics since kindergarten. PPVT (12-11-90) St Sc 67

CONCLUSIONS/RECOMMENDATION: Elaina Garcia will contact parent for conference re: ① testing permission ② medical evaluation.

→ Teacher given observ + intervention to complete
→ Refer for bilingual psychoeducational evaluation.

Amy Lansbury
Contact Person/Designee Signature

FORM PBSD 1051 (New 7/85)

WHITE COPY: School     YELLOW COPY: Exceptional Student Education     01-9260



THE SCHOOL BOARD OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION

PARENTAL NOTICE OF: ELIGIBILITY ✓ INELIGIBILITY ____

DISMISSAL FROM PROGRAM ____ CHANGE IN CURRENT PROGRAM ____

DATE: _12-3-92_

STUDENT NUMBER: _13041850_

TO THE PARENTS OF: _Ricardo Sanchez_ GRADE: _03_

DATE OF BIRTH: _10-19-▮_ SCHOOL: _Berkshire_

ON _12-3-92_ A MULTI-DISCIPLINARY TEAM REVIEWED ALL AVAILABLE INFORMATION ABOUT YOUR CHILD.
AS A RESULT OF A THOROUGH REVIEW, THE FOLLOWING RECOMMENDATIONS WERE MADE:

✓ STUDENT IS ELIGIBLE FOR ESE SERVICES IN THE AREAS OF: _Specific Learning Disabilities_

✓ STUDENT IS **NOT** ELIGIBLE FOR ESE SERVICES AT THIS TIME. _Speech + Language Impaired_

____ STUDENT CONTINUES TO BE ELIGIBLE FOR: _____

____ DISMISSAL FROM: _____ PT  FT
                                            PT  FT

____ REASSIGNMENT FROM _____ PT  FT  TO: _____ PT  FT

THE RATIONALE FOR THIS DECISION WAS MADE ON THE BASIS OF:

✓ STATE & DISTRICT ELIGIBILITY CRITERIA       ____ INFORMATION PROVIDED BY PARENTS
✓ EVALUATION RESULTS                          ____ AGENCY INFORMATION
✓ CLASSROOM PERFORMANCE                        ____ OTHER: _____
  PRIVATE EVALUATIONS
****(PLEASE REFER TO ATTACHED FORM PBSD 1100 WHICH DESCRIBES THE INSTRUMENTS USED AS A BASIS FOR THE EVALUATION)****

ALL OF THE FOLLOWING EDUCATIONAL OPTIONS HAVE BEEN CONSIDERED.

✓ CHAPTER I               ✓ BEHAVIOR MANAGEMENT   ✓ CHANGE IN LEVEL OF INSTRUCTION    ____ COUNSELING
  DROPOUT PREVENTION      ✓ PEER TUTORING           ____ CHANGE IN INSTRUCTIONAL METHODS  ____ AGENCY REFERRAL
✓ ESOL                      LEP                     ____ OTHER: _____
THE ABOVE RECOMMENDED OPTION(S) HAVE BEEN CHECKED AND:

✓ WILL BE USED WITH YOUR CHILD AS APPROPRIATE TO MEET HIS/HER EDUCATIONAL NEEDS.
✓ WERE DETERMINED INSUFFICIENT TO MEET THE EDUCATIONAL NEEDS OF YOUR CHILD AND HAVE BEEN REJECTED AS THE PRIMARY
  METHOD(S) OF ASSISTING YOUR CHILD.

OTHER FACTORS RELEVANT TO THE DISTRICT'S PROPOSAL: _____

FEDERAL AND STATE REGULATIONS REQUIRE THAT YOU BE INFORMED OF YOUR RIGHTS REGARDING YOUR CHILD THROUGHOUT THE
IDENTIFICATION AND PLACEMENT PROCESS.  THESE RIGHTS ARE DESCRIBED IN DETAIL FOR YOU IN THE SUMMARY OF PROCEDURAL
SAFEGUARDS WHICH IS PRINTED ON THE BACK OF THIS FORM.  PLEASE READ IT CAREFULLY.  YOU HAVE THE RIGHT TO HAVE IT FULLY
EXPLAINED TO YOU IN YOUR NATIVE LANGUAGE OR PRIMARY MODE OF COMMUNICATION.

IF YOU HAVE ANY QUESTIONS REGARDING THESE RECOMMENDATIONS OR THE PROCEDURAL SAFEGUARDS DOCUMENT, PLEASE CONTACT THE SCHOOL
CENTER ESE DESIGNEE INDICATED BELOW.

_Amy Sansbury_                              _641-1266_
SCHOOL CENTER ESE DESIGNEE                  TELEPHONE NUMBER

THE REQUIRED MEMBERSHIP OF THE ELIGIBILITY STAFFING COMMITTEE IS LISTED IN SPECIAL PROGRAMS AND PROCEDURES FOR EXCEPTIONAL
STUDENTS.  ANY MEMBER DISAGREEING WITH THE TEAM RECOMMENDATIONS MAY ATTACH A WRITTEN STATEMENT TO THIS FORM, AND INDICATE
THEIR ATTENDANCE (ONLY) BY SIGNING BELOW.

_Amy Sansbury_ 12/3/92              _____          _Janet Palmer_ 12-3-9:
PRINCIPAL/DESIGNEE    DATE          PSYCHOLOGIST       DATE   ESE TEACHER SLD          DATE
_Sue W. Nota_ 12/3/92    _Patricia Field_ 12/3/92      _Carolyn Shur_ 12-3-9:
LEA REPRESENTATIVE/ESE CONTACT DATE TEACHER         DATE     SPEECH/LANGUAGE          DATE
X _Frances Lenore Wolf_ 12/3/92    _Elena Garcia_ 12/3/92    _____
OTHER  Chapter I Teacher  DATE     OTHER            DATE     OTHER                    DATE

NOTE: WHEN COMPLETED, THIS FORM IS INTENDED TO SERVE AS NOTICE TO PRINCIPALS WITH REGARD TO THE ELIGIBILITY OR INELIGIBILITY
OF THE ABOVE NAME STUDENT FOR THE APPROPRIATE EXCEPTIONAL STUDENT EDUCATION (ESE) PROGRAM(S).

ELIGIBILITY RECOMMENDATION REVIEWED AND APPROVED BY: _Bonnie Peyton_              12/9/92
NAME                                                                             DATE
_Resource Tchr/Placement_
TITLE

ELIGIBLE FOR: ☐ 89-313 COUNT    ☑ P.L. 94-142 COUNT    ☐ PRE-K COUNT

ENCLOSURE: PBSD 1100 STUDENT ASSESSMENT/PROCEDURE CHECKLIST
                                                            34 CRF 300.504, SBE 6A-6.331
PBSD 0660 (New 12/91)        WHITE COPY: SCHOOL    YELLOW COPY: EXCEPTIONAL STUDENT EDUCATION    PINK COPY: PARENT

A-000352

## SUMMARY OF PROCEDURAL SAFEGUARDS
### NOTICE

As a parent you have a right to:
* be notified a reasonable time before the school: (a) identifies, assesses, or places your child in an exceptional student education program; (b) changes an identification, assessment, or placement that has been made; or (c) rejects your request that these actions be taken.
* receive all such notices in writing and in the language you speak and understand best. If there are parents whose native language is not a written language, the school officials must see that: (a) the notice is explained to them orally or in a mode of communication they understand; (b) they understand the information they have given; and (c) there is written evidence that this requirement has been met.
* be notified of each evaluation procedure, test, record, or report the school will use as the basis for making any decision(s) regarding your child.
* a description of any program options the school considered, and why these options were ruled out.
* be informed of any other relevant factors school officials considered in their recommendation or rejection decision.
* a notice which includes a full explanation of all procedural safeguards available to parents as provided for in the Education of the Handicapped Act.

### CONSENT

Your written consent is necessary before the school can:
* test your child individually with any tests that are not generally given to most other students prior to placing your child in an exceptional student education program.
* place your child in an exceptional education program for the first time.

Before your written consent is given, the school must explain in your native language what you are agreeing to, and the school must be sure that you understand it. The consent form must describe what you are agreeing to, list which of your child's records (if any) will be released, and specify who will receive them.

Your consent is to be given freely, and you may withdraw it at any time. If you do not give your consent, your child's basic right to attend school and participate in school activities will not be affected by your refusal.

If you withhold or refuse consent for evaluation or placement, agencies may utilize informal procedures to obtain written consent. If informal procedures do not result in written parental consent, the school must document attempts to secure consent and may request an impartial hearing to resolve the issue. If the hearing officer's order is in favor of the school, the school may act without consent. You may appeal the hearing officer's decision.

### INDEPENDENT EDUCATIONAL EVALUATION

If you do not agree with the evaluation provided by the school — that is, if you don't think they gave the right tests or reached the right conclusion — you have the right to request an independent educational evaluation conducted by public expense. An "independent educational evaluation" means that your child will be tested by a qualified person who is not employed by the school your child attends. The school will either pay for a private evaluation or will arrange for one at no cost to you. However, the school also has a right to a hearing to show that its evaluation was appropriate. If the hearing officer decides that the school's evaluation was appropriate, you still have the right to an independent educational evaluation, but not at public expense. "Public expense" means that the school district either pays for the full cost of the evaluation or ensures that the evaluation is otherwise provided at no cost to the parent.
If you have an independent educational evaluation conducted at your own expense, the results of this evaluation:
* must be considered by the school in any decision regarding your child's education, and
* may be presented as evidence in a formal hearing (see "Hearings" section).

Independent educational evaluations

conducted at public expense must meet the same criteria (e.g., qualifications of examiner) as the evaluations initiated by the school.

### RECORDS

You have a right to:
* receive, upon your request, a list of the types of education records kept on your child, where they are maintained, and how you can gain access to them.
* inspect and review any of your child's records. The school must comply with your request to do so:
  * without unnecessary delay
  * before any IEP meeting or hearing
  * within 45 days
The school may not charge to search for or collect the information.
You have a right to:
* have someone at your child's school explain or interpret any item in your child's records.
* receive copies of the records if this is the only way to ensure that you will be able to review and inspect them. The school may charge a fee for the copies, if such a charge does not prevent you from inspecting and reviewing the records.
* have a representative inspect and review the records.
The school is responsible for protecting the confidentiality of your child's educational records by:
* permitting you to see only that information which relates to your child when records contain information on more than one child.
* keeping a record of parties (except access by parents and authorized employees of the participating agency) obtaining access to educational records including the name, date of access, and purpose.
The school may presume that you have the authority to inspect and review your child's records unless they have been informed that you do not have this right (for example, because of legal action such as custody).
If you feel that any statements in your child's records are wrong or misleading, you may ask the school to change them. The school must either change such statements in a reasonable period of time or formally refuse to do so. If they refuse, school officials must inform you of their refusal and advise you of your right to a hearing on the matter.
If you request such a hearing, the school must have one. This hearing does not necessarily follow the process described in the "Hearings" section of this explanation of rights. The hearing may be conducted by any official of the school who does not have a direct interest in its outcome.
If the hearing is decided in your favor, school officials must change the information and inform you of the change.
If the information is held to be accurate by the school and a decision is made not to change the information, you have the right to add your own statement to the record. Your statement must be kept as long as the contested part of the overall record is kept. If that record is shown to anyone, your statement must be included.

### HEARINGS

If at any time you cannot come to an agreement with the school regarding your child's education, you have the right to ask for an impartial hearing. A hearing may be held on any matter relating to the identification, evaluation, or placement of your child or the provision of a "free appropriate public education."
The hearing must be conducted by the State educational agency in accordance with State statute and Board of Education rules.
To obtain a hearing, you should make a written request to the Superintendent of your school district.

### HEARING OFFICERS

An impartial hearing officer will be assigned to preside over any such hearing and arrive at a decision. To ensure impartiality, a hearing officer may not be:
* an employee of a public agency (school system, institution, etc.) which is involved in the education or care of your child.
* anyone who has a personal or professional interest which would conflict with objectivity in the hearing.
A person who otherwise qualifies to conduct a hearing in accordance with

previously stated guidelines is not considered to be an employee of the agency simply because he or she is paid by the agency to be a hearing officer.
Each agency must keep a list of persons who serve as hearing officers and their qualifications.

### HEARING RIGHTS

Rights to which both you and the school are entitled include the right to:
* be accompanied and advised by legal counsel and by persons with special knowledge of the problems of handicapped children.
* present evidence, cross-examine and compel the attendance of witnesses.
* prohibit the introduction of evidence that had not been revealed to you or to the school at least five days before the hearing.
* receive a written or recorded verbatim record of the hearing.
* receive a written record of the findings of fact(s) and the decisions of the hearing.
You also have a right to:
* be told by the school where free or low cost legal help is available. The school must give you this information at any time you request it or whenever a hearing is to take place.
* have your child attend the hearing if you wish.
* open the hearing to the public if you wish.
* have the hearing conducted at a time and place reasonably convenient to you.
Within 45 days of receipt of your request for a hearing, the hearing officer must reach a final decision and mail you a copy of the decision.
The hearing officer may grant an extension to this time period at the request of either party. The decision of the hearing officer is final unless either you or the school chooses to appeal. The Court may award reasonable attorney's fees as part of the cost to the parents or guardian of a handicapped child who is the prevailing party.

### APPEALS

If your hearing was held by the state as determined by State statute and you are not satisfied with the decision, you can appeal to the District Court of Appeals and/or you can bring civil action in state or federal court. During the time that the hearing and appeals process is taking place, your child is to remain in his or her present education placement, unless you and the school agree otherwise.
If the dispute concerns the initial admission of your child to public school, then he or she, with your consent, will be placed in a public school program until the completion of the proceedings.

### SURROGATE PARENTS

Each school must guarantee that rights of children are protected when:
* no parent can be identified.
* the whereabouts of a parent are not known.
* the child is a ward of the state.
It is the school district's duty to appoint a stand-in or surrogate parent or to see that one is appointed. Your school district must have a method of determining whether a child needs a surrogate parent, and a method for assigning surrogate parents.
The school may select a surrogate in any manner permitted by state law, but must make sure that the person selected:
* does not have a conflict of interest.
* is qualified to represent the child.
* is not an employee of a public agency involved in the education or care of the child (a person is not considered an employee solely because he or she serves as a surrogate).

Excerpted from Form PBSD 1025
(Rev. 11/90)

Case 9:16-cv-80693-BB   Document 33-5   Entered on FLSD Docket 10/19/2016   Page 87 of 107

Student Name: Ricardo Sanchez   ID#: 13041850   Date: Dec. 10, 1992   PAGE 4 of 4

## EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities (S.L.D.) | 1500 | Essential Instruction | 12-10-92 | 12-9-93 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**RELATED SERVICES:**

None

The student's program is determined to provide the least restrictive environment ☒ Yes ☐ No

The student has Limited English Proficiency ☒ Yes ☐ No. The student's needs are being met through
☒ ESE ☐ Other _____

**ESE Instructional Area(s)/Class(es):**

ESE Curriculum (Lang. Arts)
Unified Curriculum Math
ESE Materials for Social
Studies and ~~Bath~~ Science

Diploma Option: _____
Transition Services: _N/A_

The IEP reflects
ITP goals: ☐ YES ☐ NO ☒ N/A

**Modifications:** Allow for testing modifications as needed.

## PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| Art, Music, P.E. | 150 min. per week | None | |
| | | | |
| | | | |

**Physical Education:** ☒ Regular ☐ Adaptive ☐ Modified (Specify): _____

**COMMENTS:** Ricardo will no longer be receiving services from the Chapter I program. Ricardo will continue to receive ESOL support services from an endorsed special Education Teacher

PBSD 0659C ( V 11/91)   White Copy: School File   Yellow Copy: ESE Coor. A-000354   Pink Copy: Parents   Goldenrod Copy: ling Folder
01-9972

# Legend for Abbreviations

## Delivery Models

C: Consultative Model
Involves services provided to teachers to facilitate successful functioning of students in regular and other Exceptional Student Education (ESE); this is a form of indirect service.

PO: Pull-Out Services.
Students are taken from classes to receive special instruction in ESE which is supportive in nature. Scheduling may vary. Students may be seen at the same time each day, every day, or on selected days; they may also be seen at different times during the day or week.

ICD: In-Classroom Direct Services.
The ESE professional goes into a classroom to work with a student directly. Activities may involve co-teaching, probing and monitoring work with students, or individual or small group work with ESE students.

SC: Support Class.
This model involves a regularly scheduled class which serves to support the regular curriculum, but does not take the place of basic instruction.

EI: Essential Instruction Model
This is a category of direct service in which primary instruction in content areas is delivered through ESE.

## Curriculum

(1) Regular Curriculum Objectives. Students are taught Unified Curriculum (UC) objectives with alternative methods by ESE Professionals.

(2) ESE Curriculum. Students are taught alternative curriculum objectives which may be adaptations from regular education curriculum or different types of objectives, which in many instances may represent a more functional approach.

III.

THE SCHOOL BOARD OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUC/

PARENTAL CONSENT FOR INITIAL PLACEMENT

DATE: _12-10-92_

STUDENT NUMBER: _13041850_

TO THE PARENTS OF: _Rica_ ▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓   SCHOOL: _Berkshire_

THE ELIGIBILITY STAFFING COMMITTEE MET ON _12-3-92_   AND REVIEWED ALL AVAILABLE INFORMATION REGARDING YOUR CHILD. THE MULTI-DISCIPLINARY TEAM MADE THE FOLLOWING RECOMMENDATIONS, BASED UPON THE STUDENT'S INDIVIDUAL NEEDS AND IEP GOALS:

✓ ASSIGNMENT TO THE FOLLOWING PROGRAM(S): _Specific Learning Disabilities_

| | Part-Time/Full-Time |
|---|---|
| | PT  (FT) |
| | PT  FT |
| | PT  FT |

_____ TEMPORARY PLACEMENT:

| | |
|---|---|
| | PT  FT |
| | PT  FT |
| | PT  FT |

A DESCRIPTION OF THE EVALUATION INSTRUMENTS USED IN THE ABOVE RECOMMENDATIONS IS LISTED ON THE ATTACHED PBSD 1100 FORM

ALL OF THE FOLLOWING PLACEMENT OPTIONS WERE CONSIDERED. THE RECOMMENDED OPTION(S) HAVE BEEN CHECKED:

_____ REGULAR CLASS
_____ REGULAR CLASS WITH CONSULTATION
_____ REGULAR CLASS WITH ITINERANT/RESOURCE PROGRAM
_____ TEMPORARY PLACEMENT:
_____ VARYING EXCEPTIONALITIES CLASS

✓ SPECIAL CLASS FT OR PT IN A REGULAR SCHOOL
_____ SPECIAL CLASS FT OR PT IN COMBINATION WITH AN ITINERANT/RESOURCE ROOM PROGRAM.
_____ SPECIAL DAY SCHOOL
_____ OTHER:

AT _Berkshire Elementary or_ _____ SCHOOL.
_Palm Beach County_

OTHER PLACEMENT(S) DID NOT:

_____ PROVIDE THE LEAST RESTRICTIVE ENVIRONMENT      ✓ PROVIDE AN APPROPRIATE PROGRAM TO MEET HIS/HER NEEDS
_____ OTHER (SPECIFY): _____

> LEAST RESTRICTIVE ENVIRONMENT (LRE):   LRE IS DEFINED AS AN EDUCATIONAL PLACEMENT SELECTED FROM A CONTINUUM OF ALTERNATIVES SO THAT AN INDIVIDUALLY APPROPRIATE EDUCATION CAN BE DELIVERED IN THE SETTING THAT IS LEAST REMOVED FROM THE REGULAR EDUCATION ENVIRONMENT AND OFFERS INTERACTION WITH NON-DISABLED STUDENTS.

OTHER EDUCATIONAL OPTIONS WHICH HAVE BEEN CONSIDERED OR USED WITH YOUR CHILD INCLUDE, BUT ARE NOT LIMITED TO, THE FOLLOWING:

| | | | |
|---|---|---|---|
| ✓ CHAPTER 1 | ✓ BEHAVIOR MANAGEMENT | ✓ CHANGE IN LEVEL OF INSTRUCTION | _____ COUNSELING |
| ✓ DROPOUT PREVENTION | ✓ PEER TUTORING | ✓ CHANGE IN INSTRUCTIONAL METHODS | _____ AGENCY REFERRAL |
| ✓ ESOL | _____ LEP | _____ OTHER: | |

THE ABOVE CHECKED OPTION(S) WERE DETERMINED INSUFFICIENT TO MEET THE EDUCATIONAL NEEDS OF YOUR CHILD AND HAVE BEEN REJECTED AS THE PRIMARY METHOD(S) OF ASSISTING YOUR CHILD.

OTHER FACTORS RELEVANT TO THE DISTRICT'S PROPOSAL: _____

> FEDERAL AND STATE REGULATIONS REQUIRE THAT YOU BE INFORMED OF YOUR RIGHTS REGARDING YOUR CHILD THROUGHOUT THE IDENTIFICATION AND PLACEMENT PROCESS. THESE RIGHTS ARE DESCRIBED IN DETAIL FOR YOU IN THE SUMMARY OF PROCEDURAL SAFEGUARDS WHICH IS PRINTED ON THE BACK OF THIS FORM. PLEASE READ IT CAREFULLY. YOU HAVE THE RIGHT TO HAVE IT FULLY EXPLAINED TO YOU IN YOUR NATIVE LANGUAGE OR PRIMARY MODE OF COMMUNICATION.

CHECK ONE:

✓ I HAVE RECEIVED AN EXPLANATION OF SUMMARY OF PROCEDURAL SAFEGUARDS, AND I UNDERSTAND MY RIGHTS.
_____ I HAVE RECEIVED THE SUMMARY OF PROCEDURAL SAFEGUARDS, BUT I WAIVE THE NEED FOR EXPLANATION. I UNDERSTAND MY RIGHTS.

YOUR CONSENT IS REQUIRED BEFORE YOUR CHILD CAN BE PLACED IN AN EXCEPTIONAL STUDENT EDUCATION PROGRAM FOR AN INITIAL PLACEMENT (FIRST TIME IN ANY ESE PROGRAM). ANY CHANGE IN PROGRAMMING REQUIRES THAT YOU BE NOTIFIED IN WRITING, BUT DOES NOT REQUIRE YOUR CONSENT.

✓ I AGREE TO THE PROPOSED PLACEMENT
_____ I DO NOT AGREE TO THE PROPOSED PLACEMENT
_____ OTHER: (Specify) _____

_[signature]_   _12/10/92_   _____   _____
PARENT/GUARDIAN   DATE   PARENT/GUARDIAN   DATE

THE PARENT(S)/GUARDIAN(S) DID NOT ATTEND THE MEETING DESCRIBED ABOVE. _____ IS
RESPONSIBLE FOR COMPLETING PARENT NOTICE AND OBTAINING INFORMED PARENT CONSENT FOR PLACEMENT.

_[signature]_   _12/10/92_
SIGNATURE OF ESE DIRECTOR OR DESIGNEE   DATE

ENCLOSE:   PBSD 1100 STUDENT ASSE SS'N /PROCEDURE CHECKLIST      34 CFR 300.504,   SBE 6A-6.6.331

PBSD 0304 (Revised 11/91)   WHITE COPY: SCHOOL      YELLOW COPY: EXCEPTIONAL STUDENT EDUCATION   PINK COPY: PARENT

A-000356

## SUMMARY OF PROCEDURAL SAFEGUARD NOTICE

As a parent you have a right to:
* be notified a reasonable time before the school: (a) identifies, assesses, or places your child in an exceptional student education program; (b) changes an identification, assessment, or placement that has been made; or (c) rejects your request that these actions be taken.
* receive all such notices in writing and in the language you speak and understand best. If there are parents whose native language is not a written language, the school officials must see that: (a) the notice is explained to them orally or in a mode of communication they understand; (b) they understand the information they have been given; and (c) there is written evidence that this requirement has been met.
* be notified of each evaluation procedure, test, record, or report the school will use as the basis for making any decision(s) regarding your child.
* a description of any program options the school considered, and why these options were ruled out.
* be informed of any other relevant factors school officials considered in their recommendation or rejection decision.
* a notice which includes a full explanation of all procedural safeguards available to parents as provided for in the Education of the Handicapped Act.

### CONSENT

Your written consent is necessary before the school can:
* test your child individually with any tests that are not generally given to most other students prior to placing your child in an exceptional student education program.
* place your child in an exceptional education program for the first time.

Before your written consent is given, the school must explain in your native language what you are agreeing to, and the school must be sure that you understand it. The consent form must describe what you are agreeing to, list which of your child's records (if any) will be released, and specify who will receive them.

Your consent is to be given freely, and you may withdraw it at any time. If you do not give your consent, your child's basic right to attend school and participate in school activities will not be affected by your refusal.

If you withhold or refuse consent for evaluation or placement, agencies may utilize informal procedures to obtain written consent. If informal procedures do not result in written parental consent, the school must document attempts to secure consent and may request an impartial hearing to resolve the issue. If the hearing officer's order is in favor of the school, the school may act without consent. You may appeal the hearing officer's decision.

### INDEPENDENT EDUCATIONAL EVALUATION

If you do not agree with the evaluation provided by the school -- that is, if you don't think they gave the right tests or reached the right conclusion -- you have the right to request an independent educational evaluation conducted by public expense. An "independent educational evaluation" means that your child will be tested by a qualified person who is not employed by the school your child attends. The school will either pay for a private evaluation or will arrange for one at no cost to you. However, the school also has a right to a hearing to show that its evaluation was appropriate. If the hearing officer decides that the school's evaluation was appropriate, you still have the right to an independent educational evaluation, but not at public expense. "Public expense" means that the school district either pays for the full cost of the evaluation or ensures that the evaluation is otherwise provided at no cost to the parent.

If you have an independent educational evaluation conducted at your own expense, the results of this evaluation:
 must be considered by the school in any decision regarding your child's education, and
 may be presented as evidence in a hearing (see "Hearings" section).

Independent educational evaluations

---

conducted at public expense must meet the same criteria (e.g., qualifications of examiner) as the evaluations initiated by the school.

### RECORDS

You have a right to:
* receive, upon your request, a list of the types of education records kept on your child, where they are maintained, and how you can gain access to them.
* inspect and review any of your child's records. The school must comply with your request to do so:
  * without unnecessary delay
  * before an IEP meeting or hearing
  * within 45 days

The school may not charge to search for or collect the information.

You have a right to:
* have someone at your child's school explain or interpret any item in your child's records.
* receive copies of the records if this is the only way to ensure that you will be able to review and inspect them. The school may charge a fee for the copies, if such a charge does not prevent you from inspecting and reviewing the records.
* have a representative inspect and review the records.

The school is responsible for protecting the confidentiality of your child's educational records by:
* permitting you to see only that information which relates to your child when records contain information on more than one child.
* keeping a record of parties (except access by parents and authorized employees of the participating agency) obtaining access to educational records including the name, date of access, and purpose.

The school may presume that you have the authority to inspect and review your child's records unless they have been informed that you do not have this right (for example, because of legal action such as custody).

If you feel that any statements in your child's records are wrong or misleading, you may ask the school to change them. The school must either change such statements in a reasonable period of time or formally refuse to do so. If they refuse, school officials must inform you of their refusal and advise you of your right to a hearing on the matter.

If you request such a hearing, the school must have one. This hearing does not necessarily follow the process described in the "Hearings" section of this explanation of rights. The hearing may be conducted by any official of the school who does not have a direct interest in its outcome.

If the hearing is decided in your favor, school officials must change the information and inform you of the change.

If the information is held to be accurate by the school and a decision is made not to change the information, you have the right to add your own statement to the record. Your statement must be kept as long as the contested part of the overall record is kept. If that record is shown to anyone, your statement must be included.

### HEARINGS

If at any time you cannot come to an agreement with the school regarding your child's education, you have the right to ask for an impartial hearing. A hearing may be held on any matter relating to the identification, evaluation, or placement of your child or the provision of a "free appropriate public education."

The hearing must be conducted by the State educational agency in accordance with State statute and Board of Education rules.

To obtain a hearing, you should make a written request to the Superintendent of your school district.

### HEARING OFFICERS

An impartial hearing officer will be assigned to preside over any such hearing and arrive at a decision. To ensure impartiality, a hearing officer may not be:
* an employee of a public agency (school system, institution, etc.) which is involved in the education or care of your child.
* anyone who has a personal or professional interest which would conflict with objectivity in the hearing.

A person who otherwise qualifies to conduct a hearing in accordance with

---

previously stated guidelines is not considered to be an employee of the agency simply because he or she is paid by the agency to be a hearing officer.

Each agency must keep a list of persons who serve as hearing officers and their qualifications.

### HEARING RIGHTS

Rights to which both you and the school are entitled include the right to:
* be accompanied and advised by legal counsel and by persons with special knowledge of the problems of handicapped children.
* present evidence, cross-examine and compel the attendance of witnesses.
* prohibit the introduction of evidence that had not been revealed to you or to the school at least five days before the hearing.
* receive a written or recorded verbatim record of the hearing.
* receive a written record of the findings of fact(s) and the decisions of the hearing.

You also have a right to:
* be told by the school where low cost legal help is available. The school must give you this information at any time you request it or whenever a hearing is to take place.
* have your child attend the hearing if you wish.
* open the hearing to the public if you wish.
* have the hearing conducted at a time and place reasonably convenient to you.

Within 45 days of receipt of your request for a hearing, the hearing officer must reach a final decision and mail you a copy of the decision.

The hearing officer may grant an extension to this time period at the request of either party. The decision of the hearing officer is final unless either you or the school chooses to appeal. The Court may award reasonable attorney's fees as part of the cost to the parents or guardian of a handicapped child who is the prevailing party.

### APPEALS

If your hearing was held by the state as determined by State statute and you are not satisfied with the decision, you can appeal to the District Court of Appeals and/or you can bring civil action in state or federal court. During the time that the hearing and appeals process is taking place, your child is to remain in his or her present education placement, unless you and the school agree otherwise.

If the dispute concerns the initial admission of your child to public school, then he or she, with your consent, will be placed in a public school program until the completion of the proceedings.

### SURROGATE PARENTS

Each school must guarantee that rights of children are protected when:
* no parent can be identified,
* the whereabouts of a parent are not known.
* the child is a ward of the state.

It is the school district's duty to appoint a stand-in or surrogate parent or to see that one is appointed. Your school district must have a method for determining whether a child needs a surrogate parent, and a method for assigning surrogate parents.

The school may select a surrogate in any manner permitted by state law, but must make sure that the person selected:
* does not have a conflict of interest
* is qualified to represent the child.
* is not an employee of a public agency involved in the education or care of the child (a person is not considered an employee solely because he or she serves as a surrogate).

Excerpted from form PBSD 1025
(Rev. 11/90)



# SLD Multidisciplinary Evaluation Team Report
## EXCEPTIONAL STUDENT EDUCATION PALM BEACH SCHOOL DISTRICT

STUDENT _Ricardo Sanchez_  DOB _10-19-_ ▇

SCHOOL _Berkshire_  STUDENT # _13041850_

The basis for making the determination of whether the child has Specific Learning Disabilities or not includes the following procedures and criteria established by Rule 6A-6.03018, FAC and are incorporated in Palm Beach School District's Special Programs and Procedures:

1. The relevant behavior noted during the observations of the child is:

_Distractible; reflective approach to tasks, fluctuating concentration level; exhibits some inappropriate behaviors in the classroom._

The child has a psychological processing disorder in _visual + auditory immediate sequential memory_

(according to prereferral information and psychological report dated _7-7-92 + 7-9-92_ ).

2. The relationship of that behavior to the student's academic functioning is:

_Extremely weak in all areas of reading + written language; difficulty w/ math calculations._

3. The educationally relevant medical findings, if any, include: _____

| | PASS/FAIL | DATE |
|---|---|---|
| Vision Screening | ☒ P   ☐ F | 3-4-92 |
| Hearing Screening | ☒ P   ☐ F | 3-4-92 |
| Speech & Language Screening | ☒ P   ☐ F | 9-30-92 |

4. The team finds this student's learning problems are not primarily due to:

Visual Impairments ___✓___    Hearing Impairments ___✓___

Motor Impairments ___✓___    Emotional Impairments ___✓___

Mental retardation ___✓___    Environmental conditions ___✓___

Excessive school absence ___✓___    Cultural or economic disadvantage ___✓___

Comments: _____

_____

_____

PBSD 1441   (REV (11/91))

Student's Name _Ricardo Sanchez_      **Page 2**

5. There ((is)) (is not) a severe discrepancy between achievement and ability. It (is) (is not) correctable without special education and related services.

| AREA | ACHIEVEMENT | | INTELLECTUAL | | DISCREPANCY |
|---|---|---|---|---|---|
| | NAME OF TEST | SCORE | NAME OF TEST | SCORE | |
| Listening* | | | | | |
| Thinking* | | | | | |
| Talking* | | | | | |
| Reading Recognition | Woodcock-Johnson Psycho-Ed Battery | 54 | Stanford Binet | 80 | -26 |
| Reading Comprehension | " | 55 | " | 80 | -25 |
| ~~Broad~~ Written Expression | " | 30 | " | 80 | -50 |
| ~~Spelling~~ Writing Samples | " | 0 | " | 80 | -80 |
| Arithmetic Computation | " | 56 | " | 80 | -24 |
| Arithmetic Reasoning | " | 87 | " | 80 | +7 |

*For students under age 7.0 only

Brief summary of prior alternatives/interventions: _ESOL program, Chapter One program with one-to-one and small group instruction; daily use of language master._

6. This child (has) (does not have) a Specific Learning Disability.

Date of meeting: ___12-3-92___

We certify that this team report reflects our conclusions:

_Patricia Leydofe_ 12/3/92
**CLASSROOM TEACHER**

_____
**SLD TEACHER**

_Bev. Y. Mata_ 12/3/92
**PSYCHOLOGIST**

_Janet Palmer_ 12/3/92
**CST MEMBER/POSITION** SLD teacher

_Frances Lenore Wolfe_ Chapter I Teacher
**CST MEMBER/POSITION**

_Amy Sansbury_ 12-3-92
**CST MEMBER/POSITION**

_Elena Garcia_ ESOL Teacher
**CST MEMBER/POSITION**

_Carolyn Grus_ 12/3/92
**CST MEMBER/POSITION**

**THIS REPORT DOES NOT REFLECT THE CONCLUSIONS OF THE FOLLOWING MEMBER(S). A DISSENTING REPORT IS ATTACHED.**

_____
SIGNATURE AND POSITION

_____
SIGNATURE AND POSITION

_____
SIGNATURE AND POSITION

_____
SIGNATURE AND POSITION

Comments: _____

_____

_____

| PBSD 1441 (NEW (12/90) | A-000359 | GC 5378 |

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION

CONFERENCE/STAFFING RECORD

STUDENT: _Ricardo Sanchez_    STUDENT NUMBER: _13041850_
DATE: _12-3-92_    DATE OF BIRTH: _10-19-▮_    SCHOOL: _Berkshire_

PURPOSE OF MEETING:    ☐ ARTICULATION    ☐ CONSULTATION    ☐ PARENT CONFERENCE
                       ☑ OTHER: _Eligibility_

PARTICIPANTS:              NAME                      POSITION

            _Amy Sansbury_            _ESE Coord._
            _Bev VanMeter_            _Psy._
            _Pat Reploger_           _Teacher_
            _Elina Garcia_           _ESOL_
            _Janet Palmer_           _SLD_
            _Carolyn Grier_          _SLP_

DISCUSSION: _Reviewed result of psy - low average
intelligence, poor short term memory both
visually + auditorilly. Extremely difficulty
concentrating. Academics - K + 1st grade levels.
Tested by Jose Lezano - ineligible for SLI services._

CONCLUSIONS/RECOMMENDATION: _①Dismiss from ESOL services
+ only receive services from ESOL endorsed (i.e.
homeroom/SLD) teacher    ②Eligible for SLD ft
program.    ③No longer can be served in
Chapt 1 program._

_A Sansbury_
Contact Person/Designee Signature

FORM PBSD 1051 (New 7/85)

WHITE COPY: School          YELLOW COPY: Exceptional Student Education

01-9260

Case 9:16-cv-80693-BB  Document 33-5  Entered on FLSD Docket 10/19/2016  Page 94 of 107

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA

# Individual Educational Plan

| Initial: ___ |
| Review: Annual ✓ Other ___ |
| Post 3 yr. Re-eval ___ |

CURRENT DEMOGRAPHIC INFORMATION

PAGE 1 of 4

Student Name: Sanchez  Ricardo
LAST        FIRST        MIDDLE

Student ID #: 13041850     DOB: 10-19▬

Current School: Berkshire

Assigned Grade Level: 4

| | MONTH | DAY | YEAR |
|---|---|---|---|
| Current Date: | 12 | 7 | 93 |
| IEP Reviewed on: | 3 | 28 | 98 |
| Three Year Re-eval due: (School Year) | | | |

In Attendance at the IEP Meeting and Participating in the Development of the IEP:

| Signature | Date | Comments | Signature | Date | Comments |
|---|---|---|---|---|---|
| PARENT/GUARDIAN | | | Kathe Caplis  _LEA REPRESENTATIVE/ESE DESIGNEE_ | 12-7-93 | |
| PARENT/GUARDIAN | | | DISTRICT ESE REPRESENTATIVE | | |
| Janet Palmer  _STUDENT_ | 12-7-93 | | Evaluators/Others: | | |
| Marlene Lockins  _TEACHER_ | 12-7-93 | | TITLE | | |
| TEACHER | | | TITLE | | |
| TEACHER/SPEECH-LANGUAGE PATHOLOGIST | | | TITLE | | |

Procedural Safeguards have been explained. ☐ YES ☑ NO   Explain: Parent did not attend

| Attempts to Notify | Date | Results | Signature |
|---|---|---|---|
| PBSD 0298 | 11-29-93 | will attend | K. Caplis |

IEP read by mainstream teachers (Signature/Date): _____

PBSD 0659A (NEW 11/91)   White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working Folder

A-000361

QC 5882

01-9970

Case 9:16-cv-80693-BB   Document 33-5   Entered on FLSD Docket 10/19/2016   Page 95 of 107

DOMAIN: Motor - Fine Motor   Present Level of Performance: Ricardo has shown improvement in his fine motor skills. However he continues to experience difficulty to some degree, with appropriate spacing of letters and words and organization of written work. Annual Goal: Improve ability to organize written work, both class and homework.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo _____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| 1) correctly form lower case cursive letters | Ricardo & ESE Staff | | Teacher observation work samples to be collected for duration of IEP. | |
| 2) Appropriately space words in written work | | | | |
| 3) Neatly and appropriately space numbers and number problems in written math work. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DOMAIN: Task Related / Knowledged Based    Present Level of Performance: Ricardo is demonstrating improvements in his academic efforts. However he continues to experience difficulties in the areas of Language Arts and completion and return of homework assignments    Annual Goal:

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo ___ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| 1) Demonstrate an ability to consistantly return homework and any school related materials the next day or when required. | Ricardos Parents ESE Staff | | Teacher Observation | |
| 2) Complete assignments independantly within a specified amount of time | Ricardo & ESE Staff | Teacher Observation - grade q C or better in grade book for duration of IEP. | | |
| 3) Locate specific information in reading materials | | | | |
| 4) Compose written sentences q 5-7 words. | | | | |
| 5) Use proper capitalization and punctuation when writing sentences | | | | |

Case 9:16-cv-80693-BB  Document 33-5  Entered on FLSD Docket 10/19/2016  Page 96 of 107

Case 9:16-cv-80693-BB   Document 33-5   Entered on FLSD Docket 10/19/2016   Page 97 of 107

**Student Name:** Ricardo Sanchez  **ID#:** 13041850  **Date:** 12-7-93  **PAGE** 4 of 4

## EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities | 1500 | Essential Instruction | 12-7-93 | 6-9-94 |
| | | | 8-22-94 | 12-16-94 |
| | | | | |
| | | | | |
| | | | | |

**RELATED SERVICES:**

**ESE Instructional Area(s)/Class(es):**

ESE Curriculum

**Diploma Option:** NA

**Transition Services:** NA

The student's program is determined to provide the least restrictive environment ☑ Yes ☐ No

The student has Limited English Proficiency ☑ Yes ☐ No.  The student's needs are being met through ☑ ESE ☐ Other _____

The IEP reflects
ITP goals: ☐ YES ☐ NO ☑ N/A

**Modifications:** Testing modifications as needed

## PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| Art, Music, PE Lunch as appropriate | | none | No |
| | | | |

**Physical Education:** ☑ Regular  ☐ Adaptive  ☐ Modified (Specify): _____

**COMMENTS:** _____

IEP/Transition

## FLORIDA DEPARTMENT OF EDUCATION
### DIVISION OF PUBLIC SCHOOLS

**Bureau of Education for Exceptional Students**
**1994-95**
**Work Papers**

Instructions: Please complete for each student record reviewed. Circle Y if the record provides the required information; circle N if the required information is not applicable for the record being reviewed. *Items require FTE adjustment; **items require federal fund adjustment.

Student's Name _Ricardo Sanchez_          Special Programs: _Specific Learning Disabilities_

### INDIVIDUAL EDUCATIONAL PLAN (IEP) (Rule 6A-6.03028, FAC)

* 1. The IEP was current on the day of this review?    (Y) N

* 2. The IEP was current during the last FTE survey?    (Y) N   N/A

** 3. The IEP was current at the time of the last count for federal funding?    (Y) N   N/A

* 4. The IEP was reviewed and revised within the past year?    (Y) N   N/A
  most recent IEP meeting date: _9-8-94_
  previous IEP meeting date: _5-20-94_

  If the IEP has lapsed or if the anticipated duration date of the IEP has expired, complete the following:
  Reason for delay in scheduling the IEP meeting:_____,
  Lapsed time: from_____ to _____.

* 5. The parent was notified of the IEP meeting?    (Y) N
  __parent attended IEP meeting
  _✓_parent did not attend IEP meeting

6. The notice of the IEP meeting included:    (Y) N
  (Check included items)
  _✓_description of the purpose
  _✓_time and location
  _✓_listing of persons attending

7. There were 2 attempts to involve parents in the IEP development or review meeting which occurred prior to the meeting?    (Y) N   N/A

ESE-257
A-000365

Date of 1st notice 9-1-94 /Type: Written ✓ Telephone: ____
Parent Responded: Yes____ No ✓
Response: Would attend____ Would not attend____
Permission given to conduct meeting____
Request rescheduling of meeting ✓ *(later parent returned parent participation form after she gave go ahead for meeting on the phone).*

Date of 2nd notice 9-8-94 /Type: Written____ Telephone ✓
Parent Responded: Yes ✓ No____
Response: Would attend____ Would not attend____
Permission given to conduct meeting ✓
Request rescheduling of meeting____

If parent could not attend the meeting, what other methods were used to ensure parental participation?
✓ telephone call,
__ conference call,
__ home visit,
__ weekend or evening meeting,
✓ copy of IEP sent home,
__ other

8.  LEA representative and teacher attend the IEP development or review meeting?                   (Ⓨ)  N

9.  A member of the evaluation team or another person knowledgeable about the evaluation procedures attended the IEP meeting for a student evaluated for the first time?                   Y   N  (NA)

10. The student's current IEP includes: (Check the included items)                   (Y)  N
    ✓ the student's name
    ✓ the date the IEP was developed
    ✓ special education/related services to be provided
    ✓ initiation/duration dates for services
    ✓ extend of participation in regular education
    ✓ present levels of performance
    ✓ annual goals
    ✓ short term objectives
    ✓ evaluation criteria
    ✓ evaluation procedure
    ✓ evaluation schedule

Check only if applicable:
    __ mainstream cost factor
    __ physical education
    __ adaptive physical education
    __ vocational education
    __ course modifications

11. For Initial Placements only: the IEP was      Y   N (N/A)
developed prior to placement
in a special program and within 30 days following *after elig. approved*
the determination of eligibility?
Date of eligibility determination:____
Date of IEP development meeting:____
Initial date student received services:___

12. The student is receiving the services prescribed    (Y)   N
on the current IEP?

13. The student has access to and uses the equipment,    Y   N (N/A)
materials, or aids identified on the IEP?

## Transition Services

14. The student is 16 years of age or older or below    Y   N (N/A)
age 16 and in need of a transition plan.

15. A transition plan is included as part of the    Y   N (N/A)
student's IEP.

16. The IEP contain a statement of interagency    Y   N (N/A)
responsibility.

17. If interagency responsibility was not met, the    Y   N (N/A)
district initiated another IEP meeting.

ESE-259

A-000367

FSP

## FLORIDA DEPARTMENT OF EDUCATION
## DIVISION OF PUBLIC SCHOOLS

Bureau of Education for Exceptional Students
1994-95
Resource Work Paper

Student's Name *Ricardo Sanchez*

Special Programs *Specific Learning Disabilitie*

## FAMILY SUPPORT PLANS (Rule 6A-6.03029, FAC)

1. For children ages three to five years with parental consent, the district has chosen to develop a family support plan in lieu of the IEP.    Y    N    (N/A)

2. For children between the ages of birth to two years the district developed a family support plan within 45 days from referral?    Y    N    (N/A)

3. The student's family support plan includes: (Check the included items)    Y    N
   ___ the student's name
   ___ the date the plan was developed
   ___ initiation/duration dates for services
   ___ statement of the student's present levels including:
      ___ physical development (including vision, hearing, and health status)
      ___ cognitive development
      ___ communication development
      ___ social or emotional development
      ___ adaptive development
   ___ a statement of the family's:
      ___ resources
      ___ priorities
      ___ concerns
   ___ a statement of major outcomes expected to be achieved by the child and the family and include:
      ___ criteria
      ___ procedures
      ___ timelines
      ___ modifications or revisions of the outcomes or services as necessary
   ___ a statement of specific early intervention services including:
      ___ frequency    ___ location or natural environment
      ___ intensity    ___ method of service delivery
   ___ the name of the service provider responsible for implementation

4. The family support plan for children ages birth to two years includes:
   ___ payment arrangements, if necessary    Y    N    (N/A)
   ___ other services to extent appropriate    Y    N    (N/A)

ESE-268
A-000368

Forms

## FLORIDA DEPARTMENT OF EDUCATION
## DIVISION OF PUBLIC SCHOOLS

### Bureau of Education for Exceptional Students
### 1994-95
### Work Papers

### Student Data Input Form

Instructions: Please complete one form for each student.

Student's Name: *Ricardo Sanchez*   Birthdate: ███ 83   Sex: (M) F
Facility: *Melaleuca Elem*   Grade: 5  Race:  B (H) W  A/PI  AI/AN
Reviewer: *Maggie Cooper*   Date: 2·21·95
DOE Reviewer:   Date: ___

Summary of Non-Compliance
    Affecting FTE

| | | | |
|---|---|---|---|
| * | N/A | Required prereferral components absent | District Findings: |
| * | N/A | Required evaluation components absent | |
| | | Evaluation data collected after eligibility determined | |
| * | N/A | Lack of staffing committee recommendation for eligibility | |
| * | N/A | Lack of signature approving/disapproving eligibility | |
| * | N/A | Approval of eligibility occurred after placement | |
| */** | N/A | Student does not meet eligibility criteria | |
| * | N/A | Lack of current IEP on day of review | |
| * | N/A | Lack of current IEP during FTE count | |
| * | N/A | Lack of current IEP on day of federal funding count | |
| * | N/A | Lack of annual review of IEP | |
| * | N/A | Lack of parent notice of IEP meeting | |
| * | N/A | Lack of consent for placement | Information verified |
| * | N/A | Lack of evidence of consent for placement given prior to placement | is correct? __yes __no |
| * | N/A | Lack of notice of procedural safeguards with consent for placement | DOE Findings: Mark indicates verification by DOE monitor |

| Special Programs | FTE |
|---|---|
| | |

A-000369
ESE-328



# SLD Multidisciplinary Evaluation Team Report
### EXCEPTIONAL STUDENT EDUCATION PALM BEACH SCHOOL DISTRICT

STUDENT _Ricardo Sanchez_   DOB ▮▮▮

SCHOOL _Berkshire_   STUDENT # _1304185_

The basis for making the determination of whether the child has Specific Learning Disabilities or not includes the following procedures and criteria established by Rule 6A-6.03018, FAC and are incorporated in Palm Beach School District's Special Programs and Procedures:

1. **The relevant behavior noted during the observations of the child is:**

   _Distractible; reflective approach to tasks, fluctuating concentration level; exhibits some inappropriate behaviors in the classroom._

   The child has a psychological processing disorder in _visual + auditory immediate sequential memory_

   (according to prereferral information and psychological report dated _7-7-92 + 7-9-92_ ).

2. **The relationship of that behavior to the student's academic functioning is:**

   _Extremely weak in all areas of reading + written language; difficulty w/ math calculations._

3. **The educationally relevant medical findings, if any, include:** _____

|  | PASS/FAIL | DATE |
|---|---|---|
| Vision Screening | ☒ P  ☐ F | 3-4-92 |
| Hearing Screening | ☒ P  ☐ F | 3-4-92 |
| Speech & Language Screening | ☒ P  ☐ F | 9-30-92 |

4. **The team finds this student's learning problems are not primarily due to:**

   Visual Impairments _✓_   Hearing Impairments _✓_

   Motor Impairments _✓_   Emotional Impairments _✓_

   Mental retardation _✓_   Environmental conditions _✓_

   Excessive school absence _✓_   Cultural or economic disadvantage _✓_

   Comments: _____

THE    ...OL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION

PARENT PARTICIPATION FORM

Date  5-17-94

To the Parent(s) or Guardian(s) of  _Ricardo Sanchez_  D.O.B. ▮▮▮▮▮

You have the opportunity and are encouraged to participate in conferences regarding the educational program for your son/daughter as specified in State Board of Education Rule 6A-6.3311.

A meeting has been scheduled at _Berkshire_ on _Fri. May 20_ at _7:45 a m._ for
                                 (School)              (Date)         (Time)

1. _____ Parent conference
2. _____ The opportunity to develop the individual educational plan for your child.
3. _____ The review and updating of the individual education plan for your child.
4. _____ The review of evaluation information and the determination of the appropriate educational program for your child. (Eligibility/Placement Staffing)
5. __✓__ Other _Summer Session IEP_

*Required for No. 1-4*

The following people are scheduled to participate in this meeting:

| Name/Position | Name/Position |
|---|---|
| K. Capozio / ESE Con. | |
| J. Palmer / SLD Teacher | |

For further information call _Kathy Capozio_ at ▮▮▮▮▮
                            (Name of School Official)        (Telephone No.)

Parent: Please check one of the following:

1. _____ I will attend on the above date and time.
2. _____ I wish to attend but on another date or time. _____
                                                        (Please Suggest Date/Time)
3. __✓__ I am unable to attend, but do give my permission for:
         (1) the Individual Education Plan to be written and reviewed with me at my request, and/or
         (2) the Eligibility/Placement Staffing to take place without my presence.
4. _____ I plan to bring _____ to the meeting with me.

Comments _____

_____    _____    X _____ of Parent or Guardian
   (Home Phone)                (Work Phone)
                                                         5/20/94

---

PARENT: Please return the White and Yellow copies to
_Berkshire_
    School

Keep the Pink Copy for your records.

WHITE COPY: School
YELLOW COPY: ESE Coordinator
PINK COPY: Parent

PBSD 0298 (Rev 1/88)

Record of Contact Attempts:  OFFICE USE

1. _____
      (Date)        (Type)        (Results)
   By:_____

2. _____
      (Date)        (Type)        (Results)
   By:_____

3. _____
      (Date)        (Type)        (Results)
   By:_____

01-9276

A-000371

SCHOOL BOARD OF PALM BEACH COUNTY FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
PROCEDURAL SAFEGUARDS

It is very important for you, as a parent or guardian, to understand that you have the following rights:

1. You may examine all records related to the referral, identification, evaluation and educational placement of your child. You are entitled to:
   a) explanations or interpretations of the records;
   b) copies of the records - fees for copies must be based upon the cost of reproduction;
   c) seek correction of your child's records if you believe they are not accurate;
   d) give consent prior to the disclosure of certain information; and
   e) request a hearing if you and the school district cannot reach agreement regarding the information in your child's records. (The contact person is specified in the district's procedures on Student Records.)

2. You may request and obtain an independent evaluation.
   a) The evaluation will be at public expense if:
      (i) you disagree with an evaluation obtained by the school district; however, the school district may request a hearing to show its evaluation is appropriate. If the hearing officer rules in your favor, the school district will pay for the evaluation; or
      (ii) a hearing officer conducting a hearing related to any action taken by the school district concerning exceptional education, requests an independent evaluation.
   b) If the local school district agrees to pay for an independent evaluation, the criteria used for obtaining the evaluation must be the same as the criteria the district uses when it initiates an evaluation.
   c) The evaluation will be at your expense if:
      (i) you voluntarily assume the cost; or
      (ii) you disagree with the school's evaluation, and a hearing is held and the hearing officer rules in favor of the school district.

3. If you pay for an independent evaluation, you may choose to introduce the evaluation for consideration by the school system or you may introduce the evaluation as evidence in a hearing. In both cases, if you choose to offer the evaluation, it must be considered by school personnel or the hearing officer in their decision(s) regarding the education of your child.

4. You may refuse to agree to a preplacement evaluation. In this case, the school district may request a hearing to settle the disagreement.

5. You may refuse to agree to the school district's proposed placement or the school district's refusal to place your child in an exceptional education program. In this case, the school district may request a hearing to settle the disagreement.

6. You may withdraw your consent to allow an evaluation or to allow placement of your child at any time.

7. You will be notified of any action the school district proposes or refuses to take regarding further identification, evaluation, change of placement, or the provision of an education for your child.

8. If you and the school district are unable to reach an agreement regarding the identification, evaluation, placement or provision of an education for your child, both you and the school district have the right to:
   a) request an impartial due process hearing and have the results of that hearing mailed to you within forty-five (45) days after the receipt of that request. A request for a hearing is made to the Superintendent in writing;
   b) have the hearing conducted by an impartial hearing officer from the Division of Administrative Hearings;
   c) be accompanied and advised by an attorney or other individuals with special knowledge of exceptional children;
   d) present evidence and prevent the introduction of any evidence that has not been provided to the other party at least five (5) days prior to the hearing;
   e) question and require the attendance of witnesses;
   f) obtain a written or taped record of the hearing; and
   g) obtain the written findings and the decisions of the hearing officer.

9. In addition to the rights listed above regarding hearings, you have the right to:
   a) have your child present;
   b) request that the hearing be open to the public. The hearing will be closed to the public unless you request otherwise; and
   c) receive, from the school district, information about free or low-cost legal and other appropriate services available in the area. This information will be provided to you if you ask, or if a hearing is requested by you or the school district.

10. You may appeal the decision of the hearing officer to the District Court of Appeal, First District or to the District Court of Appeal in the Appellate District where you live. This notice of appeal must be filed within 30 days of the hearing officer's Final Order. The review proceedings are governed by the Florida Rules of Appellate Procedure. You also have the right to bring a civil action in any State court of competent jurisdiction or in a district court of the United States.

11. If you are the parent of a handicapped child and a Court determines that you are a prevailing party, in any proceeding under subsection (e) of Section 1415 of the Education of the Handicapped Act, the court may award you reasonable attorneys' fees as part of the costs.

12. Your child will remain in his/her present program during all hearings and appeals, unless you and the school district agree to another placement. If your child is not attending school, you may agree to place him/her in a public school program until all hearings are completed.

13. An individual will be assigned to act as a surrogate parent to represent a child in matters relating to the provision of an education for that child if:
   a) the child is a ward of the state; or
   b) no parent/guardian can be identified; or
   c) no parent/guardian can be located.

PBSD 1025 (Revised 8/87)

137/2
8/4/87
nb1/ESE/K.1

A-000372

Case 9:16-cv-80693-BB Document 33-5 Entered on FLSD Docket 10/19/2016 Page 106 of 107

Summer Session

Summer Session

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA

# Individual Educational Plan

| | Summer Session |
|---|---|
| Initial: __ | |
| Review: Annual __ Other ☒ | |
| Post 3 yr, Re-eval __ | |

PAGE 1 of 3

CURRENT DEMOGRAPHIC INFORMATION

Student Name: Sanchez    Ricardo

Student ID #: 13041850    DOB: ▮▮

Current School: Berkshire Elementary

Assigned Grade Level: 04

| | MONTH | DAY | YEAR |
|---|---|---|---|
| Current Date: | 05 | 20 | 94 |
| IEP Reviewed on: | 9 | 7 | 94 |
| Three Year Re-eval due: (School Year) | | 94/95 | |

In Attendance at the IEP Meeting and Participating in the Development of the IEP:

| Signature | Date | Comments | Signature | Date | Comments |
|---|---|---|---|---|---|
| PARENT/GUARDIAN | | | Kathy Capezio | 5-20-94 | |
| | | | LEA REPRESENTATIVE/ESE DESIGNEE | | |
| PARENT/GUARDIAN | | | DISTRICT ESE REPRESENTATIVE | | |
| | | | **Evaluators/Others:** | | |
| STUDENT | | | | | |
| Janet Palmer | 5-20-94 | | | | |
| TEACHER | | | TITLE | | |
| TEACHER | | | TITLE | | |
| TEACHER/SPEECH-LANGUAGE PATHOLOGIST | | | TITLE | | |

Procedural Safeguards have been explained. ☐ YES ☒ NO    Explain: Sent home with PBSD 0298

| Attempts to Notify | Date | Results | Signature |
|---|---|---|---|
| PBSD 0298 | 5-17-94 | Go on without parent | R. Capezio |

IEP read by mainstream teachers (Signature/Date): _____

PBSD 0659A (NEW 11/91)    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: Working Folder    GC 5882

A-000373

WH 01-9970

**DOMAIN:** Task Related / Knowledged Based    **Present Level of Performance:** Ricardo appears eager to learn. However he continues to experience difficulty in all academic areas. He has shown very little effort in attempting to turn in homework

**Annual Goal:** Ricardo will demonstrate an ability to perform on a 1st grade level in Language Arts and a 3rd grade level in math. He will increase the number of homework assignments turned in.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo _____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| ① Demonstrate an ability to consistantly return homework assignments and any school related materials/letters when requested | Ricardo & ESE Staff | 4/5 correct trials | To be noted in gradebook as appropriate for duration of IEP | |
| ② Compose written sentences of 6 or more words using appropriate grammar and correct punctuation | | | Teacher observation teacher made tests, grade of C or better in grade book for duration of IEP | |
| ③ Learn multiplication tables through 6's. | | | | |
| ④ Solve 1step word problems. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case 9:16-cv-80693-BB   Document 33-5   Entered on FLSD Docket 10/19/2016   Page 107 of 107