Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 1 of 125

Student Name: Ricardo Sanchez  ID#: 13041850  Date: 05-20-94  PAGE 3 of 3

## EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities | 1500 | Essential Instruction | 7-1-94 | 7-29-94 |
| | | | | |
| | | | | |
| | | | | |

**ESE Instructional Area(s)/Class(es):**

ESE curriculum for all academic areas

**RELATED SERVICES:**

Diploma Option: N/A

Transition Services: N/A

The student's program is determined to provide the least restrictive environment ☑ Yes ☐ No

The student has Limited English Proficiency ☑ Yes ☐ No. The student's needs are being met through ☑ ESE ☐ Other _____

The IEP reflects ITP goals: ☐ YES ☐ NO ☑ N/A

**Modifications:** ALLOW FOR TESTING MODIFICATIONS AS NEEDED

## PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| ART MUSIC PE | 1.50 mphw | NONE | N/A |
| | | | |
| | | | |

Physical Education: ☑ Regular ☐ Adaptive ☐ Modified (Specify): _____

COMMENTS: _____

PBSD 06590 EW 11/91    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy, Working Folder

A-000375

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 2 of 125

## Legend for Abbreviations

### Delivery Models

C: Consultative Model

Involves services provided to teachers to facilitate successful functioning of students in regular and other Exceptional Student Education (ESE); this is a form of indirect service.

PO: Pull-Out Services.

Students are taken from classes to receive special instruction in ESE which is supportive in nature. Scheduling may vary. Students may be seen at the same time each day, every day, or on selected days; they may also be seen at different times during the day or week.

ICD: In-Classroom Direct Services.

The ESE professional goes into a classroom to work with a student directly. Activities may involve co-teaching, probing and monitoring work with students, or individual or small group work with ESE students.

SC: Support Class.

This model involves a regularly scheduled class which serves to support the regular curriculum, but does not take the place of basic instruction.

EI: Essential Instruction Model

This is a category of direct service in which primary instruction in content areas is delivered through ESE.

### Curriculum

(1) Regular Curriculum Objectives. Students are taught Unified Curriculum (UC) objectives with alternative methods by ESE Professionals.

(2) ESE Curriculum. Students are taught alternative curriculum objectives which may be adaptations from regular education curriculum or different types of objectives, which in many instances may represent a more functional approach.

A-000376

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 3 of 125

| Initial: ___ |
| Review: Annual ✓ Other ___ |
| Post 3 yr. Re-eval ___ |

## THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
# Individual Educational Plan

CURRENT DEMOGRAPHIC INFORMATION

PAGE 1 of _4_

Student Name: Sanchez , Ricardo
LAST          FIRST          MI

Student ID #: 13041850  ▉ ▉ ▉ ▉

Current School: Melaleuca Elem.

Assigned Grade Level: 5th

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| Current Date: | 9 | 8 | 94 |
| IEP Reviewed on: | 3 | 29 | 95 |
| Three Year Re-eval due: (School Year) | 7/7/95 | | |

In Attendance at the IEP Meeting and Participating in the Development of the IEP:

| Signature | Date | Comments | Signature | Date | Comments |
|---|---|---|---|---|---|
| PARENT/GUARDIAN | | | M Cooper  LEA REPRESENTATIVE/ESE DESIGNEE | 9/8/94 | |
| PARENT/GUARDIAN | | | DISTRICT ESE REPRESENTATIVE | | |
| R. Herrera  STUDENT | 9/8/94 | | Evaluators/Others: | | |
| C. Nash  TEACHER | 9/8/94 | | TITLE | | |
| TEACHER/SPEECH-LANGUAGE PATHOLOGIST | | | TITLE | | |

Procedural Safeguards have been explained ☒ YES ☐ NO    Explain: ___

| Attempts to Notify | Date | Results | Signature |
|---|---|---|---|
| Parent part form | 9/1/94 | Form never returned | R. Herrera |
| Phone | 9/8/94 | Mother gave go ahead. Copies sent home. | C. Nash |

IEP read by mainstream teachers (Signature/Date): ___

White Copy: School File     Yellow Copy: ESE Coordinator     Pink Copy: Parents     Goldenrod Copy: Working Folder

PBSD 0659A (R . 11/91)

A-000377

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 4 of 125

Student Name: Richardo. Sanchez    ID#: 13041850    Date: 9/8/94    PAGE 2 of 4

DOMAIN: Academics    Present Level of Performance: Ricardo makes an effort to learn but is still having difficulties in all academic areas.

Annual Goal: Ricardo will demonstrate skills to enable him to meet success in academics.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo _____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| increase vocabulary at the appropriate level | ESE Teachers Student | 80% of times | Daily/Weekly grades of "C" or higher for 1 year as documented in the gradebook. | on going mastered 3/95 |
| comprehend reading materials | | | | |
| write appropriate-level sentences | | | | |
| compute basic facts | | | | mastered 1-95 |
| solve word problems | | | | on going 1-95 mastered 3/95 |
| | | | | |
| | | | | |
| | -A-000378 | | | |

PBSD 0659B (NEW 11/01)    White Copy - School File

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 5 of 125

Student Name: Ricardo Sanchez    ID#: 13041850    Date: 9/8/94    PAGE 3 of 4

DOMAIN: Task-Related    Present Level of Performance: Ricardo can do class work but often doesn't complete or turn in homework.

Annual Goal: Ricardo will do and return homework assignments.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo _____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| have a homework folder | ESE Teacher Student | 80% of times | Observed and recorded by teacher for 1 year | ongoing 1-95-1 ongoing 3/95 |
| bring homework assignments home in folder nightly | | | | |
| bring back completed homework | | | | Mastered 3-29-95 |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | | |
|  | | | A-000379 | |

PBSD 0659B (NEW 11/91)    White Copy - School File

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 6 of 125

Student Name: Ricardo Sanchez    ID#: 13041850    Date: 9-8-94    PAGE 4 of 4

## EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities | 1,110 | Essential Instruction | 9/8/94 | 6/14/95 |
| | | | | |
| | | | | |
| | | | | |

### ESE Instructional Area(s)/Class(es):

Lang. Arts
Math
Science
Social Studies
Health

**RELATED SERVICES:**

Diploma Option: _____
Transition Services: _____

The student's program is determined to provide the least restrictive environment  ☒ Yes  ☐ No

The student has Limited English Proficiency  ☐ Yes  ☒ No.  The student's needs are being met through
☒ ESE  ☐ Other _____

The IEP reflects
ITP goals: ☐ YES  ☐ NO  ☒ N/A

Modifications: Small groups. Test modifications. Shorten assignments.

## PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| Fine Arts, lunch, recess | daily | — | no |
| | | | |
| | | | |

Physical Education: ☒ Regular  ☐ Adaptive  ☐ Modified (Specify): _____

COMMENTS: _____

PBSD 0659C (NEW 11/91)    White Copy: School File    Yellow Copy: ESE Code 000380    Pink Copy: Parents    Goldenrod Copy: ng Folder
WW 01 0073

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 7 of 125

# Legend for Abbreviations

## Delivery Models

C: Consultative Model
Involves services provided to teachers to facilitate successful functioning of students in regular and other Exceptional Student Education (ESE); this is a form of indirect service.

PO: Pull-Out Services.
Students are taken from classes to receive special instruction in ESE which is supportive in nature. Scheduling may vary. Students may be seen at the same time each day, every day, or on selected days; they may also be seen at different times during the day or week.

ICD: In-Classroom Direct Services.
The ESE professional goes into a classroom to work with a student directly. Activities may involve co-teaching, probing and monitoring work with students, or individual or small group work with ESE students.

SC: Support Class.
This model involves a regularly scheduled class which serves to support the regular curriculum, but does not take the place of basic instruction.

EI: Essential Instruction Model
This is a category of direct service in which primary instruction in content areas is delivered through ESE.

## Curriculum

(1) Regular Curriculum Objectives. Students are taught Unified Curriculum (UC) objectives with alternative methods by ESE Professionals.

(2) ESE Curriculum. Students are taught alternative curriculum objectives which may be adaptations from regular education curriculum or different types of objectives, which in many instances may represent a more functional approach.

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 8 of 125

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA

## Individual Educational Plan

Initial: ___
Review: Annual ✓ Other ___
Post 3 yr. Re-eval ___

PAGE 1 of 4

CURRENT DEMOGRAPHIC INFORMATION

Student Name: Sanchez, Ricardo
LAST        FIRST        MIDDLE

Student ID #: 13041850        DOB: ▓▓▓▓▓▓

Current School: Melaleuca Elem.

Assigned Grade Level: 5th

| | MONTH | DAY | YEAR |
|---|---|---|---|
| Current Date: | 9 | 8 | 94 |
| IEP Reviewed on: | 3 | 29 | 95 |
| Three Year Re-eval due: (School Year) | 7 | 7 | 95 |

In Attendance at the IEP Meeting and Participating in the Development of the IEP:

| Signature | Date | Comments | Signature | Date | Comments |
|---|---|---|---|---|---|
| PARENT/GUARDIAN | | | M Cooper  LEA REPRESENTATIVE/ESE DESIGNEE | 9/8/94 | |
| PARENT/GUARDIAN | | | DISTRICT ESE REPRESENTATIVE | | |
| STUDENT  R. Herrera  TEACHER | 9/8/94 | | Evaluators/Others: | | |
| C. Nash  TEACHER | 9/8/94 | | TITLE | | |
| TEACHER/SPEECH-LANGUAGE PATHOLOGIST | | | TITLE | | |
| | | | TITLE | | |

Procedural Safeguards have been explained ☒ YES ☐ NO    Explain: _____

| Attempts to Notify | Date | Results | Signature |
|---|---|---|---|
| Parent part form | 9/1/94 | Form never returned | R. Herrera |
| Phone | 9/8/94 | Mother gave go ahead. Copies sent home. | C. Nash |

IEP read by mainstream teachers (Signature/Date): _____

White Copy: School File        Yellow Copy: ESE Coordinator        ~nk Copy: Parents        Goldenrod Copy: Working Folder

PBGD 0659A (R. 11/91)                    A-000382

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 9 of 125

Student Name: Ricardo Sanchez    ID#: 13041850    Date: 9/8/94    PAGE 2 of 4

DOMAIN: Academics    Present Level of Performance: Ricardo makes an effort to learn but is still having difficulties in all academic areas.

Annual Goal: Ricardo will demonstrate skills to enable him to meet success in academics.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| increase vocabulary of the appropriate level | ESE Teachers Student | 80% of times | Daily/Weekly grades of "C" or higher for 1 year as documented in the gradebook. | ongoing mastered 3/95 |
| comprehend reading materials | | | | |
| write appropriate - level sentences | | | | |
| compute basic facts | | | | mastered 1-95 |
| solve word problems | | | | ongoing mastered 3/95 |
| | | | | |
| | | | | |
| | | A-000383 | | |

PBSD 0659B (NEW 11/91)    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: ____

Student Name: Ricardo Sanchez    ID#: 13041850    Date: 9/8/94    PAGE 3 of 4

DOMAIN: Task-Related class work but often doesn't complete or turn in homework.    Present Level of Performance: Ricardo can do

Annual Goal: Ricardo will do and return homework assignments.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | | |
|---|---|---|---|---|---|
| Ricardo will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS | |
| have a homework folder | ESE Teachers Student | 80% of times | Observed and recorded by teacher for 1 year | ongoing 1-95 ongoing 3/95 | |
| bring homework assignments home in folder nightly | | | | | |
| wring back completed homework | | | | Mastered 3-29-95 | |

A-000384

PBSD 0659B (NEW 11/91)    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 10 of 125

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 11 of 125

Student Name: Ricardo Sanchez    ID#: 130418850    Date: 9-8-94    PAGE 4 of 4

## EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities | 1,110 | Essential Instruction | 9/8/94 | 6/14/95 |
|  |  |  |  |  |
|  |  |  |  |  |

### ESE Instructional Area(s)/Class(es):

Lang. Arts
Math
Science
Social Studies
Health

RELATED SERVICES:

Diploma Option: _____

Transition Services: _____

The student's program is determined to provide the least restrictive environment ☒ Yes ☐ No

The student has Limited English Proficiency ☐ Yes ☒ No.  The student's needs are being met through ☒ ESE ☐ Other _____

The IEP reflects ITP goals: ☐ YES ☐ NO ☒ N/A

Modifications: Small groups. Test modifications. Shorten assignments.

## PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| Fine Arts, lunch, recess | daily |  | no |
|  |  |  |  |
|  |  |  |  |

Physical Education: ☒ Regular ☐ Adaptive ☐ Modified (Specify): _____

COMMENTS: _____

PBSD 0659C (NEW 11/91)    White Copy:  School File        Yellow Copy:  ESE Coord.          Pink Copy:  Parents        Goldenrod Copy:  W____ ing Folder

A-000385

WN 01-9972

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT / EXCEPTIONAL STUDENT EDUCATION

CONFERENCE/STAFFING RECORD

STUDENT: Ricardo Sanchez          STUDENT NUMBER: 13041850
DATE: 9-2-94     DATE OF BIRTH: ██████/██████     SCHOOL: Melaleuca Elem

PURPOSE OF MEETING:   [ ] ARTICULATION   [ ] CONSULTATION   [ ] PARENT CONFERENCE

[ ] OTHER: _____

PARTICIPANTS:                    NAME                         POSITION

M Cooper
Faye Ward
M Panozzo
B. Herrara

DISCUSSION: Constantly late to school, not taking *
notes. Rarue. Draws well, loves art.

CONCLUSIONS/RECOMMENDATION: Get him here, ██ put on CST in
a few weeks.

M Cooper
Contact Person/Designee Signature

FORM PBSD 1051 (New 7/85)

WHITE COPY: School          YELLOW COPY: Exceptional Student Education

01-9260

A-000386

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION

<u>PARENT PARTICIPATION FORM</u>

Date **9/1/94**

To the Parent(s) or Guardian(s) of **Ricardo Sanchez**  D.O.B. ▮▮▮▮▮▮▮

You have the opportunity and are encouraged to participate in conferences regarding the educational program for your son/daughter as specified in State Board of Education Rule 6A-6.3311.

A meeting has been scheduled at **Melaleuca El.** on **9/8/94** at **7:30 a.m.** for
(School)                (Date)          (Time)

1. ___✓___ Parent conference
2. _____ The opportunity to develop the individual educational plan for your child.
3. ___✓___ The review and updating of the individual education plan for your child.
4. _____ The review of evaluation information and the determination of the appropriate educational program for your child. (Eligibility/Placement Staffing)
5. _____ Other _____

<table>
<tr><td colspan="2">The following people are scheduled to participate in this meeting:</td></tr>
<tr><td>Name/Position</td><td>Name/Position</td></tr>
<tr><td>R. Herrera > SLD</td><td></td></tr>
<tr><td>C. Nash</td><td></td></tr>
<tr><td>M. Cooper - ESE Contact</td><td></td></tr>
</table>

*Required for No.2-4*

For further information call **Mrs. Cooper** at **640-5071**
(Name of School Official)                (Telephone No.)

Parent:  Please check one of the following:

1. _____ I will attend on the above date and time.
2. ___✓___ I wish to attend but on another date or time. _____
(Please Suggest Date/Time)
3. _____ I am unable to attend, but do give my permission for:
(1) the Individual Education Plan to be written and reviewed with me at my request, and/or
(2) the Eligibility/Placement Staffing to take place without my presence.
4. _____ I plan to bring _____ to the meeting with me.

Comments _____

▮▮▮▮▮▮▮▮
(Work Phone)   ✱ *Juana Maria Sanchez*
Signature of Parent or Guardian

**Sep-28-94**
(Date)

PARENT:  Please <u>return</u> the White and Yellow copies to

**Melaleuca Elem.**
School

<u>Keep</u> the Pink Copy for your records.

WHITE COPY:  School
YELLOW COPY:  ESE Coordinator
PINK COPY:  Parent

PBSD 0298 (Rev. 1/88)

Record of Contact Attempts:  OFFICE USE

1. **9-1-94**   **PBSD 0298**   Form not returned
(Date)         (Type)          (Results)
By: *Carole Nash*

2. **9-8-94**   **Phone**   Mom gave ___
(Date)         (Type)          (Results)
By: *Carole Nash*

3. _____   _____   _____
(Date)         (Type)          (Results)
By: _____

A-000387                                          WN 01-9276



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
# Conference/Staffing Record
**Note: This form may be used for regular education, 504, or ESE purposes**

Page __1__ of __1__

STUDENT: _Ricardo Sanchez_ STUDENT ID #: _13041850_ DOB: ██████
DATE: _3-14-95_ SCHOOL: _Melaleuca Elem._ GRADE: _5_

## PURPOSE OF MEETING:

☒ Child Study Team    ☐ Parent Conference    ☐ Eligibility: ____ ESE ____ 504
☐ 504 Plan/Modifications    ☐ IEP (ESE)    ☐ Phone Conference
☐ Educational Planning    ☐ Other: _____

## PARTICIPANTS:

| | | |
|---|---|---|
| _____ Administrator | _____ | Speech/Language |
| _____ Parent/Guardian | | Instructional Support |
| _____ Parent/Guardian | _M Coojen_ | Counselor |
| _____ Teacher | _M. Pernisi_ | Other |
| _____ Teacher | _____ | Other |
| _____ Psychologist | _____ | Other |
| _× Mask_ ESE Teacher | _____ | Other |

## DISCUSSION:

_Reviewed Ricardo's progress - presently he receives full-time SLD services and is making minimal progress._

## CONCLUSION/RECOMMENDATIONS: _Need for formal 3yr re-evaluation - update academics, re-staff with results_

_Mary J. Pernisi_
Signature of Recording Designee

PBSD 1051 (REV. 4/93)   WHITE/School   YELLOW/Parent/Guardian

A-000388



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
## Notice of Individual Student Reevaluation
(Carbonless form required - copies NOT accepted)

**I.**

TO THE PARENT(S)/GUARDIAN(S) OF ... Ricardo Sanchez ... STUDENT NUMBER: 13091850

SCHOOL Melaleuca Elementary ...

The multi-disciplinary team met and reviewed all available information about your child. The team has recommended a reevaluation at this time to assist in determining your child's educational needs and eligibility for ESE services.

**II. The rationale for this decision was made on the basis of:** (CHECK ALL THAT APPLY)

- ☐ REVIEW OF CLASSROOM PERFORMANCE
- ☐ PARENTAL REQUEST
- ☐ REVIEW OF IEP GOALS & OBJECTIVES
- ☒ FEDERAL, STATE, DISTRICT REGULATIONS
- ☒ OTHER: _formal 3yr. re-evaluation_

**III. The following evaluation components have been recommended in your child's reevaluation:**

- ☐ VISION
- ☐ HEARING
- ☐ SPEECH/LANG.
- ☐ INTELLECTUAL
- ☐ SOCIAL HISTORY
- ☒ ACADEMIC
- ☐ LEARNING STYLE
- ☐ ADAPTIVE BEHAVIOR
- ☐ INFORMATION PROCESSING
- ☒ OBSERVATION
- ☐ REVIEW OF RECORDS
- ☐ EMOTIONAL/PERSONALITY
- ☐ BEHAVIOR RATING SCALES
- ☐ OCCUPATIONAL THERAPY
- ☐ PHYSICAL THERAPY
- ☐ AUGMENTATIVE COMMUNICATION

- ☐ OTHER(S): _____

**IV. The multi-disciplinary team considered the following when making their recommendation(s):** (CHECK ALL THAT APPLY)

- ☒ SCHOOL BASED ASSESSMENT DATA
- ☐ GROUP TEST SCORES
- ☒ CLASSROOM PERFORMANCE
- ☐ PRIVATE EVALUATION(S)
- ☐ AGENCY INFORMATION
- ☐ OUT OF DISTRICT INFORMATION
- ☐ MEDICAL RECORDS
- ☐ PREVIOUS DISTRICT EVALUATIONS
- ☐ STATE &FEDERAL REGS.
- ☒ DISTRICT GUIDELINES (SPP)
- ☐ PARENTAL INFORMATION
- ☐ CURRENT TECH. DEVICES

- ☐ OTHER: _____

**V. Some of the options which were considered for your child were:** _____ N/A _____

These options were rejected because: _____

**VI. If other factors were relevant to the district's proposal to reevaluate, they included:**

Federal and State regulations require that you be informed of your rights regarding your child throughout the identification and placement process. These rights are described in detail for you in the Summary of Procedural Safeguards on the back of this form. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication.

If you have any questions regrading these recommendations or the *Procedural Safeguards Notice*, please contact the school center ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: |
|---|---|
| Maggie Cooper | 640 - 5071 |

Results of evaluation(s) and an explanation of the evaluation(s) will be provided to you at the next review of your child's *Individual Educational Plan* (IEP) unless you request a meeting prior to that date.



TH⸍ ⸍⸍OL DISTRICT OF PALM BEACH CC⸍
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
## Parent Participation Notification
(Carbonless form required -copies NOT accepted)

**I.** [illegible — obscured]

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

**II.** A meeting has been scheduled at _Melaleuca  Elem_ on _3-30-95_ at _11:15 am_ .
LOCATION    DATE    TIME

**III.** The purpose of this meeting is:

1. ☒ Parent Conference
2. ☐ The opportunity to review evaluation results.
3. ☐ The opportunity to determine eligibility/ineligibility for children ages birth - 5 being considered for ESE services.
4. ☒ The opportunity to develop the Individual Educational Plan (IEP) for your child.
5. ☐ The opportunity to develop an Educational Plan (EP) for your child.
6. ☐ The opportunity to determine the appropriate educational program/placement for your child.
7. ☐ The identification of post-school outcomes and transition services your child may need.
8. ☐ Other: _____

**IV.** The following people* have been invited to participate in this meeting:

| NAME: | POSITION: |
|---|---|
| R. Herrera | SLD Teacher |
| C. Nash | SLD Teacher |
| Ms. Sanchez | Parent |
| | |
| | |

* Note: When school to post-school transition services are being considered, your child will be invited.

**V.** For further information about the meeting or to reschedule, please call : _Mrs.  Cooper_
NAME
at _640-5071_ between the hours of _7:30 am_ and _3:00 pm_ .
PHONE

**VI.** [Parent Section — obscured/illegible]

**VII. Record of Contact Attempts:** (OFFICE USE)   Contact Attempts Made By: _C. Nash_

| | DATE: | TYPE: | RESULTS: |
|---|---|---|---|
| 1. | 3-16-95 | Parent part. form | Not returned |
| 2. | 3-22-95 | Phone | Mother agreed to come but wants another parent part. form |
| ⸍. | 3-22-95 | Parent part form | |

PBSD 0298 (REV. 12/94)    WHITE - School    YELLOW - Area Office    PINK - Parent    SBE 6A-6.3311

3-30-95   Phone   _Mother gave go ahead but will_
A-00⸍390    _to attend_



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
## Parent Participation Notification
(Carbonless form required -copies NOT accepted)

*3rd Attempt*

**I.** Ricardo Sanchez   1304185O
Melaleuca Elem.   5-3-22-95

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

**II.** A meeting has been scheduled at _Melaleuca Elem._ on _3-30-95_ at _11:15am_.
LOCATION                DATE              TIME

**III.** The purpose of this meeting is:
1. ☒ Parent Conference
2. ☐ The opportunity to review evaluation results.
3. ☐ The opportunity to determine eligibility/ineligibility for children ages birth - 5 being considered for ESE services.
4. ☒ The opportunity to develop the Individual Educational Plan (IEP) for your child.
5. ☐ The opportunity to develop an Educational Plan (EP) for your child.
6. ☐ The opportunity to determine the appropriate educational program/placement for your child.
7. ☐ The identification of post-school outcomes and transition services your child may need.
8. ☐ Other: _____

**IV.** The following people* have been invited to participate in this meeting:

| NAME: | POSITION: |
| --- | --- |
| R. Herrera | SLD Teacher |
| C Nash | SLD Teacher |
| Ms. Sanchez | Parent |
| | |
| | |
| | |

* Note: When school to post-school transition services are being considered, your child will be invited.

**V.** For further information about the meeting or to reschedule, please call : _Mrs. Cooper_
NAME

at ▮▮▮ _____ between the hours of _7:30 am_ and _3:00 pm_ .
PHONE

**VI.** Parent Section (Keep the Pink copy for your records)
Please check one of the following and return this form to:
1. ☒ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for another date/time.
3. ☐ I am unable to attend, but give my permission for:
   (a) the Individual Education Plan (IEP) to be written and reviewed with me at my request, and/or
   (b) the placement staffing to take place without my presence.
4. I plan to bring _____ NAME _____ to the meeting with me.
5. Comments

SIGNATURE OF PARENT OR GUARDIAN   DATE 3-23-95   HOME PHONE 491-5291   WORK PHONE

**VII.** Record of Contact Attempts: (OFFICE USE)   Contact Attempts Made By: _C. Nash_

| | DATE: | TYPE: | RESULTS: |
| --- | --- | --- | --- |
| 1. | 3-16-95 | Parent part. form | Not returned |
| 2. | 3-22-95 | Phone | Mother agreed to come, but |
| 3. | 3-22-95 | Parent part. form | Wants another parent part. form |
| | 3-30-95 | Phone | Mother gave go ahead But will try to attend |

PBSD 0298 (REV. 12/94)   WHITE - School   YELLOW - Area Office 00039   PINK - Parent   00039   SBE 6A-6-331



THE SCHOOL BOARD OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
SLD THREE YEAR RE-EVALUATION

STUDENT'S NAME: Sanchez, Ricardo          STUDENT NUMBER: 13041850

DATE OF BIRTH: ▪▪▪▪▪▪ 83 SEX: M GRADE: 5 TEACHER: G. Gordon      CURRENT SLD PROGRAM: ___ PT ✓ FT

SCHOOL: Melaleuca Elem   EVALUATOR(S): C. Nash        POSITION(S): SLD Teacher

HEARING SCREENING(WITHIN PRESENT SCHOOL YEAR): INSTRUMENT: _____ DATE: _____ RESULTS: _____

...ION SCREENING(WITHIN PRESENT SCHOOL YEAR): INSTRUMENT: _____ DATE: _____ RESULTS: _____

PREVIOUS TEST INFORMATION:  WISC-R: (DATE: _____ ) V: ____ P: ____ FS: ____
K-ABC: (DATE: _____ ) SEQ: ____ SIMULT: ____ MPC: ____
BINET: (DATE: 7-7-92 ) IQ: 80 OTHER: ____ (DATE: 7-7-92 ) IQ: ____
ACADEMIC(DATE: 7-7-92 )(STANDARD SCORES) 54   55   O   56
Woodcock-Johnson   RDG. RECOG.   RDG. COMP.   SPELLING Writing   MATH

PRESENT TEST RESULTS:    PROCESS TEST: _____ (DATE: _____ )

| SUBTEST | %ILE/ST.SC. | SUBTEST | %ILE/ST.SC. |
|---|---|---|---|

INTELLIGENCE TEST:

NAME: KTEA comp
DATE: 3-23-95

ACHIEVEMENT TEST: KTEA Comp                      DATE: 3-23-95

| SUBTEST | STAND.SC. | SUBTEST | STAND.SC. | SUBTEST | STAND.SC. |
|---|---|---|---|---|---|
| READING RECOGNITION |  | WORD ATTACK | 63 | WRITTEN LANGUAGE |  |
| RDG/PSG COMPREHENSION | 67 | SPELLING | 65 | TOTAL READING | 63 |
| LETTER IDENTIFICATION |  | MATH CALC/COMPUTATION | 83 | TOTAL MATH | 80 |
| WORD IDENTIFICATION |  | MATH APPLICATION | 75 | GENERAL INFORMATION |  |

COMMENTS: While Ricardo scores have increased, there is still a significant need for full-time SLD services this year and into middle school.

CHILD STUDY TEAM RECOMMENDATIONS (DATE: 3-23-95)

| ✓ | CONTINUE IN F-T PROGRAM SLD |   | MAINSTREAM AND MONITOR |
|---|---|---|---|
|   | INCREASE TIME IN PROGRAM |   | INTERPRETATION OF RESULTS |
|   | DECREASE TIME IN PROGRAM |   | OTHER |

AN INTERPRETATION OF THE RESULTS WAS GIVEN: ✓ YES ___ NO   INTERPRETED BY: R. Herrera    POSITION: SLD Teacher
A COPY OF PROCEDURAL SAFEGUARDS WAS GIVEN: ✓ YES ___ NO   DATE INTERPRETED: 3-30-95
over the phone

| PARENT/GUARDIAN | DATE | ESE TEACHER/EVALUATOR | DATE | PSYCHOLOGIST | DATE |
|---|---|---|---|---|---|
| N. Cooper, ESE Contact | | R. Herrera | 3-23-95 | C. Nash | 3-23-95 |
| OTHER | DATE 3-23-95 | OTHER ESE Teacher | DATE | OTHER Evaluator | DATE |

PBSD 1366 (Rev 6/89)    WHITE COPY-SCHOOL    YELLOW COPY-AREA COORDINATOR    PINK COPY-PARENT    GOLDENROD COPY-PSYCHOLOGICAL SERVICES

A-000392



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
# Conference/Staffing Record
Note: This form may be used for regular education, 504, or ESE purposes

Page _____ of _____

STUDENT: _Ricardo Sanchez_ STUDENT ID #: _13041850_

DATE: _3-23-95_   SCHOOL: _Melaleuca_   GRADE: _5_

## PURPOSE OF MEETING:

☒ Child Study Team     ☐ Parent Conference     ☐ Eligibility: ___ ESE ___ 504

☐ 504 Plan/Modifications     ☐ IEP (ESE)     ☐ Phone Conference

☐ Educational Planning     ☐ Other: _____

## PARTICIPANTS:

| | | | |
|---|---|---|---|
| _____ | Administrator | _____ | Speech/Language |
| _____ | Parent/Guardian | _____ | Instructional Support |
| _____ | Parent/Guardian | _M Cooper_ | Counselor |
| _H Herrera_ | Teacher _SLD_ | _____ | Other |
| _C. Nash_ | Teacher | _____ | Other |
| _____ | Psychologist | _____ | Other |
| _____ | ESE Teacher | _____ | Other |

## DISCUSSION:

Reviewed updated academic testing for 3 year reevaluation. Ricardo, on the K-TEA-Comp, score 75 on Math Application, 63 on Decoding, 65 on Spelling, 67 on Reading Comp; and 83 on Math Computation.

His reading in class is very weak, while his Math is about 1 year behind (with assistance and modifications).

His attitude varies from pleasant to unmotivated about work

## CONCLUSION/RECOMMENDATIONS:

While Ricardo scores have improved, there is still a significant need for full-time SLD services this year and into middle school.

_____
Signature of Recording Designee

PBSD 1051 (REV. 4/93)    WHITE/School    YELLOW/Parent/Guardian

A-000393

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 20 of 125

THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA

# Individual Educational Plan

| | Initial: ___ |
| --- | --- |
| | Review: Annual ___ Other ___ |
| | Post 3 yr. Re-eval ✓ |

CURRENT DEMOGRAPHIC INFORMATION

PAGE 1 of 4

**Student Name:** Sanchez (LAST)  Ricardo (FIRST)  ___ (MIDDLE)

**Student ID #:** 13041850   **DOB:** ███ - ██

**Current School:** Melaleuca Elem

**Assigned Grade Level:** 5th

| | MONTH | DAY | YEAR |
| --- | --- | --- | --- |
| Current Date: | 3 | 30 | 95 |
| IEP Reviewed on: | | | |
| Three Year Re-eval due: (School Year) | 3-23-98 | | |

In Attendance at the IEP Meeting and Participating in the Development of the IEP:

| Signature | Date | Comments | Signature | Date | Comments |
| --- | --- | --- | --- | --- | --- |
| PARENT/GUARDIAN | | | Jim Reynolds A.P.  LEA REPRESENTATIVE/ESE DESIGNEE | 3-30-95 | |
| PARENT/GUARDIAN | | | DISTRICT ESE REPRESENTATIVE | | |
| STUDENT  R Herrera | 3-30-95 | | **Evaluators/Others:** | | |
| TEACHER  Nash | 3-30-95 | | TITLE | | |
| TEACHER | | | TITLE | | |
| TEACHER/SPEECH-LANGUAGE PATHOLOGIST | | | TITLE | | |

Procedural Safeguards have been explained. ☒ YES ☐ NO   Explain: _____

| Attempts to Notify | Date | Results | Signature |
| --- | --- | --- | --- |
| Parent part. form | 3-16-95 | Not returned | C. Nash |
| Phone/New parent part. form | 3/22/95 | Mother agreed to attend. | C. Nash |

IEP read by mainstream teachers (Signature/Date):

| Phone | 3-30-95 | Mother will try to attend but gave go ahead if she can't make it | C. Nash |
| --- | --- | --- | --- |

PBSD 0659A (NEW 11/91)   White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working Folder   GC 5882

A-000394

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 21 of 125

Student Name: Ricardo Sanchez     ID#: 13041850     Date: 3-30-95     PAGE 2 of 4

DOMAIN: Academics

Present Level of Performance: Ricardo's strength is math, he is working at 4th grade Math while the teacher assists and modifies the work. His reading level is approximately middle of first grade.

Annual Goal: Ricardo will demonstrate skills to enable him to meet success in academics.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| Sound out new vocabulary words or unknown context word. | ESE Teachers Student | 80% of mastery | Daily/weekly grades of "C" or higher for 1 IEP year as documented in the gradebook | ongoing 6/14/95  3/26/96  ongoing |
| explain word meaning of words from context. | | | | |
| recognize and use vocabulary words in written work. | | | | |
| recall basic addition and subtraction facts | | | | |
| recall basic multiplication facts | | | | |
| solve word problems | | | | |

White Copy:  School File     Yellow Copy:  ESE Coordinator     A-000395     Pink Copy:  Parents     Goldenrod Copy:  Working Folder

PBSD 0659B (REV. 11/91)

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 22 of 125

Student Name: Ricardo Sanchez   ID#: 13041850   Date: 3-30-95   PAGE 3 of 4

**DOMAIN:** Task-Related ____ **Present Level of Performance:** Ricardo can do good work. However, he is frequently off-task and forgets to hand in work.

**Annual Goal:** Ricardo will complete and turn in work in a reasonable amount of time.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | | |
|---|---|---|---|---|---|
| Ricardo ____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | | DATE/RESULTS |
| begin assignments in an appropriate amount of time. | ESE Teachers Student | 80% of time | observed and recorded by teacher for one IEP year. | | good/ or 6/14/95 ongoing 3/26/96 |
| ask for help when unsure of how to proceed | | | | | |
| Stay on-task when working independently | | | | | |
| Complete and turn in Classwork | | | | | |
| Complete and turn in homework /forms | ✓ | ✓ | | ✓ | ✓ |

White Copy: School File
PBSD 0659B (REV. 11/91)   Yellow Copy: ESE Coordinator   A-000396   Pink Copy: Parents   Goldenrod Copy: Working Folder

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 23 of 125

Student Name: Ricardo Sanchez    ID#: 13041850    Date: 3-30-95    PAGE 4 of 4

**EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):**

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities | 1,100 | Essential Instruction | 3/30/95 | 6/14/95 |
| Specific Learning Disabilities | 5pd | Essential Instruction | 8/28/95 | 3/29/96 |
| **RELATED SERVICES:** | | | | |

**ESE Instructional Area(s)/Class(es):**

Lang, Arts, Math, Science Social St., Health

Lang. Arts, Math, Sc, Soc. St., ~~Health~~ Reading CN

Diploma Option: _____
Transition Services: _____

The student's program is determined to provide the least restrictive environment ☒ Yes  ☐ No

The student has Limited English Proficiency  ☐ Yes  ☒ No.   The student's needs are being met through
☒ ESE  ☐ Other _____

The IEP reflects
ITP goals: ☐ YES  ☐ NO  ☒ N/A

Modifications: Small groups, Test modification, shorten assignments if needed. CTBS Subtest, Math, Communications will be given without setting Modifications. All Directions and non-reading items to be read aloud.

**PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):**

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| all other areas | 390 | — | NO |
| elective | 1pd | | NO |

Physical Education: ☒ Regular  ☐ Adaptive  ☐ Modified (Specify): _____

COMMENTS: _____

PBSD 0659C (NEW 11/91)    While Copy: School File    Yellow Copy: ESE Coordinator    A-000397    Pink Copy: Parents    Goldenrod Copy: Working Folder    LM 01 0072



# Conference/Staffing Record

Note: This form may be used for regular education, 504, or ESE purposes

Page _____ of _____

STUDENT: _Ricardo Sanchez_ STUDENT ID #: _13041850_ DOB: ▇▇▇

DATE: _5-9-95_   SCHOOL: _Melaleuca Elem_   GRADE: _5_

**PURPOSE OF MEETING:**

☐ Child Study Team
☐ 504 Plan/Modifications
☐ Educational Planning

☐ Parent Conference
☐ IEP (ESE)
☒ Other: _IEP Correction_

☐ Eligibility: ____ ESE ____ 504
☐ Phone Conference

**PARTICIPANTS:**

| | | | |
|---|---|---|---|
| _____ Administrator | | _____ Speech/Language |
| _____ Parent/Guardian | | _____ Instructional Support |
| _____ Parent/Guardian | | _M Cooper_ Counselor |
| _____ Teacher | | _____ Other |
| _B Herrera_ Teacher SCD | | _____ Other |
| _____ Psychologist | | _____ Other |
| _C. Nash_ ESE Teacher | | _____ Other |

**DISCUSSION:**

Due to a change in the school calendar for FY 96 it is necessary to correct the initiation date on the last page of the IEP.

Due to recent scheduling changes at the various district middle schools the following changes were required on the last page of the current IEP: Health was changed to Reading under the ESE instructional area.

**CONCLUSION/RECOMMENDATIONS:**

① 8-28-95 date changed to 8-23-95 on last page and initialed.

② Copy of this notice and the corrected IEP will be sent home to parent.

_M Cooper_
Signature of Recording Designee

PBSD 1051 (REV. 4/93)   WHITE/School   YELLOW/Parent/Guardian

A-000398



**THE SCHOOL DISTRICT OF PALM BEACH COUNTY**
**DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION**
## Parent Participation Notification
(Carbonless form required - copies NOT accepted)

**I.** PARENT(S)/GUARDIAN(S) OF: Ricardo Sanchez   STUDENT NUMBER: 1304/1850
SCHOOL: Conniston Middle   GRADE: 6   DATE: 3-6-96

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

**II.** A meeting has been scheduled at ___Conniston___ LOCATION on _3-26-96_ DATE at _8:15_ TIME

**III.** The purpose of this meeting is:
1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results.
3. ☐ The opportunity to determine eligibility/ineligibility for children ages birth - 5 being considered for ESE services.
4. ☒ The opportunity to develop the Individual Educational Plan (IEP) for your child.
5. ☐ The opportunity to develop an Educational Plan (EP) for your child.
6. ☐ The opportunity to determine the appropriate educational program/placement for your child.
7. ☐ The identification of post-school outcomes and transition services your child may need.
8. ☒ Other: _Explanation of Behavior Management + parental waiving rights_

**IV.** The following people* have been invited to participate in this meeting:

| NAME: | POSITION: |
|-------|-----------|
| W Lee | Teacher SLD |
| C. Sherman | Teacher SLD |
| L. Retteen | ESE Coordinator |
| | |
| | |
| | |

* Note: When school to post-school transition services are being considered, your child will be invited.

**V.** For further information about the meeting or to reschedule, please call: _Lynn Retteen_ NAME
at _687-7160_ PHONE between the hours of _8:15_ and _3:45_

**VI.** Parent Section: (Retteen) (Check one of the following and return this form to) _Lynn Retteen_
Please check one of the following and return this form to _Lynn Retteen_
1. ☐ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for another date/time.
3. ☐ I am unable to attend, but give my permission for:
   (a) the Individual Education Plan (IEP) to be written and reviewed with me at my request, and/or
   (b) the placement staffing to take place without my presence.
4. I plan to bring _____ to the meeting with me.
5. Comments:
PARENT/ABSENT PARENT GUARDIAN _____ DATE 2/15/96  HOME PHONE _____ WORK PHONE _____

**VII.** Record of Contact Attempts: (OFFICE USE) / Contact Attempts Made By: _____

| | DATE: | TYPE: | RESULTS: |
|---|-------|-------|----------|
| 1. | | | |
| 2. | | | |
| 3. | | | |

PBSD 0298 (REV. 12/94)   WHITE - School · YELLOW - Area Office  PINK - Parent   000399   SBE 6A-6.3311



# THE ___ .OOL DISTRICT OF PALM BEACH COU...
## Summary of Procedural Safeguards Notice

**As a parent you have a right to:**

- be notified a reasonable time before the school: (a) identifies, assesses, or places your child in an exceptional student education program or provides a free appropriate public education (FAPE); (b) changes an identification, assessment, or placement that has been made or the provision of FAPE; or (c) rejects your request that these actions be taken.

- receive all such notices in writing and in the language you speak and understand best unless it is clearly not feasible to do so. If there are parents whose native language is not a written language, the school officials must see that: (a) the notice is explained to them orally or in a mode of communication they understand; (b) they understand the information they have been given; and (c) there is written evidence that this requirement has been met.

- be notified of each evaluation procedure, test, record, or report the school will use as the basis for making any decision(s) regarding your child. Evaluation means procedures used in accordance with 34 CFR 300.530-300.534 to determine whether a child has a disability and the nature and extent of the special education and related services that the child needs.

- a description and explanation of the action proposed or refused by the school and a description of any program options the school considered, and why these options were ruled out.

- be informed of any other relevant factors school officials considered in their recommendation or rejection decision.

- a notice which includes a full explanation of all procedural safeguards available to parents as provided for in the Education of the Handicapped Act.

### CONSENT

**Your written consent is necessary before the school can:**

- test your child individually with any tests that are not generally given to most other students prior to placing your child in an exceptional student education program.

- place your child in an exceptional education program for the first time.

Before your written consent is given, the school must explain in your native language what you are agreeing to, and the school must be sure that you understand it. The consent form must describe what you are agreeing to, list which of your child's records (if any) will be released, and specify who will receive them.

Your consent is to be given freely, and you may withdraw it at any time. If you do not give your consent, your child's basic right to attend school and participate in school activities will not be affected by your refusal.

If you withhold or refuse consent for evaluation or placement, agencies may utilize informal procedures to obtain written consent. If informal procedures do not result in written parental consent, the school must document attempts to secure consent and may request an impartial hearing to resolve the issue. If the hearing officer's order is in favor of the school, the school may act without consent. You may appeal the hearing officer's decision.

### INDEPENDENT EDUCATIONAL EVALUATION

If you do not agree with the evaluation provided by the school — that is, if you don't think they gave the right tests or reached the right conclusion — you have the right to request an independent educational evaluation conducted at public expense. An "independent educational evaluation" means that your child will be tested by a qualified person who is not employed by the district school board.

The school will either pay for a private evaluation or will arrange for one at no cost to you. However, the district also has a right to a hearing to show that its evaluation was appropriate. If the hearing officer decides that the school's evaluation was appropriate, you still have the right to an independent educational evaluation, but not at public expense. "Public expense" means that the school district either pays for the full cost of the evaluation or ensures that the evaluation is otherwise provided at no cost to the parent.

The district must inform you, upon your request, where independent educational evaluations are available. If you have an independent educational evaluation conducted at your own expense, the results of this evaluation:

must be considered by the district in any decision re-

garding your child's education, and

- may be presented as evidence in a formal hearing (see "Hearings" section).

If an independent educational evaluation is requested by a hearing officer as part of a "due process hearing," the evaluation must be at public expense. Independent educational evaluations conducted at public expense must meet the same criteria (e.g., the qualifications of examiner) as the evaluations initiated by the school.

### RECORDS

**You have a right to:**

- receive, upon your request, a list of the types of education records kept on your child, where they are maintained, and how you can gain access to them.

- inspect and review any of your child's records. The school must comply with your request to do so:
  - without unnecessary delay
  - before an IEP meeting or hearing
  - within 30 days

The school may not charge to search for or collect the information.

**You have a right to:**

- have someone at your child's school explain or interpret any item in your child's records.

- receive copies of the records if this is the only way to ensure that you will be able to review and inspect them. The school may charge a fee for the copies, if such a charge does not prevent you from inspecting and reviewing the records.

- have a representative inspect and review the records.

**The school is responsible for protecting the confidentiality of your child's educational records by:**

- permitting you to see only that information which relates to your child when records contain information on more than one child.

- keeping a record of parties (except access by parents and authorized employees of the participating agency) obtaining access to educational records including the name, date of access, and purpose.

The school may presume that you have the authority to inspect and review your child's records unless they have been informed that you do not have this right (for example, because of legal action such as custody).

If you feel that any statements in your child's records are wrong, misleading or violate the privacy or other rights of the child, you may ask the school to change them.

The school must either change such statements in a reasonable period of time or formally refuse to do so. If they refuse, school officials must inform you of their refusal and advise you of your right to a hearing on the matter.

If you request such a hearing, the school must have one. This hearing does not necessarily follow the process described in the "Hearings" section of this explanation of rights. The hearing may be conducted by any official of the district who does not have a direct interest in its outcome.

If the hearing is decided in your favor, school officials must change the information and inform you of the change.

If the information is held to be accurate by the school and a decision is made not to change the information, you have the right to add your own statement to the record. Your statement must be kept as long as the contested part of the overall record is kept. If that record is shown to anyone, your statement must be included.

### HEARINGS

If at any time you cannot come to an agreement with the school regarding your child's education, you and the district have the right to ask for an impartial hearing. A hearing may be held on any matter relating to the identification, evaluation, or placement of your child or the provision of a "free appropriate public education."

The hearing must be conducted by the state educational agency in accordance with state statute and Board of Education Rules.

To obtain a hearing, you should make a written request to the superintendent of your school district.

### HEARING OFFICERS

**An impartial hearing officer will be assigned to preside over any such hearing and arrive at a decision. To ensure impartiality, a hearing officer may not be:**

- an employee of a public agency (school system, institution, etc.) which is involved in the education or care of your child.

- anyone who has a personal or professional interest which would conflict with objectivity in the hearing.

A person who otherwise qualifies to conduct a hearing in accordance with previously stated guidelines is not considered to be an employee of the agency simply because he or she is paid by the agency to be a hearing officer.

Each agency must keep a list of persons who serve as hearing officers and their qualifications.

### HEARING RIGHTS

**Rights to which both you and the district are entitled include the right to:**

- be accompanied and advised by legal counsel and by persons with special knowledge or training in the problems of children with disabilities.

- present evidence, cross-examine and compel the attendance of witnesses.

- prohibit the introduction of evidence that had not been revealed to you or to the school at least five days before the hearing.

- receive a written or recorded verbatim record of the hearing.

- receive a written record of the findings of fact(s) and the decisions of the hearing. (The State Education Agency transmits the findings and decisions, after deleting any personally identifiable information, to the State Advisory Committee and makes them available to the public.)

**You also have a right to:**

- be told by the school where free or low cost legal help and other relevant services are available. The school must give you this information at any time you request it or whenever a hearing is to take place.

- have your child attend the hearing if you wish.

- open the hearing to the public if you wish.

- have the hearing conducted at a time and place reasonably convenient to you.

Within 45 days of receipt of your request for a hearing, the hearing officer must reach a final decision and mail you a copy of the decision.

The hearing officer may grant an extension of a specified amount to this time period at the request of either party. The decision of the hearing officer is final unless either you or the school chooses to appeal.

The Court may award reasonable attorney's fees as part of the cost to the parents or guardian of a handicapped child who is the prevailing party.

### APPEALS

If your hearing was held by the state as determined by state statute and you are not satisfied with the decision, you can appeal to the District Court of Appeals and/or you can bring civil action in state or federal court.

During the time that any administrative or judicial proceeding is taking place, your child is to remain in his or her present education placement, unless you and the school agree otherwise.

If the dispute concerns the initial admission of your child to public school, then he or she, with your consent, will be placed in a public school program until the completion of the proceedings.

### SURROGATE PARENTS

**Each school must guarantee that rights of children are protected when:**

- no parent can be identified.

- the whereabouts of a parent are not known.

- the child is a ward of the state.

It is the school district's duty to appoint a stand-in or surrogate parent or to see that one is appointed. Your school district must have a method for determining whether a child needs a surrogate parent, and a method for assigning surrogate parents.

The school may select a surrogate in any manner permitted by state law, but must make sure that the person selected:

- does not have a conflict of interest.

- is qualified to represent the child.

- is not an employee of a public agency involved in the education or care of the child (a person is not considered an employee solely because he or she serves as a surrogate).

The surrogate may represent the child in all matters relating to the identification, evaluation, placement, and the provision of a free appropriate public education.

SD 1025 (REV. 12/94)

A-000400

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 27 of 125

THE SCHOOL DISTRICT OF PALM BEACH COUNTY

# Individual Educational Plan

| Initial: ___ |
| Review: Annual ✓ Other ___ |
| Post 3 yr. Re-eval ___ |

CURRENT DEMOGRAPHIC INFORMATION

**Student Name:** Sanchez, Ricardo
LAST          FIRST          MIDDLE

**Student ID #:** 1304 1850      DOB: _____

**Current School:** Conniston

**Assigned Grade Level:** 6

|  | MONTH | DAY | YEAR |
|---|---|---|---|
| Current Date: | 3 | 26 | 96 |
| IEP Reviewed on: |  |  |  |
| Three Year Re-eval due: (School Year) | 3-23-98 | | |

**In Attendance at the IEP Meeting and Participating in the Development of the IEP:**

| Signature | Date | Comments | Signature | Date | Comments |
|---|---|---|---|---|---|
| PARENT/GUARDIAN | | | Lynn Rotter _LEA REPRESENTATIVE/ESE DESIGNEE_ | 3/26/96 | |
| PARENT/GUARDIAN | | | DISTRICT ESE REPRESENTATIVE | | |
| STUDENT | | | **Evaluators/Others:** | | |
| Clarice Sherman _TEACHER_ | 3/26/96 | | TITLE | | |
| Wanda Gee _TEACHER_ | 3/26/96 | | TITLE | | |
| TEACHER/SPEECH-LANGUAGE PATHOLOGIST | | | TITLE | | |

Procedural Safeguards have been explained. ☐ YES ☒ NO    Explain: Sent home.

| Attempts to Notify | Date | Results | Signature |
|---|---|---|---|
| letter | 3/8/96 | Parent will attend | L. Rotter |
| telephone | 3/26/96 | unable to attend - permission to proceed | L. Rotter |

IEP read by mainstream teachers (Signature/Date): _____

White Copy: School File      Yellow Copy: ESE Coordinator      Pink Copy: Parents      Goldenrod Copy: Working Folder

PBSD 0659A ( . 11/91)

A-000401

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 28 of 125

**Student Name:** Ricardo Sanchez **ID#:** 13041850 **Date:** 3/26/96 **PAGE**

**DOMAIN:** _____

**Present Level of Performance:** Ricardo is a carefree student who enjoys interacting w/his peers. Due to his socializing, he has trouble beginning tasks; staying on tasks; and completing tasks. Ricardo frequently displays little or no tact while communicating w/peers and teachers alike, as well as using inappropriate statements about peers w/no apparent concern of the damage it may cause him or others. He has poor sentence structure usage and handwriting skills that need to be developed through practice and/or drill.

**Annual Goal:** Ricardo will develop and use task-related skills and interpersonal skills to enable him to perform classroom tasks and have successful classroom experiences. He will develop knowledge of and use written expression for academic improvement.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| 1) write his daily class assignments on paper, with teacher review of task | ESE student and teachers | 90% mastery, as observed by the classrm. teacher throughout remainder of IEP | | |
| 2) begin a task "10" min. after written assignment has been reviewed | | 80% mastery, as observed and recorded by classrm. teacher on student's progress reports, throughout remainder of IEP | | |
| 3) work independently and remain on task for a min. of 15-20 min. | | ↓ | ↓ | |
| 4) use tact when communicating w/peers (verbal self-control) | | | | |
| 5) use functional written expression skills in sentence writing and and handwriting material | | 75% mastery, as observed by the classrm. teacher on quizzes, daily work/tests throughout the remainder of IEP | | |
| 6) verbalize his thoughts to his teacher for appropriateness to a given task prior to writing a response | ↓ | 80% mastery, as observed and recorded by classroom teacher on progress student's progress reports, throughout remainder of IEP | | |

PBSD 0659B (W 11/91)    White Copy: School File     Yellow Copy: ESE Coord. A00004402     Pink Copy: Parents     Goldenrod Copy: king Folder

WN 01-9971

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 29 of 125

**Student Name:** Ricardo Sanchez    **ID#:** 130418850    **Date:** 3/26/96    **PAGE** 3 of 3

## EXCEPTIONAL STUDENT EDUCATION ASSIGNMENT(S):

| PROGRAM(S) | TIME | DELIVERY MODEL | ANTICIPATED INITIATION DATE | DURATION |
|---|---|---|---|---|
| Specific Learning Disabilities | 6 classes | E.I/S.C | 3/26/96 | 6/12/96 |
|  |  |  | 8/96 | 3/25/97 |
|  |  |  |  |  |
|  |  |  |  |  |
| **RELATED SERVICES:** none |  |  |  |  |

**ESE Instructional Area(s)/Class(es):**
Math, Science, Soc. Sts, Lang. Arts, Reading, Pre-Vocational

**Diploma Option:** not at this time
**Transition Services:** not at this time

The student's program is determined to provide the least restrictive environment ☒ Yes ☐ No

The student has Limited English Proficiency ☒ Yes ☐ No. The student's needs are being met through ☒ ESE ☐ Other _____

The IEP reflects
ITP goals: ☐ YES ☐ NO ☒ N/A

**Modifications:** Exempt from CTBS testing – Student's math & language/reading skills would make it frustrating for student.

## PARTICIPATION IN REGULAR OR VOCATIONAL PROGRAM(S):

| AREA(S) | EXTENT OF PARTICIPATION | SPECIAL AIDS, SERVICES OR EQUIPMENT | QUALIFIES FOR MAINSTREAM COST FACTOR |
|---|---|---|---|
| Electives | 1-3 classes | none | no |
|  |  |  |  |
|  |  |  |  |

**Physical Education:** ☒ Regular ☐ Adaptive ☐ Modified (Specify): _____

**COMMENTS:** Classes meet per block schedule – Behavior Management form attached –

White Copy:   School File          Yellow Copy:  ESE Coordinator       A-000403       Pink Copy:  Parents          Goldenrod Copy:   Working Folder
PBSD 0659C (Rev. 11/91)

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 30 of 125

## Legend for Abbreviations

### Delivery Models

C: Consultative Model
Involves services provided to teachers to facilitate successful functioning of students in regular and other Exceptional Student Education (ESE); this is a form of indirect service.

PO: Pull-Out Services.
Students are taken from classes to receive special instruction in ESE which is supportive in nature. Scheduling may vary. Students may be seen at the same time each day, every day, or on selected days; they may also be seen at different times during the day or week.

ICD: In-Classroom Direct Services.
The ESE professional goes into a classroom to work with a student directly. Activities may involve co-teaching, probing and monitoring work with students, or individual or small group work with ESE students.

SC: Support Class.
This model involves a regularly scheduled class which serves to support the regular curriculum, but does not take the place of basic instruction.

EI: Essential Instruction Model
This is a category of direct service in which primary instruction in content areas is delivered through ESE.

### Curriculum

(1) Regular Curriculum Objectives. Students are taught Unified Curriculum (UC) objectives with alternative methods by ESE Professionals.

(2) ESE Curriculum. Students are taught alternative curriculum objectives which may be adaptations from regular education curriculum or different types of objectives, which in many instances may represent a more functional approach.

A-000404

# ENSURING LEAST RESTRICTIVE ENVIRONMENT (LRE)

STUDENT NAME Ricardo Sanchee   SCHOOL Conniston

INSTRUCTIONS:   Complete this list **EVERY** time an IEP is written. The questions are to be answered **AFTER** the goals and objectives are written and **BEFORE** the number of minutes in education is decided.

(Y)   N   1. Do the student's annual goals and short term objectives appropriately meet the academic, social, emotional, physical and career needs of the student?

(Y)   N   2. Has the student's needs for interaction with nondisabled students been appropriately considered?

(Y)   N   3. Does the proposed placement provide for interaction with nondisabled students through academic, nonacademic, or extra curricular activities?

(Y)   N   4. Is the amount and type of interaction indicated on the IEP?

Y   (N)   5. Can the IEP goals be achieved in a regular class placement with or without modifications? If NO, then

Y   (N)   6. Can the IEP goals be achieved in a regular class placement with in-class direct services?

Y   (N)   7. Can the IEP goals be achieved in a resource model placement? If NO, then

(Y)   N   8. Can the IEP goals be achieved in a special class on a regular campus? If NO, then

Y   N   9. Can the IEP goals be achieved in a special school? If NO, then

Y   N   10. Can the IEP goals be achieved in a residential school? If NO, then

( Y   N   11. Can the IEP goals be achieved in a special class in a hospital or facility operated by a noneducational agency? If NO, then

Y   N   12. Can the IEP goals be achieved through instruction in a hospital or home?

(Y)   N   13. Will the student be educated in the school he or she would attend if nondisabled?

Y   N   If NO, will the student attend the school closest to their home.

(Y)   N   14. Is the placement decision based on the student's IEP and individual instructional needs?

15. Harmful effects in a less restrictive setting have been reviewed and include:
_____ academic failure _____

(Y)   N   16. Consideration has been given to Rule 6A-6.03411(2)(A), FAC, which states that "segregation of exceptional students occurs only when the nature or severity of the exceptionality is such that education in regular classes with the use of supplementary aids services cannot be achieved satisfactorily."

Participants:
Lynn Retter   3/26/96
Name   ESE Coordinator   Date

Clarice Sherman   3/26/96
Name   ESE TEACHER   Date

Wanda Lee   3/26/96
Name   ESE Teacher   Date

_____   _____
Name   Date

_____   _____
Name   Date

_____   _____
Name   Date

A-000405

To the parent of: Ricardo Sanchez     Date: 3/26/96

School: Conniston

The following are Category 1 behavior management procedures that may be used in the classroom and will be discussed during the IEP meeting:

1. **Response cost:** Student loses a privilege or reward for exhibiting inappropriate behavior.

2. **Contingent observation:** Requires the student to observe other students receive rewards which s/he doesn't receive due to his/her inappropriate behavior.

3. **Nonexclusion Time Out:** Student observes ongoing activity, but does not participate (eg. turn seat away from activity).

4. **Exclusion Time Out:** Student is excluded from participating and observing classroom activities without removal from the classroom (eg. desk is away from the activity or in another part of the room).

5. **Isolation Time Out:** Student is placed in a separate, supervised area (conference room, office). S/He is not allowed to talk or do work.

6. **Overcorrection:** Requires the student not only to correct results of his/her misbehavior but also to improve results (eg. If student knocks over his/her desk, s/he is required to straighten his/her desk plus the others in the classroom).

Palm Beach County School District Directive 5.235 requires parental notification of Category 1 procedures. The parent can waive the right of notification. If you cannot attend the IEP meeting and would like the school to go ahead with the meeting, please complete and return this form.

| | |
|---|---|
| ✓ | I waive notification of Category 1 procedures. |
| | I request notification of Category 1 procedures: |

(check 1):     ____daily____weekly____monthly____other:_____

(check 1):     ____through written note____by phone call

Comments: Parent gave permission over telephone - 3/26/96 via translater Doris Propst.

Signature of parent: _____     Date: Lynn Kettler
ESE Coordinator

26

★ ENSURING LEAST RESTRICTIVE ENVIRONMENT ★

STUDENT NAME: _Ricardo Sanchez_   SCHOOL: _okeeheelee_

Florida State Rule 6A-6.03411(2)(A), FAC states that "segregation of exceptional students occurs only when the nature or severity of the exceptionality is such that education in regular classes with the use of supplementary aids or services cannot be achieved satisfactorily."

INSTRUCTIONS: Complete this list EVERY time an IEP is written. The questions are to be answered AFTER the goals and objectives are written and BEFORE the number of minutes in special or regular education is decided.

(Y)   N   1.   Do the annual goals and short term instructional objectives appropriately address the student's academic, social, emotional, physical and career needs?

(Y)   N   2.   Has the student's need for interaction with non-disabled students been appropriately considered?

(Y)   N   3.   Does the proposed placement provide for interaction with non-disabled students through academic, non-academic, or extra curricular activities?

(Y)   N   4.   Is the amount and type of interaction indicated on the IEP?

(5.)   The IEP goals can be achieved in a:

_____ Regular classroom, with or without modifications

_____ Resource model class

_✓_ Special class on a regular campus

_____ Special school

_____ Residential school

_____ Special class in a hospital or facility operated by a non-educational agency

_____ Instruction in a hospital or student's home

(Y)   N   6.   Will the student be educated in the school he/she would attend if non-disabled?
Y   N        If no, will the student attend the school closest to their home which has the appropriate program?

(Y)   N   7.   Is the placement decision based on the student's IEP and individual instructional needs?

8.   Harmful effects in a less restrictive setting have been reviewed and include:

_____

_____

Participants:

| Signature | Date | Signature | Date |
|---|---|---|---|
| _[signature]_ | 3/19/98 | | |
| _Deb Smith_ | 3/19/18 | | |
| _[signature]_ | 3-19-98 | | |

A-000407

2/20/00

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 34 of 125

# Matrix of Services

Student Name: _____

## Domain A—Curriculum and Learning Environment

| Level | Services |
|---|---|
| **Level 1** ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ☑ Requires simple adaptations to curriculum or learning environment | ___ Adaptation to the general curriculum <br> ___ Curriculum compacting <br> ___ Electronic tools (e.g., tape recorders, word processors) <br> ___ Adapted textbooks, materials (e.g., large print, Braille, audio format) <br> ✓ Modified assessment procedures/materials <br> ___ Specially prepared notes, materials <br> ___ Referrals to agencies <br> ___ Consultation on a monthly basis with teachers, family, agencies, or others |
| **Level 3** ☑ Requires modified curriculum and/or learning environment | ___ Differentiated curriculum <br> ✓ Modifications to curriculum content, process, product <br> ✓ Specialized instructional approaches <br> ___ Low-vision aids or use of electronic tools with assistance <br> ___ Alternate textbooks, materials, assessments, or equipment <br> ___ Special assistance in mainstream requiring weekly consultation <br> ___ Assistance for some learning activities <br> ✓ Direct, specialized instruction and/or curriculum for some learning activities <br> ___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☑ Requires different curriculum and/or extensive modification to learning environment | ___ Extensive creation of special materials <br> ✓ Direct, specialized instruction and/or curriculum for the majority of learning activities <br> ___ Instruction delivered within the community <br> ✓ Assistance for the majority of learning activities (e.g., low pupil-teacher ratio) <br> ___ Use of assistive technology with supervision for majority of learning activities |
| **Level 5** ☐ Requires different curriculum and substantial modifications to learning environment | ___ Instruction in reading Braille <br> ___ Intensive curriculum or instructional approach for most learning activities (e.g., supported employment, very small group, or one-to-one assistance) <br> ___ Group instruction at home or hospital (e.g., teleclass) <br> ___ Individual instruction at home or hospital <br> ___ Ongoing, continuous assistance for participation in learning activities |

Domain A Rating: __4__

## Domain B—Social/Emotional Behavior

| Level | Services |
|---|---|
| **Level 1** ☑ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ☑ Requires periodic assistance and/or behavior management | ___ Consultation on a monthly basis with teachers, family, agencies, or others <br> ✓ Specialized training in self-advocacy and understanding of exceptionality <br> ✓ Special behavior system in general class <br> ___ Monthly counseling or guidance <br> ___ Monthly assessment of behavior or social skills |
| **Level 3** ☑ Requires weekly personal assistance, behavior management, or intervention | ✓ Small group training in social skills, self-regulatory behavior, self-advocacy, conflict resolution, dealing with authority, and socialization <br> ___ Weekly counseling or guidance <br> ___ Behavior contract, including behavior outside the classroom (e.g., lunch, bus, home) <br> ___ Weekly family counseling, assessment, interventions <br> ___ Referral and follow-up for transitions to and from community-based programs <br> ✓ Weekly assessment of behavior as part of special behavior system <br> ___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☐ Requires daily personal assistance, monitoring, and/or intervention | ___ Highly structured behavior management plan infused throughout the school day <br> ___ Daily counseling or specific instruction on social or emotional behavior (e.g., self-regulatory behavior, self-advocacy, conflict resolution, dealing with authority, socialization) <br> ___ Daily reports to family, agencies, or others |
| **Level 5** ☐ Requires continuous personal assistance, monitoring, and intervention | ___ Intensive, individualized behavior management plan that requires very small group or one-on-one intervention <br> ___ Therapeutic treatment infused throughout the educational program <br> ___ Wraparound services for up to 24-hour care |

Domain B Rating: __1__

A-000408

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 35 of 125

Florida Department of Education

# Matrix of Services
*For funding under the Florida Education Finance Program*

1/97

| Total of Ratings: | |
|---|---|
| Cost Factor: | |

## Student Information

District: _RB_

Date Completed: _3/19/98_

Student Name: _Ricardo Sanchez_

Student ID: _1304185O_

Date of Birth: _[redacted]/93_ Grade: _8_

School: _okeechobee_

Total Minutes in School Week: _1,950_

Minutes per Week with Non-ESE Persons: _260_

Names of Persons Completing Matrix:

_____   _____

_____   _____

_Deb Smith_   _____

**Areas of Eligibility** (Put a "P" next to the primary exceptionality. Check all others that apply.)

| | | Data Entry Code |
|---|---|---|
| — | Autistic | P |
| — | Deaf or Hard of Hearing | H |
| — | Developmentally Delayed (Age: 0-5) | T |
| — | Dual-Sensory Impaired | O |
| — | Educable Mentally Handicapped | A |
| — | Emotionally Handicapped | J |
| — | Established Conditions (Age: 0-2) | U |
| — | Gifted | L |
| — | Hospital/Homebound | M |
| — | Language Impaired | G |
| — | Occupational Therapy | D |
| — | Orthopedically Impaired | C |
| — | Other Health Impaired | V |
| — | Physical Therapy | E |
| — | Profoundly Mentally Handicapped | N |
| — | Severely Emotionally Disturbed | Q |
| ✓ | Specific Learning Disabled | K |
| — | Speech Impaired | F |
| — | Trainable Mentally Handicapped | B |
| — | Traumatic Brain Injured | S |
| — | Visually Impaired | I |

## Instructions

1. Complete student information section.
2. Check all appropriate services or supports to be provided by the school district to the student in Domains A through E.
3. Mark the appropriate level (1 through 5) for each domain and record this level at the bottom of each domain.
4. Check applicable special considerations, if any, and record total special considerations rating.
5. Total the five domain ratings, sum the total of domain ratings and special considerations rating, and record the total in the box at the top of this page.
6. Determine the cost factor using the cost factor scale on the final page and record it the box at the top of this page.

A-000409

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 36 of 125

# Matrix of Services

Student Name: _____

## Domain C—Independent Functioning

| Level | Description |
|---|---|
| Level 1 ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
| Level 2 ☑<br><br>Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal assistance with materials or equipment<br>___ Consultation on a monthly basis with teachers, family, therapists, service coordinator, or others<br>___ Organizational strategies or adaptations for independent functioning<br>___ Special equipment, furniture, strategies, or adaptations for motor control in the classroom |
| Level 3 ☑<br><br>Requires weekly personal assistance, monitoring, and/or intervention | ___ Specially designed organizational strategies or adaptations for independent functioning<br>___ Supervision to ensure physical safety during some activities<br>___ Weekly training in self-monitoring of independent living skills<br>___ Weekly monitoring of, or assistance with, independent living skills, materials, or equipment<br>___ Collaboration with teachers, family, agencies, or others |
| Level 4 ☐<br><br>Requires daily personal assistance, monitoring, and/or intervention | ___ Supervision to ensure physical safety during most activities<br>___ Personal assistance or supervision in activities of daily living, self-care, and self-management for part of the day<br>___ Special equipment/assistive technology for personal care with frequent assistance<br>___ Regularly scheduled occupational therapy, physical therapy, or orientation and mobility training |
| Level 5 ☐<br><br>Requires continuous personal assistance, monitoring, and/or intervention | ___ Continuous supervision to ensure physical safety<br>___ Personal assistance or supervision in activities of daily living, self-care, and self-management for most or all of the day<br>___ Occupational therapy, physical therapy, or orientation and mobility training more than once a week<br>___ Multiple therapies and services (physical therapy, occupational therapy, or orientation and mobility training) |

Domain C Rating: ___

## Domain D—Health Care

| Level | Description |
|---|---|
| Level 1 ☑ | ___ Requires no services or assistance beyond that which is normally available to all students |
| Level 2 ☐<br><br>Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal health care assistance<br>___ Consultation on a monthly basis with teachers, family, agencies, or others<br>___ Monthly monitoring of health status, procedures, or medication<br>___ Specialized administration of medication<br>___ Monthly assistance with agency referrals/coordination |
| Level 3 ☐<br><br>Requires weekly personal assistance, monitoring, and/or intervention | ___ Weekly monitoring or assessment of health status, procedures, or medication<br>___ Weekly counseling with student or family for related health care needs<br>___ Weekly communication with family, physician, agencies, or other health-related personnel<br>___ Intrusive/specialized administration of medication (e.g., Epi-pen injections, suppositories)<br>___ Collaboration with family, physicians, agencies, or others |
| Level 4 ☐<br><br>Requires daily personal assistance, monitoring, and/or intervention | ___ Daily assistance with, or monitoring and assessment of, health status, procedures, or medication<br>___ Daily assistance with, or monitoring of, equipment related to health care needs<br>___ Administration of parenteral medication<br>___ Daily communication with family, physician, agencies, or other health-related personnel |
| Level 5 ☐<br><br>Requires continuous personal assistance or monitoring and multiple interventions | ___ Daily assistance with procedures such as catheterization, suctioning, tube feeding, or other school health services<br>___ Continuous monitoring and assistance related to health care needs |

Domain D Rating: ___/___

A-000410

# Matrix of Services

## Domain E—Communication

| Level | Description |
|---|---|
| Level 1 ☑ | ___ Requires no services or assistance beyond that which is normally available to all students |
| Level 2 ☐<br><br>Requires periodic assistance and/or minor interventions | ___ Monthly assistance with communication<br>___ Occasional assistance with personal amplification or communication system<br>___ Consultation on a monthly basis with teachers, family, agencies, or others |
| Level 3 ☐<br><br>Requires weekly intervention and/or assistance which may include alternative and augmentative communication systems | ___ Weekly intervention or assistance with language or communication<br>___ Weekly speech/language therapy or instruction<br>___ Weekly assistance with personal amplification or communication system<br>___ Weekly supervision of augmentative or alternative communication systems<br>___ Collaboration with teachers, family, agencies, or others |
| Level 4 ☐<br><br>Requires daily intervention and/or assistance which may include alternative and augmentative communication systems | ___ Daily assistance and/or instruction with communication equipment (e.g., augmentative or alternative communication systems)<br>___ Daily integrated intervention and assistance related to communication needs<br>___ Instruction in sign language for use as the primary method of communication<br>___ Interpreting services for part of the school day |
| Level 5 ☐<br><br>Requires multiple interventions and assistance which may include alternative and augmentative communication systems | ___ Continuous assistance and/or instruction with communication equipment (e.g., augmentative or alternative communication systems)<br>___ Interpreting services for most or all of the school day<br>___ Multiple, continuous interventions to replace ineffective communication (e.g., selective mutism, echolalia) and establish appropriate communication |

Domain E Rating: ___

Student Name: _____

## Special Considerations:

___ Add 13 points for students eligible for the hospital/homebound program who are receiving individual instruction at home or at a hospital.

___ Add 13 points for prekindergarten children with disabilities who are being served in the home or hospital on a one-to-one basis.

___ Add 3 points for prekindergarten students earning less than .5 FTE during an FTE survey period.

___ Add 8 points for students identified as visually impaired or dual-sensory impaired.

___ Add 3 points for students in high-cost vocational programs as specified by the Department of Education.

## Special Considerations Rating: ___

Total of Domain Ratings: ___

Special Considerations Rating: ___

Total of Ratings: ___

### Cost Factor Scale

| Total of Ratings | | Cost Factor |
|---|---|---|
| 6 - 9 | = | 251 |
| 10 - 13 | = | 252 |
| 14 - 17 | = | 253 |
| 18 - 21 | = | 254 |
| 22 + | = | 255 |

A-000411

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 38 of 125

# Matrix of Services

Student Name: _____

## Domain C—Independent Functioning

| Level | Description |
|---|---|
| Level 1 ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
| Level 2 ☑ | ___ Monthly personal assistance with materials or equipment |
| Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Consultation on a monthly basis with teachers, family, therapists, service coordinator, or others |
| | ___ Organizational strategies or adaptations for independent functioning |
| | ___ Special equipment, furniture, strategies, or adaptations for motor control in the classroom |
| Level 3 ☑ | ___ Specially designed organizational strategies or adaptations for independent functioning |
| Requires weekly personal assistance, monitoring, and/or intervention | ___ Supervision to ensure physical safety during some activities |
| | ___ Weekly training in self-monitoring of independent living skills |
| | ___ Weekly monitoring of, or assistance with, independent living skills, materials, or equipment |
| | ___ Collaboration with teachers, family, agencies, or others |
| Level 4 ☐ | ___ Supervision to ensure physical safety during most activities |
| Requires daily personal assistance, monitoring, and/or intervention | ___ Personal assistance or supervision in activities of daily living, self-care, and self-management for part of the day |
| | ___ Special equipment/assistive technology for personal care with frequent assistance |
| | ___ Regularly scheduled occupational therapy, physical therapy, or orientation and mobility training |
| Level 5 ☐ | ___ Continuous supervision to ensure physical safety |
| Requires continuous personal assistance, monitoring, and/or intervention | ___ Personal assistance or supervision in activities of daily living, self-care, and self-management for most or all of the day |
| | ___ Occupational therapy, physical therapy, or orientation and mobility training more than once a week |
| | ___ Multiple therapies and services (physical therapy, occupational therapy, or orientation and mobility training) |

Domain C Rating: ___

## Domain D—Health Care

| Level | Description |
|---|---|
| Level 1 ☑ | ___ Requires no services or assistance beyond that which is normally available to all students |
| Level 2 ☐ | ___ Monthly personal health care assistance |
| Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Consultation on a monthly basis with teachers, family, agencies, or others |
| | ___ Monthly monitoring of health status, procedures, or medication |
| | ___ Specialized administration of medication |
| | ___ Monthly assistance with agency referrals/coordination |
| Level 3 ☐ | ___ Weekly monitoring or assessment of health status, procedures, or medication |
| Requires weekly personal assistance, monitoring, and/or intervention | ___ Weekly counseling with student or family for related health care needs |
| | ___ Weekly communication with family, physician, agencies, or other health-related personnel |
| | ___ Intrusive/specialized administration of medication (e.g., Epi-pen injections, suppositories) |
| | ___ Collaboration with family, physicians, agencies, or others |
| Level 4 ☐ | ___ Daily assistance with, or monitoring and assessment of, health status, procedures, or medication |
| Requires daily personal assistance, monitoring, and/or intervention | ___ Daily assistance with, or monitoring of, equipment related to health care needs |
| | ___ Administration of parenteral medication |
| | ___ Daily communication with family, physician, agencies, or other health-related personnel |
| Level 5 ☐ | ___ Daily assistance with procedures such as catheterization, suctioning, tube feeding, or other school health services |
| Requires continuous personal assistance or monitoring and multiple interventions | ___ Continuous monitoring and assistance related to health care needs |

Domain D Rating: _1_

A-000412



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
**Parent Participation Notification**

STUDENT NUMBER: 1 3 0 4 1 8 5 0

**I. To the Parent(s)/Guardian(s) of:**

STUDENT NAME: Ricardo Sanchez

DATE OF BIRTH: ██ 1/19 ██   SEX: M

SCHOOL: Palm Beach Lakes

GRADE: 9   CURRENT DATE: 03 10 9 1/19 99

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

**II. A meeting has been scheduled at** Palm Beach Lakes **on** 3 16 99 **at** 7:00.

**III. The purposes of this meeting is:**

1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results.
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☒ The opportunity to develop the Individual Educational Plan (IEP) for your child.
5. ☐ The opportunity to develop an Educational Plan (EP) for your child.

6. ☐ The opportunity to determine the appropriate educational program/placement for your child.
7. ☐ The identification of post-school outcomes and transition services your child may need.
8. ☐ The opportunity to review reevaluation needs.
9. ☐ Other: _____

**IV. The following people\* have been invited to participate in this meeting:**

| Name: | Position: |
|---|---|
| Z. Miller | Teacher |
| Marshall | Teacher |
| Schillter | Teacher |
| Forna | Teacher |
| | |
| | |

\* *Note: When school to post-school transition services are being considered, your child will be invited.*

**V. For further information about the meeting or to reschedule, please call:** Z. Miller

at (561) 640-5019 between the hours of 7:30 and 2:00.

**VI. Parent section:** (KEEP A COPY FOR YOUR RECORDS)

Please check one of the following and return this form to: _____

1. ☐ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: ___/___/___ at ___:___
3. ☐ I am unable to attend, but give my permission for:
   (a) the Individual Education Plan (IEP) to be written and reviewed with me at my request, and/or
   (b) the placement staffing to take place without my presence.
   (c) _____ meeting to take place without my presence

4. I plan to bring (name) _____ to the meeting with me.

5. Comments: _____

SIGNATURE OF PARENT OR GUARDIAN   DATE   ( ) - HOME PHONE   ( ) - BUSINESS PHONE

**VII. Record of Contact Attempts:** (OFFICE USE)   Contact Attempts Made By: _____

1. Date: 3 / 9 / 99   Type: PPN   Results: Sent home
   3/16/99   Phone call - no response

A-000413

Page 1 of ____



# The School District of Palm Beach County
## Individual Educational Plan

Total of Domain Ratings: _10_
Matrix Cost Factor: _252_

Initial.....☐   Annual....☒
Other _____ ☐

| | |
|---|---|
| Student's Legal Name: Ricardo Sanchez | Current Date: 3 / 18 / 99 |
| Student Number: 1304 1850 | Date of Birth: ███████ |
| Current School: Palm Beach Lakes | Three Year Re-Eval: __/__/__ |
| SAC School (if different): ——— Assigned Grade: _____ | IEP Due Date: 3 / 18 / 99 |

Procedural Safeguards have been explained. Yes ☐ No ☐ Explain:_____   Parent/Guardian Initials _____
Student has Limited English Proficiency. Yes ☐ No ☐ If Yes, student's needs are met through ESE ☐ Other ☐
If other, explain: _____

### Areas of Eligibility

Primary Exceptionality [K]

| | | | | | |
|---|---|---|---|---|---|
| ___ A | Educably Mentally Handicapped | ___ H | Deaf or Hard of Hearing | ___ O | Dual-Sensory Impaired |
| ___ B | Trainable Mentally Handicapped | ___ I | Visually Impaired | ___ P | Autistic |
| ___ C | Orthopedically Impaired | ___ J | Emotionally Handicapped | ___ Q | Severely Emotionally Disturbed |
| ___ D | Occupational Therapy | _✓_ K | Specific Learning Disabled | ___ S | Traumatic Brain Injured |
| ___ E | Physical Therapy | ___ L | Gifted | ___ T | Developmentally Delayed (Age: 0-5) |
| ___ F | Speech Impaired  F  V  A | ___ M | Hospital/Homebound | ___ U | Established Conditions (Age: 0-2) |
| ___ G | Language Impaired | ___ N | Profoundly Mentally Handicapped | ___ V | Other Health Impaired |

### In Attendance at the IEP Meeting and Participating in the Development of the IEP

| | | | | |
|---|---|---|---|---|
| Parent/Guardian Signature | Date | Zenetta Mille  Instructional Staff Signature | Title | 3/18/99  Date |
| Parent/Guardian Signature | Date | Brian T. Poe  Instructional Staff Signature | ESE TEACHER  Title | 3/18/99  Date |
| Ricardo Sanchez  Student Signature | 3/18/99  Date | R. Mau  Instructional Staff Signature | Title | 3/18/99  Date |
| Kerry Silverman  LEA/Representative Signature | ESE Coordinator/Evaluator  Title | 3/18/99  Date | Instructional Staff Signature | VE TEACHER  Title  3/18/99  Date |
| Evaluator/Other Signature | Title | Date | Other Signature | Title  3/18/99  Date |
| District ESE Representative Signature | Title | Date | Other Signature | Title  Date |

Comments: _____

_____

_____

_____

_____

IEP read by (Signature/Date): _____

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 41 of 125

Student Name: Ricardo Sanchez   ID#: 1304/850   Date: 3-18-99   PAGE ____ of ____

DOMAIN: Academic /Task Related

Present Level of Performance: Due to Ricardo's learning disability he has trouble being organized. He is a hard worker, polite and cooperative.

Annual Goal: Ricardo will be better organized by maintaining a class notebook, study for test & turn in all assignments.

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo ____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| 1) Keep a separate notebook for each class | Ricardo | 9 out of 10 assignment | through observation, grade notebook check | |
| 2) Continue to turn in all assignments. | | 80% of assignments turned in as stated in grade book. | | |
| 3) Study for tests | | | as noted in gradebook/grades | |
| 4) maintain a c or better on all assignments & tests | ✓ | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PBSD 0659B (NEW 11/91)   White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working Folder

A-000415

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 42 of 125

Student Name _Ricardo Sanchez_  ID# _1304/850_  Date _3-18-99_  Page ___ of ___

## Transition IEP Planning

Desired Postschool Outcome Statement (Consider the following: postsecondary education and/or vocational training, employment/career, community participation, and independent living):

_Ricardo has a desire to become a construction worker_

Check each activity area (domain) to be addressed through an annual goal and short-term objectives:

The Transition IEP Team believes that no services are needed at this time in the following activity area(s)** because:

☒ Instruction .........................................

☒ Community Experiences .................... _recieves through family_

☒ Employment ...................................... _Will needed services to help him find a job_

☐ Postschool Adult Living ................... _Will not need assistance in finding a place to live_

☐ *Daily Living Skills

☐ *Functional Vocational Assessment

** No rationale statement is required for a team decision not to address Daily Living Skills or Functional Vocational Evaluation

PBSD 0659B (REV. 3/97)  
WAREHOUSE NO. 01-9976

White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: Working folder

A-000416

## Transition IEP Planning

For all students with disabilities, grades 9-12, or 16 years of age (regardless of grade), transition planning and services need to be addressed as part of the annual Individual Educational Planning process.

<u>Desired Postschool Outcome</u>

A desired postschool outcome statement is a vision for a student for projecting one to three years after the student graduates. The outcome statement is very important because it establishes the direction for the rest of the Transition IEP. Relevant annual goals and meaningful objectives are generated from a clear vision of where the student wants to live, work, and participate in the community.

The Transition IEP addresses each of the activity areas (domains) contained in the student's desired postschool outcome statement, as well as any others deemed appropriate (i.e., daily living skills, functional vocational assessment). For each activity area (domain), a statement of the student's present level of performance relative to the desired postschool outcome is written, as is an annual goal aimed at eliminating the discrepancy between the student's desired outcome and present level of performance, plus short-term objectives specifying any transition services and/or skills needed during the next year to assist him/her to achieve the goal.

PBSD 0659B (REV. 3/97)
WAREHOUSE NO. 01-9976

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 44 of 125

Student Name: Ricard Sanchez     ID#: 130918 50     Date: 3-18-99

| | **ANTICIPATED NEED FOR POSTSCHOOL SERVICES FROM ADULT SERVICE PROVIDERS** | | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Adult Services | X | Action Needed This Year | Code | Adult Services | X | Action Needed This Year |
| A | **Postsecondary Education & Training** | | | C | **Living Situation** | | |
| A1 | College or University (Supported living) | | | C2 | Semi-independent | | |
| A2 | Community College | | | C3 | Dependent | | |
| A3 | Vocational Technical Centers | | | D | **Employment** | | |
| A4 | Adult & Community Education | | | D1 | Competitive | | |
| B1 | Vocational Competitive | X | fill out application assisted by tran Siton specialist | D2 | Individual Supported | | |
| A5 | Developmental Training Program | | | D3 | Mobile Work Crew | | |
| B | **Adult Living Services** | | | D4 | Enclave | | |
| B2 | Medical Adjustment | | | D5 | Extended Work | | |
| B3 | Psychological Participation | | | E | **Community** | | |
| B4 | Financial Management | | | E1 | Leisure/Recreation | | |
| B5 | Advocacy Services | | | E3 | Community Access | | |
| B6 | Family Services | | | E6 | Other [Specify] | | go to media Center & Research Careers |
| B7 | Case Management | | | | | | |

*  See reverse side for definitions of **ADULT SERVICES**

PBSD 0659D (REV. 3/97)     White Copy: School File     Yellow Copy: ESE Coordinator     Pink Copy: Parents     Goldenrod Copy: Working Folder
WAREHOUSE NO. 01-9978

A-000418

## A. Postsecondary Education and Training

A1. <u>College or University</u> - a four year or more postsecondary educational institution in which an individual would seek a degree.

A2. <u>Community College</u> - a two year postsecondary institution in which an individual would seek an Associate in Arts (AA) or Associate in Science (AS) degree.

A3. <u>Vocational Technical Centers</u> - a vocational training institution in which an individual would seek a certificate in an occupational area or complete sufficient competencies to leave with marketable skills.

A4. <u>Adult and Community Education</u> - postsecondary educational programs in which an individual could take courses for high school credit leading to award of a high school diploma, receive general educational development (GED) test instruction, vocational preparatory instruction, college preparatory instruction, or take classes to meet the lifelong needs for the individual.

B1. <u>Vocational</u> - services needed to prepare for, find, and maintain employment, including vocational assessment, on-the-job training, work adjustment training, job placement, and job coaching.

A5. <u>Developmental Training Program</u> - a postsecondary day program for persons with disabilities in which skills for daily living, independent living, and community participation are developed, maintained or enhanced.

## B. Adult Living Series

B2. <u>Medical</u> - services needed to correct, modify, and/or manage a physical or mental condition, including psychiatric services and therapies as described.

B3. <u>Psychological</u> - services, including testing, counseling, and guidance, needed to assist an individual in identifying aptitudes and personality characteristics and in adjusting to adult life roles.

B4. <u>Financial Management</u> - assistance with management of financial resources the individual needs to benefit from community participation.

B5. <u>Advocacy Services</u> - services on behalf of an individual or family in order to protect the human and constitutional rights of the individual with a disability.

B6. <u>Family Services</u> - services to the family members of an individual with a disability that assist them and the individual in any aspect of adult life, especially respite care services.

B7. <u>Case Management</u> - assistance with the ongoing coordination and management of an individual's supports and services.

## C. Living Situation

C2. <u>Semi-independent (Supported living)</u> - intermittent supports and services that assist an individual to live with parents, alone, or with a roommate.

C3. <u>Dependent</u> - ongoing (24 hour) supervision, supports and services that assist an individual living with family (e.g. group home, supervised apartment).

## D. Employment

D1. <u>Competitive</u> - full or part time jobs in the community with ongoing supports and with wages consistent with the Fair Labor Standards Act.

D2. <u>Individual Supported Competitive</u> - full or part time jobs in the community with ongoing supports and services and with wages consistent with the Fair Labor Standards Act. Includes job coaching and or follow along.

D3. <u>Mobile Work Crew</u> - a small group of no more than eight persons with disabilities working with the support of a crew supervisor, working at various job sites in the community, and at wages consistent with the Fair Labor Standards Act.

D4. <u>Enclave</u> - small group of no more than eight persons with disabilities under supervision in a community business and at wages consistent with the Fair Labor Standards Act.

D5. <u>Extended Work Adjustment</u> - employment in integrated or segregated work settings designed specifically for persons with disabilities.

## E. Community Participation

E1. <u>Leisure/Recreation</u> - activities in which an individual participates for enjoyment and/or physical well being.

E2. <u>Community Access</u> - supports and services needed to assist an individual travel to and from employment, leisure activities, and other community services and activities.

E6. <u>Other</u> - supports and services needed to maintain the individual in the community (e.g., interpreter services, reader services, notetaker, assistive technology, modification/adaptations to environment).

A-000419

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 46 of 125

Student's Name: _Ricardo Sanchez_ Student Number: _13041 850_ Date: _3-18-99_ Page ___ of ___

Student goals and objectives yield the following service needs with segregation of the student occurring "only when the nature and severity of the exceptionality is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily." Rule 6A-6.03411(2)(A), FAC. It is necessary for the IEP committee to document Least Restrictive Environment (LRE) considerations.

## Curriculum Areas

| Curriculum | | Regular | Modified Regular | ESE | Amount of participation |
|---|---|---|---|---|---|
| Math, English, Science | ☐ Regular | ☐ Modified Regular | ☑ ESE | with nondisabled peers. |
| Soc. Studies | ☐ Regular | ☐ Modified Regular | ☑ ESE | (Indicate amount of time) |
| Employability Skills | ☐ Regular | ☐ Modified Regular | ☑ ESE | |
| Electives | ☑ Regular | ☐ Modified Regular | ☐ ESE | Total ~~~~ |
| Basketball, Production Tech | ☑ Regular | ☐ Modified Regular | ☐ ESE | |

**The IEP addresses Post-Secondary Transition?**
☑ YES ☐ N/A

**Diploma Option**
☐ Regular ☑ ESE ☐ N/A

## Services

| Dates | What? | How Often? | Where? | By Whom? |
|---|---|---|---|---|
| ~~~~ | Direct specialized instruction and/cur- riculum for the majority of learning activity | daily | ESE classroom | ESE teacher |
| ~~~~ | Assistance for the majority of learning activity. | ↓ | ↓ | |
| 3/19/99-6/99 8/99 to 3/17/00 | Extended time on test as needed | | Classroom | ↓ |
| to | | | | |

### Standardized Testing

**Math**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain____ | ☐ | ☐ | ☐ |
| HSCT Explain____ | ☐ | ☐ | ☐ |
| FCAT Explain____ | ☐ | ☐ | ☐ |
| Other Explain____ | ☐ | ☐ | ☐ |

## Modifications

| | | | | |
|---|---|---|---|---|
| to | None needed | | | |
| to | | | | |
| to | | | | |

**Communication**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain____ | ☐ | ☑ | ☐ |
| HSCT Explain____ | ☐ | ☐ | ☐ |
| FCAT Explain____ | ☐ | ☐ | ☐ |

## Related Services

| | | | | |
|---|---|---|---|---|
| to | None needed | | | |
| to | | | | |

| FW Explain____ | ☐ | ☐ | ☐ |
| Other Explain____ | ☐ | ☐ | ☐ |

## Assistive Technology / Equipment

| Type of Equipment | General Purpose | When Used |
|---|---|---|
| Sufficient technology exists within the Classroom. | | |

PBSD 0659E (REV. 02/97)
WAREHOUSE NO. 01-9979

White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: Working Folder

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 47 of 125

Student's Name: _Ricardo Sanchez_    Student Number: _13041850_   Date: _3-18-99_ Page ___ of ___

**An explanation of the extent, if any, to which the student will participate with <u>disabled</u> students outside of the regular class.**

_Math, English, Science_
_Soc. Studies, Exploratory_
_skill_
_____
_____

Time: _____

**Transportation**
Transportation needs of the student have been considered.
(check all that apply)

- [x] No Special Services Needed
- [ ] A Medical Equipment
- [ ] B Medical Condition
- [ ] C Aide/monitor required
- [ ] D Shortened day
- [ ] Other (explain) _____

**Transition IEP Planning (14 &15 year olds)**

Desired Postschool Outcome Statement (Consider the following: postsecondary education and/or vocational training, employment/ career, community participation, and independent living):

_N/A_

0659F (NEW 2/25/98)  Warehouse Number 01-9980  WHITE · School File

**State or Districtwide Assessment:**

ASSESSMENT: _FCAT_ _____ AREA(S): _____
- [ ] Standard Administration
- [ ] Modification (describe) _____
- [x] Exempted (rationale) _limited cognitive ability_
- [ ] Alternative Assessment(s) (describe) _____

ASSESSMENT: _Florida Writes_ AREA(S): _____
- [ ] Standard Administration
- [ ] Modification (describe) _____
- [x] Exempted (rationale) _limited cognitive ability_
- [ ] Alternative Assessment(s) (describe) _____

ASSESSMENT: _CTBS_ _____ AREA(S): _____
- [ ] Standard Administration
- [ ] Modification (describe) _____
- [x] Exempted (rationale) _limited cognitive ability_
- [ ] Alternative Assessment(s) (describe) _____

- [x] The behavioral needs of the student have been considered.
- [x] The communication needs of the student have been considered.
- [x] Extended School Year (ESY) has been considered.

A-000421
YELLOW - ESE Coordinator    PINK - Parents

Student Name: Ricardo Sanchez   ID#: 13041850   Date: 3-18-99

## ANTICIPATED NEED FOR POSTSCHOOL SERVICES FROM ADULT SERVICE PROVIDERS

| Code | Adult Services | X | Action Needed This Year | Code | Adult Services | X | Action Needed This Year |
|---|---|---|---|---|---|---|---|
| A | Postsecondary Education & Training | | | C | Living Situation | | |
| A1 | College or University (Supported living) | | | C2 | Semi-independent | | |
| A2 | Community College | | | C3 | Dependent | | |
| A3 | Vocational Technical Centers | X | give information on trade school Construction | D | Employment | X | will need assistance seek a job |
| A4 | Adult & Community Education | | | D1 | Competitive | | |
| B1 | Vocational Competitive | | | D2 | Individual Supported | | |
| A5 | Developmental Training Program | | | D3 | Mobile Work Crew | | |
| B | Adult Living Services | | | D4 | Enclave | | |
| B2 | Medical Adjustment | | | D5 | Extended Work | | |
| B3 | Psychological Participation | | | E | Community | | |
| B4 | Financial Management | | | E1 | Leisure/Recreation | | |
| B5 | Advocacy Services | | | E3 | Community Access | | |
| B6 | Family Services | | | E6 | Other [Specify] | | |
| B7 | Case Management | | | | | | |

* See reverse side for definitions of **ADULT SERVICES**

PBSD 0659D (REV. 3/97)    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: Working Folder

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 48 of 125

## ENSURING LEAST RESTRICTIVE ENVIRONMENT

STUDENT NAME: _Richardo Sanchez_ SCHOOL: _____

Florida State Rule 6A-6.03411(2)(A), FAC states that "segregation of exceptional students occurs only when the nature or severity of the exceptionality is such that education in regular classes with the use of supplementary aids or services cannot be achieved satisfactorily."

**INSTRUCTIONS:** Complete this list EVERY time an IEP is written. The questions are to be answered AFTER the goals and objectives are written and BEFORE the number of minutes in special or regular education is decided.

(Y)   N   1.   Do the annual goals and short term instructional objectives appropriately address the student's academic, social, emotional, physical and career needs?

(Y)   N   2.   Has the student's need for interaction with non-disabled students been appropriately considered?

(Y)   N   3.   Does the proposed placement provide for interaction with non-disabled students through academic, non-academic, or extra curricular activities?

(Y)   N   4.   Is the amount and type of interaction indicated on the IEP?

5.   The IEP goals can be achieved in a:

_____ Regular classroom, with or without modifications

_____ Resource model class

_✓_ Special class on a regular campus

_____ Special school

_____ Residential school

_____ Special class in a hospital or facility operated by a non-educational agency

_____ Instruction in a hospital or student's home

(Y)   N   6.   Will the student be educated in the school he/she would attend if non-disabled?
(Y)   N        If no, will the student attend the school closest to their home which has the appropriate program?

(Y)   N   7.   Is the placement decision based on the student's IEP and individual instructional needs?

8.   Harmful effects in a less restrictive setting have been reviewed and include: _Requires support of ESE classes in order to succeed._

Participants:

| Signature | Date | Signature | Date |
|---|---|---|---|
| Zenetta Mills | 3/18/99 | | 3/18/99 |
| Brian T. Cole | 3/18/99 | | 3/18/99 |
| Ricky Ricardo Sanchez | 3/18/99 | | 3/18/99 |

A-000423

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 50 of 125

Florida Department of Education

# Matrix of Services
*For funding under the Florida Education Finance Program*

1/97

| Total of Ratings: | *10* |
|---|---|
| Cost Factor: | *252* |

---

## Student Information

District: _PBCSD_

Date Completed: _3-18-99_

Student Name: _Ricardo Sanchez_

Student ID: _130 41850_

Date of Birth: ▮▮▮▮ ▮▮  Grade: _9_

School: _Palm Beach Lakes_

Total Minutes in School Week: _____

Minutes per Week with Non-ESE Persons: _____

Names of Persons Completing Matrix:

_Zenetta Miller_   _Marshall_

_Brian Coe_   _V_

_David Forman_   _____

**Areas of Eligibility** (Put a "P" next to the primary exceptionality. Check all others that apply.)

**Data Entry Code**

| | | |
|---|---|---|
| __ | Autistic ----------------------------------------------- | P |
| __ | Deaf or Hard of Hearing ---------------------------- | H |
| __ | Developmentally Delayed (Age: 0-5) -------------- | T |
| __ | Dual-Sensory Impaired --------------------------- | O |
| __ | Educable Mentally Handicapped ----------------- | A |
| __ | Emotionally Handicapped -------------------------- | J |
| __ | Established Conditions (Age: 0-2) --------------- | U |
| __ | Gifted ------------------------------------------------ | L |
| __ | Hospital/Homebound ------------------------------ | M |
| __ | Language Impaired ----------------------------- | G |
| __ | Occupational Therapy ----------------------------- | D |
| __ | Orthopedically Impaired ----------------------- | C |
| __ | Other Health Impaired ------------------------- | V |
| __ | Physical Therapy ---------------------------------- | E |
| __ | Profoundly Mentally Handicapped -------------- | N |
| __ | Severely Emotionally Disturbed ----------------- | Q |
| P | Specific Learning Disabled -------------------- | K |
| __ | Speech Impaired ------------------------------- | F |
| __ | Trainable Mentally Handicapped --------------- | B |
| __ | Traumatic Brain Injured ------------------------ | S |
| __ | Visually Impaired ------------------------------- | I |

---

## Instructions

1. Complete student information section.
2. Check all appropriate services or supports to be provided by the school district to the student in Domains A through E.
3. Mark the appropriate level (1 through 5) for each domain and record this level at the bottom of each domain.
4. Check applicable special considerations. if any, and record total special considerations rating.
5. Total the five domain ratings, sum the total of domain ratings and special considerations rating, and record the total in the box at the top of this page.
6. Determine the cost factor using the cost factor scale on the final page and record it in the box at the top of this page.

(Note: For more information. see the *Matrix of Services Handbook*.)

A-000424

9291

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 51 of 125

# Matrix of Services

Student Name: _____

## Domain A—Curriculum and Learning Environment

| Level 1 ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
|---|---|
| **Level 2** ☐<br><br>Requires simple adaptations to curriculum or learning environment | ___ Adaptation to the general curriculum<br>___ Curriculum compacting<br>___ Electronic tools (e.g., tape recorders, word processors)<br>___ Adapted textbooks, materials (e.g., large print, Braille, audio format)<br>___ Modified assessment procedures/materials<br>___ Specially prepared notes, materials<br>___ Referrals to agencies<br>___ Consultation on a monthly basis with teachers, family, agencies, or others |
| **Level 3** ☐<br><br>Requires modified curriculum and/or learning environment | ___ Differentiated curriculum<br>___ Modifications to curriculum content, process, product<br>___ Specialized instructional approaches<br>___ Low-vision aids or use of electronic tools with assistance<br>___ Alternate textbooks, materials, assessments, or equipment<br>___ Special assistance in mainstream requiring weekly consultation<br>___ Assistance for some learning activities<br>___ Direct, specialized instruction and/or curriculum for some learning activities<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☑<br><br>Requires different curriculum and/or extensive modification to learning environment | ___ Extensive creation of special materials<br>✓ Direct, specialized instruction and/or curriculum for the majority of learning activities<br>___ Instruction delivered within the community<br>✓ Assistance for the majority of learning activities (e.g., low pupil-teacher ratio)<br>___ Use of assistive technology with supervision for majority of learning activities |
| **Level 5** ☐<br><br>Requires different curriculum and substantial modifications to learning environment | ___ Instruction in reading Braille<br>___ Intensive curriculum or instructional approach for most learning activities (e.g., supported employment, very small group, or one-to-one assistance)<br>___ Group instruction at home or hospital (e.g., teleclass)<br>___ Individual instruction at home or hospital<br>___ Ongoing, continuous assistance for participation in learning activities |

**Domain A Rating:** _4_

## Domain B—Social/Emotional Behavior

| Level 1 ☐ | ✓ Requires no services or assistance beyond that which is normally available to all students |
|---|---|
| **Level 2** ☐<br><br>Requires periodic assistance and/or behavior management | ___ Consultation on a monthly basis with teachers, family, agencies, or others<br>___ Specialized training in self-advocacy and understanding of exceptionality<br>___ Special behavior system in general class<br>___ Monthly counseling or guidance<br>___ Monthly assessment of behavior or social skills |
| **Level 3** ☐<br><br>Requires weekly personal assistance, behavior management, or intervention | ___ Small group training in social skills, self-regulatory behavior, self-advocacy, conflict resolution, dealing with authority, and socialization<br>___ Weekly counseling or guidance<br>___ Behavior contract, including behavior outside the classroom (e.g., lunch, bus, home)<br>___ Weekly family counseling, assessment, interventions<br>___ Referral and follow-up for transitions to and from community-based programs<br>___ Weekly assessment of behavior as part of special behavior system<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☐<br><br>Requires daily personal assistance, monitoring, and/or intervention | ___ Highly structured behavior management plan infused throughout the school day<br>___ Daily counseling or specific instruction on social or emotional behavior (e.g., self-regulatory behavior, self-advocacy, conflict resolution, dealing with authority, socialization)<br>___ Daily reports to family, agencies, or others |
| **Level 5** ☐<br><br>Requires continuous personal assistance, monitoring, and intervention | ___ Intensive, individualized behavior management plan that requires very small group or one-on-one intervention<br>___ Therapeutic treatment infused throughout the educational program<br>___ Wraparound services for up to 24-hour care |

**Domain B Rating:** _1_

A-000425

# Matrix of Services

Student Name: _____

## Domain C—Independent Functioning

| Level | Description |
|---|---|
| **Level 1** ❏ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ❏<br>Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal assistance with materials or equipment<br>___ Consultation on a monthly basis with teachers, family, therapists, service coordinator, or others<br>___ Organizational strategies or adaptations for independent functioning<br>___ Special equipment, furniture, strategies, or adaptations for motor control in the classroom |
| **Level 3** ☑<br>Requires weekly personal assistance, monitoring, and/or intervention | ___ Specially designed organizational strategies or adaptations for independent functioning<br>___ Supervision to ensure physical safety during some activities<br>___ Weekly training in self-monitoring of independent living skills<br>✓ Weekly monitoring of, or assistance with, independent living skills, materials, or equipment<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ❏<br>Requires daily personal assistance, monitoring, and/or intervention | ___ Supervision to ensure physical safety during most activities<br>___ Personal assistance or supervision in activities of daily living, self-care, and self-management for part of the day<br>___ Special equipment/assistive technology for personal care with frequent assistance<br>___ Regularly scheduled occupational therapy, physical therapy, or orientation and mobility training |
| **Level 5** ❏<br>Requires continuous personal assistance, monitoring, and/or intervention | ___ Continuous supervision to ensure physical safety<br>___ Personal assistance or supervision in activities of daily living, self-care, and self-management for most or all of the day<br>___ Occupational therapy, physical therapy, or orientation and mobility training more than once a week<br>___ Multiple therapies and services (physical therapy, occupational therapy, or orientation and mobility training) |

**Domain C Rating:** __3__

## Domain D—Health Care

| Level | Description |
|---|---|
| **Level 1** ☑ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ❏<br>Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal health care assistance<br>___ Consultation on a monthly basis with teachers, family, agencies, or others<br>___ Monthly monitoring of health status, procedures, or medication<br>___ Specialized administration of medication<br>___ Monthly assistance with agency referrals/coordination |
| **Level 3** ❏<br>Requires weekly personal assistance, monitoring, and/or intervention | ___ Weekly monitoring or assessment of health status, procedures, or medication<br>___ Weekly counseling with student or family for related health care needs<br>___ Weekly communication with family, physician, agencies, or other health-related personnel<br>___ Intrusive/specialized administration of medication (e.g., Epi-pen injections, suppositories)<br>___ Collaboration with family, physicians, agencies, or others |
| **Level 4** ❏<br>Requires daily personal assistance, monitoring, and/or intervention | ___ Daily assistance with, or monitoring and assessment of, health status, procedures, or medication<br>___ Daily assistance with, or monitoring of, equipment related to health care needs<br>___ Administration of parenteral medication<br>___ Daily communication with family, physician, agencies, or other health-related personnel |
| **Level 5** ❏<br>Requires continuous personal assistance or monitoring and multiple interventions | ___ Daily assistance with procedures such as catheterization, suctioning, tube feeding, or other school health services<br>___ Continuous monitoring and assistance related to health care needs |

**Domain D Rating:** __1__

A-000426

# Matrix of Services

## Domain E—Communication

| Level 1 ☑ | ___ Requires no services or assistance beyond that which is normally available to all students |
|---|---|
| **Level 2** ☐ Requires periodic assistance and/or minor interventions | ___ Monthly assistance with communication<br>___ Occasional assistance with personal amplification or communication system<br>___ Consultation on a monthly basis with teachers, family, agencies, or others |
| **Level 3** ☐ Requires weekly intervention and/or assistance which may include alternative and augmentative communication systems | ___ Weekly intervention or assistance with language or communication<br>___ Weekly speech/language therapy or instruction<br>___ Weekly assistance with personal amplification or communication.system<br>___ Weekly supervision of augmentative or alternative communication systems<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☐ Requires daily intervention and/or assistance which may include alternative and augmentative communication systems | ___ Daily assistance and/or instruction with communication equipment (e.g., augmentative or alternative communication systems)<br>___ Daily integrated intervention and assistance related to communication needs<br>___ Instruction in sign language for use as the primary method of communication<br>___ Interpreting services for part of the school day |
| **Level 5** ☐ Requires multiple interventions and assistance which may include alternative and augmentative communication systems | ___ Continuous assistance and/or instruction with communication equipment (e.g., augmentative or alternative communication systems)<br>___ Interpreting services for most or all of the school day<br>___ Multiple, continuous interventions to replace ineffective communication (e.g., selective mutism, echolalia) and establish appropriate communication |

## Domain E Rating: __1__

Student Name: _____

## Special Considerations:

___ Add 13 points for students eligible for the hospital/homebound program who are receiving individual instruction at home or at a hospital.

___ Add 13 points for prekindergarten children with disabilities who are being served in the home or hospital on a one-to-one basis.

___ Add 3 points for prekindergarten students earning less than .5 FTE during an FTE survey period.

___ Add 3 points for students identified as visually impaired or dual-sensory impaired.

___ Add 3 points for students in high-cost vocational programs as specified by the Department of Education.

## Special Considerations Rating: _____

Total of Domain Ratings: __10__

Special Considerations Rating: _____

Total of Ratings: __252__

### Cost Factor Scale

| Total of Ratings | | Cost Factor |
|---|---|---|
| 6 - 9 | = | 251 |
| 10 - 13 | = | 252 |
| 14 - 17 | = | 253 |
| 18 - 21 | = | 254 |
| 22 + | = | 255 |

A-000427

Page 1 of _____



## The School District of Palm Beach County
# Individual Educational Plan

{ Teacher Copy }

Total of Domain Ratings: _10_
Matrix Cost Factor: _252_

Initial.....☐   Annual....☒
Other _____ ☐

| | |
|---|---|
| Student's Legal Name: Ricardo Sanchez | Current Date: 3 /18 /99 |
| Student Number: 13041850 | Date of Birth: ▓▓▓▓ / / |
| Current School: Palm Beach Lakes | Three Year Re-Eval: / / |
| SAC School *(if different)*: _____ Assigned Grade: 9 | IEP Due Date: 3 /18 /00 |

Procedural Safeguards have been explained. Yes ☒ No ☐ Explain: Sent home   Parent/Guardian Initials _____
Student has Limited English Proficiency. Yes ☒ No ☐ If Yes, student's needs are met through ESE ☐ Other ☐
If other, explain: _____

Primary Exceptionality ☒

### Areas of Eligibility

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ___ A | Educably Mentally Handicapped | ___ H | Deaf or Hard of Hearing | ___ O | Dual-Sensory Impaired |
| ___ B | Trainable Mentally Handicapped | ___ I | Visually Impaired | ___ P | Autistic |
| ___ C | Orthopedically Impaired | ___ J | Emotionally Handicapped | ___ Q | Severely Emotionally Disturbed |
| ___ D | Occupational Therapy | ✓ K | Specific Learning Disabled | ___ S | Traumatic Brain Injured |
| ___ E | Physical Therapy | ___ L | Gifted | ___ T | Developmentally Delayed (Age: 0-5) |
| ___ F | Speech Impaired  F  V  A | ___ M | Hospital/Homebound | ___ U | Established Conditions (Age: 0-2) |
| ___ G | Language Impaired | ___ N | Profoundly Mentally Handicapped | ___ V | Other Health Impaired |

### In Attendance at the IEP Meeting and Participating in the Development of the IEP

| | | | |
|---|---|---|---|
| _____ | | Zenetta Miller   teacher | 3-18-99 |
| Parent/Guardian Signature | Date | Instructional Staff Signature   Title | Date |
| | | _____   teacher | 3-18-99 |
| Parent/Guardian Signature   ESE Contact | Date | Instructional Staff Signature   Title | Date |
| Henri Freeman   Evaluator   3-18-99 | | _____   teacher | 3-18-99 |
| Student Signature   Student | Date | Instructional Staff Signature   Title | Date |
| Ricky Sanchez   3-18-99 | | T. A. Chin   instructor | 5/24/99 |
| LEA Representative Signature   Title   Date | | Instructional Staff Signature   Title | Date |
| Evaluator/Other Signature   Title   Date | | Other Signature   Title | Date |
| District ESE Representative Signature   Title   Date | | Other Signature   Title | Date |

Comments: _____

_____

_____

IEP read by (Signature/Date): _____

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 55 of 125

Student Name **Ricardo Sanchez**   ID# *13041850*   Date *3-18-99*   Page      of

## Transition IEP Planning

<u>Desired Postschool Outcome Statement</u> (Consider the following: postsecondary education and/or vocational training, employment/career, community participation, and independent living):

*At this time Ricardo does not know what he would like to do after graduation.*

---

Check each activity area (domain) to be addressed through an annual goal and short-term objectives:

The Transition IEP Team believes that no services are needed at this time in the following activity area(s)** because:

☑ Instruction ........................................

☐ Community Experiences .................... *Ricardo receives appropriate experiences through his family.*

☐ Employment ................................. *Ricardo is capable of finding his own part time job.*

☐ Postschool Adult Living ..................... *Ricardo will be able to take care of himself.*

☐ *Daily Living Skills

☐ *Functional Vocational Assessment

** No rationale statement is required for a team decision not to address Daily Living Skills or Functional Vocational Evaluation

PBSD 0659B (REV. 3/97)   White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working folder
WAREHOUSE NO. 01-9976

A-000429

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 56 of 125

Student's Name: Ricardo Sanchez   Student Number: 13041850   Date: 3-18-99   Page ___ of ___

Student goals and objectives yield the following service needs with segregation of the student occurring "only when the nature and severity of the exceptionality is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily." Rule 6A-6.03411(2)(A), FAC. It is necessary for the IEP committee to document Least Restrictive Environment (LRE) considerations.

## Curriculum Areas

English, Soc. Studies
Math, Science
Employability
elective

| | Regular | Modified Regular | ESE |
|---|---|---|---|
| | ☐ Regular | ☐ Modified Regular | ☑ ESE |
| | ☐ Regular | ☐ Modified Regular | ☑ ESE |
| | ☐ Regular | ☐ Modified Regular | ☐ ESE |
| | ☑ Regular | ☐ Modified Regular | ☐ ESE |
| | ☐ Regular | ☐ Modified Regular | ☐ ESE |

Amount of participation with nondisabled peers. *(Indicate amount of time)*

Total _____

### The IEP addresses Post-Secondary Transition?
☐ YES   ☐ N/A

### Diploma Option
☐ Regular   ☑ ESE   ☐ N/A

## Services / Modifications / Related Services

| Dates | What? | How Often? | Where? | By Whom? |
|---|---|---|---|---|
| 3/18/99 - 6/8/99<br>8/99 to 3/18/00 | Direct specialized instruction/curriculum for the majority of learning activities | Daily | ESE Classroom | ESE Teacher |
| 3/18/99 - 6/8/99<br>8/99 to 3/18/00 | Specially designed organizational strategies for independent function | Weekly | ESE Classroom | ESE Teacher |
| 3/18/99 - 6/8/99<br>8/99 to 3/18/00 | Weekly monitoring of assistance with independent living skills material or equipment | Weekly | ESE Class | ESE Teacher |
| to | | | | |
| to | | | | |
| to | | | | |
| to | | | | |
| to | | | | |
| to | | | | |

## Assistive Technology / Equipment

| Type of Equipment | General Purpose | When Used |
|---|---|---|
| Sufficient technology exists within the classroom | | |

### Standardized Testing

**Math**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain | ☐ | ☐ | ☐ |
| HSCT Explain | ☐ | ☐ | ☐ |
| FCAT Explain | ☐ | ☐ | ☐ |
| Other Explain | ☐ | ☐ | ☐ |

**Communication**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain | ☐ | ☑ | ☐ |
| HSCT Explain | ☑ | ☐ | ☐ |
| FCAT Explain | ☐ | ☐ | ☐ |
| FW Explain | ☐ | ☐ | ☐ |
| Other Explain | ☐ | ☐ | ☐ |

PBSD 0659E (REV. 02/97)
WAREHOUSE NO. 01-9979

White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working Folder

A-000430

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 57 of 125

An explanation of the extent, if any, to which the student will participate with <u>disabled</u> students outside of the regular class.

App Eng I
Employability Skills
Fun. Comm Em LV
App Math I
App. Sci.

Time: 5 classes

**State or Districtwide Assessment:**

ASSESSMENT: _F C A T_ ____ AREA(S): _____

☐ Standard Administration
☑ Modification (describe) _Flexible time + setting_

☐ Exempted (rationale) _____

☐ Alternative Assessment(s) (describe) _____

---

**Transportation**

Transportation needs of the student have been considered. (check all that apply)

☑ No Special Services Needed

☐ A Medical Equipment

☐ B Medical Condition

☐ C Aide/monitor required

☐ D Shortened day

☐ Other (explain) _____

ASSESSMENT: ~~HSCT~~ _CTBS_ ____ AREA(S): _____

☐ Standard Administration
☐ Modification (describe) _____

☑ Exempted (rationale) _limited cognitive ability_

☑ Alternative Assessment(s) (describe) _Performance ability Checklist_

---

**Transition IEP Planning (14 & 15 year olds)**

Desired Postschool Outcome Statement (Consider the following: postsecondary education and/or vocational training, employment/ career, community participation, and independent living):

N/A

ASSESSMENT: ~~CTBS~~ _HSCT_ ____ AREA(S): _____

☐ Standard Administration
☑ Modification (describe) _Flexible time setting_

☑ Exempted (rationale) _//_

☑ Alternative Assessment(s) (describe) _____

U659F (NEW 1/29/98)    WHITE - School File    YELLOW - ESE Coordinator    PINK - Parents

A-000431

## ENSURING LEAST RESTRICTIVE ENVIRONMENT

Student Name: Ricardo Sanchez  School: Palm Beach Lakes

Florida State Rule 6A-6.0341 1(2)(A), FAC states that "segregation of exceptional students occurs only when the nature or severity of the exceptionality is such that education in regular classes with the use of supplementary aids or services cannot be achieved satisfactorily."

INSTRUCTIONS: Complete this list EVERY time an IEP is written. The questions are to be answered after the goals and objectives are written and BEFORE the number of minutes in special or regular education is decided.

Y  N  1.  Do the annual goals and short term instructional objectives appropriately address the student's academic, social, emotional, physical, and career needs?

Y  N  2.  Has the student's need for interaction with non-disabled students been appropriately considered?

Y  N  3.  Does the proposed placement provide for interaction with non-disabled students through academic, non-academic, or extra curricular activities?

Y  N  4.  Is the amount and type of interaction indicated on the IEP?

5  The IEP goals can be achieved in a:

_____ Regular classroom, with or without modifications

_____ Resource model class

✓ Special class on a regular campus

_____ Special school

_____ Residential school

_____ Special class is a hospital or facility operated by a non-educational agency

_____ Instruction in a hospital or student's home

Y  N  6.  Will the student be educated in the school he/she would attend if non-disabled?
Y  N      If no, will the student attend the school closest to their home ehich has the appropriate program?

Y  N  7.  Is the placement decision based on the student's IEP and individual instructional need

8.  Harmful effects in a less restrictive setting have been reviewed and include:

Ricardo's needs are best met through ESG services

Participants

X _____  3-18-55  Date

_____  3-18-55  Date  Signature

_____  3-18-99  Date  Signature ... Weinman  3-18-99  Date

X Ruth Sanchez  3-18-55

A-000432

Page 1 of _5_



# The School District of Palm Beach County
## Individual Educational Plan

Total of Domain Ratings: _12_
Matrix Cost Factor: _252_

Initial.....☐   Annual.....☑
Other _____ ☐

| | |
|---|---|
| Student's Legal Name: _Ricardo Sanchez_ | Current Date: _3 / 19 / 98_ |
| Student Number: _1304 850_ | Date of Birth: ■■■■ |
| Current School: _Okeeheelee_ | Three Year Re-Eval: _3 /23 /01_ |
| SAC School (if different): _____   Assigned Grade: _8_ | IEP Due Date: _3 / 18 / 99_ |

Procedural Safeguards have been explained. Yes ☐ No ☑ Explain: _Parent didn't show_   Parent/Guardian Initials _____
Student has Limited English Proficiency. Yes ☑ No ☑ If Yes, student's needs are met through ESE ☑ Other ☐
If other, explain: _____

Primary Exceptionality [_K_]

### Areas of Eligibility

| | | | | | | |
|---|---|---|---|---|---|---|
| ___ A | Educably Mentally Handicapped | ___ H | Deaf or Hard of Hearing | ___ O | Dual-Sensory Impaired |
| ___ B | Trainable Mentally Handicapped | ___ I | Visually Impaired | ___ P | Autistic |
| ___ C | Orthopedically Impaired | ___ J | Emotionally Handicapped | ___ Q | Severely Emotionally Disturbed |
| ___ D | Occupational Therapy | _K_ K | Specific Learning Disabled | ___ S | Traumatic Brain Injured |
| ___ E | Physical Therapy | ___ L | Gifted | ___ T | Developmentally Delayed (Age: 0-5) |
| ___ F | Speech Impaired F V A | ___ M | Hospital/Homebound | ___ U | Established Conditions (Age: 0-2) |
| ___ G | Language Impaired | ___ N | Profoundly Mentally Handicapped | ___ V | Other Health Impaired |

### In Attendance at the IEP Meeting and Participating in the Development of the IEP

| | | | |
|---|---|---|---|
| Parent/Guardian Signature | Date | _[signature]_  ESE STAFF  Title  3-19-98  Date |
| Parent/Guardian Signature | Date | _[signature]_  ESE teacher  3/19/98 |
| Student Signature | Date | _Deborah Smith_  ESE teacher  3/19/98 |
| _[signature]_  ESE Coord.  3-19-98  LEA Representative Signature  Title  Date | | Instructional Staff Signature  Title  Date |
| Evaluator/Other Signature  Title  Date | | Other Signature  Title  Date |
| District ESE Representative Signature  Title  Date | | Other Signature  Title  Date |

Comments: _____

_____

_____

_____

_____

IEP read by (Signature/Date): _____

DOMAIN: *Academic / Task Related*   Present Level of Performance: *Ricardo*
*has the ability to do his work, but chooses to do*
*as little as possible, and is frequently off task*
*his classwork, and follow task procedures for his class.*
Annual Goal: *Ricardo will do*

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| *Ricardo will* 1/ *solve selected objectives for math and social studies.* | *Student Parents ESE teacher* | *80% accuracy documented in grade book by each nine weeks up to IEP review.* | | |
| 2/ *Bring all necessary supplies to class.* | | | | |
| 3/ *Begin his task within 3 minutes, ask for help/clues and remain on task until finished.* | | | | |
| 4/ *Follow all class procedures for task related behavior.* | | | | |

PBSD 0659B (NEW 11/91)   White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working Folder

A-000434

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 61 of 125

Student Name: RICARDO SANCHEZ   ID#: 13041850   Date: 3-19-98   PAGE 2 of 5

DOMAIN: ACADEMIC

Present Level of Performance: RICARDO IS GENERALLY A COOPERATIVE STUDENT, WHO ATTEMPTS MOST TASKS. HOWEVER, HE SHOWS DIFFICULTY IN WRITTEN AND ORAL EXPRESSION.

Annual Goal: RICARDO WILL UTILIZE SKILLS TO IMPROVE WRITTEN COMMUNICATIONS

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| RICARDO will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| 1) UNDERSTAND AND USE VOCABULARY APPROPRIATE FOR READING LEVEL. | ESE STAFF STUDENT PARENT | 80% MASTERY | TEACHER OBSERVATIONS CLASSWORK, HOMEWORK, QUIZZES AND TESTS AS DOCUMENTED IN TEACHER GRADEBOOK BY END OF LAST NINE WEEKS. | |
| 2) KNOW THE MEANING OF UNKNOWN WORDS BY USAGE IN A STORY. | | | | |
| 3) SPELL PHONETIC, NON-PHONETIC WORDS. | | | | |
| 4) READ/WRITE COMPLETE SENTENCES WITH APPROPRIATE CAPITALIZATION AND PUNCTUATION. | | | | |

PBSD 0659B (NEW 11/91)   White Copy:  School File          Yellow Copy:  ESE Coordinator          Pink Copy:  Parents          Goldenrod Copy:  Working Folder

A-000435

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 62 of 125

Student's Name: _Ricardo Sanchez_  Student Number: _1304/850_  Date: _3/19/98_  Page _4_ of _5_

Student goals and objectives yield the following service needs with segregation of the student occurring "only when the nature and severity of the exceptionality is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily." Rule 6A-6.03411(2)(A), FAC. It is necessary for the IEP committee to document Least Restrictive Environment (LRE) considerations.

## Curriculum Areas

_Lang arts, Social Stud_
_Health, Reading_
_electives_

| | Regular | Modified Regular | ESE |
|---|---|---|---|
| | ☐ Regular | ☑ Modified Regular | ☐ ESE |
| | ☐ Regular | ☑ Modified Regular | ☐ ESE |
| | ☑ Regular | ☐ Modified Regular | ☐ ESE |
| | ☐ Regular | ☐ Modified Regular | ☐ ESE |
| | ☐ Regular | ☐ Modified Regular | ☐ ESE |

Amount of participation with nondisabled peers.
*(Indicate amount of time)*

Total _260_

**The IEP addresses Post-Secondary Transition?**
☐ YES  ☑ N/A

**Diploma Option**
☐ Regular  ☐ ESE  ☑ N/A

## Services / Modifications / Related Services

| Dates | What? | How Often? | Where? | By Whom? |
|---|---|---|---|---|
| to _6/98_ | _Direct help out for time mgmt & org of work_ | _Daily_ | _Classroom_ | _Teacher_ |
| _3/20/98_ to _3/1/99_ | _weekly assist, as [illegible] as part of behavior system_ | _weekly_ | ✓ | _[illegible]_ |
| to | | | | |
| to | | | | |
| to | | | | |
| to | _[illegible] assign org sheet for [illegible] prior to assig. [illegible] [illegible] [illegible]_ | _as needed_ | | |
| to | _assist in [illegible] of [illegible]_ | | | |
| to | | | | |
| to | | | | |
| to | _Collaborate with teacher & family_ | ✓ | _school/home_ | ✓ |
| to | | | | |
| to | | | | |

## Assistive Technology / Equipment

| Type of Equipment | General Purpose | When Used |
|---|---|---|
| | | |
| | | |

## Standardized Testing

**Math**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain | ☐ | ☐ | ☐ |
| HSCT Explain | ☐ | ☐ | ☐ |
| FCAT Explain | ☐ | ☐ | ☐ |
| Other Explain | ☐ | ☐ | ☐ |

**Communication**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain | ☐ | ☐ | ☐ |
| HSCT Explain | ☐ | ☐ | ☐ |
| FCAT Explain | ☐ | ☐ | ☐ |
| FW Explain | ☐ | ☐ | ☐ |
| Other Explain | ☐ | ☐ | ☐ |

PBSD 0659E (REV. 02/97)  WAREHOUSE NO. 01-9979  White Copy: School File  Yellow Copy: ESE Coordinator  Pink Copy: Parents  Goldenrod Copy: Working Folder

A-000436

An explanation of the extent, if any, to which the student will participate with <u>disabled</u> students outside of the regular class.

Math
Science
Soc. St.
Lang Arts Reading

Time: _1800_

---

**Transportation**

Transportation needs of the student have been considered. (check all that apply)

- [x] No Special Services Needed
- [ ] A Medical Equipment
- [ ] B Medical Condition
- [ ] C Aide/monitor required
- [ ] D Shortened day
- [ ] Other (explain) _____

---

**Transition IEP Planning (14 &15 year olds)**

Desired Postschool Outcome Statement (Consider the following: postsecondary education and/or vocational training, employment/ career, community participation, and independent living):

_____
_____
_____
_____

---

**State or Districtwide Assessment:**

ASSESSMENT: _CTBS_ AREA(S): _math, com_

- [ ] Standard Administration
- [x] Modification (describe) _Read & reschedule orally and when needed_
- [ ] Exempted (rationale) _____
- [ ] Alternative Assessment(s) (describe) _____

---

ASSESSMENT: _FCAT_ AREA(S): _____

- [ ] Standard Administration
- [x] Modification (describe) _Same as above_
- [ ] Exempted (rationale) _____
- [ ] Alternative Assessment(s) (describe) _____

---

ASSESSMENT: _FW_ AREA(S): _____

- [ ] Standard Administration
- [x] Modification (describe) _Same as above_
- [ ] Exempted (rationale) _A_
- [ ] Alternative Assessment(s) (describe) _____

---

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 63 of 125

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 64 of 125

Florida Department of Education

# Matrix of Services
*For funding under the Florida Education Finance Program*

1/97

| | |
|---|---|
| Total of Ratings: | 8 |
| Cost Factor: | 251 |

---

## Student Information

**District:** PBCSD

**Date Completed:** 7-16-99

**Student Name:** Ricardo Sanchez

**Student ID:** 13041850

**Date of Birth:** _____  **Grade:** 9

**School:** Palm Beach Lakes HS

**Total Minutes in School Week:** _____

**Minutes per Week with Non-ESE Persons:** _____

**Names of Persons Completing Matrix:**

J. Parson

B. Coe

A. Fleming

**Areas of Eligibility** (Put a "P" next to the primary exceptionality. Check all others that apply.)

|  | | Data Entry Code |
|---|---|---|
| __ | Autistic | P |
| __ | Deaf or Hard of Hearing | H |
| __ | Developmentally Delayed (Age: 0-5) | T |
| __ | Dual-Sensory Impaired | O |
| __ | Educable Mentally Handicapped | A |
| __ | Emotionally Handicapped | J |
| __ | Established Conditions (Age: 0-2) | U |
| __ | Gifted | L |
| __ | Hospital/Homebound | M |
| __ | Language Impaired | G |
| __ | Occupational Therapy | D |
| __ | Orthopedically Impaired | C |
| __ | Other Health Impaired | V |
| __ | Physical Therapy | E |
| __ | Profoundly Mentally Handicapped | N |
| __ | Severely Emotionally Disturbed | Q |
| P | Specific Learning Disabled | K |
| __ | Speech Impaired | F |
| __ | Trainable Mentally Handicapped | B |
| __ | Traumatic Brain Injured | S |
| __ | Visually Impaired | I |

## Instructions

1. Complete student information section.
2. Check all appropriate services or supports to be provided by the school district to the student in Domains A through E.
3. Mark the appropriate level (1 through 5) for each domain and record this level at the bottom of each domain.
4. Check applicable special considerations, if any, and record total special considerations rating.
5. Total the five domain ratings, sum the total of domain ratings and special considerations rating, and record the total in the box at the top of this page.
6. Determine the cost factor using the cost factor scale on the final page and record it in the box at the top of this page.

of 1

A-000438

# Matrix of Services

Student Name: _____

## Domain C—Independent Functioning

| Level | Description |
|---|---|
| **Level 1** ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ☑ <br><br> Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal assistance with materials or equipment <br> ___ Consultation on a monthly basis with teachers, family, therapists, service coordinator, or others <br> ✓ Organizational strategies or adaptations for independent functioning <br> ___ Special equipment, furniture, strategies, or adaptations for motor control in the classroom |
| **Level 3** ☐ <br><br> Requires weekly personal assistance, monitoring, and/or intervention | ___ Specially designed organizational strategies or adaptations for independent functioning <br> ___ Supervision to ensure physical safety during some activities <br> ___ Weekly training in self-monitoring of independent living skills <br> ___ Weekly monitoring of, or assistance with, independent living skills, materials, or equipment <br> ___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☐ <br><br> Requires daily personal assistance, monitoring, and/or intervention | ___ Supervision to ensure physical safety during most activities <br> ___ Personal assistance or supervision in activities of daily living, self-care, and self-management for part of the day <br> ___ Special equipment/assistive technology for personal care with frequent assistance <br> ___ Regularly scheduled occupational therapy, physical therapy, or orientation and mobility training |
| **Level 5** ☐ <br><br> Requires continuous personal assistance, monitoring, and/or intervention | ___ Continuous supervision to ensure physical safety <br> ___ Personal assistance or supervision in activities of daily living, self-care, and self-management for most or all of the day <br> ___ Occupational therapy, physical therapy, or orientation and mobility training more than once a week <br> ___ Multiple therapies and services (physical therapy, occupational therapy, or orientation and mobility training) |

**Domain C Rating:** ___2___

## Domain D—Health Care

| Level | Description |
|---|---|
| **Level 1** ☑ | ✓ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ☐ <br><br> Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal health care assistance <br> ___ Consultation on a monthly basis with teachers, family, agencies, or others <br> ___ Monthly monitoring of health status, procedures, or medication <br> ___ Specialized administration of medication <br> ___ Monthly assistance with agency referrals/coordination |
| **Level 3** ☐ <br><br> Requires weekly personal assistance, monitoring, and/or intervention | ___ Weekly monitoring or assessment of health status, procedures, or medication <br> ___ Weekly counseling with student or family for related health care needs <br> ___ Weekly communication with family, physician, agencies, or other health-related personnel <br> ___ Intrusive/specialized administration of medication (e.g., Epi-pen injections, suppositories) <br> ___ Collaboration with family, physicians, agencies, or others |
| **Level 4** ☐ <br><br> Requires daily personal assistance, monitoring, and/or intervention | ___ Daily assistance with, or monitoring and assessment of, health status, procedures, or medication <br> ___ Daily assistance with, or monitoring of, equipment related to health care needs <br> ___ Administration of parenteral medication <br> ___ Daily communication with family, physician, agencies, or other health-related personnel |
| **Level 5** ☐ <br><br> Requires continuous personal assistance or monitoring and multiple interventions | ___ Daily assistance with procedures such as catheterization, suctioning, tube feeding, or other school health services <br> ___ Continuous monitoring and assistance related to health care needs |

**Domain D Rating:** ___1___

Page 1 of _____



# The School District of Palm Beach County
## Individual Educational Plan

Total of Domain Ratings: __11__
Matrix Cost Factor: __252__

Initial.....☐  Annual....☒
Other _____ ☐

| | |
|---|---|
| **Student's Legal Name:** Ricardo Sanchez | **Current Date:** 3 / 16 / 00 |
| **Student Number:** 13041850 | **Date of** ████████ |
| **Current School:** Palm Beach Lakes C. H. S. | **Three Year Re-Eval:** 3 / 17 / 01 |
| **SAC School** (if different): — **Assigned Grade:** 10 | **IEP Due Date:** 3 / 15 / 01 |

Procedural Safeguards have been explained. Yes ☐ No ☒ Explain: Sent home with copy    Parent/Guardian Initials ___
Student has Limited English Proficiency. Yes ☒ No ☐ If Yes, student's needs are met through ESE ☒ Other ☐
If other, explain: _____

Primary Exceptionality [ K ]

### Areas of Eligibility

| | | | | | |
|---|---|---|---|---|---|
| ___ A | Educably Mentally Handicapped | ___ H | Deaf or Hard of Hearing | ___ O | Dual-Sensory Impaired |
| ___ B | Trainable Mentally Handicapped | ___ I | Visually Impaired | ___ P | Autistic |
| ___ C | Orthopedically Impaired | ___ J | Emotionally Handicapped | ___ Q | Severely Emotionally Disturbed |
| ___ D | Occupational Therapy | P K | Specific Learning Disabled | ___ S | Traumatic Brain Injured |
| ___ E | Physical Therapy | ___ L | Gifted | ___ T | Developmentally Delayed (Age: 0-5) |
| ___ F | Speech Impaired  F  V  A | ___ M | Hospital/Homebound | ___ U | Established Conditions (Age: 0-2) |
| ___ G | Language Impaired | ___ N | Profoundly Mentally Handicapped | ___ V | Other Health Impaired |

### In Attendance at the IEP Meeting and Participating in the Development of the IEP

| | | |
|---|---|---|
| Parent/Guardian Signature | Date | Brian T. Coe    ESE TEACHER  3/16/00 — Instructional Staff Signature / Title / Date |
| Parent/Guardian Signature  BE Contract/ Evaluator  3/16/00 | Date | ESE teacher  03/16/00 — Instructional Staff Signature / Title / Date |
| Janice R Parson — Student Signature | Date | Instructional Staff Signature / Title / Date |
| Ricardo Sanchez  3-16-00 — LEA Representative Signature / Title | Date | Mark Buchan  03/16/00 — Instructional Staff Signature / Title / Date |
| Evaluator/Other Signature / Title | Date | Other Signature / Title / Date |
| District ESE Representative Signature / Title | Date | Other Signature / Title / Date |

**Comments:** Progress towards annual goals will be sent home each 9 week grading period.

IEP read by (Signature/Date): _____

PBSD 0659A (REV 02/97)    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: Working Folder
WAREHOUSE NO. 01-9975

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 67 of 125

Student Name __Ricardo Sanchez__   ID# __13041850__   Date __3/16/00__   Page ___ of ___

## Transition IEP Planning

<u>Desired Postschool Outcome Statement</u> (Consider the following: postsecondary education and/or vocational training, employment/career, community participation, and independent living):

❋ _Ricardo would like to join the MARINES after graduating from high school_

---

Check each activity area (domain) to be addressed through an annual goal and short-term objectives:

The Transition IEP Team believes that no services are needed at this time in the following activity area(s)** because:

☑ Instruction ...............................................  _____

☐ Community Experiences ......................  _____

☐ Employment ..........................................  _____

☐ Postschool Adult Living ......................  _____

☐ *Daily Living Skills

** No rationale statement is required for a team decision not to address Daily Living Skills or Functional Vocational Evaluation

☐ *Functional Vocational Assessment

---

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 68 of 125

**Student Name:** Ricardo Sanchez    **ID#:** 13041850    **Date:** _____    **PAGE ____ of ____**

**❋ DOMAIN:** Self management / task related

**Present Level of Performance:** Ricardo is a pleasant young man however his in ability to stay focused prohibits his success

**Annual Goal:** ~~Risla~~ Ricardo will develop his on task behavior which will enable him to meet 80% mastery of the targeted ESE curriculum objectives

| SHORT-TERM INSTRUCTIONAL OBJECTIVES | | EVALUATION OF SHORT-TERM INSTRUCTIONAL OBJECTIVES | | |
|---|---|---|---|---|
| Ricardo _____ will: | PERSONS RESPONSIBLE (TITLE) | CRITERION FOR MASTERY | EVALUATION PROCEDURES AND SCHEDULE | DATE/RESULTS |
| 1) participate in class discussions and activities | Ricardo ESE STAFF | 80% accuracy as observed by staff throughout IEP DATES and recorded in teacher gradebook | | |
| 2) Complete tasks and assignments within the specified time | | | | |
| 3) Develop his organizational skills | | | | |
| 4) Remain on task | | | | |
| | | | | |
| | | | | |
| | | ✓ | | |
| | | | | |
| | | | | |

PBSD 0659B (NEW 11/91)    White Copy: School File    Yellow Copy: ESE Coordinator    A-000442    Pink Copy: Parents    Goldenrod Copy: Working Folder

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 69 of 125

Student's Name: Ricardo Sanchez    Student Number: 13041850    Date: 3/16/00    Page ___ of ___

Student goals and objectives yield the following service needs with segregation of the student occurring "only when the nature and severity of the exceptionality is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily." Rule 6A-6.03411(2)(A), FAC. It is necessary for the IEP committee to document Least Restrictive Environment (LRE) considerations.

**Curriculum Areas**

| Curriculum | Regular | Modified Regular | ESE |
|---|---|---|---|
| All academics | ☐ Regular | ☐ Modified Regular | ☑ ESE |
| Elective (career prep) | ☐ Regular | ☐ Modified Regular | ☑ ESE |
| Electives (2) | ☑ Regular | ☐ Modified Regular | ☐ ESE |
|  | ☐ Regular | ☐ Modified Regular | ☐ ESE |
|  | ☐ Regular | ☐ Modified Regular | ☐ ESE |

Amount of participation with nondisabled peers. *(Indicate amount of time)* Total ~~_____~~

**The IEP addresses Post-Secondary Transition?**
☑ YES  ☐ N/A

**Diploma Option**
☐ Regular  ☑ ESE  ☐ N/A

**Services / Modifications / Related Services**

| | Dates | What? | How Often? | Where? | By Whom? |
|---|---|---|---|---|---|
| Services | 3-16-00  5-26-00<br>8/ /00 to 3-15-00 | Assistance for some learning Activities | Daily | Classroom | ESE STAFF |
| | to | Direct, specialized instruction and/or curriculum for the majority of learning Act. | Daily | Classroom | ESE STAFF |
| | to | | | | |
| | to | | | | |
| | to | | | | |
| Modifications | to | Differentiated curriculum | Daily | Classroom | ESE STAFF |
| | to | Extended time on tests + assignments | as needed | Classroom | ESE Staff |
| | to | | | | |
| | to | | | | |
| Related Services | to | | | | |
| | to | | | | |
| | to | | | | |

**Standardized Testing**

**Math**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain___ | ☐ | ☐ | ☐ |
| HSCT Explain___ | ☐ | ☑ | ☐ |
| FCAT Explain___ | ☐ | ☐ | ☐ |
| Other Explain___ | ☐ | ☐ | ☐ |

**Communication**

| | NA | Exempt | Modifications |
|---|---|---|---|
| CTBS Explain___ | ☐ | ☐ | ☐ |
| HSCT Explain___ | ☐ | ☑ | ☐ |
| FCAT Explain___ | ☐ | ☐ | ☐ |
| FW Explain___ | ☐ | ☐ | ☐ |
| Other Explain___ | ☐ | ☐ | ☐ |

**Assistive Technology / Equipment**

| Type of Equipment | General Purpose | When Used |
|---|---|---|
| Sufficient technology exists with the classroom | | |

A-000443

PBSD 0659E (REV. 02/97)    White Copy: School File    Yellow Copy: ESE Coordinator    Pink Copy: Parents    Goldenrod Copy: Working Folder
WAREHOUSE NO. 01-9979

Case 9:16-cv-80693-BB Document 33-6 Entered on FLSD Docket 10/19/2016 Page 70 of 125

Student's Name: Ricardo Sanchez  Student Number: 13041850  Date: 3/16/00  Page ____ of____

| | |
|---|---|
| An explanation of the extent, if any, to which the student will participate with <u>disabled</u> students outside of the regular class. | State or Districtwide Assessment: |

An explanation of the extent, if any, to which the student will participate with <u>disabled</u> students outside of the regular class.

Due to students limited cognitive ability he will participate with disabled peers for all academic classes and one elective.

Time: 5 classes

**Transportation**

Transportation needs of the student have been considered. (check all that apply)

☑ No Special Services Needed

☐ A Medical Equipment

☐ B Medical Condition

☐ C Aide/monitor required

☐ D Shortened day

☐ Other (explain) _____

**Transition IEP Planning (14 &15 year olds)**

Desired Postschool Outcome Statement (Consider the following: postsecondary education and/or vocational training, employment/ career, community participation, and independent living):

See transition

**State or Districtwide Assessment:**

ASSESSMENT: FCAT _____ AREA(S):_____
☐ Standard Administration
☐ Modification (describe) _____
☑ Exempted (rationale) Limited Cognitive Ability
☑ Alternative Assessment(s) (describe) BRIGANCE

ASSESSMENT: Florida Writes ___ AREA(S):_____
☐ Standard Administration
☐ Modification (describe) _____
☑ Exempted (rationale) Limited Cognitive Ability
☑ Alternative Assessment(s) (describe) Brigance

ASSESSMENT: HSCT _____ AREA(S):_____
☐ Standard Administration
☐ Modification (describe) _____
☑ Exempted (rationale) Limited Cognitive Ability
☑ Alternative Assessment(s) (describe) BRIGANCE

☑ The behavioral needs of the student have been considered.
☑ The communication needs of the student have been considered.
☑ Extended School Year (ESY) has been considered.

A-000444

0659F (NEW 2/25/98)  Warehouse Number 01-9980  WHITE - School File  YELLOW - ESE Coordinator  PINK - Parents

Student Name: *Ricardo Sanchez*  ID#: *130,1850*  Date: *3/16/00*

## ANTICIPATED NEED FOR POSTSCHOOL SERVICES FROM ADULT SERVICE PROVIDERS

| Code | Adult Services | X | Action Needed This Year | Code | Adult Services | X | Action Needed This Year |
|---|---|---|---|---|---|---|---|
| A | Postsecondary Education & Training | | | C | Living Situation | | |
| A1 | College or University (Supported living). | | | C2 | Semi-independent | | |
| A2 | Community College | | | C3 | Dependent | | |
| A3 | Vocational Technical Centers | | | D | Employment | | |
| A4 | Adult & Community Education | | | D1 | Competitive | | |
| B1 | Vocational Competitive | | | D2 | Individual Supported | | |
| A5 | Developmental Training Program | | | D3 | Mobile Work Crew | | |
| B | Adult Living Services | | | D4 | Enclave | | |
| B2 | Medical Adjustment | | | D5 | Extended Work | | |
| B3 | Psychological Participation | | | E | Community | | |
| B4 | Financial Management | | | E1 | Leisure/Recreation | | |
| B5 | Advocacy Services | | | E3 | Community Access | | |
| B6 | Family Services | | | E6 | Other [Specify] | X | *Refer to Marine's recruiter* |
| B7 | Case Management | | | | | | |

\* See reverse side for definitions of **ADULT SERVICES**

PBSD 0659D (REV. 3/97)   White Copy: School File   Yellow Copy: ESE Coordinator   Pink Copy: Parents   Goldenrod Copy: Working Folder
WAREHOUSE NO. 01-9978

A-000445

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 72 of 125

Florida Department of Education

# Matrix of Services

*For funding under the Florida Education Finance Program*

| Total of Ratings: | *11* |
|---|---|
| Cost Factor: | *252* |

## Student Information

District: *Palm Beach*

Date Completed: *3/16/00*

Student Name: *Ricardo Sanchez*

Student ID: *13041850*

Date of Birth: ▮▮▮83    Grade: *10th*

School: *Palm Beach Lakes C.H.S.*

Total Minutes in School Week: _____

Minutes per Week with Non-ESE Persons: _____

Names of Persons Completing Matrix:

*B. Coe* _____

*J. Parson* _____

*L. Marshall* _____

**Areas of Eligibility** (Put a "P" next to the primary exceptionality. Check all others that apply.)

| | | Data Entry Code |
|---|---|---|
| __ | Autistic | P |
| __ | Deaf or Hard of Hearing | H |
| __ | Developmentally Delayed (Age: 0-5) | T |
| __ | Dual-Sensory Impaired | O |
| __ | Educable Mentally Handicapped | A |
| __ | Emotionally Handicapped | J |
| __ | Established Conditions (Age: 0-2) | U |
| __ | Gifted | L |
| __ | Hospital/Homebound | M |
| __ | Language Impaired | G |
| __ | Occupational Therapy | D |
| __ | Orthopedically Impaired | C |
| __ | Other Health Impaired | V |
| __ | Physical Therapy | E |
| __ | Profoundly Mentally Handicapped | N |
| __ | Severely Emotionally Disturbed | Q |
| P | Specific Learning Disabled | K |
| __ | Speech Impaired | F |
| __ | Trainable Mentally Handicapped | B |
| __ | Traumatic Brain Injured | S |
| __ | Visually Impaired | I |

## Instructions

1. Complete student information section.
2. Check all appropriate services or supports to be provided by the school district to the student in Domains A through E.
3. Mark the appropriate level (1 through 5) for each domain and record this level at the bottom of each domain.
4. Check applicable special considerations, if any, and record total special considerations rating.
5. Total the five domain ratings, sum the total of domain ratings and special considerations rating, and record the total in the box at the top of this page.
6. Determine the cost factor using the cost factor scale on the final page and record it in the box at the top of this page.

Also, see the Matrix of Services Handbook.

AJ000446

ESE 9291

**Palm Beach Lakes
ESE Office**

# Memo

**To:** ~~P~~ Vocational Rehab. , Transition Specialist

**From:** BRIAN T. COE , ESE Teacher

**Date:**

**Re:** Individual Education Plan Meeting

---

The following student, Rizardo Sanchez ,
is in need of transition services upon his /her graduation from high
school. We would like to invite you to help us assist this student in
his/her post secondary educational/vocational planning.

The meeting is scheduled for _1:00_ on
_3/16/00_ at Palm Beach Lakes High School
located at 3505 Shiloh Drive in West Palm Beach. Please call 615-4170
between the hours of 7:30 am and 2:45 p.m. if you have any questions.
We appreciate your help and look forward to meeting with you.

● Page 1

A-000447

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
# Conference/Staffing Record

STUDENT NUMBER: 1 3 0 4 1 1 8 5 0

PAGE NUMBER: 1 of 1

**Note: This form may be used for regular education, 504, or ESE purposes**

STUDENT NAME: *(last)* SANchez   *(first)* Ricardo   *(MI)*

DATE OF BIRTH: ▮▮▮▮▮▮   SEX: M

SCHOOL: Palm Beach Lakes High School

GRADE: 9   CURRENT DATE: 4/17/00

## PURPOSE OF MEETING:

☐ Child Study Team
☐ 504 Plan/Modifications
☐ Educational Planning

☐ Parent Conference
☒ IEP (ESE)
☒ Other:  Extended School Year IEP Meeting

☐ Eligibility: — ESE — 504
☐ Phone Conference

## PARTICIPANTS:

| | |
|---|---|
| _____ Parent/Guardian | _____ Psychologist |
| _____ Parent/Guardian | _____ Speech/Language |
| _____ LEA Representative | _____ Counselor |
| Janice Parson        School ESE Contact | _____ Support Staff |
| _M. Kehloe_ Teacher | _____ Other |
| _Brian T Coe_ Teacher | _____ Other |
| _____ ESE Teacher | _____ Other |

## DISCUSSION:

Ricardo has failed 1st and 2nd semester Applied Science. He has been recommended for the extended school year session in order to remain on track for graduation

## CONCLUSION/RECOMMENDATIONS:

The student is recommended to attend extended school due to _failing Grades in Applied Science_

PBSD 1051 (REV. 11/3/1999)   ORIGINAL - School   COPY - Parent/Guardian

_Brian T Coe_
SIGNATURE OF RECORDING DESIGNEE

4/17/00
DATE

A-000448

Case 9:16-cv-80693-BB   Document 33-6   Entered on FLSD Docket 10/19/2016   Page 75 of 125

# Extended School Year (ESY) - 20 _00_

2/00

Florida Department of Education

# Matrix of Services

*For funding under the Florida Education Finance Program*

| | |
|---|---|
| Total of Ratings: | _11_ |
| Cost Factor: | _252_ |

## Student Information

District: _Palm Beach_

Date Completed: _4/17/00_

Student Name: _Ricardo Sanchez_

Student ID: _130 4 1850_

Date of Birth: _■■■-83_   Grade: _9_

School: _Palm Beach Lakes C. H.S._

Total Minutes in School Week: _____

Minutes per Week with Non-ESE Persons: _____

Names of Persons Completing Matrix:

_B. Coe_   _____

_____   _____

_____   _____

**Areas of Eligibility** (Put a "P" next to the primary exceptionality. Check all others that apply.)

| | | Data Entry Code |
|---|---|---|
| __ | Autistic | P |
| __ | Deaf or Hard of Hearing | H |
| __ | Developmentally Delayed (Age: 0-5) | T |
| __ | Dual-Sensory Impaired | O |
| __ | Educable Mentally Handicapped | A |
| __ | Emotionally Handicapped | J |
| __ | Established Conditions (Age: 0-2) | U |
| __ | Gifted | L |
| __ | Hospital/Homebound | M |
| __ | Language Impaired | G |
| __ | Occupational Therapy | D |
| __ | Orthopedically Impaired | C |
| __ | Other Health Impaired | V |
| __ | Physical Therapy | E |
| __ | Profoundly Mentally Handicapped | N |
| __ | Severely Emotionally Disturbed | Q |
| P | Specific Learning Disabled | K |
| __ | Speech Impaired | F |
| __ | Trainable Mentally Handicapped | B |
| __ | Traumatic Brain Injured | S |
| __ | Visually Impaired | I |

### Instructions

1. Check services or supports to be provided by school district to student in Domains A through E.
2. Mark appropriate level (1 through 5) for each domain and record level at bottom of each domain.
3. Check applicable special considerations, if any, and record total special considerations rating.
4. Total the five domain ratings; sum the total of domain ratings and special considerations rating, and record total in box at top of this page.
5. Determine cost factor using cost factor scale on the final page and record it in box at top of this page.
(Note: For more information, see the *Matrix of Services Handbook.*)

ESE 929¹

**Matrix Reviews after Interim IEP Meetings**
Record interim reviews below if (1) there is no change in services and (2) the matrix is less than one year old.

Review Date _____   Reviewer's Initials _____

Review Date _____   Reviewer's Initials _____

Review Date _____   Reviewer's Initials _____

A-000449

# Matrix of Services

Student Name: _____

## Domain A—Curriculum and Learning Environment

| Level 1 ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
|---|---|
| **Level 2 ☐**<br>Requires simple adaptations to curriculum or learning environment | ___ Adaptation to the general curriculum<br>___ Curriculum compacting<br>___ Electronic tools (e.g., tape recorders, word processors)<br>___ Adapted textbooks, materials (e.g., large print, Braille, audio format)<br>___ Modified assessment procedures/materials<br>___ Specially prepared notes, materials<br>___ Referrals to agencies<br>___ Consultation on a monthly basis with teachers, family, agencies, or others |
| **Level 3 ☐**<br>Requires modified curriculum and/or learning environment | ✓ Differentiated curriculum<br>___ Modifications to curriculum content, process, product<br>___ Specialized instructional approaches<br>___ Low-vision aids or use of electronic tools with assistance<br>___ Alternate textbooks, materials, assessments, or equipment<br>___ Special assistance in mainstream requiring weekly consultation<br>___ Assistance for some learning activities<br>___ Direct, specialized instruction and/or curriculum for some learning activities<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4 ☑**<br>Requires different curriculum and/or extensive modification to learning environment | ___ Extensive creation of special materials<br>✓ Direct, specialized instruction and/or curriculum for the majority of learning activities<br>___ Instruction delivered within the community<br>___ Assistance for the majority of learning activities (e.g., low pupil-teacher ratio)<br>___ Use of assistive technology with supervision for majority of learning activities |
| **Level 5 ☐**<br>Requires different curriculum and substantial modifications to learning environment | ___ Instruction in reading Braille<br>___ Intensive curriculum or instructional approach for most learning activities (e.g., supported employment, very small group, or one-to-one assistance)<br>___ Group instruction at home or hospital (e.g., teleclass)<br>___ Individual instruction at home or hospital<br>___ Ongoing, continuous assistance for participation in learning activities |

**Domain A Rating:** _4_

## Domain B—Social/Emotional Behavior

| Level 1 ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
|---|---|
| **Level 2 ☑**<br>Requires periodic assistance and/ or behavior management | ___ Consultation on a monthly basis with teachers, family, agencies, or others<br>___ Specialized training in self-advocacy and understanding of exceptionality<br>___ Special behavior system in general class<br>✓ Monthly counseling or guidance<br>___ Monthly assessment of behavior or social skills |
| **Level 3 ☐**<br>Requires weekly personal assistance, behavior management, or intervention | ___ Small group training in social skills, self-regulatory behavior, self-advocacy, conflict resolution, dealing with authority, and socialization<br>___ Weekly counseling or guidance<br>___ Behavior contract, including behavior outside the classroom (e.g., lunch, bus, home)<br>___ Weekly family counseling, assessment, interventions<br>___ Referral and follow-up for transitions to and from community-based programs<br>___ Weekly assessment of behavior as part of special behavior system<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4 ☐**<br>Requires daily personal assistance, monitoring, and/ or intervention | ___ Highly structured behavior management plan infused throughout the school day<br>___ Daily counseling or specific instruction on social or emotional behavior (e.g., self-regulatory behavior, self-advocacy, conflict resolution, dealing with authority, socialization)<br>___ Daily reports to family, agencies, or others |
| **Level 5 ☐**<br>Requires continuous personal assistance, monitoring, and intervention | ___ Intensive, individualized behavior management plan that requires very small group or one-on-one intervention<br>___ Therapeutic treatment infused throughout the educational program<br>___ Wraparound services for up to 24-hour care |

**Domain B Rating:** _2_

A-000450

# Matrix of Services

Student Name: _____

## Domain C—Independent Functioning

| Level | Description |
|---|---|
| **Level 1** ☐ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ☐<br><br>Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal assistance with materials or equipment<br>___ Consultation on a monthly basis with teachers, family, therapists, service coordinator, or others<br>___ Organizational strategies or adaptations for independent functioning<br>___ Special equipment, furniture, strategies, or adaptations for motor control in the classroom |
| **Level 3** ☑<br><br>Requires weekly personal assistance, monitoring, and/or intervention | ___ Specially designed organizational strategies or adaptations for independent functioning<br>___ Supervision to ensure physical safety during some activities<br>___ Weekly training in self-monitoring of independent living skills<br>✓ Weekly monitoring of, or assistance with, independent living skills, materials, or equipment<br>___ Collaboration with teachers, family, agencies, or others |
| **Level 4** ☑<br><br>Requires daily personal assistance, monitoring, and/or intervention | ___ Supervision to ensure physical safety during most activities<br>___ Personal assistance or supervision in activities of daily living, self-care, and self-management for part of the day<br>___ Special equipment/assistive technology for personal care with frequent assistance<br>___ Regularly scheduled occupational therapy, physical therapy, or orientation and mobility training |
| **Level 5** ☐<br><br>Requires continuous personal assistance, monitoring, and/or intervention | ___ Continuous supervision to ensure physical safety<br>___ Personal assistance or supervision in activities of daily living, self-care, and self-management for most or all of the day<br>___ Occupational therapy, physical therapy, or orientation and mobility training more than once a week<br>___ Multiple therapies and services (physical therapy, occupational therapy, or orientation and mobility training) |

**Domain C Rating:** _3_

## Domain D—Health Care

| Level | Description |
|---|---|
| **Level 1** ☒ | ___ Requires no services or assistance beyond that which is normally available to all students |
| **Level 2** ☐<br><br>Requires periodic personal assistance, monitoring, and/or minor intervention | ___ Monthly personal health care assistance<br>___ Consultation on a monthly basis with teachers, family, agencies, or others<br>___ Monthly monitoring of health status, procedures, or medication<br>___ Specialized administration of medication<br>___ Monthly assistance with agency referrals/coordination |
| **Level 3** ☐<br><br>Requires weekly personal assistance, monitoring, and/or intervention | ___ Weekly monitoring or assessment of health status, procedures, or medication<br>___ Weekly counseling with student or family for related health care needs<br>___ Weekly communication with family, physician, agencies, or other health-related personnel<br>___ Intrusive/specialized administration of medication (e.g., Epi-pen injections, suppositories)<br>___ Collaboration with family, physicians, agencies, or others |
| **Level 4** ☐<br><br>Requires daily personal assistance, monitoring, and/or intervention | ___ Daily assistance with, or monitoring and assessment of, health status, procedures, or medication<br>___ Daily assistance with, or monitoring of, equipment related to health care needs<br>___ Administration of parenteral medication<br>___ Daily communication with family, physician, agencies, or other health-related personnel |
| **Level 5** ☐<br><br>Requires continuous personal assistance or monitoring and multiple interventions | ___ Daily assistance with procedures such as catheterization, suctioning, tube feeding, or other school health services<br>___ Continuous monitoring and assistance related to health care needs |

**Domain D Rating:** _1_

A-000451

# Matrix of Services

Student Name: _____

## Domain E—Communication

| Level 1 | ___ Requires no services or assistance beyond that which is normally available to all students |
|---|---|
| **Level 2** <br><br> Requires periodic assistance and/or minor interventions | ___ Monthly assistance with communication <br> ___ Occasional assistance with personal amplification or communication system <br> ___ Consultation on a monthly basis with teachers, family, agencies, or others |
| **Level 3** <br><br> Requires weekly intervention and/or assistance which may include alternative and augmentative communication systems | ___ Weekly intervention or assistance with language or communication <br> ___ Weekly speech/language therapy or instruction <br> ___ Weekly assistance with personal amplification or communication system <br> ___ Weekly supervision of augmentative or alternative communication systems <br> ___ Collaboration with teachers, family, agencies, or others |
| **Level 4** <br><br> Requires daily intervention and/or assistance which may include alternative and augmentative communication systems | ___ Daily assistance and/or instruction with communication equipment (e.g., augmentative or alternative communication systems) <br> ___ Daily integrated intervention and assistance related to communication needs <br> ___ Instruction in sign language for use as the primary method of communication <br> ___ Interpreting services for part of the school day |
| **Level 5** <br><br> Requires multiple interventions and assistance which may include alternative and augmentative communication systems | ___ Continuous assistance and/or instruction with communication equipment (e.g., augmentative or alternative communication systems) <br> ___ Interpreting services for most or all of the school day <br> ___ Multiple, continuous interventions to replace ineffective communication (e.g., selective mutism, echolalia) and establish appropriate communication |

**Domain E Rating: ___ / ___**

## Special Considerations:

___ Add 13 points for students eligible for the hospital/homebound program who are receiving individual instruction at home or at a hospital.

___ Add 13 points for prekindergarten children with disabilities who are being served in the home or hospital on a one-to-one basis.

___ Add 3 points for prekindergarten students earning less than .5 FTE during an FTE survey period.

___ Add 3 points for students identified as visually impaired or dual-sensory impaired.

___ Add 1 point for students who have a score of 17 total points and who are rated Level 5 in three of the five domains.

___ Add 1 point for students who have a score of 21 total points and who are rated Level 5 in four of the five domains.

**Special Considerations Rating: _____**

| | Cost Factor Scale | |
|---|---|---|
| Total of Domain Ratings: _11_ | **Total of Ratings** | **Cost Factor** |
| Special Considerations Rating: _0_ | | |
| Total of Ratings: _11_ | 6 - 9 = 251 |  |
| | 10 - 13 = 252 | |
| | 14 - 17 = 253 | |
| | 18 - 21 = 254 | |
| | 22 + = 255 | |

A-000452

Case 9:16-cv-80693-BB  Document 33-6  Entered on FLSD Docket 10/19/2016  Page 79 of 125

# The School District of P_lm Beach County
## Extended School Year IEP

Total of Domain Ratings: _11_
Matrix Cost Factor: _252_

Student's Legal Name: _Ricardo Sanchez_    Student Number: _130 41850_   Current Date: _4/17/00_
Sending School: _Palm beach Lakes C.H.S._    Grade: _9_    Service Dates: _6-20-00_ to _7-26-00_
Primary Exceptionality: _SLD_    Site: _Palm beach Lakes C.H.S._

Procedural Safeguards have been explained. Yes ☐ No ☒ Explain: _sent home with copy_    Parent/Guardian Initials _____
Student has Limited English Proficiency. Yes ☐ No ☒    If Yes, student's needs are met through ESE ☐ Other ☐
If other, explain: _____

(Please check all that apply) The following specific objective(s) must be targeted during the extended school year because the student: ☒ has failed to acquire critical skills, ☐ is on the verge of acquiring the skills, and/or ☐ will lose the skills if service is interrupted. Other _____
For secondary courses of study:  Course _7920050 K_    Course # _Health Safety 912_ Course _Health Safe 9-9_ Course # _7920050 K_

| Objectives | Person Responsible (Title) | Criterion for Mastery | Evaluation Procedures and Schedule | Date/Results |
|---|---|---|---|---|
| 1. Attend Classes | Ricardo   ESE STAFF | 1) No More than one Absence per session as recorded in teacher grade book | | 7/26 50% Mastered missed 1st semester missed one class |
| 2. Complete Assignments within the alloted time | | 2) 4 out of 5 times As recorded in teacher grade book | | 7/26 50% Mastered |
| 3. | | | | |

## Services / Modifications / Related Services / Assistive Technology / Equipment

| What? | How Often? | Where? | By Whom? |
|---|---|---|---|
| Direct, specialized instruction and/or curriculum for the majority of learning activities | Daily | Classroom | ESE STAFF |
| Differentiated curriculum | ✓ | ✓ | ✓ |

**Transportation**
☒ No Special Services
☐ A Medical Equipment
☐ B Medical Condition
☐ C Aide/monitor required
☐ D Shortened day

_Janice R. Parson_  ESE contact/Evaluator  4-17-00
LEA Representative Signature    Title    Date

_Brian T Coe_  ESE TEACHER  4-17-00
ESE Instructional Staff Signature    Title    Date

Parent/Guardian Signature    Title    Date
_____ ESE _____  4-17-00
Instructional Staff Signature    Title    Date

Evaluation Specialist    Title    Date
Other    Title    Date

ield Test Version 2.0    Distribution of Copies: (1) Extended School Year Site/Student's Confidential Folder    (2) Area ESE Office    (3) Parent/Guardian

A-000453

**STUDENT EDUCATION (ESE)**

STUDENT NUMBER: | 1 3 0 4 1 8 5 0 |

## Parent Participation Notification

### I. To the Parent(s)/Guardian(s) of:

| STUDENT NAME: (last) | (First) | (MI) | DATE OF BIRTH | SEX |
|---|---|---|---|---|
| Sanchez, Ricardo | | | / / | M |

| SCHOOL: | GRADE | CURRENT DATE: |
|---|---|---|
| Palm Beach Lakes High School | 10 | / 1 30 / 2001 |

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

### II. A meeting has been scheduled at Palm Beach Lakes High School on 2 / 20 / 2001 at 1:15 pm

### III. The purposes of this meeting is:

1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results.
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☒ The opportunity to develop the Individual Educational Plan (IEP) for your child.
5. ☐ The opportunity to develop an Educational Plan (EP) for your child.

6. ☐ The opportunity to determine the appropriate educational program/placement for your child.
7. ☒ The identification of post-school outcomes and transition services your child may need.
8. ☒ The opportunity to review reevaluation needs.
9. ☐ The opportunity to discuss continuation in or dismissal from your child's current program(s)
10. ☐ Other: _____

### IV. The following people* have been invited to participate in this meeting:

| Name: | Position: |
|---|---|
| Janice Parson | LEA Representative/ESE Contact/Eval. Specialist |
| MR. Coe | ESE Teacher/Case Manager |
| Mr. Cantrell. | General Education Teacher |
| Mr. Sanders | ESE Teacher |
| L. Mann / P.B.C.C. | Transition Specialist |
| Ricardo Sanchez | Student |

*Note: When school to post-school transition services are being considered, your child will be invited.*

### V. For further information about the meeting or to reschedule, please call:

Ms. Parson at ( 561 ) 615 - 4170 between the hours of 0 7 : 3 0 and 0 2 : 4 5 .

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | TELEPHONE NUMBER: |
|---|---|---|---|
| Janice Parson | ■■■■ | Joan Mayo | ( ■■■■ |

### VI. Parent section: Please check one of the following and return this form to: Miss Parson or MR. Coe
(KEEP A COPY FOR YOUR RECORDS)

1. ☐ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: ___/___/___ at ___:___
3. ☐ I am unable to attend, but give my permission for:
   (a) the Individual Education Plan (IEP) to be written and reviewed with me at my request, and/or
   (b) the placement staffing to take place without my presence.
4. As a parent of a child with a disability, you have the right to bring to the IEP meeting, individuals who have knowledge or special expertise regarding your child, including related services personnel.
   I plan to bring (name optional) _____ to the meeting with me.
5. Comments: _____

HECK ONE:

☐ I have received a copy and an explanation of **Summary of Procedural Safeguards**, and was given the opportunity to ask questions. I understand my rights.

☐ I have received a copy of **Summary of Procedural Safeguards**, but I waive the need for explanation. I understand my rights.

| | ( ) - | ( ) - |
|---|---|---|
| SIGNATURE OF PARENT OR GUARDIAN       DATE | HOME PHONE | BUSINESS PHONE |

### VII. Record of Contact Attempts: (OFFICE USE)    Contact Attempts Made By: _____

1. Date: / 30 /2001 Type: MAIL Results: _____
2. Date: ___/___/___ Type: _____ Results: _____



MR. Sanchez

A-000454

Capewell
Cantrell
Riz
&
Markel
Mrs. Forman
Saunders

SLB AUDIT COMPLIANCE CHECKLIST

STUDENT'S NAME: _RICARDO SANCHEZ_   STUDENT NUMBER: 13041850

SCHOOL: _Palm Beach Lakes High_

IDENTIFICATION/PLACEMENT

3/3/92 Parent Notice/Consent for Evaluation (PBSD 0297)

2/92 Pre-referral Information (PBSD 0293)
(Observations/checklists, interventions and
conferences, with attachments)

4/6/92 Referral for Student Evaluation (PBSD 0292)

7/9/92 Psycho-Educational Evaluation

_✓_ Educational Evaluation (may be included in psycho-educational evaluation)

10/3/92 Eligibility Staffing (PBSD 0660)

10/3/92 Notice of Eligibility (PBSD 0660)

12/10/92 Parent Participation Form (Staffing Notice) (PBSD 0298)

10/3/92 Multidisciplinary Team Report*

12/10/92 Individual Education Plan (IEP) (PBSD 0659 a,b,c)

12/10/92 Consent for Placement (PBSD 0304) or
Notice for Placement (PBSD 0660)

PROGRAM CONTINUATION

1/30/01 Parent Participation Form (Annual Review) (PBSD 0298)

3/18/01 Reviewed/Revised IEP (Annually) (PBSD 0659 a,b,c)

_____ Notice of Individual Student Re-evaluation (PBSD 0939)

_____ Dismissal Staffing Record/Parent Notice (if appropriate) (PBSD 0660)

*serves as the Eligibility Criteria Checklist

A-000456

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)
**Parent Participation Notification**

STUDENT NUMBER: 1 3 0 4 1 8 5 0

## I. To the Parent(s)/Guardian(s) of:

| STUDENT NAME: (last) | (first) | (MI) | DATE OF BIRTH: | SEX: |
|---|---|---|---|---|
| Sanchez | Ricardo | | | M |

| SCHOOL: | | GRADE: | CURRENT DATE: |
|---|---|---|---|
| Palm Beach Lakes High School | | 10 | 0 3 / 0 1 / 2 0 0 1 |

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

## II. A meeting has been scheduled at Palm Beach Lakes High School on 0 3 / 1 8 / 2 0 0 1 at 0 1 : 0 0

## III. The purposes of this meeting is:

1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results.
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☒ The opportunity to develop the Individual Educational Plan (IEP) for your child.
5. ☐ The opportunity to develop an Educational Plan (EP) for your child.
6. ☐ The opportunity to determine the appropriate educational program/placement for your child.
7. ☒ The identification of post-school outcomes and transition services your child may need.
8. ☐ The opportunity to review reevaluation needs.
9. ☐ The opportunity to discuss continuation in or dismissal from your child's current program(s)
10. ☐ Other: _____

## IV. The following people* have been invited to participate in this meeting:

| Name: | Position: |
|---|---|
| Janice Parson | ESE Contact/LEA Representative |
| Brian Coe | ESE Teacher |
| Amy Fleming | Evaluation Specialist |
| Mike Aronson | General Education Teacher |
| L. Browning | Vocational Rehabilitation, Transition Specialist |
| Ricardo Sanchez | Student |

*Note: When school to post-school transition services are being considered, your child will be invited.

## V. For further information about the meeting or to reschedule, please call:

Mr. Coe at ( 561 ) 615 - 4170 between the hours of 0 7 : 3 0 and 0 2 : 4 5 .

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | TELEPHONE NUMBER: |
|---|---|---|---|
| Janice Parson | | Joan Mayo | |

## VI. Parent section: Please check one of the following and return this form to: Mr. Coe
(KEEP A COPY FOR YOUR RECORDS)

1. ☐ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: ___ / ___ / ___ at ___ : ___
3. ☐ I am unable to attend, but give my permission for:
   (a) the Individual Education Plan (IEP) to be written and reviewed with me at my request, and/or
   (b) the placement staffing to take place without my presence.
4. As a parent of a child with a disability, you have the right to bring to the IEP meeting, individuals who have knowledge or special expertise regarding your child, including related services personnel.
   I plan to bring (name optional) _____ to the meeting with me.
5. Comments: _____

CHECK ONE:

☐ I have received a copy and an explanation of **Summary of Procedural Safeguards**, and was given the opportunity to ask questions. I understand my rights.

☐ I have received a copy of **Summary of Procedural Safeguards**, but I waive the need for explanation. I understand my rights.

( ) - ( ) -

| SIGNATURE OF PARENT OR GUARDIAN | DATE | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|

## VII. Record of Contact Attempts: (OFFICE USE)   Contact Attempts Made By: Mr. Coe

1. Date: 3 / 1 / 01   Type: PPN SENT HOME   Results: NO RESPONSE
2. Date: 3 / 15 / 01   Type: PHONE   Results: LEFT MESSAGE / NO RESPONSE

PBSD 0298 (REV. 9/21/2000)   ORIGINAL - School   COPY - Parent   SBE 6A-6.331 1

A-000457



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
EXCEPTIONAL STUDENT EDUCATION (ESE)
**Alternate Assessment Report**

STUDENT NUMBER:
1 3 0 4 1 1 8 5 0

| STUDENT NAME: *(last)* | *(first)* | *(MI)* | D. OF. | SEX: |
|---|---|---|---|---|
| Sanchez | Ricardo | | ▇▇▇▇ | M |

| SCHOOL: | GRADE: | CURRENT DATE: |
|---|---|---|
| Palm Beach Lakes High School | 10 | 03/09/2001 |

An alternate assessment has been provided for your child based on the Individual Education Plan (IEP) team's determination that all criteria in DPS #97-073, *Accountability for Students with Disabilities in State and District Assessment Programs,* have been met.

| Student is currently exempt from: | 4 | Alternate Assessment Method Used (e.g., Brigance Inventory, Assessment and Learning Profile) | Assessor(s) Position/Title | Assessment Date(s) |
|---|---|---|---|---|
| **FCAT Writing** | | Brigance Inventory | Mrs. Marshall | 03/06/2001 |
| **FCAT Reading** | | Brigance Inventory | Mrs. Marshall | 03/06/2001 |
| **FCAT Mathematics** | | Brigance Inventory | Mr. Marshall | 03/7/2001 |
| **Other:** | | | | |

Summary of Assessment Results (attach information, if needed)

Reading: Ricardo was able to read and demonstrate comprehension at a lower third grade level.

Mathematics: Ricardo was able to solve simple equations at the fourth grade level. He can tell time on a clock with hands up to the minute. He was able to identify coins and their value. (pennies, dimes, nickels and quarters) He was able to add coins in multiples up to pennies, nickels dimes and quarters). He was able to make change using the fewest amount of coins. He was able to add the price of two items. He was able to find the savings given an item on sale. He was able to add the price of up to four items using a calculator.

Writing: Ricardo was able to write some information on a personal data sheet. He was able to address an envelope.

SIGNATURE OF ASSESSOR    DATE 3/9/01

Date sent to Parent/Guardian: 6/6/01

PBSD 1364 (REV 5/10/2000)

A-000458



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
EXCEPTIONAL STUDENT EDUCATION (ESE)
**Alternate Assessment Report**

STUDENT NUMBER: 1 3 0 4 1 8 5 0

| STUDENT NAME: *(last)* | *(first)* | *(MI)* | | SEX: |
|---|---|---|---|---|
| Sanchez | Ricardo | | █████ / ██ | M |

| SCHOOL: | GRADE: | CURRENT DATE: |
|---|---|---|
| Palm Beach Lakes High School | 10 | 0 3 / 0 9 / 2 0 0 1 |

An alternate assessment has been provided for your child based on the Individual Education Plan (IEP) team's determination that all criteria in DPS #97-073, *Accountability for Students with Disabilities in State and District Assessment Programs*, have been met.

| Student is currently exempt from: | 4 | Alternate Assessment Method Used (e.g., Brigance Inventory, Assessment and Learning Profile) | Assessor(s) Position/Title | Assessment Date(s) |
|---|---|---|---|---|
| FCAT Writing | | Brigance Inventory | Mrs. Marshall | 03/06/2001 |
| FCAT Reading | | Brigance Inventory | Mrs. Marshall | 03/06/2001 |
| FCAT Mathematics | | Brigance Inventory | Mr. Marshall | 03/7/2001 |
| Other: | | | | |

Summary of Assessment Results (attach information, if needed)

Reading: Ricardo was able to read and demonstrate comprehension at a lower third grade level.

Mathematics: Ricardo was able to solve simple equations at the fourth grade level. He can tell time on a clock with hands up to the minute. He was able to identify coins and their value. (pennies, dimes, nickels and quarters) He was able to add coins in multiples up to pennies, nickels dimes and quarters). He was able to make change using the fewest amount of coins. He was able to add the price of two items. He was able to find the savings given an item on sale. He was able to add the price of up to four items using a calculator.

Writing: Ricardo was able to write some information on a personal data sheet. He was able to address an envelope.

_Dee Shuffler_   3/9/01
SIGNATURE OF ASSESSOR   DATE

PBSD 1364 (REV. 5/10/2000)

Date sent to Parent/Guardian: _6/6/01_

A-000459



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
EXCEPTIONAL STUDENT EDUCATION (ESE)
**Individual Education Plan (IEP)**

| STUDENT NUMBER: 1 3 0 4 1 8 5 0 | PAGE NO. 1 of 7 |
|---|---|
| CURRENT DATE: 03/18/2001 | IEP DUE DATE: 03/17/2002 |

| STUDENT NAME: (last) Sanchez | (first) Ricardo | (MI) | DATE OF BIRTH: / | SEX: male |
|---|---|---|---|---|
| SAC SCHOOL: Palm Beach Lakes High School | CURRENT SCHOOL: Palm Beach Lakes High School | | GRADE 10 | REEVALUATION DATE: 3/17/04 |

## 1. PROCEDURAL SAFEGUARDS

☐ *SUMMARY OF PROCEDURAL SAFEGUARDS (PBSD 1025)* (in the home language) has been received by and an explanation was given to the parent(s) or guardian(s) of the student. Parent/Guardian initials: _____

☐ Parent received *Summary of Procedural Safeguards* and waived rights for explanation. Parent/Guardian initials: _____

☑ Parent was not in attendance. Copy of *Summary of Procedural Safeguards* (PBSD 1025) was sent home on: 0 3 / 0 1 / 2 0 0 1

Primary language or mode of communication of parent/guardian if other than English: _____

Interpreter/translator provided: ☑ N/A ☐ Yes ☐ No If no, explain: _____

## 2. IEP CONFERENCE(S) Conference Type (Check all that apply):

☐ Initial ☑ Annual review ☐ Temporary assignment ☐ Alternative Education consideration ☐ Reevaluation

☐ Extended School Year (ESY) ☐ Preschool transition ☐ Interim review (date) __/__/__

## 3. AREAS OF ELIGIBILITY ___K___ Primary Exceptionality

☐ A. Educable Mentally Handicapped
☐ B. Trainable Mentally Handicapped
☐ C. Orthopedically Impaired
☐ D. Occupational Therapy
☐ E. Physical Therapy
☐ F. Speech Impaired  F  V  A
☐ G. Language Impaired  (circle)

☐ H. Deaf or Hard of Hearing
☐ I. Visually Impaired
☐ J. Emotionally Handicapped
☑ K. Specific Learning Disabled
☐ L. Gifted
☐ M. Hospital/Homebound
☐ N. Profoundly Mentally Handicapped

☐ O. Dual-Sensory Impaired
☐ P. Autistic
☐ Q. Severely Emotionally Disturbed
☐ S. Traumatic Brain Injured
☐ T. Developmentally Delayed (age: 0-5)
☐ V. Other Health Impaired

## 4. SIGNATURES The following individuals were in attendance at the IEP meeting and participated in the development of the IEP. Marked (*) signatures indicate individuals who must be in attendance:

| PARENT/GUARDIAN | GENERAL EDUCATION TEACHER * | NAME/TITLE |
|---|---|---|
| PARENT | ESOL TEACHER | NAME/TITLE |
| *Janice R. Parson* LEA REPRESENTATIVE * | STUDENT | NAME/TITLE |
| *Brian T. Cole* ESE TEACHER / ESE SERVICE PROVIDER * | NAME/TITLE | NAME/TITLE |
| EVALUATION SPECIALIST * | NAME/TITLE | NAME/TITLE |

Complete for the students in 9th grade or turning **16 years of age** during the IEP year.

**Responsibilities and/or Linkages for Transition Services:** How were agency representative(s) invited? (check below)

☑ Written (date) 3/1/01 ☐ Phone (date) __/__/__ ☐ Other: _____ (date) __/__/__

| AGENCY REPRESENTED | RESPONSIBILITIES | AGENCY REPRESENTATIVE SIGNATURE | DATE |
|---|---|---|---|

If agency representative(s) were not in attendance, describe the method(s) of obtaining input:

Browning from vocational rehabilitation will send information regarding vocational rehabilitation and it's services

PBSD 0659 (REV. 1/9/2001) ORIGINAL - ESE Confidential File    COPY - Parent/Guardian    COPY - Staff Responsible for Implementing IEP

A-000460

| STUDENT NAME: (last) | (first) | (MI) | STUDENT NUMBER: | PAGE NO. |
|---|---|---|---|---|
| Sanchez | Ricardo | | 1 3 0 4 1 1 8 5 0 | 2 of 7 |

## 5. LIMITED ENGLISH PROFICIENCY (LEP)

Student has Limited English Proficiency.  ☐ Yes  ☑ No  If Yes, student's LEP needs are met through: ☐ ESE  ☐ ESE/ESOL ☐ Other

If other, explain: _____

## 6. TRANSITION STATEMENT ☐ N/A  Student not age appropriate.

☐ **14-15 years old** or will turn 14 during the current IEP duration. Transition service needs may be addressed through components of the IEP that focus on the student's course of study. Provide a brief description of the student's course of study.

**Student will take** _____ **course of study, leading to** (desired Postschool outcome) _____

☑ **Ninth grade or 16 years old** or will turn 16 during the current IEP duration (complete *IEP Transition Plan* (PBSD 1779) The following is an outcome statement that describes a direction and vision of the student's post-high school plans from the perspective of the student, parent, and team members.

**Student will take** vocational/functional academic **course of study, leading to** (desired Postschool outcome) Ricardo would like to be a mechanic.

**Transfer of Rights**  *Check (4) if the student has been informed of transfer of rights at least one year prior to reaching the age of majority (18). Indicate the date when this occurred.*

☑ Student was informed.  Date of notification: 03/18/2001  How was the student notified? letter sent home

☑ Parent was informed.  Date of notification: 03/18/2001  How was the parent notified? letter sent home

## 7. IEP CONSIDERATIONS

**The student's disability affects his/her involvement and progress in the general education curriculum, or for preschool students, participation in appropriate activities, in the following way(s):**

the student's involvement in the general education curriculum is affected by the student functioning below grade level in both reading and math.

Prior to developing IEP goals and objectives, the team has considered:

☑ Previous Goals and Objectives    ☐ Informal Assessments

☑ Evaluation/Reevaluation Results    ☐ Results of Performance on Statewide Assessment(s) *(as appropriate):*

☑ Strengths of Student Ricardo is a pleasant young man that works very hard when he wants to.

☐ Parent Input _____

In addition to the previous information, the committee assures that the following have been considered or are not appropriate:

| CONSIDERED | N/A | |
|---|---|---|
| ☑ | ■ | The assistive technology or equipment needs for the student. |
| ☑ | ■ | The communication and language needs for the student. |
| ☑ | ☐ | Positive behavior interventions, strategies, and supports for students whose behavior impedes learning. |
| ☐ | ☑ | The need for Braille instruction for students who are blind or visually impaired. |
| ☐ | ☑ | For students who are deaf or hard of hearing, opportunities for direct communication in the student's language and communication mode. |

## 8. OTHER PERTINENT INFORMATION

☑ Option 1    ☐ Option 2

**Diploma Option** ☐ N/A Student not age appropriate. ☐ Standard Diploma ☑ Special Diploma *(check one option)*

| YES | N/A | |
|---|---|---|
| ☐ | ☑ | Medical Information: _____ |
| ☐ | ☑ | Other *(e.g., allergies, restrictions):* _____ |

## 9. LONG-TERM GOALS AND SHORT-TERM OBJECTIVES/TRANSITION PLAN

The committee has determined that, based upon all available information, the attached long-term goals and short-term objectives are necessary to provide an appropriate education. See *Long-term Goals and Short-term Objectives* (PBSD 0659C) or *Transition Plan* (PBSD 1779).

PBSD 0659 (REV. 1/9/2001) ORIGINAL - ESE Confidential File    COPY - Parent/Guardian    COPY - Staff Responsible for Implementing IEP

A-000461

| Sanchez | | Ricardo | | 1 3 0 4 1 1 8 5 0 | 3 of 7 |

## 10. SPECIAL EDUCATION SERVICES

| Areas of Instruction (e.g., electives, math, etc.) | Location | | | Service Provider | | | Special Education Service | * Frequency/Time (e.g. daily, weekly, monthly/minutes) |
|---|---|---|---|---|---|---|---|---|
| | REG. | ESE | BOTH | REG. | ESE | BOTH | | |
| 1.        Math | | ✓ | | | ✓ | | Adapted curriculum; direct specialized instruction | daily |
| 2.        Science | | ✓ | | | ✓ | | Adapted curriculum; direct specialized instruction | daily |
| 3.        English | | ✓ | | | ✓ | | Adapted curriculum; direct specialized instruction | daily |
| 4.        Social Studies | | ✓ | | | ✓ | | Adapted curriculum; direct specialized instruction | daily |
| 5.        Vocational Elective | | ✓ | | | ✓ | | Adapted curriculum; direct specialized instruction | daily |
| 6.        Electives | ✓ | | | ✓ | | | | |
| 7. | | | | | | | | |

## 11. ACCOMMODATIONS / PROGRAM MODIFICATIONS / SUPPLEMENTAL AIDS AND SERVICES

| What | How Often | Where | By Whom |
|---|---|---|---|
| use of a calculator | as needed | classroom | Student/Teacher |
| extended time on tests and assignments | as needed | classroom | Student/Teacher |
| use a variety of reading strategies across the curriculum | as needed | classroom | teachers |
| oral reading of tests, assignments, and directions | as needed | classroom | teachers |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 12. RELATED SERVICES

| What | How Often | Where | By Whom |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |

**Assistive Technology** ☐ Yes   ☑ Assistive technology is not required at this time.
If yes, explain: _____

---

**Special Transportation** (Check (✓) all that apply.)   ☑ No special services needed
☐ (A) Medical equipment (child safety restraint system included)   ☐ (B) Medical condition   ☐ (C) Aide/monitor required
☐ (D) Shortened school day   ☐ Other: _____

**Physical Education** (Check (✓) only the one program that applies.)   ☐ NA (Not required at this time)
☑ Regular        ☐ Adaptive regular        ☐ Specially designed physical education

PBSD 0659 (REV. 1/9/2001)   ORIGINAL - ESE Confidential File        COPY - Parent/Guardian        COPY - Staff Responsible for Implementing IEP

A-000462

| STUDENT NAME: (last) | (first) | (MI) | STUDENT NUMBER: | PAGE NO. |
|---|---|---|---|---|
| Sanchez | Ricardo | | 1 3 0 4 1 1 8 5 0 | 4 of 7 |

## 13. SUPPORT NEEDED FOR SCHOOL PERSONNEL    ☑ No Support Services required at this time.

*(The IEP team recommends the following training/support be provided to personnel listed below to assist with implementing the student's IEP .)*

| School Personnel | Needs | Who Is Responsible | Projected Date |
|---|---|---|---|
| | | | |
| | | | |

## 14. STATE OR DISTRICTWIDE ASSESSMENT PARTICIPATION  ☐ Student not age appropriate

**If the answer to any of the following questions is checked "Yes",** the IEP team can anticipate that the student may be included in the administration of Statewide Testing.

YES  NO
☐ ☑ Is the student currently working on the Sunshine State Standards (SSS) curriculum?

☐ ☑ Is the student expected to progress toward a standard high school diploma?

☐ ☑ Can the student progress in the SSS curriculum with only accommodations?

☐ ☑ Can remediation toward SSS skills maintain the student in the general curriculum?

☐ ☑ Does the student demonstrate cognitive ability and adaptive behavior that allow for completion of SSS with appropriate accommodations?

☐ ☑ Can allowable accommodations be made to Statewide Testing so that the student can access the test without changing the validity of the test?

Will the student participate in State and District assessments?  ☐ Yes, standard administration

☐ Yes, with accommodations   ☐ Partial *(explain)* _____   ☑ No, exempt from all portions

Accommodations required for participation in the assessment (if permitted by the test publisher) may include:
*(Any accommodations which are checked must also be implemented in the classroom for the student)*

☐ Flexible Scheduling   ☐ Flexible Setting   ☐ Flexible Responding   ☐ Flexible Presentation   ☐ Revised Format   ☐ Other

**If the student meets exemption criteria,** the following alternate assessment will be completed
*(If student is exempted this section must be completed)*

☑ Brigance  Life-Skills _____   ☐ Assessment and Learning Profile  ☐ Other _____

## 15. EXTENDED SCHOOL YEAR

Extended School Year program has been considered. Does the student require an ESY program to obtain benefit from his/her educational program?  ☐ Yes ☐ No ☐ Insufficient information available (If student's progress indicates a need for additional services, the team will reconvene to reconsider ESY needs by: ___/___/___ )

If yes, what service(s) is (are) required? _____

If yes, when is (are) the service(s) required? _____

## 16. IEP IMPLEMENTATION

Person(s) responsible for the implementation of this IEP include:

☑ Regular Education Teacher(s)   ☑ ESE Teacher(s)   ☐ Speech/Language Pathologist   ☐ Psychologist

☐ Orientation and Mobility Specialist   ☐ Occupational Therapy Staff   ☐ Physical Therapy Staff   ☐ Guidance Counselor

☑ Student   ☐ Other(s): _____

How will the IEP be made available to the persons implementing it?
Copy given to all committee members at IEP meeting  ☑ Yes  ☐ No

If no, how will the IEP be provided? _____

All persons responsible were notified of their IEP implementation responsibilities during the IEP committee meeting.  ☐ Yes ☑ No

If no, how will the IEP team members be notified? copy will be provided _____

Services delineated on the IEP, unless otherwise indicated,

will initiate  03/19/2001  and have an anticipated duration through  06/01/2001  and

will initiate  08/14/2001  and have an anticipated duration through  03/18/2002 .

PBSD 0659 (REV. 1/9/2001)  ORIGINAL - ESE Confidential File     COPY - Parent/Guardian     COPY - Staff Responsible for Implementing IEP

| Sanchez | Ricardo | (MI) | STUDENT NUMBER: 1 3 0 4 1 1 8 5 0 | PAGE NO. 5 of 7 |
|---|---|---|---|---|

## 17. LEAST RESTRICTIVE ENVIRONMENT (LRE)

**Considerations:** Factors considered in selecting the student's placement and ensuring that it is in the least restrictive environment include parent/committee input, current educational performance levels, goals and objectives, as well as: *(Check all that apply)*

- ☐ Student frustration and stress
- ☐ Student self-esteem and worth
- ☐ Student requires extensive adaptive equipment
- ☑ Student requires extensive direct academic instruction
- ☐ Distractibility
- ☑ Need for lower pupil-to-teacher ratio
- ☐ Student requires extensive instruction in organizational strategies
- ☐ Other(s): _____

- ☐ Mobility access in a large school setting
- ☐ Need for increased supervision for safety
- ☐ Health and safety concerns requiring adaptive equipment
- ☐ Difficulty with emotional control
- ☐ Need for social skill development
- ☑ Difficulty completing tasks
- ☐ Health/medical services required
- ☐ Need for communication development

Educational alternatives / placements / accommodations / modifications, previously considered or attempted. **The Team must always consider the regular classroom** *(Check (4) all that apply.)*

- ☑ Regular Class
- ☑ Resource Class
- ☑ Special Class
- ☐ Special School
- ☐ Hospital/Homebound
- ☐ Title I Program
- ☐ Drop out Prevention Program
- ☐ Counseling Services
- ☐ Peer Tutoring
- ☑ Accommodations
- ☐ Behavioral Interventions
- ☐ Other: _____

Considering the continuum of placement options, the students placement is determined by checking one of the following below. The students IEP goals will be achieved appropriately in:

- ☐ Regular Class *(0-315 mins. per week)*
- ☐ Resource Room *(315 - 900 mins. per week)*
- ☑ Special Class *(900+ mins. per week)*
- ☐ Special School
- ☐ Residential School
- ☐ Hospital/Homebound

Indicate participation in non-academic activities with regular education students: *(Check (4) all that apply.)*

☑ Special Areas/Electives ☑ Clubs ☑ Lunch ☑ Field Trips ☐ Recess ☐ Community Experience ☐ Other _____

An explanation of the extent, if any, to which the student will not participate with non-disabled students in the regular classroom.
due to student functioning below grade level in reading in math the student will participate with disabled peers for Math, Science, Social Studies, English, and a vocational elective

Will the student be educated in the school he or she would attend if non-disabled?   ☑ Yes   ☐ No

If no, will the student be attending the school closest to his/her home where the IEP can be implemented?   ☐ Yes   ☐ No

Will the student be removed from the regular education program for more than fifty percent of the school day because this is the least restrictive environment?   ☑ Yes   ☐ No

## 18. PRIOR WRITTEN NOTICE

Does this IEP include a change of placement or change in the provision of a Free Appropriate Public Education (FAPE) from the previous IEP?   ☑ No  ☐ Yes   If yes, attach *Prior Written Notice* (PBSD 1723).

## 19. PARENT(S)/GUARDIAN(S) COMMENTS

Parent(s)/guardian(s) if present, please initial: _____ agreement  or _____ disagreement.
Comments: _____

_____
_____
_____
_____

A-000464

THE SCHOOL DISTRICT OF PALM BEACH
## Individual Education Plan (IEP)
## Post Secondary Transition Plan

| STUDENT NUMBER: | PAGE NUMBER: |
|---|---|
| 1 3 0 4 1 1 8 5 0 | 6 of 7 |
| DATE OF BIRTH: | CURRENT DATE: |
| 0 5 / 2 1 / 1 9 8 3 | 0 3 / 0 1 / 2 0 0 1 |

| STUDENT NAME: (last) | (first) | (MI) | ASSIGNED SCHOOL: |
|---|---|---|---|
| Sanchez | Ricardo | | Palm Beach Lakes High School |

**Domain:** (check (✓) each domain area to be addressed through an annual goal)  ☑ **Instruction**  ☑ **Employment**  ☐ **Community Experience**

☐ **Post Secondary Adult Living**  ☐ Daily Living Skills  ☐ Functional Vocational Evaluation  ☐ Other _____

**Present Levels of Educational Performance:** Based upon: classroom observation, grade reports

Ricardo _____ (student name), is currently able to: complete job applications and display appropriate job interview skills.

Effects of disability: Ricardo's limited reading ability effects his ability to make realistic occupational goals.

Priority educational need: Ricardo needs to investigate appropriate occupational training centers to obtain full time employment.

**Measurable Annual Goal:** The student will: plan and make realistic occupational training and job placement decisions.

by (date or time line): duration of IEP

with (criterion for mastery): 85% accuracy

as measured by (evaluation): Vocational Elective's grade reports

Persons responsible: student, teacher, career placement teacher

### Short Term Objectives/Benchmarks

1.) Ricdardo will identify occupational training and job placement options.

2.) Ricardo will develop a plan to meet identified occupational training and job placement options.

3.) Ricardo will request assistance to help plan and make realistic occupational training and job placement choices.

4.) _____

The Transition IEP Team believes that no services are needed at this time in the following activity area(s) because:

Instruction _____

Community Experiences  Ricardo functions independently in the community.

Employment _____

Postschool Adult Living  Ricardo capable of living in an apartment on her own.

Parents will be notified of their child's progress toward the annual goal at least as often as parents of nondisabled students. Parents will receive progress updates toward annual goals ___8___ times per year.

| KEY: | Is student likely to meet the goal at end of IEP year? YES NO | | Is student likely to meet the goal at end of IEP year? YES NO |
|---|---|---|---|
| NA = Not Attempted | 1.) Date ___/___/___ NA NP SP AM M ☐ ☐ | 5.) Date ___/___/___ NA NP SP AM M ☐ ☐ | |
| NP = No Progress | 2.) Date ___/___/___ NA NP SP AM M ☐ ☐ | 6.) Date ___/___/___ NA NP SP AM M ☐ ☐ | |
| SP = Some Progress | 3.) Date ___/___/___ NA NP SP AM M ☐ ☐ | 7.) Date ___/___/___ NA NP SP AM M ☐ ☐ | |
| AM = Almost Mastered | 4.) Date ___/___/___ NA NP SP AM M ☐ ☐ | 8.) Date ___/___/___ NA NP SP AM M ☐ ☐ | |
| M = Mastered | | | |

PBSD 1779 (REV.7/28/2000)  ORIGINAL – ESE Confidential File  COPY – Parent/Guardian  COPY – Staff Responsible for Implementing IEP

A-000465

| Sanchez | Ricardo | (MI) | STUDENT NUMBER: 1 3 0 4 1 8 5 0 | PAGE NO. 7 of 7 |
|---------|---------|------|------|------|

## IEP NOTES

Date: ___ / ___ / _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: ___ / ___ / _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Date: ___ / ___ / _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PBSD 0659 (REV. 1/9/2001)   ORIGINAL - ESE Confidential File   COPY - Parent/Guardian   COPY - Staff Responsible for Implementing IEP

A-000466



| THE SCHOOL DISTRICT OF PALM BEACH COUNTY EXCEPTIONAL STUDENT EDUCATION (ESE) **Individual Education Plan (IEP)** | STUDENT NUMBER: 1 3 0 4 1 1 8 5 0 | PAGE NO. 1 of 7 |
|---|---|---|
| | CURRENT DATE: 02/11/2002 | IEP DUE DATE: 02/10/2003 |

| STUDENT NAME: *(last)* Sanchez | *(first)* Ricardo | *(MI)* | DATE OF BIRTH: | SEX: M |
|---|---|---|---|---|
| SAC SCHOOL: | CURRENT SCHOOL: Palm Beach Lakes High School | | GRADE: 10 | REEVALUATION DATE: 2 / 22 / 2005 |

## 1. PROCEDURAL SAFEGUARDS

☑ *SUMMARY OF PROCEDURAL SAFEGUARDS (PBSD 1025)* (in the home language) has been received by and an explanation was given to the parent(s) or guardian(s) of the student.  Parent/Guardian initials: ___J.M.S.___

☐ Parent received *Summary of Procedural Safeguards* and waived rights for explanation.   Parent/Guardian initials: _____

☐ Parent was not in attendance. Copy of *Summary of Procedural Safeguards* (PBSD 1025) was sent home on: ___ / ___ / ___

Primary language or mode of communication of parent/guardian if other than English: _____

Interpreter/translator provided: ☐ N/A  ☑ Yes  ☐ No  If no, explain: _____

## 2. IEP CONFERENCE(S) Conference Type *(Check all that apply)*:

☐ Initial    ☑ Annual review    ☐ Temporary assignment    ☐ Alternative Education consideration    ☐ Reevaluation

☐ Extended School Year (ESY)    ☐ Preschool transition    ☐ Interim review *(date)* ___ / ___

## 3. AREAS OF ELIGIBILITY __K__ Primary Exceptionality

☐ A.  Educable Mentally Handicapped
☐ B.  Trainable Mentally Handicapped
☐ C.  Orthopedically Impaired
☐ D.  Occupational Therapy
☐ E.  Physical Therapy
☐ F.  Speech Impaired  F  V  A
☐ G.  Language Impaired  *(circle)*

☐ H.  Deaf or Hard of Hearing
☐ I.  Visually Impaired
☐ J.  Emotionally Handicapped
☑ K.  Specific Learning Disabled
☐ L.  Gifted
☐ M.  Hospital/Homebound
☐ N.  Profoundly Mentally Handicapped

☐ O.  Dual-Sensory Impaired
☐ P.  Autistic
☐ Q.  Severely Emotionally Disturbed
☐ S.  Traumatic Brain Injured
☐ T.  Developmentally Delayed (age: 0-5)
☐ V.  Other Health Impaired

## 4. SIGNATURES The following individuals were in attendance at the IEP meeting and participated in the development of the IEP. Marked (*) signatures indicate individuals who must be in attendance:

| *Juanc M Sanchez* | *[signature]* | |
|---|---|---|
| PARENT/GUARDIAN | GENERAL EDUCATION TEACHER * | NAME/TITLE |
| *[signature]* | | |
| PARENT | ESOL TEACHER | NAME/TITLE |
| *[signature]* | *Ricardo Sanchez* | |
| LEA REPRESENTATIVE * | STUDENT | NAME/TITLE |
| *Janice R. Payson* | *Lucila Sandoval* | |
| ESE TEACHER / ESE SERVICE PROVIDER * LEA SPECIALIST | NAME/TITLE  C. L. F. | NAME/TITLE |
| EVALUATION SPECIALIST * | NAME/TITLE | NAME/TITLE |

Complete for the students in 9th grade or turning 16 years of age during the IEP year.
**Responsibilities and/or Linkages for Transition Services:** How were agency representative(s) invited? *(check below)*

☑ Written *(date)* ___ / ___    ☑ Phone *(date)* 02/08/2002    ☐ Other _____    *(date)* ___ / ___

| AGENCY REPRESENTED | RESPONSIBILITIES | AGENCY REPRESENTATIVE SIGNATURE | DATE |
|---|---|---|---|

If agency representative(s) were not in attendance, describe the method(s) of obtaining input:

Vocational Rehabilitation will send transition information.

A-000467

| STUDENT NAME: (last) | (first) | (MI) | STUDENT NUMBER: | PAGE NO. |
|---|---|---|---|---|
| Sanchez | Ricardo | | 1 3 0 4 1 8 5 0 | 2 of 8 |

## 5. LIMITED ENGLISH PROFICIENCY (LEP)

Student has Limited English Proficiency. ☐ Yes ☑ No  If Yes, student's LEP needs are met through: ☐ ESE ☐ ESE/ESOL ☐ Other

If other, explain:

## 6. IEP CONSIDERATIONS

**The student's disability affects his/her involvement and progress in the general education curriculum, or for preschool students, participation in appropriate activities, in the following way(s):**

Ricardo's learning disability causes him to have significant processing deficits which have resulted in his reading and performing mathematical tasks far below grade level.

Prior to developing IEP goals and objectives, the team has considered:

☑ Previous Goals and Objectives    ☑ Informal Assessments

☑ Evaluation/Reevaluation Results    ☑ Results of Performance on Statewide Assessment(s) (as appropriate):

☑ Strengths of Student Ricardo is a polite, personable student, who has proven that he is very capable when he applies himself.

4/30/02 ☑ Parent Input    _By phone - concerned about low academics._

In addition to the previous information, the committee assures that the following have been considered or are not appropriate:

CONSIDERED  N/A

☑ ■ The assistive technology or equipment needs for the student.

☑ ■ The communication and language needs for the student.

☑ ☐ Positive behavior interventions, strategies, and supports for students whose behavior impedes learning.

☐ ☑ The need for Braille instruction for students who are blind or visually impaired.

☐ ☑ For students who are deaf or hard of hearing, opportunities for direct communication in the student's language and communication mode.

## 7. OTHER PERTINENT INFORMATION

**Diploma Option** ☐ N/A Student not age appropriate. ☐ Standard Diploma ☑ Special Diploma (check one option)    ☑ Option 1    ☐ Option 2

YES  N/A

☐ ☑ Medical Information: _____

☐ ☑ Other (e.g., allergies, restrictions): _____

## 8. TRANSITION STATEMENT ☐ N/A Student not age appropriate.

☐ **14-15 years old** or will turn 14 during the current IEP duration. Transition service needs may be addressed through components of the IEP that focus on the student's course of study. Provide a brief description of the student's course of study.

**Student will take** _____ **course of study, leading to** (desired Postschool outcome) _____

☑ **Ninth grade or 16 years old** or will turn 16 during the current IEP duration (complete _IEP Transition Plan_ (PBSD 1779)
The following is an outcome statement that describes a direction and vision of the student's post-high school plans from the perspective of the student, parent, and team members.

**Student will take** functional academic/vocational **course of study, leading to** (desired Postschool outcome) _____

_Job training - not sure what field._

**Transfer of Rights**  Check (4) if the student has been informed of transfer of rights at least one year prior to reaching the age of majority (18). Indicate the date when this occurred.

☐ Student was informed.  Date of notification: __/__/____  How was the student notified? _____

☐ Parent was informed.  Date of notification: __/__/____  How was the parent notified? _____

## 9. LONG-TERM GOALS AND SHORT-TERM OBJECTIVES/TRANSITION PLAN

The committee has determined that, based upon all available information, the attached long-term goals and short-term objectives are necessary to provide an appropriate education. See _Long-term Goals and Short-term Objectives_ (PBSD 0659C) or _Transition Plan_ (PBSD 1779).

A-000468

| STUDENT NAME: *(last)* Sanchez | *(first)* Ricardo | *(MI)* | STUDENT NUMBER: 1 3 0 4 1 8 5 0 | PAGE NO. 3 of 8 |

## 10. SPECIAL EDUCATION SERVICES

| Areas of Instruction (e.g., electives, math, etc.) | Location REG. ESE BOTH | | | Service Provider REG. ESE BOTH | | | Special Education Service | * Frequency/Time (e.g. daily, weekly, monthly/minutes) |
|---|---|---|---|---|---|---|---|---|
| 1. All Academics | | ✓ | | | ✓ | | small group instruction; specialized | Daily |
| 2. | | | | | | | direct instruction | |
| 3. Vocational Elective(s) | | ✓ | | | ✓ | | small group instruction; specialized | Daily |
| 4. | | | | | | | curriculum | |
| 5. Elective(s) | ✓ | | | | | ✓ | consultation | Monthly |
| 6. | | | | | | | | |
| 7. | | | | | | | | |

*(handwritten in left margin: 4/30/0?)*

## 11. ACCOMMODATIONS / PROGRAM MODIFICATIONS / SUPPLEMENTAL AIDS AND SERVICES

| What | How Often | Where | By Whom |
|---|---|---|---|
| Flexible setting for tests | As Needed | Regular classes | ESE/Reg. Ed. |
| Tests may be read orally | As Needed | Reg/ESE | Reg/ESE |
| Use of calculator for tasks | Daily | all classes | ESE/Reg. Ed. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## 12. RELATED SERVICES

| What | How Often | Where | By Whom |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

**Assistive Technology** ☐ Yes ☑ Assistive technology is not required at this time.

If yes, explain: _____

**Special Transportation** *(Check (4) all that apply.)* ☑ No special services needed

☐ (A) Medical equipment *(child safety restraint system included)* ☐ (B) Medical condition ☐ (C) Aide/monitor required

☐ (D) Shortened school day ☐ Other: _____

**Physical Education** *(Check (4) only the one program that applies.)* ☐ NA *(Not required at this time)*

☑ Regular ☐ Adaptive regular ☐ Specially designed physical education

| STUDENT NAME: (last) | (first) | (MI) | UDENT NUMBER: | PAGE NO. |
|---|---|---|---|---|
| Sanchez | Ricardo | | 1 3 0 4 1 1 8 5 0 | 4 of 8 |

## 13. SUPPORT NEEDED FOR SCHOOL PERSONNEL          ☑ No Support Services required at this time.

*(The IEP team recommends the following training/support be provided to personnel listed below to assist with implementing the student's IEP.)*

| School Personnel | Needs | Who Is Responsible | Projected Date |
|---|---|---|---|
| | | | |
| | | | |

## 14. STATE OR DISTRICTWIDE ASSESSMENT PARTICIPATION   ☐ Student not age appropriate

If the answer to any of the following questions is checked "Yes", the IEP team can anticipate that the student may be included in the administration of Statewide Testing.

YES  NO

☐ ☑ Is the student working on the Sunshine State Standards (SSS)?

☐ ☑ Is the student expected to progress toward a standard high school diploma?

☐ ☑ Does the student demonstrate cognitive ability and adaptive behavior that allow for completion of SSS with appropriate accommodations?

☐ ☑ Can allowable accommodations be made to statewide testing so that the student can complete the test without changing the validity of the test?

Will the student participate in State and District assessments?  ☐ Yes, standard administration

☐ Yes, with accommodations   ☐ Partial *(explain)* _____   ☑ No, exempt from all portions

Accommodations required for participation in the assessment (if permitted by the test publisher) may include:
*(Any accommodations which are checked must also be implemented in the classroom for the student)*

A. Presentation _____          B. Responding _____

C. Scheduling _____          D. Setting _____

E. Assistive Devices _____          F. Other _____

If the student meets exemption criteria, the following alternate assessment will be completed
*(if student is exempted this section must be completed)*

☑ Brigance _Life Skills_ _____   ☐ Assessment and Learning Profile ☐ Other _____

## 15. EXTENDED SCHOOL YEAR

4/30/02 Extended School Year program has been considered. Does the student require an ESY program to obtain benefit from his/her educational program?  ☐ Yes ☑ No ☑ Insufficient information available to determine ESY services. If yes, see ESY Interim form. 6-1-02

## 16. IEP IMPLEMENTATION (RC via phone)

Person(s) responsible for the implementation of this IEP include:

☑ Regular Education Teacher(s)   ☑ ESE Teacher(s)   ☐ Speech/Language Pathologist   ☐ Psychologist
☐ Orientation and Mobility Specialist ☐ Occupational Therapy Staff   ☐ Physical Therapy Staff   ☐ Guidance Counselor
☑ Student   ☐ Other(s): _____

How will the IEP be made available to the persons implementing it?
Copy given to all committee members at IEP meeting  ☑ Yes  ☐ No

If no, how will the IEP be provided? _____

All persons responsible were notified of their IEP implementation responsibilities during the IEP committee meeting.  ☐ Yes ☑ No

If no, how will the IEP team members be notified? copy will be provided to all members not in attendance

---

Services delineated on the IEP, unless otherwise indicated,

will initiate  0 2 / 1 2 / 2 0 0 2  and have an anticipated duration through  0 5 / 3 1 / 2 0 0 2 -and

will initiate  0 8 / 1 4 / 2 0 0 2  and have an anticipated duration through  0 2 / 1 0 / 2 0 0 3 -

A-000470

| STUDENT NAME: *(last)* | *(first)* | *(MI)* | STUDENT NUMBER: | PAGE NO. |
|---|---|---|---|---|
| Sanchez | Ricardo | | 1 3 0 4 1 8 5 0 | 5 of 8 |

## 17. LEAST RESTRICTIVE ENVIRONMENT (LRE)

**Considerations:** Factors considered in selecting the student's placement and ensuring that it is in the least restrictive environment include parent/committee input, current educational performance levels, goals and objectives, as well as: *(Check all that apply)*

- ☑ Student frustration and stress
- ☐ Student self-esteem and worth
- ☐ Student requires extensive adaptive equipment
- ☑ Student requires extensive direct academic instruction
- ☑ Distractibility
- ☑ Need for lower pupil-to-teacher ratio
- ☐ Student requires extensive instruction in organizational strategies
- ☐ Other(s): _____

- ☐ Mobility access in a large school setting
- ☐ Need for increased supervision for safety
- ☐ Health and safety concerns requiring adaptive equipment
- ☐ Difficulty with emotional control
- ☐ Need for social skill development
- ☐ Difficulty completing tasks
- ☐ Health/medical services required
- ☐ Need for communication development

Educational alternatives / placements / accommodations / modifications, previously considered or attempted. **The Team must always consider the regular classroom** *(Check (4) all that apply.)*

- ☑ Regular Class
- ☑ Resource Class
- ☑ Special Class
- ☐ Special School
- ☐ Hospital/Homebound
- ☐ Title I Program
- ☐ Drop out Prevention Program
- ☐ Counseling Services
- ☐ Peer Tutoring
- ☑ Accommodations
- ☐ Behavioral Interventions
- ☐ Other: _____

Considering the continuum of placement options, the students placement is determined by checking one of the following below. The students IEP goals will be achieved appropriately in:

- ☐ Regular Class *(0-315 mins. per week)*
- ☐ Resource Room *(315 - 900 mins. per week)*
- ☑ Special Class *(900+ mins. per week)*
- ☐ Special School
- ☐ Residential School
- ☐ Hospital/Homebound

Indicate participation in non-academic activities with regular education students: *(Check (4) all that apply.)*

- ☑ Special Areas/Electives ☑ Clubs ☑ Lunch ☑ Field Trips ☐ Recess ☐ Community Experience ☐ Other _____

An explanation of the extent, if any, to which the student will not participate with non-disabled students in the regular classroom. Ricardo will participate with other disabled students for all of his academic classes ~~and his vocational elective(s) to meet his~~ individual academic needs.    4/30/02 ☒ .

Will the student be educated in the school he or she would attend if non-disabled? ☑ Yes ☐ No

If no, will the student be attending the school closest to his/her home where the IEP can be implemented? ☐ Yes ☐ No

Will the student be removed from the regular education program for more than fifty percent of the school day because this is the least restrictive environment?    ☑ Yes ☐ No

## 18. PRIOR WRITTEN NOTICE

A. Does this IEP include a change of placement or change in the provision of a Free Appropriate Public Education (FAPE) from the previous IEP? ☒ No ☑ Yes  4/30/02 ☒ .

B. Is it anticipated that the student will graduate at the end of the current school year? ☐ Yes ☑ No

**If yes to A and/or B, attach *Prior Written Notice* (PBSD 1723).**

## 19. PARENT(S)/GUARDIAN(S) COMMENTS

Parent(s)/guardian(s) if present, please initial: _____ agreement or _____ disagreement.

Comments: 4/30/02 Not in attendance

A-000471

| | THE SCHOOL DISTRICT OF PALM BEACH<br>**Individual Education Plan (IEP)**<br>**Post Secondary Transition Plan** | STUDENT NUMBER<br>1 3 0 4 1 8 5 0 | PAGE NUMBER<br>6  of  8 |
| --- | --- | --- | --- |
| | | DATE OF BIRTH<br>/ | CURRENT DATE<br>2 / 11 / 02 |

| STUDENT NAME *(last)* | *(first)* | *(MI)* | ASSIGNED SCHOOL |
| --- | --- | --- | --- |
| Sanchez | Ricardo | | Palm Beach Lakes High School |

**Domain:** *(check (4) each domain area to be addressed through an annual goal)*   ☑ **Instruction**   ☐ **Employment**   ☐ **Community Experience**
☐ **Post Secondary Adult Living**   ☐ **Daily Living Skills**   ☐ **Other** _____

**Present Levels of Educational Performance:** Based upon: Teacher/CIT Observation; Classroom Performance; Discipline Records

Ricardo _____ *(student name)*, is currently able to: Follow classroom and school rules when focused and with many redirections; express some concerns/problems to teachers

Effects of disability: Ricardo has difficulty displaying appropriate behavior across settings; He has difficulty following school rules in the classroom and on the campus

Priority educational need:  Ricardo needs to practice self-control in order to focus on his academic tasks and make progress toward a special diploma.

**Measurable Annual Goal:**  The student will: Follow school and classroom rules across all settings

by *(date or time line)*: duration of IEP

with *(criterion for mastery)*: 85% Mastery

as measured by *(evaluation)*: Teacher/CIT Observation; Discipline Records

Persons responsible  CIT/BIA, ESE Staff, Ricardo

### Short Term Objectives/Benchmarks

1.) Accept directions from Staff Members

3.) Develop strategies for dealing with conflicts.

2.) Demonstrate good decision making skills when presented with conflicts or situations.

4.) Ricardo  will seek assistance from ESE Staff (CIT/BIA) when needed.

The Transition IEP Team believes that no services are needed at this time in the following activity area(s) because:

Instruction _____

Community Experiences  No Services needed; Ricardo receives experiences through home and family

Employment  No Services needed; Ricardo  is capable of obtaining employment on his own

Postschool Adult Living  No Services needed; Ricardo  is capable of living independently

Parents will be notified of their child's progress toward the annual goal at least as often as parents of nondisabled students.  Parents will receive progress updates toward annual goals   8   times per year.

| KEY:<br>NA = Not Attempted<br>NP = No Progress<br>SP = Some Progress<br>AM = Almost Mastered<br>M = Mastered | Is student likely to meet the goal at end of IEP year? YES  NO | | Is student likely to meet the goal at end of IEP year? YES  NO |
| --- | --- | --- | --- |
| | 1.) Date  3 /2 / 02  NA  NP  SP  AM  M  ☑ ☐ | 5.) Date  / /  NA  NP  SP  AM  M  ☐ ☐ | |
| | 2.) Date  4 /21 / 02  NA  NP  SP  AM  M  ☑ ☐ | 6.) Date  / /  NA  NP  SP  AM  M  ☐ ☐ | |
| | 3.) Date  6 /4 /02  NA  NP  SP  AM  M  ☑ ☐ | 7.) Date  / /  NA  NP  SP  AM  M  ☐ ☐ | |
| | 4.) Date  / /  NA  NP  SP  AM  M  ☐ ☐ | 8.) Date  / /  NA  NP  SP  AM  M  ☐ ☐ | |

M = 1

| STUDENT NAME: *(last)* | *(first)* | *(MI)* | STUDENT NUMBER: | PAGE NO. |
|---|---|---|---|---|
| Sanchez | Ricardo | | 1 3 0 4 1 8 5 0 | 8 of 8 |

## IEP NOTES

Date: 6 / 7 / 02

In reviewing Ricardo's grades team feels SS would be beneficial for English skills. Spoke with Mother on phone — she is in agreement. Send paperwork via mail. 471-5241 Ammend IEP to reflect Summer School.

Date:  /  /

Date:  /  /

A-000473



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)

# Parent Participation Notification

STUDENT NUMBER 1304850

## I. To the Parent(s)/Guardian(s) of

STUDENT NAME *(last)* Sanchez   *(first)* Ricardo   *(MI)*   DATE OF BIRTH ▮▮▮   SEX M

SCHOOL Palm Beach Lakes High School   GRADE 10   CURRENT DATE 2/11/02

▮ are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

## II. A meeting has been scheduled at PalmBead Lakes H.S on 3/27/2002 at 8:30.

## III. The purposes of this meeting is

1. ☐ Parent Conference
2. ☑ The opportunity to review evaluation results
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☐ The opportunity to develop the Individual Educational Plan (IEP) for your child
5. ☐ The opportunity to develop an Educational Plan (EP) for your child

6. ☐ The opportunity to determine the appropriate educational program/placement for your child
7. ☐ The identification of post-school outcomes and transition services your child may need
8. ☐ The opportunity to review reevaluation needs
9. ☐ The opportunity to discuss continuation or discontinuation of your child's current program(s) or services
10. ☐ Other

## IV. The following people* have been invited to participate in this meeting

Name and Position: AMY FLEMING LEA
LORIE GOLDBERG, SLP
BELINDA SYKES, ESE/CASE MGR
RICARDO SANCHEZ, STUDENT

Name and Position: _____

*Note: When school to post-school transition services are being considered, your child will be invited.*

## V. For further information about the meeting or to reschedule, please call

Miss Parson   at ( 561 ) 615 - 4170   between the hours of 07:30 and 02:45.

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | TELEPHONE NUMBER: |
|---|---|---|---|
| Janice Parson | ( 561 ) 615 - 4170 | Julie Sheffler | ( 561 ) 802 - 2170 |

## VI. Parent section (KEEP A COPY FOR YOUR RECORDS)

Please check one of the following and return this form to: Miss Parson

1. ☑ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: __/__/__ at __:__
3. ☐ I am unable to attend, but give my permission for the meeting to take place without me.
4. If you are unable to attend, let us know your concern. We welcome your input.

5. As a parent of a child with a disability, you have the right to bring to the IEP meeting, individuals who have knowledge or special expertise regarding your child, including related services personnel.

CHECK ONE: ☐ I plan to bring (name optional) _____ to the meeting with me.

☑ I have received a copy of **Summary of Procedural Safeguards**, and was given the opportunity to ask questions. I understand my rights.

☐ I have received a copy of **Summary of Procedural Safeguards**, but I waive the need for explanation. I understand my rights.

Juana M Sanchez
SIGNATURE OF PARENT OR GUARDIAN   DATE   ( ) - HOME PHONE   ( ) - BUSINESS PHONE

## VII. Record of Contact Attempts: (OFFICE USE)   Contact Attempts Made By: _____

1. Date: __/__/__   Type: _____   Results: _____
2. Date: __/__/__   Type: _____   Results: _____

PBSD 0298 (REV. 5/9/2001)   ORIGINAL - School   COPY - Parent   SBE 6A-6.331 1

A-000474

EXCEPTIONAL STUDENT EDUCATION (ESE)
## ESE Student Reevaluation

STUDENT NUMBER: 13041850

STUDENT NAME *(last)* Sanchez, *(first)* Ricardo *(MI)*   DATE OF BIRTH / /   SEX M

SCHOOL Palm Beach Lakes High School   GRADE 10   CURRENT DATE 2/11/02

In accordance with federal law, the Individual Education Plan (IEP) team must meet every three years or sooner, if warranted, to review current and past information to determine whether the student continues to need ESE services.

**I. Student currently receives ESE services in the following areas:** Specific Learning Disabilities

**II. The IEP team must review the previous and current information:**

☐ Confidential/Cumulative File ☐ Academic Achievement Results ☐ Current IEP ☐ Parent Input ☐ Previous Evaluations *(including Psycho-educational evaluation)*

**III. Observations** *(attach observations completed by teachers and appropriate service related providers)*

Observation 1: __/__/__   Observation 2: __/__/__   Observation 3: __/__/__   Observation 4: __/__/__

**IV. Additional information which may be reviewed includes, but is not limited to the following:**

☐ Private Evaluation(s)   ☐ Criterion Referenced Assessment   ☑ Diploma Option   ☑ Transition Services
☐ Behavior Checklists   ☐ Alternate Assessment   ☑ Grades   ☐ Related Services
☐ Adaptive Behavior   ☐ State/District Wide Assessment(s)   ☐ Medical Information   ☐ Assistive Technology Needs
☐ Portfolio Assessment   ☐ Other _____

**V. The IEP team has determined:**

A. ☐ Based upon: _____ no need for further evaluation is recommended. __/__/__ ( date for data entry, reevaluation)

As a result of current information review, the IEP team recommends:

Does the student continue to have a disability? ☐ Yes ☐ No   Does the student still require ESE services? ☐ Yes ☐ No

If no, ☐ monitor ☐ discontinue _____ progam/service
☐ dismiss from all ESE services
Are revisions to the IEP necessary? ☐ Yes ☐ No

B. ☑ Need for further evaluation including the following components: (check only those components recommended by the IEP team) **(Must obtain parental consent)**

☐ Vision   ☐ Social History   ☐ Learning Style/Processing   ☐ Augmentative Communication
☐ Hearing   ☑ Functional Behavior Assess.   ☐ Emotional/Personality   ☐ Assistive Technology
☐ Intellectual   ☐ Behavior Rating Scales   ☐ Occupational Therapy   ☐ Speech and Language
☑ Academic   ☐ Adaptive Behavior   ☐ Physical Therapy   ☐ Other _____

**A meeting will be scheduled to review evaluation results with the parent if formal evaluation is recommended.**

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE | TELEPHONE NUMBER | AREA ESE DESIGNEE | TELEPHONE NUMBER |
|---|---|---|---|
| Janice Parson | | Julie Sheffler | |

**VI. Signatures of IEP Team**

PARENT _____ 2/11/02
LOCAL EDUCATION AGENCY (LEA) REPRESENTATIVE _____ 2/11/02
ESE TEACHER _____ 2/11/02
REGULAR EDUCATION TEACHER _____ 2/11/02

EVALUATION SPECIALIST _____ DATE
STUDENT _____ 2/11/02
OTHER _____ DATE
OTHER _____ DATE

PBSD 1366 (REV. 6/29/2001)   ORIGINAL - School   COPY - Parent

A-000475

THE SCHOOL DISTRICT C  PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)
**Parent Consent for Individual Student Reevaluation**

STUDENT NUMBER: 13041850

**I.  To the Parent(s)/Guardian(s) of:**

STUDENT NAME (last) SANCHEZ (first) RICARDO (MI)    DATE OF BIRTH ____   SEX M

SCHOOL: PALM BEACH LAKES    GRADE 10   CURRENT DATE 2/11/02

The IEP team has reviewed all available information about your child. The team is recommending formal assessment at this time to assist in determining your child's educational needs and continued eligibility for ESE services.

**II.  The rationale for this decision was made on the basis of:** (CHECK ALL THAT APPLY)

- [x] Review of classroom performance
- [ ] Parental request
- [x] Review of IEP goals & objectives
- [ ] Other:
- [x] Federal, State, District regulations

**III.  The following evaluation components have been recommended in your child's reevaluation:**

- [ ] Vision
- [ ] Hearing
- [ ] Speech/Language
- [ ] Intellectual
- [x] Other(s) Functional Assessment
- [ ] Social history
- [x] Academic
- [ ] Learning style
- [ ] Adaptive behavior
- [ ] Informative processing
- [ ] Observation
- [ ] Review of records
- [ ] Emotional/Personality
- [ ] Behavior rating scales
- [ ] Occupational therapy
- [ ] Physical therapy
- [ ] Augmentative communication
- [ ] None needed

**IV.  The multi-disciplinary team considered the following when making their recommendation(s):** (CHECK ALL THAT APPLY)

- [ ] School based assessment data
- [x] Classroom performance
- [ ] Private evaluation(s)
- [ ] Other:
- [ ] Agency information
- [ ] Medical records
- [ ] Group test scores
- [ ] Parental information
- [ ] Out of District information
- [ ] Previous district evaluations
- [x] State & Federal regulations
- [x] District guidelines (SPP)
- [ ] Current techology devices

**V.  Some of the options which were considered for your child were:**

NOT CONDUCTING A 3 YR REEVALUATION

These options were rejected because:

A REEVALUATION IS NEEDED FOR FURTHER EDUCATIONAL PLANNING

**VI. If other factors were relevant to the district's proposal to reevaluate, they included:**

NONE

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | TELEPHONE NUMBER: |
|---|---|---|---|
| Janice Parson | | Jeff Silverman | |

If additional formal assessments have been recommended, the results and an explanation of the evaluation(s) will be provided to you at the next review of your child's *Individual Educational Plan* (IEP) unless you request a meeting prior to that date.

**VII. Parent Section:** (PLEASE FILL OUT AND RETURN THE ENTIRE FORM TO THE SCHOOL)

You will be asked for additional consent prior to any ESE re-evaluations as required by Federal and State regulations.

CHECK ONE:
- [x] Yes, I give my consent for the proposed evaluation.
- [ ] Yes, I give my consent for the proposed evaluation, but would like a conference before the evaluation.
- [ ] No, I do not give my consent for the proposed evaluation.

CHECK ONE:
- [x] I have received a copy and an explanation of **Summary of Procedural Safeguards**, and was given the opportunity to ask questions. I understand my rights.
- [ ] I have received a copy of **Summary of Procedural Safeguards**, but I waive the need for explanation. I understand my rights.

SIGNATURE OF PARENT OR GUARDIAN    DATE 2/11/02

PBSD 0939 (REV. 6/5/2001)    ORIGINAL - School    COPY - Parent    SBE6A-6.3311, 34 CFR 300.504

A-000476

Io. Palm_Bell_Lakes.HS
Cc: Mary.Vreeland,
    GLORIA.RICHESON
From: Diane.Curtis
Subject: Student 13041850

TOOMBS
PAKSON

T  s ESE student has been recommended for placement in an Alternative
Education program.  A review of his placement packet reveals the following
items need to be corrected/updated for compliance purposes:

1.  PPN of 4/30/02 - Transition representative not invited on form

2.  IEP of 4/30/02 - page 2, section 5 - left blank

Please fax corrected information to the Alternative Education Dept. at
PX-2-4722.

Thank you.
--------------( end of letter )-------------------------------------------------

  PF 1=Help 2=Exit 3=Return 4=Query 5=Action 7=Backward 8=Forward      EMCC0000

A-000477

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
ALTERNATIVE EDUCATION
**Eligibility/Consent for Placement**

☐ Choice Program    ☒ Transition Program
☐ Teenage Parent Program    ☐ Secondary Intensive Program
☐ Therapeutic Program    ☐ Juvenile Justice Program

| NAME (last) Sanchez | (first) Ricardo | (middle initial) | STUDENT NUMBER 1304/850 | GRADE 10 | TODAY'S DATE 4/30/02 |
|---|---|---|---|---|---|

SCHOOL: Palm Beach Lakes H.S.

☐ 504    ☐ LEP    ☑ ESE

PROGRAM NAME: Roosevelt Full Service

LENGTH OF PRESCRIBED ENROLLMENT: 45 days

☑ New Enrollee    ☐ Carryover Student    ☐ Transfer Student

Indicate below the student eligibility criteria that corresponds with the program plan. Student is/has:

## SCHOOLS OF CHOICE (Code U)

**Retained in Grade (Code A)**
☐ Placed in grade 7, 8 or 9 (due to multiple retentions)
☐ Retained
☐ Below state or district, proficiency levels in reading, writing or math

**Academically Unsuccessful (Code B)**
☐ Low or failing grades (D's/F's) in two or more academic subjects
☐ Low achievement test scores (below level 3 in Reading or Math FCAT/Florida Writes)

**Attendance**
☐ Record of excessive absences that inhibits the student's progress (Code C)
☐ Habitually truant (15 unexcused absences within 90 calendar days) (Code N)

NOTE: ERC and PACE require a successful interview before admission.

## TEENAGE PARENT PROGRAM (CODE P)

☐ Pregnant as documented by a county public health unit or private physician's certification of pregnancy. (Code E)

☐ A parent as documented by the child's birth certificate, copy of application for birth certificate, hospital records, or a notarized affidavit of fatherhood signed by the mother and teenage father. (Code F)

☐ Child of student enrolled in teenage parent program or student who has completed program and is enrolled in courses to meet graduation requirements (Teenage Parent Consent for Placement and a copy of the child's birth certificate have been made available to this program.) (Code G)

## TRANSITION SCHOOLS (Code A)

☐ History of chronic or severe disruptive behavior (Code J)
☐ Repeated out-of-school suspensions (Code H)
☐ Requires extensive individualized behavior modification unavailable in the traditional classroom (Code J)
☐ Threatens general welfare of others (Code J)
☐ Placed in grade 7, 8, or 9 (due to multiple retentions) (Code J)
☐ Placement by Area Superintendent (Code J)
☒ ESE/Interim Alternative Placement (Code J)
☐ Felony suspension (Code H)

☐ Community control or re-entry from adjudication (Code T)
☐ Expulsion pending (ELEM. ONLY) (Code J)
☐ Expelled by school board action (ELEM. ONLY) (Code I)
☐ Expulsion re-entry (ELEM. ONLY) (Code I)
☐ Incident-based (Code J)

## SECONDARY INTENSIVE TRANSITION SCHOOLS

☐ Unsuccessful in a transition program (Code J)
☐ Severely threatens the welfare of others (Code J)
☐ Felony suspension (Code H)
☐ Community control or re-entry from adjudication (Code T)
☐ Expulsion pending (Code J)
☐ Expelled by school board action (Code I)
☐ Expulsion re-entry (Code J)
☐ ESE / Interim Alternative Placement (Gr. 6-12) (Code J)
☐ Placement by Area Superintendent (Code J)
☐ Incident-based (Code J)

## THERAPEUTIC PROGRAMS (Outside agencies)
☐ Enrolled by parent/guardian in voluntary agency program

## JUVENILE JUSTICE PROGRAM
☐ Under probation supervision

## PARENT CONSENT / NOTIFICATION (Required for Choice and Teenage Parent)

The custodial parent/guardian has the right to request an administrative review with the Area Superintendent or designee regarding this placement. The custodial parent/guardian has the right to request an evaluation to consider eligibility for exceptional student education services. If you have questions about this recommendation or would like information about the program, contact the school center or the Area office.

*Sign and date this form if you agree with this recommendation to enroll your child in the Alternative Program indicated above.*

Not in attendance.

_____
SIGNATURE OF CUSTODIAL PARENT/GUARDIAN     DATE

_____
SIGNATURE OF PRINCIPAL     DATE 4/30/02

A-000478



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
EXCEPTIONAL STUDENT EDUCATION (ESE)
**Individual Education Plan (IEP)**

STUDENT NUMBER: 1 3 0 4 1 8 5 0  PAGE NO. 1 of

CURRENT DATE: 4/30/2002  IEP DUE DATE: 2/ /200

STUDENT NAME: (last) Sanchez  (first) Ricardo  (MI)  DATE OF BIRTH: ■■■■  SEX: M

SAC SCHOOL:  CURRENT SCHOOL: Palm Beach Lakes HS  GRADE: 10  REEVALUATION DATE: 2/23/2005

## 1. PROCEDURAL SAFEGUARDS

☐ **_SUMMARY OF PROCEDURAL SAFEGUARDS_** (PBSD 1025) (in the home language) has been received by and an explanation was given to the parent(s) or guardian(s) of the student. Parent/Guardian initials: _____

☐ Parent received _Summary of Procedural Safeguards_ and waived rights for explanation. Parent/Guardian initials: _____

☑ Parent was not in attendance. Copy of _Summary of Procedural Safeguards_ (PBSD 1025) was sent home on: 4/25/2002

Primary language or mode of communication of parent/guardian if other than English: _____

Interpreter/translator provided: ☐ N/A  ☐ Yes  ☐ No · If no, explain: _____

## 2. IEP CONFERENCE(S) Conference Type (Check all that apply):

☐ Initial  ☐ Annual review  ☐ Temporary assignment  ☑ Alternative Education consideration  ☐ Reevaluation

☐ Extended School Year (ESY)  ☐ Preschool transition  ☐ Interim review (date) __/__/__

## 3. AREAS OF ELIGIBILITY  _K_ Primary Exceptionality

☐ A. Educable Mentally Handicapped
☐ B. Trainable Mentally Handicapped
☐ C. Orthopedically Impaired
☐ D. Occupational Therapy
☐ E. Physical Therapy
☐ F. Speech Impaired  F  V  A
☐ G. Language Impaired  (circle)

☐ H. Deaf or Hard of Hearing
☐ I. Visually Impaired
☐ J. Emotionally Handicapped
☑ K. Specific Learning Disabled
☐ L. Gifted
☐ M. Hospital/Homebound
☐ N. Profoundly Mentally Handicapped

☐ O. Dual-Sensory Impaired
☐ P. Autistic
☐ Q. Severely Emotionally Disturbed
☐ S. Traumatic Brain Injured
☐ T. Developmentally Delayed (age: 0-5)
☐ V. Other Health Impaired

## 4. SIGNATURES

The following individuals were in attendance at the IEP meeting and participated in the development of the IEP. Marked (*) signatures indicate individuals who must be in attendance:

PARENT/GUARDIAN

GENERAL EDUCATION TEACHER *

NAME/TITLE

PARENT

ESOL TEACHER

NAME/TITLE

Janice R. Parson
LEA REPRESENTATIVE *

STUDENT

NAME/TITLE  Principal, PBLHS

L. McRae
ESE TEACHER / ESE SERVICE PROVIDER *

Jeffrey L. Weiman AH-8
NAME/TITLE

NAME/TITLE

Leslie Harriott
EVALUATION SPECIALIST *

NAME/TITLE

NAME/TITLE

Complete for the students in 9th grade or turning **16 years of age** during the IEP year.
**Responsibilities and/or Linkages for Transition Services:** How were agency representative(s) invited? (check below)

☑ Written (date) 4/25/2002  ☐ Phone (date) __/__/__  ☐ Other: _____ (date) __/__/__

AGENCY REPRESENTED  RESPONSIBILITIES  AGENCY REPRESENTATIVE SIGNATURE  DATE

If agency representative(s) were not in attendance, describe the method(s) of obtaining input:
Vocational rehabilitation invited · pamphlets sent home

PBSD 0659 (REV. 7/6/2001)  ORIGINAL - ESE Confidential File  COPY - Parent/Guardian  COPY - Staff Responsible for Implementing IEP

A-000479



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
**Prior Written Notice (Change of Placement/FAPE)**

STUDENT NUMBER
13041850

**I.** STUDENT NAME Last Sanchez   First Ricardo   MI   ☐E OF BIRTH   SEX M

SCHOOL Palm Beach Lakes H.S.   GRADE 10   CURRENT DATE 4/30/02   INITIATION DATE OF PROPOSED CHANGES 4/30/02

**II.** Your child has been receiving ESE services according to the IEP developed on 2/11/02 . In order to meet the current CLAES educational needs of your child, a change to your child's placement or the provision of a Free Appropriate Public Education (FAPE) is being proposed.

**III.** You were invited to participate as a member of the Individual Education Plan (IEP) Team that made this proposal, with the rationale being based upon a review of your child's current IEP as well as a review of the following records:

☑ Evaluation/reevaluation results   ☑ Discipline reports   ☐ Attendance reports
☑ State/district-wide assessments   ☐ Service provider information   ☑ Classroom performance
☐ Alternative assessments   ☐ Parental information   ☐ Agency information
☑ Grade reports   ☐ Other

**IV.** The following educational options were considered: Continue in current program.

These were rejected for the following reason(s): ~~Weapon~~ Charge warrants 45 day IAES.

**V.** If any other factors were relevant to the district's proposal, they included: N/A.

**VI.** The current (C) and proposed (P) placements are as follows:

| C | P | | C | P | | | CESSATION OF SERVICES |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Regular class | ☑ | ☐ | Regular school campus | | C   P |
| ☐ | ☐ | Resource room | ☐ | ☑ | Alternative education facility | | ☐ ☐ Anticipated graduation with standard diploma at |
| ☑ | ☑ | Separate class   **AT** | ☐ | ☐ | Juvenile justice or correctional facility | | end of current school year |
| ☐ | ☐ | Hospital/Homebound | ☐ | ☐ | Residential facility | | ☐ ☐ Discontinuation of program/services |
| ☐ | ☐ | Other | ☐ | ☐ | Contracted site | | ☐ ☐ Dismissal from ESE services |
| | | | ☐ | ☐ | Other | | |

**VII.** The proposed change(s) in the provision of FAPE include(s): (use additional sheet if necessary)
Change from regular school campus to alt. ed. facility.

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: Janice Person | TELEPHONE NUMBER: ( )615-4170 | AREA ESE DESIGNEE: Jeff Silverman | TELEPHONE NUMBER: ( 561 ) 802 - 2170 |
|---|---|---|---|

**VIII.** Summary of Procedural Safeguards (PBSD 1025) were:
☐ provided at conference on   /  /   .   ☑ sent home on   /  /   .

An explanation was: ☐ provided at the time of the conference.   ☐ waived by the parent/guardian/surrogate parent.

**IX.** This notice was:
☐ provided at conference on   /  /   .   ☑ sent home on   /  /   .

SIGNATURE OF PERSON COMPLETING THIS FORM Jeffrey Silverman   POSITION Alt. Ed. Liaison   DATE 4/30/02

A-000480

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
# Conference/Staffing Record

STUDENT NUMBER 13041850

PAGE NUMBER ___ of ___

This form may be used for regular education, 504, or ESE purposes. If more space is required for discussion, conclusion and/or recommendations continue on PBSD 1051A.

STUDENT NAME (last) Sanchez (first) Ricardo (MI) ___ DATE OF BIRTH ___ SEX M

SCHOOL Palm Beach Lakes H.S.  GRADE 10  CURRENT DATE 4/30/02

## PURPOSE OF MEETING

- [ ] Child Study Team
- [ ] 504 Plan/Modifications
- [ ] Educational Planning
- [ ] Parent Conference
- [X] IEP (ESE) 45 day IAES
- [X] Other: Manifestation Hearing
- [ ] Eligibility: ___ ESE ___ 504
- [ ] Phone Conference

## PARTICIPANTS

| | | |
|---|---|---|
| _____ Parent/Guardian | Leslie Harriott Psychologist |
| _____ Parent/Guardian | _____ Speech/Language |
| Janice R. Parson LEA Representative | _____ Counselor |
| _____ School ESE Contact | _____ Support Staff |
| _____ Teacher | Jeffrey Silverman Other A.H. Ed. |
| _____ Teacher | _____ Other |
| L. McRae ESE Teacher | _____ Other Principal |

## DISCUSSION

Parent telephoned this morning - gave permission to proceed without her. Procedural Safeguards sent home with PPN. On 4/24/02 Ricardo was arrested on campus for possession of a weapon. Principal has placed Ricardo in a 45 day interim alternative education setting placement. Case #02-1714 School officer described the incident. Based on an anonymous tip, police found a "butterfly" knife on Ricardo. The blade was greater than 3". Ricardo is still in jail. Manifestation Hearing conducted. The behavior is deemed a manifestation of the handicap because no functional behavior* assessment was ever completed, despite repeated discipline & out of school suspensions. Current IEP reviewed & adjusted. Consent for FBA

## CONCLUSION/RECOMMENDATIONS

previously obtained - will be completed by PBLHS staff by end of school year. IEP can be implemented at Roosevelt Full Service.

1. IEP reviewed + updated. To be implemented at Roosevelt Full Service.
2. FBA to be completed by end of school year by PBLHS staff.
3. FAPE + copy of all paperwork to be sent home to parent.
4. End of 45 day IAES meeting set for ___ at Roosevelt Full Service.

Jeffrey Silverman  4/30/02

PBSD 1051 (REV. 6/6/2001)  ORIGINAL - School  COPY - Parent/Guardian

A-000481



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION
**Prior Written Notice (Change of Placement/FAPE)**

STUDENT NUMBER:
13041850

**I.** STUDENT NAME  Last _Sanchez_   First _Ricardo_   MI ___   DATE OF BIRTH ███   SEX _M_

SCHOOL _Palm Beach Lakes H.S._   GRADE _10_   CURRENT DATE _4/30/02_   INITIATION DATE OF PROPOSED CHANGES _4/30/02_

**II.** Your child has been receiving ESE services according to the IEP developed on _2/11/02_. In order to meet the current _ACAES_ educational needs of your child, a change to your child's placement or the provision of a Free Appropriate Public Education (FAPE) is being proposed.

**III.** You were invited to participate as a member of the Individual Education Plan (IEP) Team that made this proposal, with the rationale being based upon a review of your child's current IEP as well as a review of the following records:

- [✓] Evaluation/reevaluation results
- [✓] State/district-wide assessments
- [ ] Alternative assessments
- [✓] Grade reports
- [✓] Discipline reports
- [ ] Service provider information
- [ ] Parental information
- [ ] Other
- [ ] Attendance reports
- [✓] Classroom performance
- [ ] Agency information

**IV.** The following educational options were considered: _Continue in current program._

These were rejected for the following reason(s): _Weapon charge warrants 45 day IAES._

**V.** If any other factors were relevant to the district's proposal, they included: _N/A_

**VI.** The current (C) and proposed (P) placements are as follows:

| C | P | | C | P | | | CESSATION OF SERVICES |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | Regular class | [✓] | [ ] | Regular school campus | C  P | |
| [ ] | [ ] | Resource room | [ ] | [✓] | Alternative education facility | [ ] [ ] | Anticipated graduation with standard diploma at end of current school year |
| [✓] | [✓] | Separate class  **AT** | [ ] | [ ] | Juvenile justice or correctional facility | | |
| [ ] | [ ] | Hospital/Homebound | [ ] | [ ] | Residential facility | [ ] [ ] | Discontinuation of program/services |
| [ ] | [ ] | Other _____ | [ ] | [ ] | Contracted site | [ ] [ ] | Dismissal from ESE services |
| | | | [ ] | [ ] | Other _____ | | |

**VII.** The proposed change(s) in the provision of FAPE include(s): (use additional sheet if necessary)
_Change from regular school campus to alt. ed. facility._

---

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

SCHOOL CENTER ESE DESIGNEE: _Janice Larson_   TELEPHONE NUMBER: ( ███ /S ███   AREA ESE DESIGNEE: Jeff Silverman   TELEPHONE NUMBER ███

**VIII.** Summary of Procedural Safeguards (PBSD 1025) were:
- [ ] provided at conference on __/__/__.
- [✓] sent home on __/__/__.

An explanation was: [ ] provided at the time of the conference.  [ ] waived by the parent/guardian/surrogate parent.

**IX.** This notice was:
- [ ] provided at conference on __/__/__.
- [✓] sent home on __/__/__.

SIGNATURE OF PERSON COMPLETING THIS FORM _Jeffry Silverman_   POSITION _Alt. Ed. Liaison_   DATE _4/30/02_

A-000482

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
## Conference/Staffing Record

This form may be used for regular education, 504, or ESE purposes. If more space is required for discussion, conclusion and/or recommendations continue on PBSD 1051A

STUDENT NUMBER: 1304185○
PAGE NUMBER: 1 of

STUDENT NAME (last): Sanchez   (first): Ricardo   DATE OF BIRTH: ▮▮▮   SEX: M

SCHOOL: Palm Beach Lakes H.S.   GRADE: 10   CURRENT DATE: 4/30/02

### PURPOSE OF MEETING
- [ ] Child Study Team
- [ ] 504 Plan/Modifications
- [ ] Educational Planning
- [ ] Parent Conference
- [X] IEP (ESE)
- [X] Other: 45 day IAES / Manifestation Hearing
- [ ] Eligibility: ___ ESE ___ 504
- [ ] Phone Conference

### PARTICIPANTS

| | | | |
|---|---|---|---|
| _____ | Parent/Guardian | Leslie Harriott | Psychologist |
| _____ | Parent/Guardian | _____ | Speech/Language |
| Janice R. Parson | LEA Representative | _____ | Counselor |
| _____ | School ESE Contact | _____ | Support Staff |
| (signature) | Teacher | Jeffrey Silverman | Other A.H. Ed. |
| _____ | Teacher | _____ | Other |
| L. McRae | ESE Teacher | (signature) | Principal |

### DISCUSSION

Parent telephoned this morning - gave permission to proceed without her. Procedural Safeguards sent home with PPN. On 4/24/02 Ricardo was arrested on campus for possession of a weapon. Principal has placed Ricardo in a 45 day interim alternative education setting placement. Case #02-171. School officer described the incident. Based on an anonymous tip, police found a "butterfly" knife on Ricardo. The blade was greater than 3". Ricardo is still in jail. Manifestation Hearing conducted. The behavior is deemed a manifestation of the handicap because no functional behavior assessment was ever completed, despite repeated discipline & out of school suspensions. Current IEP reviewed & adjusted. Consent for FBA

### CONCLUSION/RECOMMENDATIONS

previously obtained - will be completed by PBLHS staff by end of school year. IEP can be implemented at Roosevelt Full Service.

① IEP reviewed & updated. To be implemented at Roosevelt Full Service.
② FBA to be completed by end of school year by PBLHS staff.
③ FAPE & copy of all paperwork to be sent home to parent.
④ End of 45 day IAES meeting set for _____ at Roosevelt Full Service.

Jeffrey Silverman   4/30/02

PBSD 1051 (REV. 5/6/2001)   ORIGINAL-School   COPY-Parent/Guardian

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
ALTERNATIVE EDUCATION
**Eligibility/Consent for Placement**

☐ Choice Program      ☒ Transition Program
☐ Teenage Parent Program   ☐ Secondary Intensive Program
☐ Therapeutic Program    ☐ Juvenile Justice Program

| NAME (last) | (first) | (middle initial) | STUDENT NUMBER | GRADE | TODAY'S DATE |
|---|---|---|---|---|---|
| Sanchez | Ricardo | | 1304/850 | 10 | 4/30/02 |

| SCHOOL | | | | |
|---|---|---|---|---|
| Palm Beach Lakes H.S. | | ☐ 504 | ☐ LEP | ☒ ESE |

| PROGRAM NAME | LENGTH OF PRESCRIBED ENROLLMENT | | | |
|---|---|---|---|---|
| Roosevelt Full Service | 45 days | ☒ New Enrollee | ☐ Carryover Student | ☐ Transfer Student |

Indicate below the student eligibility criteria that corresponds with the program plan. Student is/has:

## SCHOOLS OF CHOICE (Code U)

**Retained in Grade (Code A)**
☐ Placed in grade 7, 8 or 9 (due to multiple retentions)
☐ Retained
☐ Below state or district, proficiency levels in reading, writing or math

**Academically Unsuccessful (Code B)**
☐ Low or failing grades (D's/F's) in two or more academic subjects
☐ Low achievement test scores (below level 3 in Reading or Math FCAT/Florida Writes)

**Attendance**
☐ Record of excessive absences that inhibits the student's progress (Code C)
☐ Habitually truant (15 unexcused absences within 90 calendar days) (Code N)

NOTE: ERC and PACE require a successful interview before admission.

## TEENAGE PARENT PROGRAM (CODE P)

☐ Pregnant as documented by a county public health unit or private physician's certification of pregnancy. (Code E)

☐ A parent as documented by the child's birth certificate, copy of application for birth certificate, hospital records, or a notarized affidavit of fatherhood signed by the mother and teenage father. (Code F)

☐ Child of student enrolled in teenage parent program or student who has completed program and is enrolled in courses to meet graduation requirements (Teenage Parent Consent for Placement and a copy of the child's birth certificate have been made available to this program.) (Code G)

## TRANSITION SCHOOLS (Code A)

☐ History of chronic or severe disruptive behavior (Code J)
☐ Repeated out-of-school suspensions (Code H)
☐ Requires extensive individualized behavior modification unavailable in the traditional classroom (Code J)
☐ Threatens general welfare of others (Code J)
☐ Placed in grade 7, 8, or 9 (due to multiple retentions) (Code J)
☐ Placement by Area Superintendent (Code J)
☒ ESE/Interim Alternative Placement (Code J)
☐ Felony suspension (Code H)

☐ Community control or re-entry from adjudication (Code T)
☐ Expulsion pending (ELEM. ONLY) (Code J)
☐ Expelled by school board action (ELEM. ONLY) (Code I)
☐ Expulsion re-entry (ELEM. ONLY) (Code I)
☐ Incident-based (Code J)

## SECONDARY INTENSIVE TRANSITION SCHOOLS

☐ Unsuccessful in a transition program (Code J)
☐ Severely threatens the welfare of others (Code J)
☐ Felony suspension (Code H)
☐ Community control or re-entry from adjudication (Code T)
☐ Expulsion pending (Code J)
☐ Expelled by school board action (Code I)
☐ Expulsion re-entry (Code J)
☐ ESE / Interim Alternative Placement (Gr. 6-12) (Code J)
☐ Placement by Area Superintendent (Code J)
☐ Incident-based (Code J)

## THERAPEUTIC PROGRAMS (Outside agencies)
☐ Enrolled by parent/guardian in voluntary agency program

## JUVENILE JUSTICE PROGRAM
☐ Under probation supervision

## PARENT CONSENT / NOTIFICATION (Required for Choice and Teenage Parent)

The custodial parent/guardian has the right to request an administrative review with the Area Superintendent or designee regarding this placement. The custodial parent/guardian has the right to request an evaluation to consider eligibility for exceptional student education services. If you have questions about this recommendation or would like information about the program, contact the school center or the Area office.

*Sign and date this form if you agree with this recommendation to enroll your child in the Alternative Program indicated above.*

Not in attendance.

| SIGNATURE OF CUSTODIAL PARENT/GUARDIAN | DATE | SIGNATURE OF PRINCIPAL | DATE |
|---|---|---|---|
| | | | 4/30/02 |

A-000484



THE SCHOOL DISTRICT OF PALM BEACH COUNTY.
ALTERNATIVE EDUCATION

# Exceptional Student Education/Interim Alternative Educational Setting Placement Procedures Checklist for Weapon or Drug Offenses

The Area Alternative Education (AE) ESE Resource Teacher and the sending school's ESE contact review the Referral Packet, sign this checklist, and present it to the sending school's principal for signature. The Area AE ESE Resource Teacher then sends the original of this completed checklist and the completed Referral Packet to the Department of Alternative Education for review and Director's signature. AE notifies the Area Superintendent of student eligibility status and Referral Packet completion. The Area office notifies the sending and receiving schools of the placement and forwards a copy of the packet to the receiving school.

Student Name __Sanchez      Ricardo__   Student ID # |1|3|0|4|1|8|5|0|  Grade |1|0|
                  LAST          FIRST        MI

Current School __Palm Beach Lakes H.S.__   School # |1|8|5|1|

Home School __Palm Beach Lakes H.S.__   Primary Exceptionality __SLD__

Person Completing Packet __J. Silverman__   Title __Alt. Ed. Liaison__

Phone _____   PX __22170__ TAO _____

**For each of the following sections, check (✓) each applicable item.**

A)  Sending school contact Alternative Education to determine date and location of ESE/Interim Alternative Education Setting (IAES) placement. Sending school is responsible for notifying parent and arranging transportation.

### WITHIN 10 DAYS OF PLACEMENT IN ESE/IAES

B)  An Individual Education Plan (IEP) Team must convene to review the IEP, to determine if the behavior was a manifestation of the student's disability, and to consider the appropriate educational setting. Parent Participation Notification *(PBSD 0298)* must indicate the purpose(s) of the meeting.

| MUST ATTEND | MUST BE INVITED | |
|---|---|---|
| ☑ 1. Local Education Agency representative | ☑ 6. Custodial parent/guardian | ☐ 10. Outside agency representative (if appropriate) |
| ☑ 2. Area Alternative Education ESE Resource Teacher | ☑ 7. Student (if turning 14-years-old during term of IEP or if otherwise appropriate) | ☑ 11. Representative of agencies that may be responsible for providing transition services for students in 9th grade or higher or who are 16 years of age or older |
| ☑ 3. ESE teacher | | |
| ☑ 4. General education teacher | ☑ 8. Sending school administrator or designee | |
| ☑ 5. Evaluation specialist | ☑ 9. Alternative Education Contact from Alternative Education Program | ☐ 12. Translator (if appropriate) |
| | | ☐ 13. ESOL Contact (if appropriate) |

C)  Sending school IEP Team collects documentation pertaining to student performance, attendance, disciplinary infractions, and behavior interventions.

☑ 1. Recent Functional Behavior Assessment (FBA) or approximate date for FBA completion with custodial Parent Consent for Individual Student Reevaluation *(PBSD 0939)*

☐ 2. Documentation of sufficient and appropriate interventions targeting specific behavior(s), including Behavior Intervention Plan (BIP) if FBA is completed

☑ 3. TERMS screens A03, A05, A06, A07, A08, A10, A12, A13, A14, A15, A17, A21, A23, A24 (elementary may omit A12, A14, & A17)

☑ 4. Manifestation Determination *(PBSD 1927)* and ESE Discipline Report *(PBSD 0266)*

☐ 5. Copy of latest report card (elementary only)

☐ 6. Log of contacts with custodial parent/guardian regarding behavior/discipline (if appropriate)

☐ 7. Log of guidance counselor interventions (if appropriate)

☐ 8. Log of administrator interventions (if appropriate)

☐ 9. Academic Improvement Plan (AIP) *(PBSD 1739 - Elem., PBSD 1686 - MS or PBSD 1687 - HS)* (if appropriate)

☐ 11. Limited English Proficient (LEP) Plan *(PBSD 1790 - Elem. or PBSD 1640 - Sec.)* (if appropriate)

PBSD 1897 REV. 12/3/2001)     ORIGINAL - Alternative Education      Page 1 of 3

A-000485

**Exceptional Student Education/Interim Alternative Educational Setting Placement Procedures Checklist for Weapon or Drug Offenses (continued)**

D)   At the meeting, the IEP Team

☑ 1.   Reviews all documentation from item (C) of this checklist

☐ 2.   Reviews AIP *(PBSD 1739 - Elem., PBSD 1686 - MS or PBSD 1687 - HS)* (if appropriate)

☐ 3.   Reviews LEP Plan *(PBSD 1790 - Elem. or PBSD 1640 - Sec.)* (if appropriate)

☑ 4.   Reviews each section of the current IEP, reviews current performance levels, and documents progress of mastery towards goals and objectives, including behavior goals

☑ 5.   Reviews BIP and its implementation and modifies BIP and its implementation as necessary, to address the behavior that led to the ESE/IAES placement. If there is no BIP, sending school ESE Contact coordinates obtaining custodial parent/guardian permission, Parent Consent for Individual Student Reevaluation *(PBSD 0939)* and developing FBA and BIP

☑ 6.   Determines whether the IEP can be implemented at the Alternative Education site

☑ 7.   Decides on appropriate learning environment/placement for student

☑ 8.   Writes new or updates current IEP based upon progress and other information gathered

☑ 9.   Schedules IEP Team meeting to take place prior to the end of the 45-day placement

☐ 10.  Informs the custodial parent/guardian of the right to file for a due process hearing if the parent disagrees with the placement and documents this in Conference Records *(PBSD 1051/1051A)*

E)   The sending school ESE Contact and Area Alternative Education ESE Resource Teacher coordinate the following completed items to be included with the Referral Packet.

☑ 1.   All documentation for item (C) of this checklist including updated A24 screen showing the Action Code "FA" (Future Action) with the comment "Referred for placement in AE disciplinary program"

☑ 2.   Alternative Education Eligibility/Consent for Placement *(PBSD 1546)*

☑ 3.   All Conference Records *(PBSD 1051/1051A)* pertaining to this Alternative Education referral

☑ 4.   Parent Participation Notification form *(PBSD 0298)*

☑ 5.   New or updated IEP *(PBSD 0659)*

☑ 6.   Prior Written Notice (Change of Placement/FAPE) *(PBSD 1723)*

☑ 7.   Most recent ESE Student Reevaluation *(PBSD 1366)* including copy of Parent Consent for Individual Student Reevaluation *(PBSD 0939)*

☑ 8.   Most recent psycho-educational evaluation including copy of Parent Consent for Individual Student Evaluation *(PBSD 0297)* or Parent Participation Notification *(PBSD 0298)*

☑ 9.   Updated A23 screen reflecting

☐   new IEP and/or evaluation due dates if new IEP was written

☐   new re-evaluation due dates if evaluation was done

☐ 10.  Updated AIP *(PBSD 1739 - Elem., 1686 - MS or PBSD 1687 - HS)* (if appropriate)

☐ 11.  Updated LEP *(PBSD 1790 - Elem. or PBSD 1640 - Sec.)* (if appropriate)

F)   The principal of the sending school must explain reasons for the omission of documentation of parent conferences, administrator and guidance counselor interventions, and/or IEP Team conferences.

A-000486

**Exceptional Student Education/Interim Alternative Educational Setting Placement Procedures Checklist for Weapon or Drug Offenses (continued)**

G) Indicate which site and diploma option (if appropriate) the IEP Team is recommending
NOTE The sending school is responsible for arranging transportation

| Elementary Transition | Secondary Transition | Secondary Intensive Transition | Diploma Option |
|---|---|---|---|
| ☐ Area 1 | ☐ Delray Full Service | ☐ Area 1 & 2 (South) | ☐ Regular Diploma |
| ☐ Area 2 | ☐ Lake Shore Transition | ☐ Area 3 & 5 (North) | ☐ Special Diploma |
| ☒ Area 3 | ☒ Roosevelt Full Service | ☐ Area 4 (West) | ☐ Option 1 |
| ☐ Area 4 | | | ☐ Option 2 |
| ☐ Area 5 | | | ☐ None (Elementary or will not turn 14 during IEP year.) |

H) Signing below indicates that (1) the Alternative Education Referral Packet is complete; (2) the referred student meets the criteria for placement in the recommended program; (3) the referred student meets immunization requirements.

_____     4/30/02
SIGNATURE OF PRINCIPAL       DATE

_____     4/30/02
SIGNATURE OF ESE CONTACT (sending school)       DATE

_____     4/30/02
SIGNATURE OF AREA ESE TEAM LEADER OF DESIGNEE       DATE

**Forwarded to Alternative Education**   ☒ By Pony   ☐ Hand-delivered     4/30/02
                                                                        DATE

**ALTERNATIVE EDUCATIONAL USE ONLY**

The incident could not be entered on A-24 because Ricardo was taken off PBLHS roll the day of the incident & enrolled at P.B. Regional. Copy of discipline referral attached.

PBSD 1897 REV. 12/3/2001)     ORIGINAL - Alternative Education                                           Page 3 of 3

A-000487



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)
**Parent Participation Notification**

STUDENT NUMBER: 13091850

**I. To the Parent(s)/Guardian(s) of**

STUDENT NAME (last): Sanchez  (first): Ricardo  (MI):    DATE OF BIRTH: 10 ▮  SEX: M

SCHOOL: Roosevelt Full Service Center    GRADE: 9   CURRENT DATE: 5/23/02

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

**II. A meeting has been scheduled at** RFSC _____ on 5/28/02 at 10:30.

**III. The purposes of this meeting is**

1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☑ The opportunity to review and/or develop the Individual Educational Plan (IEP) for your child
5. ☐ The opportunity to develop an Educational Plan (EP) for your child

6. ☐ The opportunity to determine the appropriate educational program/placement for your child
7. ☐ The identification of post-school outcomes and transition services your child may need
8. ☐ The opportunity to review reevaluation needs
9. ☐ The opportunity to discuss continuation or discontinuation of your child's current program(s) or services
10. ☑ Other 45 day review

**IV. The following people* have been invited to participate in this meeting**

Name and Rona Craddock/RFSC Contact

Position: ESE Teacher/ Gray
Regular Teacher/ Kutikoff
Home School/ PBLHS

Name and

Position: Student/ Ricardo
Area Designee/ Silverman
Voc. Rehab Designee/ O'Meara

*Note: When school to post-school transition services are being considered, your child will be invited.*

**V. For further information about the meeting or to reschedule, please call**

Rona Craddock/RFSC Contact    at ( 561 ) 671 - 0471  between the hours of 08:00 and 2:00.

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | TELEPHONE NUMBER: |
|---|---|---|---|
| Rona Craddock/RFSC Contact | ▮▮▮▮ | Silverman or McGraw or Rudy | ( ) ▮ |

**VI. Parent section** (KEEP A COPY FOR YOUR RECORDS)

Please check one of the following and return this form to: _____

1. ☑ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: __/__/__ at __:__
3. ☐ I am unable to attend, but give my permission for the meeting to take place without me.
4. If you are unable to attend, let us know your concern. We welcome your input.
   Parent waives 10 day notice
5. As a parent of a child with a disability, you have the right to bring to the IEP meeting, individuals who have knowledge or special expertise regarding your child, including related services personnel.

CHECK ONE:    I plan to bring (name optional) _____ to the meeting with me.

☐ I have received a copy of Summary of Procedural Safeguards, and was given the opportunity to ask questions. I understand my rights.

☑ I have received a copy of Summary of Procedural Safeguards, but I waive the need for explanation. I understand my rights.

SIGNATURE OF PARENT OR GUARDIAN _____ DATE _____ ( ▮ ) HOME PHONE _____ BUSINESS PHONE

**VII. Record of Contact Attempts:** (OFFICE USE)  Contact Attempts Made By: _____ RC

1. Date: 5/23/02  Type: Mail, Phone  Results: Will come

2. Date: 5/28/02  Phone - Mom forgot - see notes

A-000488

# RFSC

Dr. Cynthia R. Smith, Principal
Mr. Kent Heitman, Assistant Principal

Roosevelt Full Service Center
1601 North Tamarind Avenue
West Palm Beach, FL  33407
Telephone: (561) 822-0276
FAX: (561) 822-0290

## ROOSEVELT FULL SERVICE CENTER
## CARRYOVER STUDENT CHECKLIST
## SPRING FY 2001/2002

STUDENT NAME: _Ricardo Sanchez_ STUDENT NUMBER: _13041850_

| COMPLETED | DATE | DESCRIPTION |
|---|---|---|
| ✓ | 5-28-02 | Alternative Education Eligibility/Consent for Placement (PBSD 1546) and sent to custodial parent/guardian. |
| ✓ | 1/ | Form letter informing custodial parent(s) or guardian(s) of student's carryover status sent. |

*An Equal Opportunity Employer*

A-000489

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
ALTERNATIVE EDUCATION
**Eligibility/Consent for Placement**

☐ Choice Program  ☒ Transition Program
☐ Teenage Parent Program  ☐ Secondary Intensive Program
☐ Therapeutic Program  ☐ Juvenile Justice Program

NAME (last) **Sanchez** (first) **Ricardo** (middle initial) | BIRTH DATE ▮ | STUDENT NUMBER **3041850** | GRADE **10** | TODAY'S DATE **5/28/02**

SCHOOL **Roosevelt Full Service / PBLHS** | ☐ 504 | ☐ LEP | ☒ ESE

PROGRAM NAME **Roosevelt Full Service** | LENGTH OF PRESCRIBED ENROLLMENT **One Semester** | ☐ New Enrollee | ☒ Carryover Student | ☐ Transfer Student

Indicate below the student eligibility criteria that corresponds with the program plan. Student is/has:

## SCHOOLS OF CHOICE (Code U)

**Retained in Grade (Code A)**
☐ Placed in grade 7, 8 or 9 (due to multiple retentions)
☐ Retained
☐ Below state or district, proficiency levels in reading, writing or math

**Academically Unsuccessful (Code B)**
☐ Low or failing grades (D's/F's) in two or more academic subjects
☐ Low achievement test scores (below level 3 in Reading or Math FCAT/Florida Writes)

**Attendance**
☐ Record of excessive absences that inhibits the student's progress (Code C)
☐ Habitually truant (15 unexcused absences within 90 calendar days) (Code N)

NOTE: ERC and PACE require a successful interview before admission.

## TEENAGE PARENT PROGRAM (CODE P)

☐ Pregnant as documented by a county public health unit or private physician's certification of pregnancy. (Code E)

☐ A parent as documented by the child's birth certificate, copy of application for birth certificate, hospital records, or a notarized affidavit of fatherhood signed by the mother and teenage father. (Code F)

☐ Child of student enrolled in teenage parent program or student who has completed program and is enrolled in courses to meet graduation requirements (Teenage Parent Consent for Placement and a copy of the child's birth certificate have been made available to this program.) (Code G)

## TRANSITION SCHOOLS (Code A)

☐ History of chronic or severe disruptive behavior (Code J)
☐ Repeated out-of-school suspensions (Code H)
☐ Requires extensive individualized behavior modification unavailable in the traditional classroom (Code J)
☒ Threatens general welfare of others (Code J)
☐ Placed in grade 7, 8, or 9 (due to multiple retentions) (Code J)
☐ Placement by Area Superintendent (Code J)
☐ ESE/Interim Alternative Placement (Code J)
☐ Felony suspension (Code H)

☐ Community control or re-entry from adjudication (Code T)
☐ Expulsion pending (ELEM. ONLY) (Code J)
☐ Expelled by school board action (ELEM. ONLY) (Code I)
☐ Expulsion re-entry (ELEM. ONLY) (Code I)
☐ Incident-based (Code J)

## SECONDARY INTENSIVE TRANSITION SCHOOLS

☐ Unsuccessful in a transition program (Code J)
☐ Severely threatens the welfare of others (Code J)
☐ Felony suspension (Code H)
☐ Community control or re-entry from adjudication (Code T)
☐ Expulsion pending (Code J)
☐ Expelled by school board action (Code I)
☐ Expulsion re-entry (Code J)
☐ ESE / Interim Alternative Placement (Gr. 6-12) (Code J)
☐ Placement by Area Superintendent (Code J)
☐ Incident-based (Code J)

## THERAPEUTIC PROGRAMS (Outside agencies)
☐ Enrolled by parent/guardian in voluntary agency program

## JUVENILE JUSTICE PROGRAM
☐ Under probation supervision

## PARENT CONSENT / NOTIFICATION (Required for Choice and Teenage Parent)

The custodial parent/guardian has the right to request an administrative review with the Area Superintendent or designee regarding this placement. The custodial parent/guardian has the right to request an evaluation to consider eligibility for exceptional student education services. If you have questions about this recommendation or would like information about the program, contact the school center or the Area office.

*Sign and date this form if you agree with this recommendation to enroll your child in the Alternative Program indicated above.*

Not in attendance

SIGNATURE OF CUSTODIAL PARENT/GUARDIAN | DATE | SIGNATURE OF PRINCIPAL | DATE

PBSD 1546 (REV.3/19/2002) ORIGINAL - Cumulative Folder   COPY - Student Alternative Education Folder   COPY - Custodial Parent/Guardian

O.K. by phone. ☒

A-000490

# THE SCHOOL DISTRICT OF PALM BEACH COUNTY
## Conference/Staffing Record

his form may be used for regular education, 504, or ESE purposes. If more space is required for discussion, conclusion and/or recommendations continue on PBSD 1051A.

STUDENT NUMBER: 13641850

PAGE NUMBER: _____ of _____

STUDENT NAME (last): Sanchez  (first): Ricardo  (MI): _____

DATE OF BIRTH: [redacted]  SEX: M

SCHOOL: Roosevelt Full Service   GRADE: 10   CURRENT DATE: 5/28/02

### PURPOSE OF MEETING
- [ ] Child Study Team
- [ ] 504 Plan/Modifications
- [ ] Educational Planning
- [ ] Parent Conference
- [x] IEP (ESE)
- [x] Other: Alt. Ed. consideration.
- [ ] Eligibility: ___ ESE ___ 504
- [ ] Phone Conference

### PARTICIPANTS

| | |
|---|---|
| Participated by phone - Parent/Guardian | _____ Psychologist |
| _____ Parent/Guardian | _____ Speech/Language |
| Rena Craddock LEA Representative | B/Hartley Counselor |
| Janice R Parison School ESE Contact | _____ Support Staff |
| _____ Teacher | _____ Hitman, AP Other |
| _____ Teacher | Jeffrey Silverman Other |
| Rosalind O'Hary ESE Teacher | _____ Other |

### DISCUSSION

Parent invited - indicated she would attend, but did not show. Procedural Safeguards sent with PPN. Ricardo was placed at Roosevelt this past week for a 45 day IAES for a weapons charge. Since the 45 day period will expire over the summer, meeting is being held now. PBLJS contact expressed the concern of the principal that Ricardo is a threat to school security due to the knife being brought to school. Team agrees that Ricardo should remain at Roosevelt for one semester. Current IEP reviewed & appropriate.

### CONCLUSION/RECOMMENDATIONS

① Remain at Roosevelt for one additional semester.

* Parent called in by phone at end of meeting & was updated.

PBSD 1051 (REV 5/6/2001)   ORIGINAL School   COPY Parent/Guardian

Jeffrey Silverman  5/28/02

A-000491

```
PANEL: ____                    A12. CURRENT GRADES                      YEAR: 0
                          Tuesday May 28, 2002 11:00 am
   STDT: 13041850    SANCHEZ, RICARDO                    SCHL: 2441   GR: 10 ST:

   STAT: A    TRM: __

   ------TITLE-------- S T PRDS 1ST 2ND EX1 3RD 4TH EX2 SM1 SM2 FNL    SS1 SS2 SS
   MATH: 9-12          A 2 0101           F 2   2           W
   CAREER PREP         A 2 0202           C 3 F 2           F
   ENG: 9-12           A 2 0303           D 2 W 2           W
   SCI: 9-12           A 2 0404           C 3 F 2           
   SOC PSNL SK         A 2 0505           F 3   2           F
   SOC STUDIES: 9-12   A 2 0606           C 3   2           W
```

glarson
5-28-02

```
                                                               PORT: __
   PF1=HELP 3=EXIT 5=REFRESH 7=BKWD 8=FWD 9=NXT PAGE 10=PRT 11=VIEW 12=ESCAPE
   NO ADDITIONAL PAGES...NEXT?                                 TERML: DS15
```

cc Greta
Gray

A-000492

THE SCHOOL DISTRICT OF PALM BEACH COUNTY

# Conference/Staffing Record

his form may be used for regular education, 504, or ESE purposes. If more space is required for discussion, conclusion and/or recommendations continue on PBSD 1051A.

STUDENT NUMBER: 13041850

PAGE NUMBER: ____ of ____

STUDENT NAME (last) Sanchez  (first) Ricardo  (MI) ____  DATE OF BIRTH [redacted]  SEX M

SCHOOL Roosevelt Full Service   GRADE 10   CURRENT DATE 5 28 02

## PURPOSE OF MEETING
- [ ] Child Study Team
- [ ] 504 Plan/Modifications
- [ ] Educational Planning
- [ ] Parent Conference
- [x] IEP (ESE)
- [x] Other: Alt. Ed. consideration.
- [ ] Eligibility: __ ESE __ 504
- [ ] Phone Conference

## PARTICIPANTS

Participated by phone

_____ Parent/Guardian
_____ Parent/Guardian
Rena Craddock LEA Representative
Janice R. Parson School ESE Contact
_____ Teacher
_____ Teacher
Rosalind Shaw ESE Teacher

_____ Psychologist
_____ Speech/Language
B/Lathly Counselor
_____ Support Staff
____ Hithm, AP Other
Jeffry Silverman - Other
_____ Other

## DISCUSSION

Parent invited - indicated she would attend, but did not show. Procedural Safeguards sent with PPN. Ricardo was placed at Roosevelt this past week for a 45 day IAES for a weapons charge. Since the 45 day period will expire over the summer meeting is being held now. PBL (?) contact expressed the concern of the her principal that Ricardo is a threat to school security due to the knife being brought to school. Team agrees that Ricardo should remain at Roosevelt for one semester. Current IEP reviewed & appropriate.

## CONCLUSION/RECOMMENDATIONS

① Remain at Roosevelt for one additional semester.

* Parent called in by phone at end of meeting & was updated.

PBSD 1051 (REV. 6/6/2001)   ORIGINAL School   COPY Parent/Guardian

Jeffry Silverman   5/28/02

A-000493



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
EXCEPTIONAL STUDENT EDUCATION (ESE)

**Summary of ESE Reevaluation Results**

STUDENT NUMBER: 1 3 0 4 1 8 5 0

**NOTE:** For Speech-Language results, complete *Summary Report of Speech and Language Evaluation (PBSD 0296)*

STUDENT NAME: (last) Sanchez (first) Ricardo (MI) DATE OF BIRTH: ▓▓▓ SEX: M

SCHOOL: Palm Beach Lakes High School GRADE: 10 CURRENT DATE: 4/30/2002

**Academic Achievement Test:** Kaufman Test of Educ Ach. Date: 02/24/2002

| SUBTEST | STANDARD SCORE | SUBTEST | STANDARD SCORE | SUBTEST | STANDARD SCORE |
|---|---|---|---|---|---|
| Reading Recognition *Decoding* | 54 | Word Attack | | Written Language | |
| Reading/Passage Comprehensive | 53 | Spelling | 40 | Total Reading | 49 |
| Letter Identification | | Math Calculation/Computation | 64 | Total Mathematics | 63 |
| Word Identification | | Math Application | 63 | General Information *Battery* | 50 |

**Processing Test:** Visual Aural Digit Span Date: 7/7/92

| SUBTEST | PERCENTILE / STANDARD SCORE | SUBTEST | PERCENTILE / STANDARD SCORE |
|---|---|---|---|
| Total VADS | 5-6 to 5-11 | | |
| | | | |

**Adaptive Behavior:** _____ Date: / /

**Behavior Rating Scale:** _____ Date: / /

**Intelligence Test:** Stanford-Binet Date: 7/7/92 IQ: 80

**Other:** _____ Date: / /

**Results:** _____

After review of reevaluation results, the IEP team recommends:

☑ Continue in SLD program(s)  ☐ Increase time in general education and monitor

☐ Dismiss from _____ program(s)  ☐ Revise IEP goals/objectives  ☐ Other _____

Parent given copy of evaluation report  ☐ at meeting  ☐ sent home

**VI. Signatures of IEP Team:**

| Parent | Date | Leslie Harriott *Evaluation Specialist* | 4-30-02 Date |
| Janice R. Ruson *Local Educational Agency (LEA) Representative* | 4/30/02 Date | Student | Date |
| *ESE Teacher* | 4/30/02 Date | Jeffrey Silverman *Other* | 4-30-02 Date |
| *Regular Education Teacher* | Date | *Other* | Date |

A-000494



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)
**Parent Participation Notification**

| STUDENT NUMBER |
| --- |
| 1 3 0 4 1 8 5 0 |

## I. To the Parent(s)/Guardian(s) of

| STUDENT NAME *(last)* | *(first)* | *(MI)* | DATE OF BIRTH | SEX |
| --- | --- | --- | --- | --- |
| Sanchez | Ricardo | | ▮▮▮▮ | M |

| SCHOOL | GRADE | CURRENT DATE |
| --- | --- | --- |
| Palm Beach Lakes High School | 10 | 04/30/2002 |

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

## II. A meeting has been scheduled at Palm Beach Lakes High School on 04/30/2002 at 09:00.

## III. The purposes of this meeting is

1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☒ The opportunity to review and/or develop the Individual Educational Plan (IEP) for your child
5. ☐ The opportunity to develop an Educational Plan (EP) for your child
6. ☐ The opportunity to determine the appropriate educational program/placement for your child
7. ☐ The identification of post-school outcomes and transition services your child may need
8. ☐ The opportunity to review reevaluation needs
9. ☐ The opportunity to discuss continuation or discontinuation of your child's current program(s) or services
10. ☒ Other   Alternative Education/Manifestation Hearing

## IV. The following people* have been invited to participate in this meeting

Name and Position   Janice Parson, LEA Representative
Amy Fleming, ESE Teacher
Jeff Silverman, Alternative Education Placement-Area III
L. Browning, Vocational Rehabilitation

Name and Position   General Education Teacher
Leslie Harriott, School Psychologist

*Note: When school to post-school transition services are being considered, your child will be invited.*

## V. For further information about the meeting or to reschedule, please call

Janice Parson, LEA Representative   at ( 561 ) 615 - 4170   between the hours of 07:30 and 03:00.

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice,* please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | TELEPHONE NUMBER: |
| --- | --- | --- | --- |
| Janice Parson | ▮▮▮▮▮ | Jeff Silverman | ( ▮▮▮▮ |

## VI. Parent section (KEEP A COPY FOR YOUR RECORDS)

Please check one of the following and return this form to: Janice Parson

1. ☐ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: ___/__/___ at __:__
3. ☐ I am unable to attend, but give my permission for the meeting to take place without me.
4. If you are unable to attend, let us know your concern. We welcome your input.
   ✗ Parent agreed to waive 10 day notice
5. As a parent of a child with a disability, you have the right to bring to the IEP meeting, individuals who have knowledge or special expertise regarding your child, including related services personnel.

CHECK ONE:   I plan to bring (name optional) _____ to the meeting with me.

☐ I have received a copy of **Summary of Procedural Safeguards**, and was given the opportunity to ask questions. I understand my rights.

☐ I have received a copy of **Summary of Procedural Safeguards**, but I waive the need for explanation. I understand my rights.

| | | ( ) - | ( ) - |
| --- | --- | --- | --- |
| SIGNATURE OF PARENT OR GUARDIAN | DATE | HOME PHONE | BUSINESS PHONE |

## VII. Record of Contact Attempts: (OFFICE USE)   Contact Attempts Made By: Janice Parson

1. Date: 04/25/2002   Type: phone call   Results: will attend
2. Date: 04/30/2002   Type: phone call   Results: parent stated to proceed with meeting

A-000495



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL EDUCATION
**Discipline Report of Exceptional Student Education Students**

STUDENT NUMBER: 1 3 0 4 1 1 8 5 0

**I.** STUDENT NAME: (last) Sanchez   (first) Ricardo   (MI) ___   DATE OF BIRTH: ▉▉▉▉▉   SEX: M

SCHOOL: Palm Beach Lakes High School   GRADE: 10   CURRENT DATE: 04 30 2002

ESE Program(s): Specific Learning Disabled

Reason for recommended action: Brought a Knife (more than 3 inches) to school

Action recommended by Principal/Designee: _____

**II. Findings of the Committee:**

☑ The student's conduct **WAS** a manifestation* of the handicap. **(If checked, see III)**

☐ The student's conduct **WAS  NOT** a manifestation* of the handicap. **(If checked, see IV)**

    **\*NOTE** (1) Manifestation means a perceptible, outward or visible expression of the handicap.
           (2) This is not the same as inquiring whether the student knew of difference between right and wrong.

**III. If the student's conduct WAS a manifestation of the handicap,** suspension is not an appropriate option. The IEP Team should develop appropriate strategies at this time, designed to increase programmatic options.

Alternative strategies include, **but are not limited to**: (Please check appropriate strategies for this student)

☐ Increase time in an ESE program ☐ Weekend detention ☑ Alternative placement
☐ Additional related services ☐ Lunch detention ☐ After-school detention
☐ Individualized behavior management system ☐ Designated duty time ☐ Before-school detention
☐ Curricula emphasis on social/behavioral change ☐ Change in placement ☐ Social skills training
☐ School-wide incentive program for attendance ☐ Class wide incentive ☐ Further evaluation
☐ Suspension from organized sport/club activities ☐ Guidance services

The IEP should reflect the committee's recommended strategies relating to the elimination or reduction of the student's inappropriate behavior and strategies for managing the student's behavior.

**IV. If the student's conduct WAS NOT a manifestation of the handicap,** the committee must document this finding in the student's cumulative file. The principal may proceed to impose and/or recommend to the Superintendent the appropriate discipline. For 30 day suspensions and Exceptional Student Education exclusion, the Department of Guidance Services shall be involved, as in non-Exceptional Student Education disciplinary proceedings.

During any period of suspension or Exceptional Student Education exclusion of 10 days or greater, the student shall continue to receive educational services. **Please document the committee's recommendations as to how the educational services will be provided and by whom:**

_____

_____

**V. Committee member's recommendation:**    CIRCLE ONE

PARENT _____ DATE ___   AGREE   DISAGREE   Leslie Harriott 4-30-02 EVALUATION SPECIALIST   DATE   **AGREE**   DISAGREE

Janice R. Parson 4-30-02   LEA REPRESENTATIVE   DATE   **AGREE**   DISAGREE   Amy Freeman 4-30-02 OTHER   DATE   **AGREE**   DISAGREE

_____ 4/30/02   ESE TEACHER   DATE   **AGREE**   DISAGREE   _____ OTHER   DATE   AGREE   **DISAGREE**

_____ TEACHER   DATE   AGREE   DISAGREE   _____ OTHER Principal   DATE   **AGREE**   DISAGREE

_____ TEACHER   DATE   AGREE   DISAGREE   _____ OTHER   DATE   AGREE   DISAGREE

A copy of Procedural Safeguards was given to the parent(s) with a full explanation of their rights.  ☑ Yes  ☐ No
(sent home with ppn)

PBSD 0266 (REV. 7/12/1999)   ORIGINAL - School   COPY - Parent

A-000496



THE SCHOOL DISTRICT OF PALM BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)
**Manifestation Determination**

STUDENT NUMBER
13041850

| STUDENT NAME (last) Sanchez | (first) Ricardo | (MI) | DATE OF BIRTH ▮▮▮▮▮ | SEX M |

| SCHOOL Palm Beach Lakes High School | GRADE 10 | CURRENT DATE 4 /30/ 2002 |

Number of cumulative suspension days to date this school year ___10___

**Individual Educational Plan (IEP) team members and other qualified personnel conducting the review**

Parent _____

LEA Representative Janice Parson

ESE Teacher Amy FLEMING

Regular Education Teacher Mr. Lawson

Evaluation Specialist Leslie Harriott

Other Jeff Silverman

Other _____

Other _____

**The following have been reviewed**

☑ Infraction for which suspension has been recommended
☐ Witness(es) account of incident
☑ Discipline
☐ Other relevant information _____

☑ Observations
☐ Parental information
☑ Confidential file

☐ Student account of incident
☑ Evaluation and diagnostic results
☑ Current IEP

---

**In accordance with Code of Federal Regulations (CRF) 300.523 (d)(2), the following have been considered**

1) In relationship to the behavior subject to disciplinary action, is the student's IEP and current placement appropriate and were the special education services, supplementary aids and services, and behavior intervention strategies provided consistent with the student's IEP and placement?
   Consensus of IEP team ☐ Yes ☑ No  If no, then the team may **NOT** determine that the behavior was **not** a manifestation.

2) Given the student's disability, was the student able to understand the impact/consequences of his/her behavior?
   Consensus of IEP team ☑ Yes ☐ No  **If no, the behavior is a manifestation.**

3) Given the student's disability, was the student able to control the behavior?
   Consensus of IEP team ☑ Yes ☐ No  **If no, the behavior is a manifestation.**

---

**IEP TEAM DECISION**

☐ The IEP team determined that **ALL** of the standards in Section 300.523 (d)(2) were met ("Yes" on questions 1, 2, and 3). The behavior is considered **NOT A MANIFESTATION** of the student's disability. The student may be disciplined as a regular education student. However, educational services **MUST** be provided to enable the student to continue to progress in the general curriculum, although in another setting, and to continue to receive those services and modifications that will enable the student to meet the goals set out in the current IEP.

☑ The IEP team has determined the following standards (listed in above box) in CFR 300.523 (d)(2) were not met.
   ☑ Question # 1    ☐ Question # 2    ☐ Question # 3

   Therefore, the behavior **MUST** be considered a **MANIFESTATION** of the student's disability, and a suspension exclusion may not occur.

If the parent(s)/guardian(s) disagree with the determination that the behavior was not a manifestation of the disability or disagree with the placement decision, the parent(s) may request and receive and expedited due process hearing. The parent must have these rights explained to them. The school should contact Legal Services to arrange for the expedited hearing. A *Discipline Report of Exceptional Student Education Students (PBSD 0266)* must be completed in addition to this *Manifestation Determination* form.

PBSD 1927 (NEW 11/7/2001)    ORIGINAL - ESE         COPY - Alternative Education         COPY - Parent/Guardian

A-000497



THE SCHOOL DISTRICT
OF PALM BEACH COUNTY, FLORIDA
ALTERNATIVE EDUCATION
70 E. THIRTIETH STREET
RIVERA BEACH, FLORIDA 33404
(561) 881-4820   FAX (561) 881-3724

MARY R. VREELAND
DIRECTOR

ARTHUR C. JOHNSON, PH.D.
SUPERINTENDENT

April 24, 2002

MAY 08 2002

TO:     Gloria Richeson, Superintendent, Area 3

FROM:   Mary R. Vreeland, Director

RE:     Alternative Education Placement Status of Ricardo Sanchez, #13041850,
        a Student in the ESE Program

Palm Beach Lakes High School
Sending School

Palm Beach Lakes High School
Home/SAC School

Roosevelt Full Service Center
Requested Program or School

Please be advised that the Alternative Education Referral Packet for the above-captioned student has been reviewed.
The status is as follows:

## ALTERNATIVE EDUCATION OFFICE ONLY

☑ Referral Packet is complete; Student meets criteria for placement in recommended program.

☐ Student meets criteria for placement in recommended program and placement may proceed; however, additional documentation is needed in order to complete Referral Packet (see comments).

☐ Further information is needed to determine eligibility for recommended program (see comments).

☐ Referral Packet is complete, but student does NOT meet criteria for placement in recommended program.

Comments   None

*Mary R. Vreeland*     5/6/02
Director's Signature     Date

RECEIVED
MAY 09 2002
AREA 3 ESE

## AREA SUPERINTENDENT'S OFFICE ONLY

☑ Placement approved

☐ Placement denied for the following reason(s) _____

_____     5-3-02
Area Superintendent's Signature     Date

## PROCEDURES FOLLOWING APPROVAL OF REFERRAL PACKETS

| Sending School | Receiving School or Program |
|---|---|
| 1  Make transportation arrangements. <br> 2  Inform custodial parent/guardian of start date, transportation arrangements and his/her responsibility to call receiving school to set up registration appointment as soon as possible. Emphasize that student should not report to new location prior to registration appointment. <br> 3  If family fails to contact receiving school within 3 school days of receipt of referral packet, staff at both schools need to cooperate to locate family to ensure that student does not have lapse in educational services, particularly ESE student. <br> 4  For Disciplinary Placement Only: Update incident on A24 screen to include Action Code 92, "Assignment to Special Program/ Alternative School/Alternative Program (District-Placed)." | 1.  Upon receipt of Referral Packet, contact sending school to determine student's start date, which should follow completion of any days of out-of-school suspension. At that time, sending school should provide information regarding transportation arrangements. <br> 2.  If custodial parent/guardian has not scheduled registration appointment within 3 school days of receipt of referral packet, contact sending school. <br> 3.  If family fails to contact receiving school within 3 school days of receipt of referral packet, staff at both schools need to cooperate to locate family to ensure that student does not have lapse in educational services, particularly ESE student. <br> 4.  When student enrolls, request ESE folder (if any) from sending school. <br> 5.  SDPBC choice & transition schools only: When student enrolls, request cumulative folder from sending school. |
| **Area Office** | |
| 1.  Sends one copy of this notification to the following: <br> • Chief Academic Officer <br> • Director of Alternative Education <br> • Sending School Principal <br> • Receiving School Principal (if approved for placement) | |

A-000498

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
# Summer School/Extended School Year Registration
## High School

PLEASE PRINT CAREFULLY

| DATE |
|---|
| 6/7/02 |
| SAC AREA |

| SUMMER SCHOOL CENTER | HOME SCHOOL |
|---|---|
| RFSC | RFSC |

## TRANSPORTATION

Type of transportation needed: ☑ regular ☐ ESE ☐ lift ☐ not needed

Summer School/Extended School Year bus number _____

## STUDENT INFORMATION

| STUDENT NAME (Last) | (First) | (MI) | STUDENT NUMBER |
|---|---|---|---|
| Sanchez | Ricardo | | 13041850 |

| ADDRESS (Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| ███████████████ | WPB | | |

| HOME TELEPHONE NUMBER: | PARENT'S WORK TELEPHONE NUMBER: | |
|---|---|---|
| ( ) 471-5291 | ( ) - | ☐ LEP ☑ ESE ☐ 504 ☐ Regular |

### Person to be Notified in Case of an Emergency

| NAME | RELATIONSHIP |
|---|---|
| Juana Jimenes | |

| ADDRESS (Street) | (Apt No) (City) | (State) (Zip Code) |
|---|---|---|
| | | |

| HOME TELEPHONE NUMBER | WORK TELEPHONE NUMBER |
|---|---|
| ( ) ████████ | ( ) ███████ |

## COURSE INFORMATION

### 1st Semester Course

| COURSE TITLE |
|---|
| English 9-12 |

| COURSE NUMBER | ROOM NUMBER |
|---|---|
| | |

### 2nd Semester Course

| COURSE TITLE |
|---|
| English 9-12 |

| COURSE NUMBER | ROOM NUMBER |
|---|---|
| | |

I understand that, because of the short school term, my attendance for the full term is of the utmost importance. Absences are not excused. More than one absence per semester may result in dismissal without credit. Two class tardies will be treated as one absence. Students arriving more than 30 minutes late are marked absent.

Via phone — 6-6-02
PARENT/GUARDIAN SIGNATURE       DATE
Mail copies

_____    _____
STUDENT SIGNATURE           DATE

PBSD 0542 (REV. 3/13/2002)    ORIGINAL - CUM Folder    COPY - Summer School Center Office    COPY - Teacher

A-000499