THE SCHOOL DISTRICT OF PALM BEACH COUNTY
## Extended School Year (ESY) Interim Review

**STUDENT NUMBER** 1304 1850

| STUDENT'S LEGAL NAME *(last)* | *(first)* | *(middle initial)* | DATE OF BIRTH | SEX | CURRENT DATE | GRADE |
|---|---|---|---|---|---|---|
| Sanches | Ricardo | | ▉ | M | 6 7 02 | 10 |

| PRIMARY EXCEPTIONALITY | ESY LOCATION | | SENDING SCHOOL | |
|---|---|---|---|---|
| SLD | RFSC | | RFSC | |

The following specific objective(s) must be targeted during the extended school year because the student: *(check all that apply)*
☐ has failed to acquire critical skills  ☐ is on the verge of acquiring the skills  ☐ will lose the skills if service is interrupted

☐ other _____

| OBJECTIVES/BENCHMARKS | DATE/RESULTS |
|---|---|
| 1. Identify the main idea<br>Use context clues | |
| 2. Increase comprehension | |
| 3. Develop strategies for<br>Conflict | |

## SERVICES / RELATED SERVICES / MODIFICATIONS / SUPPLEMENTAL AIDES

| WHAT | HOW OFTEN | WHERE | BY WHOM |
|---|---|---|---|
| Flexible setting | As needed | All areas | Staff |
| Extended time | " " | " " | " |
| ~~Accommodations~~ | | | |
| | | | |
| | | | |
| | | | |

Are there any special considerations that must be addressed in order for
the student to access ESY service ☐ Yes ☐ No

_____
_____
_____
_____

Services will begin on  6-24-02  Services will end on  7-29-02

Total hours of ESY services are _____

PBSD 1668 (REV 03/28/2002)   ORIGINAL - Extended School Year Site/ Student's Confidential Folder   COPY - Parent Guardian

A-000500

```
PANEL: ___                        A07. ASSIGNMENT HISTORY                      YEAR: 03
                                Tuesday August 13, 2002 2:24 pm
STDT: 13041850   SANCHEZ, RICARDO                      SCHL: 2441  GR: 10  ST: I
```

| A CD | ENTRY DATE | OD | WITHDRAWAL CD | DATE | P R | PF | SY | CL | DS | SCHL | DESC | GR | PRS | ABS | E Y | DS | CO |
|------|-----------|-----|---------------|--------|------|-----|-----|-----|-----|------|----------------|-----|-----|-----|-----|-----|-----|
| EO1 | 081402 | __ | W02 | 081402 | | | 03 | 01 | __ | 2441 | ROOSEVELT SERV | 10 | ___ | ___ | _ | 50 | US |
| EO2 | 072902 | __ | W02 | 073002 | N | _ | 02 | 01 | __ | 9024 | FED PRGS-COAST | 10 | 1 | ___ | S | | __ |
| RO2 | 052202 | X | W01 | 060302 | R | · | 02 | 01 | __ | 2441 | ROOSEVELT SERV | 10 | 7 | ___ | Y | 50 | US |
| RO2 | 042402 | __ | W02 | 052202 | N | _ | 02 | 01 | __ | 1851 | PB LAKES HIGH | 10 | 8 | 11 | _ | 50 | US |
| RO2 | 042202 | __ | W02 | 042302 | | _ | 02 | DJ | __ | 3006 | PB REGIONAL | 10 | ___ | ___ | _ | 50 | US |
| EO1 | 081401 | __ | W02 | 042202 | | _ | 02 | 01 | __ | 1851 | PB LAKES HIGH | 10 | 129 | 23 | _ | 50 | US |
| EO2 | 080301 | __ | W02 | 080401 | | _ | 01 | 01 | __ | 9024 | FED PRGS-COAST | 10 | 1 | ___ | _ | | __ |
| RO1 | 062501 | __ | W01 | 071301 | N | _ | 01 | 01 | __ | 1851 | PB LAKES HIGH | 10 | 12 | 1 | S | | __ |
| EO1 | 081600 | __ | W01 | 060401 | R | _ | 01 | 01 | __ | 1851 | PB LAKES HIGH | 10 | 169 | 11 | Y | | __ |
| RO1 | 062000 | __ | W01 | 072700 | N | _ | 00 | 01 | __ | 1851 | PB LAKES HIGH | 09 | 22 | 4 | S | | __ |
| EO1 | 081699 | __ | W01 | 053000 | P | _ | 00 | 01 | __ | 1851 | PB LAKES HIGH | 09 | 158 | 22 | Y | | __ |
| RO1 | 071299 | __ | W01 | 072999 | N | _ | 99 | 01 | __ | 1851 | PB LAKES HIGH | 09 | 12 | 1 | S | | __ |
| EO1 | 081998 | __ | W01 | 060999 | R | _ | 99 | 01 | __ | 1851 | PB LAKES HIGH | 09 | 166 | 14 | Y | | __ |

```
PF1=HELP 3=EXIT 5=REFRESH 7=BKWD 8=FWD 12=ESCAPE
PAGE FULL...CONTINUE.                                        TERML: DS11
```

A-000501

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 3 of 60

RECURUS MANAGEMENT   Fax:5614348660   Jul 16 2007 11:14   P.02



TO - DISTRICT: 0800050 PALM BEACH                    SCHOOL: 0331   DEMOGRAPHIC INFORMATION   FILE: SRTS121S
GRADE LEVEL: 30   PREPARED DATE: 07/16/2007   CURRENT DISTRICT: 50 PALM BEACH                        PAGE  1
FL STUDENT ID: 591246903X   SSN: ████           CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO
MAILING       ████                                           (561) 640-5074
ADDRESS:   WEST PALM BEACH        FL  33413               WEST PALM BEACH      FL 334012499
DISTRICT STUDENT ID:     13041850 FL STUDENT ID-ALIAS: 591246903X
PARENT/GUARDIAN (NAME/CODE):                        RACIAL/ETHNIC CATEGORY: H  SEX: M
RICARDO SANCHEZ              PARENT                  BIRTH DATE: ██1█/1983   BIRTH VERIFICATION: 1
JUANA JIMENEZ               PARENT                  BIRTHPLACE: WEST PALM BEACH FL

IMMUNIZATION STATUS: PERMANENT IMMUNIZATION CERTIFICATE
VACCINE STATUS, DATE-                        VACCINE CERTIFICATE EXPIRATION DATE:
TYPE       DOSE DATE       DOSE DATE          DOSE DATE       DOSE DATE       DOSE DATE
DTP        1   02/14/1984  2   04/16/1985  3  07/26/1985  4  08/08/1986  5   01/17/1990
POLIO      1   02/14/1984  2   01/16/1985  3  08/08/1985  4  01/17/1990
MMR        1   04/16/1985  2   11/02/1998
HEP B 3DOSE 1  10/26/1995  2   08/19/1999
(EXTRANEOUS VACCINATIONS): (A619990819)

-------------------------------------------- COURSE INFORMATION --------------------------------------------
DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN          DISTRICT: 50 SCHOOL: 0601 BERKSHIRE ELEMENTARY
   YEAR: 1989-1990   GRADE LEVEL: NA                   YEAR: 1991-1992   GRADE LEVEL: 02
                                                                        SUBJECT CRSE        CREDIT
              GPA QTY PTS           GPA QTY PTS    T COURSE#  COURSE TITLE    AREA FLAG GRD ATT./EARN
DISTRICT-TERM: 1.2667   9.50   CUM: 1.1064   26.00  S 5010010  ESOL E                    P   0.00 0.00
   STATE-TERM: 1.2667   9.50   CUM: 1.1064   26.00  S 5100080  SECOND GRADE              P   0.00 0.00
                                                    3 5010010  ESOL E                    P   0.00 0.00
1989-1990 ANNUAL DAYS-PRESENT:    0  ABSENT:    0   3 5100080  SECOND GRADE              P   0.00 0.00
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:    0                        CREDIT, TERM:       0.00 0.00

                                                   1991-1992 ANNUAL DAYS-PRESENT: 180  ABSENT:    0
DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN         SUMMER TERMS DAYS-PRESENT:       0  ABSENT:    0
   YEAR: 1990-1991   GRADE LEVEL: NA               ACADEMICALLY PROMOTED

              GPA QTY PTS           GPA QTY PTS    DISTRICT: 50 SCHOOL: 0601 BERKSHIRE ELEMENTARY
DISTRICT-TERM: 1.2667   9.50   CUM: 1.1064   26.00     YEAR: 1992-1993   GRADE LEVEL: 03
   STATE-TERM: 1.2667   9.50   CUM: 1.1064   26.00                       SUBJECT CRSE        CREDIT
                                                   T COURSE#  COURSE TITLE    AREA FLAG GRD ATT./EARN
1990-1991 ANNUAL DAYS-PRESENT:    0  ABSENT:    0   S 7755010  ACAD: K-5                 P   0.00 0.00
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:    0   3 7755010  ACAD: K-5                 P   0.00 0.00
ACADEMICALLY PROMOTED                                                   CREDIT, TERM:       0.00 0.00

                                                   1992-1993 ANNUAL DAYS-PRESENT: 176  ABSENT:    4
                                                   SUMMER TERMS DAYS-PRESENT:       0  ABSENT:    0
                                                   ACADEMICALLY PROMOTED

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 4 of 60

TO - DISTRICT: 0000050 PALM BEACH     SCHOOL: 0331   COURSE INFORMATION     FILE: BRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 07/16/2007   CURRENT DISTRICT: 50 PALM BEACH     PAGE 2
FL STUDENT ID: 591246903X   SSN: ████████    CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO          (561) 640-5074

DISTRICT: 50 SCHOOL: 0621 FOREST HILL ELEMENTARY
YEAR: 1993-1994   GRADE LEVEL: 04

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| S | 7755010 | ACAD: K-5 | | | P | 0.00 0.00 |

DISTRICT: 50 SCHOOL: 0601 BERKSHIRE ELEMENTARY
YEAR: 1993-1994   GRADE LEVEL: 04

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 3 | 7755010 | ACAD: K-5 | | | P | 0.00 0.00 |
| | | CREDIT, TERM: | | | | 0.00 0.00 |

1993-1994 ANNUAL DAYS-PRESENT: 169   ABSENT: 11
SUMMER TERMS DAYS-PRESENT: 0   ABSENT: 0
ACADEMICALLY PROMOTED

DISTRICT: 50 SCHOOL: 1441 MELALEUCA ELEMENTARY
YEAR: 1994-1995   GRADE LEVEL: 05

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 3 | 5100110 | FIFTH GRADE | | | P | 0.00 0.00 |
| 3 | 7755010 | ACAD: K-5 | | | P | 0.00 0.00 |
| | | CREDIT, TERM: | | | | 0.00 0.00 |

1994-1995 ANNUAL DAYS-PRESENT: 0   ABSENT: 0
SUMMER TERMS DAYS-PRESENT: 0   ABSENT: 0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

DISTRICT: 50 SCHOOL: 0541 CONNISTON MIDDLE
YEAR: 1995-1996   GRADE LEVEL: 06

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 1 | 1501000 | M/J PHYS FIT | | | F | 0.00 0.00 |
| 2 | 1501010 | M/J BODY MGMT | | | F | 0.00 0.00 |
| 3 | 1303040 | M/J CHORUS E/L 1 | | | F | 0.00 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | D | 0.00 0.00 |
| 3 | 7810020 | READ: 6-8 | | | D | 0.00 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 0.00 |
| 3 | 7820010 | SCIENCE: 6-8 | | | F | 0.00 0.00 |
| 3 | 7821010 | SOCIAL STUDIES:6-8 | | | D | 0.00 0.00 |
| 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 0.00 |
| | | CREDIT, TERM: | | | | 0.00 0.00 |

1995-1996 ANNUAL DAYS-PRESENT: 0   ABSENT: 0
SUMMER TERMS DAYS-PRESENT: 0   ABSENT: 0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

DISTRICT: 50 SCHOOL: 2151 OKEEHEELEE MIDDLE SCHOOL
YEAR: 1996-1997   GRADE LEVEL: 07

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 1 | 8500230 | PERSONAL DEV | | | F | 0.00 0.00 |
| 2 | 1501020 | M/J THROW/CATCH | | | D | 0.00 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | D | 0.00 0.00 |
| 3 | 7810020 | READ: 6-8 | | | C | 0.00 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | B | 0.00 0.00 |
| 3 | 7820010 | SCIENCE: 6-8 | | | C | 0.00 0.00 |
| 3 | 7821010 | SOCIAL STUDIES:6-8 | | | F | 0.00 0.00 |
| | | CREDIT, TERM: | | | | 0.00 0.00 |

1996-1997 ANNUAL DAYS-PRESENT: 265   ABSENT: 15
SUMMER TERMS DAYS-PRESENT: 0   ABSENT: 0
ACADEMICALLY PROMOTED

A-000503

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 5 of 60

TO - DISTRICT: 0090050 PALM BEACH     SCHOOL: 0331   COURSE INFORMATION     FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 07/16/2007    CURRENT DISTRICT: 50 PALM BEACH        PAGE 3
FL STUDENT ID: 591246903X   SSN: ▆▆▆▆      CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO                      (561) 640-5074

DISTRICT: 50 SCHOOL: 2151 OKEEHEELEE MIDDLE SCHOOL    DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
   YEAR: 1997-1998   GRADE LEVEL: 08           YEAR: 1998-1999   GRADE LEVEL: 09

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN | T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|-------|---|---------|--------------|--------------|-----------|-----|-------------|-------|
| 1 | 1501040 | M/J STRIK W/ OBJ | | | F | 0.00 | 0.00 | 1 | 1503310 | BASKETBALL | PE | J | F | 0.50 | 0.00 |
| 2 | 8500240 | TEEN CHALLENGES | | | F | 0.00 | 0.00 | 1 | 7910010 | APP-ENG I | EL | | F | 0.50 | 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | C | 0.00 | 0.00 | 1 | 7912010 | APP MATH I | EL | | D | 0.50 | 0.50 |
| 3 | 7810020 | READ: 6-8 | | | B | 0.00 | 0.00 | 1 | 7920010 | SCIENCE:9-12 | EL | | F | 0.50 | 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 | 0.00 | 1 | 7921320 | FUNC COMM RM LV | EL | | C | 0.50 | 0.50 |
| 3 | 7820010 | SCIENCE: 6-8 | | | B | 0.00 | 0.00 | 1 | 7980110 | CAREER PREP | EL | | B | 0.50 | 0.50 |
| 3 | 7921010 | SOCIAL STUDIES:6-8 | | | C | 0.00 | 0.00 | 1 | 8600540 | PRODUCTION TECH I | VO | | F | 0.50 | 0.00 |
| | | CREDIT, TERM: | | | | 0.00 | 0.00 | 2 | 1505500 | BEGINNING VOLLEYBALL | PE | KJ | F | 0.50 | 0.00 |
| | | | | | | | | 2 | 7910010 | APP-ENG I | EL | | C | 0.50 | 0.50 |
| | | | | | | | | 2 | 7912010 | APP MATH I | EL | | F | 0.50 | 0.00 |
| | | | | | | | | 2 | 7920010 | SCIENCE:9-12 | EL | X | F | 0.50 | 0.00 |
| | | | | | | | | 2 | 7921320 | FUNC COMM RM LV | EL | | D | 0.50 | 0.50 |
| | | | | | | | | 2 | 7980110 | CAREER PREP | EL | | A | 0.50 | 0.50 |
| | | | | | | | | 2 | 8600540 | PRODUCTION TECH I | VO | | F | 0.50 | 0.00 |
| | | | | | | | | 5 | 7920010 | SCIENCE:9-12 | EL | I | C | 0.50 | 0.50 |
| | | | | | | | | | | CREDIT, TERM: | | | | 6.50 | 3.50 |

1997-1998 ANNUAL DAYS-PRESENT: 150   ABSENT:   30
SUMMER TERMS DAYS-PRESENT:        0   ABSENT:   0
ACADEMICALLY PROMOTED

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|---|-----|---------|---|-----|---------|
| DISTRICT-TERM: | 1.1538 | 7.50 | CUM: 1.1538 | | 7.50 |
| STATE-TERM: | 1.1538 | 7.50 | CUM: 1.1538 | | 7.50 |

1998-1999 ANNUAL DAYS-PRESENT: 166   ABSENT:   14
SUMMER TERMS DAYS-PRESENT:        0   ABSENT:   0
RETAINED IN SAME GRADE

A-000504

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 6 of 60
RECORDS MANAGEMENT     Fax:5614548660     Jul 16 2007 11:16     P. 05

TO - DISTRICT: 0000050 PALM BEACH          SCHOOL: 0331  COURSE INFORMATION          FILE: SPTS12IS
GRADE LEVEL: 30  PREPARED DATE: 07/16/2007  CURRENT DISTRICT: 50 PALM BEACH                    PAGE  4
FL STUDENT ID: 591246903X  SSN: ▓▓▓▓▓▓▓    CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO                                    (561) 640-5074

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH          DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
   YEAR: 1999-2000  GRADE LEVEL: 09                          YEAR: 2000-2001  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN | T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|------|------|---|---------|--------------|--------------|-----------|-----|------|------|
| 1 | 0104320 | DRAW/PAINT I | PF | XJR | F | 0.50 | 0.00 | 1 | 0104320 | DRAW/PAINT I | PF | IJR | F | 0.50 | 0.00 |
| 1 | 1503360 | TEAM SPORTS II | PE | XJ | F | 0.50 | 0.00 | 1 | 1503350 | TEAM SPORTS I | PE | J | F | 0.50 | 0.00 |
| 1 | 7910110 | ENG: 9-12 | EL | | D | 0.50 | 0.50 | 1 | 7910110 | ENG: 9-12 | EL | | C | 0.50 | 0.50 |
| 1 | 7912050 | MATH: 9-12 | EL | | D | 0.50 | 0.50 | 1 | 7912050 | MATH: 9-12 | EL | | F | 0.50 | 0.00 |
| 1 | 7920050 | HEALTH SAFETY:9-12 | EL | X | F | 0.50 | 0.00 | 1 | 7920050 | HEALTH SAFETY:9-12 | EL | XI | F | 0.50 | 0.00 |
| 1 | 7921010 | SOCIAL STUDIES:9-12 | EL | X | F | 0.50 | 0.00 | 1 | 7921010 | SOCIAL STUDIES:9-12 | EL | XI | D | 0.50 | 0.00 |
| 1 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 | 1 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 |
| 2 | 0104320 | DRAW/PAINT I | PF | XJR | F | 0.50 | 0.00 | 2 | 0104320 | DRAW/PAINT I | PF | IJR | F | 0.50 | 0.00 |
| 2 | 1502410 | IND DUAL SPORTS I | PE | J | F | 0.50 | 0.00 | 2 | 1900300 | DRIVER ED CLASS | EL | | D | 0.50 | 0.50 |
| 2 | 7910110 | ENG: 9-12 | EL | | F | 0.50 | 0.00 | 2 | 7910110 | ENG: 9-12 | EL | | D | 0.50 | 0.50 |
| 2 | 7912050 | MATH: 9-12 | EL | | F | 0.50 | 0.00 | 2 | 7912050 | MATH: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7920050 | HEALTH SAFETY:9-12 | EL | X | F | 0.50 | 0.00 | 2 | 7920050 | HEALTH SAFETY:9-12 | EL | X | F | 0.50 | 0.00 |
| 2 | 7921010 | SOCIAL STUDIES:9-12 | EL | X | F | 0.50 | 0.00 | 2 | 7921010 | SOCIAL STUDIES:9-12 | EL | I | C | 0.50 | 0.50 |
| 2 | 7980110 | CAREER PREP | EL | | B | 0.50 | 0.50 | 2 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 |
| 5 | 7920050 | HEALTH SAFETY:9-12 | EL | J | D | 0.50 | 0.50 | | | CREDIT, TERM: | | | | 5.50 | 3.00 |

CREDIT, TERM:          4.00  2.50

| | GPA | QTY PTS | | GPA | QTY PTS |                | | GPA | QTY PTS | | GPA | QTY PTS |
|---|-----|---------|---|-----|---------|                |---|-----|---------|---|-----|---------|
| DISTRICT-TERM: | 1.0000 | 4.00 | COM: | 1.0952 | 11.50 | DISTRICT-TERM: | 0.9091 | 5.00 | CUM: | 1.0313 | 16.50 |
| STATE-TERM: | 1.0000 | 4.00 | CUM: | 1.0952 | 11.50 | STATE-TERM: | 0.9091 | 5.00 | CUM: | 1.0313 | 16.50 |

1999-2000 ANNUAL DAYS-PRESENT: 158  ABSENT: 22          2000-2001 ANNUAL DAYS-PRESENT: 169  ABSENT: 11
SUMMER TERMS DAYS-PRESENT:   0  ABSENT: 0               SUMMER TERMS DAYS-PRESENT:   0  ABSENT: 0
ACADEMICALLY PROMOTED                                  RETAINED IN SAME GRADE

                                                       DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
                                                          YEAR: 2001-2002  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|------|------|
| 1 | 1503360 | TEAM SPORTS II | PE | IJ | F | 0.50 | 0.00 |
| 1 | 7910110 | ENG: 9-12 | EL | | B | 0.50 | 0.50 |
| 1 | 7912050 | MATH: 9-12 | EL | | D | 0.50 | 0.50 |
| 1 | 7920050 | HEALTH SAFETY:9-12 | EL | I | B | 0.50 | 0.50 |
| 1 | 7921010 | SOCIAL STUDIES:9-12 | EL | I | C | 0.50 | 0.50 |
| 1 | 7960010 | LIF MGMT TRANS:9-12 | EL | | C | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO | | C | 0.50 | 0.50 |
| 2 | 1505500 | BEGINNING VOLLEYBALL | PE | IJ | F | 0.50 | 0.00 |

A-000505

Case 9:16-cv-80693-BB   Document 33-7   Entered on FLSD Docket 10/19/2016   Page 7 of 60
RECORDS MANGEMENT      Fax:5614348660      Jul 16 2007 11:16   P.06

TO - DISTRICT: 0000050 PALM BEACH    SCHOOL: 0331  COURSE INFORMATION  FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 07/16/2007  CURRENT DISTRICT: 50 PALM BEACH    PAGE  5
FL STUDENT ID: 591246903X  SSN: [redacted]  CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO      (561) 640-5074

DISTRICT: 50 SCHOOL: 2441 LIFE SKILLS NORTH (RFSC)  DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN
 YEAR: 2001-2002  GRADE LEVEL: 10    YEAR: 2002-2003  GRADE LEVEL: NA

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 2 | 7910110 | ENG: 9-12 | EL | | F | 0.50 0.00 |
| 2 | 7912050 | MATH: 9-12 | EL | | D | 0.50 0.50 |
| 2 | 7920010 | SCIENCE:9-12 | EL | | D | 0.50 0.50 |

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 1.2667 | 9.50 | CUM: | 1.1064 | 26.00 |
| STATE-TERM: | 1.2667 | 9.50 | CUM: | 1.1064 | 26.00 |

2002-2003 ANNUAL DAYS-PRESENT:   0  ABSENT:   0
SUMMER TERMS DAYS-PRESENT:   0  ABSENT:   0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
 YEAR: 2001-2002  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 2 | 7920050 | HEALTH SAFETY:9-12 | EL | K | F | 0.50 0.00 |

DISTRICT: 50 SCHOOL: 2441 LIFE SKILLS NORTH (RFSC)
 YEAR: 2001-2002  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 2 | 7921010 | SOCIAL STUDIES:9-12 | EL | | D | 0.50 0.50 |

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
 YEAR: 2001-2002  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 2 | 7960010 | LIF MGMT TRANS:9-12 | EL | | F | 0.50 0.00 |

DISTRICT: 50 SCHOOL: 2441 LIFE SKILLS NORTH (RFSC)
 YEAR: 2001-2002  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 2 | 7963070 | SOC PERS SKLS | EL | | D | 0.50 0.50 |
| 2 | 7980110 | CAREER PREP | EL | | C | 0.50 0.50 |
|  |  | CREDIT, TERM: |  |  |  | 7.50 5.50 |

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 1.2667 | 9.50 | CUM: | 1.1064 | 26.00 |
| STATE-TERM: | 1.2667 | 9.50 | CUM: | 1.1064 | 26.00 |

2001-2002 ANNUAL DAYS-PRESENT: 129  ABSENT:  23
SUMMER TERMS DAYS-PRESENT:   0  ABSENT:   0

A-000506

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 8 of 60

TO - DISTRICT: 0000050 PALM BEACH                    SCHOOL: 0331   GRADUATION SUMMARY        FILE: SETS121S
GRADE LEVEL: 30   PREPARED DATE: 07/16/2007           CURRENT DISTRICT: 50 PALM BEACH                    PAGE   6
FL STUDENT ID: 591246903X   SSN: ████████             CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO                                          (561) 640-5074

****** C U M U L A T I V E   S U M M A R Y ******   VOCATIONAL PROGRAM COMPLETION STATUS-
*          AS OF: 07/16/2007                     *      NUMBER: 6500240   TEEN CHALLENGES
*                                                *      TERMINATION: IN PROGRESS      COMPLETED:
* GRADUATION OPTION: 4-YR STANDARD               *   VOCATIONAL PROGRAM COMPLETION STATUS-
*          - - - - CREDITS   - - - -             *      NUMBER: 8600540   PRODUCTION TECH I
*          SUBJECT   TOTAL   TOTAL    TOTAL       *      TERMINATION: IN PROGRESS      COMPLETED:
*          AREA    TO DATE NEEDED REMAINING       *
*      ENGLISH (EN)   0.00   4.00    4.00         *   DISTRICT CLASS RANK- EFFECTIVE DATE: 08/01/2002
*  MATHEMATICS (MA)   0.00   3.00    3.00         *          CLASS RANK, NUMERICAL POSITION:      10
*      SCIENCE (SC)   0.00   3.00    3.00         *                 CLASS RANK, PERCENTILE:       17
* AMER HISTORY (AH)   0.00   1.00    1.00         *   CLASS RANK, TOTAL NUMBER IN CLASS:          12
* WORLD HISTORY (WH)  0.00   1.00    1.00         *
*    ECONOMICS (EC)   0.00   0.50    0.50         *   COMMUNITY SERVICE HOURS:    0    REQUIREMENT MET: N
* AMER GOVERNMENT (AG) 0.00  0.50    0.50         *
*   VOCATIONAL/ (VO/)  0.50                       *
* PERFORM FINE ART (PF) 0.00 1.00*   0.50*        *
* LIFE MGMT SKILLS (LM) 0.00 0.50    0.50         *
*   PHYSICAL ED (PE)  0.00   0.50    0.50         *
* FOREIGN LANGUAGE (FL) 0.00         0.00         *
*  LANGUAGE ARTS (LA) 0.00                        *
*  SOCIAL STUDIES (SS) 0.00                       *
*     ELECTIVE (EL)  14.00   9.00    0.00         *
*          ESE (EX)   0.00                        *
*  COMPUTER ED (CE)   0.00                        *
* CREDITS, CUMULATIVE: 14.50 24.00  14.50         *
* * TOTALS INCLUDE VOCATIONAL & PERFORM FINE ARTS*
*          GPA QTY PTS            GPA QTY PTS     *
* DISTRICT: 1.1064   26.00 STATE: 1.1064   26.00  *
**************************************************

+++++++++++++++++++++++++++++++++++++++++++++++++
+CERTIFIED BY:                                   +
+                                                +
+                                                +
+SIGNATURE: _____  _____   +
+                                                +
+DATE: _____                   +
+++++++++++++++++++++++++++++++++++++++++++++++++

A-000507

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 9 of 60
RECORDS MANGEMENT    Fax:5614348660    Jul 16 2007 11:17    P.06

TO - DISTRICT: 0860050 PALM BEACH          SCHOOL: 0331  COMMENTS                    FILE: SRTS121S
GRADE LEVEL: 30  PREPARED DATE: 07/16/2007  CURRENT DISTRICT: 50 PALM BEACH          PAGE  7
FL STUDENT ID: ████████X  SSN: ████████     CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO                           (561) 640-5074

-------------------------------------- DEFINITION OF TERM CODES ----------------------------------------
CODE DEFINITION        CODE DEFINITION        CODE DEFINITION        CODE DEFINITION        CODE DEFINITION
  1  SEMESTER 1          A  COMBINED SUMMER     B  TRIMESTER 1         E  QUINMESTER 1        J  SIX WEEKS 1
  2  SEMESTER 2             SESSION             C  TRIMESTER 2         F  QUINMESTER 2        K  SIX WEEKS 2
  3  ANNUAL              T  INTERSESSION 1*     D  TRIMESTER 3         G  QUINMESTER 3        L  SIX WEEKS 3
  4  SUMMER SESSION 1    U  INTERSESSION 2*     6  QUARTER 1           H  QUINMESTER 4        M  SIX WEEKS 4
  5  SUMMER SESSION 2    V  INTERSESSION 3*     7  QUARTER 2           I  QUINMESTER 5        N  SIX WEEKS 5
  R  SHORT COURSE**      W  INTERSESSION 4*     8  QUARTER 3           Y  YEAR OF             O  SIX WEEKS 6
                         X  INTERSESSION 5*     9  QUARTER 4              NONENROLLMENT***

*    USED (INSTEAD OF SUMMER SCHOOL SESSIONS) WITH YEAR-ROUND SCHOOL RECORDKEEPING
**   USED ONLY FOR WORKFORCE DEVELOPMENT EDUCATION (ADULT GENERAL AND POSTSECONDARY VOCATIONAL EDUCATION)
***  USED ONLY FOR REPORTING STUDENTS WHO HAVE WITHDRAWN BETWEEN SCHOOL YEARS

STATE GRADING SCALE FOR HIGH SCHOOL STUDENTS (REGARDLESS OF ENTRY DATE) EFFECTIVE SCHOOL YEAR 1997-1998

                                    GRADING SCALE, EFFECTIVE 07/01/2001
                GRADE   QUALITY                     GRADE   QUALITY                    GRADE   QUALITY
GRADE  EQUIVALENT  POINTS         GRADE  EQUIVALENT  POINTS         GRADE  EQUIVALENT  POINTS
  A  =   90 - 100    4.00           B  =   80 - 89    3.00           C  =   70 - 79    2.00
  D  =   60 - 69     1.00           F  =    0 - 59    0.00

                                    GRADING SCALE, PRIOR TO 07/01/2001
                GRADE   QUALITY                     GRADE   QUALITY                    GRADE   QUALITY
GRADE  EQUIVALENT  POINTS         GRADE  EQUIVALENT  POINTS         GRADE  EQUIVALENT  POINTS
  A  =   94 - 100    4.00           B  =   85 - 93    3.00           C  =   77 - 84    2.00
  D  =   70 - 76     1.00           F  =    0 - 69    0.00

         NOTE:  FROM THE 1987-1988 THROUGH THE 1996-1997 SCHOOL YEARS, FOR STUDENTS ENTERING
                HIGH SCHOOL DURING THESE YEARS, THE GRADE EQUIVALENTS FOR C, D, AND F WERE:
                C = 75-84, D = 65-74, AND F = 0-64; QUALITY POINTS AND ALL OTHER GRADES WERE
                THE SAME AS THOSE SHOWN IN THE IMMEDIATELY PRECEDING STATE GRADING SCALE.

A-000508

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 10 of 60
RECORDS MANAGEMENT          Fax:5614348660          Jul 16 2007 11:17          P.09

```
TO - DISTRICT: 0000050 PALM BEACH                 SCHOOL: 0331  COMMENTS                    FILE: SRTS121S
GRADE LEVEL: 30  PREPARED DATE: 07/16/2007    CURRENT DISTRICT: 50 PALM BEACH                        PAGE  8
EL STUDENT ID: 591246903X  SSN: ████████      CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO                                        (561) 640-5074
```

```
------------------------------------------------ STATE DEFINED COURSE FLAGS ------------------------------------------------
R=ACADEMIC SCHOLAR-ELECTIVE        R=ACADEMIC SCHOLAR-REQUIREMENT        9=NINTH GRADER
G=GIFTED                           H=HONORS                             N=NO CREDIT
I=INCLUDE IN GPA                   X=EXCLUDE FROM GPA                   W=EXCLUDE FROM STATE GPA
P=COURSE IS IN PROGRESS            S=CREDIT AWARDED BY SLEP EXAM        T=TRANSFERRED COURSE

VOCATIONAL SUBSTITUTION COURSES-                                        &=JROTC AIR FC SUB FOR LIFE MGMT
$=JOURNALISM SUB FOR PRAC ARTS     0=JROTC SUB FOR PRACTICAL ARTS       1=COMP ED SUB FOR PRACTICAL ARTS
2=SUB FOR BUS EN I 1001440         3=SUB FOR BUS EN I 1001440/II 1001460 4=SUB FOR MA I 1205540
5=SUB FOR MA I 1205380/II 1205390  6=SUB FOR GEN SCI 2002310            7=SUB FOR ANAT PHYSIO 2000350
8=SUB FOR PRE ALGEBRA 1200300      A=JROTC CST GD SUB FOR SCIENCE       F=JROTC AIR FC SUB FOR SCIENCE
K=JROTC NAVY SUB FOR SCIENCE       D=JROTC ARMY SUB FOR LIFE MGMT       Q=JROTC MARINE SUB FOR LIFE MGMT
@=SUB FOR BIO TECH 2000430         #=SUB FOR ENV SCI 2001340            %=SUB FOR PHY SCI 2003310

ELL INSTRUCTION-
M=HOME LANGUAGE INSTRUCTION        B=HOME LANGUAGE &/OR ESOL INSTRUCTION (ELEMENTARY SELF-CONTAINED)
D=ESOL INSTRUCTION
```

```
----------------------------------------------- FY 1991-1992 COMMENTS -----------------------------------------------
        THE PALM BEACH COUNTY SCHOOL DISTRICT AWARDS THE HIGH SCHOOL VALIDICTORIAN
        AND SALUTATORIAN USING A WEIGHTED GPA AVERAGE THAT IS BASED ON COURSES TAKEN
        IN GRADES 9 - 12.  HOWEVER, THE DISTRICT GPA INCLUDES ALL CREDIT COURSES.
```

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 11 of 60

TO - DISTRICT: 0000050 PALM BEACH      SCHOOL: 0331   CATEGORY B INFORMATION    FILE: SETS12IS
GRADE LEVEL: 30   PREPARED DATE: 07/16/2007    CURRENT DISTRICT: 50 PALM BEACH       PAGE 9
FL STUDENT ID: 5912469093X   SSN: ████████     CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO            (561) 640-5074

WITHDRAWAL-DATE: 08/13/2003   CODE: W41

HOME LANGUAGE SURVEY DATE: 10/09/1991      COUNTRY OF BIRTH: US UNITED STATES
NATIVE LANGUAGE: SP SPANISH            PRIMARY HOME LANGUAGE: SP SPANISH

HEALTH EXAMINATION, SCHOOL ENTRY: Y SCHOOL ENTRY HEALTH EXAMINATION CERTIFIED.
SCREENINGS - HEARING: HY STUDENT TOOK AND PASSED TEST      VISION: VY STUDENT TOOK AND PASSED TEST

------------------------------------- EXCEPTIONAL STUDENT INFORMATION ------------------------------------
STUDENT PLAN DATE: 04/30/2002   CURRENT EVALUATION/RE-EVALUATION DATE: 02/22/2005
PRIMARY EXCEPTIONALITY: K SPECIFIC LEARNING DISABLED     FEFP PROGRAM:

----------------------------- EXCEPTIONAL STUDENT PROGRAM INFORMATION ----------------------------------

| EXCEPTIONALITY | PLACEMENT STATUS | REFERRAL DATE | EVALUATION COMPLETE DATE | ELGB DETERM DATE | PLACE-MENT DATE | DISMIS-SAL DATE |
|---|---|---|---|---|---|---|
| SPECIFIC LEARNING DISABLED | ELIGIBLE AND PLACED | 04/06/92 | 07/09/92 | 12/03/92 | 12/10/92 | |

------------------------------ DROPOUT PREVENTION PROGRAM INFORMATION -------------------------------

| DROPOUT PREVENTION PROGRAM | PLACEMENT REASONS | OUTCOMES |
|---|---|---|
| EDUCATION SERVICES IN DJJ PGMS | NOT APPLICABLE | RECEIVED ACADEMIC/VOCATIONL SERVCS |
| | NOT APPLICABLE | |
| | NOT APPLICABLE | |
| | NOT APPLICABLE | |
| | NOT APPLICABLE | |

---------------------------------------------- TEST INFORMATION -----------------------------------------
TEST INFORMATION:

| GRD | TEST DATE | TEST NAME | LEVEL FORM | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 09/17/2002 | TAB | 7 E | TOTBAT | GE | 0000 | MATH(T) | GE | 0029 | READ(T) | GE | 0000 |
| | | | | LANGUAGE | GE | 0000 | | | | | | |
| 30 | 09/17/2002 | TAB | 7 E | TOTBAT | GE | 0000 | MATH(T) | GE | 0000 | READ(T) | GE | 0000 |
| | | | | LANGUAGE | GE | 0024 | | | | | | |
| 30 | 09/04/2002 | TAB | 7 E | TOTBAT | GE | 0000 | MATH(T) | GE | 0000 | READ(T) | GE | 0036 |
| | | | | LANGUAGE | GE | 0000 | | | | | | |
| 08 | 02/10/1998 | NAP | 08 | WR EXPOS | SS | 0000 | WR PERSU | SS | 0000 | | | |

A-000510

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 12 of 60

TO - DISTRICT: 0060050 PALM BEACH       SCHOOL: 0331   TEST INFORMATION       FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 07/16/2007    CURRENT DISTRICT: 50 PALM BEACH       PAGE 10 OF 10
FL STUDENT ID: 591246903X   SSN: ████████       CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, RICARDO                (561) 640-6074

TEST INFORMATION:

| GRD | TEST DATE | TEST NAME | LEVEL FORM | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | 01/27/1998 | FCA | 08 | READ(T) | SS 0126 | | MATH(T) | SS 0194 | | SCIENCE | SS 0000 | |
| 05 | 04/18/1995 | CTB | B 15 | COMPREHE | SS 0553 | | COMPREHE | NP 0001 | | PROB/SLV | SS 0667 | |
| | | | | PROB/SLV | NP 0010 | | LANGUAGE | SS 0000 | | LANGUAGE | NP 0000 | |
| | | | | CAP/MECH | SS 0000 | | CAP/MECH | NP 0000 | | USAGE/EX | SS 0000 | |
| 05 | 04/18/1995 | CTB | B 15 | USAGE/EX | NP 0000 | | | | | | | |
| 02 | 04/08/1992 | CTB | A 12 | READ(T) | SS 0463 | | READ(T) | NP 0001 | | MATH(T) | SS 0421 | |
| | | | | MATH(T) | NP 0001 | | COMPREHE | SS 0486 | | COMPREHE | NP 0003 | |
| | | | | COMPUTAT | SS 0411 | | COMPUTAT | NP 0001 | | VOCAB | SS 0440 | |
| 02 | 04/08/1992 | CTB | A 12 | VOCAB | NP 0001 | | PROB/SLV | SS 0430 | | PROB/SLV | NP 0001 | |
| 01 | 04/16/1991 | CTB | A 11 | READ(T) | SS 0411 | | READ(T) | NP 0002 | | MATH(T) | SS 0000 | |
| | | | | MATH(T) | NP 0000 | | COMPREHE | SS 0376 | | COMPREHE | NP 0002 | |
| | | | | COMPUTAT | SS 0334 | | COMPUTAT | NP 0003 | | VOCAB | SS 0445 | |
| 01 | 04/16/1991 | CTB | A 11 | VOCAB | NP 0002 | | PROB/SLV | SS 0000 | | PROB/SLV | NP 0000 | |
| | | | | WORD | SS 0000 | | WORD | NP 0000 | | SCIENCE | SS 0000 | |
| | | | | SCIENCE | NP 0000 | | LANGUAGE | SS 0000 | | LANGUAGE | NP 0000 | |
| 01 | 04/16/1991 | CTB | A 11 | CAP/MECH | SS 0000 | | CAP/MECH | NP 0000 | | SS/ENVIR | SS 0000 | |
| | | | | SS/ENVIR | NP 0000 | | USAGE/EX | SS 0000 | | USAGE/EX | NP 0000 | |

*************************************** END OF TRANSCRIPT ***************************************

A-000511



OF PALM BEACH COUNT

# Summary of Procedural Safeguards
## for Students with Disabilities

### NOTICE

As a parent you have a right to receive a copy of a document which fully explains the procedural safeguards which are available to you. This document is to be provided to you upon your child's initial referral for evaluation, upon each notification or a meeting of the Individual educational plan (IEP) team regarding your child, upon re-evaluation of your child, and upon the filing of a request for a due process hearing.

As a parent you also have a right to prior written notice. Specifically, you have a right to:

- Be notified a reasonable time before the school district: (a) identifies, evaluates, or places your child in an exceptional student education program, or provides a free appropriate public education (FAPE) to your child; (b) changes an identification, evaluation, or placement that has been made, or the provision of FAPE; or (c) refuses to take any of these actions after you have requested them.

- Receive these notices, written in language understandable to the general public. Notices must be provided in your native language or other mode of communication, unless it is clearly not feasible to do so. If your native language or other mode of communication is not a written language, the school officials must see that: (a) the notice is explained to you orally or in a mode of communication you understand; (b) you understand the information you have been given; and (c) there is written evidence that this requirement has been met.

The prior written notice must include the following items:

- A description and explanation of the action proposed or refused by the school district.

- A description of any options the school district considered and why these options were not selected.

- Re-evaluate your child.

Parent consent is not required prior to a school district's review of existing data as part of an evaluation or re-evaluation.

Your consent must be given freely, and you may withdraw it at anytime before the activity consented to takes place.

If you do not respond to the school district's request for your consent to re-evaluate your child, the school district may go ahead and conduct the re-evaluation if it can show that it made reasonable efforts to obtain the consent and you failed to respond.

If you do not give your consent, your child's basic right to attend school and participate in school activities will not be affected by your refusal. If you withhold or refuse consent for evaluation or placement, the school district may utilize informal procedures to obtain written consent. If informal procedures do not result in written parental consent, the school district must document its attempts to secure consent and may request an impartial hearing to resolve the issue. An Administrative Law Judge can order a school district to act without your consent; however, you may appeal the Administrative Law Judge's Order.

### MEETINGS

As a parent, you have a right to participate in meetings which have to do with the identification, evaluation, eligibility, re-evaluation, and educational placement of your child, and the provision of a free appropriate public education to your child.

### INDEPENDENT EDUCATIONAL EVALUATION

If you do not agree with the evaluation provided by the school that

*P.B. Lakes H.S.*
*3535 Shiloh*
*W.P.B., Fl. 33407*
*Att: JANICE ANSON*

*To: Parents/Guardian of Richard Sanchez*

*W.P.B., Fl. 33413*

Page 1 of 5

A-000512

Case 9:16-cv-80693-BB   Document 33-7   Entered on FLSD Docket 10/19/2016   Page 14 of 60

CENTRAL RECORD'S COPY          ARREST RECORD

☐ NEW   ☐ ORIG   ☐ BG

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DATE OF BIRTH | BOOKING NO |
|---|---|---|---|---|---|---|
| SANCHEZ | RICARDO | GARCIA | M | W | 60 | 90285988 |

| HEIGHT | WEIGHT | HR COL | EYE COL | COMPLEXION | POB | SOCIAL SECURITY NUMBER | OCCUPATION | DATE OF ARREST | TIME |
|---|---|---|---|---|---|---|---|---|---|
| 504 | 165 | BLK | BRO | DARK | MX | | LABORER | 072884 | 0215 |

| ALIAS-LAST NAME | FIRST NAME | MIDDLE NAME | SCARS, MARKS, TATOOS | MARRIED | SINGLE | RELIGION |
|---|---|---|---|---|---|---|
| SANCHEZ | RICARDO | G | TL/ARM TEXAS | ☒ | ☐ | CATHOLIC |

| LOCAL-ST NO | STREET | ST PR | DIREC | TR/APT/LOT | CITY | STATE | ZIP | RES CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | W.P.B. | FL | 33405 | |

| PERM-ST NO | STREET | ST PR | DIREC | TR/APT/LOT | CITY | STATE | ZIP | RES CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

PLACE PHOTO HERE

| ARRESTED BY OFFICER | ID NO | AGCY | PLACE OF ARREST | TRANSPORTED BY OFFICER | ID NO | AGCY |
|---|---|---|---|---|---|---|
| TURNER | 270401 | | MERMAID BAR | | | |

(Place Second Photo on Back)

| DETAINERS | POUCH | INCIDENT NO | CAPIAS, WARRANT NO (S) | DONID |
|---|---|---|---|---|
| | | 8487744 | | |

| TIME OUT | COURT | DATE | TIME | DIV |
|---|---|---|---|---|
| | KK | 001484 | 0900 | R |

| RELEASED TO | BOND DATE | TYPE | RET DATE | BONDSMAN |
|---|---|---|---|---|
| | | | | |

RELEASE DATE   0

| STATUTE | NCIC | ST | CHARGE | CIT/NOT # |
|---|---|---|---|---|
| 870.01 | 5305 | 61 | AFFRAY | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

SPECIAL INSTRUCTIONS

UC

| | FP BY | PHOTO BY | ENTER BY |
|---|---|---|---|
| | | | VS |

| LAST NAME | FIRST NAME | MIDDLE NAME | ALIAS | CELL (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|
| SANCHEZ | RICARDO | GARCIA | | H.C. | | | |

printed by Employee Id #: 4940   on   March 11, 2008  11:26:44AM

A-000914

Case 9:16-cv-80693-BB   Document 33-7   Entered on FLSD Docket 10/19/2016   Page 15 of 60

Case 9:16-cv-80693-BB   Document 33-7   Entered on FLSD Docket 10/19/2016   Page 16 of 60

JJI660R1                                          COUNTY/CIRCUIT COURT

                                                CRIMINAL HISTORY REPORT
DATE 06 01 94                                    HISTORY PURGE LIST                                              PG 17338

*******************************************************************************************************************
-------- NAME --------        SEX  RACE  DOB      CASE #       CIT #    ARREST PARK TICKET *
SANCHEZ,RICARDO,GARCIA         M    W    ▓▓▓60  92004160MM A02  494410* 91042860                 *  MISDEMEANOR OR NOT-FILED
     COMM                                                                                        *******************************

ADDRESS    STREET    STREET            SUF APT-           ST
RECORDS    NUMBER  DIR NAME            FIX LOT CITY        CD ZIPCODE     PROVINCE   COUNTRY AGCY UPDATE
                                         WEST PALM BEACH FL 00000                            CTA  092380
                                         WPB                FL 00000                          CTA  073084
                                                            FL 33415                          CDC  032493

JIFM  01 DIST-LOC=001  DATE 0  292 OF CASE FILING  ST-ATTY=                              DEF-ATTY=PUBLIC DEFENDER

FEL-MISD  AGCY=06 92012256A ARRN-DATE=030592 COURT=KK TIME=0900

JIFA     PRAECIPE-BY=                PRAECIPE-DT=       ARRN-DT=030592 JUDGE=BOLLINGER  COURT=KK DEF-ATTY=PUBLIC DEFENDER
ARRAIGN   DEF-PRES=Y ADV-RTS=030592 ARRN-PASS-TO=       TIME=     COURT=   DEF-RLSE-DT=

JICH  02 COUNT=01 NARR=(PROB) BATTERY                              STAT=784.03       NCIC=     NOLE-PROS-DTE=
CHARGE
         AMEN-DTE=       PLEA=NC ADJ=   ADJ-WH=Y  SENT-DTE=033092 SUSP=  WHELD=Y TIME-SER=  MTHS=   DYS=   YRS=

         FINE=*******.00   SERVICE-FEE=*******.00   PROBATION  MTHS=06 DYS=   YRS=   VICTIM-CODE= O

JICH  03 COUNT=02 NARR=BATTERY                                     STAT=784.03       NCIC=     NOLE-PROS-DTE=
CHARGE
         AMEN-DTE=       PLEA=G  ADJ=G  ADJ-WH=   SENT-DTE=033092 SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

         FINE=*******.00   SERVICE-FEE=*******.00   PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= O

JICH     COUNT=03 NARR=ASSAULT ON A POLICE OFFICER                 STAT=784.07       NCIC=     NOLE-PROS-DTE=033092
CHARGE
         AMEN-DTE=       PLEA=  ADJ=   ADJ-WH=   SENT-DTE=        SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

         FINE=*******.00   SERVICE-FEE=*******.00   PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= O

JICH     COUNT=04 NARR=OBSTRUCT OFFICER WITHOUT VIOLENCE           STAT=843.02       NCIC=     NOLE-PROS-DTE=033092
CHARGE
         AMEN-DTE=       PLEA=  ADJ=   ADJ-WH=   SENT-DTE=        SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

         FINE=*******.00   SERVICE-FEE=*******.00   PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= O

*** CONTINUED NEXT PAGE ***

A-000515

Case 9:16-cv-80603-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 17 of 60

```
JJI660R1                              COUNTY/CIRCUIT COURT

                                      CRIMINAL HISTORY REPORT
DATE 06 01 94                         HISTORY PURGE LIST                                    PG 17339
*********************************************************************************************************
------- NAME -------     SEX  RACE   DOB     CASE #      CIT #    ARREST  PARK TICKET *
SANCHEZ,RICARDO,GARCIA    M    W     ███ 460  92004160MM A02  494410*  91042860       * MISDEMEANOR OR NOT-FILED
COMM                                                                                 *******************************************


JISN    DTE=033092 SUSP=  ADJ-WH=  SENT-WH=  JUDGE-COD=01 FINE=*******.00 CRT-COSTS=******5.00  SERVICE-FEES=*******.00
SENT
        PAID=*****75.00 PAY-DUE-DTE=053092 PAID-DTE=050792 BOND-FORT=*******.00 INS-FUND=*******.00  VICTIM-AID=*******.00
        SURCHARGE=****20.00 PROS-OV55=*******.00    REHAB=*******.00 HANDICAP=*******.00       D6=*******.00

        LIC-REV/SUS= DYS=   MTHS=   SUR= SCHOOL-NAM=  CRS=   DTE=     TIME-SER= MTHS=   DYS=  YRS=

        PROBATION/MTHS=  DYS=  YRS=   PURGE-DTE=053194


OBTS    OBTS=0001936017 0002787199 0002453159 0002127081


------------------------------------------------ COMMENTS ------------------------------------------------
01 INFO FILED,CHG REDUCED TO MSD(DOWNFILED FROM 91-15396CF A99) 01 BOND O.R. DISCHARGED
02 PUCILLO--DFT PRES,W/CO. PROB W/PRIDE. 30 HRS COMM SERV.     02  RESTITUTION TO BE DETERMINED. GIVEN UNTIL 9/30/92 TO
02  PAY CRT COSTS.  PROB CONCUR W/EACH COUNT.                  03 SEE CT 1.
```

A-000516

Case 9:16-cv-80093-RB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 18 of 60

                                                  DISPOSITION:OTHER

ASSAULT (FREE TEXT)                        CODE:0412  DATE:09/18/80 - THURSDAY  WEATHER:CLEAR
ZONE:83   GRID:021701  DEPUTY NO.1814  ASSIST:      TIMES: DISP/0024  ARR/0024  COMP/0439
DATE(S) OF OCCURRENCE:          9-18              TIME(S) OF OCCURRENCE: BETWEEN 0001 AND 0030

NAME/LOCATION:MS GUNTER 112 E GRACE  C/PERSON

NATURE OF INJURIES/LOCATION:GUNSHOT WOUND, CENTER NECK, ENTRANCE, EXIT, LEFT CHEEK
WHERE VICTIM TREATED/TAKEN :DOCTOR'S HOSPITAL          ATTENDING PHYSICIAN: DR. E. HUNT
WEAPONS/MEANS OF ATTACK:FIREARM                        CAN VICTIM IDENTIFY? YES

NAME LIST:
    ROLE                                                                              HAIR  EYES
WITNESS        DANIEL JAUME                    DOB:        SEX/M RACE/W HT/    WT/     UNK   UNK
               RESIDENCE ADDRESS:              TR          WPB          FL     PHONE
               BUSINESS ADDRESS: MILITARY PARK FB                              PHONE
SUSPECT        RICARDO GARCIA SANCHEZ          DOB:    60 SEX/M RACE/W HT/509 WT/175 BLACK BROWN
               RESIDENCE ADDRESS:              DR          WPB          FL     PHONE
               BUSINESS ADDRESS: BELVEDERE CONSTRUCTION CO                     PHONE
VICTIM         JUANA MARIA SANCHEZ             DOB:    59 SEX/F RACE/W HT/     WT/     UNK   UNK
               RESIDENCE ADDRESS:              DR          WPB          FL     PHONE
WITNESS        FRED HARRISON GUNTER            DOB:    81 SEX/M RACE/W HT/     WT/
               RESIDENCE ADDRESS:              DR          WPB          FL     PHONE 686-7645
               BUSINESS ADDRESS: 3475 S. OCEAN                                 PHONE
EVIDENCE PROCESSED BY DET. JOHN ELLIOTT
PHOTOS BY          DET. JOHN ELLIOTT


    ON     SEPTEMBER 1980, AT APPROXIMATELY 0030 HOURS, COMMUNICATION
OF THE PALM BEACH COUNTY SHERIFF'S OFFICE DISPATCHED PATROL UNITS TO A
REPORTED SHOOTING WHICH HAD OCCURRED AT THE APARTMENT NEXT DOOR TO
110 E. GRACE DRIVE, MORRISON HOMES IN SUBURBAN WEST PALM BEACH.  HEARING
SEVERAL ROAD UNITS RESPOND TO THE ABOVE LOCATION, I ADVISED COMMUNICATIONS
I WOULD RESPOND AS WELL.
    COMMUNICATIONS DID PROVIDE ADDITIONAL INFORMATION WHILE THE ROAD
UNITS WERE ENROUTE TO THAT LOCATION.  COMMUNICATIONS ADVISED THAT IT WAS
BELIEVED BY THE NEIGHBOR WHO WAS REPORTING THE SHOOTING THAT THE SUSPECT
POSSIBLY HAD A WOUNDED VICTIM HELD HOSTAGE IN A UPSTAIRS BEDROOM IN THE
APARTMENT.   WHEN THE PATROL UNITS RESPONDED THEY INVESTIGATED AND ADVISED
THAT THERE WAS NO HOSTAGE SITUATION, HOWEVER THERE WAS A WOUNDED PERSON

WHO SUFFERED A GUNSHOT WOUND.

AT APPROXIMATELY 0035 HOURS, I ARRIVED AT THE ABOVE LOCATION AND OBSERVED THE FOLLOWING OFFICERS: SGT. WILLIAM METZ, WHO WAS OBSERVED IN THE PARKING LOT AREA OF THE APARTMENT, LT. JACK GEMPEL WHO WAS IN THE UPSTAIRS APARTMENT WITH PARAMEDIC PERSONNEL, D/S ROBERT MEDLIN, DAVE CLARK AND WARREN BROWN WERE ALL FOUND TO BE IN AN UPSTAIRS BEDROOM ATTEMPTING TO ASCERTAIN FROM INTERVIEWING PEOPLE IN THE IMMEDIATE AREA WHAT HAD OCCURRED TO CAUSE THE INJURY.

ON MY ARRIVAL AT THE ABOVE RESIDENCE, I OBSERVED IT TO BE A 2 STORY WOOD FRAME, FOUR APARTMENT COMPLEX. THE BUILDING IS SITUATED LENGTHWISE IN AN EAST/WEST DIRECTION. THE PARTICULAR APARTMENT WHERE THE SHOOTING TOOK PLACE IS DESCRIBED AS BEING THE SECOND APARTMENT FROM THE EAST END. THE ADDRESS IS 112 E. GRACE DRIVE, SUBURBAN WEST PALM BEACH. THE ENTRANCE TO THE APARTMENT FACES NORTH INTO AN AREA WHERE THE APARTMENT DWELLERS PARK THEIR AUTOMOBILES.

ON ENTERING THE ENTRANCE DOOR, I OBSERVED A STAIRCASE WHICH LEAD TO THE UPSTAIRS FLOOR OR SECOND FLOOR OF THE APARTMENT. I WENT UP THE STAIRS AND IN THE NORTHWEST CORNER OF THE UPSTAIRS, I DISCOVERED A BEDROOM WHERE THE SHOOTING HAD TAKEN PLACE. THE VICTIM WAS A W/F CLAD IN A BLOUSE AND SHORTS, LEVIS, SHE WAS BEING ATTENDED TO BY PARAMEDIC PERSONEL FROM THE CTRL DEPARTMENT AND AMBULANCE PERSONNEL WHO WERE WAITING TO TRANSPORT HER TO THE HOSPITAL.

EXAMINATION OF THE VICTIM REVEALED THAT THERE WAS MASSIVE BLEEDING FROM A HEAD WOUND WITH THE ENTRANCE AT WHAT APPEARED TO BE THE LEFT UPPER CHEEK AREA. THERE APPEARED TO BE AN EXIT WOUND AND THIS WAS LOCATED JUST LEFT OF MIDLINE TO THE CENTER NECK AREA.

THE VICTIM WAS DETERMINED TO BE A 16 YEAR OLD SPANISH FEMALE, WHO SPOKE NO/LITTLE ENGLISH. I REQUESTED D/S MEDLIN TO OBTAIN A TAPE RECORDER FROM MY VEHICLE OR HIS VEHICLE, SO THAT WE MAY TAPE RECORD STATEMENT THAT SHE WAS MAKING. I DID WITH THE TAPE RECORDER THAT D/S MEDLIN PROVIDED ME WITH TO RECORD SEVERAL STATEMENTS THAT SHE MADE AND TO THE PARAMEDIC DANIEL JAUME.

ON MY QUESTIONS THROUGH JAUME TO THE W/F VICTIM, I LEARNED THE FOLLOWING: THAT THE VICTIM STATED HER HUSBAND HAD THE GUN AND THAT HE WAS PRACTICING WITH IT. THAT HE FURTHER, HE PULLED THE GUN FROM HIS WAISTBAND. THE GUN HAD BEEN WRAPPED IN A RED BANDANA AND THE GUN FIRED. SHE FURTHER STATED THAT IT WAS ACCIDENTAL. THE VICTIM WAS FOUND TO BE CONSCIOUS, ALERT AND HER VITALS SUCH AS BLOOD PRESSURE, WERE STABLE. SHE WAS GIVING FLUID INTERVENIOUSLY AND HER WOUNDS WERE WRAPPED AND

COMPRESSED TO STOP BLEEDING. THE VICTIM WAS THEN TRANSPORTED TO DOCTOR'S HOSPITAL.

WHILE IN TRANSIT, I PROVIDED THE TAPE RECORDER, WHICH WAS OPERATING TO PARAMEDIC JAUME, WHO RODE IN THE AMBULANCE WITH THE VICTIM. I REQUESTED THAT JAUME CONTINUE TO QUESTION THE VICTIM AND HE DID SO. JAUME STATED TO ME THAT SHE HAD AGAIN STATED THAT HER HUSBAND SHOT ME AND HOWEVER, SHE SAID THAT HE WAS ONLY PRACTICING.

SINCE THE SUSPECT, WHO HAD COMMITTED THE SHOOTING WAS IDENTIFIED AS THE HUSBAND OF THE VICTIM, WE ATTEMPTED TO INTERVIEW HIM CONCERNING THE FACTS LEADING UP TO THE SHOOTING. WHEN WE DID INTERVIEW HIM, WE FOUND THAT HE SPOKE VERY LITTLE ENGLISH, SO AT THIS TIME I REQUESTED A SPANISH SPEAKING OFFICER RESPOND. THEY CONTACTED D/S PETE RIVERA, WHO IS ASSIGNED TO THE SHERIFF'S OFFICE AIRPORT DIVISION AND HE ARRIVED AT APPROXIMATELY 0100 HOURS.

AT THIS TIME I HAD OFFICER RIVERA ADVISE THE SUSPECT OF HIS MIRANDA RIGHTS, TO WHICH HE STATED HE UNDERSTOOD FULLY. IN ADDITION TO THIS, I REQUESTED THAT THE SUSPECT BE READ A CONSENT TO SEARCH FORM, TRANSLATING IT FROM ENGLISH INTO SPANISH. THIS WAS DONE ALSO BY OFFICER RIVERA. I MIGHT ADD THAT OFFICER RIVERA WILL BE HANDLING ALL TRANSLATIONS.

THROUGH RIVERA, THE SUSPECT WAS IDENTIFIED AS FOLLOWS: A RICARDO SANCHEZ. HE IS A MEXICAN AMERICAN MALE, AND DOB ████ 60. WHEN HE WAS QUESTIONED AS TO THE CAUSE OF THE SHOOTING, HE STATED THAT IT WAS AN ACCIDENT, THAT HE HAD BEEN OUT DRINKING AND HAD SEVERAL DRINKS, MAYBE AS MANY AS ELEVEN. WHEN HE RETURNED HOME AND WAS IN THE PROCESS OF TAKING THE GUN FROM HIS WAISTBAND WHERE HE CARRIED IT, A MALLET WAS WRAPPED IN A RED BANDANA HANDKERCHIEF AND AFTER HE REMOVED IT FROM HIS WAISTBAND IN THE BEDROOM THAT HE SHARES WITH THE VICTIM, WHO IS HIS WIFE, THE GUN ACCIDENTLY STRIKING THE VICTIM IN THE BACK OF HER NECK.

THE STATEMENT THAT I TOOK FROM RICARDO SANCHEZ WAS TAPE RECORDED AND TAPE RETAINED BY MYSELF.

WHILE IN THE APARTMENT OBSERVING THE VICTIM BEING TREATED BY THE PARAMEDICS, I HAD OCCASION TO LOOK ABOUT THE APARTMENT. STANDING NEXT TO THE BED, I OBSERVED IN PLAIN VIEW IN A CLOSET, A HONDA PORTABLE

GENERATOR. IN ADDITION, THERE WAS A TOOL BOX ON THE FLOOR WITH THE
LID OPEN. THE TOOLS WERE ENGRAVED IN THE NAME OF PALM BEACH MOTOR
CENTER U-HAUL.

AFTER THE PARAMEDICS AND AMBULANCE PERSONNEL HAD REMOVED THE VICTIM
FROM THE BEDROOM, I SECURED SAME. WITH THE HELP OF OFFICER RIVERA, I ALSO
INTERVIEWED RICARDO SANCHEZ REGARDING THE ABOVE LISTED ITEMS WHICH DID
NOT APPEAR TO BELONG EITHER TO HIM OR IN THE UPSTAIRS BEDROOM. WHEN I
QUESTIONED SANCHEZ REGARDING THEM, HE STATED THAT HE HAD PURCHASED THE
HONDA GENERATOR FOR A SUM OF $300.00 AT THE FLEA MARKET. HAVING HAD
OBSERVED THE GENERATOR AND SEEING THAT IT WAS IN NEW LIKE CONDITION, I
KNEW THE GENERATOR TO BE VALUED IN THE VICINITY OF $1,000 OR MORE. SANCHEZ
WAS ALSO QUESTIONED REGARDING THE TOOLS WHICH HE STATED THAT HE HAD
BOUGHT FROM A FRIEND OF HIS WHO HE DID NOT RECALL THE NAME. IN ADDITION
HE STATED SOME OTHER TOOLS HE HAD ALSO PURCHASED AT THE FLEA MARKET.

HE COULD NOT ANSWER WHY THE TOOLS WERE ENSCRIBED WITH THE NAME OF
U-HAUL OF CENTRAL FLORIDA. I REQUESTED THAT HE PROVIDE ME WITH A CONSENT
TO SEARCH FORM. THE CONSENT TO SEARCH FORM WAS READ TO HIM IN SPANISH BY
OFFICER RIVERA. SANCHEZ STATED THAT HE UNDERSTOOD IT AND UNDERSTOOD THAT
HE HAD THE RIGHT TO REFUSE WITHOUT US OBTAINING A WARRANT BUT WISHED TO
COOPERATE AND ALLOWED US TO SEARCH. WITH THE HELP OF OFFICER RIVERA,
WE FILLED OUT THE CONSENT TO SEARCH FORM AND OFFICER RIVERA THEN PROVIDED
ME THE ONE WHICH I AM RETAINING.

I THEN RETURNED TO THE ROOM AND WITH THE ASSISTANCE OF THE CRIME
SCENE DETECTIVE JOHN ELLIOTT, WHO HAD JUST ARRIVED, WE BEGAN TO EXAMINE
THE ENTIRE ROOM FOR PHYSICAL EVIDENCE AND STOLEN PROPERTY. WHILE
CONDUCTING, WE FOUND THAT THE BED ON WHICH THE VICTIM WAS LYING HAD A
POWDER SPOT LEFT OF CENTER. LEFT OF CENTER WOULD BE, WHILE ONE WAS STANDING
AT THE FOOT END OF THE BED, FACING SAID BED. THE BED WAS LOCATED IN THE
NORTHWEST CORNER OF THE ROOM AND IN THAT EXACT CORNER, SO THAT THE
BED ABUTTED THE WEST AND NORTH WALL. A PILLOW, WHICH HAD EVIDENTLY
BEEN UNDER THE VICTIM'S HEAD, WAS FOUND ON THE FLOOR, APPROXIMATELY FIVE
FEET FROM THE BED, WHERE IT HAD BEEN THROWN BY PARAMEDIC PERSONNEL. WE
DISCOVERED A BULLET HOLE, WHICH APPEARED TO BE FRESH, AT ABOUT THE SAME
HEIGHT AND LEVEL OF THE BED. THE BULLET HOLE APPEARED TO PENETRATE
COMPLETELY THE PLASTERBOARD WALL AND ENTER THE APARTMENT TO THE WEST OF
THE VICTIM'S BEDROOM. A GUN, WHICH WAS WRAPPED IN A RED BANDANA WAS
DISCOVERED UNDERNEATH THE BED. THIS BANDANA AND WEAPON WERE SEIZED AND
THE WEAPON WAS FOUND TO BE A SMITH AND WESSON 38 CALIBER.

THE WEAPON WAS RETAINED BY CRIME SCENE DETECTIVE JOHN ELLIOTT.

THE BED CLOTHES WERE SEIZED BY ELLIOTT. IN ADDITION, PHOTOGRAPHS WERE TAKEN OF THE ENTIRE CRIME SCENE, HOWEVER, THIS WAS DONE PRIOR TO ANY OF THE EVIDENCE BEING SEIZED BY US. THE GENERATOR WAS EXAMINED AND FOUND TO BE ONE THAT WAS VALUED IN ACCESS OF $1,000. SITTING ON TOP OF THE GENERATOR WAS A SMALL WOODEN BOX. THE SMALL WOODEN BOX CONTAINED IDENTIFICATION, LISTED IN THE NAME OF JEFFERY B. FOX, WITH AN ADDRESS LISTED OF 2529 SUMMIT BLVD. IN WEST PALM BEACH. SANCHEZ, WHEN QUESTIONED AS TO THE REASON WHY HE POSSESSED THIS PARTICULAR ITEM, SHRUGGED HIS SHOULDERS STATING HE DIDN'T KNOW.

THAT, WITH THE FACT THAT HE POSSESSED A NUMBER OF CAR STEREO'S TAPE PLAYERS AND CB RADIOS, ALL WHICH APPEARED TO HAVE BEEN YANKED FROM THE VEHICLE WITH THE ATTACHMENT WIRES NOT CUT EVENLY, BUT RATHER RIPPED LEAD US TO BELIEVE THAT THE ITEMS WERE PROBABLY STOLEN. A RIFLE, REMINGTON MODEL 700 CALIBER 22.250 WAS OBSERVED LEANING IN THE CLOSET NEXT TO THE GENERATOR. I QUESTIONED SANCHEZ AS TO WHERE HE HAD FOUND OR PURCHASED THIS RIFLE AND HE STATED THAT HE HAD BOUGHT IT FROM A MIGRANT WORKER IN A LABOR CAMP FOR THE SUM OF $70.00. I AM FAMILIAR WITH THIS WEAPON AND KNOW THAT THIS WEAPON SELLS RETAIL FROM ANYWHERE $350-500. THE PRICE THAT SANCHEZ STATED HE PAID FOR IT WOULD ALSO LEAD ME TO BELIEVE THAT THE ITEM WAS STOLEN MERCHANDISE.

ALSO PRESENT WAS A BLACK BRIEFCASE. THE BLACK BRIEFCASE CONTAINED IDENTIFICATION IN THE NAME OF JOHN HALEY AND IDENTIFICATION FROM A BUSINESS REFERRED TO AS CERAMIC INTERNATIONAL AT 2502 PARK STREET, LAKE WORTH. SANCHEZ CAN PROVIDE NO EXPLAINATION AS TO WHY HE WAS IN POSSESSION OF THIS BRIEFCASE.

THE ABOVE ITEMS WERE SEIZED AND A PROPERTY RECEIPT PROVIDED FOR SAME.

CONCLUDING THE INVESTIGATION AT THE SCENE, I REQUESTED THAT RICARDO SANCHEZ TAKE A BREATHALYZER TEST TO DETERMINE THE AMOUNT OF ALCOHOL IN HIS SYSTEM, AS HE HAD STATED TO ME PRIOR THAT HE HAD HAD APPROXIMATELY ELEVEN BEERS. I WANTED TO DETERMINE THE AMOUNT OF ALCOHOL IN HIS SYSTEM, FOR FUTURE INVESTIGATIVE PURPOSES. HE AGREED TO TAKE A BREATHALYZER TEST AND HE WAS TRANSPORTED TO THE COUNTY JAIL BY OFFICER RIVERA AND D/S WARREN BROWN. THE RESULTS OF THE TEST WHICH WERE ADMINISTERED BY CORRECTIONS OFFICERS, RESULTED IN A READING OF .10. THE TIME OF BREATHALYZER WAS AT 0155 HOURS.

PRIOR TO MY LEAVING THE RESIDENCE, I HAD OCCASION TO INTERVIEW THE NEIGHBOR, FRED GUNTHER, WHO LIVES AT APT. 110 E. GRACE DRIVE. FRED GUNTHER PROVIDED THE FOLLOWING INFORMATION. THAT HIS DOB 1-6-31 AND

Case 9:16-cv-80693-BB   Document 33-7   Entered on FLSD Docket 10/19/2016   Page 23 of 60



THAT HE HAS RESIDED AT 110 E. GRACE DRIVE FOR APPROXIMATELY FOUR YEARS.

HE STATED THAT HE IS EMPLOYED IN THE MAINTENANCE DIVISION OF LABONAVI CONDOMINIUMS LOCATED AT 3475 S. OCEAN BLVD. IN PALM BEACH, FL. PHONE 686-7645. I ALSO INTERVIEWED HIS WIFE, ETHEL GUNTHER, W/F   -34. FRED GUNTHER STATED THAT WHEN THE SHOT WAS DISCHARGED, THAT HE WAS LYING IN HIS BED, WHICH IS IN SECOND FLOOR OF HIS TWO STORY APARTMENT. HE STATED THAT HE LOOKED DOWN AND SAW THAT A BULLET HOLE HAD BEEN MADE THROUGH HIS BEDROOM WALL, APPROXIMATELY THREE FEET FROM WHERE HE WAS LYING ON HIS BED. HE STATED THAT HE COULD SEE THAT THE BULLET HAD STRUCK A NIGHTSTAND, WHICH HAS BEEN THE DIRECT PATH OF TRAJECTORY FROM THE BULLET HOLE IN THE WALL. I QUESTIONED GUNTHER AS TO WHETHER OR NOT HE HAD HEARD ANY YELLING OR SCREAMING PRIOR TO THE SHOT. HOWEVER, HE STATED THAT HE WAS WATCHING TELEVISION AND HAD HOWEVER HEARD NO ARGUING COMING FROM THE APARTMENT OF THE SANCHEZ'S.

AFTER COMPLETING MY INTERVIEWS AND HAVING BEEN UNABLE TO FIND ANY OTHER WITNESSES IN THE AREA WHO COULD PROVIDE INFORMATION CONCERNING THIS SHOOTING, I WENT TO THE EMERGENCY ROOM OF DOCTOR'S HOSPITAL IN SUBURBAN LAKE WORTH. HERE I MET WITH E.R. PERSONNEL, WHO ASSISTED ME IN EXAMINING THE VICTIM MORE CLOSELY.

WHILE AT THE E.R. CENTER, I WAS ABLE TO FIND OUT THAT THE VICTIM'S LEGAL COMPLETE NAME IS JUANA MARIA JIMINEZ SANCHEZ, DOB 11-19-63. SSN 4-49-3531. JUANA SANCHEZ IS PRESENTLY THREE MONTHS PREGNANT.

IN EXAMINING THE WOUND, WITH THE ASSISTANCE OF EMERGENCY ROOM PERSONNEL, I WAS ABLE TO FIND WHAT APPEARED TO ME TO BE GUN POWDER ON A WOUND THAT WAS JUST TO THE LEFT OF MIDLINE ON HER NECK. THIS WOUND WAS COMPLETELY ENCIRCLED WITH WHAT APPEARED TO BE A POWDER STAIN. I WAS ABLE TO OBTAIN COTTON SWABS AND WITH THE USE OF STERILE WATER, I SWABBED THE AREA IMMEDIATELY SURROUNDING THE WOUND AND OBTAINED SOME OF THE GRAY MATTER IN THE COTTON SWABBING. CHECKING WITH EMERGENCY ROOM PERSONNEL, I FOUND THAT THE WOUND WAS DESCRIBED BY THEM AS FOLLOWS:

THAT IT IS MIDLINE BETWEEN EYE AND EAR, JUST LATERAL TO THE LEFT ORBIT AND EXTENDING POSTERLY MIDNECK JUST LATERAL TO MIDLINE. SHE WAS TREATED BY                    WHO IS THE EMERGENCY ROOM PHYSICIAN AND THE SPECIALIST AND SURGEON THAT WAS CONTACTED AND WHO RESPONDED TO THE HOSPITAL TO EXAMINE AND TREAT HER WAS

IT WAS THE FEELING OF THE EMERGENCY ROOM PERSONNEL THAT THE INJURIES TO THE VICTIM WOULD NOT PROVE FATAL. HOWEVER, THEY WERE QUITE SERIOUS. IT WAS DECIDED BY THE HOSPITAL PERSONNEL THAT SHE WOULD NOT BE OPERATED ON AT THAT TIME, HOWEVER, WOULD BE REMOVED TO THE INTENSIVE CARE UNIT OF THE

HOSPITAL WHERE SHE WOULD BE MONITORED CLOSELY AND EXAMINED FURTHER THE
NEXT MORNING.

ON 18 SEPTEMBER 80, HAVING RETURNED TO THE SHERIFF'S OFFICE
SUBSTATION AND AT 0700 HOURS, I TELEPHONED A NUMBER 832-8772, WHICH WAS
FOUND IN THE SMALL WOODEN BOX AND WAS A NUMBER ASSIGNED TO MOTHER. ON
CALLING THIS NUMBER, I FOUND THAT THROUGH THE COMPUTERIZED NOTIFICATION OF
THE TELEPHONE COMPANY THAT THE NUMBER HAD BEEN CHANGED TO 686-4237. I
TELEPHONED THE NEW NUMBER AND SPOKE WITH A WOMAN WHO IDENTIFIED HERSELF
AS THE MOTHER OF JEFFERY FOX OR BETTY JO KEITH AND SHE RESIDES AT 3792
SAGINAW AVENUE IN WEST PALM BEACH. SHE IS A W/F, DOB ████-36 AND HER
PHONE NUMBER, AS LISTED ABOVE IS 686-4237. SHE STATED THAT HER SON
HAS ALREADY LEFT FOR WORK AND HE IS EMPLOYED AS A PLASTERER. SHE STATED
THAT HE WOULD BE HOME AT APPROXIMATLEY 1630 HOURS, THIS DATE. SHE ADVISED
ME THAT HE HAD BEEN THE VICTIM OF AN AUTO BURGLARY SEVERAL WEEKS PRIOR AND
THAT HIS VEHICLE HAD BEEN AT THE PARTNERS II LOUNGE LOCATED ON BELVEDERE
ROAD NEAR CONGRESS AVENUE, AT WHICH TIME HE HAD SUFFERED THE LOSS OF THE
SMALL WOODEN BOX CONTAINING MISCELLANEOUS PAPERS, AS WELL AS SOME TAPES.
SHE STATED THAT SHE WOULD HAVE HER SON CONTACT ME, AT WHICH TIME HE WOULD
BE ABLE TO PROVIDE ME WITH A FULL AND ACCURATE LIST OF THESE STOLEN
ITEMS.

ON THE SAME DATE, AT 0745 HOURS, I CONTACTED CERAMIC INTERNATIONAL
INC, LOCATED 2602 PARK STREET IN LAKE WORTH. I SPOKE WITH JESSE GONZALEZ,
WHO STATED THAT HE IS AN EMPLOYEE OF CERAMIC INTERNATIONAL. I ASKED HIM IF
THEY HAD EXPERIENCED A THEFT IN WHICH A BLACK BRIEFCASE HAD BEEN TAKEN
AS I EXPLAINED TO HIM THAT THE BRIEFCASE CONTAINED STATIONARY WITH THE
NAME OF CERAMIC INTERNATIONAL. HE STATED THAT HE DID NOT AND I THEN
READ TO HIM A NAME LISTED ON ANOTHER FORM AS BEING JOHN H. MOWERY.
GONZALEZ STATED THAT THERE IS A POSSIBILITY THAT THE BRIEFCASE WAS THE
INDIVIDUAL'S MOWERY AND GONZALEZ PROVIDED ME WITH MOWERY'S HOME TELEPHONE
NUMBER. THAT NUMBER 685-9778 WAS CONTACTED AND AT THIS TIME I SPOKE WITH
A MAN WHO IDENTIFIED HIMSELF AS JOHN H. MOWERY. HE STATED THAT HE IS
A W/M AND HIS DOB IS ████-47. HE STATED THAT HE IS RESIDING AT 5615
MIDDLEGAULF DRIVE IN WEST PALM BEACH FLORIDA AND THAT HE IS A SUB-CONTRACTOR
TILE INSTALLER. HE STATED THAT APPROXIMATELY TWO WEEKS PRIOR, HE HAD BEEN
AT THE PARTNER'S II LOUNGE LOCATED ON BELVEDERE ROAD NEAR CONGRESS AVENUE
AT WHICH TIME SOMEBODY HAD BROKEN INTO HIS 1978 CHEVROLET BLAZER. AT
THIS TIME THE BRIEFCASE WAS TAKEN FROM THE BLAZER. HE STATED THAT HE HAD
NOT MADE A FORMAL REPORT BUT WISHED TO MAKE ONE AT THIS TIME. I DID SO
AND IT WAS ASSIGNED TO PBSO CASE NUMBER 80-75123.

0523

I DISPLAYED THE BRIEFCASE TO THE VICTIM AND HE IDENTIFIED THE
BRIEFCASE AS BELONGING TO HIM. HE WAS ABLE TO DO THIS BY MARKS ON THE
BRIEFCASE AS WELL AS THE BRIEFCASE CONTAINING PERSONAL PAPERS, WHICH
CONTAINED HIS HANDWRITING. JOHN MOWERY WAS PROVIDED A PROPERTY RECEIPT
FOR THE BRIEFCASE AND THE BRIEFCASE WAS TRANSFERRED TO THE SHERIFF'S OFFICE
PROPERTY DIVISION.

AT 0845 HOURS, I CONTACTED U-HAUL OF CENTRAL FLORIDA INCORPORATED
LOCATED AT 4371 OKEECHOBEE BLVD. AT 683-0645. I SPOKE WITH A MAN WHO
IDENTIFIED HIMSELF AS THE MANAGER, WHO'S NAME IS WILLIAM KNOX. HE STATED
THAT THE TOOLS DESCRIBED BY ME WERE DEFINITELY THOSE OF PALM BEACH MOVING
CENTER AND U-HAUL, HOWEVER, HE WOULD SEND HIS CHIEF MECHANIC OVER TO
EXAMINE SAID TOOLS.

AT 0915 HOURS, CHRISTOPHER T. ENGLISH, W/M, DOB ███████ 49, ARRIVED AT THE
SHERIFF'S OFFICE CENTRAL SUBSTATION. ENGLISH WAS INTERVIEWED AND HE
PROVIDED THE FOLLOWING INFORMATION: THAT HE RESIDES AT ███████████████
NORTH IN WEST PALM BEACH, PHONE 683-2726. THAT HE IS THE MANAGER OF THE
SATELLITE SHOP OF U-HAUL OF CENTRAL FLORIDA AND HE IS ALSO CONSIDERED THE
CHIEF MECHANIC. HE EXAMINED THE TOOLS, WHICH CONTAINED THE ENGRAVING ON
THEM AND HE STATED THAT THEY WERE DEFINITELY THOSE OF THE PALM BEACH
MOVING AND U-HAUL CENTER. HE STATED THAT HE RECOGNIZED THEM AS THEY
HAD BEEN ENGRAVED BY THE UNIT MANAGER AND THAT THEY POSSESSED OTHER TOOLS
WHICH MATCHED THESE WITH THE SAME IDENTIFICATION TRANSCRIBED INTO THEM.
CHRISTOPHER ENGLISH WAS THEN PROVIDED A PROPERTY RECEIPT FOR THE TOOLS
THE HAND PORTABLE GENERATOR WITH INVESTIGATION THROUGH HONDA SOUTH MOTOR-
CYCLE SHOP WAS DETERMINED TO BELONG TO A LOCAL CONSTRUCTION COMPANY. THIS
INVESTIGATION WAS COMPLETED BY DET. GARY HILL AND DET. WILLIAM MARTIN.
REFER TO THEIR REPORTS FOR CLARIFICATION OF THE FACTS.

THE GENERATOR WAS CONFIRMED AS HAVING BEEN STOLEN.

THERE IS NO FURTHER INFORMATION FOR THIS REPORT AS OF THIS TIME
THIS REPORT TO BE CLASSIFIED AS OTHER.
DET. MIKE DAUGER/JP   TRANS. 9-23-80

Case 9:16-cv-80003-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 25 of 60

Case 9:16-cv-00593-RB Document 39-7 Entered on FLSD Docket 10/19/2016 Page 26 of 60

PALM BEACH COUNTY SHERIFF'S OFFICE                    PAGE 01
SUPPLEMENT   OFFENSE REPORT                 CASE NO. 8075071 *092680*
DISPOSITION:OTHER

ASSAULT (FREE TEXT)                          CODE:0417  DATE:09/18/80 - THURSDAY  WEATHER:
ZONE:85   GRID:021701  DEPUTY NO.1377  ASSIST:    TIMES: DISP/0024  ARR/0024  COMP/0439

WEAPONS/MEANS OF ATTACK:FIREARM                          CAN VICTIM IDENTIFY?

NAME LIST:
    ROLE
                                                                              HAIR  EYES
WITNESS          DANIEL JAUME                    DOB:        SEX/M RACE/W HT/    WT/   UNK   UNK
                 RESIDENCE ADDRESS:                          WPB         FL    PHONE
                 BUSINESS  ADDRESS: MILITARY PARK FL                          PHONE
SUSPECT          RICARDO  GARCIA  SANCHEZ        DOB:     60 SEX/M RACE/W HT/509 WT/175 BLACK BROWN
                 RESIDENCE ADDRESS:                          WPB         FL    PHONE
                 BUSINESS  ADDRESS: BELVEDERE CONSTRUCTION CO                  PHONE
VICTIM           JUANA  MARIA SANCHEZ            DOB:     65 SEX/F RACE/W HT/    WT/   UNK   UNK
                 RESIDENCE ADDRESS:                          WPB         FL    PHONE
WITNESS          FRED HARRISON  GUNTER           DOB:     31 SEX/M RACE/W HT/    WT/
                 RESIDENCE ADDRESS:                          WPB         FL    PHONE 696-7645
                 BUSINESS  ADDRESS: 3475 S. OCEAN                             PHONE

ON THE 18TH OF SEPTEMBER 1980, THURSDAY, AT 8 A.M., WRITER WAS
ASSIGNED TO FOLLOW-UP AND ASSIST SGT. GAUGER IN THE SHOOTING AND
RECOVERY OF STOLEN PROPERTY FROM 112 E. GRACE DRIVE.  DET. GAUGER
EXPLAINED BRIEFLY THAT THE SHERIFF'S OFFICE RESPONDED TO THE ABOVE
ADDRESS ON A SHOOTING COMPLAINT.  THE VICTIM WAS ADMINISTERED FIRST
AID AND TRANSPORTED TO DOCTOR'S EMERGENCY ROOM WHERE SHE WAS PUT INTO
THE INTENSIVE CARE UNIT.  SHE IS IN STABLE CONDITION AT THIS TIME.  THE
SUSPECT IN THIS CASE IS HER HUSBAND, RICHARDO SANCHEZ, M/W, 081460.
DET. GAUGER ALSO STATED THAT THE VICTIM FIRST CLAIMED THE SHOOTING WAS
AN ACCIDENT AND LATER STATED THAT HER HUSBAND HAD BEEN PLAYING WITH THE GUN
AND IT WENT OFF ACCIDENTALLY.  DET. GAUGER'S FIRST CONTACT WITH THE VICTIM
INDICATED THAT IT WAS AN ACCIDENT.
    ALSO SEVERAL ITEMS WERE TAKEN FROM THE HOUSE AT THE TIME THAT APPEARED
TO BE STOLEN TO WIT COMPRESSOR, BRIEF CASE, A TIRE AND A RIFLE. ALSO TAKEN
WERE SEVERAL ITEMS OF EVIDENCE IN THE SHOOTING, SUCH AS THE GUN, BEDSHEET
PILLOW, BULLET, ETC.
    IT WASN'T UNTIL MUCH LATER AT THE HOSPITAL THAT THE VICTIM TOLD HER
MOTHER THAT THE SHOOTING WAS NOT AN ACCIDENT BUT DELIBERATE.  BY THIS
TIME THE PRELIMINARY INVESTIGATION WAS BEING CONDUCTED AT THE SCENE AND

0052

LATER AT THE HOSPITAL.

DUE TO THE FACT THAT ALL THE PLAYERS AND WITNESSES SPEAK VERY LITTLE ENGLISH, DET. JOSE PEREZ OF THE CENTRAL SUBSTATION DETECTIVE BUREAU WAS ASSIGNED TO ASSIST ME IN THIS CASE.

PRIOR TO LEAVING CENTRAL TO GO TO THE HOSPITAL, DET. GAUGER HAD ALREADY STARTED A FOLLOW-UP INTO THE STOLEN PROPERTY.  SEE HIS SUPPLEMENT. I WILL TAKE OVER THIS AND FINISH THIS WHEN HE IS THROUGH WITH HIS PRELIMINARY INVOLVEMENT.

I MADE TELEPHONE CONTACT WITH THE ICU UNIT AT DOCTOR'S HOSPITAL AND FOUND THAT WE COULD TALK TO THE VICTIM, BUT NO MORE THAN FIVE MINUTES. WE LEFT THE CENTRAL SUBSTATION AND PROCEEDED TO DOCTOR'S HOSPITAL WHERE WE DID INTERVIEW THE VICTIM.  THE INTERVIEW WAS TAPED, HOWEVER, DUE TO THE FACT OF BACKGROUND NOISES AND THE SLURRED SPEECH OF THE VICTIM WHO WAS UNDER HEAVY SEDATION, THE ANSWERS COULD NOT BE HEARD WELL AND WE WOULD HAVE TO WAIT UNTIL DETECTIVE PEREZ CAN PLAY THE TAPE BACK LATER ON AT THE OFFICE.

AFTER LEAVING HERE WE WENT BY 259 W. GRACE DRIVE TO INTERVIEW THE VICTIM'S MOTHER, MARIA DEL-LEUZ JIMENEZ.  AS WE ARRIVED, ALSO PRESENT WAS ROSA LEITJA WHO WAS WITH THE SOCIAL CCIA PROGRAM, PHONE 655-1198.  SHE IS ASSISTING THE FAMILY IN THIS PROBLEM.  DET. GAUGER HAD INFORMED ME EARLIER THAT HE HAD TALKED TO MRS. LEITJA ON THE PHONE AND SHE WOULD BE AT THIS ADDRESS.  MRS. LEITJA STATED THAT SHE WOULD ASSIST US ANY WAY POSSIBLE IN THIS INVESTIGATION. SHE WILL BRING MRS. JIMENEZ TO CENTRAL FOR A TAPED INTERVIEW.

AFTER WE LEFT HERE, WE WENT OVER TO 117 E. GRACE DRIVE, LOOKING FOR REYNALDO SANCHEZ.  A YOUNG GIRL WHO APPEARED TO BE 13-14 YEARS OF AGE IDENTIFIED HERSELF AS HIS SISTER.  SHE STATED HE LEFT AT 9 A.M. TO GO TO HOSPITAL AND HAS NOT SEEN HIM SINCE.

AFTER HERE WE STOPPED BY BELVEDERE CONSTRUCTION ON BELVEDERE ROAD PHONE 655-7344 AND TALKED TO MRS. BENSON.  SHE STATED THAT AROUND 9 A.M. THAT MORNING MR. SANCHEZ CALLED IN STATING THAT HE WASN'T COMING INTO WORK AS HIS WIFE WAS IN THE HOSPITAL.

WE LEFT HERE AND CAME BACK TO THE CENTRAL SUBSTATION WHERE WE TOOK A TAPED INTERVIEW WITH MRS. JIMINEZ CONCERNING THE INFORMATION THAT HER DAUGHTER, THE VICTIM, HAD TOLD HER.  NOTHING NEW WAS DEVELOPED HERE.

LATER THAT SAME DATE, WE RECEIVED A TELEPHONE CALL INFORMING US THAT RICHARDO SANCHEZ WAS AT THE ICU UNIT AT DOCTOR'S.  WE THEN PROCEEDED THERE WHERE WE MET WITH HIM.  HE WAS REQUESTED TO COME WITH US TO CENTRAL FOR AN INTERVIEW.  HE WAS INFORMED AT THAT TIME HE WAS NOT UNDER ARREST AND DID

NOT HAVE TO GO WITH US IF HE DID NOT WANT TO.  HE STATED HE WOULD AND
ACCOMPANIED THIS INVESTIGATION IN MY VEHICLE TO THE CENTRAL SUBSTATION.
HIS VEHICLE, WHICH WAS IN THE PARKING LOT, IS A 1973 FORD, BLUE PICK-UP
TRUCK, SERIAL NUMBER SJ0436.  HIS UNCLE AND MOTHER WERE WITH HIM AND THE
UNCLE DROVE THE TRUCK TO CENTRAL.  THE MOTHER STAYED BEHIND AT THE
HOSPITAL.

     AT THE OFFICE WE TALKED TO HIM IN THE INTERVIEW ROOM.  THE ENTIRE
CONVERSATION WAS TAPED.  HE WAS ADVISED OF HIS RIGHTS IN SPANISH, WAS
GIVEN THE OPPORTUNITY TO ALSO READ THE RIGHTS CARD AND SIGN THE RIGHTS
CARD THAT HE UNDERSTOOD THOSE RIGHTS.  ALSO THESE RIGHTS WERE WENT OVER
WITH HIM WERE ALSO TAPE RECORDED.  HE STATED HE WOULD WAIVE HIS RIGHTS
AND TALK TO US.

     IN THE INTERVIEW HE STATED HE CAME HOME ABOUT TWELVE THIRTY TO ONE
A.M. AFTER BEING OUT DRINKING.  THE FRONT DOOR IS ALWAYS LEFT UNLOCKED, DUE
TO HAVING APPROXIMATELY TEN MEMBERS OF THE FAMILY LIVING IN THE HOUSE, THEY
DO NOT KEEP IT LATCHED.  THE BEDROOM DOOR WHERE HIS WIFE WAS WAS LOCKED AND
HE SLAPPED ON THE DOOR UNTIL SHE UNLOCKED IT AND LET HIM IN.  THE PISTOL
HE HAD WITH HIM HE HAD PURCHASED ABOUT FOUR MONTHS AGO FROM A B/M IN THE
CHANCES R BAR ON BELVEDERE ROAD FOR $50.00.  HE'S ALWAYS KEPT IT IN HIS
TRUCK FOR PROTECTION. HE KEEPS IT WRAPPED IN A RED BANDANA.  HE PURCHASED
IT FOR SELF-DEFENSE AFTER BEING SHOT AT THE AMERICAN LEGION CLUB ON
BELVEDERE ROAD.  HE SAID IT WAS ONLY A FLESH WOUND AND NO MEDICAL TREATMENT
WAS REQUIRED.  NEITHER WAS THE WEST PALM BEACH POLICE DEPARTMENT CALLED.
WHENEVER HE GOES INTO THE HOUSE, HE PLACES THE GUN, WHICH IS WRAPPED IN
THE RED HANDKERCHIEF IN HIS WAISTBAND.  AFTER SHE LET HIM IN THE DOOR,
SHE WENT BACK TO BED.  THE BED IS ONLY ABOUT THREE FEET WIDE AND SHE
SLEEPS ON THE WALL SIDE.  SHE WAS FACING THE WALL AT THIS TIME.  HE STATES
HE TOOK THE OBJECT, STILL WRAPPED IN THE HANDKERCHIEF, LIFTED THE EDGE
OF THE MATTRESSES AND PLACED IT INBETWEEN THE TWO MATTRESSES WHEN THE GUN
WENT OFF, STRIKING HER IN THE BACK OF THE HEAD.

     WRITER AND DET. PEREZ WITH HIS ASSISTANCE THEN DEMONSTRATED THE
SCENE AND TRIED TO GET HIM TO SEE IT WAS IMPOSSIBLE FOR THE BULLET TO
HIT HER FROM WHERE HE SAYS HE HAD THE GUN.  HE FEELS IT WAS AN ACCIDENT
AND HE DIDN'T MEAN TO SHOOT HER.  HE DID STATE THAT HE DOES BEAT HER QUITE
OFTEN BECAUSE HE IS JEALOUS AND HE DOES NOT DO WHAT HE TELLS HER TO HE
SLAPS HER AROUND.

     AFTER TALKING AS MUCH AS WE COULD ON THIS SUBJECT, HE WAS RE-ADVISED
OF HIS RIGHTS AND TOLD HIM THAT WE WANTED TO TALK TO HIM ABOUT THE PROPERTY
THAT WAS TAKEN FROM HIS HOUSE.  AT FIRST HE STARTED SAYING HE PURCHASED THE

GENERATOR AT THE FLEA MARKET ON LAKE WORTH ROAD, THEN CHANGED IT TO THE
FLEA MARKET IN RIVIERA BEACH WHERE HE PURCHASED IT FOR $350.00. HOWEVER,
WHEN HE WAS QUESTIONED ABOUT DATES, TIMES ETC., HE ADMITTED HE STOLE IT
ABOUT THREE WEEKS AGO FROM THE BACK OF A PICK-UP TRUCK THAT WAS PARKED AT
THE ADULT BOOK STORE AT LAKE WORTH AND KIRK. HE ALSO STATED THE BRIEF
CASE, TOOLS, AND A CB AT HIS HOUSE WERE ALSO STOLEN FROM CARS AT CHANCES
R II ON BELVEDERE ROAD, BY HIMSELF. THE TIRE HE DID GET AT A SWAP SHOP.
THE RIFLE WAS PURCHASED FOR SIXTY TO SEVENTY DOLLARS AT A LABOR CAMP
IN THE SOUTH END, HOWEVER, HE DOES NOT KNOW FROM WHOM, DATE ETC. HE
COULDN'T GIVE ANY MORE INFORMATION THAN THAT. WIGGETT STATED THERE WERE
OTHER ITEMS AT HIS HOUSE, WHICH WERE STOLEN AND DET. MARTIN, WITH THE
SUSPECT'S CONSENT, PROCEEDED BACK OVER TO THE HOUSE WHERE OTHER ITEMS WERE
RECOVERED.

PRIOR TO HIM LEAVING, HE WAS INFORMED THE INVESTIGATION WOULD
CONTINUE INTO ALL AREAS AND WE WOULD BE RE-CONTACTING HIM LATER ON.

15 SEPTEMBER 80, CONTINUING, DET. PEREZ, SAUGER, SGT. TREMER AND
MYSELF MET TO REVIEW THE CASE AND GO OVER WHAT EVIDENCE WE HAD. IT APPEARS
FROM THE WOUND THE PISTOL WAS POSSIBLY NO MORE THAN TWO INCHES FROM HER
HEAD AT THE TIME OF THE BLAST. THERE ARE POWDER BURNS AT THE WOUND AND
ALSO IN THE HANDKERCHIEF. THERE IS ALSO A BULLET HOLE IN THE HANDKERCHIEF.
DET. SAUGER STATED PREVIOUSLY THAT NO BULLET HOLES OR SIMILAR TEARS OR
RIPS WERE BETWEEN THE MATTRESSES. ALSO WE HAD THE PILLOW SHEET, ETC. THE
VICTIM WAS LYING ON AT THE TIME. THE BULLET HOLE IN THE WALL APPEARS
TO BE 1" LOWER THAN THE BED ITSELF.

THE SAME DATE, DET. PEREZ TALKED TO DR. HUNT BY PHONE AT DOCTOR'S
HOSPITAL. DET. PEREZ INFORMED HIM OF THE FINDINGS CONCERNING THE
TRAJECTORY OF THE BULLET AND STATEMENTS MADE BY THE SUSPECT. ▮▮▮▮▮
FEELS THAT SHE WAS SHOT FROM AN UPWARD ANGLE AND ALMOST A CONTACT WOUND.
WE WILL MEET WITH HIM MONDAY TO SHOW HIM PHOTOGRAPHS, SKETCHES ETC. SO
WE CAN GET A BETTER OPINION.

▮▮▮▮▮ HAS VIEWED MANY GUNSHOT WOUNDS AND HE FEELS FROM WHAT
DET. PEREZ TOLD HIM THE SHOOTING INCIDENT COULD NOT HAVE HAPPENED THE
WAY THE SUSPECT STATES.

ONCE WE MEET AND TALK FURTHER, A BETTER VIEW POINT CAN BE MADE BY
HIM.

15 SEPTEMBER 80, CONTINUED, DET. PEREZ PLAYED BACK THE TAPE WE TOOK
AT ICU FROM THE VICTIM. HE MADE FIELD NOTES WHICH WERE TYPED UP. I WILL
DICTATE THE NOTES INTO THIS REPORT, AS THE STATEMENTS SHE MADE ARE
CRITICAL TO THIS INVESTIGATION.

(DET PEREZ)
Q. CAN YOU TELL ME WHAT HAPPENED THIS MORNING?
(MRS. SANCHEZ)
A. YES, HE SHOT ME, HE POINTED AT ME.
Q. PISTOL
A. YES
Q. WHERE WERE YOU WHEN HE POINTED THE GUN AT YOU?
A. I WAS LYING DOWN.
Q. WERE YOU IN BED?
A. YES.
Q. WAS HE NEXT TO YOU?
A. YES.
Q. WHAT DID HE DO, PUT THE PISTOL TO THE BACK OF YOUR NECK?
A. YES
Q. WHY DID HE SHOOT YOU, FOR WHAT REASON DID YOU HAVE A FIGHT WITH
HIM?
A. (COULD NOT ANSWER, DID NOT MAKE SENSE)
Q. BEFORE HE SHOT YOU, WHY WERE YOU ARGUING?
A. BECAUSE HE WAS JEALOUS
Q. WHEN HE SHOT YOU, IT WAS NOT AN ACCIDENT, HE SHOT YOU WHEN YOU
WERE LYING DOWN IN BED?
A. YES, HE WAS MAD
Q. WHY WAS HE MAD AT YOU?
A. HE WAS JEALOUS
Q. WERE YOU SLEEPING WHEN HE GOT HOME?
A. YES, HE WAS KNOCKING ON THE DOOR TO THE ROOM, I GOT UP AND OPENED
THE DOOR. HE TOLD ME TAKE MY SHOES OFF, WHICH I DID.
Q. WHEN HE CAME INTO THE BEDROOM, WHERE WAS THE GUN?
A. IN HIS HAND, THAT'S THE WAY HE WAS CARRYING IT.
Q. WHEN HE GOT INTO THE ROOM AND YOU TOOK HIS SHOES OFF, WHAT HAPPENED?
A. HE STARTED TO SAY THINGS TO ME.
Q. WHAT WAS HE SAYING TO YOU?

A.   WHY DID I NOT OPEN THE DOOR ANY FASTER.
Q.   AFTER THAT YOU WENT BACK TO BED?
A.   YES.
Q.   THEN HE SHOT YOU?
A.   YES.
       IT SHOULD BE NOTED THAT THE VICTIM WAS UNDER DRUGS AT THE TIME OF
THIS STATEMENT AND SOMETIMES DID NOT MAKE SENSE TO QUESTIONS AND ANSWERS.
       WE WILL INTERVIEW THE VICTIM AGAIN ON MONDAY, 22 SEPTEMBER 80.
       ON THE 20TH OF SEPTEMBER 1980, SATURDAY, CONTINUED AT 8 A.M., I MET
WITH JOHN HOLLY OF PALM BEACH DRYWALL COMPANY, 4739 PATRICK ROAD, WEST
PALM, PHONE 965-5841 AND 686-3456.  ALSO WITH HIM WAS HIS EMPLOYEE WAYNE
SMITH, W/M, DOB ███████-47, OF ████████████████, PHONE 967-6391.  THEY HAD
REPORTED THE HONDA GENERATOR STOLEN TO THE SHERIFF'S OFFICE ON THE 2ND OF
SEPTEMBER 1980, CASE 71137.  MR. SMITH STATES THAT HE HAD BEEN TO THE
ADULT BOOK STORE AT LAKE WORTH AND KIRK, HOWEVER, HE DID NOT MISS THE
PROPERTY UNTIL 7 A.M. THE NEXT MORNING WHEN HE LEFT THE THEATRE AND WENT
STRAIGHT HOME.  HE DIDN'T THINK IT WAS STOLEN AT THE ABOVE LOCATION, BUT
INSTEAD IN FRONT OF HIS HOUSE, AS HE HAD HEARD SOME DOGS BARKING IN THE
EARLY MORNING HOURS.
       WRITER WAS ABLE TO VERIFY THE SERIAL NUMBER 1102895 THROUGH HONDA
RENTAL, 821 N. MILITARY TRAIL, PHONE 683-1642.  THEIR RECORDS SHOW THAT
MR. HULLEY PURCHASED IT ON JANUARY 17, 1980.
       20 SEPTEMBER 80, CONTINUED, I TALKED TO THE CRIME SCENE TECHNICIAN
ELLIOTT AT THE CENTRAL SUBSTATION.  AFTER DISCUSSING THE CASE WITH HIM
HE STATES HIS EVIDENCE SHOWS THE VICTIM WAS SHOT ON AN ANGLE AND COULDN'T
HAVE BEEN SHOT THE WAY THE SUSPECT SAYS.  8 X 10 PHOTOGRAPHS HAVE NOW
BEEN ORDERED THROUGH HIM TO BE SENT OUT TO THE CENTRAL SUBSTATION TO
HELP IN CONTINUING IN THE INVESTIGATION.  THE WEAPON HE RECOVERED IS A
MODEL 10, 38 SMITH AND WESSON SERIAL NUMBER C846051.  ITS A 4" BARREL
SIX SHOT.  HE FOUND FOUR SHELLS IN THE CYLINDER AND TWO EMPTY.  THE ONE
UNDER THE FIRING PIN WAS SPENT.  ROTATING TO THE LEFT HE FOUND A LIVE
ROUND AND #2 AND 3 ARE UNFIRED.  #4 AND 5 ARE EMPTY AND #6 IS SPENT.
       THE MAIN AREA OF CONCENTRATION IS THE BED ITSELF, WHICH THE VICTIM
AND SUSPECT SLEEP ON.  THE BED IS 6'8 1/2"LONG AND 3' WIDE.  THE VICTIM
SLEEPS ON THE INSIDE FACING THE WALL AND THE SUSPECT TO THE OUTSIDE.  THE
BULLET HOLE IN THE WALL IS 2'1/2" AWAY FROM THE TOP OF THE BED.  THE HOLE
IS 1'11" FROM THE FLOOR UP.  TAKE INTO CONSIDERATION THE HEIGHT BETWEEN
THE MATTRESSES TO THE FLOOR, IS ESTIMATE 1.8 ".  THIS IS A 4" MINUS AMOUNT
FOR THICKNESS OF THE MATTRESS, WHICH COULD BE AS MUCH AS 6".  THIS SHOWS

Case 9:16-cv-80693-BB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 32 of 60

THE GUN COULD NOT HAVE BEEN FIRED FROM THE AREA OF THE SUSPECT SAYS BECAUSE
1.  IF HE HAD FIRED IT BETWEEN THE MATTRESSES, THERE WOULD HAVE BEEN
EVIDENCE OF THIS.  THERE WAS NOT, I CHECKED WITH DET. GAUGER AND ALSO
DET. ELLCOTT AND THEY FOUND NOTHING RIPPED, TORN OR SHREDDED UNDERNEATH
THESE MATTRESSES.
2.  THE BULLET WOUND WOULD HAVE MISSED OR WOULD HAVE STRUCK THE VICTIM
ON THE EXTREME RIGHT SIDE OF THE BODY.
3.  THE ANGLE OF TROJECTORY SHOWS THE PATH OF THE BULLET THROUGH THE
BODY AND THEN THROUGH THE WALL, REMEMBERING IT JUST IS MISSING THE BACK
SIDE OF THE MATTRESS, WHICH IS THE EDGE IN A DOWNWARD MOTION.
4.  THE DIFFERENCE OF THE BULLETHOLE ON THE ENTRANCE IS 1" BELOW THE
MATTRESS LINE IN A DOWNWARD ANGLE.
5.  THE WEAPON IS A REVOLVER, IT HAS TO BE COCKED TO DISCHARGE.  THERE IS
A PIECE OF THE HANDKERCHIEF CAUGHT IN THE TOP OF THE TRIGGER.  THIS WAS
DEMONSTRATED BY PULLING BACK THE HAMMER WHICH MOVES THE TRIGGER.  ON
THEN RELEASING THE TRIGGER, YOU CAN PULL THE EDGE OF THE HANDKERCHIEF
INTO THE TRIGGER AREA.
6.  THE STATEMENTS OF THE VICTIM, AT FIRST, SHE DIDN'T TELL THE TRUTH
BECAUSE SHE WAS SCARED OF HER HUSBAND.
7.  HIS STATEMENTS EARLIER AT THE SCENE, IN WHICH HE STATED HE WAS PLAYING
   THE GUN DO NOT COINCIDE WITH HIS STATEMENT LATER ON TO MYSELF AND
   POKE2.

   INVESTIGATION CONTINUING
DET. FELL  JP   TRANS. 9-24-80

Case 9:16-cv-80093-BB  Document 33-7  Entered on FLSD Docket 10/19/2016  Page 33 of 60

ASSAULT (FREE TEXT)                              CODE:0417  DATE:09/18/80 - THURSDAY  WEATHER:
ZONE:B3   GRID:021701  DEPUTY NO:1175  ASSIST:    TIMES: DISP/0024  ARR/0024  COMP/0439
DATE(S) OF OCCURRENCE:            9-18          TIME(S) OF OCCURRENCE: BETWEEN 0001 AND 0030

WEAPONS/MEANS OF ATTACK:FIREARM                          CAN VICTIM IDENTIFY?

NAME LIST:
      RLLC
                                                                                           HAIR   EYES
| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WITNESS | DANIEL JAUME | DOB: | SEX/M RACE/W HT/ | HT/ | UNK | UNK |
| | RESIDENCE ADDRESS: | | WPB | FL | PHONE | |
| | BUSINESS ADDRESS: MILITARY PARK FD | | | | PHONE | |
| SUSPECT | RICARDO GARCIA SANCHEZ | DOB: 60 | SEX/M RACE/W HT/509 HT/175 | BLACK | BROWN |
| | RESIDENCE ADDRESS: | | WPB | FL | PHONE | |
| | BUSINESS ADDRESS: BELVEDERE CONSTRUCTION CO | | | PHONE | |
| VICTIM | JUANA MARIA SANCHEZ | DOB: 83 | SEX/F RACE/W HT/ | HT/ | UNK | UNK |
| | RESIDENCE ADDRESS: | | WPB | FL | PHONE | |
| WITNESS | FRED HARRISON GUNTER | DOB: 31 | SEX/M RACE/W HT/ | HT/ | | |
| | RESIDENCE ADDRESS: | | WPB | FL | PHONE 686-7645 | |
| | BUSINESS ADDRESS: 3475 S. OCEAN | | | PHONE | |

APT. X RESPONDED TO THE MORRISON HOME AREA, TRADEWIND APARTMENTS, ON
DALE DR. TO A REPORT THAT SOMEONE HAD BEEN SHOT WITH A FIREARM AND THAT
A MALE WAS HOLDING A FEMALE HOSTAGE.
     UPON ARRIVAL AT 112 E. GRACE DR. WRITER AND D/S MEDLIN MET WITH A
GROUP OF HISPANIC MALES WHO WERE MILLING AROUND IN A COURTYARD IN FRONT OF
THE APT. BUILDING.  THEY STATED THAT A WOMAN HAD BEEN SHOT BY HER HUSBAND
AND THAT THEY WERE STILL BOTH UPSTAIRS.  THEY STATED THAT THOUGH THAT THE
MAN WAS NO LONGER IN POSSESSION OF THE FIREARM.
     D/S MEDLIN AND MYSELF WENT UP THE STAIRS TO THE SECOND STORY BEDROOM
AND FOUND THE BEDROOM FULL OF MALE AND FEMALE HISPANIC PEOPLE OF VARIOUS
AGES.  LYING ON THE BED WAS THE VICTIM, JUANA MARIA SANCHEZ.
     SHE WAS LYING IN A SEMI FETAL POSITION WITH AN OBVIOUS INJURY TO HER
HEAD WHICH WAS BLEEDING AND A LARGE BLOODSTAIN WHICH WAS JUST BENEATH HER
HEAD.  SHE WAS VERY QUIET, NOT MOVING, NOT SAYING ANYTHING WHEN WE ENTERED
THE ROOM.  WE REQUESTED AS TO THE CURRENT WHEREABOUTS OF THE FIREARM USED
AND AFTER FINALLY GETTING THROUGH TO SOMEONE WHO UNDERSTOOD ENGLISH, THEY
POINTED UNDER THE BED.
     JUST UNDERNEATH THE MATTRESS LINE NEAR THE HEAD OF THE BED WAS A

HANDEL OF A REVOLVER STICKING OUT FROM A RED BANDANA WHICH WAS WRAPPED
AROUND IT. THEY STATED THAT WAS THE WEAPON USED IN THE SHOOTING AND WE
CLEARED THE PEOPLE OUT OF THE ROOM AND TOLD NO ONE TO TOUCH THE WEAPON AND
LEFT IT WHERE IT WAS. WE ALSO ASKED WHO HAD DONE THE SHOOTING AND THEY
POINTED AT THE SUSPECT, RICARDO SANCHEZ, WHO ALSO RESIDES AT 112 GRACE
DR.

AT THIS POINT IN TIME WE SENT ALL OF THE SPECTATORS TO THE FIRST FLOOR
OF THE APT. AND I TOOK THE SUSPECT, RICARDO, OUT INTO THE HALLWAY JUST AS
THE EMERGENCY MEDICAL TEAM WAS ARRIVING. D/S MEDLIN STAYED WITH THE VICTIM
AND THE MEDICAL TEAM WHILE I READ RICARDO SANCHEZ HIS RIGHTS IN ENGLISH
WHICH HE FINALLY, AFTER SOME TALKING BACK AND FORTH, STATED THAT HE UNDER-
STOOD.

I THEN ASKED HIM WHAT HAD HAPPENED AND HE RELATED TO ME THAT HE HAD
HAD TROUBLE WITH SOME MALES LATELY AND THAT THEY HAD HIT HIM IN THE BACK
CAUSING A BRUISE AND BEAT HIM UP SO HE WAS CARRYING A PISTOL THAT HE HAD
PURCHASED FROM SOME PERSON IN A BAR.

WHEN HE GOT HOME, HE STATED THAT HE HAD PULLED THE PISTOL OUT OF HIS
WAISTBAND AND WAS GOING TO STICK IT UNDERNEATH THE MATTRESS WHEN IT WENT
OFF.

AFTER FURTHER QUESTIONING THE SUSPECT AS TO JUST HOW THE GUN WAS
PULLED FROM HIS BELT AND WHAT HAPPENED, HE STATED THAT WHEN HE PULLED THE
GUN FROM THE BELT, HIS WIFE LOOKED UP AT HIM AND YELLED AT HIM, WHAT WAS
HE DOING AND IT WAS AT THAT TIME THAT THE GUN SOMEHOW WENT OFF, HE DOES
NOT KNOW HOW, AND THE BULLET STRUCK HER.

AT THIS TIME A SPANISH SPEAKING D/S WAS REQUESTED BY DET. GAUGER
AND I REMOVED THE SUSPECT FROM THE APT. BUILDING, TOOK HIM DOWN OUTSIDE TO
THE PARKING AREA AND PLACED HIM IN THE BACK OF DET. GAUGER'S UNMARKED VEH-
ICLE. THE D/S ARRIVED FROM THE AIRPORT AND AGAIN READ RICARDO HIS RIGHTS,
THIS TIME IN SPANISH AND PROCEEDED TO QUESTION HIM IN SPANISH, AT WHICH
TIME THE STATEMENT WAS TAPED ON A TAPE RECORDER. AFTER THE SPANISH VERSION

AFTER THE SPANISH VERSION WAS TAKEN DOWN ON TAPE, I TRANSPORTED THE
SUSPECT TO THE PBSO JAIL WHERE HE WAS GIVEN A BREATHALIZER EXAMINATION TO
DETERMINE JUST EXACTLY HOW MUCH ALCOHOL HE HAD CONSUMED AND WHAT STATE OF
INTOXICATION HE WAS.

AFTER THE COMPLETION OF THIS I THEN TRANSPORTED THE SUSPECT TO DOCTORS
HOSPITAL WHERE HIS WIFE HAD BEEN TAKEN. I LEFT THE RESULTS OF THE BREATH-
ALIZER EXAM WITH DET. GAUGER AS WELL AS THE SUSPECT AND TERMINATED MY POR-
TION OF THE INVESTIGATION.

THIS CASE IS STILL UNDER INVESTIGATION BY THE DET. DIVISION.

O/S W. BROWN/DJN
092180

Case 9:16-cv-80603-RB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 36 of 60

PALM BEACH COUNTY SHERIFF'S OFFICE                          PAGE 01
SUPPLEMENT    OFFENSE REPORT                    CASE NO. 00/5071
                                               DISPOSITION: OTHER

ASSAULT [FREE TEXT]              COR:0417  DATE:09/27/80 - THURSDAY  WEATHER:
ZONE:B5   OR:101021701  DEPUTY NO.:478  ASSIST:  TIME:  DISP/1020  ARR/0024  COMP/0419

WEAPONS/MEANS OF ATTACK:FIREARM                        CAN VICTIM IDENTIFY?

NAME LIST:                                                      HAIR  EYES
     ROLE                                                       UNK   UNK
WITNESS      DANIEL JAUME                DOB:    SEX/M RACE/W HT/   HT/
     RESIDENCE ADDRESS:                  DR      WPB        FL  PHONE
     BUSINESS ADDRESS: MILITARY PARK RD                        PHONE
SUSPECT      RICARDO GARCIA SANCHEZ      DOB:  50 SEX/M RACE/W HT/509 HT/175 BLACK BROWN
     RESIDENCE ADDRESS:                  DR      WPB        FL  PHONE
     BUSINESS ADDRESS: BELVEDERE CONSTRUCTION CO                PHONE
VICTIM       JUANA MARIA SANCHEZ         DOB:   83 SEX/F RACE/W HT/   HT/    UNK   UNK
     RESIDENCE ADDRESS:                  DR      WPB        FL  PHONE
WITNESS      FRED HARRISON GUNTER        DOB:   31 SEX/M RACE/W HT/   HT/
     RESIDENCE ADDRESS:                  DR      WPB        FL  PHONE 686-7645
     BUSINESS ADDRESS: 3475 S. OCEAN                            PHONE

     ON THURSDAY MORNING, 9-18-80, AT 1230 HOURS, I WAS CONTACTED AND
REQUESTED TO ASSIST IN THE INVESTIGATION OF A SHOOTING.
     I PROCEEDED TO THE SCENE, WHICH IS LOCATED AT 112 E. TRALE DRIVE.
THE AREA KNOWN AS MORRISON HOMES.  THIS IS AN APARTMENT BUILDING, THE
DOORS OF WHICH FACE TO THE NORTH, 112 BEING THE APARTMENT TO THE
EXTREME E    UPON MY ARRIVAL THERE, I CONTACTED DET. GAUGER AND LT.
GEMPLE.
     THE SCENE OF THE SHOOTING WAS A BEDROOM LOCATED ON THE 2ND FLOOR
IN THE SOUTHEAST CORNER OF THE APARTMENT.  AFTER ARRIVING AT THE 2ND FLOOR
AT THE TOP OF THE STAIRS, A SLIGHT TURN TO THE RIGHT IS MADE AND THIS IS THE
ENTRANCE TO THE BEDROOM WHICH WOULD BE LOCATED IN ITS SOUTHEAST CORNER.
     LOCATED IN THE NORTHWEST CORNER OF THE ROOM IS A BED THE LENGTH
OF THE BED RUNNING NORTH AND SOUTH.  BLOOD IS NOTED UPON THE SHEET OF
THE BED.  A HOLE IN THE WALL IS NOTED JUST ABOVE THE SURFACE OF THE BED
APPROXIMATELY 2" ABOVE THE TOP OF THE BED, 2'1/2" FROM THE NORTH WALL,
2' EXACTLY TO THE FLOOR.   UNDERNEATH THE BED IS NOTED A RED BANDANA
WHICH APPEARS TO BE COVERING SOMETHING. UPON EXAMINATION IT IS FOUND
TO BE A REVOLVER.  THIS IS LOCATED POINTING TOWARD THE NORTH END OF THE
ROOM, THE BUTT OF THE WEAPON BEING 19" FROM THE NORTH WALL, THE BARREL

Case 9:16-cv-80093-BB Document 39-7 Entered on FLSD Docket 10/19/2016 Page 37 of 60

END 10" FROM THE NORTH WALL.

WEAPON IS DESCRIBED AS FOLLOWS: A SIX SHOT SMITH AND WESSON REVOLVER, 38 SPECIAL CALIBER (G-9), 4" BARREL, SERIAL NUMBER C348051. IT IS NOTED THAT THE RED BANDANA WHICH IS WRAPPED AROUND THIS REVOLVER HAS A HOLE AT THE MUZZEL END. GREY STAINS ARE SEEN AROUND THIS HOLE AND UPON UNWRAPPING THE WEAPON, GREY STAINS ARE SEEN ON THE INTERIOR OF THIS RED BANDANA NEAR THE CYLINDER OF THE WEAPON.

UPON OPENING THE CYLINDER IT IS FOUND THAT THERE ARE TWO FIRED REMINGTON/PETERS 38 SPECIAL CARTRIDGE CASES AND TWO UNFIRED REMINGTON/ PETERS 38 SPECIAL CARTRIDGES. UNDERNEATH THE HAMMER OR THE TOP CHAMBER OF THE WEAPON IS ONE OF THE FIRED CASES AND JUST TO THE LEFT, ANOTHER FIRED CASE. THE TWO UNFIRED CASES BEING TO THE RIGHT. FOR FURTHER CLARIFICATION, SEE MY DIAGRAM WHICH IS ATTACHED TO THIS REPORT.

LOOKING NOW TO THE NORTHEAST CORNER OF THE ROOM IS A PILLOW, WHICH IS COVERED WITH BLOOD, THE PILLOW BEING IN FRONT OF A CABINET OF SOME SORT. THERE ARE TWO WINDOWS ON THE NORTH SIDE OF THIS ROOM. UNDERNEATH THESE WINDOWS IS A STEREO AND A FAN, THEN LOOKING FARTHER TO THE SOUTH IN THE ROOM ARE A TABLE AND CHAIR AND FINALLY WHAT WOULD BE THE SOUTH WEST CORNER OF THE ROOM IS A CLOSET. ALSO AT THE SOUTH END OF THE ROOM IS A TIRE MOUNTED ON A WHEEL UP AGAINST THE WALL.

THIS SCENE WAS PHOTOGRAPHED WITH 35MM COLOR FILM AND ALSO 5X/0 POLAROID FILM. SEIZED FROM THE SCENE AT THIS TIME, WERE THE REVOLVER AND BANDANA, PILLOWCASE AND SHEET.

IT MIGHT BE NOTED AT THIS TIME THAT IN MY EXAMINATION OF THIS SCENE, BOTH IN AND AROUND THE BED AND WALL AREA, I SAW NO FURTHER BULLET HOLES AND MADE EXAMINATION OF THE UNDERSIDE OF THE MATTRESS OF THIS BED. THIS MATTRESS BEING PLACED ON TOP OF AN INTERSPRING BASE.

ON RENT TO THE FRED GUNTER RESIDENCE, WHICH IS LOCATED AT 110 E. GRACE. THIS APARTMENT ADJOINS THE SCENE IMMEDIATELY TO THE WEST. I HAD CONVERSATION WITH MR. GUNTER AT THAT TIME AND HE STATED THAT HE WAS IN HIS BEDROOM ADJOINING THE BEDROOM WHERE THE SCENE WAS. HE HAD HEARD A LOUD SOUND LIKE A SHOT AND HAD HEARD SOMETHING COME THROUGH THE WALL OF THE COMMON WALL BETWEEN HIS APARTMENT AND 112 E. GRACE AND HAD HEARD SOMETHING LAND ON THE FLOOR.

EXAMINATION WAS MADE OF THIS ROOM. A HOLE WAS FOUND IN THE WALL OF THIS APARTMENT, THIS BEDROOM BEING THE NORTHEAST CORNER ROOM OF 110 E. GRACE. THE HOLE WAS FOUND TO BE 2'1/2", FROM THE NORTH WALL AND 4'11" FROM THE FLOOR. SLIGHTLY TO THE SOUTH OF THIS LOCATION, 2'6" FROM THE NORTH WALL WAS NOTED A PURSE SITTING UP AGAINST THE WALL.

PALM BEACH COUNTY SHERIFF'S OFFICE                    PAGE 03
SUPPLEMENT   OFFENSE REPORT CONTINUED    CASE NO. 8079071
DISPOSITION/OTHER

A BASEBOARD IS AT THE BOTTOM OF THE WALL, BEING SOME 2 1/2" TALL. IN
BEHIND THIS PURSE AND ON TOP OF THE BASEBOARD WAS FOUND A BULLET. THIS
BULLET WAS SEIZED AS EVIDENCE AT THIS TIME.

I ALSO PHOTOGRAPHED THE EVIDENCE IN THIS ROOM WITH COLOR FILM AND
POLAROID FILM.

I THEN LEFT THE SCENE AND WENT TO DOCTOR'S HOSPITAL EMERGENCY
AND THERE CONTACTED DET. GAUGER AGAIN AND DR. HUNT. IT WAS LEARNED THE
VICTIM'S NAME IS JUANA MARIA SANCHEZ, WHO IS A FEMALE, DOB 11-13-65.
PHOTOGRAPHS WERE TAKEN OF THE VICTIM'S WOUNDS. A ROUND WAS NOTED AT
THE BASE OF THE NECK ALONG ON THE LEFT SIDE OF THE BODY.

UPON CLOSER EXAMINATION, A DARK GRAY HALOING EFFECT IS SEEN,
BELIEVED POSSIBLY BY GUNPOWDER. A SWAB WAS TAKEN FROM THIS AREA. ON
THE VICTIM'S UPPER LEFT CHEEK IS ALSO SEEN A PUNCTURE. THESE WOUNDS
ARE PHOTOGRAPHED WITH COLOR FILM.

IT SHOULD BE NOTED HERE THAT THE FIRST WOUND MENTIONED AS BEING THE
BASE OF THE NECK, WOULD BE THE BASE OF THE NECK TOWARD THE REAR OF THE
HEAD OF THE VICTIM.

ALL ITEMS OF EVIDENCE MENTIONED SEIZED AND HAVE BEEN PLACED INTO
EVIDENCE IN THIS CASE.
DET. JOHN ELLIOTT/JP   TRANS.  9-26-89

Case 9:16-cv-80093-RB Document 33-7 Entered on FLSD Docket 10/19/2016 Page 39 of 60

PALM BEACH COUNTY SHERIFF'S OFFICE
SUPPLEMENT OFFENSE REPORT
CASE NO. 8075071 PAGE 01
DISPOSITION: ARREST

ASSAULT (FREE TEXT)
ZONE: 05 GRID: 021201 DEPUTY NO: 1377 ASSIST: CODE: 0417 DATE: 09/27/80 SATURDAY WEATHER:
DATE(S) OF OCCURRENCE: 9-18 TIMES: DISP/0024 ARR/JU24 COMP/0439
TIME(S) OF OCCURRENCE:

WEAPONS/MEANS OF ATTACK: FIREARM

CAN VICTIM IDENTIFY?

NAME LIST:
      ROLE

| | | DOB: | SEX/ RACE/ HT/ | WT/ | HAIR | EYE |
|---|---|---|---|---|---|---|
| WITNESS | DANIEL JAUME | | | | UNK | UNK |
| | RESIDENCE ADDRESS: | TR | M W HT/ | WT/ | | |
| | BUSINESS ADDRESS: MILITARY PARK FC | | WPB FL | PHONE | | |
| SUSPECT | RICARDO GARCIA SANCHEZ | DOB: | SEX/M RACE/W HT/509 WT/175 | | BLACK | BRO |
| | RESIDENCE ADDRESS: | DR | WPB FL | PHONE | | |
| | BUSINESS ADDRESS: BELVEDERE CONSTRUCTION CO | | | PHONE | | |
| VICTIM | JUANA MARIA SANCHEZ | DOB: | SEX/F RACE/W HT/ | WT/ | UNK | UNK |
| | RESIDENCE ADDRESS: | DR | WPB FL | PHONE | | |
| WITNESS | FRED HARRISON GUNTER | DOB: | SEX/M RACE/W HT/ | WT/ | | |
| | RESIDENCE ADDRESS: | DR | WPB FL | PHONE 686-7645 | | |
| | BUSINESS ADDRESS: 3475 S. OCEAN | | | PHONE | | |

ON 192280 AT APPROXIMATELY 11:30 A.M. DET. HILL AND DET. PEREZ MET WITH DOCTOR HUNT AT HIS OFFICE AT 1028 N. FEDERAL HIGHWAY, LH. AFTER REVIEWING THE FACTS OF THE CASE WITH HIM AND SHOWING HIM THE EVIDENCE THAT WE HAD SO FAR. HE WAS ABLE TO DEMONSTRATE WITH US THROUGH A DIAGRAM HOW THE BULLET HAD PENETRATED THE BACK OF THE HEAD, STRIKING THE JAW BONE AND EXITING FROM THE LEFT SIDE OF THE CHEEK.

IT IS HIS OPINION THAT THE WOUND WAS A DIRECT CONTACT WOUND AND THE VICTIM WAS EITHER STANDING ON AN ANGLE OR THE GUN WAS ON A ANGLE WHEN THE BULLET WAS FIRED. HE

DR. HUNT HAD X-RAYS ORDERED FROM DR. ABRAM AT DOCTORS HOSPITAL SO THEY COULD LOOK INSIDE THE FRACTURE A BIT BETTER. HE ALSO STATES THAT THERE ARE SLIVERS OF METAL STILL INSIDE THE VICTIM'S HEAD. THERE IS A LARGE PIECE OF 7X4 MM. INSIDE OF THE JAW BONE.

AFTER TALKING TO HIM AT HIS OFFICE WE THEN PROCEEDED TO THE HOSPITAL WHERE WE INTERVIEWED THE VICTIM AGAIN FOR APPROXIMATELY 20 MINUTES. SHE WAS ALSO TAPE RECORDED DURING THIS CONVERSATION TIME.

SHE INFORMS US THAT SHE IS FULLY AWARE OF HER SENSES AND IS ABLE TO RELATE TO US MORE CLEARLY THEN SHE DID THE FIRST TIME THAT SHE TALKED TO

0053

US.

SHE STATES THAT AS SHE PREVIOUSLY DID, THAT HE CAME HOME DRUNK, AC-
CUSED HER OF FOOLING AROUND, NO ONE IN PARTICULAR. HE HAD BEEN HOME
EARLIER AND COULD NOT LOCATE HER AND THIS WAS THE TOPIC OF CONVERSATION.
AFTER THEY HAD TALKED WHERE SHE HAD WANTED TO GO TO SLEEP AND HE WANTED TO
MAKE LOVE.

HE ATTEMPTED TO GET HER TO TURN OVER AND TALK WITH HIM BUT SHE WOULD
NOT DO IT. HE THEN STARTED HITTING HER IN THE BACK OF THE HEAD WITH THE
GUN AND THE NEXT THING SHE KNEW THE GUN WENT OFF.

AFTER LEAVING THE HOSPITAL THIS INVESTIGATOR GOT WITH D/S ZUBACK WHO
WORKS THE WELLINGTON AREA. I PUT OUT A HOLD AT THAT TIME FOR HIM IF HE
COULD LOCATE SANCHEZ. HE IS TO BE PICKED UP AND CHARGED WITH ATTEMPTED
MURDER, AGG. ASSAULT, AND FIRING INTO A OCCUPIED DWELLING, ALONG WITH GRAND
LARCENY AND BURGLARY.

AT APPROXIMATELY 4:00 P.M. THIS INVESTIGATOR WAS INFORMED BY THE DIS-
PATCHER THAT D/S ZUBACK HAD THE SUBJECT UNDER ARREST AND WAS ENROUTE TO THE
CENTRAL SUB STATION. UPON THE ARRIVAL OF THE SUSPECT THIS INVESTIGATOR HAD
D/S RIOS, WHO WAS RIDING BAKER 1 AREA, COME INTO THE CENTRAL SUB STATION
TO ACT AS INTERPRETER.

THE SUBJECT WAS TAKEN INTO THE INTERVIEW ROOM AGAIN WHERE HE WAS AD-
VISED OF HIS RIGHTS IN SPANISH WHICH WAS ALSO TAPE RECORDED AND SIGNED THE
RIGHTS CARDS INDICATING THAT HE UNDERSTOOD THE SAME. HE WAIVED THOSE
RIGHTS AND BEGAN TALKING WITH US AGAIN. HE WAS ALSO ADVISED PRIOR TO ANY
QUESTIONING THAT HE WAS UNDER ARREST FOR THE ABOVE CHARGES MENTIONED.

AS WE TALKED HE STUCK TO THE SAME STORY, FABRICATING IT MORE. HOWEVER,
HE WAS PRESENTED WITH THE EVIDENCE WE FOUND AND ALSO THE CONVERSATIONS OF
HIS WIFE AND THOSE OF THE DOCTORS. AFTER MORE TALKING HE ADMITTED THAT HE
HAD BEEN LYING TO US AND FINALLY TOLD THE TRUTH WHICH WAS THE SAME AS THE
WIFE HAD BEEN RELATING TO US.

Case 9:16-cv-80002-DB  Document 33-7  Entered on FLSD Docket 10/19/2016  Page 40 of 60



THE SUBJECT WAS BOOKED INTO THE COUNTY JAIL CHARGED WITH THE ABOVE MENTIONED VIOLATION.

THE FOLLOWING DAY THIS INVESTIGATOR CHECKED WITH THE PROBABLE CAUSE AFFIDAVIT AND FOUND THAT IT HAS ACCEPTED IN COURT, SHOWING THE PROBABLE CAUSE EXITED ON ALL CHARGES FILED.

INVESTIGATION WILL CONTINUE INTO THIS, I STILL HAVE TO GET TOGETHER THE PAPERWORK FOR THE FILING OF THE OTHER CHARGES.

DET. G. FILE/DJA
092880

### Declaración de Aurelio Sanchez Sotelo
### Según 28 U.S.C. § 1746

Yo, Aurelio Sanchez Sotelo, declaro lo siguiente:

1. Soy el abuelo paternal de Ricardo Sanchez Jr. Su padre Ricardo Sanchez es mi hijo mayor.

2. Estuve casado con Modesta Garcia por 42 años. Tuvimos siete hijos juntos. Son Ricardo, Rolando, Nora, Martin, Ana, Sergio y Aurelio Jr.

3. Nací en Matamoros, Méjico en 1935. Mis padres eran German Sanchez y Guadalupe Sotelo. Tengo 8 hermanos y hermanas. Son Armando, Felipa, Guadalupe (nosotros la llamamos Lupita), Esteban, Emilio, German Jr., Marta y Maria. Mi hermana Lupita vive cerca de mí en Texas.

4. Me crié en Matamoros. Mi familia era pobre. Mi familia vivía en chozas y trabajaban cerca en los campos. Nuestras chozas estaban hechas de cartón con pisos de tierra. No habían ventanas, baños, electricidad o agua corriente. Dormíamos en el piso de tierra encima de las cobijas recostadas. Vivíamos todos uno encima del otro. No había espacio. Mi abuelo y padre armaron las chozas. Nos mudamos a una parte diferente de Matamoros como por lo menos cuatro veces porque los huracanes tumbaban nuestras casas humildes.

5. Mi abuelo maternal, Esteban Sotelo Calderón, también vivía en Matamoros. Él tenía tres casas en el área donde vivía. Una era de madera, una era de cartón, y otra de concreto. El y mi abuela, Manuela Marroquín tuvieron diez hijos, cinco niñas y cinco niños. Mi abuelo tomaba cerveza todos los días en cantinas y no tenía trabajo. Él era muy severo con sus niños, especialmente mi mamá. Mi abuelo tenía un pito y el miraba a sus hijos trabajar y si hacían algo malo, el soplaba el pito y los golpeaba.

Iniciales       1      Fecha 8-1-2014

A-000541

6. Empecé a trabajar con mi mamá cuando pude caminar y estuve suficientemente fuerte para ayudarla. Caminamos de casa en casa lavando la ropa de los vecinos. Todos mis hermanos y yo también trabajamos en los campos desde que éramos niños jóvenes. Le dimos el dinero a mi mamá. Mi mamá trabajaba fuerte para que pudiéramos comer. Mi papá casi no tenía trabajo.

7. Parecía que no teníamos casi nada que comer. Teníamos hambre. A veces solamente teníamos frijoles. De vez en cuando, teníamos arroz. Rara vez teníamos carne. Traíamos agua a la casa de un canal cerca para tomar y cocinar. Nos bañamos en el mismo canal.

8. Nos vestíamos con ropa usada. No teníamos nada nuevo. No tuve zapatos para nada cuando era niño.

9. Mi mamá y papá nunca fueron a la escuela. No fui a la escuela tampoco. Cuando tenía como siete años, empecé a cuidar vacas en la finca. Les daba comida y ayudaba a limpiar el establo.

10. Mis padres no eran cariñosos. No nos abrazaban o nos besaban con frecuencia. Era la costumbre cuando estaba creciendo de besar las manos de las personas mayores, eso era el único cariño que mostrábamos.

11. Mi papá tomaba alcohol bastante. Él iba a la cantina todos los días y tomaba cerveza todo el día. Él llegaba a la casa, como un borracho descuidado y todo lo que decía mi mamá lo enojaba. Ellos peleaban todo el tiempo. Él era violento con ella y todos los hijos. No podía ver a mi papá causarle daño a mi mamá, entonces me metía y la defendía para que el parara. Mi papá nos castigaba pegándonos con un cinturón. Él nos gritaba y nos hacía sentir mal.

Iniciales       Fecha 8·1·2016

12. Nunca supe cuántos años tenía. No celebramos los cumpleaños en mi familia. Mis hermanas bromeaban que cuando nos mudamos a Texas, ellas eran gemelas. Son como casi un año aparte. Mi familia no celebraba navidad ni celebraba con regalos. Era una vida difícil. Éramos muy muy pobres, aunque todos trabajamos muy duro excepto mi padre, nunca tuvimos nada.

13. Cuando tenía como 10 años me fui de la casa y empecé a quedarme donde trabajaba. Empecé a quedarme en cama plegable en las cunas en el establo con las vacas que cuidaba. Me mudé de lugar a lugar y siempre me quedaba donde trabajaba. Era bueno estar afuera del gentío y las peleas en mi casa. Solamente ganaba un dólar Mejicano al día. Era suficiente para cuidarme. Viví así hasta que tuve 18 años.

14. Conocí a Modesta García cuando tenía 18 años. Nos conocimos en Matamoros y nos casamos rápidamente. Nuestros hijos Ricardo, Rolando, Nora y Martin nacieron en Matamoros. Vivíamos en una casa con un cuarto y continué trabajando en las fincas y campos. Crucé la frontera a Brownsville, Texas para trabajar en los campos y volví a Méjico. Tuve un pase especial para el trabajo.

15. La mamá de mi esposa, Guadalupe Reyes Radules, nació en los Estados Unidos. Como su mamá era ciudadana, Modesta era ciudadana. Mis hijos y yo pudimos ser ciudadanos por mi esposa. En el 1973, decidimos mudar a nuestra familia y cruzar la frontera para vivir en Texas. Entramos a los Estados Unidos en Hidalgo, Texas.

16. Modesta y yo trabajamos fuerte en los campos. Todavía era muy difícil alimentar a nuestra familia. Mis hijos fueron a la escuela por poco tiempo, pero cuando eran jóvenes, como la edad de los siete años, yo los mandé para que trabajaran en los campos después de la

**3**

Iniciales

Fecha 8·1·2016

escuela o en los fines de semana. A veces los sacaba del todo de la escuela para que ayudaran en las temporadas más altas.

17. Trabajamos por todo los Estados Unidos para recoger cosecha en las fincas en Indiana, Idaho, Michigan y Florida. Nosotros seguimos las temporadas de crecimiento. Donde había el trabajo, nosotros íbamos.

18. Los campos estaban rociados y todavía estaban mojados con químicos cuando empezamos a trabajar. Los químicos se quedaban en el aire y encima de nosotros. Había un olor fuerte todo el día. No me dieron ni mascara o guantes para usar cuando estaba recogiendo.

19. Nos mantuvimos pobres. Había épocas en que no teníamos nada que comer pero seguimos teniendo bebés y tuvimos que seguir trabajando. Cuando había comida era simple. Comíamos casi siempre frijoles y nopalitos. Después que mi esposa y yo tuvimos un bebé, ella volvió a trabajar otra vez. Los niños en casa tenían que cuidar a los bebes y a ellos mismos porque Modesta y yo estábamos afuera en los campos. Mis hijos Ana, Aurelio Jr. y Sergio todos nacieron en los Estados Unidos mientras que estuvimos moviendo en los campos.

20. Mi papá murió en Matamoros, Méjico en 1975. El dejó a mi mamá sin un centavo después de haber tomado toda su vida. Hay mucha enfermedad del corazón en mi familia y mi mamá murió de un ataque al corazón en 1985.

21. Modesta y mi familia nos quedamos en West Palm Beach, Florida con mi familia. Vivíamos en una área de casas donde la gente que trabajaban en los campos vivían. Lo llamábamos "Campo Verde. Mi esposa, hijos y yo vivíamos en un apartamento de dos pisos. Vivimos allí por varios años.

22. Después que estuvimos en West Palm Beach por un tiempo, empecé a trabajar en construcción. Modesta se levantaba bien temprano y cocinaba el desayuno y almuerzo para mi

**4**

Iniciales       A-000544      Fecha 8·1-2014

antes de irme a trabajar. Ella también hacía muy poco dinero haciendo los desayunos y almuerzos para varios de los hombres solteros que trabajaban en los campos. Ella trabajaba en los campos durante el día y en la planta donde empacaban el producto para que se enviara en la noche.

23. Mi esposa amaba nuestros hijos bastante. Sin embargo, ella era muy controladora y no dejaba que los niños estuvieran afuera de la casa o que tuvieran muchos amigos. Ella no dejaba que tocaran a sus hijos. Ella era fría, distanciada, y sin cariño. Ella no me besaba porque ella sospechaba que le era infiel, aunque yo siempre fui fiel. Ella me decía que no me besaba porque no sabía cuántas otras me habían besado.

24. Mi esposa y yo argumentábamos sobre muchas cosas. Ella me regañaba enfrente de los niños y yo me enojaba.

25. Yo no tenía paciencia con mis hijos. Cuando no hacían lo que yo quería, yo les pegaba con un cinturón. Yo era muy estricto con mis hijos y esperaba que su comportamiento fuera perfecto. Cuando causaban problemas, yo era violento con ellos. Mirando hacia atrás, me arrepiento lo duro que fui con mis hijos.

26. Mi hijo Ricardo era diferente que los otros niños. Él era agresivo aun cuando niño y más rebelde que mis otros niños. Tan joven como a los ocho años, él tenía problemas con otros niños. Él no podía mantener a las amistades porque peleaba con ellos. Parecía que siempre causaba los problemas. Ricardo iba a la escuela de vez en cuando estábamos viajando, pero él no fue bueno en la escuela, no se graduó.

27. Juana Jimenez y sus hermanos vivían con su mamá, Maria Jimenez, en el mismo vecindario unas puertas más abajo que nosotros. Mis hijos, y Juana y sus hermanos eran amigos. Estuve contento cuando Juana y Ricardo se casaron. Me gustaba Juana y a su familia y estuve

5


Iniciales

A-000545

Fecha_____

contento cuando mi hijo se estableció. Ellos vivieron con nosotros en el apartamento después que se casaron. Estaba apretado en nuestra casa con todos los niños y Juana y Ricardo. Mi esposa y yo nos dormíamos en la sala para que ellos pudieron tener su propia alcoba.

28.     Poco después supimos que Juana estaba embarazada con su primer hijo, hubo un incidente terrible. Ricardo le disparó a Juana en su cara en su alcoba. No supe que pasó. Ni sabía que Ricardo tenía una pistola. Después de eso, la familia de Juana me echaron la culpa no quisieron hablar más conmigo. Me dolió que me echaron la culpa por esto.

29.     La relación entre Juana y mi esposa no era buena. Modesta pensaba que Juana estaba engañando a Ricardo. Aun así, mi esposa trató de defender a Juana porque Ricardo era tan violento hacia Juana. De todos mis hijos, Ricardo era el más violento. Él golpeaba a Juana y le tiraba cosas. El constantemente le gritaba cosas malas. Mi esposa le hizo la vida más dura a Juana a veces, pero ella también sabía que Ricardo estaba engañando a Juana. Él tuvo varias otras mujeres. Ella varias veces le gritaba a Ricardo, diciéndole ¿porque está corriendo detrás de otras mujeres si tienes a la tuya?

30.     El  primer hijo de Juana y Ricardo, era su hijo, Efraín quien tuvo ataques desde que nació y es diferente de los otros niños. El piensa más lento que otros y a veces se comporta raro. Creo que los ataques de Efraín y su comportamiento raro fueron causados por los golpes que Ricardo le daba a Juana y también por el disparo mientras que Juana estuvo embarazada. Ella tuvo tanto miedo y causó como es Efraín.

31.     Ricardo y Juana eventualmente tuvieron tres hijos más. Nydia, Ricardo Jr. y Ezequiel. Cuando mi hija Ana murió, después de haber tenido su hijo menor, también adoptaron su hijo mayor, Omar.

Iniciales

Fecha 8·1·2016

32. Mis nietos siempre han tenido respeto a mí y a Modesta. Ellos fueron amorosos y cariñosos y los disfruté mucho. Mi nieto Ricardo Jr. era callado pero siempre tuvo una sonrisa para mí aunque yo sabía que no era fácil vivir en esa casa.

33. Aunque después que tuvieron hijos, Ricardo tomaba alcohol y fue a los bares casi todas las noches. Él se metía en peleas cuando tomaba. El casi siempre era violento con sus hijos y Juana. Él golpeaba a Juana y sus hijos enfrente de mí con regularidad. Él golpeaba a sus hijos con cinturones y era muy duro con ellos. Él ordenaba a sus hijos y Juana como si fuera un soldado. Él era muy estricto y esperaba que se portaran perfectamente.

34. Poco después que Juana y Ricardo se casaron, un tanque de gas se explotó cerca de la cabeza de Ricardo. Actualmente, tiene dificultad en oír bien.

35. Mi esposa murió en el 2003 de complicaciones de diabetes. Poco después que murió me mudé otra vez a Donna, Texas para vivir cerca de mi hermana. No he visto a mi nieto Ricardo Jr. como en diez años. He vuelto a la Florida unas pocas veces para visitar, y lo vi una de esas veces.

36. Cuando mi nieto Ricardo fue arrestado, mi hija Nora me llamó y me contó. También lo vi en las noticias en Texas. Estuve con el corazón partido por mi hijo y su familia. No había nada sobre mi nieto que me diera la impresión que era una persona que hubiera hecho este tipo de crimen.

Iniciales

A-000547

Fecha 8.1-2016

37.　He vivido en Donna, Texas por 12 años. Ningún abogado o alguien más del juicio que ha trabajado en el caso de Ricardo, se ha puesto en contacto conmigo. Hubiera hablado con ellos y testificado sobre todo lo que he dicho aquí si me hubieran preguntado.

**Yo certifico que los datos arriba mencionados son verdaderos y correctos, bajo la pena de perjurio bajo 28 U.S.C. § 1746.**

**Firmado en** ___8 · 1 · 20U___

**Nombre** ___CaCll___

Iniciales _A G_

A-000548

Fecha _8 · 1 · 2016_

## Declaration of AURELIO SANCHEZ SOTELO

## Pursuant to 28 U.S.C. §1746

I, AURELIO SANCHEZ SOTELO, declare as follows:

1.   I am Ricardo Sanchez Jr.'s paternal grandfather. His father Ricardo Sanchez Sr. is my oldest son.

2.   I was married to Modesta Garcia for 42 years. We had seven children together. They are Ricardo, Rolando, Nora, Martin, Ana, Sergio, and Aurelio Jr.

3.   I was born in Matamoros, Mexico in 1935. My parents were German Sanchez and Guadalupe Sotelo. I have 8 brothers and sisters. They are Armando, Felipa, Guadalupe (we call her Lupita), Esteban, Emilio, German Jr., Marta and Maria. My sister Lupita lives near me in Texas.

4.   I grew up in Matamoros. My family was very poor. My family lived in shacks and worked in the fields nearby. Our shacks were made of cardboard with dirt floors. There were no windows, no bathroom, no electricity and no running water. We slept on the dirt floor with just blankets laid down. We all lived on top of each other. There was no space. My grandfather and father built the shacks. We moved to a different area of Matamoros at least four times because the hurricanes tore down our humble houses.

5.   My maternal grandfather, Esteban Sotelo Calderon, also lived in Matamoros. He had three houses in the area where we lived. One was wood, one was cardboard and one was concrete (stucco)? He and my grandmother, Manuela Marroquin, had ten children, five girls and five boys. My grandfather drank beer every day in cantinas and did not have a job. He was very hard on his children, especially my mother. My grandfather had a whistle and he watched his children work and when they did something wrong he blew the whistle and then beat them.

Initials: _____                          Date: _____

A-000549

6.    I started working with my mother when I could walk and was strong enough to help her. We walked house to house washing our neighbor's clothes for them. All of my siblings and I also worked in the fields from the time we were young children. We gave the money to my mother. My mother worked hard so that we could eat. My father rarely had a job.

7.    It felt like we had almost nothing to eat. We were hungry. Sometimes we only had beans. Once in a while we had some rice. Rarely did we have meat. We brought water to the house from a nearby canal for drinking and cooking. We bathed in that same canal.

8.    We dressed in hand-me down clothes. We did not have anything new. I did not have shoes at all when I was a child.

9.    My mother and father never went to school. I did not attend school either. When I was about seven years old, I started helping take care of cows on a farm. I fed them and cleaned up the barn.

10.    My parents were not affectionate people. They did not hug or kiss us often. It was customary when I was growing up to kiss the hand of my elders, but that was the only affection we showed.

11.    My father drank alcohol heavily. He went to the cantina every day and drank beer all day long. He came home sloppy drunk and everything my mother said made him angry. They fought all the time. He was violent with her and us children. I could not stand to watch my father hurt my mother, so I stepped in and defended her to make him stop. My father punished us by beating us with a belt. He yelled at us and constantly put us down.

12.    I never knew how old I was. We did not celebrate birthdays in my family. My sisters used to joke that by the time we moved to Texas they were twins. They are really about a year apart. My family did not celebrate Christmas or celebrate with gifts. It was a hard life. We

Initials: _____                                    Date: _____

A-000550

were very, very poor and although everyone but my father worked hard we never had anything to show for it.

13. When I was about ten years old I left home and started staying where I worked. I started staying on cots in the barns with the cows I cared for. I moved from place to place and always stayed where I worked. It was nice to be away from the crowding and the fighting at my home. I only made one Mexican dollar a day. It was just enough to take care of myself. I lived this way until I was 18 years old.

14. I met Modesta Garcia when I was 18 years old. We met in Matamoros and were married quickly. Our children Ricardo, Rolando, Nora and Martin were born in Matamoros. We lived in a tiny one-room house and I continued to work on farms and in the fields. I went across the border to Brownsville, Texas to work in the fields and came back home to Mexico. I had a special work pass.

15. My wife's mother, Guadalupe Reyes Radules, was born in the United States. Because her mother was a citizen, Modesta was a citizen. My children and I were able to become citizens because of my wife. In 1973 we decided to move our family across the border to live in Texas. We entered the United States in Hidalgo, Texas.

16. Modesta and I worked hard in the fields. It was still very hard to feed our family. My children went to school for a little while, but when they were as young as seven I sent them to work in the fields after school or on the weekends. Sometimes I took them out of school altogether to help in the high seasons.

17. We traveled all over the United States to pick crops on farms in Indiana, Idaho, Michigan and Florida. We followed the growing seasons. Wherever there was work, we went.

Initials: _____          Date: _____

A-000551

18.     The fields were sprayed and were still wet with chemicals when we started working. The chemicals lingered in the air and got all over us. There was a strong chemical smell all day long. I was not given any mask or gloves to wear when I was picking.

19.     We remained very poor. There were times when we had nothing to eat but we kept having babies so we had to keep working. When there was food it was simple. We ate mostly beans and nopalitos (cactus). After my wife had a baby, she went right back to work. The children at home had to take care of the babies and each other because Modesta and I were out in the fields. My children Ana, Aurelio Jr. and Sergio were all born in the United States while we were moving around working in the fields.

20.     My father died in Matamoros, Mexico in 1975. He left my mother penniless after drinking his whole life. There is a lot of heart disease in my family and my mother died in 1985 from a heart attack.

21.     Modesta and I finally settled in West Palm Beach, Florida with our family. We lived in a housing development where mostly people working in the fields lived. We called it "Campo Verde." My wife and kids and I lived in a small two story apartment. We lived there for many years.

22.     After we had been in West Palm Beach for a while I started working in construction. Modesta got up very early and cooked breakfast and lunch for me before I left for work. She also made a little money by making breakfast and lunch for many of the single men who worked in the fields. She worked in the fields during the day and in the plant where they packaged the produce to be shipped at night.

23.     My wife loved our children very much. However, she was very controlling and did not let the children be away from home or have many friends. She did not let anyone touch

Initials: _____                                    Date: _____

her children. She was cold, distant and unaffectionate. She did not kiss me because she was suspicious that I was not faithful, even though I was always faithful. She told me that she would not kiss me because she did not know how many others had kissed me.

24.     My wife and I argued about many things. She yelled at me in front of the children and I got mad.

25.     I had no patience with my children. When they did not do what I wanted, I beat them with a belt. I was very strict with my children and expected perfect behavior. When they caused trouble, I was violent with them. Looking back, I regret how hard I was on my children.

26.     My son Ricardo was different from my other children. He was aggressive even as a child and more rebellious than my other children. As early as eight years old he often had problems with other children. He could not keep friends because he fought with them. He seemed to always cause problems. Ricardo went to school every once in a while we were traveling around, but he was not very good at school.

27.     Juana Jimenez and her siblings lived with their mother, Maria Jimenez, in the same neighborhood just a few doors down from us. My children and Juana and her siblings were friends. I was happy when Juana and Ricardo got married. I liked Juana and her family and was glad to see my son settled. They lived with us in our apartment after they were married. It was cramped in our house with all the children and Juana and Ricardo. My wife and I slept in the living room so they could have their own bedroom.

28.     Shortly after we learned that Juana was pregnant with their first child, there was a terrible incident. Ricardo shot Juana in the face in their bedroom. I did not know what happened. I did not even know Ricardo had a gun. After that Juana's family blamed me and did not talk to me anymore. I was hurt that they blamed me for this.

Initials: _____                    Date: _____

A-000553

29.     The relationship between Juana and my wife was not very good. Modesta thought Juana was unfaithful to Ricardo. Even so, my wife tried to defend Juana because Ricardo was so violent towards Juana. Of all my children, Ricardo is the most violent. He hit Juana and threw things at her. He constantly yelled mean things at her. My wife made life harder for Juana sometimes, but she also knew that Ricardo was unfaithful to Juana. He had many other women. She often scolded Ricardo, saying, 'why are you chasing other women if you have yours?'

30.     Juana's and Ricardo's first son, Efrain, had seizures from the time he was born and is different from the other children. He thinks slower than the others and he sometimes behaves strangely. I think that Efrain's seizures and strange behavior were caused by the beatings Ricardo gave Juana as well as the shooting while Juana was pregnant. She had such a fright and it made Efrain the way he is.

31.     Ricardo and Juana eventually had three other children: Nydia, Ricardo Jr. and Ezequiel. When my daughter, Ana, died after having her youngest child, they also adopted her oldest son, Omar.

32.     My grandchildren have always been respectful to me and Modesta. They were loving and affectionate and I enjoyed them. My grandson Ricardo Jr. was quiet but he always had a smile for me even though I knew his house was not easy to live in.

33.     Even after he had children, my son Ricardo drank alcohol and went out to bars almost every night. He got into fights a lot when he drank. He was too often very violent with his children and Juana. He beat Juana and the children in front of me regularly. He hit the children with belts and was very harsh with them. He commanded his children and Juana like he was a soldier. He was very strict and expected that they would behave perfectly. Ricardo is still aggressive with Juana. It seems the older he gets the more violent he gets.

Initials: _____                          Date: _____

A-000554

34.     Sometime after Juana and Ricardo were married a gas tank exploded right near Ricardo's head. He has a hard time hearing now.

35.     My wife died in 2003 from complications from diabetes. Shortly after she died I moved back to Donna, Texas to live near my sister. I have not seen my grandson Ricardo Jr. in about ten years. I have gone back to Florida a couple of times to visit saw him one of those times.

36.     When my grandson Ricardo Jr. was arrested my daughter Nora called and told me. I also saw him on the news in Texas. I was so heartbroken for my son and his family. There was nothing about my grandson that ever gave me the impression that he was a person who could do this type of crime.

37.     I have lived in Donna, Texas for 12 years. I was not contacted by lawyers or anyone else working on Ricardo Jr.'s trial. I would have talked to them and testified to all I say here if I had been asked.

**I declare under penalty of perjury and pursuant to 28 U.S.C. §1746 that the forgoing is true and correct.**

**Signed on** _____

**Name** _____

**Initials:** _____          Date: _____

Declaration of Benito Rodriguez
Pursuant to 28 U.S.C. § 1746

My Name is Benito Rodriguez and I declare the following,

1. I am Juanita Sanchez's Cousin B.R on her mother's side. Ricardo Sanchez Jr. is my second cousin B.R I call him Ricky. I also refer to him as my nephew.

2. When Ricky was little, I spent a lot of time with him. He liked to be around me. I worked a lot, but sometimes Ricky came to help me.

3. We lived in West Palm Beach, Florida and we had parties or barbeques at each other's homes.

4. Ricardo Jr., seemed slow. He was low intellegence. He sometimes did not understand things that were said to him. You would have to tell him things over and over. He was different from his brother's and sister in that way.

5. When my family came to the United States from Mexico we went to Ohio and worked in the farms picking cucumbers. Then we moved to Florida to pick vegetables.

6. They sprayed the fields all the time. We would get residue from the chemicals all over our hands. The bosses did not give us masks or gloves to wear while we were working. Both Juanita and her husband, Ricardo Sanchez Sr. worked with me on the farm.

7. When I found out about Ricky's arrest I was shocked. He was always a very respectful boy.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the forgoing is true and correct.

X Benito Rodriguez
4-6-16

A-000556

## AFFIDAVIT/DECLARATION OF SANDRA CASTRO

## PURSUANT TO 28 U.S.C. § 1746 AND 18 Pa. C.S. § 4904

I, Sandra Castro, hereby declare and verify as follows:

1. My name is Sandra Castro. I am employed with the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania as a bilingual paralegal.

2. In 1989, I received a Bachelor of Arts degree in Business-Spanish from Holy Family University.

3. From 1989 to 2005, I was employed as the official Spanish Interpreter for the Defender Association of Philadelphia. My duties included serving as the Spanish interpreter for defense counsel in hundreds of criminal jury trials, bench trials, proffer sessions, guilty pleas and sentencings.

4. I have served as a Spanish interpreter in civil arbitration hearings and have done translations for private counsel in both civil and criminal proceedings.

5. I translated into English the attached Spanish-language affidavit of Aurelio Sanchez Sotelo.

6. I hereby certify that the attached English translation of the declaration of Aurelio Sanchez Sotelo is a true and correct translation of the corresponding Spanish language declaration.

7. I hereby certify that the facts set forth above are true and correct to the best of my knowledge and belief, subject to 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904.

Philadelphia, PA

Sandra Castro, Paralegal
Federal Community Defender Office
For The Eastern District of Pennsylvania
Capital Habeas Unit

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN KAIB, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 17, 2017

A-000557   Sworn to and subscribed before me this ___ day of Oct 20 16

## AFFIDAVIT/DECLARATION OF SANDRA CASTRO

## PURSUANT TO 28 U.S.C. § 1746 AND 18 Pa. C.S. § 4904

I, Sandra Castro, hereby declare and verify as follows:

1. My name is Sandra Castro. I am employed with the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania as a bilingual paralegal.

2. In 1989, I received a Bachelor of Arts degree in Business-Spanish from Holy Family University.

3. From 1989 to 2005, I was employed as the official Spanish Interpreter for the Defender Association of Philadelphia. My duties included serving as the Spanish interpreter for defense counsel in hundreds of criminal jury trials, bench trials, proffer sessions, guilty pleas and sentencings.

4. I have served as a Spanish interpreter in civil arbitration hearings and have done translations for private counsel in both civil and criminal proceedings.

5. I translated into English the attached Spanish-language affidavit of Elsa Hernandez

6. I hereby certify that the attached English translation of the declaration of Elsa Hernandez is a true and correct translation of the corresponding Spanish language declaration.

7. I hereby certify that the facts set forth above are true and correct to the best of my knowledge and belief, subject to 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904.

Philadelphia, PA

Sandra Castro, Paralegal
Federal Community Defender Office
For The Eastern District of Pennsylvania
Capital Habeas Unit

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN KAIB, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 17, 2017

A-000558

Sworn to and subscribed before me
this 11 day of Oct 2016.

## AFFIDAVIT/DECLARATION OF SANDRA CASTRO

## PURSUANT TO 28 U.S.C. § 1746 AND 18 Pa. C.S. § 4904

I, Sandra Castro, hereby declare and verify as follows:

1. My name is Sandra Castro. I am employed with the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania as a bilingual paralegal.

2. In 1989, I received a Bachelor of Arts degree in Business-Spanish from Holy Family University.

3. From 1989 to 2005, I was employed as the official Spanish Interpreter for the Defender Association of Philadelphia. My duties included serving as the Spanish interpreter for defense counsel in hundreds of criminal jury trials, bench trials, proffer sessions, guilty pleas and sentencings.

4. I have served as a Spanish interpreter in civil arbitration hearings and have done translations for private counsel in both civil and criminal proceedings.

5. I translated into English the attached Spanish-language affidavit of Juana Maria Sanchez.

6. I hereby certify that the attached English translation of the declaration of Juana Maria Sanchez is a true and correct translation of the corresponding Spanish language declaration.

7. I hereby certify that the facts set forth above are true and correct to the best of my knowledge and belief, subject to 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904.

A-000559