Sanchez, Ricardo
Case # 99-4965CFA02

(8)    You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9)    COURT COSTS $361.00

(10)   SUBSTANCE ABUSE EVALUATION AND DEFENDANT TO SUCCESSFULLY COMPLETE RECOMMENDED TREATMENT

(11)   RANDOM DRUG/ALCOHOL TESTING AT DEFENDANT'S EXPENSE

(12)   NO CONSUMPTION/POSSESSION OF ALCOHOL OR DRUGS OR INTOXICANTS WITHOUT A PRESCRIPTION

(13)   ATTEND 3 AA AND/OR NA MEETINGS PER WEEK

(14)   DEFENDANT NOT TO FREQUENT ANY PLACE OF BUSINESS WHOSE PRIMARY PURPOSE IS THE SALE OF ALCOHOL

(15)   ENTER AND COMPLETE BATTERER'S INTERVENTION PROGRAM ENROLL WITHIN TWO (2) WEEKS

(16)   DEFENDANT TO SERVE EIGHT (8) LONG WEEKENDS TO COMMENCE BY 10/22/99 BY 5:00 PM

(17)   NO WEAPONS TO BE IN THE HOUSE

CLERK TO SEND COPIES OF PC TO EVALUATOR FOR SUBSTANCE ABUSE EVALUATION AND ANY RECORDS AVAILABLE

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

Sanchez, Ricardo
Case #99-4965CFA02

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT this __8TH__ day of __OCTOBER__ , 19_99_ .

Signed this _26_ day of _Oct._ ,1999.

_____
JUDGE

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date:_____        Probationer _____

Instructed by: _____

Original:  Court
Copies:    Probationer/File
KB 10/08/99

DC4-900A
Rev 6/85

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office.
THIS ___ DAY OF _____ , 20 __
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
DEPUTY CLERK

3
A-000911

10/8

IN THE COUNTY/CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR PALM BEACH COUNTY

CASE NO. ___99-4965CF A02___ "X"_____ DIV._____

STATE OF FLORIDA

v.

RICARDO SANCHEZ_____/

DEFENDANT

# FINGERPRINTS OF DEFENDANT

The fingerprints below are those of said Defendant taken by _James H. Ericson_____, Deputy Sheriff/Baliff

ERICSON

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 1. R. RING | 1. R. LITTLE |
|---|---|---|---|---|
|  |  |  |  |  |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|
|  |  |  |  |  |

I HEREBY CERTIFY the fingerprints shown above are those of the Defendant and were placed thereon by said Defendant in my presence in Open Court in Palm Beach County, Florida, this __6th__ day of __October_____, 1999.

FILED

OCT 0 6 1999

___THY H. WILKEN, CLERK
___ & COUNTY COURTS
(CRIM DIV.)

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
THIS __ DAY OF ____ 20__
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
A-000912 DEPUTY CLERK

_____ COUNTY/CIRCUIT COURT JUDGE

REV. 1/99

37

OFTEDAL

X

DC# 599265

Officer: 15-3

AMENDED

## JUDGMENT OF GUILT
## AND PLACING DEFENDANT ON PROBATION

STATE OF FLORIDA
    -vs-    Plaintiff

RICARDO SANCHEZ
    Defendant

In The Circuit Court
of Palm Beach County, Florida

Case No. 99-4965CFA02

This cause coming on this day to be heard before me, and you, the defendant RICARDO SANCHEZ, being now present before me, and you having:
PLED GUILTY OF

The offense of COUNT 2 RESIST ARREST WITHOUT VIOLENCE (LESSER), COUNT 3 DISORDERLY CONDUCT (LESSER) the court hereby adjudges you to be guilty of said offense; and

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should suffer the penalty authorized by law:

Now, therefore, it is ordered and adjudged that the imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of EIGHTEEN (18) MONTHS AS TO COUNTS 2 & 3 CONCURRENT EACH COUNT under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

It is further order that you shall comply with the following conditions of probation:

(1)    Not later than the fifth day of each month or as directed, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2)    You will pay to the State of Florida the amount of $ **50.00 FIFTY DOLLARS** per month, plus a 4% surcharge, toward the cost of your supervision, unless otherwise exempted in compliance with Florida Statutes.

(3)    You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4)    You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

1
A-000913



Sanchez, Ricardo
Case #99-4965CFA02

(5)    You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6)    You will submit to Urinalysis, Breathalyzer or Blood tests, as directed by your Probation Officer or the Professional Staff of any treatment center where you may be receiving treatment, to determine the possible use of alcohol, drugs or controlled substances.

(7)    You will work diligently at a lawful occupation and support any dependents to the best of your ability as directed by your Probation Officer.

(8)    You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site, or elsewhere, and you will comply with all instructions he may give you.

(9)    COURT COSTS $111.00

(10)   PUBLIC DEFENDER'S APPLICATION FEE $40.00

(11)   PUBLIC DEFENDER'S FEE $900.00

(12)   SUBSTANCE ABUSE EVALUATION AND DEFENDANT TO SUCCESSFULLY COMPLETE RECOMMENDED TREATMENT

(13)   RANDOM DRUG/ALCOHOL TESTING AT DEFENDANT'S EXPENSE

(14)   NO CONSUMPTION / POSSESSION OF ALCOHOL OR DRUGS OR INTOXICANTS WITHOUT A PRESCRIPTION

(15)   ATTEND 3 AA AND/OR NA MEETINGS PER WEEK

(16)   DEFENDANT NOT TO FREQUENT ANY PLACE OF BUSINESS WHOSE PRIMARY PURPOSE IS THE SALE OF ALCOHOL

(17)   ENTER AND COMPLETE BATTERER'S INTERVENTION PROGRAM ENROLL WITHIN TWO (2) WEEKS

(18)   DEFENDANT TO SERVE EIGHT (8) LONG WEEKENDS TO COMMENCE BY 10/22/99 BY 5:00 PM

(19)   NO WEAPONS TO BE IN THE HOUSE

CLERK TO SEND COPIES OF PC TO EVALUATOR FOR SUBSTANCE ABUSE EVALUATION AND ANY RECORDS AVAILABLE

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

Sanchez, Ricardo
Case #99-4965CFA02

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

**DONE AND ORDERED IN OPEN COURT THIS 8TH DAY OF OCTOBER ,1999.**

Signed this ___14th___ day of ___Feb.___, 2001.  _____
                                                          **JUDGE**

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____    Probationer_____

Instructed by: _____

Original: Court                          DC4-900A
Copies: Probationer/File                 Rev 6/85

KB 2-5-01

STATE OF FLORIDA · PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office.
THIS 26 DAY OF ___Feb___, 20_P_
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
DEPUTY CLERK

3
A-000915

## PALM BEACH COUNTY SHERIFF'S OFFICE
## CENTRAL RECORDS
## FSS EXEMPTIONS/CONFIDENTIAL

☐ 119.071(2)(c) active criminal intelligence/active criminal investigative information

☐ 119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☑ 119.071(2)(e) confessions

☐ 119.071(2)(f) confidential informants

☐ 119.071(5)(g)1, Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐ 365.171(15) identity of 911 caller or person requesting emergency service

☐ 119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐ 316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐ 119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐ 119.071(2)(i) assets of crime victim

☐ 985.04(1) juvenile offender records

☐ 119.071(5)(a)(5) social security numbers held by agency

☐ 119.0712(2) personal information contained in a motor vehicle record

☐ 119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐ 395.3025(7)(a) and/or 456.057(7)(a) medical information

☐ 394.4615(7) mental health information

☐ 119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☐ 943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐ 119.071(4)(c) undercover personnel

☐ 119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐ OTHER: _____

Case number: __80750711__ Clerk ID: __4P9KH8__ Date: __03|11|2008__

Case 9:16-cv-80693-DB Document 33-10 Entered on FLSD Docket 10/19/2016 Page 8 of 40

PALM BEACH COUNTY SHERIFF'S OFFICE                    PAGE 01
SUPPLEMENT   OFFENSE REPORT                  CASE NO. 8975971
                                        DISPOSITION: ARREST

ASSAULT (FREE TEXT)                    CODE: 0410  DATE: 10/18/85 - FRIDAY    WEATHER:
ZONE: 83   GRID: 021701  DEPUTY NO. 1377  ASSIST:      TIME: DISP/0024  ARR/0024  COMP/0436
DATE(S) OF OCCURRENCE: BETWEEN  9-18 AND  9-18         TIME(S) OF OCCURRENCE:

WEAPONS/MEANS OF ATTACK: FIREARM                            CAN VICTIM IDENTIFY?

NAME LIST:
     ROLE                                                                   HAIR   EYES
WITNESS            DANIEL JAUME              DOB:    SEX/M RACE/W HT/    WT/  UNK    UNK
     RESIDENCE ADDRESS:                              WDB       FL   PHONE
     BUSINESS  ADDRESS: MILITARY PARK FD                            PHONE
SUSPECT            RICARDO  GARCIA SANCHEZ    DOB:   SEX/M RACE/W HT/509 WT/125 BLACK BROWN
     RESIDENCE ADDRESS:                              WDB       FL   PHONE
     BUSINESS  ADDRESS: BELVEDERE CONSTRUCTION CO                   PHONE
VICTIM            JUANA  MARIA SANCHEZ        DOB:   SEX/F RACE/W HT/    WT/  UNK    UNK
     RESIDENCE ADDRESS:                              WDB       FL   PHONE
WITNESS            FRED HARRISON GUNTER       DOB:   SEX/M RACE/W HT/    WT/
     RESIDENCE ADDRESS:                              WDB       FL   PHONE 686-7645
     BUSINESS  ADDRESS:                                             PHONE

     ON THE 9TH OF SEPTEMBER 1986, THIS INVESTIGATOR FILED ALL CHARGES
AGAINST SANCHEZ WITH MARY GERSTEIN AT THE STATE ATTORNEY'S OFFICE.
THIS IS STILL CLASSIFIED AS CLEARED BY ARREST.
DEP.       MILL/JR     TRANS. 10/18/85

# SHERIFF'S OFFICE

**PALM BEACH COUNTY**

☒ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

80-75071

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

| | | |
|---|---|---|
| ☐ **PROPERTY OF DECEASED (PROBATE)** | | 2 ☐ **FOUND PROPERTY** |
| ☒ **TRIAL** | ☐ **LABORATORY EVIDENCE** | ☒ **STOLEN-RECOVERED** |

3. CASE NO. 80-75071

4. DATE/TIME FOUND

5. STORED

6. BIN NO PBIA-Floor / S-II

7. ADDRESS WHERE PROPERTY ▓▓▓ (exact location where property was located) ... Upstairs North west Bedroom W Palm Bch

8. DISCOVERED BY (Name) Det Michael George   7A. ADDRESS PBSO Central Sub   PHONE NO

9. OWNER'S NAME   ADDRESS   PHONE NO

| ITEM 10. NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | | | Honda Portable Generator AK01854 OF 1102895 |
| 2 | | | Red Tool Box - Mac Tools marked P Bch M Cte U-Haul |
| 3 | | | Tires + Mag Wheel |
| 4 | | | 22.250 cal Remington Model 700 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff

DIVISION _____ I.D. NO _____

14. SIGNATURE (X)

15. RECEIVED BY _F. Mead_

16. RECEIVED BY

18. IMPOUNDING OFFICER (X)

19. REASON

20. REASON

21. DATE AND TIME RECEIVED 7/15/80

22. DATE AND TIME RECEIVED

PBCSO 124

RECORDS BUREAU COPY

80-75071

## SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ 1. PROPERTY OF DECEASED (PROBATE)

☐ 2. FOUND PROPERTY

☐ TRIAL    ☐ LABORATORY EVIDENCE    STORED ☐    ☒ STOLEN-RECOVERED

3. CASE NO. 80-75071    4.    5. STORED    6. BIN NO. PBSA - 50

7. ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was located)

8. DISCOVERED BY (Name) SbW Thomas    ADDRESS PBSO Central    PHONE NO.

9. OWNER'S NAME    ADDRESS    PHONE NO.

| ITEM 10. NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Crown Vic L.B. # 1708 1547 |
| 2 | 2 | | Sneakers |
| 3 | 1 | | Curio Co Instrument # 63906 |
| | | | Above item Received from |
| | | | Richard Sanchez - 9-16-80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____ I.D. NO. 1936

14. SIGNATURE (X)

18. IMPOUNDING OFFICER

15. RECEIVED BY

19. REASON    21. DATE AND TIME RECEIVED

16. RECEIVED BY    20. REASON    22. DATE AND TIME RECEIVED

PBCSO 124

RECORDS BUREAU COPY

80-75071

## SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ 1. **PROPERTY OF DECEASED (PROBATE)**     ☐ 2. **FOUND PROPERTY**

☐ **TRIAL**   ☒ **LABORATORY EVIDENCE**     ☐ **STOLEN-RECOVERED**

| 3. CASE NO | 4. DATE | 5. STORED | 6. BIN NO |
|---|---|---|---|
| 80-75071 | | | PROA - 50 |

7. ADDRESS WHERE PROPERTY IMPOUNDED (Location where property was located)

| 8. DISCOVERED BY (Name) | ADDRESS | PHONE NO |
|---|---|---|
| DET J ELLIN | PBSO CEN 294 | |
| 9. OWNER'S NAME | ADDRESS | PHONE NO |
| | | |

| 10. ITEM NO | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | FIRED BULLET |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION DETECTIVE        ID NO 1326

14. SIGNATURE (X)
15. RECEIVED BY

18. IMPOUNDING OFFICER X
19. REASON
20. REASON        22. DATE AND TIME RECEIVED

16. RECEIVED BY

RECORD'S BUREAU COPY

PBSO 124

80-75071

## SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ PROPERTY OF DECEASED (PROBATE)    ☐ FOUND PROPERTY

☐ TRIAL    ☑ LABORATORY EVIDENCE    ☐ STOLEN-RECOVERED

| 3. CASE NO. | 4. DATE/TIME FOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| 80-75071 | | | S- 18 |

8. DISCOVERED BY (Name) Det G. Blunt    ADDRESS PBSO-Central    PHONE NO.

9. OWNER'S NAME    ADDRESS    PHONE NO.

| ITEM NO. 10 | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | 38 SPECIAL REVOLVER SMITH & WESSON MODEL #10-5 4" BARREL # C8HL651 CYLINDER ENCLOSING. |
| 2 | 42 | | R-P 38 SPECIAL FIRED CARTRIDGE CASE |
| 3 | 2 | | R-P 38 SPECIAL CARTRIDGES |
| 4 | 1 | | RED BANDANA |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION DETECTIVE    ID. NO. 1231

14. SIGNATURE (X)

18. IMPOUNDING OFFICER (X)

15. RECEIVED BY    19. REASON    21. DATE AND TIME RECEIVED

16. RECEIVED BY    20. REASON    22. DATE AND TIME RECEIVED

RECORDS AUDREY COPY

PBGSO 174

## SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

80-75071

☐ **PROPERTY OF DECEASED (PROBATE)**  ☐ **FOUND PROPERTY**

☐ **TRIAL**  ☒ **LABORATORY EVIDENCE**  ☐ **STOLEN-RECOVERED**

| 3. CASE NO. | 4. DATE TIME FOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| 80-75071 | | | PBLA - 50 |

(exact location where property was located)

| 8. DISCOVERED BY (Name) | ADDRESS | PHONE NO |
|---|---|---|
| DET J ELLIOTT | PBSO - CENTRAL | |

| 9. OWNER'S NAME | ADDRESS | PHONE NO |
|---|---|---|
| JUANITA SANCHEZ | 712 E PRACEDB, WPB | |

| 10. ITEM NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | PILLOWCASE |
| 2 | 1 | | SHEET |
| 3 | 2 | | SWABS-NECK WOUND OF J SANCHEZ DRS H180 |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION DETECTIVE  I.D. NO 1271

| 14. SIGNATURE (X) | 18. IMPOUNDING OFFICER (X) |
|---|---|
| 15. RECEIVED BY | 19. REASON | 21. DATE AND TIME RECEIVED  Aug 1980 |
| 16. RECEIVED BY | 20. REASON | 22. DATE AND TIME RECEIVED |

A-000922
RECORDS BUREAU COPY

PBCSO 126

# SHERIFF'S OFFICE

**PALM BEACH COUNTY**

☐ WEST PALM BEACH ☐ ... ☐ ... PALM BEACH GARDENS

80-75071

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ PROPERTY OF DECEASED (ESTATE)          ☐ **FOUND PROPERTY**

☑ **TRIAL**   ☐ LABORATORY **EVIDENCE**          ☐ **STOLEN-RECOVERED**

| 3. CASE NO. | 4. DATE/TIME FOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| 80-75071 | | | M-43 |

7. ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was located)

| 8. DISCOVERED BY (Name) | ADDRESS | | PHONE NO. |
|---|---|---|---|
| | | | |

| 9. OWNER'S NAME | ADDRESS | | PHONE NO. |
|---|---|---|---|
| Detective Clary Hill | PBSO | | |

| 10. ITEM NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| | 3 | | envelops of Photos |
| | 3 | | rights cards |
| | 2 | | Tapes (statements) (confession) |
| | | | |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

CUSTODIAN _____ ID NO. 5203

| 14. SIGNATURE (X) | 17. IMPOUNDING OFFICER (X) |
|---|---|
| 15. RECEIVED BY | 19. REASON |
| 16. RECEIVED BY | 20. REASON |

18. DATE AND TIME RECEIVED  10/20/80
22. DATE AND TIME RECEIVED

A-000023

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT OF FLORIDA, IN AND
FOR PALM BEACH COUNTY.

CRIMINAL DIVISION.

CASE NO.   80-5327-CF

STATE OF FLORIDA

vs.

RICARDO SANCHEZ,

      Defendant.
_____/

## ORDER

This matter came before the Court upon the Defense Counsel's request.  The Defendant, having been found not guilty of Count I after jury trial in the above styled cause, it is hereby

ORDERED AND ADJUDGED that the Palm Beach County Sheriff's Office or the Clerk of Circuit Court, its Officials and Evidence Custodians are hereby authorized, directed and ordered to forthwith turn over the pistol in the above styled cause to either RICHARD W. SPRINGER, ESQUIRE or MICHAEL SALNICK, ESQUIRE of the law firm of KOHL, SPRINGER, SPRINGER & VARNER, 3003 South Congress Avenue, Suite 1-A, Palm Springs, Florida 33461.

IT IS FURTHER ORDERED that pursuant to plea negotiations as to Counts II and III, neither MR. SPRINGER nor MR. SALNICK shall turn over said item to the Defendant, RICARDO SANCHEZ, or to members of his family.

DONE AND ORDERED this 23rd day of JUNE , 1981, at West Palm Beach, Palm Beach County, Florida.

/S/ ROSEMARY BARKETT
_____
ROSEMARY BARKETT, CIRCUIT JUDGE

cc:   Richard W. Springer, Esquire
     Mike Morgan, Assistant State Attorney
     Palm Beach County Sheriff's Office

A-000924

**SHERIFF'S OFFICE**
PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

80-75071
**PROPERTY RECEIPT**
CENTRAL RECORDS

1. ☐ PROPERTY OF DECEASED (PROBATE)   2. INACTIVE FOUND PROPERTY

☒ TRIAL   ☐ LABORATORY EVIDENCE   ☐ STOLEN-RECOVERED

| 3. CASE NO. | 4. DATE TIME FOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| 80-75071 | 80 0100 | | PB14-6067 / S-I |

7. ADDRESS WHERE PROPERTY L... (Give location where property was located).
APPLIAN... NORTH WEST Bedroom W Palm Bch

| 8. DISCOVERED BY (Name) | | PHONE NO. |
|---|---|---|
| Det. Michael C... | Central Sub | |

| 9. OWNER'S NAME | | PHONE NO. |
|---|---|---|
| | | |

| ITEM 10. NO. | 11. QUANTITY | 12. VALUE | 13 DESCRIPTION |
|---|---|---|---|
| 1 | RET E owner 6 Nov 1981 | | Honda Portable Generator AK01654 OF 1102895 |
| 2 | Ret E Owner 7/3/81 | | Red Tool Box - Misc Tools Makro P. Bch M Cte U-Haul |
| 3 | Disposed of (A) 7/15/81 | | teen d Mag Wheel lug |
| 4 | T.O.T person 7/22/81 | | 22.250 cal Remington Model 700 lug |
| | | | Case closed 7/22/81 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____ I.D. NO. _____

| 14. SIGNATURE (X) | | 15. IMPOUNDING OFFICER (X) | |
|---|---|---|---|
| 15. RECEIVED BY F. Reed | | 19. REASON / | 21. DATE AND TIME RECEIVED 7/8/80 |
| 16. RECEIVED BY | | 20. REASON | 22. DATE AND TIME RECEIVED |

PBCSO 124

A-000925

WEAPON DISPOSITION

CASE # _60-7502_

    In accordance with House Bill 539, which passed into law on August 2, 1967, that states the Sheriff as Sole Custodian of all weapons, and that he shall dispose of them as provided for in Florida Statutes, Chapter 705.  If the offender is found guilty, or if the weapon or arms are not called for within six (6) months, they become the property of said Sheriff.

DESCRIPTION OF WEAPON AND SERIAL NUMBER _Remington 22cal_
_Rifle   SN 265086_
_____

Disposition of Weapon:       (check one)

_____ Destroy
____X_____ Released to Arsenal
_____ Display Board
_____ Other

Officer _Fred Mead_

Date _7/22/81_

T.O.T. Sgt. Bombard

X Sgt. CM Rawlack

3-19-80  rg

# SHERIFF'S OFFICE
## PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ PROPERTY OF DECEASED (PROBATE)    ☐ FOUND PROPERTY

☐ TRIAL    ☐ LABORATORY EVIDENCE    ☐ STOLEN-RECOVERED

| 3. CASE NO | 4. DATE TIME FOUND | 5. STORED | 6. BIN NO |
|---|---|---|---|
| 80-75071 | | | |

7. ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was impounded)

| 8. DISCOVERED BY (Name) | ADDRESS | | PHONE NO |
|---|---|---|---|

| 9. OWNER'S NAME | ADDRESS | | PHONE NO |
|---|---|---|---|
| John Holley | | | 686-7496 |

| 10. ITEM NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Honda Portable Generator AX 01854 or 1102095 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Return to Owner |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | TOTAL |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____   ID NO _____

| 14. SIGNATURE (X) | 18. IMPOUNDING OFFICER (X) | |
|---|---|---|
| 15. RECEIVED BY | 19. REASON | 21. DATE AND TIME RECEIVED |
| John Holley | | 6 Nov 1980 |
| 16. RECEIVED BY | 20. REASON | 22. DATE AND TIME RECEIVED |

RECORD'S BUREAU COPY

PBCSO 124

# SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

80-75071

## PROPERTY RECEIPT
### CENTRAL RECORDS

1 ☐ PROPERTY OF DECEASED (PROBATE)

2 ☐ FOUND PROPERTY

☐ TRIAL ☐ LABORATORY EVIDENCE ☐ STOLEN-RECOVERED

**INACTIVE**

3 CASE NO. 80-75071

4 DATE/TIME FOUND

5

6 BIN NO.

7 ADDRESS WHERE PROPERTY TAKEN (reference location where property was located)

8 DISCOVERED BY (Name) | ADDRESS | PHONE NO.

9 OWNER'S NAME | ADDRESS | PHONE NO.

| 10 ITEM NO. | 11 QUANTITY | 12 VALUE | 13 DESCRIPTION |
|---|---|---|---|
| | 1 | | Red Tool Box w/ misc tools |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____ I.D. NO. _____

14 SIGNATURE (X)

15 RECEIVED BY

16 RECEIVED BY

18 IMPOUNDING OFFICER (X)

19 OFFICER

21 DATE AND TIME

20 REASON

22 DATE AND TIME RECEIVED

RECORDS BUREAU COPY

# SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

80-75071

1. ☐ PROPERTY OF DECEASED (PROBATE)
2. ☐ FOUND PROPERTY
☐ TRIAL   ☐ LABORATORY   ☒ STOLEN-RECOVERED

3. CASE NO. 80-75071
4. DATE-TIME FOUND   5. STOLEN
6. BIN NO. KRA-50

7. ADDRESS WHERE PROPERTY WAS FOUND (give exact location where property was located):

8. DISCOVERED BY (Name)   ADDRESS   PHONE NO.

9. OWNER'S NAME   ADDRESS   PHONE NO.

| 10. ITEM NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | Pioneer Tape CB # 1081597 |
| 2 | | | Speakers |
| 3 | 1 | | Custom Sound Instrument # 02906 |
| | | | About items Received from |
| | | | Richard Sanchez - 9-18-80 |

Case Closed
Owner Unknown   80-75071
Disposed of (A)   75123
8/20/81   76407

TOTAL

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

14. SIGNATURE (X)
15. RECEIVED BY
16. RECEIVED BY

DIVISION   ID. NO.
18. IMPOUNDING OFFICER (X)
19. REASON   21. DATE AND TIME RECEIVED
20. REASON   22. DATE AND TIME RECEIVED

PBCSO 124

80-75071

## SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ PROPERTY OF DECEASED (PROBATE) ☐ FOUND PROPERTY

☐ TRIAL   ☒ LABORATORY EVIDENCE   ☐ STOLEN-RECOVERED

| 3. CASE NO. | 4. DATE TIME FOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| 80-75071 | | | PALM-50 |

7. ADDRESS WHERE PROPERTY IMPOUNDED (include exact location where property was located).
W. P. COWEN

| 8. DISCOVERED BY (Name) | ADDRESS | PHONE NO. |
|---|---|---|
| DET J ELLIOTT | PBSO CENTRAL | |

| 9. OWNER'S NAME | ADDRESS | PHONE NO. |
|---|---|---|
| | | |

| ITEM 10. NO | 11. QUANTITY | 12. VALUE | 13 DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | FIELD GUIDE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Case Closed per Det Hill Destroyed 6/23/81 |
| | | | T.O.T Det Elliott 6/23/81 |
| | | | Ret to Property 6/23/79 |
| | TOTAL | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION DETECTIVE   I.D. NO. 1276

| 14. SIGNATURE (X) | 18. IMPOUNDING OFFICER (X) |
|---|---|
| 15. RECEIVED BY | 19. REASON | 21 DATE AND TIME RECEIVED |
| 16. RECEIVED BY | 20. REASON | 22. DATE AND TIME RECEIVED |

PBCSO.124

# SHERIFF'S OFFICE
## PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
**CENTRAL RECORDS**

☐ PROPERTY OF DECEASED (PROBATE)          ☐ FOUND PROPERTY 80-75077

☐ TRIAL O 76   LABORATORY EVIDENCE   INACTIVE   ☐ STOLEN-RECOVERED

| 3 CASE NO | DATE TIME FOUND | BIN NO *M-43* |
|---|---|---|

7 ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was located)

| 8 DISCOVERED BY (Name) | ADDRESS | PHONE NO |
|---|---|---|

| 9 OWNER'S NAME | ADDRESS | PHONE NO |
|---|---|---|

| ITEM 10 NO | 11 QUANTITY | 12 VALUE | 13 DESCRIPTION |
|---|---|---|---|
| 1 | 3 | | Public Toll Statements |
| | | | |
| | | | |
| | | | |
| | | | *Case closed per Det Hill* |
| | | | *Destroyed 6/23/81* |
| | | | |
| | | | |
| | | | *To T Det Hill 4/29/81* |
| | | | |
| | | | *X Det Wm* |
| | | | *Ret to Property 4/29/81* |
| | | | |
| | | | |
| | TOTAL | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____ I.D NO _____

| 14 SIGNATURE (X) | | 18 IMPOUNDING OFFICER (X) |
|---|---|---|
| 15 RECEIVED BY | | 19 REASON | 21 DATE AND TIME RECEIVED 7/23/80 |
| 16 RECEIVED BY | | 20 REASON | 22 DATE AND TIME RECEIVED |

PBCSO 124

PROPERTY ROOM COPY

## SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

**PROPERTY RECEIPT**
CENTRAL RECORDS

80-75011

1 ☐ PROPERTY OF DECEASED (PROBATE)  2 ☐ FOUND PROPERTY

☒ TRIAL  ☐ LABORATORY EVIDENCE  ☒ STOLEN-RECOVERED

| 3 CASE NO. | 4 DATE/TIME FOUND | 5 STORED | 6 BIN NO. |
|---|---|---|---|
| 80-7597 | | | M-43 |

7 ADDRESS WHERE PROPERTY IMPOUNDED (Exact location where property was located)

| 8 DISCOVERED BY (Name) | ADDRESS | | PHONE NO. |
|---|---|---|---|
| | | | |

| 9 OWNER'S NAME | ADDRESS | | PHONE NO. |
|---|---|---|---|
| Detective Gary Hill | PBSO | | |

| 10 ITEM NO. | 11 QUANTITY | 12 VALUE | 13 DESCRIPTION |
|---|---|---|---|
| | 3 | | Envelopes of Photo TOT Dt Elliott 5/21/81 |
| | 2 | | lights cards |
| | 2 | | Tapes (statm't) (Confession) |
| | 7 | | (2) tapes used by Det A Hill on 16 June 1981 |
| | | | Case Closed per Det Hill Destroyed 6/23/81 |
| | | | TOT Det Hill 4/29/81 |
| | | | Ret to Property 4/21/81 |
| | | | TOT Det Hill 6/12/81 Ret to Property 16 June 1981 |
| | | | Det Hill |
| | TOTAL | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____ Criminal _____  ID. NO. 5203

14 SIGNATURE (X) _____

15 RECEIVED BY: _____

16 RECEIVED BY: _____

18 IMPOUNDING OFFICER (X) Detective Gary Hill

| 19 REASON | 21 DATE AND TIME RECEIVED |
|---|---|
| | 10/20/80 |
| 20 REASON | 22 DATE AND TIME RECEIVED |

PBCSO 124

SHERIFF'S OFFICE
PALM BEACH COUNTY

☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

PROPERTY RECEIPT
CENTRAL RECORDS

☐ PROPERTY OF DECEASED (PROBATE)     ☐ FOUND PROPERTY

☐ TRIAL     ☒ LABORATORY EVIDENCE     ☐ STOLEN RECOVERED

| 3. CASE NO. | 4. DATE IMPOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| | | | |

7. ADDRESS WHERE PROPERTY IMPOUNDED (Approximate location where property was located)

| 8. DISCOVERED BY (Name) | TITLE | PHONE NO. |
|---|---|---|
| DET. J. ELLIOT | PBSO CENTRAL | |
| 9. OWNER'S NAME | ADDRESS | PHONE NO. |
| | | |

| ITEM NO. | QUANTITY | VALUE | 13. DESCRIPTION |
|---|---|---|---|
| 1 | 1 | | PILLOWCASE |
| 2 | 1 | | SHEET |
| 3 | 2 | | |

Case Closed per Det Hill
Destroyed 6/23/81

Det. C. Elliott

| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION DETECTIVE     ID. NO.

14. SIGNATURE (X)

18. IMPOUNDING OFFICER (X)

| 15. RECEIVED BY | | 19. REASON | 21. DATE AND TIME RECEIVED |
|---|---|---|---|
| 16. RECEIVED BY | | 20. REASON | 22. DATE AND TIME RECEIVED |

PBCSO 12

# SHERIFF'S OFFICE
### PALM BEACH COUNTY
☐ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

80-75071

**PROPERTY RECEIPT**

CENTRAL RECORDS

☐ PROPERTY OF DECEASED (PROBATE)     ☐ FOUND PROPERTY

☐ TRIAL     ☐ LABORATORY     **INACTIVE**     ☐ STOLEN-RECOVERED

| 3. CASE NO. | 4. DATE FOUND | 5. STORED | 6. BIN NO. |
|---|---|---|---|
| 80-75071 | | | |

7. ADDRESS WHERE PROPERTY IMPOUNDED (Address where property was located)

| 8. DISCOVERED BY (Name) | ADDRESS | PHONE NO. |
|---|---|---|
| | | |

| 9. OWNER'S NAME | ADDRESS | PHONE NO. |
|---|---|---|
| Ricardo Amelia | | |

| 10. ITEM NO. | 11. QUANTITY | 12. VALUE | 13. DESCRIPTION |
|---|---|---|---|
| | 1 | | S+W 38 cal Revolver S/N C84205 |
| | 2 | | 38 cal Cartridges |
| | 1 | | Red Bandana |
| | | | |
| | | | |
| | | | Case Closed |
| | | | Returned to Mr. Salnick |
| | | | attorney per order |
| | | | signed by Judge Burett |
| | TOTAL | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION _____     I.D. NO. _____

| 14. SIGNATURE (X) | 18. IMPOUNDING OFFICER (X) | |
|---|---|---|
| 15. RECEIVED BY | 19. REASON | 21. DATE AND TIME RECEIVED |
| X Michael Salnick | State Attorney | 6/23/81 |
| 16. RECEIVED BY | 20. REASON | 22. DATE AND TIME RECEIVED |

RECORDS BUREAU COPY

PBCSO 124

PALM BEACH COUNTY SHERIFF'S OFFICE          PAGE    2
CASE NO. 99031320                    OFFENSE REPORT                    CASE NO. 99031320
                                                                DISPOSITION: INACTIVE


    OFFENSE INDICATOR: OFFENSE 1      VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: FLORIDA      RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: MINOR
INJURY TYPE(1): LACERATION
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: UNDETERMINED


VEH/VESS STATUS CODE: OFFENDERS      VEH/VESS TYPE: TRUCK / VAN
LICENSE TYPE: PASSENGER CAR
   VEH STATE LICENSE: FL    TAG YR: 1999    VEH YR: 1996
VEH LICENSE NO. ▓▓▓▓▓▓        VEH LICENSE DECAL: ▓▓▓▓▓▓
VEH MAKE: DODG
VEH COLOR: RED
VIN NUMBER: ▓▓▓▓▓▓▓▓▓


    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. Y          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? Y          SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ....... ENGELHARDT/5577

*.*

             ON 2/6/99 AT APPROX. 2345 HRS, AT 6128 S. CONGRESS AVENUE IN UNINCORP.
      LANTANA, FL, I WAS APPROACHED BY THE VICTIM, JOHN SEBEST, AN ALL ACCESS
      ENTERTAINMENT SECURITY EMPLOYEE, WHO WAS HIRED BY LDL BRONCO NIGHTCLUB FOR
      SECURITY.  JOHN STATED HE WAS UNLAWFULLY STRUCK IN THE MOUTH BY THE
      SUSPECT, LATER I.D. AS RICARDO SANCHEZ,  AS JOHN WAS ESCORTING RICARDO
      OUT OF THE CLUB.
             WITNESS, JEFFREY ELLER, AN ALL ACCESS ENTERTAINMENT SECURITY EMPLOYEE
      HAD ENTERED THE MEN'S BATHROOM AT THE ABOVE CLUB AND OBSERVED RICARDO
      AND TWO OTHER UNKNOWN INDIVIDUALS STANDING IN CLOSE PROXIMITY TO EACH
      OTHER, POSSIBLY SNORTING SUSPECT COCAINEFROM A SMALL PLASTIC BAGGIE.
      JEFF RECOVERED THE PLASTIC BAGGIE FROM ONE OF THE UNKNOWN INDIVIDUALS.
      JOHN ASSISTED JEFFREY IN ESCORTING RICARDO AND THE 2 INDIVIDUALS OUT

A-000935

Case 9:16-cv-80693-BB　Document 33-10　Entered on FLSD Docket 10/19/2016　Page 27 of 40

A-000936

PALM BEACH COUNTY SHERIFF'S OFFICE        PAGE    3
SE NO. 99031320                    OFFENSE REPORT           CASE NO. 99031320
                                                    DISPOSITION: INACTIVE

OF THE CLUB.  RICARDO INSISTED HE WANTED TO STAY AND DANCE WITH HIS
WIFE.  RICARDO RAISED HIS HAND AND BACKHANDED JOHN IN THE MOUTH, CAUSING
A LACERATION TO JOHN'S UPPER AND LOWER LIP.
     PBC FIRE RESCUE RESPONDED TO RENDER FIRST AID.   THE OTHER INDIVIDUALS
WERE GONE PRIOR  TO MY ARRIVAL.
     I MADE CONTACT WITH RICARDO IN THE PARKING LOT OF THE ABOVE NIGHTCLUB.
RICARDO APPEARED TO BE UNDER THE INFLUENCE OF AN ALCOHOLIC BEVERAGE AND/OR
A CONTROLLED SUBSTANCE.  RICARDO STATED WHEN JOHN GRABBED HIS ARM, HE
(RICARDO) RAISED HIS ARM IN AN UPWARD MOTION, STRIKING JOHNIN THE MOUTH.
     I OBSERVED RICARDO WEARING A LARGE AMOUNT OF JEWELRY UPON BOTH
HANDS, WHICH INCREASED THE LIKELIHOOD OF AN INJURY.  I ADVISED JOHN
TO CONTACT THE STATE ATTORNEY'S OFFICE FOR A MISDEMEANOR CASE FILING
RECOMMENDATION IN REFERENCE TO THIS CASE.
     I TOOK CUSTODY OF THE FOUND SUSPECTED COCAINE, SUBSEQUENTLY PLACING
THE COCAINE INTO PBSO EVIDENCE LOCKER FOR DESTRUCTION.
     THIS CASE IS INACTIVE.
D/S ENGELHARDT/5577
TRANS: 2/17/99-ANNE

printed by Employee Id #: 4940  on  March 11, 2008 11:26:44AM

Case 9:16-cv-80693-BB  Document 33-10  Entered on FLSD Docket 10/19/2016  Page 28 of 40

Case 9:16-cv-80693-BB  Document 33-10  Entered on FLSD Docket 10/19/2016  Page 29 of 40

LISTING PAGE      455  PALM BEACH COUNTY SHERIFF'S OFFICE      PAGE    2
   CASE NO. 94056276                      OFFENSE REPORT                CASE NO. 94058276
                                                              DISPOSITION: EXCEPTIONALLY CLEARED

VICTIM TYPE: BUSINESS
RESIDENCE TYPE: NOT APPLICABLE        RESIDENCE STATUS: NOT APPLICABLE
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. N          SUSPECT NAME KNOWN ?........ Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. N          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?..... N         EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?......... N

        ON 050694, AT APPROXIMATELY 1830 HOURS, THE SUSPECT'S FATHER STOPPED
    D/S GILBERT, ID 2190 AND MYSELF TO ADVISE US THAT HE WAS LOOKING FOR THE
    SUSPECT BECAUSE HE BELIEVED HE HAD STOLEN A PAIR OF SHOES FROM THE K-MART
    STORE LOCATED AT MILITARY TRAIL AND FOREST HILL BOULEVARD.  JUST AS THE
    FATHER DROVE AWAY, D/S GILBERT AND MYSELF OBSERVED THE SUSPECT HIDING IN
    THE BUSHES LOCATED AT BONNIE LANE AND GARDENETTE ROAD.
        WE STOPPED HIM AND HE ADVISED THAT HE WAS RUNNING AWAY FROM HIS FATHER
    BECAUSE HE WAS IN FEAR THAT THE FATHER WAS GOING TO BEAT HIM.  WHILE SPEAKING
    TO THE SUSPECT, THE FATHER RETURNED AND WE BEGAN TO QUESTION HIM ABOUT THE
    NEW SHOES.  AFTER HIS RIGHTS WERE READ AND IN FRONT OF HIS FATHER, HE ADVISED
    HE STOLE THE SHOES FROM THE PAYLESS SHOE STORE, LOCATED AT 4618-C FOREST HILL
    BOULEVARD.  WE TOOK POSSESSION OF THE SHOES AND TRANSPORTED THE SUSPECT TO
    THE ABOVE STORE.
        AT THAT LOCATION, THE MANAGER ADVISED THAT HE SUSPECTED THE JUVENILE OF
    THE CRIME, BUT DID NOT SEE HIM ACTUALLY TAKE THE SHOES.  AFTER HE LEFT THE
    STORE, THE MANAGER DISCOVERED AN OLD PAIR OF SHOES IN A BOX, WHICH LEAD HIM TO
    BELIEVE THAT THE SHOES WERE TAKEN.  ACCORDING TO THE SUSPECT, THE OLD SHOES
    BELONG TO HIM.  THE MANAGER ADVISED THAT HE WAS PLEASED TO HAVE THE SHOES
    RETURNED AND DID NOT WISH TO PRESS CHARGES.  THE SHOES WERE RETURNED TO THE
    MANAGER AND WERE VALUED AT APPROXIMATELY $30.
        THE JUVENILE WAS RETURNED TO HIS PARENTS AND THEY WERE ADVISED OF THE
    INCIDENT.
        THIS CASE IS EXCEPTIONALLY CLEARED.
    D/S JOHN DANDREA/ID 3186/TRANS. 051294/KLW/#9956

Case 9:16-cv-80693-BB  Document 33-10  Entered on FLSD Docket 10/19/2016  Page 30 of 40



AGG BATTERY                          *                    *                *
                                                        CODE: 130A   DATE: 03/28/93  SUNDAY
ZONE: CQ5 GRID: 5B30   DEPUTY I.D.: 4253 NAME: EGGLESTON KENNE ASSIST:    TIME O 2133 A 2139 C 2324
OCCURRED BETWEEN DATE: 03/28/93 , 2130 HOURS AND  DATE: 00/00/00 , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 6600       BOYNTON BEACH              BD    APT. NO.:
             CITY: BOYNTON BEACH            STATE: FL    ZIP:
NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: BAR / NIGHT CLUB
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: BLUNT OBJECT
OFFENSE NO. 1  FLORIDA STATE STATUTE:  784 045     CIS CODE 130A
..
NAME LIST:
    ROLE:
OTHER              JUAN AGUAYO                          DOB:           30
          SEX: M RACE: W HT:    0 WT:    0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENCIAL ADDRESS:                                  LAKE WORTH FL 0         PHONE: 407 737-8504
BUSINESS ADDRESS: UNK                                 BUSINESS PHONE: 407 965-5410
WITNESS            LUIS S AGUAYO                        DOB:           53
          SEX: M RACE: W HT:    0 WT:    0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENCIAL ADDRESS:                                  LAKE WORTH FL 0         PHONE: 407 969-3129
..
..
    OFFENSE INDICATOR: OFFENSE 1      VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY      RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: SERIOUS
INJURY TYPE(1): UNCONSCIOUS
INJURY TYPE(2): LACERATION
VICTIM RELATION: UNDETERMINED

    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?.. Y      SUSPECT NAME KNOWN ?........ Y
CAN VICTIM I.D. SUSPECT ? N       SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. Y       STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y       EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N       SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N       PROPERTY DAMAGE ?.......... N

       ON THE ABOVE LISTED DATE AND TIME I RESPONDED TO BETHESDA HOSPITAL

                                   A-000939

REFERENCE TO A WHITE MALE WITH HEAD INJURIES.  UPON ARRIVAL I CAME IN CONTACT
WITH THE VICTIM JUAN AGUAYO WHO WAS BEING TREATED IN ROOM #4 BY THE E.R.
PHYSICIAN FOR A 3" GASH ON THE RIGHT SIDE OF HIS SKULL.  THE E.R. PHYSICIAN
STATED THAT MR. AGUAYO RECEIVED A HEAVY BLOW TO THE SKULL AREA WITH A BLUNT
OBJECT WHICH CAUSED HEAVY TRAUMA TO THE AREA (3" GASH REQUIRED 12 STITCHES
AS WELL AS 6 STEEL SUTURES).
     UPON INTERVIEWING MR. AGUAYO HE STATED THAT FOR REASONS UNKNOWN AN
ACQAINTANCE AND CO-WORKER OF HIS (SUSPECT #1) RICARDO GARCIA STRUCK HIM IN
THE HEAD WITH THE HANDLE OF A POOL CUE SUBSEQUENTLY KNOCKING HIM UNCONSCIOUS.
WHEN MR. AGUAYO AWOKE RICARDO GARCIA HAD ALREADY LEFT THE AREA. MR. AGUAYO
WAS THEN DRIVEN TO BETHESDA HOSPITAL BY HIS BROTHER (WITNESS #1) LUIS
AGUAYO WHO WAS PRESENT WHEN THE ASSAULT OCCURRED.  MR. AGUAYO WAS UNABLE TO
SUPPLY ME WITH ANY FURTHER INFORMATION REGARDING THE SUSPECT EXCEPT THAT HE
WORKED AS A TRUCK DRIVER FOR MECCA FARMS (LANTANA AND TURNPIKE).
     AT 2155 HOURS A PALMS CHECK WAS CONDUCTED ON THE SUSPECT IN AN ATTEMPT
TO ASCERTAIN HIS HOME ADDRESS HOWEVER THERE WERE SEVERAL LISTINGS FOR WHITE
MALES WHICH MATCHED THE SUSPECT'S NAME AND GENERAL DESCRIPTION THEREFORE
NO FURTHER INFORMATION IS CURRENTLY AVAILABLE.
     ON 032993 CONTACT WILL BE ATTEMPTED WITH THE SUSPECT AT HIS PLACE OF
EMPLOYMENT.
     NO FURTHER INFORMATION AT THIS TIME.
O/S EGGLESTON. #4253/CC
TRANS: 040293
DICT: 032893 AT 2350 HRS.

Case 9:16-cv-80693-BB Document 33-10 Entered on FLSD Docket 10/19/2016 Page 32 of 40

LISTING PAGE        79  PALM BEACH COUNTY SHERIFF'S OFFICE        PAGE   1
CASE NO. 9345583        SUPPLEMENT   1  OFFENSE REPORT        CASE NO. 9345583
DISPOSITION: EXCEPTIONALLY CLEARED
DIVISION: DETECTIVE

AGG BATTERY                *              *              *
CODE: 130A  DATE: 05/11/93  TUESDAY
ZONE: C05 GRID:        DEPUTY I.D.: 1614 NAME: PETOWSKY WILLIA ASSIST:    TIME D 2133 A 2139 C 2324
OCCURRED BETWEEN DATE: 05/11/93 , 0000 HOURS AND  DATE: 00/00/00 , 0000 HOURS
EXCEPTION TYPE: VICTIM / WITNESS REFUSED TO COOPERATE
INCIDENT LOCATION: 8600        BOYNTON BEACH        BD  APT. NO.:
CITY: BOYNTON BEACH        STATE: FL        ZIP:
NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: BAR / NIGHT CLUB
NO. VICTIMS: 01 NO. ARRESTED: 0  FORCED ENTRY: 0 WEAPON TYPE: BLUNT OBJECT
OFFENSE NO. 1  FLORIDA STATE STATUTE: 784 045        CIS CODE 130A

NAME LIST:
ROLE:
OTHER        JUAN AGUAYO        DOB: ███████60
SEX: M RACE: W HT:   0 WT:   0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENCIAL ADDRESS: █████████████████████        LAKE WORTH FL 0        PHONE: 407 737-8504
BUSINESS ADDRESS: UNK        BUSINESS PHONE: 407 965-5410
WITNESS        LUIS S AGUAYO        DOB: ███████53
SEX: M RACE: W HT:   0 WT:   0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENCIAL ADDRESS: █████████████████        LAKE WORTH FL 0        PHONE: 407 969-3129
SUSPECT        RICARDO G SANCHEZ        DOB: ███████60
SEX: M RACE: W HT: 509 WT: 180 HR: BLACK        EYE: BROWN
RESIDENCIAL ADDRESS: █████████████████        W PALM BCH FL 33415        PHONE: 407 000-0000
BUSINESS ADDRESS: ███████████████  LANTANA        BUSINESS PHONE: 407 965-5410

OFFENSE INDICATOR: OFFENSE 1        VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY        RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: SERIOUS
INJURY TYPE(1): UNCONSCIOUS
INJURY TYPE(2): LACERATION
VICTIM RELATION: UNDETERMINED

        ON 041693 I WAS ASSIGNED THIS CASE FOR A FOLLOWUP INVESTIGATION. SEVERAL
ATTEMPTS TO MAKE CONTACT WITH THE VICTIM BY PHONE PROVED NEGATIVE. I WAS,
HOWEVER, ON 042293 ABLE TO ESTABLISH CONTACT WITH THE VICTIM BY PHONE.
        THE VICTIM SPOKE VERY LITTLE ENGLISH. WITH USE OF AN INTERPRETER IN THE
HOUSEHOLD, IT WAS DISCOVERED THAT THE INDIVIDUAL WHO ACTUALLY PERPETRATED THE
BATTERY ON THE VICTIM WAS A WHITE HISPANIC MALE BY THE NAME OF RICARDO
SANCHEZ, WITH A DOB OF 081*60.

IN SPEAKING WITH THE VICTIM, HE INDICATED TO ME THAT AS LONG AS RICARDO SANCHEZ WOULD HELP HIM PAY THE DOCTOR BILL, THAT HE WOULD NOT LEVY ANY CHARGES. CONTACT WAS MADE ON 042193 WITH RICARDO SANCHEZ AT HIS PLACE OF BUSINESS, WHICH IS LOCATED AT 7965 LANTANA ROAD, MECCA FARMS PACKING HOUSE. MR SANCHEZ ADVISED ME THAT HE HAD ALREADY HAD A CONVERSATION WITH THE VICTIM, AND THAT HE AGREED TO PAY FOR PART OF THE VICTIM'S MEDICAL EXPENSES. MR SANCHEZ FURTHER RELATED TO ME THAT THE ONLY REASON WHY THE INCIDENT OCCURRED WAS BECAUSE THE VICTIM AND THE VICTIM'S BROTHER WERE PLAYING POOL WITH THE SUSPECT'S UNCLE, WHOSE NAME IS SANTO GARCIA, WHO ALSO WORKS FOR MECCA FARMS. SUSPECT CLAIMS THAT ALL FOUR INDIVIDUALS ARE FRIENDS; HOWEVER, ON THE DAY THAT THE POOL GAME HAD TAKEN PLACE, A VERBAL CONFRONTATION HAD BROKEN OUT BETWEEN THE VICTIM AND SANTO GARCIA. THE SUSPECT STATES THAT THE VICTIM, JUAN AGUAYO, PICKED UP A POOL STICK AND BROKE IT. THE SUSPECT IN THIS CASE, RICARDO SANCHEZ, THEN PICKED UP A POOL CUE AND WENT IN DEFENSE OF HIS UNCLE AND STRUCK THE VICTIM IN THE HEAD WITH A POOL CUE.

THE SUSPECT STATED THAT HE WAS AFRAID THAT SINCE JUAN AGUAYO AND HIS BROTHER, LOUIS AGUAYO, WERE AT THE SAME LOCATION, THAT BOTH MIGHT ATTEMPT TO DO HARM TO HIS UNCLE, THAT BEING SANTO GARCIA. HE STATED RATHER THAN SEE HIS UNCLE GET HURT, HE STRUCK THE VICTIM IN THE HEAD IN ORDER TO AVERT ANY INJURY TO HIS UNCLE; BASICALLY, WHAT HE DID WAS PICK UP THE POOL CUE AND STRIKE THE VICTIM IN DEFENSE OF HIS UNCLE.

ALL PARTIES SEEMED TO BE IN AGREEMENT TO PAY FOR HALF THE MEDICAL BILLS, AND THE VICTIM IN THIS CASE DOES NOT WISH TO PRESS CHARGES. BASED ON THE ABOVE, THIS CASE WILL BE EXCEPTIONALLY CLEARED.
DET WILLIAM JOHN PETOWSKY, ID #1614
DICT: 051193/1800 HOURS
TRANS: 051193/BW



LISTING DATE    1726  P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E      PAGE    2
CASE NO. 91203185                          O F F E N S E   R E P O R T                  CASE NO. 91203185
2=01/21/92=        DISPOSITION: CLEARED BY ARREST

OFFENSE INDICATOR: OFFENSE 2      VICTIM NUMBER: 2
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY        RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: MINOR
INJURY TYPE(1): ABRASIONS / BRUISE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: ACQUAINTANCE


VICTIM NUMBER: 1
OFFENDER NUMBER: 1
INCIDENT TYPE: OFFICER ASSAULTED, MINOR INJURY
OFFICER ACTIVITY CODE: RESPONDING TO DISTURBANCE
TYPE OF ASSIGNMENT: ONE PERSON VEHICLE, ALONE
WAS OFFICER WEARING BODY ARMOR ?................... YES
DID ARMOR PREVENT SERIOUS INJURY OR FATALITY ?. NOT APPLICABLE
WAS OFFICER AWARE THAT OFFENDER HAS WEAPON ?.... NOT APPLICABLE
DID OFFENDER USE OFFICER'S WEAPON ?............. NOT APPLICABLE
WAS A FIREARM DISCHARGED BY THE OFFENDER ?...... NO
WAS FIREARM DISCHARGED BY THE OFFICER ?......... NO
WAS OFFENDER INJURED ?.......................... NO
EXTENT OF INJURIES TO OFFENDER ?............... NOT APPLICABLE
OFFICER EXPERIENCE IN YEARS .................... 1


REPORT NUMBER: 1
FLORIDA VICTIM ? Y
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ? Y           SUSPECT NAME KNOWN ?.......... Y
CAN VICTIM I.D. SUSPECT ? Y          SUSPECT LOCATION KNOWN ?...... Y
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... Y          EVIDENCE LEFT AT SCENE ?..... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?........... N
ARRESTING OFFICER ........ D/S MATTINO/ID 1726

ON 12-25-91, AT APPROXIMATELY 0130 HOURS, I RESPONDED TO 3103
SARANAC AVENUE, WESTGATE, IN REFERENCE TO SOME SORT OF DISTURBANCE.
UPON ARRIVAL, I WAS FLAGGED DOWN BY WHITE MALE, VICTIM, FRANCISCO
SOTO. SOTO DOES NOT SPEAK VERY GOOD ENGLISH AND I COULD NOT UNDERSTAND
WHAT HE WAS TRYING TO EXPLAIN TO ME. HE KEPT POINTING TO A GROUP OF
APPROXIMATELY 20 LATIN MALES AND FEMALES, AND WAS TRYING TO TELL ME
SOMETHING. I THEN WALKED OVER TO THE GROUP AND ASKED IF ANY OF THE PEOPLE
SPOKE ENGLISH. THE WHITE MALE, WHO'S NAME WAS NOT AVAILABLE BECAUSE HE
LEFT THE SCENE AFTER THE BATTERY OCCURRED, TOLD ME THAT HE DID SPEAK A

Case 9:16-cv-80693-BB Document 33-10 Entered on FLSD Docket 10/19/2016 Page 35 of 40

LISTING PAGE:     1037   PALM BEACH COUNTY SHERIFF'S OFFICE                PAGE
    CASE NO. 91203185                     OFFENSE REPORT                   CASE NO. 91203185
    ==10/31/92===                                               DISPOSITION: CLEARED BY ARREST

LITTLE ENGLISH.  WHILE I WAS ASKING HIM SOME QUESTIONS, I OBSERVED THE
DEFENDANT, RICARDO SANCHEZ, STRIKE SOTO IN THE MOUTH.  THE PUNCH CAME FROM
NO WHERE AND WITHOUT PROVOCATION.

     I STARTED TO ESCORT SANCHEZ OVER TO MY PATROL VEHICLE, EXPLAINING THAT
I NEEDED TO TALK TO HIM.  ONCE I GOT HIM TO MY PATROL VEHICLE, I ATTEMPTED
TO PLACE HIM UNDER ARREST FOR THE BATTERY ON SOTO.  AS I DID THIS, SANCHEZ
GRABBED ME BY THE SHIRT AND WOULD NOT LET GO.  SEVERAL TIMES I TRIED STRIKING
HIS HAND, BUT HE STILL HAD A HOLD OF MY UPPER SHIRT.  AT THIS POINT, I
WITHDREW MY TACTICAL ASP BATON AND STRUCK HIM IN THE LEFT KNEE.  SANCHEZ
THEN LET GO OF MY SHIRT, AND I WAS ABLE TO PLACE HIM UNDER ARREST.
SANCHEZ KEPT FIGHTING WITH ME AFTER HE WAS HANDCUFFED.  I PUT HIM ON THE
GROUND FOR HIS SAFETY, AS WELL AS MINE.  I COULD NOT PLACE HIM IN MY
PATROL VEHICLE DUE TO THE FACT THAT MY CANINE WAS IN THE BACK.  I IMMEDIATELY
CALLED FOR BACKUP AND A TRANSPORT VEHICLE.

     AS I PUT SANCHEZ ON THE GROUND, I TOLD HIM TO JUST LAY THERE UNTIL THE
TRANSPORT VEHICLE GOT THERE.  HE STATES THAT HE WOULD NOT FIGHT ME ANYMORE.
AS I GOT UP OFF OF HIM, HE KICKED ME IN MY RIGHT KNEE WITH THE HEEL OF HIS
BOOT.  SEVERAL MINUTES LATER, SGT. BRADFORD ARRIVED ON SCENE AND HELPED ME
RESTRAIN SANCHEZ.  D/S BUTTS ARRIVED IN HIS PATROL VEHICLE AND WE PLACED
SANCHEZ IN HIS VEHICLE.

     D/S BUTTS THEN TRANSPORTED SANCHEZ TO THE COUNTY JAIL, WHERE HE WAS
BOOKED ON THE CHARGES OF SIMPLE BATTERY, BATTERY ON A POLICE OFFICER, AND
RESISTING ARREST WITH VIOLENCE.

     I THEN RESPONDED TO PALM BEACH GARDENS HOSPITAL FOR TREATMENT OF MY
KNEE.  X-RAYS WERE TAKEN AND THE DIAGNOSIS WAS A BRUISED KNEE.  I WAS TREATED
AND RELEASED AT APPROXIMATELY 0630 HOURS.

     SCENE CLEARED BY ARREST.
D/S RONALD MATTINO/ID 3726/TRANS:122691/DET/##618

91203227    999

0094

Case 9:16-cv-80693-BB   Document 33-10   Entered on FLSD Docket 10/19/2016   Page 36 of 40



CENTRAL RECORD'S COPY    ARREST RECORD

| LAST NAME | FIRST NAME | MIDDLE NAME | SEX | RACE | DATE OF BIRTH | | | BOOKING NO |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | RICARDO | GARCIA | M | W | | NEW | ORIG | 90237050 |

| HEIGHT | WEIGHT | HR COL | EYE COL | COMPLEXION | POB | SOCIAL SECURITY NUMBER | OCCUPATION | DATE OF ARREST | TIME |
|---|---|---|---|---|---|---|---|---|---|
| 507 | 185 | BLA | BRO | FAIR | MX | | LABORER | 110382 | 2145 |

| ALIAS-LAST NAME | FIRST NAME | MIDDLE NAME | SCARS MARKS TATOOS | MARRIED | SINGLE | RELIGION |
|---|---|---|---|---|---|---|
| SANCHEZ | RICARDO | G | | | | CATHOLIC |

| LOCAL-ST NO | STREET | ST PR | DIREC | TR/APT/LOT | CITY | STATE | ZIP | RES CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | LANTANA | FL | 33462 | |

| PERM-ST NO | STREET | ST PR | DIREC | TR/APT/LOT | CITY | STATE | ZIP | RES CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| ARRESTED BY OFFICER | ID NO | AGCY | PLACE OF ARREST | TRANSPORTED BY OFFICER | ID NO | AGCY |
|---|---|---|---|---|---|---|
| BUTLER | 110101 | | SR 807/SR 812 | COLLINS | 1056 | 01 |

| | DETAINERS | POLICY | INCIDENT NO | CAPIAS WARRANT NO(S) | BOND |
|---|---|---|---|---|---|
| | | | | | |

| | TIME OUT | COURT | DATE | TIME | DIV |
|---|---|---|---|---|---|
| | | MP | 112282 | 1900 | U |

| RELEASE DATE | | RELEASED TO | BOND DATE | TYPE | RET DATE | BONDSMAN |
|---|---|---|---|---|---|---|
| | | | | OR | | |

| STATUTE | NCIC | CT | | CHARGE | DEY/NBY # |
|---|---|---|---|---|---|
| | 5404 | 01 | DWI 20052-KL | | |
| | 5404 | 01 | UBA 20054 KL | | |
| | 5499 | 01 | DRIVING WHILE LICENSE SUSPENDED 20053 KL | | |
| | | | | | |
| | | | | | |

| | | | FP BY | PHOTO BY | ENTER BY |
|---|---|---|---|---|---|
| | | | | | KGL |

| NAME | FIRST NAME | MIDDLE NAME | ALIAS | | COL | | | |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | RICARDO | GARCIA | N/A | | DET. | | | |

JUDGE BARKETT                                          599265            NOBLE

## JUDGMENT OF GUILT AND PLACING DEFENDANT ON PROBATION

STATE OF FLORIDA,                         In the _____ CIRCUIT _____ Court

- vs -              Plaintiff            of _____ PALM BEACH _____ County, Florida

RICARDO GARSIA SANCHEZ
                    Defendant            Case No. ___ 80-5327 CF A 02 ___

This cause coming on this day to be heard before me, and you, the defendant, RICARDO GARSIA SANCHEZ
_____, being now present before me, and you

ENTERED A PLEA OF GUILTY TO
having:  ~~ENTERED A PLEA OF NOLO CONTENDERE TO~~
         ~~BEEN FOUND GUILTY BY THE VERDICT OF A JURY OF~~
         ~~BEEN FOUND GUILTY BY THE COURT TRYING THE CASE WITHOUT A JURY OF~~

the offense of _____ COUNTS 2 & 3

          2.  GRAND THEFT

          3.  GRAND THEFT
the court hereby adjudges you to be guilty of said offense; and

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should suffer the penalty authorized by law;

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld, and that you are hereby placed on probation for a period of ___ FIVE (5) YEARS each *under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

** count to run concurrent with each other
It is further ordered that you shall comply with the following conditions of probation:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2) You will pay the State of Florida the amount of Ten Dollars ($10) per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4) You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5) You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Probation Officer.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9) Not to buy, possess, or own any dangerous weapon including but not limited to Firearm.

(10) Not to initiate directly or indirectly with victim or child except as may be ordered through divorce action, or child custody provisions.

(11) That all payments of alimony and child support ordered by civil court be paid on time.

(12) Pay hospital bills of victim in amount of $1,875.00 to Dr's. Hospital.

(13) Defendants firearm to be returned to Attorney as court ordered.

(14) Court recommends defendant not be deported.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation, you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, this the ___ 23rd ___ day of ___ JUNE ___ 19 81

SEAL

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: 12/3/81                          X _Ricardo Garcia Sanchez_
                                                Probationer
Instructed by _____

Original: Court
Copies:  Probationer
         File                                                          DC4-900A
                                                                       Rev. 7/78 JS
                                                                       RNT

ORBK 40 PAGE 1308
A-000946

80-5327-CF A02

CASE NO. ___  BOND NO. ___

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
(CRIMINAL DIVISION)

STATE OF FLORIDA
ALSO COVERS FILED IN ___
VS.

RICARDO GARCIA SANCHEZ - 191444/45
191577/76

COMMITMENT INFORMATION FOR

1. ___
2. ___

☐ Case set for trial w/ Jury ___ 19 ___ Div. ___ at ___ M. Room ___
☐ Case passed to ___ 19 ___ Div. ___ at ___ M. Room ___
☐ Bond Reduced to/Set at $ ___ ☐ ALLOW PHONE CALL
☐ One bond of $ ___ may cover this case and case(s) # ___ provided
   bondsman agrees to write one bond to cover each and every charge of each and every case.
Bond Estreated in amt. of $ ___ ☐ ___ Capias Ordered ☐ Bond set at $ ___
☐ Bond estreature of ___ vacated and set aside. ☐ Recall Capias

*** *** *** *** *** *** *** *** *** *** *** *** *** *** *** ** *** *** *** *** *** ***

☐ Case Dismissed ___ ☐ Found ☐ Adj. Not Guilty ___ ☐ Deft./Bond Discharged
☑ Pleaded/Found Guilty ☐ Nolo Contendere  Cts 2 + 3

☐ Found Guilty ☑ Adj. Guilty Cts 2 + 3
☑ Adjudication and Sentence w/held ☐ PSI Ordered ___ ☐ Deft. remanded to Sheriff, awaiting PSI, Bondable ___
☐ Nolle Prosequi Entered ___ ☐ To remain on same bond ___
   It is the Sentence of the Law that you ___ as to Count ___
☐ be confined in the Palm Beach County Jail for a term of ___ days/months/year w/credit from ___ to
   ___ Consecutive/Concurrent with ___ .
   Upon Completion of ___ , remainder of Sent. w/held & Deft. placed on prob/as set forth below.
☐ pay a fine of $ ___ ☐ pay Court Costs of $ 32 to be paid by 4:00 P.M. on thru Prob
and in default thereof, he confined in the Palm Beach County Jail for a term of ___ days/months/year.
☐ Sentence, as to count ___ , D. O. C. ___ w/credit from ___
to ___ consecutive/concurrent with ___
upon completion of ___ remainder of sent. w/held and Deft. placed on prob.
☑ Deft. placed on prob. for 5 years each count ☐ Standard ☑ Special conditions.
1) count 2 + 3 to run concurrent w/each other
2) not to buy possess or own any dangerous weapon including but not limited to firearms
3) not to initiate directly or indirectly with victim or children except as may be ordered through divorce action or child custody provision
4) That all payments of alimony + child support ordered by civil court be paid on time.
5) Pay hospital bills of victim in amount of $1,875.00 - Hospital
6) Deft's firearm to be returned to attorney as court ordered
7) Court recommends deft not be deported.

STATE OF FLORIDA PALM BEACH COUNTY

IN WITNESS WHEREOF, I have hereunto ___ and affixed the seal of this Court, on the 23
day of ___ A.D. 19 ___
I hereby certify that the foregoing is a true copy of the record in my office. JOHN B. DUNKLE, CLERK
THIS 2 DAY OF Feb 20 ___ By ___ D.C.
SHARON R. BOCK
CLERK & COMPTROLLER
By ___
DEPUTY CLERK
00947
FILE

Case 9:16-cv-80693-BB Document 33-10 Entered on FLSD Docket 10/19/2016 Page 39 of 40

PALM BEACH COUNTY SHERIFF'S OFFICE                                    PAGE 01
OFFENSE REPORT                                    CASE NO. 8079123
                                               REFERENCE CASE NO. 8075071
                                               DISPOSITION:ARREST

LARCENY-PARTS FROM VEHICLE (FELONY)          CODE:0602  DATE:09/18/80 - THURSDAY  WEATHER:
ZONE:L1   GRID:021205  DEPUTY NO.1114  ASSIST:   TIMES: DISP/0833  ARR/0833  COMP/0833

NAME/LOCATION:CASE#ASSIGNED...CHANCES R II..BELVEDERE READ (AUTO) C/PROP

TYPE OF PROPERTY TAKEN   : OFFICE EQUIPMENT                VALUE $  50
KIND OF PROPERTY RECOVERED: OFFICE EQUIPMENT               VALUE $  50

NAME LIST:
     ROLE                                                                    HAIR  EYES
ARRESTEE         RICARDO GARCIA SANCHEZ          DOB:   80 SEX/M RACE/W HT/509 WT/175 BLACK BROWN
                 RESIDENCE ADDRESS:                        WPB        FL   PHONE
VICTIM           JOHN HARVEY MCHERY             DOB:   7 SEX/M RACE/W HT/511 WT/190 BROWN HAZEL
                 RESIDENCE ADDRESS:                        WPB        FL   PHONE 689-.778
                 BUSINESS ADDRESS: SELF EMPLOYED TILE SETTER                 PHONE
EVIDENCE PROCESSED BY DET. M.GAUGER
PHOTOS BY              DET. J. ELLIOTT


          FOR COMPLETE DETAILS, REFER TO MASTER CASE NO. 80-75071.
          CASE CLEARED BY ARREST.
          DET. MICHAEL GAUGER  /VB  10/9/80

**SHERIFF'S OFFICE**
PALM BEACH COUNTY
☒ WEST PALM BEACH ☐ DELRAY BEACH ☐ BELLE GLADE ☐ PALM BEACH GARDENS

80-75123
**PROPERTY RECEIPT**
**CENTRAL RECORDS**

1 ☐ PROPERTY OF DECEASED (PROBATE)   2 ☐ FOUND PROPERTY

☒ TRIAL   ☐ LABORATORY EVIDENCE   ☒ STOLEN-RECOVERED

| 3 CASE NO. 80-75123 | 4 DATE/TIME FOUND | 5 STORED | 6 BIN NO. PBIA-49 |
|---|---|---|---|

7 ADDRESS WHERE PROPERTY IMPOUNDED (Give exact location where property was located)

| 8 DISCOVERED BY (Name) | ADDRESS | PHONE NO. |
|---|---|---|

| 9 OWNER'S NAME | ADDRESS | PHONE NO. |
|---|---|---|

| 10 ITEM NO. | 11 QUANTITY | 12 VALUE | 13 DESCRIPTION |
|---|---|---|---|
| 1 | | | Glass Plasic Brief Case |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

DIVISION ___   ID NO. ___

| 14 SIGNATURE (X) | 18 IMPOUNDING OFFICER (X) |
|---|---|
| 15 RECEIVED BY | 19 REASON | 21 DATE AND TIME RECEIVED 9/18/80 |
| 16 RECEIVED BY | 20 REASON | 22 DATE AND TIME RECEIVED |

PBCSO 124

RECORD'S BUREAU COPY
A-000949