80-5327-CF-A-02     JAIL   0   BOND NO   0 1

CASE NO.     BOND NO

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
(CRIMINAL DIVISION)

STATE OF FLORIDA
VS

ALSO COVERS FILED IN _____

RICARDO GARS? SANCHEZ 191444/45
191677/78

COMMITMENT
INFORMATION FOR

1. AGGRAVATED BATTERY.
2. GRAND THEFT.
3. GRAND THEFT.

☐ Case set for trial w/ Jury _____ 19__ Div ___ at ___ M. Room ____
☒ Case passed to _____ 19__ Div ___ at ___ M. Room ____
☒ Bond Reduced to ___ at $ _____ ☐ ALLOW PHONE CALL
☐ One bond of $ _____ may cover this case and case(s) # _____ provided
     bondsman agrees to write one bond to cover each and every charge of each and every case.

Bond Estreated in amt. of $ _____ ☐ _____ Capias Ordered ☐ Bond set at $ _____

☐ Bond estreature of _____ vacated and set aside. ☐ Recall Capias

*** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** *** ***

☐ Case Dismissed _____ ☐ Found ☐ Adj. Not Guilty _____ ☐ Deft./Bond Discharged
☐ Pleaded/Found Guilty ☐ Nolo Contendere _____

☐ Found Guilty ☐ Adj. Guilty _____
☐ Adjudication and Sentence w/held ☐ PSI Ordered ___ ☐ Deft. remanded to Sheriff awaiting PSI, Bondable ___
☐ Nolle Prosequi Entered _____ ☐ To remain on same bond _____
    It is the Sentence of the Law that you _____ as to Count _____
☐ be confined in the Palm Beach County Jail for a term of ___ days/months/year w/credit from _____ to
_____ Consecutive/Concurrent with _____
    Upon Completion of _____ remainder of Sent. w/held & Deft. placed on prob. as set forth below.
☐ pay a fine of $ _____ ☐ pay Court Costs of $ _____ to be paid by 4:00 P.M. on _____
and in default thereof, be confined in the Palm Beach County Jail for a term of _____ days/months/year.
☐ Sentence, as to count _____ D O C _____ w/credit from _____
to _____ consecutive/concurrent with _____
upon completion of _____ remainder of sent. w/held and Deft. placed on prob.
☐ Deft. placed on prob. for _____ ☐ Standard ☐ Special conditions.

Have no contact directly or
indirectly w/Victim Juana Sand?

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of this Court, on the ___
day of _____ A.D. 19__.
     (SEAL)

JOHN B. DUNKLE, CLERK

By _____ D.C.

A-000950

SHERIFF

ROUGH DRAFT

THIS ARREST MUST BE FILLED OUT BY
ARRESTING OFFICER OR TRANSPORTING OFFICER

NAME OF ARRESTED _____ ALIAS _____

PLACE ARRESTED _____

| 12-23-77 | 3:45 PM | S. Osmond | EHL | 107-2412 |
|----------|---------|-----------|-----|----------|
| ARREST DATE | ARREST TIME | ARRESTING OFFICER | AGENCY | INCIDENT # |

| CHARGE OR CHARGES | PALMS | FLA. STATUTE | NCIC CODE | OFFENSE NO. |
|-------------------|-------|--------------|-----------|-------------|
| DRIVING WHILE DRIVERS LICENSE SUSPENDED | ✓ 2106 | 3 22.34 | 322 5404 | 107-2412 |

SIGNATURE _____ ID _____ DEPARTMENT _____
ARRESTING OFFICER

SIGNATURE _____ ID _____ DEPARTMENT _____
TRANSPORTING OFFICER

DEPT.

BOOKING DESK SERGEANT ATTACH THIS
ROUGH ARREST TO FINGERPRINT CARD
OF THE ARREST.

/pi 6-19-9

A-000951

## PALM BEACH COUNTY SHERIFF'S OFFICE
## CENTRAL RECORDS
## FSS EXEMPTIONS/CONFIDENTIAL

☐   119.071(2)(c) active criminal intelligence/active criminal investigative information

☐   119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐   119.071(2)(e) confessions

☐   119.071(2)(f) confidential informants

☐   119.071(5)(g)1, Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐   365.171(15) identity of 911 caller or person requesting emergency service

☐   119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐   316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐   119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐   119.071(2)(i) assets of crime victim

☐   985.04(1) juvenile offender records

☑   119.071(5)(a)(5) social security numbers held by agency

☑   119.0712(2) personal information contained in a motor vehicle record

☐   119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐   395.3025(7)(a) and/or 456.057(7)(a) medical information

☐   394.4615(7) mental health information

☐   119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑   943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐   119.071(4)(c) undercover personnel

☐   119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐   OTHER: _____

Case number: 85543018   Clerk ID: 45940   Date: 03/11/2008

A-000952

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 4 of 58

```
* P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E *         PAGE 01
              O F F E N S E   R E P O R T                    CASE NO. 8543018  *032585*
                                                          DISPOSITION: INACTIVE
                                                          DIVISION: ROAD PATROL

AGGRAVATED BATTERY                              CODE:0804  DATE:03/17/85 - SUNDAY
ZONE:C4  GRID:005133 DEPUTY:1535  ===> R. MICHAUD        ASSIST:   TIMES: DISP/0946,APR/0946 COMP/0946
OCCURRED BETWEEN:  DATE: 03-16-85, 2030 HOURS AND  DATE: 03-16-85, 2130 HOURS

NAME/LOCATION:#ASSIGN  09500W ATLANTIC AVDB  ASSAULT

NATURE OF INJURIES/LOCATION:ABRASIONS,CHEST,BACK,FACE
WHERE VICTIM TREATED/TAKEN :BETHESDA HOSPIT                ATTENDING PHYSICIAN:
WEAPONS/MEANS OF ATTACK:OTHER DANGEROUS INSTRUMENT

VEHICLE:OFFENDERS            MAKE: FORD YEAR: 77  MODEL: THU STYLE:2 DOOR SEDAN
        COLOR:BEIGE          LIC TAG# 0        YEAR:    STATE:
LICENCE TYPE#                MISCELLANEOUS:
CAUTION:                        VIN# 00000000000000000000

NAME LIST:
    ROLE                                                                     HAIR  EYES
OTHER        ROLANDO  GARCIA  SANCHEZ          DOB:    62 SEX/M RACE/W HT/511 WT/175 BROWN BROWN
             RESIDENCE ADDRESS:                            WPB        FL   PHONE
             BUSINESS  ADDRESS: NONE                                       PHONE
VICTIM       ALEJOS SERNAJR                    DOB:    68 SEX/M RACE/W HT/506 WT/125 BLACK BROWN
             ALEJOS SERNAJR                    DOB:    68 SEX/M RACE/W HT/506 WT/125 BLACK BROWN
             RESIDENCE ADDRESS:                            BOYNTONBCH FL   PHONE
             BUSINESS  ADDRESS:                                            PHONE
OTHER        RICARDO  GARCIA  SANCHEZ          DOB:    60 SEX/M RACE/W HT/510 WT/175 BROWN BROWN
             RESIDENCE ADDRESS:                            WPB        FL   PHONE
             BUSINESS  ADDRESS: NONE                                       PHONE
```

0095

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 5 of 58

WEATHER: CLEAR
LOCATION OF CRIME: 9500 W. ATLANTIC

SOLVABILITY FACTORS:
WITNESS TO CRIME KNOWN?              Y   IS SUSPECT NAME KNOWN?                    Y
IF NO, CAN VICTIM I.D. SUSPECT?   N   SUSPECT LOCATION KNOWN?                   Y
WILL VICTIM PROSECUTE?              Y   STOLEN PROPERTY TRACEABLE?
PROPERTY DAMAGE? N        AMOUNT $ 000000000C

        ON 3/17/85 AT 0620 HOURS, I WAS BRIEFED BY SGT. LOU SESSA AND
SGT. DIFATTA AT THE DELRAY SUB STATION IN REGARDS TO A POSSIBLE HIT AND
RUN ACCIDENT WHICH HAD OCCURRED ON THE PREVIOUS DATE OF 3/16/85 IN FRONT
OF OUR LADY QUEEN OF PEACE, CATHOLIC CHURCH ON W. ATLANTIC AVENUE. MORE
SPECIFICALLY, SGT. SESSA WHO WAS WORKING THE MIDNIGHT SHIFT ON THIS DATE
OF REPORT, 3/17/85, STATED THAT AT APPROX. 0100 HOURS, HE HAD BEEN
CONTACTED BY BETHESDA HOSPITAL E.R., PERSONNEL IN REGARDS TO AN
INDIVIDUAL WHO HAD BEEN TRANSPORTED TO THE HOSPITAL, SUFFERING EXTENSIVE
INJURIES, WHICH MAY HAVE BEEN INCURRED FROM A HIT AND RUN ACCIDENT.
REGARDING TO ANY ADDITIONAL FACTS PERTAINING TO THIS ALLEGED TRAFFIC
ACCIDENT AS FAR AS THE SUSPECT VEHICLE, OR THE EXACT DATE OR TIME OF
OCCURRENCE, BETHESDA HOSPITAL CANNOT ADVISE. THEY DID HOWEVER, PROVIDE
SGT. SESSA WITH THE VICTIM'S PHONE NUMBER #732-2048.
        SGT. SESSA CONTACTED THIS NUMBER AND SPOKE WITH A LATIN FEMALE
ANGIE SERNA, WHO STATES THAT ON 3/16/85, BETWEEN 2030 AND 2100 HOURS
THAT HER SON HAD BEEN STRUCK BY A VEHICLE, WHICH FOLLOWING SAID COLLISION
HAD FLED THE SCENE. SHE STATED THAT HER SON IN THE COMPANY OF A SECOND
SUBJECT HAD BEEN WALKING EAST ON W. ATLANTIC AVENUE, APPROACHING THE
ENTRANCE TO OUR LADY QUEEN OF PEACE CHURCH, LOCATED AT 95 W. ATLANTIC
AVENUE. A VEHICLE PROCEEDING FROM WEST TO EAST HAD STRUCK HER SON, KNOCK-
ING HIM APPROX. 10 FEET INFLICTING NUMEROUS INJURIES.
        SHE WAITED FOR THE SHERIFF'S OFFICE TO BE CALLED, HOWEVER WITH NO
RESPONSE MADE, SHE TRANSPORTED HER SON TO BETHESDA HOSPITAL.
        CONCLUDING THIS PORTION OF THE INVESTIGATION, I INQUIRED AS TO THE
ALL THE IDENTIFYING FACTORS PERTAINING TO HER SON. SHE STATED THAT HIS
NAME WAS ALEJOS SERNA JR. HE IS DESCRIBED AS A W/M, (DOB 02-05-68), 5'06",
125 LBS., WITH A RESIDENT ADDRESS OF RT. #1, BOX #274, BOYNTON BEACH.
THIS IS THE ADDRESS LOCATED IN THE MECCA FARMS LABOR CAMP, LOCATED ON

S.R. #7, APPROX. ONE MILE SOUTH OF THE INTERSECTION OF BOYNTON ROAD AND
S.R. #441.  THE VICTIM IS A APPROX. 17 YOA, AND ATTENDS SANTA LUCES
HIGHSCHOOL.

I INQUIRED IF SHE HAD WITNESSED THE SAID TRAFFIC OFFENSE, AND SHE
STATED THAT SHE HAD NOT, AND THAT HER SON HAD ARRIVED AT THE CHURH SOME
5 TO 10 MINUTES PRIOR TO HER ARRIVAL AND THAT IT WAS SOMETIME WITHIN THIS
5 TO 10 MINUTE INTERVAL, THAT THE TRAFFIC OFFENSE HAD OCCURRED.

IN REGARDS TO THE SUBJECT THAT HAD BEEN ACCOMPANYING HER SON, SHE
STATED THAT IT WAS A LATIN MALE BY THE NAME OF PHILLIPE DIAZ, RESIDENT
ADDRESS OF TREVINO'S RESTAURANT.  I ALSO OBTAINED THE PHONE NUMBER FOR
THIS SUBJECT, #496-0929.

CONCLUDING MY CONVERSATION WITH THE VICTIM'S MOTHER, I CALLED
PHILLIPE DIAZ AT THE AFOREMENTIONED PHONE NUMBER.  HE STATED THAT HIS
CORRECT ADDRESS IS 9063 W. ATLANTIC AVENUE, WHICH IS THE ADDRESS TO
TREVINO'S RESTAURANT.  HAVING BRIEFED HIM ON THE NATURE OF MY INVESTIGATION
HE STATED THAT HE AND THE VICTIM HAD BEEN WALKING ON W. ATLANTIC, WHEN
THE SUSPECT VEHICLE APPROACHED, STRIKING THE VICTIM.  I QUESTIONED AS TO
A DESCRIPTION OF THE VEHICLE.  HE ADVISED THAT IT WAS A BEIGE THUNDERBIRD,
APPROX. 1977 IN YEAR WITH BLUE LIGHTS, LOCATED SOMEWHERE ON THE REAR
PORTION OF THE VEHICLE.  HE COULD NOT ADVISE OF A TAG NUMBER.

IN CONTINUING WITH MY QUESTIONING, I ASKED HIM IF HE POSSIBLY KNEW
THE OWNER OF THE VEHICLE, OR HAD EVER SEEN THE VEHICLE PRIOR TO THIS
INCIDENT.  HE STATED THAT HE BELIEVED THAT THE SUSPECT VEHICLE BELONGED
TO A LATIN MALE, ORLANDO SANCHEZ, RESIDENT ADDRESS, SOMEWHERE IN THE
WESTGATE DEVELOPMENT IN WEST PALM BEACH.

A CROSS REFERENCE OF THIS NAME IN THE PHONE DIRECTORY FAILED TO
REVEAL ANY SANCHEZS RESIDING IN WESTGATE.

I ASKED DIAZ IF HE FELT THAT THE COLLISION WAS DELIBERATE, TO WHICH
HE REPLIED, "YES".  AT THIS POINT, HE ELABORATED, STATING THAT ALLEGED
BATTERY WAS A POSSIBLY REPRISAL FOR AN ALTERCATION WHICH HAD OCCURRED
ON THE PREVIOUS NIGHT ON 3/15/85, INVOLVING THE WITNESS'S BROTHER, ALBERTO
DIAZ AND THE SUSPECT, SANCHEZ.  REGARDING SANCHEZ FOR THE PURPOSES OF THIS
REPORT, HE WILL BE LISTED AS THE SUSPECT.  IN CONTINUING, ABOUT THE
REPRISAL, HE STATED THAT IT COULD BE A CASE OF MISTAKEN IDENTITY, AS
THE WITNESS, DIAZ WAS WEARING CLOTHING BELONGING TO THE BROTHER, ALBERTO

Case 9:16-cv-80693-BB  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 6 of 58

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 7 of 58

AND THAT THE BATTERY HAD ACTUALLY BEEN DIRECTED AT ALBERTO AND NOT THE VICTIM, WITH THE VICTIM BEING A POSSIBLE INNOCENT BYSTANDER.

I QUESTIONED THE WITNESS, DIAZ, AS TO ANY VERBAL EXCHANGE, WHICH MAY HAVE OCCURRED DURING THIS BATTERY BETWEEN EITHER THE VICTIM THE WITNESS, OR OCCUPANTS OF THE SUSPECT VEHICLE. THE WITNESS STATED THAT HE HAD HEARD SOMEONE IN THE VEHICLE SAY IN SPANISH, "NOW I FINALLY GOT YOU". LET THIS REPORT REFLECT THAT THE WITNESS DID NOT SEE THE DRIVER OF THE SUSPECT VEHICLE, AND AS SUCH, THE INDIVIDUAL HE NAMED AS THE SUSPECT IS STRICTLY SPECULATIVE AND NOT SUPPORTED BY ANY FACT.

DUE TO THE FACT THAT THIS INVESTIGATION WAS OF AN EXTENSIVE NATURE, INVOLVING ADDITIONAL FOLLOW UP IN THE WESTGATE AREA, THE MATTER WAS BROUGHT TO THE ATTENTION OF SGT. CERBONE, CRIME PERSONS SUPERVISOR FOR THE DETECTIVE BUREAU. HE ASSIGNED SAID INVESTIGATION TO DET. ROD PHILLIPS #327 FOR FURTHER FOLLOW UP.

I BRIEFED DET. PHILLIPS AS TO MY FINDINGS AND PROVIDED HIM WITH THE NAME OF ORLANDO SANCHEZ AS A POSSIBLE SUSPECT IN THIS MATTER. IN REGARDS TO ANY FURTHER FOLLOW UP BY ME, PLEASE NOTE THAT PRIOR TO FINISHING MY ACTIVE PORTION OF THIS CASE, I RESPONDED TO BETHESDA HOSPITAL, WHERE I SPOKE WITH THE VICTIM, ALEJOS SERNA, TO ASCERTAIN IF HE COULD PROVIDE ME WITH ANY ADDITIONAL INFORMATION, WHICH MIGHT SOLVE THIS MATTER. HE ADVISED THAT PRIOR TO, DURING AND AFTER BEING STRUCK BY THE VEHICLE, THAT HE HAD NOT WITNESSED THE VEHICLE APPROACHING HIM, NOR COULD HE PROVIDE ANY ADDITIONAL INFORMATION PERTAINING TO THE IDENTITY OF THE SUSPECT. I INQUIRED OF HIM IF THERE WAS A DISPUTE INVOLVING HE AND THE ALLEGED SUSPECT, ORLANDO SANCHEZ, AND HE STATED THAT THERE WAS NOTHING TO THE BEST OF HIS KNOWLEDGE, HOWEVER HE WAS FAMILIAR WITH THE SUBJECT AND THAT HE IS AWARE THAT THERE CURRENTLY IS ILL FEELINGS BETWEEN THE DIAZ FAMILY AND THE SANCHEZ GROUP.

IN NOT RECEIVING ANY FURTHER PERTINENT INFORMATION, THIS CONCLUDED MY PORTION OF THIS INVESTIGATION. AT THIS TIME, THIS MATTER IS OPEN PENDING FURTHER LEADS AND DEVELOPMENTS AS ESTABLISHED BY DET. PHILLIPS.
D/S RICHARD C. MICHAUD #1535/KS/MARCH 23, 1985
*** PHILLIPE DIAZ, (17 YOA), 9003 W. ATLANTIC BLVD.
ROLE: WITNESS**********
***ORLANDO SANCHEZ, W/M (DOB UNKNOWN)
███████████████████ WPB., FLORIDA, WESTGATE
ROLE: SUSPECT*********

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 8 of 58

SUPPLEMENT    I OFFENSE REPORT                    CASE NO. 8543018  *032985*
                                         DISPOSITION: UNFOUNDED
                                         DIVISION: DETECTIVES

AGGRAVATED BATTERY                       CODE:0804  DATE:03/19/85 - TUESDAY
ZONE:C4  GRID:005133 DEPUTY:1616  ===> R. PHILLIPS        ASSIST:    TIMES: DISP/0946 APR/0946 COMP/0946
OCCURRED BETWEEN:  DATE: 03-16-85, 2030 HOURS AND  DATE: 03-16-85, 2100 HOURS

NATURE OF INJURIES/LOCATION:ABRASIONS,CHEST,BACK,FACE
WHERE VICTIM TREATED/TAKEN :BETHESDA HOSPIT               ATTENDING PHYSICIAN:
WEAPONS/MEANS OF ATTACK:OTHER DANGEROUS INSTRUMENT

VEHICLE:OFFENDERS              MAKE: FORD YEAR: 77  MODEL: THU STYLE:2 DOOR SEDAN
         COLOR:BEIGE           LIC TAG# 0        YEAR:    STATE:
LICENCE TYPE:                  MISCELLANEOUS:
CAUTION:                       VIN# 0000000000000000000

NAME LIST:
    ROLE                                                                HAIR  EYES
OTHER     ROLANDO  GARCIA  SANCHEZ              DOB:    62 SEX/M RACE/W HT/511 WT/175 BROWN BROWN
          RESIDENCE ADDRESS:                                  WPB        FL    PHONE
          BUSINESS ADDRESS: NONE                                               PHONE
VICTIM    ALEJOS SERNAJR                        DOB:    68 SEX/M RACE/W HT/506 WT/125 BLACK BROWN
          ALEJOS SERNAJR                        DOB:    68 SEX/M RACE/W HT/506 WT/125 BLACK BROWN
          RESIDENCE ADDRESS:                                  BOYNTONBCH FL    PHONE
          BUSINESS ADDRESS:                                                    PHONE
OTHER     RICARDO GARCIA  SANCHEZ               DOB:    60 SEX/M RACE/W HT/510 WT/175 BROWN BROWN
          RESIDENCE ADDRESS:                                  WPB        FL    PHONE
          BUSINESS ADDRESS: NONE                                               PHONE

ON SUNDAY 3/17/85 AT APPROX. 9:30 A.M. D/S MICHAUD CONTACTED THIS
WRITER AT HEADQUARTERS BRIEFING FACTS RELATED TO THIS INVESTIGATION,
ADVISING THAT THIS INCIDENT OCCURRED ON 3/16/85 BETWEEN 2030 HOURS AND
2100 HOURS AT 9500 WEST ATLANTIC AVE. DELRAY BEACH, THE OUR LADY QUEEN
OF PEACE CATHOLIC CHURCH, VICTIM BEING A LATIN MALE ALEJOS SERNA JR.
DOB 2/5/68, 5'6", 125, OF RT. 1 BOX 274, BOYNTON BEACH, WHICH IS ALSO
KNOWN AS MECCA FARMS WHICH IS LOCATED ONE MILE SOUTH OF BOYNTON ROAD,
PHONE 732-2648, WHO WAS STRUCK BY A VEHICLE WHILE WALKING ALONG ATLANTIC
AVE. DIRECTLY IN FRONT OF THE CHURCH, DESCRIBING THE VEHICLE AS POSSIBLY
A 77 BEIGE 'T' BIRD, BLUE LIGHTS IN THE REAR, UNKNOWN TAG NUMBER. VICTIM
WAS WALKING WITH WITNESS PHILLIP DIAZ DOB 2/9/70 OF 9065 W. ATLANTIC AVE.

HOME PHONE 495-0929.  VICTIM AND WITNESS CANNOT IDENTIFY THE DRIVER.
VEHICLE DAMAGE SHOULD BE ON THE RIGHT FRONT FENDER OR THE GRILL AREA.
    ON 3/17/85 AT APPROX. 9:55 A.M. I CONTACTED PHILLIP DIAZ AT HIS HOME,
495-0929.  DIAZ DESCRIBED THE VEHICLE AS A POSSIBLE 77 T' BIRD IN GOOD
CONDITION, A TWO DOOR, FLA. TAG UNKNOWN NUMBERS OR LETTERS, WITH TWO BLUE
LIGHTS IN THE REAR, UNKNOWN HOW MANY OCCUPANTS, OBSERVING THE REAR OF THE
VEHICLE ONLY AFTER IT HAD STRUCK THE VICTIM SERNA, ONLY SEEING THE BLUE
LIGHTS.  DIAZ SPECULATES THAT THE VEHICLE IS SIMILAR LOOKING TO ONE OWNED
BY A LATIN MALE ROLANDO SANCHEZ 22 TO 23 YOA, 5'10" TO 6' IN HEIGHT, 170
LBS, BLACK HAIR, POSSIBLY RESIDING IN THE WESTGATE AREA UNINCORPORATED WPB.
HOWEVER JUST AFTER THE ACCIDENT DIAZ FURTHER STATED THAT HE OBSERVED THE
SUSPECT VEHICLE PARKED IN A PARKING LOT AT THE CHURCH, INDICATING THAT
IT DEFINITELY WAS NOT THE SAME VEHICLE OWNED BY SANCHEZ BUT SIMILAR
LOOKING TO THE SANCHEZ VEHICLE.  WE FURTHER DISCUSSED HIS DESCRIPTION IN
DETAIL AT APPROX. 2 O'CLOCK P.M. HOURS ON 3/17/85 WHERE AT WHICH TIME DIAZ
STATED HE DID NOT SEE THE HIT AND RUN VEHICLE THAT IT WAS VERY DARK, HE
ONLY OBSERVED THE BLUE LIGHTS IN THE REAR OF THE VEHICLE AND CAN ONLY
TESTIFY THAT THE CAR WAS SIMILAR BUT DEFINITELY NOT SANCHEZ'S VEHICLE.
IT SHOULD BE NOTED THAT DIAZ'S BROTHER ALBERTO DIAZ AND SANCHEZ WERE
APPARENTLY IN A FIGHT ON FRIDAY 3/15/85 AND SPECULATED THAT SANCHEZ MAY BE
TRYING TO GET SOME TYPE OF REVENGE.  DIAZ HAS KNOWN SANCHEZ AND THE SANCHEZ
FAMILY FOR SOME TIME AND KNOWS THE EXACT DESCRIPTION OF THE SANCHEZ
VEHICLE.  WITH THIS IN MIND, DIAZ STATED THAT THIS WAS HIS REASON FOR
RELAYING THIS INFORMATION ORIGINALLY TO D/S MICHAUD.  DIAZ WAS FURTHER
QUESTIONED THAT IF HE HEARD ANY THREATS PRIOR TO OR AFTER THE ACCIDENT
STATING THAT HE HEARD NONE.  THIS IS REFERRING TO A THREAT THAT WAS
ALLEGEDLY SCREAMED IN SPANISH "I FINALLY GOT YOU".
    ON 3/17/85, 1:10 P.M., I INTERVIEWED THE VICTIM BY PHONE AT
BETHESDA HOSPITAL ROOM 412 BED 2.  VICTIM STATED THAT HE DOES NOT RECALL
TOO MUCH ABOUT THE ACCIDENT, THAT HE DID NOT SEE THE CAR NOR THE DRIVER
HE ONLY HEARD THE SOUND OF THE ENGINE PRIOR TO THE COLLISION.  THE VICTIM
RECEIVED A LACERATION TO HIS HEAD, RECEIVING APPROX. 10 TO 12 STITCHES.
VICTIM STATED THAT HE DID HEAR SCREAMS IN SPANISH PRIOR TO THE ACCIDENT
BUT NO SPECIFIC THREATS AS PREVIOUSLY MENTIONED, REFERRING TO THE SPANISH
STATEMENT "I FINALLY GOT YOU."
    ALSO ON 3/17/85 AT APPROX. 11 O'CLOCK A.M. HOURS, I CONTACTED ROLANDO
GARCIA SANCHEZ, ████████, NO WANTS OR WARRANTS, NCIC OR FCIC, AT HIS
RESIDENCE OF ███████████████████ IN WESTGATE.  SANCHEZ IS IDENTIFIED BY

Case 9:16-cv-80603-RR  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 9 of 58

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 10 of 58

\* P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E \*                     PAGE 03
SUPPLEMENT    I OFFENSE REPORT  CONTINUED    CASE NO. 8543018  \*032985\*
DISPOSITION: UNFOUNDED

FLA. D/L NUMBER [redacted] SANCHEZ WAS ADVISED OF OUR INVESTIGATION
AND AGREED TO RESPOND TO HEADQUARTERS WITH THIS WRITER TO GIVE A STATEMENT
WHICH WAS TAPED AND VOLUNTARILY TAKEN FROM SANCHEZ. OUR INTERVIEW BEGAN
AT 11:20 A.M. AND IT ENDED AT 11:56 A.M. PRIOR TO ANY QUESTIONING SANCHEZ
WAS ADVISED OF HIS MIRANDA RIGHTS. HE VOLUNTARILY SIGNED THE STANDARD PBSO
RIGHTS CARD. SANCHEZ WAS ASKED IF HE WISHED TO WAIVE HIS RIGHTS,
SPECIFICALLY THE RIGHT TO HAVE HIS ATTORNEY PRESENT AND TO REMAIN SILENT
AND AGREED TO GIVE A STATEMENT WAIVING THOSE RIGHTS. IT WAS EXPLAINED TO
SANCHEZ THAT HE WAS NOT UNDER ARREST AND THAT HE WAS FREE TO LEAVE AT ANY
TIME. SANCHEZ IS ORIGINALLY FROM MEXICO, RESIDING HERE SINCE 1973. HE
ATTENDED SCHOOL IN MEXICO, COMPLETING THROUGH THE 7TH GRADE. HE'S
PRESENTLY SEPARATED FROM HIS WIFE MARIA RICO SANCHEZ APPROX. 23 YOA,
UNKNOWN ADDRESS, POSSIBLY NOW RESIDING IN THE OHIO OR TEXAS AREA. THEY
HAVE ONE CHILD ROLANDO SANCHEZ JR., 6 YOA WHO ROLANDO SANCHEZ HAS CUSTODY
OF AT THIS TIME. SANCHEZ DENIES ANY INVOLVEMENT WHATSOEVER IN THIS
INCIDENT. WE DISCUSSED HIS WHEREABOUTS PRIOR TO AND AFTER THE TIME OF
OCCURRENCE. SANCHEZ STATED THAT HE LAST DROVE HIS CAR ON FRIDAY EVENING
ARRIVING AT A MEXICAN DANCE ON OKEECHOBEE BLVD., SPONSORED BY AND AT THE
AMERICAN LEGION, ARRIVING HOME AT APPROX. 2 O'CLOCK A.M. HOURS ON 3/16/85
PARKING HIS CAR IN THE FRONT OF HIS RESIDENCE, 2409 HIAWATHA STREET.
LATER IN THE DAY OF SATURDAY 3/16/85 AT APPROX. 1 O'CLOCK P.M. HOURS HE
WAS PICKED UP AT HIS HOME BY A FRIEND NAMED CALCUTTA WHO DROVE HIM TO THE
BAR AT THE MECCA FARMS LOCATED ON LANTANA RD. ARRIVING AT THAT BAR AT
APPROX. 2 O'CLOCK P.M. HOURS, STAYING AT THE BAR DRINKING APPROX. EIGHT
BUDWEISER BEERS, VISITING WITH FRIENDS AND RELATIVES, SPECIFICALLY AN
UNCLE SANTO GARCIA WHO WORKS AT MECCA FARMS, AND AN AUNT VICTORIA SILVA
ALSO EMPLOYED AND RESIDING AT MECCA FARMS, AND A FRIEND LATIN MALE ONLY
KNOWN TO HIM AS WILLIE. SANCHEZ STATED THAT HE DEPARTED THE BAR AT THE
MECCA FARMS AT APPROX. 10 O'CLOCK HOURS BEING DRIVEN HOME BY HIS BROTHER
RICARDO SANCHEZ. SANCHEZ WAS REQUESTED TO HAVE HIS BROTHER RICARDO SANCHEZ
GET IN CONTACT WITH THIS WRITER FOR THE PURPOSE OF TAKING A STATEMENT FROM
HIM TO CONFIRM HIS STATEMENT. SANCHEZ AGREES TO TAKE A POLYGRAPH TO PROVE
HIMSELF. SANCHEZ WAS ASKED IF HE HAD HIS CAR KEYS IN HIS POSSESSION WHILE
AT THE BAR AT MECCA FARMS. SANCHEZ BELIEVES HE LEFT HIS KEYS ON A NAIL
NEXT TO THE SHOWER WHICH IS HIS NORMAL HABIT WHEN THE CAR IS NOT IN USE.



OUR INTERVIEW ENDED AT APPROX. 11:56 P.M. HOURS WHICH WAS PLACED ON THE
FRONT OF THE MIRANDA CARD.  THIS TAPED STATEMENT AND MIRANDA CARD WILL BE
TOT'D TO EVIDENCE.

SPECIAL NOTE HERE REFERENCE TO THE ABOVE STATEMENT FROM ROLANDO
SANCHEZ. ROLANDO STATED IN THAT STATEMENT THAT THE LAST TIME HE HAD
DRIVEN HIS CAR WAS ON FRIDAY 3/15/85. THIS WAS WHEN HE DROVE THE VEHICLE
TO THE AMERICAN LEGION ON OKEECHOBEE BLVD. ARRIVING THERE AT APPROX.
11 O'CLOCK P.M., DEPARTING THERE, RESPONDING TO HIS RESIDENCE ON HIAWATHA
IN WESTGATE AT APPROX. 2 O'CLOCK A.M. HOURS ON SATURDAY 3/16/85.

ON 3/18/85 AT APPROX. 7:45 P.M. I INTERVIEWED RICARDO GARCIA SANCHEZ
B/14/60 AT PBSO HEADQUARTERS INTERVIEW ROOM. SANCHEZ RESIDES NOW AT 1230
SUWANEE DRIVE IN WESTGATE. PREVIOUS ADDRESS IS 112 E. GRACE AVE. IN *PB.
RICARDO IS IDENTIFIED BY FLA. ID ███████████ HIS S.S. # BEING ███████
███████ EMPLOYED BY INDEPENDANT SUBCONTRACTOR BOBBY GOODSON A CONCRETE
CONSTRUCTION FIRM. RICARDO SANCHEZ CORROBORATED ROLANDO SANCHEZ'S PREVIOUS
STATEMENT. RICARDO INDICATED THAT HE OBSERVED ROLANDO AND CALCUTTA DEPART
FROM HIS RESIDENCE ON FRIDAY 3/15/85 IN THE AFTERNOON HOURS. CALCUTTA WAS
DRIVING HIS VEHICLE; BEING A RED COUGAR. THEY WERE ASKING RICARDO TO ALSO
RESPOND WITH THEM TO THE MECCA FARM LABOR CAMP ON LANTANA RD. HOWVER
RICARDO DECLINED TO GO WITH THEM. RICARDO ALSO STATED THAT HE DROVE
TO THE MECCA FARM LABOR CAMP LATER THAT EVENING MAKING CONTACT WITH HIS
BROTHER ROLANDO, DEPARTING THE LABOR CAMP AT APPROX. 10 O'CLOCK P.M. HOURS.
THEIR MODE OF TRAVEL WAS IN RICARDO'S PERSONAL CAR, BEING ALSO A RED
COUGAR. OUR STATEMENT ENDED AT 7:54 P.M. RICARDO WAS ASKED PRIOR TO THE
ENDING OF THAT STATEMENT, WAS THE ABOVE STATEMENT THE TRUTH, THE WHOLE
TRUTH AND NOTHING BUT THE TRUTH. RICARDO STATED THAT IT WAS. THIS TAPED
STATEMENT WAS TOT'D TO EVIDENCE.

ON 3/18/85 I RECONTACTED D/S MICHAUD RELATING TO HIM MY FINDINGS OF
THIS INVESTIGATION BASED ON THE STATEMENT FROM PHILLIP DIAZ THAT THE
SUSPECT VEHICLE IN QUESTION IS SIMILAR TO ROLANDO SANCHEZ'S HOWEVER MR.
DIAZ STATING THAT IT WAS NOT ROLANDO SANCHEZ'S AS HE COULD IDENTIFY
ROLANDO'S VEHICLE BECAUSE HE HAD SEEN IT MANY TIMES BEFORE AND THAT
THROUGH THOSE FINDINGS I HAVE ELIMINATED ROLANDO SANCHEZ AS BEING A SUSPECT
AT THIS POINT IN TIME IN MY INVESTIGATION. IT WAS AGREED BETWEEN D/S
MICHAUD AND THIS WRITER THAT A FLA. HIGHWAY PATROL ACCIDENT REPORT WOULD
BE IN ORDER. D/S MICHAUD WILL FILE THAT UNDER A NEW CASE NUMBER AND THIS
REPORT SHOULD BE REFERRED TO THAT CASE NUMBER WHICH IS UNKNOWN AT THIS
TIME.

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 11 of 58

THIS WRITER IS DECLARING THIS CASE TO BE UNFOUNDED.
DET. ROD PHILLIPS, ID 1616/BRODEUR        TRANSCRIBED 3-28-85

**SHERIFF'S OFFICE**
PALM BEACH COUNTY
PROPERTY RECEIPT

CASE NUMBER

Date _____ Time _____ Zone _____ Type Case _____   Bin Number M-76

☐ Property of Deceased          ☐ Found Property          ☐ Stolen-Recovered
☐ Trial                          ☐ Laboratory             ☐ Destroy

Release After Processing?  ☐ Yes   ☐ No      To Whom _____

Address Where Property Impounded _____

| | NAME | | | ADDRESS | PHONE |
|---|---|---|---|---|---|
| Discovered by | | | | | |
| Owner | | | | | |
| Victim | | | | | |
| Suspect(s) include DOB | | | | | |

| ITEM # | QUANTITY | VALUE | DESCRIPTION | | |
|---|---|---|---|---|---|
| 1 | 2 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

Signature _____          Signature _____ ID _____ Division _____

| RECEIVED BY | REASON | DATE & TIME |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Final Disposition | Authority | Date & Time |
|---|---|---|

☐ WEST PALM BEACH   ☐ DELRAY BEACH   ☐ PALM BEACH GARDENS

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**CENTRAL RECORDS**
**FSS EXEMPTIONS/CONFIDENTIAL**

☐ 119.071(2)(c) active criminal intelligence/active criminal investigative information

☐ 119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐ 119.071(2)(e) confessions

☐ 119.071(2)(f) confidential informants

☐ 119.071(5)(g)1, Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐ 365.171(15) identity of 911 caller or person requesting emergency service

☐ 119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐ 316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐ 119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐ 119.071(2)(i) assets of crime victim

☐ 985.04(1) juvenile offender records

☐ 119.071(5)(a)(5) social security numbers held by agency

☑ 119.0712(2) personal information contained in a motor vehicle record

☐ 119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐ 395.3025(7)(a) and/or 456.057(7)(a) medical information

☐ 394.4615(7) mental health information

☐ 119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑ 943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐ 119.071(4)(c) undercover personnel

☐ 119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐ OTHER: _____

Case number: 8487764   Clerk ID: 4940   Date: 03/11/08

A-000963

## PALM BEACH COUNTY SHERIFF'S OFFICE
## CENTRAL RECORDS
## FSS EXEMPTIONS/CONFIDENTIAL

☐  119.071(2)(c) active criminal intelligence/active criminal investigative information

☐  119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐  119.071(2)(e) confessions

☐  119.071(2)(f) confidential informants

☐  119.071(5)(g)1,  Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐  365.171(15) identity of 911 caller or person requesting emergency service

☐  119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐  316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐  119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐  119.071(2)(i) assets of crime victim

☐  985.04(1) juvenile offender records

☐  119.071(5)(a)(5) social security numbers held by agency

☑  119.0712(2) personal information contained in a motor vehicle record

☐  119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐  395.3025(7)(a) and/or 456.057(7)(a) medical information

☐  394.4615(7) mental health information

☐  119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑  943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐  119.071(4)(c) undercover personnel

☐  119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐  OTHER: _____

Case number: 82103340  Clerk ID: 4940  Date: 03/11/08

A-000964

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 16 of 58



RELEASE DATE

**ARREST RECORD** CELL

**191677**

BUREAU OF RECORDS SOC. SEC. NO

BOOKING OFF.

SANCHEZ RICARDO GARSIA

LAST NAME | FIRST NAME | MIDDLE NAME | ALIASES CATH

WPB FLA

LOCAL ADDRESS | PERMANENT HOME ADDRESS | RELIGION

LABORER | M | W | 20 | 5-9 | 175 | BLK | BRN | MED | 1050.00

OCCUPATION | SEX | COLOR | AGE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION | BOND

IN CUSTODY PBC JAIL

PLACE ARRESTED | DATE OF BIRTH | PLACE OF BIRTH MEXICO

1135HRS 9/27/80 MW | HILL | PBSO | 5203

TIME AND DATE OF ARREST | ARRESTING OFFICER | POLICE DEPARTMENT | ID CHECK

CIT No. | 1. AUTO B&E 810.02 602 (2 counts)

CASE No | 2. POSSESSION OF STOLEN PROPERTY 812.031 1307

CAPIAS No. | 3. GRAND LARCENY 812.021 606 (2 counts)

WARRANT No. | 4. PBSO CASE #80-7F123

BOND | REF. DATE | CHARGES

SCARS MARKS DEFORMITIES TATTOOS

DETAINERS

RETURNED FROM

| | PROPERTY NO | DRUNKOMETER BY | RELEASE TO OR BONDED TO | COURT DISPOSITIONS | DATE |

MARRIED YES NO MTP ATTORNEY

317

A-000965

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 17 of 58



RELEASE DATE    ARREST RECORD   CELL    19745
BUREAU OF RECORDS           SOC. SEC. NO.   65484

SANCHEZ    RICARDO    GARCIA    aliases   [X] n/a    CATH
LAST NAME    FIRST NAME    MIDDLE NAME    ALIASES    RELIGION

WPB FLA              PERMANENT HOME ADDRESS

LABORER    M    W    20    5-9    175    BLK    BRN    MED    $10,500
OCCUPATION    SEX    COLOR    AGE    HEIGHT    WEIGHT    HAIR    EYES    COMPLEXION

IN CUSTODY PBCJ                    MEXICO
PLACE ARRESTED              DATE OF BIRTH    PLACE OF BIRTH    5203

1855 HRS 9-22-80 KJB              WILL
                        XXXXXXXX    PBSO
TIME AND DATE OF ARREST    ARRESTING OFFICER    POLICE DEPARTMENT    ID CHECK

CIT. No.        1. ATTEMPTED MURDER 782.04 904   1315

BAG No.         2. AGG BATTERY 784.021 1302    1399

CAPIAS No.      3. SHOOTING INTO OCCUPIED DWELLING 790.19 1519

WARRANT No.     4. PBSO    CASE # 80-75071    5299

BOND        PRT. DATE              CHARGES

MARKS - SCARS - DEFORMITIES - TATTOOS

FINGERS

ARRES FLOS

        RELEASE TO    COURT DISPOSITION    DATE
        OR
        BONDED TO
MARRIED    YES    NO    RTR  ATTORNEY

F L E S H A R R E S T

THIS FORM MUST BE FILLED OUT BY
BOOKING OR TRANSPORTING OFFICER

RICARDO SANCHEZ
NAME OF ARRESTED      ALIAS

PBSO Central
PLACE ARRESTED

22 Sep 80   4 PM   5203   PBSO   80-75071
ARREST DATE   ARREST TIME   ARRESTING   AGENCY   INCIDENT #
          OFFICER

CHARGE OR CHARGES      FLA. STATUTE NCIC CODE   OFFENSE NO.

| Charge | Fla. Statute | NCIC Code | Offense No. |
|---|---|---|---|
| Attempted Murder | 782.04 | | 80-7507 |
| Agg. Battery | 784.03? | | |
| Poss. w/o weapon assault dwellng | 790.19 | 1519 | |

D.H. Ley      5203      PBSO
SIGNATURE
ARRESTING OFFICER   ID    DEPARTMENT

J.S.T. Votavez   1592   PBSO
SIGNATURE      ID    DEPARTMENT
TRANSPORTING OFFICER

LOOKING DESK SERGEANT ATTACH THIS
ROUGH ARREST TO FINGERPRINT CARD
OF THE ARRESTEE.

A-000967



RELEASE DATE | ARREST RECORD CELL | 191444
BUREAU OF RECORDS | SOC. SEC. NO.

SANCHEZ | RICARDO | GARSIA | | BOOKING OFF.
LAST NAME | FIRST NAME | MIDDLE NAME | ALIASES 654841 | CATH

LOCAL ADDRESS | WPB FLA | PERMANENT HOME ADDRESS | RELIGION
LABORER | M | W | 20 | 5-9 | 175 | BLK | BRN | MED | $1,050
OCCUPATION | SEX | COLOR | AGE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION

PBSO CENTRAL SUB STATION | | MEXICO
PLACE ARRESTED | DATE OF BIRTH | PLACE OF BIRTH | BOND 5203

1855HRS 9-22-80 KJB | HILL | PBSO
TIME AND DATE OF ARREST | ARRESTING OFFICER | POLICE DEPARTMENT | ID CHECK

CI No. | 1. GRAND LARCENY 812.014 601 (F) 2377
CASE No. | 2. POSS OF STOLEN PROPERTY 812.031 1307 (F)
CARTAS No. | 3.
WARRANT No. |
BOX. _____ RET. DATE _____ | 4. PBSO CASE # 80-71197
| CHARGES

SCARS-MARKS-DEFORMITIES-TATTOOS

DETAINERS

RETURNED FROM

CRIME CODE | PROPERTY NO. | DRUNKOMETER BY | RELEASE TO OR BONDED TO | COURT DISPOSITIONS | DATE

MARRIED YES __ NO __ NTP __ ATTORNEY

A-000968

ROUGH ARREST

THIS FORM MUST BE FILLED OUT BY
ARRESTING OFFICER OR TRANSPORTING OFFICER

NAME OF ARRESTED: KICARDO SANCHEZ    ALIAS

PLACE ARRESTED: PBSO Central

ARREST DATE: 22 Sept 80    ARREST TIME: 4 PM    ARRESTING OFFICER: 5207    AGENCY: PBSO    INCIDENT #: 80-71137

| CHARGE OR CHARGES | FLA. STATUTE | NCIC CODE | OFFENSE NO. |
|---|---|---|---|
| Grand Larceny | 812.021 | 601 | 80-71137 |
| Pos. Stl. Prop | 812.03 | 1311 | |

SIGNATURE ARRESTING OFFICER: Det Kline    ID: 5207    DEPARTMENT: PBSO

SIGNATURE TRANSPORTING OFFICER: Dfs K. Cutys    ID: 1592    DEPARTMENT: PBSO

BOOKING DESK SERGEANT ATTACH THIS
ROUGH ARREST TO FINGERPRINT CARD
OF THE ARRESTEE.

NAME VERIFICATION

PRISONER'S NAME (PRINTED BY PRISONER)

SANCHEZ                    Ricardo              GARSIA
LAST NAME                  FIRST NAME           MIDDLE NAME

CAN NOT PRINT NAME

_____

_____  PLACE AN "X"

_____
DESK SERGEANT

ATTACH THIS FORM TO ARREST RECORD THAT GOES TO RECORD SECTION.

A-000970

ROUGH ARREST

| Sanchez | Ricardo | Garcia | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE 1 | MIDDLE 2 |

| W | M | ▮ | 59 | 165 | Bl | Brn | Fair |
|---|---|---|---|---|---|---|---|
| RACE | SEX | AGE | WEIGHT | HEIGHT | HAIR COLOR | EYE COLOR | COMPLEXION |

| Mexico | | Laborer | 1/3-82 | 18 |
|---|---|---|---|---|
| PCB | SOC. SEC. NO. | OCCUPATION | DATE OF ARREST | AGE |

| | | | |
|---|---|---|---|
| ALIAS-LAST NAME | FIRST NAME | MIDDLE | |

| | | Cath | |
|---|---|---|---|
| SCARS/MARKS/TATOOS | MARRIED SINGLE | RELIGION | ARMED DANG. MENTAL SUICIDAL RES ARR. |

| | | | STATE | ZIP |
|---|---|---|---|---|
| LOCAL STREET NO. | STREET | CITY | | |
| | | Havana | FL | 32466 |
| PERM STREET NO. | STREET | CITY | STATE | ZIP |

| P/o R. Butler | 1187 | 1650 | 809 3/6 812 |
|---|---|---|---|
| ARRESTING OFFICER | ID NO. | AGENCY | PLACE OF ARREST |

| P/o Vollus | | Nco 1198 | 1650 |
|---|---|---|---|
| TRANSPORTING OFFICER | ID NO. | AGENCY | |

| CHARGE OR CHARGES | PALMS | FLA. STATUTE | NCIC CODE | OFFENSE NO. |
|---|---|---|---|---|
| DWS | 2.42 | 316.193 | 5404 | 7415246 |
| DUS | 3051 | 322.34 | 5499 | 2615246 |
| DBA | 2166 | 316.193 | 5404 | 2635246 |
| | | | | B - OR |
| | | | | C - DET |

| | 1187 | 1650 |
|---|---|---|
| SIGNATURE OF ARRESTING OR TRANSPORTING OFFICER | ID NO. | DEPARTMENT |

NAME VERIFICATION

| PRISONER'S NAME | (PRINTED BY PRISONER) |
|---|---|

| Sanchez | Garcia Ricardo | |
|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE |

| | |
|---|---|
| CANNOT PRINT NAME | PLACE AN "X" |

0 0 0 0 4 9 9 7 7 9 0 5 0

1983 JUN -3 PH 8: 17

ROUGH ARREST

| | | | |
|---|---|---|---|
| Sanchez | Ricardo | GALCIA | |
| LAST NAME | FIRST NAME | MIDDLE 1 | MIDDLE 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| W | M | 59" | 185 | Black | Brown | Dark |
| RACE | SEX | HIGHT | WEIGHT | HAIR COLOR | EYE COLOR | COMPLEXION |

| | | | | | |
|---|---|---|---|---|---|
| Mexico | | | | 06/03/83 | 2001 |
| POB | SOC. SEC. NO. | | OCCUPATION | DATE OF ARREST | TIME |

| | | |
|---|---|---|
| None | | |
| ALIAS LAST NAME | FIRST NAME | MIDDLE |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Cath. | | | | |
| SCARS/MARKS/TATTOOS | MARRIED/SINGLE | RELIGION | ARMED DANG. | MENTAL | RES. | ARR. |

| | | | | |
|---|---|---|---|---|
| | | Lantana | FL | 33463 |
| LOCAL STREET NO. | STREET | CITY | STATE | ZIP CODE |

| | | | | |
|---|---|---|---|---|
| Same as above | | | | |
| PERM. STREET NO. | STREET | CITY | STATE | ZIP CODE |

| | | | |
|---|---|---|---|
| Ofs. C. Morris | 2497 | PBSO | Self Surrender |
| ARRESTING OFFICER | ID NO. | AGENCY | PLACE OF ARREST |

| | | |
|---|---|---|
| | | |
| TRANSPORTING OFFICER | ID NO. | AGENCY |

| | | | | |
|---|---|---|---|---|
| CHARGE OR CHARGES | PALMS | FLA. STATUTE | NCIC CODE | OFFENCE NO. |

Cell 426

Reported 12 Hrs. Late

| | | |
|---|---|---|
| | ID NO. | DEPARTMENT |
| SIGNATURE OF | | |
| ARRESTING OFFICER OR TRANSPORTING OFFICER | | |

NAME VERIFICATION

| | |
|---|---|
| PRISONER'S NAME | (PRINTED BY PRISONER) |

| | | |
|---|---|---|
| LOPEZ Ricardo | | |
| LAST NAME | FIRST NAME | MIDDLE |

| | |
|---|---|
| CANNOT PRINT NAME | PLACE AN "X" |

DESK SERGANT AND/OR BOOKING OFFICER

A-000972

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 24 of 58



A-000973

A-000974

1984 JUL 23 AM 3:55

ROUGH ARREST

SANCHEZ          RICARDO          GARCIA
NAME LAST        FIRST NAME       MIDDLE 1        MIDDLE 2

W    M    8/14/60   5'6"    185    BLK    BRN    DARK
RACE SEX  DOB      HEIGHT   WEIGHT HAIR COLOR EYE COLOR COMPLEXION

Mexico                      Labor    7/28/84         0:15
POB     SOC SEC NO.    OCCUPATION    DATE OF ARREST    TIME

Fla
10 Canal #
ALIAS LAST NAME          FIRST          MIDDLE

Texas Left Arm          C          Cath
SCARS/MARKS/TATOOS  MARRIED  SINGLE  RELIGION  ARMED DANGEROUS  DENTAL

1230 Seminole Dr          West Palm Beach      Fl    33405
LOCAL STREET NO.    STREET    CITY    STATE    ZIP CODE

ROC Construction    Lantana FL
NAME OF LAST KNOWN EMPLOYER    NAME OF COMPANY    ADDRESS

Same
PERM. STREET NO.    STREET    CITY    STATE    ZIP CODE

Mermaid Bar
Tom Turner          2706      P.B.S.O    Military + Sea Lane
ARRESTING OFFICER    I.D. NO.    AGENCY    PLACE OF ARREST

Tom Turner          2706      PBSO
TRANSPORTING OFFICER    I.D. NO.    AGENCY

CHARGE OR CHARGES    FAL'S    FLA. STATUTE    NCIC CODE    OFFENSE

Affray          2051      870.01      5303      84-87764

B-OR

BOND INFORMATION

_____    2706      PBSO
SIGNATURE OF ARRESTING OFFICER    I.D. NO.    DEPARTMENT
OR TRANSPORTING OFFICER

NAME VERIFICATION

PRISONER'S NAME          (PRINTED BY PRISONER)

LAST NAME          FIRST NAME          MIDDLE

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 26 of 58

ING PAGE        940  PALM BEACH COUNTY SHERIFF'S OFFICE             PAGE   1
SE NO. 98116271                    OFFENSE REPORT              CASE NO. 98116271
                                                          DISPOSITION: ZULU
                                                          DIVISION: ROAD PATROL

RMATION              *                  *                 *
                                         CODE: 9514  DATE: 08/07/98  FRIDAY
: A41 GRID: PBG     DEPUTY I.D.: 3941 NAME: HUMAN JOHN     ASSIST:     TIME D 2359 A 2359 C 0058
RRED BETWEEN DATE: 08/07/98 . 0001 HOURS AND  DATE: 08/07/98 . 2400 HOURS
PTION TYPE:
DENT LOCATION: 7000      STATE ROAD 710               APT. NO.:
       CITY: PALM BEACH GARDENS        STATE: FL      ZIP:

OFFENSES: 00 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
TION: HIGHWAY / ROADWAY
VICTIMS: 00 NO. ARRESTED:  0  FORCED ENTRY: 0


 LIST:
 ROLE:
R             RICHARDO G SANCHEZ              DOB: ▮▮▮▮▮
         SEX: M RACE: W HT: 506 WT: 250 HR: BLACK    EYE: BROWN
DENTIAL ADDRESS: ▮▮▮ ▮ ▮▮▮ ▮▮▮      WPB       FL 33413      HOME PHONE: 561 471-5241
NESS PHONE: 561 000-0000
R             PAULINO L MENDOZA              DOB: ▮▮▮▮▮
         SEX: M RACE: W HT: 505 WT: 230 HR: BLACK    EYE: BROWN
NESS PHONE: 561 000-0000

        ON 08/08/98 AT APPROXIMATELY 0001 HOURS WHILE CONDUCTING SELECTED
TRAFFIC ENFORCEMENT IN THE 7000 BLOCK OF STATE ROAD 710 I OBSERVED A RED
PICKUP TRUCK DRIVING AT A HIGH RATE OF SPEED.  I ESTIMATED THE SPEED IN AN
EXCESS OF 70 MILES AN HOUR.  TO VERIFY MY ESTIMATED SPEED, I ACTIVATED MY
STATIONARY RADAR AND RECEIVED A READING OF 72 MILES AN HOUR.  THE VEHICLE
WAS DRIVING NORTHBOUND ON STATE ROAD 710 FROM NORTHLAKE BOULEVARD.
        I EFFECTED A TRAFFIC STOP ON THE VEHICLE.  THE DRIVER IDENTIFIED HIMSELF
VERBALLY AS RICARDO M. SANCHEZ (WHITE MALE, 081460).  AS THE SUBJECT EXITED
THE VEHICLE I DETECTED A STRONG ODOR OF MARIJUANA.  AT THAT TIME I HAD THE
SUBJECT SIT ON THE TAILGATE OF HIS RED PICKUP TRUCK BEARING FLORIDA TAG
▮▮▮▮▮▮      THE OTHER OCCUPANT IN THE VEHICLE WAS IDENTIFIED BY HIS FLORIDA
DRIVER'S LICENSE AS PAULINO MENDOZA LOZANO (WHITE MALE, 061272), FLORIDA
DRIVER'S LICENSE NUMBER ▮▮▮▮▮▮▮▮.  THE PASSENGER OF THE VEHICLE,
PAULINO MENDOZA, I ALSO ASKED HIM TO EXIT THE VEHICLE AND SIT ON THE TAILGATE.
        AT THAT TIME I ASKED FOR A CANINE DOG, DRUG DETECTING DOG, TO RESPOND.
CANINE 715 FROM THE PALM BEACH COUNTY SHERIFF'S OFFICE RESPONDED TO THE AREA

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 27 of 58

DISPOSITION: ZULU

AS WELL AS D/S D. PICCIOLO OF THE PALM BEACH COUNTY SHERIFF'S OFFICE.  ALL THE
DOORS AND WINDOWS WERE ROLLED UP AND THE AIR CONDITIONING WAS TURNED OFF.
THE SUBJECTS WERE MOVED AWAY FROM THE VEHICLE AND STOOD BY MY PATROL CAR.
AS THE CANINE HANDLER WALKED THE DOG AROUND THE TRUCK THE DOG ALERTED ON THE
DRIVER'S SIDE REAR TOWARD THE REAR OF THE CAB, THE AREA LOCATED BETWEEN THE
BED OF THE TRUCK AND THE FRONT CAB.  THE DOG ALSO ALERTED IN THE BED OF THE
TRUCK ITSELF.  THE TRUCK HAD A BLACK BED LINER.  THE CANINE DOG WAS SUMMONED
TO CONFIRM MY SUSPICION OF MARIJUANA BEING INSIDE THE VEHICLE.

MYSELF, D/S PICCIOLO AND THE CANINE HANDLER THEN SEARCHED THE INTERIOR
OF THE VEHICLE AS WELL AS THE EXTERIOR OF THE VEHICLE.  A COMPLETE SEARCH OF
THE VEHICLE WAS MADE BY THIS OFFICER WHICH MET WITH NEGATIVE RESULTS.  IT
SHOULD BE NOTED FOR THE RECORD THAT THERE WERE FOUR BRAND NEW TIRES PLACED ON
THE VEHICLE.  A SMALL AMOUNT OF THE AIR WAS LET OUT OF THE TIRES.  NOTHING
COULD BE DETECTED.

THE SUBJECT WAS ISSUED A CITATION, 599588-Y, FOR UNLAWFUL SPEED, 72
MILES AN HOUR IN A 55 MILE AN HOUR POSTED SPEED ZONE, AND RELEASED AT THE
SCENE.

NOTE, THE DRIVER OF THE VEHICLE HAD $2200.00 IN UNITED STATES CURRENCY
IN LARGE BILLS ROLLED UP IN WHAT IS KNOWN TO ME AS DEALER FOLDS.  THE DRIVER
OF THE VEHICLE STATED TO ME THAT HE WAS ON HIS WAY TO TEXAS FOR APPROXIMATELY
ONE WEEK.  WHEN I SPOKE TO THE PASSENGER HE STATED TO ME THAT HE WAS GOING TO
TEXAS.  HE DIDN'T KNOW HOW LONG HE WAS GOING TO BE THERE OR WHERE HE WAS
GOING.  THE DRIVER OF THE VEHICLE STATED TO ME HE WAS GOING TO HOUSTON THEN
HE SAID HE WAS GOING TO AMARILLO.  HE KEPT CHANGING HIS STORY AS FAR AS WHERE
HE WAS GOING OR WHO HE WAS SEEING.  WHEN ASKED IF HE KNEW THE NAME OF THE
PERSON HE WAS SEEING HE SAID HIS GRANDDAUGHTER.  WHEN I ASKED HIM HOW OLD
HE WAS HE STATED TO ME THAT HE WAS THIRTY SOMETHING.  I ASKED HIM FOR AN
EXACT AGE.  HE STATED TO ME THAT HE DID NOT KNOW.  THE SUBJECT GAVE ME A
DATE OF BIRTH OF 08/14/60, WHICH WOULD MAKE HIM 37 YEARS OF AGE AS OF THIS
DATE.

DUE TO CONFLICTING STORIES, THE STRONG ODOR OF MARIJUANA, THE CANINE
DOG ALERTING, THE LARGE AMOUNT OF CURRENCY LOCATED INSIDE THE VEHICLE, THE
CURRENCY WAS REMOVED FROM THE VEHICLE BY THE VEHICLE DRIVER LOCATED UNDER-
NEATH THE DASHBOARD UNDER THE WHEEL WELL, THE SUBJECT DRIVER WAS DETAINED BY
MYSELF AND D/S PICCIOLO AND PLACED IN THE REAR OF OUR PATROL CARS FOR SAFETY.
AFTER THE SEARCH OF THE VEHICLE MET WITH NEGATIVE RESULTS, BOTH SUBJECTS WERE
UNHANDCUFFED AND RELEASED AT THE SCENE.

REPORT MADE FOR INFORMATION PURPOSES.
D/S J. HUMAN#3941
TRANS: 081198/DLE



65484

261

## Criminal Registration Form

Palm Beach County Sheriff's Office, Central Records, 3228 Gun Club Road, West Palm Beach, FL 33406

OBTS Number: 0011415007

Date: 10/8/99          FPC:                    PBSO Reg Number: 12658

Name:          RICARDO GARCIA SANCHEZ
Alias:         N/A                                              Social Security ▮▮▮▮
Address:       ▮▮▮▮▮▮▮▮▮D                                       Phone:      (561)471-5241
City:          WEST PALM BEACH              State: FL           Zip Code:   33413
Occupation:    EQUIPMENT OPERATOR           Employer: PERO FAMILY FARMS
Date of Conviction: 05/05/99                Release Date: 05/06/99
Where Convicted: PALM BEACH COUNTY          Where Confined: PALM BEACH COUNTY JAIL
Offense:       ASSAULT BATTERY LEO
Sentence:      18 MONTHS PROBATION

**PHYSICAL DESCRIPTION**   Birthdate: 08/14/60    Birthplace:   MEXICO
Race:    Other              Sex: Male            Height:   5'09"
Weight:  225                Hair: NLACK          Eyes:   BROWN
Amputations/Deformities:    N/A
Teeth: GOOD                            Facial Hair:  Mustache - Heavy
Scars/Marks/Tattoos:  TATTOO HEART LEFT ARM
Build: Medium               Complexion: Medium               Speech:  ENGLISH/SPANISH
Dress/Appearance:   CASUAL

Next of Kin: JUANA M SANCHEZ                Relationship: WIFE
Address:    ▮▮▮▮▮▮▮▮▮▮▮                                       Phone: ▮▮▮▮▮▮
City:       WEST PALM BEACH                 State: FL    Zip Code: 33413

Vehicle Description: DODGE PICK UP TRUCK                 Registration ▮▮▮▮▮▮▮

Proof of Identity: FLORIDA DRIVERS LICENSE              Number: ▮▮▮▮▮▮▮
                                                       Date:    08/14/05

Under the penalties provided by law I swear (or affirm) that the above information furnished by me
is true and correct.

_____          10/8/99
Registrant's Signature                     Date

_____          10-8-99
Registering Clerk's Signature    PBSO ID#   Date

A-000977

 

# SHERIFF
## PALM BEACH COUNTY

**ROBERT W. NEUMANN**
PALM BEACH COUNTY SHERIFF'S OFFICE
P.O. BOX 24681
WEST PALM BEACH, FL 33416-4681
(561) 688-3000

Date: 10/8/99

To whom it may concern:

This is to certify that RICARDO GARCIA SANCHEZ has complied with the Florida
State Criminal Registration Law by registering at this department.

Central Records



County

# ~~CIRCUIT~~ COURT - CRIMINAL DIVISION

## COPY REQUEST

TO: Circuit Court, Criminal Division Clerks          Date: 02-13-2008

Requested By: Lynn Frazer          Phone: 561-252-7386

Agency: McDermott Investigations          Address: P.O. Box 212979

Royal Palm Beach FL 33421

RE: Ricardo Sanchez SR          DOB: 08/14/1960
    Name of Defendant

| CASE NUMBER | ~~PC~~ | ~~INFO.~~ | CEF | SENTENCE | JUDGMENT | FINGERPRINTS | CERTIFIED |
|---|---|---|---|---|---|---|---|
| Microfiche | Date | Page | | | | | |
| 92004160MMA02 | 060194 | 17338 | ✓ | | | | X |
| ~~84011459~~ 8401159mmA02 | 100186 | 19679 | ✓ | | | | X |
| 82167002TTA02 | 120183 | 9331 | ✓ | | | | X |
| 77108460TTA02 | 090178 | 8637 | ✓ | | | | X |
| 91005487TCA02 | 8/4/92 | 193-73 | ✓ | | | | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DATE RECEIVED: _____

CLERK: _____

DATE COMPLETED: _____     A-000979

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 31 of 58

```
JJI660R1                              COUNTY/CIRCUIT COURT

                                      CRIMINAL HISTORY REPORT
  DATE 10/01/86                       HISTORY PURGE LIST
                                                                                          PG 19677
  ***********************************************************************************************************
  --------------- NAME -------------- SEX  RACE   DOB      CASE #      CIT #   ARREST  PARK TICKET *
  SANCHEZ,RICARDO,GARCIA            M   W     [REDACTED]O  84011459MM A02  138464&  00285988
    COMM                                                                            *  MISDEMEANOR OR NOT-FILED
                                                                                   ***********************************
  ADDRESS   STREET      STREET             SUF APT-            ST
  RECORDS   NUMBER  DIR NAME               FIX LOT  CITY       CD ZIPCODE   PROVINCE   COUNTRY AGCY UPDATE
                                                    WEST PALM BEACH FL 00000                  CTA  092380
                                                    WPB           FL 00000                    CTA  073084


  JIFM      DIST-LOC=001   DATE 073084 OF CASE FILING   ST-ATTY=              CODE=    DEF-ATTY=          CODE=

  FEL-MISD  AGCY=001 ARRN-DATE=082384 COURT=KK TIME=0900  PSI-DT=


  JIFA     PRAECIPE-BY=                PRAECIPE-DT=        ARRN-DT=082384 JUDGE=GARRISON   COURT=   DEF-ATTY=
  ARRAIGN.  DEF-PRES=Y ADV-RTS=082384 ARRN-PASS-TO=       TIME=    COURT=   DEF-RLSE-DT=


  JICH  01 COUNT=01 NARR=AFFRAY
  CHARGE                                                           STAT=870.01       NCIC=     NOLE-PROS-DTE=

           AMEN-DTE=        PLEA=  ADJ=   ADJ-WH=   SENT-DTE=092684 SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

           FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=  DYS=   RS=   VICTIM-CODE= O


  JISN     DTE=       SUSP=  ADJ-WH=  SENT-WH=  JUDGE-COD=   FINE=*******.00 CRT-COSTS=*******.00 CNTEMPT-COSTS=*******.00
  SENT
           PAID=*******.00 PAY-DUE-DTE=,        PAID-DTE=        BOND-FORT=*******.00 INS-FUND=*******.00  VICTIM-AID=*******.00
           SURCHARGE=*******.00    OVER-55=*******.00

           LIC-REV/SUS=  DYS=    MTHS=   SUR=  SCHOOL-TYP=   LOC=    DTE=      TIME-SER=  MTHS=   DYS=   YRS=

           PROBATION/MTHS=  DYS=   YRS=      PURGE-DTE=092686


  JINV     CODE -------------------- NARRATIVE -------------------------

           060   DEMAND FOR DISCOVERY FILED
                 BY PD, 082784
                 9/10/84 NOTICE OF DEPOSITION FILED BY PD,SUBP ISS 3
                 9/20/84 LIST OF WITNESSES FILED BY STATE

  *** CONTINUED NEXT PAGE ***
```

A-000980

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 32 of 58

```
JJI660R1                        COUNTY/CIRCUIT COURT

                                CRIMINAL HISTORY REPORT
 DATE 10/01/86                  HISTORY PURGE LIST                                    PG 19678

******************************************************************************************************
 ---------- NAME ----------    SEX  RACE  DOB    CASE #        CIT #    ARREST  PARK TICKET *
 SANCHEZ,RICARDO,GARCIA         M    W    081860  84011459MM A02  138464&  00285988           * MISDEMEANOR OR NOT-FILED
 COMM                                                                                         *************************************
```

------------------------------------------------- COMMENTS -------------------------------------------
01 FINE-DFT PRES,W/O CO,DFT FOUND N/GLTY

A-000981

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 33 of 58

JI360R1                                        COUNTY/CIRCUIT COURT

                                               CRIMINAL HISTORY REPORT
    DATE 12/01/83                              HISTORY PURGE LIST                                        PG    9331

*************************************************************************************************************
------------ NAME ------------ SEX  RACE   DOB        CASE #       CIT #     ARREST   PARK TICKET *
    SANCHEZ,RICARDO,GARCIA       M    W  [REDACTED]  82167002TT A02  26853KL  00239050          *  TRAFFIC CRIME
       COMM                                                                                     **********************************
-----------------------------------------------------------------------------------------------------------
JITB    COURT-DTE=112282 COURT=WP CONT-CTR=  DIST-LOC=001 TYPE=C VIOL-DTE=110382 OFFICER=                    ID=1188 AGCY=006
TRAFF
BASIC   COMP-FIL-DTE=110582 DEF-STAT=FL ACC=  DPS-ORD-DTE=        DPS-RET-DTE=        PRE-TRIAL-REL=   DTE=

        INFO-FIL-DTE=        TYP=  INFO-AMEN-DTE=        SUMMONS-ORD=        ISS=      SER=       RET=

        --------------------------------------------------------------------------------------------------
JITA    ARRN-WAY=Y NOLE-PROS=         DG-DTE=          VIOL-RNEA=  DTE=112282 JUDGE=HARRISON   CRT=   ATTY=PD APPTD
TRAFF
ARAIGN  DEF PRES=Y ADVIS-RITS=Y WRIT-PLEA=  PLEA=NG ADJ=    CASE-DIS=  PROOF-LIC/INSP=

        ORD-PROB-CAUS/BOOK=        PAGE=     AFF= .PSI-DTE=      PURGE-DTE=113183

        --------------------------------------------------------------------------------------------------
JICH    COUNT=01 NARR=DRIVING WHILE LIC SUSPENDED                    STAT=322.34      NCIC=       NOLE-PROS-DTE=
CHARGE
        AMEN-DTE=        PLEA=    ADJ=   ADJ-WH=   SENT-DTE=      SUSP=   WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

        FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= 0

        --------------------------------------------------------------------------------------------------
JITD    DTE-TRL-BEGAN=053183 END-DTE=053183 JUDGE=CARLISLE     CRT=BB DEF-PRES=Y ATT-PRES=Y
TRIAL
DISP    PLEA=G  ADJ=G  CASE-DISS=   BOOK=      PAGE=     DTE-PSI-ORD=      ADVISED-OF-RIGHTS=  NEGOTIATED-PLEA=Y

        --------------------------------------------------------------------------------------------------
JISN    01.DTE=053183 SUSP=  ADJ-WH=   SENT-WH=   JUDGE-COD=   FINE=*******.00 CRT-COSTS=*******.00 CNTEMPT-COSTS=*******.00
SENT
        PAID=*******.00 PAY-DUE-DTE=        PAID-DTE=051783 BOND-FORT=*******.00 INS-FUND=*******.00 VICTIM-AID=*******.00
        SURCHARGE=*******.00     OVER-55=*******.00

        LIC-REV/SUS=  DYS=   MTHS=   SUR=  SCHOOL-TYP=    LOC=    DTE=        TIME-SER=  MTHS=    DYS=10 YRS=

        PROBATION/MTHS=    DYS=   YRS=      PURGE-DTE=113183

-----------------------------------------------------------------------------------------------------------
JINV      CODE  -------------------- NARRATIVE ---------------------------

        060   DEMAND FOR DISCOVERY FILED

*** CONTINUED NEXT PAGE ***

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 34 of 58

```
JI360R1                              COUNTY/CIRCUIT- COURT

                                     CRIMINAL HISTORY REPORT
   DATE 12/01/83                      HISTORY PURGE LIST                                    PG   9332

**************************************************************************************************
----------- NAME ------------   SEX  RACE   DOB      CASE #     CIT #    ARREST  PARK TICKET *
SANCHEZ,RICARDO,GARCIA           M    W    ▮▮▮▮▮   82167002TT A02  26853KL  00239050       * TRAFFIC CRIME
   COMM                                                                                    ***********************************

JINV     CODE   --------------------- NARRATIVE ----------------------------
                BY PD, 11/23/82
   150  MOTION OF TAKING DEP FILED, SUBP ISS
                2; BY PD 2/25/83

--------------------------------------------------- COMMENTS ----------------------------------------
01 PBCJ DAYS TO BEGIN 6/3/83, @ 8:00 AM, OR 13 DAYS WORK RELE-  01 ASE PROG.
```

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 35 of 58

JI360R1

COUNTY/CIRCUIT COURT

CRIMINAL HISTORY REPORT
DATE 09/01/78                              HISTORY PURGE LIST                                    PAGE 8637

```
*********************************************************************************************************
------------- NAME -------------   SEX  RACE   DOB     CASE #      CIT #    ARREST  PARK TICKET *
SANCHEZ, RICARDO, GARCIA            M    W    [REDACTED] 77108460TT A02   496795X              * TRAFFIC CRIME
COMM                                                                              *****************************************
--------------------------------------------------------------------------------------------------------
JITB   COURT-DTE=122177 COURT=WP CONT-CTR:  DIST-LOC=001 TYPE=C VIOL-DTE=120177 OFFICER=WESS        ID=0985 AGCY=003
TRAFF
BASIC  COMP-FIL-DTE=120277 DEF-STAT=FL ACC=Y DPS-ORD-DTE=121077 DPS-RET-DTE=122177 PRE-TRIAL-REL=   DTE=

       INFO-FIL-DTE=       TYP=  INFO-AMEN-DTE=        SUMMONS-ORD=       ISS=      SER=      RET=

--------------------------------------------------------------------------------------------------------
JITA   ARRN-WAV=  NOLE-PROS=        D6-DTE=       VIOL-BUEA=N DTE=122177 JUDGE=SHALLOWAY  CRT=   ATTY=
TRAFF
ARAIGN DEF PRES=Y ADVIS-RITS=Y WRIT-PLEA=   PLEA=G  ADJ=G  CASE-DIS=  PROOF-LIC/INSP=

       ORD-PROB-CAUS/BOOK=      PAGE=     AFF=  PSI-DTE=        PURGE-DTE=083178

--------------------------------------------------------------------------------------------------------
JICH   COUNT=01 NARR=DRIVING WHILE UNDER THE INFLUENCE - ACC          STAT=316.193     NCIC=    NOLE-PROS-DTE=
CHARGE
       AMEN-DTE=       PLEA=   ADJ=   ADJ-WH=   SENT-DTE=        SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=  YRS=

       FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=  DYS=  YRS=     VICTIM-CODE= 0

--------------------------------------------------------------------------------------------------------
JICP  01 CAPIAS=   BENCH-WARR=Y JUDGE=SHALLOWAY  ORD-DTE=020878  BND-SET-AMT=000000
CAPIAS
       ISS-DTE=020878 SERV-DTE=022173 RET-DTE=022378 RECALLED-DTE=

--------------------------------------------------------------------------------------------------------
JISR  02 TYP-HEARING=0 TRIAL=  WAV-JRY=       SPEEDY-TRIAL-WAV=      REG=       DATE=022478 TIME=0930 CRT=22 PRI=99 MAX-DYS=
SCHED
       MOT-DEADLINE=      D/ATTY=        COD=     S/ATTY=         COD=       RESET-DTE=      TIME=     CRT=

--------------------------------------------------------------------------------------------------------
JISN   DTE=122177 SUSP=  ADJ-WH=  SENT-WH=  JUDGE-COD=24 FINE=*****45.00 CRT-COSTS=*****5.00 CNTEMPT-COSTS=*******.00
SENT
       PAID=*****50.00 PAY-DUE-DTE=011878 PAID-DTE=022478 BOND-FORT=*******.00 INS-FUND=*******.00  VICTIM-AID=*******.00

       LIC-REV/SUS=R DYS=90 MTHS=  SUR=Y SCHOOL-TYP=   LOC=   DTE=       TIME-SER=  MTHS=   DYS=  YRS=

       PROBATION/MTHS=  DYS=  YRS=    PURGE-DTE=083178

*** CONTINUED NEXT PAGE ***
```

A-000984

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 36 of 58

J1360R1

DATE 09/01/78

********************************************************************************************************************

| ------------ NAME ------------ | SEX | RACE | DOB | CASE # | CIT # | ARREST | PARK TICKET | * | |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ, RICARDO, GARCIA | M | W | ██████ | 77108460TT A02 | 496795X | | | * | TRAFFIC CRIME |
| COMM | | | | | | | | | |

*******************************************

------------------------------------------------------------- COMMENTS -------------------------------------------

01 FAILURE TO PAY FINE                                          02 1/31/78 EN PAIS SHALLOWAY-ISS RULE TO SHOW CAUSE FOR FAILURE
02 TO ATTEND AIDE, RET ABOVE DATE

STATE OF FLORIDA : PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office.
THIS ___ DAY OF _March_, 20_08_
SHARON R. BOCK
CLERK & COMPTROLLER

BY _____
DEPUTY CLERK

A-000985

Case 9:16-cv-80693-BB  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 37 of 58

```
JJI660R1                                COUNTY/CIRCUIT COURT

                                       CRIMINAL HISTORY REPORT
   DATE 08 01 92                        HISTORY PURGE LIST                                           PG 17373

***********************************************************************************************************
   -------------- NAME -------------  SEX  RACE  DOB      CASE #      CIT #   ARREST  PARK TICKET *
   SANCHEZ,RICARDO,GARCIA             M    W     ██ ██    91005487TC A02 25526UD           01      *  TRAFFIC CRIME
      COMM                                                                                         ***********************************
-----------------------------------------------------------------------------------------------------------
DRIVERS  CURRENT                  CURR  PREVIOUS              PREV
LICENSE  NUMBER                   STATE NUMBER                STATE OPERATOR
                                                             FL
-----------------------------------------------------------------------------------------------------------
ADDRESS  STREET      STREET             SUF APT-            ST
RECORDS  NUMBER  DIR NAME               FIX LOT CITY        CD ZIPCODE   PROVINCE   COUNTRY AGCY UPDATE
                █E     ██████████        DR   WEST PALM BEACH FL 00000                     CTA  092380
             1  █.█████████              █    WPB            FL 00000                     CTA  073084
                █                             WPB            FL 33415                     CCC  021292


   --------------------------------------------------------------------------------------------------------
JITB   COURT-DTE=021991 COURT=KK CONT-CTR=  DIST-LOC=001 TYPE=C VIOL-DTE=020391 OFFICER=            ID=3761 AGCY=00600050291
TRAFF
BASIC  COMP-FIL-DTE=020791 DEF-STAT=FL ACC=  DPS-ORD-DTE=       DPS-RET-DTE=       PRE-TRIAL-REL=  DTE=

       INFO-FIL-DTE=        TYP=  INFO-AMEN-DTE=


   --------------------------------------------------------------------------------------------------------
JITA   ARRN-WAY=  NOLE-PROS=       D6-DTE=       VIOL-BUFA=  DTE=       JUDGE=          CRT=  ATTY=
TRAFF
ARAIGN DEF PRES=  ADVIS-RITS=  WRIT-PLEA=  PLEA=  ADJ=  CASE-DIS=  PROOF-LIC/INSP=

       ORD-PROB-CAUS/BOOK=     PAGE=    AFF=  PSI-DTE=       PURGE-DTE=070192


   --------------------------------------------------------------------------------------------------------
JICH   COUNT=01 NARR=VIOLATION OF RESTRICTION ON DRIVER LIC            STAT=322.16       NCIC=     NOLE-PROS-DTE=
CHARGE
       AMEN-DTE=        PLEA=    ADJ=   ADJ-WH=   SENT-DTE=       SUSP=   WHELD=  TIME-SER=  MTHS=  DYS=  YRS=

       FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= 0


   --------------------------------------------------------------------------------------------------------
JITD   DTE-TRL-BEGAN=040391 END-DTE=040391 JUDGE=EVANS        CRT=   DEF-PRES=Y ATT-PRES=Y
TRIAL
DISP   PLEA=NC ADJ=G  CASE-DISS=   BOOK=     PAGE=     DTE-PSI-ORD=       ADVISED-OF-RIGHTS=  NEGOTIATED-PLEA=Y


   --------------------------------------------------------------------------------------------------------
JISN  01 DTE=040391 SUSP=  ADJ-WH=  SENT-WH=  JUDGE-COD=01 FINE=****150.00 CRT-COSTS=******5.00 CNTEMPT-COSTS=*******.00
SENT
       PAID=****232.50 PAY-DUE-DTE=000000 PAID-DTE=062591 BOND-FORT=*******.00 INS-FUND=*******.00  VICTIM-AID=******7.50
        SURCHARGE=****20.00   OVER-55=*******.00    REHAB=*******.00  HANDICAP=*******.00       D6=*******.00

       LIC-REV/SUS=  DYS=    MTHS=   SUR=  SCHOOL-TYP=SC  LOC=0001 DTE=      TIME-SER=  MTHS=   DYS=   YRS=

       PROBATION/MTHS=02 DYS=   YRS=    PURGE-DTE=070192
-----------------------------------------------------------------------------------------------------------
*** CONTINUED NEXT PAGE ***                         A-000986
```

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 38 of 58

```
JJI660R1                              COUNTY/CIRCUIT COURT

                                      CRIMINAL HISTORY REPORT
 DATE 08 01 92                         HISTORY PURGE LIST                                              PG 17374

 *****************************************************************************************************
 ------------ NAME ------------ SEX  RACE  DOB        CASE #      CIT #     ARREST  PARK TICKET *
 SANCHEZ,RICARDO,GARCIA          M    W    ████ ███  91005487TC A02  25526UD       01           *  TRAFFIC CRIME
     COMM                                                                                       ***********************************

 JINV      CODE  -------------------- NARRATIVE ----------------------

          050    STAT OF PART,ANS TO DEMAND FOR RECIP DISC,
          050    DEMAND FOR NOTICE ALIBI,LIST STATE WIT
                   FILED BY STATE ON 3/14/91.
                 4/8/91 PROB ORDER FILED
                 5/21/91 AFFIDAVIT VIOLATION OF PROB FILED, PRELIM HRG SCHEDULED.
                 5/24/91 AMENDED PROB ORDER FILED.
                 070191 WRITTEN ORDER (EVANS) VOP W/DRAWN & DISMISSED,NOTICE OF
                 HEARING RECALLED, PROB TERMINATED.

 ----------------------------------------------- COMMENTS -----------------------------------------------
 01 ADV DDC SCHOOL
```

A-000987

# CIRCUIT COURT - CRIMINAL DIVISION

## COPY REQUEST

TO: Circuit Court, Criminal Division Clerks

Date: 02-13-2008

Requested By: Lynn Frazer

Phone: 561-252-7386

Agency: McDermott - Investigations    Address: P.O. Box 212979

Royal Palm Beach FL 33421

RE: Ricardo Sanchez Sr     DOB: 08-14-1960
Name of Defendant

not rec'vd

| CASE NUMBER | PC | INFO. | CEF | SENTENCE | JUDGMENT | FINGERPRINTS | CERTIFIED |
|---|---|---|---|---|---|---|---|
| 2005CF014223Axx | X | ✓ | | | | | |
| 1999CF004965Axx | X | ✓ | | X | X | X | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DATE RECEIVED: _____

CLERK: _____

DATE COMPLETED: _____

A-000988

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 40 of 58

LISTING PAGE 940 P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE   1
CASE NO. 98116271                    O F F E N S E   R E P O R T               CASE NO. 98116271
                                                                    DISPOSITION: ZULU
                                                                    DIVISION: ROAD PATROL

INFORMATION                    *                    *                    *
                                            CODE: 9514  DATE: 08/07/98  FRIDAY
ZONE: A41 GRID: PBG    DEPUTY I.D.: 3941 NAME: HUMAN JOHN     ASSIST:    TIME D 2359 A 2359 C 0058
OCCURRED BETWEEN DATE: 08/07/98 , 0001 HOURS AND  DATE: 08/07/98 , 2400 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 7000        STATE ROAD 710                    APT. NO.:
        CITY: PALM BEACH GARDENS            STATE: FL       ZIP:

NO. OFFENSES: 00 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: HIGHWAY / ROADWAY
NO. VICTIMS: 00 NO. ARRESTED:  0  FORCED ENTRY: 0


NAME LIST:
  ROLE:
OTHER                    RICHARDO G SANCHEZ                    DOB: ███████
        SEX: M RACE: W HT: 506 WT: 250 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: ███████████████████        WPB        FL 33413        HOME PHONE: 561 471-5241
BUSINESS PHONE: 561 000-0000
OTHER                    PAULINO L MENDOZA                    DOB: ████/72
        SEX: M RACE: W HT: 505 WT: 250 HR: BLACK    EYE: BROWN
BUSINESS PHONE: 561 000-0000


        ON 08/08/98 AT APPROXIMATELY 0001 HOURS WHILE CONDUCTING SELECTED
TRAFFIC ENFORCEMENT IN THE 7000 BLOCK OF STATE ROAD 710 I OBSERVED A RED
PICKUP TRUCK DRIVING AT A HIGH RATE OF SPEED. I ESTIMATED THE SPEED IN AN
EXCESS OF 70 MILES AN HOUR. TO VERIFY MY ESTIMATED SPEED, I ACTIVATED MY
STATIONARY RADAR AND RECEIVED A READING OF 72 MILES AN HOUR. THE VEHICLE
WAS DRIVING NORTHBOUND ON STATE ROAD 710 FROM NORTHLAKE BOULEVARD.
        I EFFECTED A TRAFFIC STOP ON THE VEHICLE. THE DRIVER IDENTIFIED HIMSELF
VERBALLY AS RICARDO M. SANCHEZ (WHITE MALE, 081460). AS THE SUBJECT EXITED
THE VEHICLE I DETECTED A STRONG ODOR OF MARIJUANA. AT THAT TIME I HAD THE
SUBJECT SIT ON THE TAILGATE OF HIS RED PICKUP TRUCK BEARING FLORIDA TAG
████████. THE OTHER OCCUPANT IN THE VEHICLE WAS IDENTIFIED BY HIS FLORIDA
DRIVER'S LICENSE AS PAULINO MENDOZA LOZANO (WHITE MALE, 061272), FLORIDA
DRIVER'S LICENSE NUMBER ████████████. THE PASSENGER OF THE VEHICLE,
PAULINO MENDOZA, I ALSO ASKED HIM TO EXIT THE VEHICLE AND SIT ON THE TAILGATE.
        AT THAT TIME I ASKED FOR A CANINE DOG, DRUG DETECTING DOG, TO RESPOND.
CANINE 715 FROM THE PALM BEACH COUNTY SHERIFF'S OFFICE RESPONDED TO THE AREA

0009

DISPOSITION: ZULU

AS WELL AS D/S D. PICCIOLO OF THE PALM BEACH COUNTY SHERIFF'S OFFICE. ALL THE DOORS AND WINDOWS WERE ROLLED UP AND THE AIR CONDITIONING WAS TURNED OFF. THE SUBJECTS WERE MOVED AWAY FROM THE VEHICLE AND STOOD BY MY PATROL CAR. AS THE CANINE HANDLER WALKED THE DOG AROUND THE TRUCK THE DOG ALERTED ON THE DRIVER'S SIDE REAR TOWARD THE REAR OF THE CAB, THE AREA LOCATED BETWEEN THE BED OF THE TRUCK AND THE FRONT CAB. THE DOG ALSO ALERTED IN THE BED OF THE TRUCK ITSELF. THE TRUCK HAD A BLACK BED LINER. THE CANINE DOG WAS SUMMONED TO CONFIRM MY SUSPICION OF MARIJUANA BEING INSIDE THE VEHICLE.

MYSELF, D/S PICCIOLO AND THE CANINE HANDLER THEN SEARCHED THE INTERIOR OF THE VEHICLE AS WELL AS THE EXTERIOR OF THE VEHICLE. A COMPLETE SEARCH OF THE VEHICLE WAS MADE BY THIS OFFICE WHICH MET WITH NEGATIVE RESULTS. IT SHOULD BE NOTED FOR THE RECORD THAT THERE WERE FOUR BRAND NEW TIRES PLACED ON THE VEHICLE. A SMALL AMOUNT OF THE AIR WAS LET OUT OF THE TIRES. NOTHING COULD BE DETECTED.

THE SUBJECT WAS ISSUED A CITATION, 599588-Y, FOR UNLAWFUL SPEED, 72 MILES AN HOUR IN A 55 MILE AN HOUR POSTED SPEED ZONE, AND RELEASED AT THE SCENE.

NOTE, THE DRIVER OF THE VEHICLE HAD $2200.00 IN UNITED STATES CURRENCY IN LARGE BILLS ROLLED UP IN WHAT IS KNOWN TO BE AS DEALER FOLDS. THE DRIVER OF THE VEHICLE STATED TO ME THAT HE WAS ON HIS WAY TO TEXAS FOR APPROXIMATELY ONE WEEK. WHEN I SPOKE TO THE PASSENGER HE STATED TO ME THAT HE WAS GOING TO TEXAS. HE DIDN'T KNOW HOW LONG HE WAS GOING TO BE THERE OR WHERE HE WAS GOING. THE DRIVER OF THE VEHICLE STATED TO ME HE WAS GOING TO HOUSTON THEN HE SAID HE WAS GOING TO AMARILLO. HE KEPT CHANGING HIS STORY AS FAR AS WHERE HE WAS GOING OR WHO HE WAS SEEING. WHEN ASKED IF HE KNEW THE NAME OF THE PERSON HE WAS SEEING HE SAID HIS GRANDDAUGHTER. WHEN I ASKED HIM HOW OLD HE WAS HE STATED TO ME THAT HE WAS THIRTY SOMETHING. I ASKED HIM FOR AN EXACT AGE. HE STATED TO ME THAT HE DID NOT KNOW. THE SUBJECT GAVE ME A DATE OF BIRTH OF 08/14/60, WHICH WOULD MAKE HIM 37 YEARS OF AGE AS OF THIS DATE.

DUE TO CONFLICTING STORIES, THE STRONG ODOR OF MARIJUANA, THE CANINE DOG ALERTING, THE LARGE AMOUNT OF CURRENCY LOCATED INSIDE THE VEHICLE, THE CURRENCY WAS REMOVED FROM THE VEHICLE BY THE VEHICLE DRIVER LOCATED UNDERNEATH THE DASHBOARD UNDER THE WHEEL WELL. THE SUBJECT DRIVER WAS DETAINED BY MYSELF AND D/S PICCIOLO AND PLACED IN THE REAR OF OUR PATROL CARS FOR SAFETY. AFTER THE SEARCH OF THE VEHICLE MET WITH NEGATIVE RESULTS, BOTH SUBJECTS WERE UNHANDCUFFED AND RELEASED AT THE SCENE.

REPORT MADE FOR INFORMATION PURPOSES.

D/S J. HUMAN#3941
TRANS: 081198/DLE

Case 9:16-cv-80693-BB  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 41 of 58

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 42 of 58

```
                 P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E       PAGE    1
    CASE NO. 05129273                     O F F E N S E   R E P O R T              CASE NO. 05129273
                                                               DISPOSITION: CLEARED BY ARREST
                                                               DIVISION: ROAD PATROL


AGG BATTERY                        *               *               *
SIGNAL CODE: 31     CRIME CODE: 1  NON CRIME CODE:     CODE: 130A  11/06/05      SUNDAY
ZONE: C12 GRID: 5B12   DEPUTY I.D.: 6638 NAME: EVANS JAMES     ASSIST:    TIME D 2046 A 2050 C 2106
OCCURRED BETWEEN DATE: 11/06/05 , 2030 HOURS AND  DATE: 11/06/05 , 2130 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 7888     S  MILITARY            TL   APT. NO.: 5
            CITY: LAKE WORTH              STATE: FL     ZIP: 33463


NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARKING LOT / GARAGE
NO. VICTIMS: 01 NO. ARRESTED:  1  FORCED ENTRY: 0 WEAPON TYPE: KNIFE / CUTTING INSTRUMENT


OFFENSE NO. 1  FLORIDA STATE STATUTE:  784 045      CIS CODE 130A

NAME LIST:
    ROLE:
ARRESTEE               RICARDO G SANCHEZ              DOB:     /1960
            SEX: M RACE: W HT: 509 WT: 235 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS                 RD         WPB         FL 33413      HOME PHONE:561 471-5241
PERMANENT ADDRESS:               CR APT.    WPB        FL
BUSINESS PHONE: 561 373-1012
VICTIM  NO. 001        JOSE A VALDEZ                 DOB:     /1981
            SEX: M RACE: W HT: 509 WT: 190 HR: BLACK   EYE: BROWN
RESIDENTIAL  ADDRESS:                         LAKE WORTH FL 33463      HOME PHONE:561 966-9738
BUSINESS PHONE: 561 000-0000
WITNESS                LUDIVINA B SALINAS             DOB:     /1983
            SEX: F RACE: W HT: 506 WT: 170 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS:                 T. 5    LAKE WORTH FL 33463      HOME PHONE:561 966-3728
BUSINESS  ADDRESS:               , LAKE WORTH, FL 33461        BUSINESS PHONE:561 202-0063
WITNESS                VIRGINIA VALDEZ               DOB:     /1946
            SEX: F RACE: W HT: 506 WT: 180 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS:                        LAKE WORTH FL 33463      HOME PHONE:561 966-3728
BUSINESS PHONE: 561 000-0000


-------------------------------------------------------------------------------------------------
                          printed by Employee Id #: 4940  on  March 11, 2008 11:18:03AM
-------------------------------------------------------------------------------------------------
```

A000991

**PALM BEACH COUNTY**
**SHERIFF'S OFFICE**

3228 Gun Club Road • P.O. Box 24681 • West Palm Beach, FL 33416-481 • (561) 688-3000 • http://www.pbso.org

**THIS COMPLIES WITH FLORIDA STATUTE §960.001/VICTIM ASSISTANCE ACT**

# VICTIM/WITNESS RIGHTS AND CASE INFORMATION FORM

(PLEASE PRINT ONLY)

DATE: 11-6-05   TIME: 21ω   PBSO CASE REPORT #: 05129273

SIGNAL #: 31   TYPE OF OFFENSE: Agg Battery

REPORTING OFFICER: J. Evans   ID #: 6634

OFFICER'S TELEPHONE #: (561) 688 3400   DIST./BUREAU/SECTION: RPU

(Check One Only):   ☑ VICTIM   ☐ WITNESS   ☐ COMPLAINANT

1. Name: Joseph Valdez   DOB: ▮▮▮▮▮

2. ▮▮▮▮▮▮▮▮▮▮▮ ▮

City: _____   State: FL   Zip Code: 33462

3. Telephone: ▮▮▮▮▮   Work ( ___ ) _____   Other ( ___ ) _____

4. Total Number of Victim(s): 1

5. Is it a Domestic Violence Act ........................................................... ☑ Yes ☐ No

   a) Repeat violence ...................................... Received by ....................... ☐ Yes ☑ No

   b) Related Case Numbers: _____ NOV 0 8 2005

6. Response to 911 Call ................................. Central Records .......... ☑ Yes ☐ No

7. Violation of Restraining Order .................................................... ☐ Yes ☑ No

8. Act committed in presence of minor(s) ....................................... ☑ Yes ☐ No

9. Injuries present ............................................................................ ☑ Yes ☐ No

10. Weapons used or present (specify) Michete ........................... ☐ Yes ☐ No

11. Victim(s) transported to shelter ............................................... ☐ Yes ☑ No

12. EMS called (specify company) AMI .......................................... ☑ Yes ☐ No

13. Victim(s) transported to hospital ☑ Yes ☐ No   by: ☐ EMS ☐ N/A ☐ Other _____

14. Rights and remedies packet given to victim ........................... ☐ Yes ☐ No

15. Suspect arrested ..................................................................... ☑ Yes ☐ No

Deputy's comments: _____

_____

D/S Signature: _____   I.D. # 1978   Date: 11-6-05

CENTRAL RECORDS
A-000992

Page 1 of 1

**PALM BEACH COUNTY SHERIFF'S OFFICE**

☑ WITNESS   ☐ VICTIM   ☐ OTHER

# STATEMENT
### Please complete in full detail

| Date of Statement: | Month: 11 | Day: 06 | Year: 05 | Time: 2100 | |
|---|---|---|---|---|---|

| Offense: AGG. BATTERY (DOMESTIC) | Agency Case #: 05-129273 | Received by |
|---|---|---|

| Date of Offense: | Month: 11 | Day: 04 | Year: 05 | Time: 2030 | Suspect/Arrestee: Last: | First: | Middle: |
|---|---|---|---|---|---|---|---|

NOV 0 8 2005
Central Records

Location of Offense: _____ Lake Worth 33463   Zone:

| Name: (Witness/Victim) Last: Salinas   First: Ludivina   Middle: B | Age: 21 | D.O.B.: ___ 63 | Race: W | Sex: F |
|---|---|---|---|---|

| Address: Res.: | Zip: 33463 | Phone: _____ 3728 |
|---|---|---|

| Address: Bus.: | Zip: 33461 | Phone: ____ 0063 |
|---|---|---|

I, __Ludivina B. Salinas__ do hereby voluntarily make the following statement without threat, coercion, offer of benefit or favor by any persons whomsoever.

Come back from grocery shopping, neighbor told us that Ricardo was peeling at in front of my house Lot #5. Ricardo went by, I told him that this is not his neighborhood to be peeling at. he told me fuck you, Jose came and said not to be talking to me like that. Thats when his mother come at (Virginia Valdez) not sure what was said, Ricardo then threw a beer bottle broke went on his (Jose's) mother, Jose got mad got his bat and hit his truck. Ricardo got his masherdy at started to swing at Jose, he (Jose) was swinging back and then thats where he got cut ~~Ricardo~~ I was screaming for Jose uncle to come at to help Jose, that's when Jose ran towards his uncles house and I seen his arm bleeding Ricardo took off ~~bent~~ not sure if he headed towards North on military trail. Jose and I got in the car heading to Bethesda calling the police, they told me to go to (woolbright) and Military at Station 41.

| I have received the Victim's Rights package: | Initial: | I will testify in court: ☑ Yes ☐ No | Initial: S |
|---|---|---|---|

| Sworn To and Subscribed Before Me, This: 6 Day of Nov year 2005 | I will prosecute criminally: ☑ Yes ☐ No | Initial: S |
|---|---|---|

Deputy Sheriff ☑   Notary Public ☐   FSS 117.10

Signature: _____ 7729

I Swear/Affirm the Above and/or Attached Statements are Correct and True.

Signature: Ludivina Salinas

PBSO #0194 REV. 10/01

RECORDS COPY
A-000993

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**STATE OF FLORIDA COUNTY OF PALM BEACH**

Received by
NOV 0 6
Central Records

_11-06-05_ , 20 _05_ , I, _Jose A. Valdez_
(DATE)                              (PRINT VICTIM'S NAME)

tve received a copy of the **NOTICE OF LEGAL RIGHTS AND REMEDIES** available

_C. Fleming_ 7729   I.D. # _7729_   PBSO CASE NUMBER _05-129273_
(NAME OF ASSISTING DEPUTY)

_Signature_ of Victim                    D/S Signature                                         7729
                                                                                          I.D.Number

Yes - As a victim of sexual battery (FSS 794.011), harassment (FSS 784.048(2)) domestic violence, aggravated child abuse (FSS 827.03), aggravated stalking FSS 784.048(3)(4)),or aggravated battery (FSS 784.045), I do hereby request that my name, home and employment telephone number, home and employment dress, and personal assets be redacted from any records requested pursuant to public records request for a period of five (5) years from the date noted on this

A-000994

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**PROPERTY RECEIPT**

OTHER AGENCY & CASE #

PBSO CASE # 05-129273

| Date 110605 | Time | Zone C | Type Case Agg. Battery (Domestic) | LOC Number 1/18 |
|---|---|---|---|---|

☐ Drugs   ☐ Firearms   ☒ Photo Lab   ☐ Stolen - Recovered
☐ Toxicology   ☐ Crime Scene   ☐ Lost Property   ☒ Trial
☐ Serology/DNA   ☐ Latent Prints   ☐ Property of Deceased   ☐ Destroy

Send Report To: D/S Evans W038   Division: R P
Release After Processing per F.S.S. 90.91?   ☐ Yes   ☒ No   ☐ To Whom

Photographed by & I.D. # D/S Brooks 6730
Address Where Property Recovered: 2817 Seacrest Blvd. Boynton Bch. Fl.

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | Evans W038 | | | | 3228 Gun Club Rd | 688-3000 |
| Owner | PBSO | | | | '' '' | '' '' |
| Victim | Valdez, Jose A | | ■ 81 | W/M | ■ LW Fl 33463 ■ | 7738 |
| Suspect(s) | Sanchez, Ricardo G | | ■ | W/M | ■ WPB Fl 33413 ■ | 524? |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 1 | 1.- | Polaroid picture |
| 2 | 3 | 1.- | 3 casette tapes in envelopes. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: _____   I.D. # 643   Div. ___

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| _____ 4520 | SFBL TO HQ | 1/10/06 11:15 |
| | | |
| | | |
| | | |

DISTRICT 4   PAGE 1 OF 1

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| | OTHER AGENCY & CASE # | PBSO CASE # |
|---|---|---|
| | | 05-129273 |

| Date | Time | Zone | Type Case | LOC Number |
|---|---|---|---|---|
| 11/06/05 | | C | Agc. Battery (Domestic) | T/98 |

☐ Drugs  ☐ Firearms  ☐ Photo Lab  ☐ Stolen - Recovered
☐ Toxicology  ☐ Crime Scene  ☐ Lost Property  ☒ Trial
☐ Serology/DNA  ☐ Latent Prints  ☐ Property of Deceased  ☐ Destroy

Send Report To: H.S. Evans  W038  Division: RP

Release After Processing per F.S.S. 90.91?  ☐ Yes  ☒ No  ☐ To Whom

INACTIVE

Photographed by & I.D. # D/S Brooks  6730

Address Where Property Recovered: 2817 Seacrest Blvd, Boynton Bch FL

| | Name | Date | D.O.B. | Race/Sex | Address | | Phone |
|---|---|---|---|---|---|---|---|
| Discovered by | Evans W038 | | | | 3228 Gun Club Rd | | 688-3000 |
| Owner | PBSO | | | | " " | " | " " |
| Victim | Valdez, Jose A | | 81 | W/H | | DW FL 33463 | |
| Suspect(s) | Sanchez, Riccardo G | | 60 | W/M | | WPB FL 33413 | |

Type of Analysis Requested (attach Crime Lab Information Form)

DESTROYED
DEC 7 2006
BY CW

| Item # | Qty. | Value | Description of Property | |
|---|---|---|---|---|
| 1 | 1 | 1.— | Polaroid pictures | |
| 2 | 3 | 1.— | 3 casette tapes in evelopes. | |

DEC 12 2006

Palm Beach Sheriff's Office  Case# 05-129273  Sub# 001

IK80F1P60T81K0
(1) Polaroid Picture, (2) Cassette tapes in envelopes.

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Support Personnel as defined in F.S.S. 943.10.

Print Name: _____  I.D. # 698  Div. VR

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| 4934 | STBR for AC | 1/10/06 11:15 |
| Sgt. 2725 | Discovery | 3/27/06 0845 |
| 5396 | SCB | 3-27-06 0931 |

DISTRICT  4  PAGE 1 OF 1

PBSO #0148 REV. 7/98

EVIDENCE COPY
A-000996

PALM BEACH COUNTY SHERIFF'S OFFICE

CASE NO. 02027403
OFFENSE REPORT
CASE NO.

DISPOSITION: ZULU
DIVISION: ROAD PATROL

NEIGHBOR TROUBLE                    *                    *                    *
SIGNAL CODE: 39    CRIME CODE:    NON CRIME CODE: NB   CODE: 9539  02/01/02    FRIDAY
ZONE: B12 GRID: 3B35   DEPUTY I.D.: 6568 NAME: TRAMONTE MICHAE ASSIST: .   TIME D 2134 A 2143
OCCURRED BETWEEN DATE: 02/01/02 , 1600 HOURS AND  DATE:          , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 5796        COCONUT              RD   APT. NO.:
           CITY: WPB                      STATE: FL    ZIP:

NO. OFFENSES: 00 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: RESIDENCE - SINGLE FAMILY
NO. VICTIMS: 00 NO. ARRESTED:  0  FORCED ENTRY: 0


NAME LIST:
    ROLE:
OTHER                RICARDO G SANCHEZ            DOB: ██████/1960
           SEX: M RACE: W HT: 509 WT: 235 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS: ████   ██████   ██        WPB        FL 33413      HOME PHONE:56
PERMANENT ADDRESS: ████    ██████   ██████      WPB        FL
BUSINESS PHONE: 561 000-0000
OTHER                GUY ADAY            .        DOB: ██████ 1976
           SEX: M RACE: W HT:    0 WT:    0 HR: UNKNOWN   EYE: UNKNOWN
RESIDENTIAL  ADDRESS: █████   ████████   ██      WPB        F  0          HOME PHONE:56
BUSINESS PHONE: 561 000-0000
OTHER                ALLISON BARBA                DOB: 0██████ 971
           SEX: F RACE: W HT:    0 WT:    0 HR: UNKNOWN   EYE: UNKNOWN
RESIDENTIAL  ADDRESS: ████   ██████   █          WPB        FL 0          HOME PHONE:56
BUSINESS PHONE: 561 000-0000

*.*
        ON 2-1-02 AT APPROXIMATELY 2155 HOURS, I RESPONDED TO THE ADDRESS OF
    5796 COCONUT ROAD, REFERENCE NEIGHBOR TROUBLE.
        I MET WITH COMPLAINANT, GUY ADAY.  MR. ADAY REPORTED, EARLIER TODAY
    THERE WAS A PROBLEM WHERE HIS ROOMMATE, ALLISON BARBA DOG, A WHITE PIT BULL
    GOT OUT OF THEIR YARD, AND ATTACKED AND KILLED THE NEIGHBOR'S DOG AT
    5778 COCONUT ROAD.  MR. ADAY SAID, AFTER ANIMAL CONTROL AND EVERYTHING WAS
    TAKEN CARE OF AND THEY DID THEIR REPORT, RICARDO SANCHEZ THE HOMEOWNER AT
    5778 COCONUT ROAD AND THE OWNER OF THE SMALL DOG KILLED, MADE A COMMENT TO
    MR. ADAY HE WAS PLANNING ON KILLING MS. BARBA'S DOG.  MR. ADAY WAS KIND OF

A-000997

PALM BEACH COUNTY SHERIFF'S OFFICE
CASE NO. 02027403                    OFFENSE REPORT                    CASE NO.

DISPOSITION: ZULU

WORRIED ABOUT MR. SANCHEZ'S COMMENTS, AND WASN'T SURE IF HE PLANNED ON
HURTING THEM AS WELL, OR WAS PLANNING ON GOING THROUGH WITH KILLING THE DOG.
    I THEN WENT AND SPOKE TO MR. SANCHEZ AT HIS ADDRESS.  I ASKED MR.
SANCHEZ ABOUT THE COMMENT MADE ABOUT KILLING THE DOG BELONGING TO HIS
NEIGHBORS.  HE SAID HE MADE A COMMENT TO MR. ADAY, IF THAT DOG GOT OUT OF
THE FENCE AGAIN AND HURT HIS KIDS, THAT DOG WOULD END UP DEAD.  I ASKED
MR. SANCHEZ TO BE CAREFUL ABOUT HIS COMMENTS, AND ASKED HIM IF HE HAD ANY
INTENTIONS ON GOING FORTH AND DOING THAT NOW.  HE SAID NO, HE WAS JUST VERY
ANGRY BECAUSE HIS DOG WAS DEAD.  I EXPLAINED TO HIM IT IS UNDERSTANDABLE,
BUT GOING AND ATTACKING THEIR DOG IS NOT HOW THINGS SHOULD BE DONE.  HE
UNDERSTOOD, AND SAID HE HAD CALMED DOWN SINCE THEN, AND HAD NO INTENTION ON
HURTING THEIR DOG.  HE DID MENTION HE WAS PLANNING ON HANDLING IN A CIVIL
MANNER, BY SUING THEM FOR HIS DOG BEING KILLED.
    I SPOKE TO MR. ADAY, AND EXPLAINED TO HIM WHAT MR. SANCHEZ TOLD ME,
AND TOLD HIM I WOULD DOCUMENT ALL THIS INFORMATION, IF FOR ANY REASON THE
SITUATION GOT WORSE.  MR. ADAY SAID HE APPRECIATED IT, AND WANTED THIS
INCIDENT DOCUMENTED.  I GAVE HIM A CASE NUMBER.  THIS IS FOR INFORMATION
ONLY.
D/S TRAMONTE, #6568, SC
TRANS. 2-4-02

printed by Employee Id #: 4940  on  March 07, 2008 10:

A-000998

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 50 of 58

```
          P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E        PAGE    1
    CASE NO. 99067730                 O F F E N S E   R E P O R T              CASE NO. 99067730
                                                                    DISPOSITION: CLEARED BY ARREST
                                                                    DIVISION: ROAD PATROL

ASSAULT OFFICER                   *   RESIST W/VIOLEN  *                       *
SIGNAL CODE: 31      CRIME CODE: 1  NON CRIME CODE:      CODE: 130B 05/04/99     TUESDAY
ZONE: B12 GRID: 3B35    DEPUTY I.D.: 5428 NAME: ESSARY MARK     ASSIST:    TIME D 0214 A 0216 C 0247
OCCURRED BETWEEN DATE: 05/04/99 , 0210 HOURS AND  DATE: 05/04/99 , 0210 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: ███        ███            RD   APT. NO.:
                   ███ WEST PALM BEACH          STATE: FL      ZIP:

NO. OFFENSES: 02 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:   0
LOCATION: RESIDENCE - SINGLE FAMILY
NO. VICTIMS: 01 NO. ARRESTED:  1  FORCED ENTRY: 0 WEAPON TYPE: HANDS / FISTS / FEET

OFFENSE NO. 1  FLORIDA STATE STATUTE:  784 07       CIS CODE 130B
OFFENSE NO. 2  FLORIDA STATE STATUTE:  843 01       CIS CODE 130B

NAME LIST:
    ROLE:
LAW ENFORCEMENT OFFICER   MARK ESSARY               DOB: ███ /1961
              SEX: M RACE: W HT: 508 WT: 200 HR: UNKNOWN   EYE: UNKNOWN
BUSINESS PHONE: 561 842-3443
VICTIM  NO. 001          MARK ESSARY                DOB:  ███ /1961
              SEX: M RACE: W HT: 508 WT: 200 HR: UNKNOWN   EYE: UNKNOWN
BUSINESS PHONE: 561 842-3443
ARRESTEE               RICARDO G SANCHEZ            DOB:  ███ /1960
              SEX: M RACE: W HT: 509 WT: 235 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS: ███    ███     RD    WPB        FL 33413    HOME PHONE:561 471-5241
PERMANENT ADDRESS: .       ███ N    CR APT.    WPB        FL
BUSINESS PHONE: 561 000-0000
WITNESS             JUANA SANCHEZ              DOB:  ███ /1963
              SEX: F RACE: W HT: 504 WT: 120 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS: ███    ███    ███         WPB        FL 33413    HOME PHONE:561 471-5241
BUSINESS PHONE: 561 000-0000
WITNESS             NYDIA SANCHEZ              DOB:  ███ /1982
              SEX: F RACE: W HT: 411 WT: 100 HR: BLACK    EYE: BROWN
RESIDENTIAL  ADDRESS: ███    ███    ███ ███ ███  WPB        FL 0     HOME PHONE:561 471-5241
BUSINESS PHONE: 561 000-0000
WITNESS             RICARDO SANCHEZ            DOB  ███ /1983
              SEX: M RACE: W HT: 508 WT: 130 HR: BROWN    EYE: BROWN
RESIDENTIAL  ADDRESS ███    ███    ███      W P B      FL 33413    HOME PHONE:561 471-5241
BUSINESS PHONE: 561 000-0000
```

printed by Employee Id #: 4940   on   March 11, 2008 11:23:17AM

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 51 of 58

A-001000

Case 9:16-cv-80693-BB  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 52 of 58

```
               PALM BEACH COUNTY SHERIFF'S OFFICE            PAGE    2
     CASE NO. 99067730              OFFENSE REPORT           CASE NO. 99067730
                                                       DISPOSITION: CLEARED BY ARREST


WITNESS                    EZEQUIEL SANCHEZ           DOB: ████/1985
               SEX: M RACE: W HT: 507 WT: 160 HR: BLACK   EYE: BROWN
BUSINESS PHONE: 561 000-0000
WITNESS                    EFRAIN SANCHEZ             DOB: ████/1981
               SEX: M RACE: W HT: 509 WT: 160 HR: BLACK   EYE: BROWN
RESIDENTIAL  ADDRESS: ████    ████    ██    WEST PALM  FL 33413    HOME PHONE:561 471-5241
BUSINESS PHONE: 561 000-0000
 ..
 ..
     OFFENSE INDICATOR: OFFENSE 1 AND 2     VICTIM NUMBER: 1
VICTIM TYPE: LAW ENFORCEMENT
RESIDENCE TYPE: COUNTY      RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: MINOR
INJURY TYPE(1): ABRASIONS / BRUISE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: STRANGER

     VICTIM NUMBER: 1
     OFFENDER NUMBER: 1
INCIDENT TYPE: OFFICER ASSAULTED, MINOR INJURY
OFFICER ACTIVITY CODE: DOMESTIC DISTURBANCE
TYPE OF ASSIGNMENT: ONE PERSON VEHICLE, ALONE
WAS OFFICER WEARING BODY ARMOR ?............... YES
DID ARMOR PREVENT SERIOUS INJURY OR FATALITY ?. NOT APPLICABLE
WAS OFFICER AWARE THAT OFFENDER HAD WEAPON ?... NOT APPLICABLE
DID OFFENDER USE OFFICER'S WEAPON ?............ NO
WAS A FIREARM DISCHARGED BY THE OFFENDER ?..... NO
WAS FIREARM DISCHARGED BY THE OFFICER ?........ NO
WAS OFFENDER INJURED ?......................... NO
EXTENT OF INJURIES TO OFFENDER ?............... NOT APPLICABLE
OFFICER EXPERIENCE IN YEARS ................... 17

 *.*
          ON ABOVE DATE AND TIME I WAS DISPATCHED TO ████████ , WPB, FL
     IN REF. TO A DOMESTIC.  AT THE TIME I WAS DISPATCHED I WAS IN THE 200 BLOCK
     OF GUAVA.  I WAS ADVISED BY DISPATCH THAT THE COMPLAINANT'S WIFE SAID SHE
     WAS IN A VERBAL ARGUMENT WITH HER HUSBAND WHO WAS DRUNK.  BEING ONLY
     APPROX TWO BLOCKS FROM THE RESIDENCE, AS I TURNED DOWN THE STREET, I OBSERVED
     A HUGE CLOUD OF SMOKE, AS I GOT CLOSER TO THE RESIDENCE THIS SMOKE HAD AN
     ODOR OF BURNT RUBBER.  I NOTICED THERE WAS SCRATCH MARKS WITH HEAVY RUBBER
     COMING FROM THE DRIVEWAY OF THE COMPLAINANT'S HOUSE.
          UPON ARRIVAL, THE HUSBAND, RICARDO SANCHEZ, WAS GONE.  I SPOKE WITH THE
```

A-001001

Case 9:16-cv-80693-BB   Document 33-11   Entered on FLSD Docket 10/19/2016   Page 53 of 58

P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E          PAGE    3
CASE NO. 99067730                    O F F E N S E   R E P O R T              CASE NO. 99067730
                                                                  DISPOSITION: CLEARED BY ARREST

WIFE MS. JUANA SANCHEZ, WHO STATED HE HAD JUST LEFT AND THAT WAS THE SMOKE LEFT FROM HIM BURNING THE TIRES IN THE DRIVEWAY. HER DAUGHTER NYDIA WHO IS 16 YEARS OF AGE WAS ALSO UP AND AWAKE. THEY BOTH SAID RICARDO HAD COME HOME DRUNK AND STARTED A FIGHT AND THREW A BEER BOTTLE IN THE HOUSE HITTING THE WALL AND BREAKING THE BOTTLE, SPILLING BEER ALL OVER THE FLOOR. RICARDO THEN LEFT. THEY STATED HE HAD BEEN VIOLENT IN THE PAST AND THEY WERE ALSO AFRAID OF HIM AND THAT HE WOULD RETURN.

AT THAT TIME I HEARD A VEHICLE COMING THE STREET IN A WRECKLESS MANNER AND AT A HIGH RATE OF SPEED SCREACHING HIS TIRES. RICARDO PULLED UP INTO THE FRONT YARD BURNING THE TIRES, CREATING MORE SMOKE AND LOUD SCREACHING NOISES IN THE FRONT YARD. RICARDO THEN PULLED HIS PICKUP TRUCK RIGHT UP TO THE FRONT DOOR CONTINUING TO BURN HIS TIRES CREATING LOTS OF SMOKE.

I STOOD IN THE DOOR WAY TO PROTECT THE WIFE AND DAUGHTER. RICARDO BEGAN SCREAMING AND HOLLERING IN SPANISH AT HIS WIFE AND DAUGHTER AND HE THEN TOLD ME TO GET OFF HIS PROPERTY AND OUT OF HIS HOUSE. HE ADVISED ME HE DID NOT CALL THE POLICE AND DID NOT WANT ME THERE. I ADVISED RICARDO TO LEAN AGAINST THE TRUCK AND LET ME SEE HIS DRIVER LICENSE SO I COULD GET THE INFORMATION FOR MY REPORT. HE STATED I DID NOT NEED TO SEE HIS LICENSE AND HE REFUSED TO GIVE IT TO ME. RICARDO THEN SAID HE WAS GOING TO GET HIS BEER OUT OF HIS TRUCK AND GO INSIDE.

AT THAT TIME I ADVISED RICARDO TO LEAVE THE BEER IN THE TRUCK AND AGAIN TO LET ME SEE HIS DRIVER LICENSE. AGAIN HE REFUSED TO LET ME SEE HIS LICENSE AND REACHED IN GRABBING THE BEER FROM THE TRUCK. RICARDO THEN TURNED TOWARDS ME AND RAISED THE BEER BOTTLE OF HIS HEAD IN A THREATENING MANNER STATING HE WAS GOING TO HIT ME WITH IT. I THEN TOOK MY FLASHLIGHT AND SWUNG IT AT THE BEER BOTTLE, BREAKING THE BOTTLE SO I WOULDN'T GET HIT IN THE HEAD WITH THE BEER BOTTLE. RICARDO THEN TOOK THE BROKEN PORTION OF THE BOTTLE STILL IN HIS HAND AND RAISED IT AGAIN IN A STRIKING POSITION.

AT THAT TIME HIS WIFE SAID SOMETHING IN SPANISH AND HE DROPPED THE BOTTLE. I RETREATED APPROX 2 OR 3 STEPS IN AN ATTEMPT TO DE-ESCALATE THE SITUATION. RICARDO HAD ALREADY DROP THE BROKEN BOTTLE AND AT THIS TIME HE PUSHED HIS WAY INTO THE HOUSE. BACKUP UNITS BEGAN TO ARRIVE RICARDO STARTED MAKING HIS WAY INTO THE HOUSE TOWARDS THE BEDROOM AND AT THAT TIME I ATTEMPTED TO STOP HIM BY GRABBING HIS SHIRT. I WAS AFRAID THAT HE WOULD ATTEMPT TO ACCESS A WEAPON INSIDE THE BEDROOM. RICARDO THEN BECAME VERY VIOLENT STRIKING ME, AND PULLING ME ONTO THE COUCH ON TOP OF HIM. RICARDO ATTEMPTED TO BITE ME ON SEVERAL OCCASIONS ON THE ARM AND SHOULDER AREA. HE AS WELL ATTEMPTED TO POKE OUT MY EYES ON SEVERAL OCCASIONS. I DEFENDED MYSELF BY STRIKING HIM SEVERAL TIMES WITH MY FIST IN THE FACE AND CHEST AREA. RICARDO CONTINUED AGGRESSION BECOMING MORE VIOLENT AND AGAIN TRYING TO POKE OUT MY EYES.

*printed by Employee Id #: 4940  on  March 11, 2008 11:23:17AM*

Case 9:16-cv-80693-BB  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 54 of 58

PALM BEACH COUNTY SHERIFF'S OFFICE            PAGE    4
CASE NO. 99067730                    OFFENSE REPORT              CASE NO. 99067730
                                                        DISPOSITION: CLEARED BY ARREST

          AT THIS TIME I RECEIVED SOME SCRATCHES ON MY NECK FROM SEVERAL BLOWS
THAT HE HIT ME.  RICARDO WAS THEN SPRAYED BY LT. ETHERIDGE WITH OC SPRAY
AND WAS TAKEN TO THE GROUND AND HANDCUFFED.  AT THAT TIME WE THEN CALLED
PALM BEACH COUNTY FIRE RESCUE TO TREAT RICARDO AND CHECK HIM REFERENCE
ANY POSSIBLY INJURIES.  RICARDO MADE NO CLAIMS OF INJURY AND SHOWED NO
SIGNS OF INJURY, IT WAS ONLY MERELY A PRECAUTION MEASURES.
          WITNESS STATEMENTS WERE TAKEN FROM THE WIFE JUANA SANCHEZ AND THE
DAUGHTER NYDIA SANCHEZ.  AT THIS TIME THERE IS NO FURTHER INFORMATION.
RICARDO WAS TURED OVER TO PALM BEACH COUNTY JAIL.  CASE CLEARED BY ARREST.
D/S ESSARY/5428/050799/MRM
DICT:  050799/0550 HRS

---

*printed by Employee Id #: 4940   on  March 11, 2008 11:23:17AM*

---

Case 9:16-cv-80693-BB  Document 33-11  Entered on FLSD Docket 10/19/2016  Page 55 of 58

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**CENTRAL RECORDS**
**FSS EXEMPTIONS/CONFIDENTIAL**

☐   119.071(2)(c) active criminal intelligence/active criminal investigative information

☐   119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐   119.071(2)(e) confessions

☐   119.071(2)(f) confidential informants

☐   119.071(5)(g)1,  Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐   365.171(15) identity of 911 caller or person requesting emergency service

☐   119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐   316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐   119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐   119.071(2)(i) assets of crime victim

☐   985.04(1) juvenile offender records

☐   119.071(5)(a)(5) social security numbers held by agency

☑   119.0712(2) personal information contained in a motor vehicle record

☐   119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐   395.3025(7)(a) and/or 456.057(7)(a) medical information

☐   394.4615(7) mental health information

☐   119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑   943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐   119.071(4)(c) undercover personnel

☐   119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐   OTHER: _____

Case number: __99031320__   Clerk ID: __ACAD__   Date: __3|11|08__

A-001005

Case 9:16-cv-80693-RR Document 33-11 Entered on FLSD Docket 10/19/2016 Page 57 of 58

LISTING PAGE      1961  P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E      PAGE     1
      CASE NO. 98057090                    O F F E N S E  R E P O R T                        CASE NO. 98057090
                                                                        DISPOSITION: INACTIVE
                                                                        DIVISION: ROAD PATROL

THRW MISSLE BLD                    *                    *                    *
                                                        CODE: 130A   DATE: 04/01/98  WEDNESDAY
ZONE: 812 GRID: 3B35    DEPUTY I.D.: 3435 NAME: CHAPMAN DAVID   ASSIST:     TIME D 1930 A 1940 C 2023
OCCURRED BETWEEN DATE: 04/01/98 , 1930 HOURS AND  DATE: 04/01/98 , 2023 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 5178         COCONUT              RD   APT. NO.:
          CITY: WEST PALM BACH              STATE: FL       ZIP: 33413

NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: RESIDENCE — SINGLE FAMILY
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: OTHER

OFFENSE NO. 1  FLORIDA STATE STATUTE:  790 19        CIS CODE 130A
**
NAME LIST:
    ROLE:
COMPLAINANT              RICARDO SANCHEZ                    DOB:     ████ 60
              SEX: M RACE: W HT: 507 WT: 180 HR: BROWN     EYE: BROWN
RESIDENTIAL ADDRESS: ██████████████████████       WPB       FL 33413      HOME PHONE: 561 471-5241
BUSINESS ADDRESS: PERU FARMS                              BUSINESS PHONE: 561 573-4867
VICTIM  NO. 001              EFRAIN SANCHEZ                  DOB:     ████ 81
              SEX: M RACE: W HT: 508 WT: 140 HR: BROWN     EYE: BROWN
RESIDENTIAL ADDRESS: ██████████████████████       WPB       FL 33413      HOME PHONE: 561 471-5241
BUSINESS PHONE: 561 000-0000
SUSPECT              MICHAEL G TEARS                        DOB:     ████ 70
              SEX: M RACE: W HT: 601 WT: 245 HR: BROWN     EYE: BLUE
RESIDENTIAL ADDRESS: ██████████████████████       WPB       FL 33413      HOME PHONE: 561 697-7706
BUSINESS ADDRESS: SYSCO FOOD SERVICE                      BUSINESS PHONE: 561 882-2255
**
===================================================================================================
 STATUS   1 = STOLEN                      2 = S/R DIFFERENT DAY
 CODE     3 = S/R SAME DAY                4 = RECOVERED FOR OTHER JURISDICTION
 (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===================================================================================================
 DATE  S T                                P R O P E R T Y
 STLN/ T Y   BRAND    CALIBER  SERIAL/NUMBER   VALUE     VALUE     TELETYPE
 RECOV A P   NAME     (GUN)    DESCRIPTION    STOLEN   RECOVERED   NUMBER
===================================================================================================
 040198 8 Z                    BROKEN BEER                1
                               BOTTLE

Case 9:16-cv-80693-BB Document 33-11 Entered on FLSD Docket 10/19/2016 Page 58 of 58

    OFFENSE INDICATOR: OFFENSE 1     VICTIM NUMBER: 1
VICTIM TYPE: JUVENILE
RESIDENCE TYPE: COUNTY     RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: STRANGER


    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. N          SUSPECT NAME KNOWN ?........ Y
CAN VICTIM I.D. SUSPECT ? Y          SUSPECT LOCATION KNOWN ?.... Y
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... N          EVIDENCE LEFT AT SCENE ?.... Y
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?.......... N
EVIDENCE TAKEN BY ....... D/S D. CHAPMAN/3435

          ON APRIL 1, 1998 AT 2000 HOURS, I MET WITH EFRAIN SANCHEZ AND HIS
     FATHER, RICARDO SANCHEZ, AT THEIR HOME ON COCONUT ROAD IN REFERENCE TO A
     NEIGHBOR DISPUTE AND THE THROWING OF A BEER BOTTLE TOWARDS THEIR CARPORT
     AREA BY A NEIGHBOR THEY POSITIVELY IDENTIFIED AS MICHAEL TEARS.
          RICARDO STATED THAT THERE HAS BEEN TROUBLE BETWEEN THIS NEIGHBOR AND HIS
     CHILDREN AND HE ON SEVERAL OCCASIONS.  THIS EVENING HE WENT TO CONFRONT
     TEARS ON A SITUATION INVOLVING GOLF BALLS THAT HE THREW BACK TO HIS PROPERTY
     ONE OF WHICH STRIKING HIS TRUCK AND THEY BECAME ENGAGED IN AN ARGUMENT AND
     THEN FROM THE CORNER OF HIS PROPERTY RICARDO STATES BUT DID NOT SEE TEARS
     THROW A FULL BOTTLE OF BEER WHICH BROKE IN THE AREA OF THE CARPORT NEXT TO
     HIS SON EFRAIN, THE RESULT OF THAT THROW WAS A SMALL LACERATION TO THE RIGHT
     CALF OF EFRAIN SANCHEZ.
          I PROVIDED CASE INFORMATION.
          I WENT NEXT DOOR, KNOCKED ON THE DOOR, SPOKE TO TEARS, ADVISED HIM OF
     WHO I WAS, COLLECTED BASIC INFORMATION, READ HIM HIS RIGHTS FROM A STANDARD
     PBSO CARD INDICATING I WAS INVESTIGATING THE CRIME OF THROWING THE BEER
     BOTTLE AND HE MADE NO STATEMENT FOR THE RECORD.  HE DID INDICATE THAT THERE
     HAS BEEN PROBLEMS WITH HIS NEIGHBORS BEFORE AND THAT THE CHILDREN HAVE BEEN
     ON THE ROOF OF HIS RESIDENCE AND HE HAS HAD TO CHASE THEM BACK OVER HOME.  HE
     STATED AT AN UNKNOWN TIME THE FATHER, WHO IS IDENTIFIED AS RICARDO SANCHEZ,
     CAME AFTER HIM WITH A TIRE IRON AND WANTED TO KNOW IF I WAS GOING TO DO