ANYTHING ABOUT THAT.
I PROVIDED CASE INFORMATION.
CASE INACTIVE.
D/S D. CHAPMAN/ID 3435/TRANS: 4-2-98/HMA/#2140
DICT: 4-2-98/0050 HRS.

Case 9:16-cv-80693-RB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 1 of 50

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 2 of 50

LISTING PAGE       1064   P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E                 PAGE      1
  CASE NO. 98057090         SUPPLEMENT   1   O F F E N S E   R E P O R T                     CASE NO. 98057090
                                                                                    DISPOSITION: INACTIVE
                                                                                    DIVISION: DETECTIVE

THRW MISSLE BLD                            *                    *                    *

ZONE: 812 GRID:                                                     CODE: 130A  DATE: 04/02/98   THURSDAY
                            DEPUTY I.D.: 1653 NAME: ROBERSON       ASSIST:    TIME D 1930 A 1940 C 2023
OCCURRED BETWEEN DATE: 04/01/98 , 1930 HOURS AND  DATE: 04/01/98 , 2023 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: ████████████████████████████████      APT. NO.:
            CITY: WEST PALM BACH                 STATE: FL        ZIP: 33413

NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: RESIDENCE - SINGLE FAMILY
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0 WEAPON TYPE: OTHER

OFFENSE NO. 1  FLORIDA STATE STATUTE:     790 19          CIS CODE 130A

        ON THURSDAY, 040298, AT 0954 HOURS, I RESPONDED TO THE EVIDENCE
ROOM TO COLLECT ITEMS FOR PROCESSING.  AT 1041 HOURS, I OPENED UP
A SEALED EVIDENCE BAG CONTAINING A BROKEN BEER BOTTLE SUBMITTED BY
D/S CHAPMAN ID #3435.  THE ITEM WAS FIRST SUPER GLUED AND THEN PROCESSED
WITH BLACK POWDER WHICH MET WITH NEGATIVE RESULTS.  THE ITEM WAS
THEN RE-PACKAGED IN ITS ORIGINAL EVIDENCE BAG SEALED, INITIALED
AND FORWARDED BACK TO EVIDENCE.
DET. ROBERSON ID #1653
DICT:040298
TRANS:040398/KAE

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 3 of 50

# PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS ☒ VICTIM ☐ OTHER

**STATEMENT**

CASE NO. 96-057090

DATE 1-1-78

TIME 8:10 pm

I _____ (PRINT FULL NAME)

Sworn to

voluntarily furnish this information to CHAPMAN (PRINT OFFICER'S NAME)

(TELEPHONE #)

3435 (OFFICER I.D. #)

My dad went in front of his yard to talk to him about a ~~ball of Golf~~ Golf ball that was thrown on his lawn on Friday night At 7:30 pm my father ask him why he did it. And then the Guy Push my dad. And then my father Stared walking home and home. My mother Called the Police. While she was Calling the Police the guy ~~were~~ was threatning my father and me that he was going to kill us and then they were saying Aure words and then while we were waiting for the Police. One of the guys threw a bottle of beer At me and him me on my leg.

(SIGNATURE) _____

P/S D Chapman 3435 (WITNESSED BY)

PAGE 1 OF 1 PAGES



Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 4 of 50

# PALM BEACH COUNTY SHERIFF'S OFFICE

☐ WITNESS          ☐ VICTIM          ☑ OTHER
                                        MENOR

STATEMENT

CASE NO. 98-057090
DATE 4-1-98
TIME 2030

I, Ivana M. Sanchez
(PRINT FULL NAME)

West Palm Bch Fla 33413
(HOME ADDRESS)

(TELEPHONE)

voluntarily furnish this information to CHAPMAN
(PRINT OFFICER'S NAME)

3434
(OFFICER I.D. #)

El vecino estava obando con mi esposo adorcente a un golpe que le aura dado ola tropa con una pelota de golso, pero el empeso a empujar a mi esposo y mi esposo se vino para la casa, el vecino empeso a caminar para enfrente de mi yada y un amigo de el vino parasa, y go su esposa le llame ala polecia y despues tiraron una botella de serveca enfrente de la puerta, y gritavan (dm gun il killya)

(SIGNATURE)          D/S D Chapman  3435          PAGE 1 OF 1 PAGES
                     (WITNESSED BY)

PBSO 6136  REV 02/94

# SHERIFF'S OFFICE
## PALM BEACH COUNTY
### PROPERTY RECEIPT

CASE NUMBER

Date _____ Time 2015   Zone R-1   Type Case 5-31          Bin Number G-786

☐ -Property of Deceased          ☐ -Found Property          ☐ -Stolen Recovered
☒ -Trial                          ☒ -Laboratory             ☐ -Destroy

Release After Processing?  ☐ Yes   ☒ No   To Whom

Address Where Property Impounded: ▮▮▮▮▮▮▮▮▮▮

| | NAME | ADDRESS | PHONE |
|---|---|---|---|
| Discovered by | DS D CHARMITZ | DIST I | 688-3000 |
| Owner | MICHAEL TEARS | | |
| Victim | EFRAIM SANCHEZ | ▮▮▮▮▮ | |
| Suspect(s) Include DOB | MICHAEL TEARS ▮▮▮ 70 | | |

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | U/K | BROKEN BEER BOTTLE FOR PRINTS |

CAUTION
CHEMICALLY TREATED
HANDLE WITH GLOVES

Super glue black powder — results

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Signature _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

Signature _____ ID 5455   Division 1

| RECEIVED BY | REASON | DATE & TIME |
|---|---|---|
| Jack A Roberson | to processing room | 040298 @ 0754hrs |
| Jack A Roberson | processing | 040298 @ 10/h |
| | SEB latin | 4/3/98 |

Final Disposition                Authority                Date & Time

☐ WEST PALM BEACH   ☐ DELRAY BEACH   ☐ PALM BEACH GARDENS

F.4281

RECORDS BUREAU COPY

# SHERIFF'S OFFICE
## PALM BEACH COUNTY
### PROPERTY RECEIPT

CASE NUMBER: 98-25750

INACTIVE

| Date: 4-17-98 | Time: 2015 | Zone: B-1 | Type Call: | Bin Number: |
| --- | --- | --- | --- | --- |

- [ ] Property of Deceased
- [x] Trial
- [ ] Found Property
- [x] Laboratory
- [ ] Stolen-Recovered  B 786
- [ ] Destroy

Release After Processing? ☐ Yes ☒ No    To Whom:

Address Where Property Impounded: 5778 Calumet Rd

| | NAME | ADDRESS | PHONE |
| --- | --- | --- | --- |
| Discovered by | Osborn | MSI | 688-3000 |
| Owner | Milhausters | ████████ | |
| Victim | Erwin Sanchez | | |
| Suspect(s) include DOB | Michael Tris | ███ 70 ████████ | |

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
| --- | --- | --- | --- |
| 1 | 1 | 00 | Both N B/B tape footprint |

**DESTROYED**
BY: ___ DATE: 5/5/0

Palm Beach Sheriff's Office   Case# 98-057898
Supp# 0001

Super Glue black powder — results

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Signature: _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

Signature: _____  ID 3935  District 1

| RECEIVED BY | REASON | DATE & TIME |
| --- | --- | --- |
| Jackie A Roberson | test processing | 040498 @ 0844 hrs |
| Jackie A Roberson | processing | 040898 @ 0844 hrs |
| _____ | SEB lab | 4/3/98 |

| Final Disposition | Authority | Date & Time |
| --- | --- | --- |

- [ ] WEST PALM BEACH
- [ ] DELRAY BEACH
- [ ] PALM BEACH GARDENS

P.4281

To: _M.S. Chapman_  Date: _5-10-01_  (36)

Division: _7046_

# Palm Beach County Sheriff's Office
## Evidence Release Form

It is necessary for the Evidence Custodian to continually attempt to clear out evidence that is no longer needed for prosecution. This is only possible through your cooperation. Our records indicate that you submitted the following evidence on: _4/98_ under case number: _98-5-7090_

Description of Property: _See attached_

Please answer the following questions and return to the Evidence Custodian at Headquarters. Circle one on each. Thank You.
(Office Manager: Ulaine Thomas _Ulaine Thomas (Paula)_
(See FI State Statute 705.105/790.08/SOP 532)  _Ext #1320_

A: CASE IS   OPEN   (CLOSED)

B: PROPERTY CAN BE DESTROYED (YES)   NO

C: PROPERTY CAN   NOT   CAN BE RETURNED TO

NAME: _____

ADDRESS: _____

_____

D:
REMARKS: _____

_____

SIGNATURE: _D&D Chapman_  3438
DATE: _5-30-01_

1st request to Deputy/Det/Agent: ✓
2nd request to Sgt _____
3rd request to Lt _____

CV

## PALM BEACH COUNTY SHERIFF'S OFFICE
## CENTRAL RECORDS
## FSS EXEMPTIONS/CONFIDENTIAL

☐  119.071(2)(c) active criminal intelligence/active criminal investigative information

☐  119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐  119.071(2)(e) confessions

☐  119.071(2)(f) confidential informants

☐  119.071(5)(g)1, Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐  365.171(15) identity of 911 caller or person requesting emergency service

☐  119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐  316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐  119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐  119.071(2)(i) assets of crime victim

☐  985.04(1) juvenile offender records

☐  119.071(5)(a)(5) social security numbers held by agency

☑  119.0712(2) personal information contained in a motor vehicle record

☐  119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐  395.3025(7)(a) and/or 456.057(7)(a) medical information

☐  394.4615(7) mental health information

☐  119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑  943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐  119.071(4)(c) undercover personnel

☐  119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐  OTHER: _____

Case number: 95050 810   Clerk ID: 4940   Date: 03/11/2008

A-001015

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 9 of 50

```
LISTING PAGE    1325   P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E           PAGE    1
   CASE NO. 95050810                        O F F E N S E   R E P O R T                    CASE NO. 95050810
                                                                   DISPOSITION: INACTIVE
                                                                   DIVISION: INTERNAL AFFAIRS

PETTY THEFT               *                      *                        *
                                              CODE: 2306  DATE: 04/06/95  THURSDAY
ZONE: 801 GRID: 3835   DEPUTY I.D.: 3327 NAME: CORTES GLENDA   ASSIST:    TIME D 1708 A 1708 C 1708
OCCURRED BETWEEN DATE: 04/05/95 , 0000 HOURS AND  DATE: 00/00/00 , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: ████████████████████████████████          APT. NO.:
         CITY: WEST PALM BEACH            STATE: FL        ZIP:

NO. OFFENSES: 01 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: MOTOR VEHICLE
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0

OFFENSE NO. 1  FLORIDA STATE STATUTE:  812.014  20   CIS CODE 2306

NAME LIST:
     ROLE:
VICTIM NO. 001         RICARDO SANCHEZ                  DOB: ████/60
          SEX: M RACE: W HT: 507 WT: 235 HR: BLACK      EYE: BROWN
COMPLAINANT            RICARDO SANCHEZ                  DOB: ████/60
          SEX: M RACE: W HT: 507 WT: 235 HR: BLACK      EYE: BROWN
RESIDENTIAL ADDRESS: ████████████████████  W PALM BCH FL 33413      PHONE: ████████

NATURE OF LARCENY: THEFT VEH PARTS / ACCES
=================================================================================
STATUS  1 = STOLEN                   2 = S/R DIFFERENT DAY
CODE    3 = S/R SAME DAY             4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED  9 = OTHER (ARSON/VANDALISM)
=================================================================================
DATE  S T                                 P R O P E R T Y
STLN/ T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE    VALUE       TELETYPE
RECOV A P  NAME    (GUN)    DESCRIPTION    STOLEN   RECOVERED   NUMBER
=================================================================================
040695 1 A FL                        I                ████████
                   FL
```

| DATE STLN/RECOV | S T Y A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 040695 | 1 A | FL | | | I | | ████████ | |
| | | | | FL | | | | |

```
     OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY     RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
```

010

VICTIM RELATION: UNDETERMINED

    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: RAINY
WITNESS TO CRIME KNOWN ?. N              SUSPECT NAME KNOWN ?........ N
CAN VICTIM I.D. SUSPECT ? N              SUSPECT LOCATION KNOWN ?.-- N
WILL VICTIM PROSECUTE ?.. Y              STOLEN PROPERTY TRACEABLE ? Y
IS M.O. SIGNIFICANT ?.... N              EVIDENCE LEFT AT SCENE ?.-- N
LATENTS LIFTED ?.......... N             SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?........ N             PROPERTY DAMAGE ?.......... N

          ON LISTED DATE AND TIME WHILE WORKING THE FRONT DESK, I RECEIVED
     A CALL FROM THE COMPLAINANT, RICARDO SANCHEZ, STATING THAT ON LISTED DATE
     HE NOTICED AN UNKNOWN PERSON(S) STOLE THE TAG FROM HIS VEHICLE.
          AT THIS TIME HE IS REQUESTING A REPORT TO HAVE IT ON RECORD.
          CASE WILL BE INACTIVE.
     L.E.AIDE G. CORTES/ID 3327/TRANS:  04-06-95/GH/#7029
     DICT:  04-06-95/1845 HRS.

Case 9:16-cv-80693-BB  Document 33-12  Entered on FLSD Docket 10/19/2016  Page 10 of 50

# SHERIFF
## PALM BEACH COUNTY

**PALM BEACH COUNTY SHERIFF'S OFFICE**
3228 GUN CLUB ROAD           P.O. BOX 24681
WEST PALM BEACH, FL 33406-3001   WEST PALM BEACH, FL 33416-4681

(407) 688-3000

NO CONTACT
BY VALIDATIONS
DATE:  4/8/96
ID:  3923   Date: 5 / 15 / 95

RICARDO SANCHEZ
5778 COCONUT ROAD
WEST PALMBBEACH, FL 33413

REGARDING CASE NUMBER  95-50810

In order to comply with State of Florida and Federal Guidelines related to the Computerized Indexing of stolen property, the Palm Beach County Florida Sheriff's Office must obtain confirmation that the following listed stolen property has not been recovered without our knowledge and that all of the listed information is **CORRECT** and **VALID**.

**PLEASE COMPLETE THE QUESTION SECTION OF THIS FORM, SIGN IT AND RETURN TO:**
PALM BEACH COUNTY SHERIFF'S OFFICE
**ATTN: VALIDATIONS**
3228 GUN CLUB ROAD • WEST PALM BEACH, FLORIDA 33406

**FAILURE TO COMPLETE THIS FORM AND RETURN IT TO THE PALM BEACH COUNTY SHERIFF'S OFFICE WITHIN 60 DAYS MAY RESULT IN THE STOLEN PROPERTY BEING REMOVED FROM THE NATIONAL/STATE CRIME INFORMATION COMPUTERS.**

STOLEN PROPERTY DESCRIPTION:                                    (Please review this carefully)
TAG NUMBER ████████                          STATE  FL   DATE OF THEFT 4 / 5 / 95
V.I.N. SERIAL NUMBER
MAKE                    MODEL                    STYLE
YEAR        FURTHER DESCRIPTION  STOLEN TAG

**PLEASE ANSWER THE FOLLOWING QUESTIONS PERTAINING TO THE ABOVE PROPERTY:**

1 a) TO YOUR KNOWLEDGE, HAS THE PROPERTY BEEN RECOVERED?                     ☐ YES ☐ NO
   b) DATE OF RECOVERY _____ , 19 _____

2 a) HAS YOUR INSURANCE COMPANY SETTLED A CLAIM REGARDING THIS STOLEN PROPERTY? ☐ YES ☐ NO
   b) IF YES, YOUR INSURANCE COMPANY IS? _____
   CLAIM OFFICE ADDRESS _____
   PHONE NUMBER ( _____ ) _____ SETTLEMENT DATE _____
   POLICY NUMBER _____ CLAIM NUMBER _____

3 a) IS THE ABOVE PROPERTY DESCRIPTION, SERIAL NUMBERS AND OTHER INFORMATION
   CORRECT?                                                                 ☐ YES ☐ NO
   b) IF NO, WHAT IS INCORRECT? _____
   PRINT NAME _____
   PLEASE SIGN HERE _____ DATE _____
   CURRENT ADDRESS _____ PHONE ( _____ ) _____

**NOTE:** If you have additional comments, please enclose them on separate sheet of paper. If you require additional information regarding this letter, please contact our Validations Unit at (407) 688-3451, 8am - 4pm, Mon. - Fri.

**FOR OFFICE USE ONLY - DO NOT WRITE BELOW THIS LINE**

DATE RETURNED ____ / ____ / ____     APRIL 1995       4   PBCO  212
☐ OK    ☐ CORRECTED       ☐ UPDATED       ☐ CANCELLED

                                                       DATE ____ / ____ / ____
Authorized by / VALIDATIONS

PBSO #0197, REV. 2/95

Case 9:16-cv-80693-BB  Document 33-12  Entered on FLSD Docket 10/19/2016  Page 12 of 50

LISTING PAGE        454    PALM BEACH COUNTY SHERIFF'S OFFICE        PAGE     1
   CASE NO. 94058276                   OFFENSE REPORT                    CASE NO. 94058276
                                                              DISPOSITION: EXCEPTIONALLY CLEARED
                                                              DIVISION: CONTRACTS

SHOPLIFTING                        *                 *                 *
                                                   CODE: 230C  DATE: 05/06/94  FRIDAY
ZONE: 803 GRID: 461    DEPUTY I.D.: 3186 NAME: DANDREA JOHN    ASSIST:    TIME D 1950 A 1950 C 2055
OCCURRED BETWEEN DATE: 05/06/94 , 1730 HOURS AND  DATE: 00/00/00 , 0000 HOURS
EXCEPTION TYPE: VICTIM / WITNESS REFUSED TO COOPERATE
INCIDENT LOCATION: 4618        FOREST HILL            BD   APT. NO.: C
              CITY: WEST PALM BEACH            STATE: FL        ZIP: 33415
NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: DEPARTMENT / DISCOUNT STORE
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0
OFFENSE NO. 1  FLORIDA STATE STATUTE:  812 015  2    CIS CODE 230C

NAME LIST:
   ROLE:
LOSS SUSTAINED BY        PAYLESS SHOE STOR              DOB: 00/00/00
              SEX:    RACE:    HT:    0 WT:    0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENTIAL ADDRESS: 4618       FOREST HIL BD           WPB        FL 0        PHONE: 407 000-0000
OTHER               STEVEN HUTCHINSON              DOB: ████/63
              SEX: M RACE: W HT: 600 WT: 210 HR: BROWN    EYE: BROWN
RESIDENTIAL ADDRESS: 5320    ELMHURST   RD APT. E    WPB        FL 33417      PHONE: 407 471-0960
BUSINESS ADDRESS: PAYLESS 4618 FOREST HILL BD              BUSINESS PHONE: 407 641-0002
SUSPECT                                          DOB: ████
              SEX: M RACE: W HT: 506 WT:  85 HR: BROWN    EYE: BROWN
RESIDENTIAL ADDRESS: ████████████████████        DOB: ████        PHONE: ████
COMPLAINANT                                       DOB: ████
              SEX: M RACE: █ HT: 506 WT: 140 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: ████████████████████              PHONE: ████

NATURE OF LARCENY: SHOPLIFTING
=================================================================================
STATUS    1 = STOLEN                2 = S/R DIFFERENT DAY
CODE      3 = S/R SAME DAY          4 = RECOVERED FOR OTHER JURISDICTION
(STA)     5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=================================================================================

| DATE<br>STLN/<br>RECOV | S<br>T<br>T<br>A | T<br>Y<br>P | BRAND<br>NAME | CALIBER<br>(GUN) | SERIAL/NUMBER<br>DESCRIPTION | VALUE<br>STOLEN | PROPERTY<br>VALUE<br>RECOVERED | TELETYPE<br>NUMBER |
|---|---|---|---|---|---|---|---|---|
| 050694 | 3 | K | PAYLESS | | WORK BOOTS | 30 | 30 | |

   OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1

                                A-001019

```
4940                        03/11/08                              ENBO
    PALM BEACH COUNTY SHERIFF'S OFFICE       PAGE    1
              OFFENSE REPORT              CASE NO. 94058276


                              DISPOSITION: EXCEPTIONALLY CLEARED
                              DIVISION: CONTRACTS


SHOPLIFTING                           CODE: 230C  DATE: 05/06/94  FRIDAY
   : B03 GRID: 4B1    DEPUTY ID.: 3186 ASSIST:    TIME D 1950 A 1950 C 2055
OCCURRED BETWEEN DATE: 05/06/94 , 1730 HOURS AND  DATE:       , 0000 HOURS
EXCEPTION TYPE: VICTIM / WITNESS REFUSED TO COOPERATE
INCIDENT LOCATION: 4618        FOREST HILL          BD   APT. NO.: C
          CITY: WEST PALM BEACH          STATE: FL      ZIP: 33415
NO. OFFENSES: 01  NO. OFFENDERS: 01  NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: DEPARTMENT / DISCOUNT STORE
NO. VICTIMS: 01  NO. ARRESTED:  0  FORCED ENTRY:  0


OFFENSE NO. 1  FLORIDA STATE STATUTE:  812 015  2   CIS CODE 230C

LOSS SUSTAINED BY       PAYLESS SHOE STOR               DOB:
              SEX:   RACE:   HT:   0 WT:   0 HR: UNKNOWN  EYE: UNKNOWN
RESIDENTIAL ADDRESS: 4618    FOREST HIL BD        WPB        FL 33415
       HOME PHONE: 407 000-0000
    BUSINESS PHONE: 407 641-0002
OTHER                STEVEN S HUTCHINSON           DOB:       963
              SEX: M RACE: W HT: 511 WT: 270 HR: BROWN    EYE: GREEN
RESIDENTIAL ADDRESS: 4370    OKEECHOBEE BD        WPB        FL 33409
       HOME PHONE: 407 471-0960
BUSINESS NAME ADDRESS: PAYLESS 4618 FOREST HILL BD
    BUSINESS PHONE: 407 641-0002
SUSPECT              EFRAIN SANCHEZ                DOB:       981
              SEX: M RACE: W HT: 509 WT: 160 HR: BLACK     EYE: BROWN
RESIDENTIAL ADDRESS: ████████████████   ███       WEST PALM  FL 33413
       HOME PHONE: █████████1
    BUSINESS PHONE: 407 000-0000
COMPLAINANT          RICARDO G SANCHEZ             DOB:      /1960
              SEX: M RACE: W HT: 509 WT: 235 HR: BLACK     EYE: BROWN
RESIDENTIAL ADDRESS: ████████████████   ██        WPB        FL 33413
       HOME PHONE: ██████████
PERMANENT ADDRESS: 4758    N  DYSON     CR APT.    WPB        FL
    BUSINESS PHONE: 407 000-0000

NATURE OF LARCENY: SHOPLIFTING
===============================================================================
 STATUS  1 = STOLEN                   2 = S/R DIFFERENT DAY
 CODES   3 = S/R SAME DAY             4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===============================================================================
```

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 050694 | 3 | K | PAYLESS | | WORK BOOTS | 30 | 30 | |

```
     OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1
VICTIM TYPE: BUSINESS
RESIDENCE TYPE: NOT APPLICABLE     RESIDENCE STATUS: NOT APPLICABLE
```

4940                           03/11/08                    ENBO
P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E    PAGE    2
                    O F F E N S E   R E P O R T          CASE NO. 94058276

EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NOT APPLICABLE

       REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. N          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? N          SUSPECT LOCATION KNOWN ?... Y
WILL VICTIM PROSECUTE ?.. N          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... N          EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?......... N          SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N          PROPERTY DAMAGE ?.......... N

     ON 050694, AT APPROXIMATELY 1830 HOURS, THE SUSPECT'S FATHER STOPPED
D/S GILBERT, ID 2190 AND MYSELF TO ADVISE US THAT HE WAS LOOKING FOR THE
SUSPECT BECAUSE HE BELIEVED HE HAD STOLEN A PAIR OF SHOES FROM THE K-MART
STORE LOCATED AT MILITARY TRAIL AND FOREST HILL BOULEVARD.  JUST AS THE
FATHER DROVE AWAY, D/S GILBERT AND MYSELF OBSERVED THE SUSPECT HIDING IN
THE BUSHES LOCATED AT BONNIE LANE AND GARDENETTE ROAD.
     WE STOPPED HIM AND HE ADVISED THAT HE WAS RUNNING AWAY FROM HIS FATHER
BECAUSE HE WAS IN FEAR THAT THE FATHER WAS GOING TO BEAT HIM.  WHILE SPEAKING
TO THE SUSPECT, THE FATHER RETURNED AND WE BEGAN TO QUESTION HIM ABOUT THE
NEW SHOES.  AFTER HIS RIGHTS WERE READ AND IN FRONT OF HIS FATHER, HE ADVISED
HE STOLE THE SHOES FROM THE PAYLESS SHOE STORE, LOCATED AT 4618-C FOREST HILL
BOULEVARD.  WE TOOK POSSESSION OF THE SHOES AND TRANSPORTED THE SUSPECT TO
THE ABOVE STORE.
     AT THAT LOCATION, THE MANAGER ADVISED THAT HE SUSPECTED THE JUVENILE OF
THE CRIME, BUT DID NOT SEE HIM ACTUALLY TAKE THE SHOES.  AFTER HE LEFT THE
STORE, THE MANAGER DISCOVERED AN OLD PAIR OF SHOES IN A BOX, WHICH LEAD HIM TO
BELIEVE THAT THE SHOES WERE TAKEN.  ACCORDING TO THE SUSPECT, THE OLD SHOES
BELONG TO HIM.  THE MANAGER ADVISED THAT HE WAS PLEASED TO HAVE THE SHOES
RETURNED AND DID NOT WISH TO PRESS CHARGES.  THE SHOES WERE RETURNED TO THE
MANAGER AND WERE VALUED AT APPROXIMATELY $30.
     THE JUVENILE WAS RETURNED TO HIS PARENTS AND THEY WERE ADVISED OF THE
INCIDENT.
     THIS CASE IS EXCEPTIONALLY CLEARED.
D/S JOHN DANDREA/ID 3186/TRANS. 051294/KLW/#9956

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**CENTRAL RECORDS**
**FSS EXEMPTIONS/CONFIDENTIAL**

☐  119.071(2)(c) active criminal intelligence/active criminal investigative information

☐  119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐  119.071(2)(e) confessions

☐  119.071(2)(f) confidential informants

☐  119.071(5)(g)1,  Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐  365.171(15) identity of 911 caller or person requesting emergency service

☐  119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐  316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐  119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐  119.071(2)(i) assets of crime victim

☐  985.04(1) juvenile offender records

☐  119.071(5)(a)(5) social security numbers held by agency

☑  119.0712(2) personal information contained in a motor vehicle record

☐  119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐  395.3025(7)(a) and/or 456.057(7)(a) medical information

☐  394.4615(7) mental health information

☐  119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑  943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐  119.071(4)(c) undercover personnel

☐  119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐  OTHER: _____

**Case number:** 93114481   **Clerk ID:** 4940   **Date:** 03/11/2008

A-001022

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 16 of 50

                                                          DISPOSITION: INACTIVE
                                                          DIVISION: ROAD PATROL

* BURGLARY/UNARMD                    *              *                *

                                            CODE: 230F  DATE: 10/11/93  MONDAY
ZONE: 803 GRID: HOUS   DEPUTY I.D.: 3130 NAME: JACKSON RICHARD ASSIST:    TIME D 0925 A 0930 C 1011
OCCURRED BETWEEN DATE: 10/11/93 , 2100 HOURS AND  DATE: 10/11/93 , 0930 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 4756    N  DYSON                   CR  APT. NO.:
              CITY: WEST PALM BEACH            STATE: FL        ZIP: 33415
NO. OFFENSES: 01 NO. OFFENCERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARKING LOT / GARAGE
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0
OFFENSE NO. 1  FLORIDA STATE STATUTE:  810 02    3    CIS CODE 230F

NAME LIST:
    ROLE:
VICTIM  NO. 001            RICARDO G SANCHEZ                DOB:   /60
                  SEX: M RACE: W HT: 509 WT: 180 HR: BLACK    EYE: BROWN
COMPLAINANT               RICARDO G SANCHEZ                DOB:   60
                  SEX: M RACE: W HT: 509 WT: 180 HR: BLACK    EYE: BROWN
RESIDENCIAL ADDRESS:                               W PALM BCH FL 33415    PHONE:

NATURE OF LARCENY: THEFT FROM VEHICLE
POINT OF ENTRY: SIDE WINDOW
METHOD OF ENTRY: PRYING TOOL
MO CODE(1): NIGHT BURGLARY
=====================================================================================
  STATUS   1 = STOLEN                    2 = S/R DIFFERENT DAY
  CODE     3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
  (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
=====================================================================================
DATE S T                              P R O P E R T Y
STLN/ T Y  BRAND   CALIBER  SERIAL/NUMBER  VALUE    VALUE      TELETYPE
RECOV A P  NAME    (GUN)    DESCRIPTION    STOLEN  RECOVERED   NUMBER
=====================================================================================

101193 1 R                    2 15" SPEAKERS   200
101193 1 R                    EQUALIZER        250
101193 9 A CHEVROLET          REAR PASSENGER   150
                              WINDOW


    OFFENSE INDICATOR: OFFENSE 1    VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY    RESIDENCE STATUS: FULL YEAR

    CASE NO. 93114481       SUPPLEMENT   1   O F F E N S E   R E P O R T                CASE NO. 93114481
                                                                        DISPOSITION: INACTIVE
                                                                        DIVISION: DETECTIVE


BURGLARY/UNARMD                          *              *              *

                                                   CODE: 230F   DATE: 10/13/93  MONDAY
 ZONE: 803 GRID:          DEPUTY I.D.: 4070 NAME: BROFFEY       ASSIST:     TIME O 0925 A 0930 C 1011
 OCCURRED BETWEEN DATE: 10/11/93 , 0930 HOURS AND  DATE: 10/11/93 , 0930 HOURS
 EXCEPTION TYPE:
 INCIDENT LOCATION: 4758    N  DYSON                      CR    APT. NO.:
             CITY: WEST PALM BEACH              STATE: FL        ZIP: 33415
 NO. OFFENSES: 01 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0   NO. PREMISES ENTERED:  0
 LOCATION: PARKING LOT / GARAGE
 NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0
 OFFENSE NO. 1 FLORIDA STATE STATUTE:   810 02   3    CIS CODE 230F
 ..

 NAME LIST:
     ROLE:
 VICTIM  NO. 001             RICARDO G SANCHEZ                  DOB:
             SEX: M RACE: W HT: 509 WT: 180 HR: BLACK     EYE: BROWN
 COMPLAINANT                 RICARDO G SANCHEZ                  DOB:
             SEX: M RACE: W HT: 509 WT: 180 HR: BLACK     EYE: BROWN
 RESIDENCIAL ADDRESS:                              W PALM BCH FL 33415        PHONE:
 ..
 NATURE OF LARCENY: THEFT FROM VEHICLE
 POINT OF ENTRY: SIDE WINDOW
 METHOD OF ENTRY: PRYING TOOL
 MO CODE(1): NIGHT BURGLARY
 =========================================================================
 STATUS   1 = STOLEN                 2 = S/R DIFFERENT DAY
 CODE     3 = S/R SAME DAY           4 = RECOVERED FOR OTHER JURISDICTION
 (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED  9 = OTHER (ARSON/VANDALISM)
 =========================================================================

| DATE STLN/ RECOV | S T A | T Y P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | PROPERTY VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 101193 | 1 | R | | | 2 15" SPEAKERS | 200 | | |
| 101193 | 1 | R | | | EQUALIZER | 240 | | |
| 101193 | 9 | # | CHEVROLET | | REAR PASSENGER WINDOW | 150 | | |

 ..
 ..
     OFFENSE INDICATOR: OFFENSE 1     VICTIM NUMBER: 1
 VICTIM TYPE: ADULT
 RESIDENCE TYPE: COUNTY      RESIDENCE STATUS: FULL YEAR

Case 9:16-cv-80693-BB  Document 33-12  Entered on FLSD Docket 10/19/2016  Page 17 of 50

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 18 of 50

EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: UNDETERMINED

VEH/VESS STATUS CODE: VICTIMS        VEH/VESS TYPE: TRUCK / VAN
LICENSE TYPE: PASSENGER CAR
   VEH STATE LICENSE: FL    TAG YEAR: 93   VEH YEAR: 83
VEH LICENSE NO.                  VEH LICENSE DECAL:
VEH MAKE: CHEVROLET       VEH MODEL: BLAZER    VEH STYLE: TRUCK
VEH COLOR: GRY / BLK
VIN NUMBER:
INSURANCE CO: SECURITY  POLICY:

    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. N            SUSPECT NAME KNOWN ?.......... N
CAN VICTIM I.D. SUSPECT ? N            SUSPECT LOCATION KNOWN ?..... N
WILL VICTIM PROSECUTE ?.. Y            STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... N            EVIDENCE LEFT AT SCENE ?... Y
LATENTS LIFTED ?......... N            SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?....... N            PROPERTY DAMAGE ?.......... Y
AMOUNT OF DAMAGE ....... $ 150
LATENTS BY............... D/S JACKSON ID 3130

        THE VICTIM STATED HE CAME OUT TO HIS VEHICLE THIS MORNING AND FOUND
     THAT UNKNOWN PERSON/S PRIED THE REAR PASSENGER SIDE WINDOW WITH A TWO INCH
     PRY BAR, WHICH WAS LEFT AT THE SCENE.  SUSPECT/S REMOVED THE GLASS FROM THE
     WINDOW AND IT WAS LATER FOUND IN THE CANAL ON SUNNY LANE AVENUE.  SUSPECT/S
     THEN STOLE THE ABOVE LISTED ITEMS FROM WITHIN THE VEHICLE.
        LATENTS WERE OBTAINED FROM INSIDE THE VEHICLE, AT THE POINT OF ENTRY.
     LATENTS WERE ALSO PULLED FROM A MIRROR THAT WAS DISCONNECTED FROM THE
     VEHICLE; HOWEVER, IT WAS TAKEN FROM THE INSIDE OF THE VEHICLE, NOT PART OF
     THE ACTUAL VEHICLE ITSELF.  THE LATENTS WERE TURNED OVER TO EVIDENCE, ALONG
     WITH THE PRY TOOL.
        I ADVISED THE COMPLAINANT I WOULD ATTEMPT TO COME BACK AND PROCESS THE
     WINDOW GLASS WHEN IT DRIED.
        AT THIS TIME, I HAVE NO FURTHER INFORMATION AVAILABLE.
        THIS CASE IS INACTIVE.
     D/S RICHARD JACKSON/ID 3139/TRANS. 101293/KLW/#6174
     DICT. 101193

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 19 of 50



EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: UNDETERMINED

VEH/VESS STATUS CODE: VICTIMS        VEH/VESS TYPE: TRUCK / VAN
LICENSE TYPE: PASSENGER CAR
   VEH STATE LICENSE: FL   TAG YEAR: 93   VEH YEAR: 93
VEH LICENSE NO.         ████        VEH LICENSE DECAL: ████
VEH MAKE: CHEVROLET     VEH MODEL: BLAZER      VEH STYLE: TRUCK
VEH COLOR: GRY / BLK
VIN NUMBER: ████████████
INSURANCE CO: SECURITY    POLICY: ████████

        ON 10-13-93 AT APPROXIMATELY 0800 HOURS, I OPENED A SHERIFF'S OFFICE
EVIDENCE BAG SEALED BY D/S R. JACKSON, JR., #3130.   IN THE BAG, I FOUND
A FLAT PRY BAR.
        I SUPERGLUE FUMED THE PRY BAR, THEN DUSTED IT WITH BLACK POWDER.
HOWEVER, I MET WITH NEGATIVE RESULTS.
        I PUT THE PRY BAR IN A LARGER SHERIFF'S OFFICE EVIDENCE BAG, SEALED
IT, AND TURNED IT OVER TO THE PBSO EVIDENCE CUSTODIAN.   I HAD NO OTHER
INVOLVEMENT IN THIS CASE.
DET. WILLIAM C. BRUFFEY, #4070, SC
TRANS. 10-13-93

A-001026

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 20 of 50

LISTING PAGE      274  P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E          PAGE   1
 CASE NO. 93114461         SUPPLEMENT   2   O F F E N S E  R E P O R T                CASE NO. 93114461
                                                                          DISPOSITION: INACTIVE
                                                                          DIVISION: DETECTIVE

BURGLARY/UNARMD                         *                    *                         *
                                                   CODE: 230F  DATE: 10/20/93  WEDNESDAY
 RCR: 803 GRID:         DEPUTY I.D.: 1966 NAME: WESCOTT       ASSIST:    TIME D 0925 A 0930 C 1011
 OCCURRED BETWEEN DATE: 10/11/93 , 0530 HOURS  AND  DATE: 10/11/93 , 0930 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: ██████████████████████████████              APT. NO.:
          CITY: WEST PALM BEACH              STATE: FL        ZIP: 33415
NO. OFFENSES: 01 NO. OFFENDERS: UK NO. VEHICLES STOLEN:  0  NO. PREMISES ENTERED:  0
LOCATION: PARKING LOT / GARAGE
NO. VICTIMS: 01 NO. ARRESTED:  0  FORCED ENTRY: 0
OFFENSE NO. 1  FLORIDA STATE STATUTE:  810 02   3    OTS CODE 230F

NAME LIST:
   ROLE:
VICTIM  NO. 001          RICARDO G SANCHEZ                     DOB: ██████60
          SEX: M RACE: W HT: 505 WT: 180 HR: BLACK     EYE: BROWN
COMPLAINANT              RICARDO G SANCHEZ                     DOB: ██████60
          SEX: M RACE: W HT: 505 WT: 180 HR: BLACK     EYE: BROWN
RESIDENCIAL ADDRESS: ████████████████████████  W PALM BCH FL 33415    PHONE: 407 471-5241

NATURE OF LARCENY: THEFT FROM VEHICLE
POINT OF ENTRY: SIDE WINDOW
METHOD OF ENTRY: PRYING TOOL
MO CODE(1): NIGHT BURGLARY
====================================================================================
 STATUS  1 = STOLEN                         2 = S/R DIFFERENT DAY
 CODE    3 = S/R SAME DAY                   4 = RECOVERED FOR OTHER JURISDICTION
 (STA)   5 = LOST ITEMS    8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
====================================================================================

| DATE STLN/ RECOV | S T Y A P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|
| 101193 | 1 R | | | 2 15" SPEAKERS | 200 | | |
| 101193 | 1 R | | | EQUALIZER | 250 | | |
| 101193 | 9 A | CHEVROLET | | REAR PASSENGER WINDOW | 150 | | |

   OFFENSE INDICATOR: OFFENSE 1     VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY      RESIDENCE STATUS: FULL YEAR

A 0010

CASE NO. 93114461    SUPPLEMENT   2   OFFENSE REPORT    CASE NO. 93114461

DISPOSITION: INACTIVE

EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: UNDETERMINED

VEH/VESS STATUS CODE: VICTIMS        VEH/VESS TYPE: TRUCK / VAN
LICENSE TYPE: PASSENGER CAR
  VEH STATE LICENSE: FL    TAG YEAR: 93    VEH YEAR: 83
VEH LICENSE NO. AECS4C        VEH LICENSE DECAL: 13300649
VEH MAKE: CHEVROLET    VEH MODEL: BLAZER    VEH STYLE: TRUCK
VEH COLOR: GRY / BLK
VIN NUMBER: 1G8EK18H7DF123047
INSURANCE CO: SECURITY   POLICY: 93-0390 PH:

        ON 10/15/93 I WAS ASSIGNED FOLLOW UP INVESTIGATION INTO THIS CASE
AND IN REVIEWING THE REPORTS I NOTED THAT ON 10/13/93 DET. BRUFFEY OF THE
CRIME SCENE UNIT PROCESSED THE ITEMS TURNED IN FOR PROCESSING BY O/S JACKSON
ID#3139.  THIS PROCESSING MET WITH NEGATIVE RESULTS AND ATTEMPTS TO MAKE
CONTACT WITH SANCHEZ, THE VICTIM IN THIS, HAVE MET WITH NEGATIVE RESULTS.
DUE TO A LACK OF LEADS OR SUSPECTS, WHICH COULD BE PURSUED AT THIS TIME
THIS CASE IS DECLARED INACTIVE.
DET. WESCOTT(1966)/ ER TRANSCRIBED 10/20/93

Case 9:16-cv-80699-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 21 of 50

# SHERIFF'S OFFICE
PALM BEACH COUNTY
PROPERTY RECEIPT

CASE NUMBER

Item Number 13-623

Date 10/11/13   Time 0800   Zone B3   Type Case 21V

☐ Property of Deceased        ☐ Found Property        ☐ Stolen-Recovered
☐ Trial                      ☑ Laboratory           ☐ Destroy

Release After Processing?  ☐ Yes   ☑ No     To Whom

Address Where Property Impounded 1258 DuSow Cir N

| | NAME | ADDRESS | PHONE |
|---|---|---|---|
| Discovered by | R/Sgt Jackson Jr 517 Dist7 | | |
| Owner | N/A | | |
| Victim | Richard Spencer | ▮▮▮▮▮ | ▮▮▮▮▮ |
| Suspect(s) include DOB | N/A | | |

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 1 | 1 | — | Dry Tech |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Held After Processing |
| | | | |
| | | | |
| | | | * Processed with Negative Results |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Signature _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

Signature R. Jackson Jr   ID 3170   Division Dist7

| RECEIVED BY | REASON | DATE & TIME |
|---|---|---|
| Det. Wm C Buffy   Marcha | Processing   Evidence | 10/13/13   0800   10/15/13 - 0800 |
| | | |
| | | |
| | | |

| Final Disposition | Authority | Date & Time |
|---|---|---|
| | | |

☑ WEST PALM BEACH   ☐ DELRAY BEACH   ☐ PALM BEACH GARDENS

RECORDS BUREAU COPY

F-4281

# SHERIFF'S OFFICE
## PALM BEACH COUNTY
### PROPERTY RECEIPT

CASE NUMBER

Date _____ Time 0730 Zone 3 Type Case RIU

Bin Number

☐ Property of Deceased ☐ Trial
☐ Found Property ☑ Laboratory
☐ Stolen-Recovered ☐ Destroy

Release After Processing? ☐ Yes ☑ No     To Whom

Address Where Property Impounded 4758 Dyson Cir N

| | NAME | ADDRESS | PHONE |
|---|---|---|---|
| Discovered by | D/S/L Jackson Jr 3130 | Dist | |
| Owner | | | |
| Victim | Richard Sanchez | | |
| Suspect(s) include DOB | unk | | |

| ITEM # | QUANTITY | VALUE | DESCRIPTION |
|---|---|---|---|
| 1 | 2 | | Latent Cards |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | To Process for Value |
| | | | |
| | | | 2 w/ |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Signature _____

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Deputy Sheriff.

Signature _Jackson Jr_ ID 330 Division Dist

| RECEIVED BY | REASON | DATE & TIME |
|---|---|---|
| Sgt Mullins #3971 | evaluate | 10-15-93 |
| | | |
| | | |
| | | |
| Final Disposition | Authority | Date & Time |

☑ WEST PALM BEACH  ☐ DELRAY BEACH  ☐ PALM BEACH GARDENS

RECORDS BUREAU COPY

F-4281

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**CENTRAL RECORDS**
**FSS EXEMPTIONS/CONFIDENTIAL**

☐   119.071(2)(c) active criminal intelligence/active criminal investigative information

☐   119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐   119.071(2)(e) confessions

☐   119.071(2)(f) confidential informants

☐   119.071(5)(g)1,  Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐   365.171(15) identity of 911 caller or person requesting emergency service

☐   119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐   316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐   119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐   119.071(2)(i) assets of crime victim

☐   985.04(1) juvenile offender records

☐   119.071(5)(a)(5) social security numbers held by agency

☑   119.0712(2) personal information contained in a motor vehicle record

☐   119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☐   395.3025(7)(a) and/or 456.057(7)(a) medical information

☐   394.4615(7) mental health information

☐   119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑   943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐   119.071(4)(c) undercover personnel

☐   119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐   OTHER: _____

Case number: 935275   Clerk ID: 4940   Date: 03/11/2008

A-001031

CRIMNL MISCHEF                 *                    *              *
                                                CODE: 2900  DATE: 04/17/93  SATURDAY
ZONE: B07 GRID: HOUS    DEPUTY I.D.: 4505 NAME: MANGEL ANTHONY  ASSIST:      TIME O 1806 A 1811 C 1826
OCCURRED BETWEEN DATE: 04/17/93 , 1230 HOURS AND  DATE: 00/00/00 , 0000 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: ███████  █  ███████                    CR   APT. NO.:
          CITY: WEST PALM BEACH                STATE: FL      ZIP: 33415
NO. OFFENSES: 01 NO. OFFENDERS: 01 NO. VEHICLES STOLEN:  O  NO. PREMISES ENTERED:  O
LOCATION: HIGHWAY / ROADWAY
NO. VICTIMS: 01 NO. ARRESTED:  O  FORCED ENTRY: O
OFFENSE NO. 1  FLORIDA STATE STATUTE:  806 13        CIS CODE 2900
**
NAME LIST:
  ROLE:
VICTIM NO. 001          RICARDO SANCHEZ                 DOB: ███████/60
          SEX: M RACE: W HT: 509 WT: 210 HR: BLACK      EYE: BROWN
COMPLAINANT             RICARDO SANCHEZ                 DOB: ███████/60
          SEX: M RACE: W HT: 509 WT: 210 HR: BLACK      EYE: BROWN
RESIDENCIAL ADDRESS:██████████████████     WEST PALM FL 33415     PHONE: █████████
**
===============================================================================
STATUS  1 = STOLEN                      2 = S/R DIFFERENT DAY
CODE    3 = S/R SAME DAY                4 = RECOVERED FOR OTHER JURISDICTION
(STA)   5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===============================================================================

| DATE STLN/ RECOV | S T Y A | T P | BRAND NAME | CALIBER (GUN) | SERIAL/NUMBER DESCRIPTION | VALUE STOLEN | VALUE RECOVERED | TELETYPE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 041793 | 9 A | | | | BROKEN WIND- SHIELD | 1 | | |

**
**

    OFFENSE INDICATOR: OFFENSE 1      VICTIM NUMBER: 1
VICTIM TYPE: ADULT
RESIDENCE TYPE: COUNTY      RESIDENCE STATUS: FULL YEAR
EXTENT OF INJURY: NONE
INJURY TYPE(1): NOT APPLICABLE
INJURY TYPE(2): NOT APPLICABLE
VICTIM RELATION: NEIGHBOR

VEH/VESS STATUS CODE: VICTIMS      VEH/VESS TYPE: TRUCK / VAN

Case 9:16-cv-80603-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 25 of 50

Case 9:16-cv-80693-BB  Document 33-12  Entered on FLSD Docket 10/19/2016  Page 26 of 50

LISTING PAGE     923  P A L M  B E A C H  C O U N T Y  S H E R I F F ' S  O F F I C E          PAGE   2
  CASE NO. 9352757                          O F F E N S E  R E P O R T              CASE NO. 9352757
===04/23/93===                                                         DISPOSITION: INACTIVE

LICENSE TYPE: TRUCK
    VEH STATE LICENSE: FL      TAG YEAR: 93    VEH YEAR: 83
VEH LICENSE NO. ████████
VEH MAKE: CHEVROLET       VEH MODEL: BLAZER      VEH STYLE: TRUCK
VEH COLOR: GRY

    REPORT NUMBER: 1
FLORIDA VICTIM ? N
WITNESS TO CRIME KNOWN ?. Y                    SUSPECT NAME KNOWN ?........ N
CAN VICTIM I.D. SUSPECT ? N                    SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y                    STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?..... Y                   EVIDENCE LEFT AT SCENE ?... N
LATENTS LIFTED ?.......... N                   SUSPECT'S VEHICLE KNOWN ?.. N
TAG NUMBER KNOWN ?........ N                    PROPERTY DAMAGE ?.......... Y
AMOUNT OF DAMAGE .........$ 1

                ON 4-17-93 AT 1807 HOURS, I RESPONDED TO 4758 DYSON CIRCLE NORTH REGARD-
        ING DAMAGE TO A VEHICLE.
                UPON ARRIVAL, I SPOKE WITH THE COMPLAINANT, RICARDO SANCHEZ, WHO STATED
        HE HAD PARKED HIS 1983 CHEVROLET BLAZER, FLORIDA TAG ████████ IN FRONT OF HIS
        APARTMENT BUILDING.  AT APPROXIMATELY 1230 HOURS THIS DATE, HE WAS TOLD BY
        SOME OF THE NEIGHBORHOOD CHILDREN THAT ANOTHER BOY IN THE NEIGHBORHOOD BY THE
        NICKNAME OF "JOK", APPROXIMATELY 10 YEARS OLD, HAD THROWN A LARGE ROCK AND
        CRACKED HIS WINDSHIELD.  UPON GOING OUTSIDE, SANCHEZ STATED THAT HE OBSERVED
        HIS WINDSHIELD WAS BROKEN.  SANCHEZ SAID HE LOOKED AROUND FOR THE YOUNG MALE
        BUT COULD NOT FIND HIM.  I ADVISED SANCHEZ THAT I WOULD WRITE A REPORT AND
        FOR HIM TO CONTACT THE COMMUNITY SERVICE OFFICER WHO WORK THAT DISTRICT AND
        THEY WOULD BE ABLE TO TRACK DOWN THE YOUNG MAN SO THEY MAKE ARRANGEMENTS FOR
        RESTITUTION.  SANCHEZ STATED THIS WAS WHAT HE HAD PLANNED ON DOING AND HE
        NEEDED A CASE NUMBER, WHICH HE WAS SUPPLIED.
                THERE IS NO FURTHER INFORMATION AT THIS TIME.
        D/S A.J. MANGEL/ID 4505/TRANS:4-19-93/PDP/#3895
        DICT:4-18-93/1225 HRS.

A-001033

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | | 1. Arrest  3. Request for Warrant | 2. N.T.A.  4. Request for Capias | | | ☑ 1 | Juvenile |

**ADMIN.**

Agency ORI Number: FLO 5 0 0 0 0 0  Agency Name: **PALM BEACH COUNTY SHERIFF'S OFFICE**  Agency Report Number: 0 6 - 9 9 - 0 6 7 7 3 0

Charge Type: Check as many as apply
☑ 1. Felony  ☐ 2. Traffic Felony  ☐ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other ___  Special Notes:

**DEF.**

Name (Last, First, Middle): SANCHEZ, RICARDO   Alias:    Race: W   Sex: M

**CHARGES**

Charge Description: AGG ASSAULT ON A LEO DEADLY WEAPON   Charge Description: RESISTING WITH VIOLENCE
Charge Description: BATTERY ON A LEO   Charge Description:

**VICTIM**

Victim's Name (Last, First, Middle): STATE OF FLA.    Race:   Sex:   Date of Birth:
Local Address (Street, Apt. Number):   (City)   (State)   (Zip)   Phone ( )   Address Source:
Business Address (Name, Street):   (City)   (State)   (Zip)   Phone ( )   Occupation:

**PROBABLE CAUSE STATEMENT**

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

☑ committed the below acts in my presence.
☐ confessed to ___ admitting to the below facts.
☐ was observed by ___ who told ___ that he/she saw the arrested person commit the below acts.
☐ was found to have commited the below acts, resulting from my (described) investigation.

On the __4__ day of __MAY__ 19 99 at __222__ ☑ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

ABOVE DATE + TIME I WAS DISPATCHED TO ███████ WPB. FL. IN REF. TO A DOMESTIC. I WAS ADVISED BY DISPATCH THE COMP./WIFE HAD SAID SHE WAS IN A VERBAL ARGUMENT WITH HER HUSBAND WHO WAS DRUNK. UPON ARRIVAL THE HUSBAND RICARD SANCHEZ WAS GONE. I SPOKE WITH THE WIFE JUANA SANCHEZ + HER DAUGHTER NYDIA SANCHEZ 16 YRS OF AGE. THEY BOTH SAID RICARDO HAS COME HOME DRUNK + STARTED A FIGHT, THEN LEFT. THEY SAID HE HAD BEEN VIOLENT IN THE PAST + THEY WERE AFRAID HE WOULD RETURN. I HEARD A VEH. COMING DOWN THE STREET AT A HIGH RATE OF SPEED SCREECHING ITS TIRES. RICARDO PULLED RIGHT UP TO THE FRONT DOOR CONTINUING TO BURN HIS TIRES CREATING LOTS OF SMOKE. I STOOD IN THE DOORWAY TO PROTECT THE WIFE + DAUGHTER. RICARDO BEGAN SCREAMING + HOLLERING IN SPANISH AT HIS WIFE. HE THEN TOLD ME TO GET OFF HIS PROPERTY + OUT OF HIS HOUSE, THAT HE DID NOT CALL THE POLICE + DID NOT WANT ME THERE. I ADVISED RICARDO TO LEAN AGAINST THE TRUCK + LET ME SEE HIS DRIVERS LIC. HE STATED I DID NOT NEED HIS LIC + REFUSED TO GIVE IT TO ME. RICARDO THEN SAID HE WAS GOING TO GET HIS BEER + GO INSIDE. I ADVISED RICARDO

STATE OF FLORIDA
COUNTY OF PALM BEACH

Signature: _Mark Essam_ #5428
(Signature of Arresting/Investigative Officer)

**ADMINISTR.**

The foregoing instrument was sworn to or affirmed and subscribed before me this __4__ day of __MAY__ 19 99 by D/S MARK ESSAM

Print name: _SGT ___ (Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced ___
Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

A-001034

PAGE 1 OF 2

| OBTS Number | | PROBABLE CAUSE AFFIDAVIT | | 1. Arrest    3. Request for Warrant | | | Juvenile |
| | | | | 2. N.T.A.    4. Request for Capias | 1 | |

| Agency ORI Number | Agency Name | | Agency Report Number | Special Notes: |
| FLO 5 0 0 0 0 0 | PALM BEACH COUNTY SHERIFF'S OFFICE | 0 6 - 9 9 - 0 6 7 7 3 0 | | |

Charge Type:
Check as many as apply
☒ 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance
☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor   ☐ 6. Other _____

Name (Last, First, Middle)   SANCHEZ, RICARDO
Alias
Race W   Sex M   Date of Birth ████ 60

Charge Description   Agg. Assault on a LEO Deadly Weapon
Charge Description   Resisting with Violence

Charge Description   Battery on a LEO
Charge Description

Victim's Name (Last, First, Middle)   State of Fla
Race   Sex   Date of Birth

Local Address (Street, Apt. Number)   (City)   (State)   (Zip)   Phone (   )   Address Source

Business Address (Name, Street)   (City)   (State)   (Zip)   Phone (   )   Occupation

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.
The Person taken into custody ...

☒ committed the below acts in my presence.
☐ confessed to _____
admitting to the below facts.

☐ was observed by _____ who told _____
that he/she saw the arrested person commit the below acts.
☐ was found to have committed the below acts, resulting from my (described) investigation.

On the 4 day of MAY 19 99 at 222 ☒A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

TO LEAVE THE BEER ALONE. RICARDO REFUSED MY INSTRUCTIONS REACHED INSIDE THE TRUCK + GRABBED HIS BEER. RICARDO THEN TURNED TOWARDS ME RAISED THE BEER BOTTLE OVER HIS HEAD + SAID HE WAS GOING TO HIT ME. I TOOK MY FLASHLIGHT + SWUNG AT THE BEER BOTTLE BREAKING THE BOTTLE SO I WOULDN'T GET HIT IN THE HEAD. RICARDO THEN TOOK THE BROKEN PORTION OF THE BOTTLE + RAISED IT AGAIN IN A STRIKING POSITION. I RETREATED APPX 2 TO 3 STEPS IN AN ATTEMPT TO DEESCALATE THE SITUATION. RICARDO DROPPED THE BROKEN BOTTLE + PUSHED HIS WAY INTO THE HOUSE. BACK-UP UNITS BEGAN TO ARRIVE. RICARDO STARTED MAKING HIS WAY INTO THE HOUSE TOWARDS THE BEDROOM. I WAS AFRAID HE WAS ATTEMPTING TO ACCESS A WEAPON SO I GRABBED HIS SHIRT TO STOP HIM. RICARDO THEN BECAME VERY VIOLENT STRIKING ME + PULLING ME ONTO THE COUCH. RICARDO ATTEMPTED TO BITE ME ON THE ARM OR SHOULDER AREA. I DEFENDED MYSELF BY STRIKING HIM 3 OR 4 TIMES WITH MY FIST. RICARDO CONTINUED THE AGGRESSION TRYING TO POKE OUT MY EYES. I RECEIVED SOME SCRATCHES ON MY NECK. RICARDO WAS SPRAYED BY LT ETHERIDGE WITH OC SPRAY TAKEN TO THE GROUND + HANDCUFFED TOT COUNTY JAIL

STATE OF FLORIDA
COUNTY OF PALM BEACH

_____
(Signature of Arresting/Investigative Officer)

The foregoing instrument was sworn to or affirmed and subscribed before me this _____

(Print name of Arresting/Investigative Officer), who is personally known to me and/or produced identification. Type of identification produced _____

_____
Notary Public, Clerk of Court, Officer (F.S.S. 117.10)

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
THIS ___ DAY OF _____ 20__ by /s MARK ESSARY
SHARON R. BOCK
CLERK & COMPTROLLER
_____
DEPUTY CLERK

A-001035

PAGE 2 OF 2

PBSO #0004A REV 12/97    DISTRIBUTION:   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

**ORIGINAL FILED**

Circuit Criminal Department

# CIRCUIT COURT - CRIMINAL DIVISION

JUN 1 2008

**COPY REQUEST**

SHARON R. BOCK
Clerk & Comptroller
Palm Beach County

TO:  Circuit Court, Criminal Division Clerks

Date: 02-13-2008

Requested By: Lynn Frazer

Phone: 561-252-7386

Agency: McDermott Investigations

Address: P.O. Box 212979
Royal Palm Beach FL 33421

RE: Ricardo Sanchez
Name of Defendant

DOB: ███ ██

| CASE NUMBER | PC | INFO. | CEF | SENTENCE | JUDGMENT | FINGERPRINTS | CERTIFIED |
|---|---|---|---|---|---|---|---|
| Microfiche: | DATE 070191 | PAGE 15528 | | | | | |
| 80005327CFA02 | X | X | X | X | X | X | |
| 91015396CFA99 | Date 020197 | Page 16900 | | | | | |
| 80005429CFA99 | 120185 | 23782 | | | | | |
| 80005428CFA99 | 120185 | 23784 | | | | | |
| 80005328CFA99 | 120185 | 23876 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DATE RECEIVED: _____

CLERK: _____

DATE COMPLETED: _____

SGB 6/01

A-001036

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 30 of 50

```
JJI660R1                              COUNTY/CIRCUIT COURT
                                      CRIMINAL HISTORY REPORT
  DATE 02 01 97                       HISTORY PURGE LIST                                    PG 16900
**************************************************************************************************
------------ NAME ------------  SEX  RACE  DOB     CASE #      CIT #   ARREST  PARK TICKET *
  SANCHEZ,RICARDO,GARCIA          M    W    [    ]  91015396CF A99  487202*  91042860        * FELONY
  COMM                                                                            **************************
.................................................................................................
ADDRESS   STREET       STREET         SUF APT-              ST
RECORDS   NUMBER  DIR  NAME           FIX LOT  CITY         CD ZIPCODE   PROVINCE  COUNTRY AGCY UPDATE
                                                    PALM BEACH FL 00000                    CTA  092380
            1                                                  FL 00000                    CTA  073084
                                        CR       WPB          FL 33415                     CDC  032493

.................................................................................................
  JIFM  01 DIST-LOC=001  DATE 122591 OF NOT FILED   ST-ATTY=                    DEF-ATTY=

FEL-MISD  AGCY=01 94021654G ARRN-DATE=000000 COURT=   TIME=

.................................................................................................
  JIFA    PRAECIPE-BY=           PRAECIPE-DT=      ARRN-DT=012452 JUDGE=SHOLIS    COURT=U  DEF-ATTY=N
ARRAIGN.  DEF-PRES=Y ADV-RTS=    ARRN-PASS-TD=     TIME=     COURT=   DEF-RLSE-DT=012492

.................................................................................................
  JICH    COUNT=01 NARR=BATTERY                           STAT=784.03      NCIC=FMIS NOLE-PROS-DTE=
CHARGE
          AMEN-DTE=      PLEA=   ADJ=   ADJ-WH=   SENT-DTE=     SUSP=  WHELD=  TIME-SER=  MTHS=  DYS=  YRS=

          FINE=*******.00   SERVICE-FEE=*******.00  PROBATION  MTHS=  DYS=  YRS=   VICTIM-CODE= 0

.................................................................................................
  JICH    COUNT=02 NARR=BATTERY (LAW ENFORCEMENT OFFICER)        STAT=784.07      NCIC=FPER NOLE-PROS-DTE=
CHARGE
          AMEN-DTE=      PLEA=   ADJ=   ADJ-WH=   SENT-DTE=     SUSP=  WHELD=  TIME-SER=  MTHS=  DYS=  YRS=

          FINE=*******.00   SERVICE-FEE=*******.00  PROBATION  MTHS=  DYS=  YRS=   VICTIM-CODE= 0

.................................................................................................
  JICH    COUNT=03 NARR=RESIST WITH VIOLENCE                     STAT=843.01      NCIC=FPER NOLE-PROS-DTE=
CHARGE
          AMEN-DTE=      PLEA=   ADJ=   ADJ-WH=   SENT-DTE=     SUSP=  WHELD=  TIME-SER=  MTHS=  DYS=  YRS=

          FINE=*******.00   SERVICE-FEE=*******.00  PROBATION  MTHS=  DYS=  YRS=   VICTIM-CODE= 0

.................................................................................................
  JIBD   02 REG #=090709 02 DTE-OF=122591 RET-DTE=      TYP=CB BDMAN-CD=    BND-AMT=    $100.00 POW=         REC=1653870A
BONDS
         FORF-DTE=000000 BOOK=     PAGE=    PAY-DTE=000000 SURR-DTE=000000 DIS-DTE=012492 VAC-DTE=000000 REV-DTE=000000
         REIN-DTE=000000 ODC-CODE=     FIN-JDG-CASE=           ESCROW=
         DEPOSITOR:  JUANNA SANCHEZ
         BALANCE=      $0.00  CHECK NUMBER=         BOND CK TYPE=

*** CONTINUED NEXT PAGE ***

                                            .J11
```

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 31 of 50

```
JJI660R1                                    COUNTY/CIRCUIT COURT

  DATE 02 01 97                             CRIMINAL HISTORY REPORT
                                            HISTORY PURGE LIST                                         PG 16901

*******************************************************************  *********************************************
  ----------- NAME ----------- SEX  RACE   DOB      CASE #     CIT #    ARREST   PARK TICKET *
  SANCHEZ,RICARDO,GARCIA        M    W     ███████0  91015396CF A99   487202*  51042860              *  FELONY
    COMM                                                                          *******************************************
---------------------------------------------------------------------------------------------------------------
JIBP BOND      RECEIPT #    ACTIVITY     CHECK #   DATE        AMOUNT         PAYEE (IF OTHER THAN DEPOSITOR)
ACTIVITY       1653870A     PAI           2445     920507      $100.00        JUANNA SANCHEZ


JISN      DTE=      SUSP=   ADJ-WH=  SENT-WH=  JUDGE-COD=   FINE=*******.00 CRT-COSTS=*******.00   SERVICE-FEES=*******.00
SENT
          PAID=*******.00 PAY-DUE-DTE=       PAID-DTE=       BOND-FORT=*******.00 INS-FUND=*******.00  VICTIM-AID=*******.00
          SURCHARGE=*******.00      COP=*******.00     REHAB=*******.00  HANDICAP=*******.00      D6=*******.00

          LIC-REV SUS=  DYS=   MTHS=    SUK=  SCHOOL-NAM=    CRS=   DTE=    TIME-SER=  MTHS=   DYS=   YRS=

          PROBATION MTHS-    DYS=   YRS=    PURGE-DTE=012497


OBTS      OBTS=0001936017 0004449922 0000733321 0004717148 0004949447


                                              ----- COMMENTS -----
01 DIV U                                             01 CHRG REDUCED TO MISD, SEE 92-4160MM A02
02                   N
```

A-001038

JJI660R1                                    COUNTY CIRCUIT COURT

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 32 of 50

```
JJI660R1                            COUNTY/CIRCUIT COURT

                                   CRIMINAL HISTORY REPORT
DATE 12/01/85                      HISTORY PURGE LIST                            PG 23782

*****************************************************************************************
---------- NAME ----------    SEX RACE  DOB    CASE #     CIT #   ARREST  PARK TICKET #
SANCHEZ,RICARDO,GARCIA        M   W    ███0  80005429CF A99  098250*  00191677      *  FELONY
CONM                                                                    *********************************

ADDRESS    STREET    STREET        SUF APT-          ST
RECORDS    NUMBER DIR NAME         FIX LOT  CITY     CD ZIPCODE   PROVINCE  COUNTRY AGCY UPDATE
           ███  ███          DR   WEST PALM BEACH FL 00000                    CTA  092380
                                   DR   WPB         FL 00000                    CTA  073084

-----------------------------------------------------------------------------------------
JIFM  01 DIST-LOC=001   DATE 092880 OF NOT FILED     ST-ATTY=          CODE=    DEF-ATTY=PUBLIC DEFENDER CODE=

FEL-MISD  AGCY=001 ARRN-DATE=101880 COURT=WP TIME=0900  PSI-DT=

-----------------------------------------------------------------------------------------
JIFA     PRAECIPE-BY=            PRAECIPE-DT=    ARRN-DT=     JUDGE=        COURT=  DEF-ATTY=
ARRAIGN. DEF-PRES=  ADV-RTS=    ARRN-PASS-TO=   TIME=    COURT=   DEF-RLSE-DT=

-----------------------------------------------------------------------------------------
JICH     COUNT=01 NARR=BURGLARY/AUTO                      STAT=810.02     NCIC=    NOLE-PROS-DTE=
CHARGE
         AMEN-DTE=      PLEA=   ADJ=   ADJ-WH=  SENT-DTE=       SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=  YRS=

         FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= 0

-----------------------------------------------------------------------------------------
JICH     COUNT=02 NARR=POSS STOLEN PROPERTY                STAT=812.031    NCIC=    NOLE-PROS-DTE=
CHARGE
         AMEN-DTE=      PLEA=   ADJ=   ADJ-WH=  SENT-DTE=       SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=  YRS=

         FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= 0

-----------------------------------------------------------------------------------------
JICH     COUNT=03 NARR=GRAND LARCENY                       STAT=812.014    NCIC=    NOLE-PROS-DTE=
CHARGE
         AMEN-DTE=      PLEA=   ADJ=   ADJ-WH=  SENT-DTE=       SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=  YRS=

         FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=   DYS=   YRS=   VICTIM-CODE= 0

-----------------------------------------------------------------------------------------
JISN     DTE=      SUSP=  ADJ-WH=  SENT-WH=  JUDGE-COD=   FINE=*******.00 CRT-COSTS=*******.00 CNTEMPT-COSTS=*******.00
SENT
         PAID=*******.00 PAY-DUE-DTE=       PAID-DTE=     BOND-FORT=*******.00 IRS-FUND=*******.00 VICTIM-AID=*******.00
         SURCHARGE=*******.00   OVER-55=*******.00

         LIC-REV/SUS=  DYS=   MTHS=   SUR=  SCHOOL-TYP=   LOC=      DTE=      TIME-SER=  MTHS=   DYS=   YRS=

         PROBATION/MTHS=   DYS=   YRS=   PURGE-DTE=101085

*** CONTINUED NEXT PAGE ***

                                        .L04

JJI660R1                            COUNTY CIRCUIT COURT
```

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 33 of 50

```
JJI660R1                              COUNTY/CIRCUIT COURT

                                     CRIMINAL HISTORY REPORT
DATE 12/01/85                         HISTORY PURGE LIST                              PG 23783

************************************************************************************************
---------- NAME ----------     SEX  RACE  DOB    CASE #      CIT #    ARREST  PARK TICKET *
SANCHEZ,RICARDO,GARCIA          M    W    081460  80005429CF A99  09R250*  00191677            *  FELONY
  CONN                                                                          ****************************************

----------------------------------------------- COMMENTS -----------------------------------
01 REFER TO CASE 20-5327CF
```

A-001040

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 34 of 50

JJI660R1                                COUNTY/CIRCUIT COURT

                                        CRIMINAL HISTORY REPORT
DATE 12/01/85                            HISTORY PURGE LIST                                        PG 23784

**********************************************************************************************************

| ---------- NAME ----------- | SEX | RACE | DOB | CASE # | CIT # | ARREST | PARK TICKET # | |
| SANCHEZ, RICARDO, GARCIA | M | W | ▓▓▓▓ | 80005428CF | A99 | 098249* | 00191676 | * FELONY |
| COMM | | | | | | | | |

***********************************************************

| ADDRESS | STREET | | STREET | SUF | APT- | | | ST | | | | | |
| RECORDS | NUMBER | DIR | NAME | FIX | LOT | CITY | | CD | ZIPCODE | PROVINCE | COUNTRY | AGCY | UPDATE |
| | ▓▓▓ | ▓▓▓ | | | | DR | WEST PALM BEACH | FL | 00000 | | | CTA | 092380 |
| | | | | | | DR | WPB | FL | 00000 | | | CTA | 073084 |

-----------------------------------------------------------------------------------------------------
JIFM  01 DIST-LOC=001  DATE 092880 OF NOT FILED    ST-ATTY=            CODE=      DEF-ATTY=PUBLIC DEFENDER CODE=

FEL-MISD  AGCY=001 ARRN-DATE=101880 COURT=WP TIME=0900  PSI-DT=

-----------------------------------------------------------------------------------------------------
JIFA    PRAECIPE-BY=              PRAECIPE-DT=      ARRN-DT=       JUDGE=        COURT=   DEF-ATTY=
ARRAIGN.  DEF-PRES=  ADV-RTS=      ARRN-PASS-TO=    TIME=     COURT=   DEF-RLSE-DT=

-----------------------------------------------------------------------------------------------------
JICH    COUNT=01 NARR=BURGLARY/AUTO                              STAT=810.02      NCIC=      NOLE-PROS-DTE=
CHARGE
        AMEN-DTE=      PLEA=    ADJ=    ADJ-WH=   SENT-DTE=      SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

        FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=    DYS=    YRS=    VICTIM-CODE= 0

-----------------------------------------------------------------------------------------------------
JICH    COUNT=02 NARR=POSS STOLEN PROPERTY                       STAT=812.031     NCIC=      NOLE-PROS-DTE=
CHARGE
        AMEN-DTE=      PLEA=    ADJ=    ADJ-WH=   SENT-DTE=      SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

        FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=    DYS=    YRS=    VICTIM-CODE= 0

-----------------------------------------------------------------------------------------------------
JICH    COUNT=03 NARR=GRAND LARCENY                              STAT=812.021     NCIC=      NOLE-PROS-DTE=
CHARGE
        AMEN-DTE=      PLEA=    ADJ=    ADJ-WH=   SENT-DTE=      SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

        FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION  MTHS=    DYS=    YRS=    VICTIM-CODE= 0

-----------------------------------------------------------------------------------------------------
JISN    DTE=      SUSP=  ADJ-WH=  SENT-WH=  JUDGE COD=   FINE=*******.00 CRT-COSTS=*******.00 CNTEMPT-COSTS=*******.00
SENT
        PAID=*******.00 PMT-DUE-DTE=      PAID-DTE=      BOND-FORT=*******.00 INS-FUND=*******.00 VICTIM-AID=*******.00
        SURCHARGE=*******.00    OVER-55=*******.00

        LIC-REV/SUS=  DTE=    MTHS=   SUR=  SCHOOL-TYP=   LOC=     DTE=       TIME-SER=  MTHS=   DYS=   YRS=

        PROBATION/MTHS=    DYS=   YRS=    PURGE-DTE=101085

*** CONTINUED NEXT PAGE ***

                                        .805

JJI660R1                              AcCOUNTY/CIRCUIT COURT

Case 9:16-cv-80693-BB Document 33-12 Entered on FLSD Docket 10/19/2016 Page 35 of 50

.B05

```
JJI660R1                          COUNTY/CIRCUIT COURT

                                  CRIMINAL HISTORY REPORT
DATE 12/01/85                     HISTORY PURGE LIST                                    PG 23785

**********************************************************************************************
------------ NAME ------------ SEX RACE  DOB      CASE #      CIT #    ARREST  PARK TICKET *
SANCHEZ,RICARDO,GARCIA          M   W   [  ]   8000542BCF A95  098249*  00191676          * FELONY
   COMM                                                                 ****************************************


-------------------------------------------------- COMMENTS --------------------------------------------------
01 REFER TO CASE 80-5327CF
```

.C05

A-001042

Case 9:16-cv-80693-BB   Document 33-12   Entered on FLSD Docket 10/19/2016   Page 36 of 50

```
JJI66DRI                           COUNTY/CIRCUIT COURT

                                   CRIMINAL HISTORY REPORT
 DATE 12/01/85                     HISTORY PURGE LIST                                        PG 23786

 ****************************************************************************************************
 --------------- NAME --------------- SEX  RACE  DOB      CASE #     CIT #    ARREST  PARK TICKET *
 SANCHEZ,RICARDO,GARCIA              M    W   [redacted]  80005328CF A99  097742*  00191445      *  FELONY
      COMM                                                                       *******************************

 ADDRESS    STREET     STREET        SUF APT-           ST
 RECORDS    NUMBER DIR NAME          FIX LOT  CITY      CD ZIPCODE     PROVINCE   COUNTRY AGCY UPDATE
                   [redacted] [redacted]      DR        WEST PALM BEACH FL 00000                 CTA  092380
                                     DR        WPB       FL 00000                 CTA  073084


 JIFM  01 DIST-LOC=001   DATE 092280 OF NOT FILED     ST-ATTY=           CODE=      DEF-ATTY=RICH SPRINGER    CODE=XS040

 FEL-MISD  AGCY=001 ARRN-DATE=       COURT=   TIME=        PSI-DT=


 JIFA      PRAECIPE-BY=RICH SPRINGER    PRAECIPE-DT=092680 ARRN-DT=      JUDGE=        COURT=   DEF-ATTY=
 ARRAIGN.  DEF-PRES=   ADV-RTS=        ARRN-PASS-TO=       TIME=     COURT=   DEF-RLSE-DT=


 JICH      COUNT=01 NARR=ATTEMPTED MURDER                           STAT=782.04       NCIC=     NOLE-PROS-DTE=
 CHARGE
           AMEN-DTE=       PLEA=   ADJ=   ADJ-WH=   SENT-DTE=       SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

           FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION MTHS=   DYS=   YRS=   VICTIM-CODE= 0


 JICH      COUNT=02 NARR=AGGRAVATED BATTERY                         STAT=784.045      NCIC=     NOLE-PROS-DTE=
 CHARGE
           AMEN-DTE=       PLEA=   ADJ=   ADJ-WH=   SENT-DTE=       SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

           FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION MTHS=   DYS=   YRS=   VICTIM-CODE= 0


 JICH      COUNT=03 NARR=SHOOTING INTO OCCUPIED DWELLING            STAT=790.19       NCIC=     NOLE-PROS-DTE=
 CHARGE
           AMEN-DTE=       PLEA=   ADJ=   ADJ-WH=   SENT-DTE=       SUSP=  WHELD=  TIME-SER=  MTHS=   DYS=   YRS=

           FINE=*******.00 CONTEMPT-COST=*******.00  PROBATION MTHS=   DYS=   YRS=   VICTIM-CODE= 0


 JISN      DTE=       SUSP=   ADJ-WH=   SENT-WH=   JUDGE-COD=   FINE=*******.00 CRT-COSTS=*******.00 CNTEMPT-COSTS=*******.00
 SENT
           PAID=*******.00 PAY-DUE-DTE=      PAID-DTE=       BOND-FORT=*******.00 INS-FUND=*******.00 VICTIM-AID=*******.00
           SURCHARGE=*******.00    OVER-55=*******.00

           LIC-REV/SUS=  DYS=  MTHS=  SUR=  SCHOOL-TYP=  LOC=    DTE=       TIME-SER= MTHS=  DYS=  YRS=

           PROBATION/MTHS=   DYS=   YRS=    PURGE-DTE=101085

 *** CONTINUED NEXT PAGE ***

                                        .DO5
```

A-001043

Case 9:16-cv-80693-BB  Document 33-12  Entered on FLSD Docket 10/19/2016  Page 37 of 50

```
JJI660R1                          COUNTY/CIRCUIT COURT

                                  CRIMINAL HISTORY REPORT
DATE 12/01/85                       HISTORY PURGE LIST                                    PC 23787

*****************************************************************************************************
----------- NAME ----------- SEX  RACE   DOB      CASE #       CIT #    ARREST  PARK TICKET #
SANCHEZ,RICARDO,GARCIA        M    W   [REDACTED]  80005328CF A99  097742*  00191445
  COMM                                                                         *  FELONY
                                                                     *******************************

JINV      CODE  -------------------- NARRATIVE -------------------------

          092680 MOTION FOR BOND REDUCTION & NOTICE OF HEARING SET FOR
                 092980 @ 0845, DIV (R). FILED BY RICHARD SPRINGER.
          092980 (KAPNER) DEFT W/R.SPRINGER BEFORE THE CRT FOR HRG ON
                 DEFENSE COUNSEL'S MOTION FOR BOND REDUCTION THIS CS &
                 80-5327CF A99-DENIED.
          100580 WRITTEN ORDER (KAPNER) GRANTING STIP FOR SUB OF COUNSEL
                 R.SPRINGER NOW ATTY OF RECORD.BK.36 PG.86


         ----------------------------------------- COMMENTS --------------------------------------
01 REFER TO CASE 80-5327CF
```

A-001044

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT, CRIMINAL DIVISION,
IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA

FALL .................. Term, in the year of our Lord, one thousand nine hundred and ........ EIGHTY ..........

STATE OF FLORIDA

vs.

~~XXXXXXXXX~~
RICARDO GARSIA SANCHEZ

In the Name and By Authority of the State of Florida:

DAVID H. BLUDWORTH ................. State's Attorney of the Fifteenth Judicial Circuit
of Florida, as Prosecuting Attorney for the State of Florida in the County of Palm Beach,
under oath information makes that   RICARDO GARSIA SANCHEZ

in the County of Palm Beach and State of Florida, on the  18th  day of  SEPTEMBER
in the year of our Lord, one thousand nine hundred and  EIGHTY                        in the County
and State aforesaid,  did unlawfully commit a battery upon JUANA MARIA SANCHEZ by
knowingly and intentionally touching or striking said JUANA MARIA SANCHEZ, such
touching or striking being without the express consent of the said JUANA MARIA
SANCHEZ and in the commission of said battery did use a deadly weapon, to-wit: a
pistol, contrary to Florida Statute 784.045(1)(b),

### COUNT TWO

Informant aforesaid, under oath, further information makes that RICARDO GARSIA SANCHEZ
on the 18th day of SEPTEMBER, 1980 in the County of Palm Beach and State of Florida,
did obtain or use, or did endeavor to obtain or use, certain property, to wit: a
generator of a value of $100.00 or more, but less than $20,000.00, being the property
of JOHN MAURY, doing business as PALM BEACH DRYWALL or any other person not the
defendant or defendants named herein, with intent to permanently deprive the said
JOHN MAURY, doing business as PALM BEACH DRYWALL or any other person not the defendant
or defendants named herein of the property or benefit therefrom or to appropriate the
property to the use of RICARDO GARSIA SANCHEZ or to the use of any person not entitled
thereto, contrary to Florida Statute 812.014(1)(2)(b),

### COUNT THREE

Informant aforesaid, under oath, further information makes that RICARDO GARSIA SANCHEZ
on the 18th day of SEPTEMBER , 1980 in the County of Palm Beach and State of Florida,
did obtain or use, or did endeavor to obtain or use, certain property, to wit: stereo,
CB radio and brief case of a value of $100.00 or more, but less than $20,000.00,
being the property of JEFFERY FOX or any other person not the defendant or defendants
named herein, with intent to permanently deprive the said JEFFERY FOX or any other
person not the defendant or defendants named herein of the property or benefit therefrom
or to appropriate the property to the use of RICARDO GARSIA SANCHEZ or to the use of
any person not entitled thereto, contrary to Florida Statute 812.014(1)(2)(b),

ML/bjd

A-001045

contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Florida.

Attorney, Palm Beach County, Florida

STATE OF FLORIDA
COUNTY OF PALM BEACH

Personally appeared before me, DAVID H. BLUDWORTH State Attorney for Palm Beach County, Florida, who, being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged, that this prosecution is instituted in good faith, and certifies that he has received testimony under oath from the material witness or witnesses for the offense.

State Attorney

(SEAL)

Sworn to and subscribed before me this 10th day of October A.D. 19 80

JOHN B. DUNKLE
Clerk

By

I hereby certify that the foregoing is a true and correct copy of the Information in the Suit of

State of Florida vs. ........................................................................................

as shown by files and records in our office.

JOHN B. DUNKLE

By ........................ Deputy Clerk

| WAIVER OF JURY TRIAL |
|---|
| My rights in the matter having been first duly explained to me, I hereby waive my right to trial by Jury and request that I be tried by the Court. |
| Date ................ ................................ Defendant |

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office.
this 26 day of Feb 98
SHARON R. BOCK
CLERK & COMPTROLLER
By ________________ DEPUTY CLERK

A-001046

RELEASE DATE

**ARREST RECORD**
CLERK OF CRIMINAL COURT

**SANCHEZ        RICARDO        GARCIA**

LAST NAME        FIRST NAME        MIDDLE NAME

LOCAL ADDRESS

**LABORER**            M        W    20

OCCUPATION        SEX    COLOR    AGE    HEIGHT    WEIGHT    HAIR    EYES

**IN CUSTODY PBCJ**

PLACE ARRESTED

**1855 HRS**

TIME AND DATE OF ARREST

CIT. No.

CASE No.

CAPIAS No.

WARRANT No.

BOND _____ RET. DATE _____

SCARS-MARKS-DEFORMITIES-TATTOOS

DETAINERS

RETURNED FROM

FP BY

CRIME CODE | PROPERTY NO. | DRUNKOMETER BY

MARRIED   YES   NO

RELEASE TO
OR
BONDED TO

COURT DISPOSITIONS

**80-5328 CR-007**

A-001047

**ARREST RECORD**

RELEASE DATE

SANCHEZ          RICARDO          GARCIA

CLERK OF CRIMINAL COURT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FIRST NAME | MIDDLE NAME | | | ALIASES | | | | | CATH |
| WPB FLA | | | | | | | | | | |

LABORER          M     W     29    5-9    175    BLK    BRN    RED

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCAL ADDRESS | | | | | PERMANENT HOME ADDRESS | | | | | RELIGION |
| OCCUPATION | | SEX | COLOR | AGE | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION | |

PBSO CENTRAL SUB STATION

PLACE ARRESTED

16599GS 9-22-80 KJB

NILL

TIME AND DATE OF ARREST

CIT. No. _____

CASE No. _____

IAS No. _____

WARRANT No. _____

BOND _____ RET. DATE _____

ARRESTING OFFICER

GRAND LARCENY

POSS OF STOLEN PROPERTY 812.011 1507 (7)

PBSO CASE # 80-79457

80-5327 CF99

SCARS-MARKS-DEFORMITIES-TATTOOS

DETAINERS

RETURNED FROM

FP BY

RELEASE TO-
OR
BONDED TO

COURT DISPOSITIONS                    DATE

CRIME CODE | PROPERTY NO. | DRUNKOMETER BY

MARRIED   YES __ NO __ NTP   AUTO _____

A-001048

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

### THIS AFFIDAVIT MUST CONTAIN FACTS ** NOT CONCLUSIONS ** TO SUBSTANTIATE THE OFFENSE FOR WHICH THE PERSON WAS ARRESTED.

THE OFFENSE OF: _____

OCCURRED AT: _____

ON: _____, IN PALM BEACH COUNTY, FLORIDA.

The undersigned swears that _____ Ricardo Sanchez _____
was arrested, based on the following probable cause: (Circle one number and complete.)

1. Arrested person confessed to _____ Detective Gary Hill _____, admitting that he committed the acts listed in the narrative.

2. Arrested person was observed by _____, who then told _____ that he saw arrested person commit the acts listed in the narrative.

3. Arrested person committed the acts listed in the narrative in my presence.

4. Other way affiant knows arrested person committed acts listed in narrative. (Tell in narrative how you know, ie: via past reliable confidential informant, etc.)

NARRATIVE OF FACTS WHICH CONSTITUTE PROBABLE CAUSE FOR THE ARREST:

On 19 September Det. Hill and Det. Perez picked up Ricardo Sanchez and took him to Central Sub Station where he was advised of his Constitutional Rights. He stated it was an accident, that the gun went off while he was trying to place it under the mattress. He denies shooting her on purpose.

on 22 September 1980 Det. Hill and Det. Perez interviewed Dr. William Hunt who is the victim's Doctor. He stated the gunshot wound is a direct contact and on a downward angle, indicating that Ricardo Sanchez was bending over or laying next to her.

on 22 September 1980 Ricardo Sanchez was arrested by Det. Hill. After advising Ricardo Sanchez of his rights thru D/S Rios, Ricardo Sanchez continued with fabercating the story. After a while he finally broke down and admitted she (his wife) was telling the truth. He admitted on tape that he came home drunk. He found the bedroom door locked. After he beat on the door she opened it. He started yelling at her and threating her.

RECOMMENDED BOND OF $ _____   BY ARRESTING OFFICER

SWORN TO AND SUBSCRIBED BEFORE ME

_____
Notary Public or Officer of Court

_____
Detective Gary Hill

_____
Arresting Officer-Investigating Officer

9/22/80
Date

92284
Date

Notary Public, State of Florida at Large
My Commission Expires July 19, 1983
Bonded by American Fire & Casualty Company

AA001049

80-5328 LFAA9

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

**THIS AFFIDAVIT MUST CONTAIN FACTS ** NOT CONCLUSIONS ** TO SUBSTANTIATE THE OFFENSE FOR WHICH THE PERSON WAS ARRESTED.**

THE OFFENSE OF: _Attempted Murder, Agg. Assault, Shooting int Dwelling_

OCCURRED AT: ▇▇▇▇▇▇▇▇ West Palm Beach, FL.

ON: _18 September 1980_ , IN PALM BEACH COUNTY, FLORIDA.

The undersigned swears that _Ricardo Sanchez_

was arrested, based on the following probable cause: (Circle one number and complete.)

Detective Gary Hill

1. Arrested person confessed to _____ admitting that he committed the acts listed in the narrative.

2. Arrested person was observed by _Juana Sanchez_, who then told Det. Perez and Det. Hill that he saw arrested person commit the acts listed in the narrative.

3. Arrested person committed the acts listed in the narrative in my presence.

4. Other way affiant knows arrested person committed acts listed in narrative. (Tell in narrative how you know, ie: via past reliable confidential informant, etc.)

NARRATIVE OF FACTS WHICH CONSTITUTE PROBABLE CAUSE FOR THE ARREST:

On 18 September 1980 the PBSO responded to 112 E. Grace Dr. involving a shooting. Found at the scene was victim Juana Sanchez with a bullet hole in the back of her neck. Exit of the bullet was thru the left cheek. Also present at the time of the shooting was the victim's husband, Ricardo Sanchez. The victim was found laying in the bed. Due to the fact that the victim and her husband speak very little English it was not until later at the hospital that she told, thru her mother, that Ricardo Sanchez had shot her on purpose and not an accident.

The Crime Scene sketches, recovery of bullet, pillow, height of bullet hole in the wall, all indicate that she was shot at close angle and on a downward motion.

On 19 September Det. Hill and Det. Perez taped the victim at the hospital. She stated that Ricardo Sanchez came home drunk and started slapping her around and accusing her of seeing someone else. He then put the gun to her head and pulled the trigger.

RECOMMENDED BOND OF $_____ BY ARRESTING OFFICER

SWORN TO AND SUBSCRIBED BEFORE ME

_[signature]_

Notary Public, or Officer of Court

_[signature]_ Detective Gary Hill

Arresting Officer-Investigating Office

9/22/80

9-22-80

Date                                     Date

Notary Public, State of Florida at Large
My Commission Expires July 19, 1983
Bonded By American Fire & Casualty Company

001050

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

THIS AFFIDAVIT MUST CONTAIN FACTS -- NOT CONCLUSIONS -- TO
SUBSTANTIATE THE OFFENSE FOR WHICH THE PERSON WAS ARRESTED.

THE OFFENSE OF: _____

OCCURRED AT: _____

ON: _____, IN PALM BEACH COUNTY, FLORIDA.

The undersigned swears that _____ Ricardo Sanchez _____
was arrested, based on the following probable cause: (Circle one
number and complete.)

1. Arrested person confessed to _____ Detective Gary Hill _____
   admitting that he committed the acts listed in the narrative.

2. Arrested person was observed by _____,
   who then told _____ that he saw
   arrested person commit the acts listed in the narrative.

3. Arrested person committed the acts listed in the narrative
   in my presence.

4. Other way affiant knows arrested person committed acts
   listed in narrative. (Tell in narrative how you know, ie:
   via past reliable confidential informant, etc.)

NARRATIVE OF FACTS WHICH CONSTITUTE PROBABLE CAUSE FOR THE ARREST:

As she lay back down he was still yelling at her, accusing her of

possibly fooling around behind his back. He then laid down beside her and

tried to get her to make love but she refused. He then pulled out the

38 Smith and Wesson gun which was in his waist band and struck her in the

back of the head twice. He then told her he was going to kill her and

then the gun went off.

Victim is still in the hospital but will have to hve surgery to re-

move ther rest of the bullet.

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office.
THIS 21 DAY OF _____
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

RECOMMENDED BOND OF $ _____ BY ARRESTING OFFICER

SWORN TO AND SUBSCRIBED BEFORE ME

_____
Notary Public or Officer of Court

Detective Gary Hill
Arresting Officer-Investigating Office

9/21/80
Date

9-2-80
Date

Notary Public, State of Florida at Large
My Commission Expires July 19, 1984
Bonded by ...

AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE          80-73123

THIS AFFIDAVIT MUST CONTAIN FACTS ** NOT CONCLUSIONS ** TO
SUBSTANTIATE THE OFFENSE FOR WHICH THE PERSON WAS ARRESTED.

THE OFFENSE OF: _Auto B&E  G/L, Poss. STL. Prop_

OCCURRED AT: _3209 Belvedere Rd_

ON: _around the 4th of Sept 80_, IN PALM BEACH COUNTY, FLORIDA.

The undersigned swears that _Ricardo Sanchez_
was arrested, based on the following probable cause: (Circle one
number and complete.)

                                        Det. Gary Hill
1.  Arrested person confessed to _Det. J. Perez_,
    admitting that he committed the acts listed in the narrative.

2.  Arrested person was observed by _____,
    who then told _____ that he saw
    arrested person commit the acts listed in the narrative.

3.  Arrested person committed the acts listed in the narrative
    in my presence.

(4) Other way affiant knows arrested person committed acts
    listed in narrative.  (Tell in narrative how you know, ie:
    via past reliable confidencial informant, etc.)

NARRATIVE OF FACTS WHICH CONSTITUTE PROBABLE CAUSE FOR THE ARREST:

On 18 Sept 80 Det. Gauger while investigating a
Shooting inside Ricardo Sanchez house at 112 E.
Grace Dr. During the investigation Det. Gauger
Observed several items in the bedroom (where shooting
took Place) that didn't appear to be long. Sanchez
was advised of his rights & signed a consent to search
Where upon a Honda Generator while irons, C.B, Rifle force
Tools, Rifle, etc. were removed.
On 18 Sept 80 Sanchez was interviewed by Det. Hill and
Det. Perez where upon he confessed to breaking into
Two cars at the (Home & Bar 3200 Belvedere Rd and
Stealing Property from John Mowery 5675 Middlemist, to wit
Briefcase w/ I.D. Papers, Stereo Tape These items were the same
Recovered from his bedroom. He has already been
Arrested for att. Murder  and for Stealing the Generator
            On 22 Sept 80
RECOMMENDED BOND OF $ _____ BY ARRESTING OFFICER

SWORN TO AND SUBSCRIBED BEFORE ME

_____
Notary Public or Officer of Court

_9/27/80_
Date

_Det. Hill_
Arresting Officer Investigating Offic
_9-27-80_
Date

80-5527 CF9939

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

THIS AFFIDAVIT MUST CONTAIN FACTS ** NOT CONCLUSIONS ** TO
SUBSTANTIATE THE OFFENSE FOR WHICH THE PERSON WAS ARRESTED.

THE OFFENSE OF: Grand Larceny, Possession of Stolen Property

OCCURRED AT: Lake Worth and Kirk Rd.

ON: 2 September 80 , IN PALM BEACH COUNTY, FLORIDA.

The undersigned swears that Ricardo Sanchez
was arrested, based on the following probable cause: (Circle one
number and complete.)

Detective Gary Hill

1. Arrested person confessed to _____:
   admitting that he committed the acts listed in the narrative.

2. Arrested person was observed by _____,
   who then told _____ that he saw
   arrested person commit the acts listed in the narrative.

3. Arrested person committed the acts listed in the narrative
   in my presence.

4. Other way affiant knows arrested person committed acts
   listed in narrative. (Tell in narrative how you know, ie:
   via past reliable confidential informant, etc.)

NARRATIVE OF FACTS WHICH CONSTITUTE PROBABLE CAUSE FOR THE ARREST:

On 18 September 1980 PBSO responded to ▓▓▓▓▓▓▓▓▓ concerning a
shooting when Det. Gauger was inside this house investigating the shooting
of Juana Sanchez by her husband Ricardo Sanchez, he spotted a Honda
Generator, briefcase, tire, tool chest, and rifle. These items were
confiscated with Ricardo Sanchez permission.

On 18 September 1980 Det. Hill and Det. Perez advised Ricardo Sanchez
of his rights and he admitted he had stolen the generator, briefcase,
a stereo speaker system during the 1st. week of September when he broke
in a couple of cars. The generator was positive I.D. as being stolen from
a truck owned by P.R. Drywall at Lake Worth and Kirk Rd., case 80-71137.
Value was set at $1,000.00.

STATE OF FLORIDA : PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office
THIS ___ DAY OF _____
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
CLERK

RECOMMENDED BOND OF $ _____      BY ARRESTING OFFICER

SWORN TO AND SUBSCRIBED BEFORE ME

Notary Public or Officer of Court

Detective Gary Hill

Arresting Officer-Investigating Offic.

9 22 80

Date

Notary Public, State of Florida at Large
My Commission Expires _____

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

80-78467

THIS AFFIDAVIT MUST CONTAIN FACTS -- NOT CONCLUSIONS -- TO
SUBSTANTIATE THE OFFENSE FOR WHICH THE PERSON WAS ARRESTED.

THE OFFENSE OF: Auto Bre, G/L, Poss. STL Prop

OCCURRED AT: 2209 Belvedere RD

ON: around the 4 of Sept 80 . IN PALM BEACH COUNTY, FLORIDA.

The undersigned swears that Ricardo Sanchez
was arrested, based on the following probable cause: (Circle one
number and complete.)

DET Gary Hill

1. Arrested person confessed to DET J. Perez
   admitting that he committed the acts listed in the narrative.

2. Arrested person was observed by _____,
   who then told _____ that he saw
   arrested person commit the acts listed in the narrative.

3. Arrested person committed the acts listed in the narrative
   in my presence.

(4) Other way affiant knows arrested person committed acts
   listed in narrative. (Tell in narrative how you know, ie:
   via past reliable confidential informant, etc.)

NARRATIVE OF FACTS WHICH CONSTITUTE PROBABLE CAUSE FOR THE ARREST:

On 18 Sep 80 Det. Gauger while investigating a
Shooting inside Ricardo Sanchez house at 112 E.
Grace Dr. During the investigation Det. Gauger
observed several items in the bedroom (where shooting
took Place) that didn't appear to belong. Sanchez
was advised of his rights + signed a consent to Search
Where upon a Honda Generator, Ammo, C.B. Briefcase
Tools, Rifle, etc. were removed.

On 18 Sep 80 Sanchez was interviewed by Det. Hill and
Det. Perez Where upon he confessed to breaking into
Two cars at the (Honce R Bar 2200 Belvedere Rd and
Sterling Property from Jeffery B. Fox 2369 Saginaw who took
Tapes, C.B. Speakers, I.D. Papers. These items were the same
Recovered from his bedroom. He has already been
Arrested for PM Murder pro for Sterling the Generator
on 22 Sep 80

RECOMMENDED BOND OF $ _____ BY ARRESTING OFFICER

SWORN TO AND SUBSCRIBED BEFORE ME

Cpl. R. _____
Notary Public/Officer of Court
STATE OF FLORIDA—PALM BEACH COUNTY
I hereby certify that the
foregoing is a true copy
of the record in my office

D.T. Hill
Arresting Officer-Investigating Offic

_____ DAY OF _____ 20 ____   DEG - 27-80

Date
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK
Date

#402/40

FILED

JUN 23 1981

JOHN B. DUNKLE, CLERK
CIRCUIT & COUNTY COURTS
(CRIMINAL DIV.)

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA
(Criminal Division)

CASE NO. *80-5327 CF A02*

ASST. STATE ATTY: _____Paul Moida_____

COURT REPORTER: _Jeanette Wilson, Court Reporter_

STATE OF FLORIDA,

vs.

**JUDGMENT OF GUILTY**

*Ricardo Garsia Sanchez*
Defendant

You, *Ricardo Garsia Sanchez* , being now before the Court, attended by your attorney, *Richard Springer, Esquire* , (or knowing and understanding your right to an attorney, privately retained or court-appointed and your having waived your right to be represented by an attorney) or your having (PLEADED GUILTY) to: *Grand Theft, as charged in Counts 2 & 3 of the Information.*

now therefore I ADJUDGE you to be GUILTY of the (offenses) to which you ( ) (PLEADED GUILTY) ( ).

The Court advises you that you have the right to appeal from the final Judgment of Conviction when probation has not been granted, except that if you pleaded guilty or nolo contendere without reserving the right to appeal the Judgment of conviction you cannot appeal such Judgment; that you have the right to appeal an Order Granting Probation; that you have the right to appeal an Order Revoking Probation; in case of such an appeal, only the proceedings after the Order of Probation may be considered or reviewed; and you have the right to appeal a sentence on the ground that it is illegal.

The Court further advises you that any appeal by you from the judgment or sentence shall be taken within 30 days after the entry of such judgment or sentence. An appeal from an order granting or revoking probation must be taken within 30 days from the entry of such order. If you wish to appeal and are indigent, upon request, the Court must appoint an attorney for you.

DONE AND ORDERED in Open Court, this ....*23*.... day of ....*June*...., 19*81*.... at West Palm Beach, Palm Beach County, Florida.

(Seal Circuit Court)

_Rosemary Barkett_
Judge, Circuit Court

| LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | LEFT | RIGHT | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY |
|---|---|---|---|

STATE OF FLORIDA - PALM BEACH COUNTY

I hereby certify that the above and foregoing fingerprints on this judgment are the fingerprints of the defendant *Ricardo Garsia Sanchez* , and that they were placed thereon by said defendant in my presence, in Open Court, this ....*23*.... day of ....*June*...., 19*81* at West Palm Beach, Palm Beach County, Florida.

ORDER BOOK 40 PAGE 1209

_Rosemary Barkett_
Judge, Circuit Court

THIS 26 DAY OF ____ 19___
I hereby certify that the foregoing is a true copy of the record in my office.

STATE OF FLORIDA
SHARON R. BOCK
CLERK & COMPTROLLER

By _____
DEPUTY CLERK

## PALM BEACH COUNTY SHERIFF'S OFFICE
## CENTRAL RECORDS
## FSS EXEMPTIONS/CONFIDENTIAL

☐  119.071(2)(c) active criminal intelligence/active criminal investigative information

☐  119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐  119.071(2)(e) confessions

☐  119.071(2)(f) confidential informants

☐  119.071(5)(g)1, Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐  365.171(15) identity of 911 caller or person requesting emergency service

☐  119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐  316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐  119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐  119.071(2)(I) assets of crime victim

☐  985.04(1) juvenile offender records

☐  119.071(5)(a)(5) social security numbers held by agency

☐  119.0712(2) personal information contained in a motor vehicle record

☐  119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☑  395.3025(7)(a) and/or 456.057(7)(a) medical information

☐  394.4615(7) mental health information

☐  119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑  943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐  119.071(4)(c) undercover personnel

☐  119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐  OTHER: _____

Case number: _98116271_ Clerk ID: _4940_ Date: _03 | 11 | 2008_

A-001056

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**CENTRAL RECORDS**
**FSS EXEMPTIONS/CONFIDENTIAL**

☐ 119.071(2)(c) active criminal intelligence/active criminal investigative information

☐ 119.071(2)(d) Comprehensive policies or plans pertaining to the mobilization, deployment or tactical operations involved in responding to emergencies. (Deputies schedules)

☐ 119.071(2)(e) confessions

☐ 119.071(2)(f) confidential informants

☐ 119.071(5)(g)1, Biometric Identification Information (Fingerprints, palm prints, and footprints)

☐ 365.171(15) identity of 911 caller or person requesting emergency service

☐ 119.071(4)(d)(1) home address, telephone, soc. security #, photos of active/former LE personnel, spouses and children

☐ 316.066(5)(a) crash reports are confidential for period of 60 days after the report is filed

☐ 119.071(2)(h)(1) i.d. of victim of sexual battery, lewd and lascivious offense upon person less than 16 years old, child abuse, sexual offense

☐ 119.071(2)(i) assets of crime victim

☐ 985.04(1) juvenile offender records

☐ 119.071(5)(a)(5) social security numbers held by agency

☑ 119.0712(2) personal information contained in a motor vehicle record

☐ 119.071(5)(b) bank account #, debit, charge and credit card #s held by an agency

☑ 395.3025(7)(a) and/or 456.057(7)(a) medical information

☐ 394.4615(7) mental health information

☐ 119.071(2)(b) criminal intelligence/investigative information from a non-florida criminal justice agency

☑ 943.053/943.0525 NCIC/FCIC/FBI and in-state FDLE/DOC

☐ 119.071(4)(c) undercover personnel

☐ 119.07(4)(d) extra fee if request is voluminous or requires extensive personnel, technology

☐ OTHER: _____

Case number: 934173 | Clerk ID: 4040 Date: 03/11/2008

A-001057