07/16/2005  16:19    56161541          PALM BEACH LAKES ESE          PAGE  01

| STUDENT NAME: (last) Sanchez | (first) Efrain | (MI) | STUDENT NUMBER: 13033170 | PAGE NO. 2 of 7 |

## 5. LIMITED ENGLISH PROFICIENCY (LEP)

Student has Limited English Proficiency.  ☑ Yes ☐ No  If Yes, student's LEP needs are met through: ☑ ESE ☐ ESE/ESOL ☐ Other
If other, explain:

## 6. TRANSITION STATEMENT ☐ N/A  Student not age appropriate.

☐ 14-15 years old or will turn 14 during the current IEP duration. Transition service needs may be addressed through components of the IEP that focus on the student's course of study. Provide a brief description of the student's course of study.

Student will take _____ course of study, leading to (desired Postschool outcome) _____

☑ Ninth grade or 16 years old or will turn 16 during the current IEP duration (complete *IEP Transition Plan* (PBSD 1779)
The following is an outcome statement that describes a direction and vision of the student's post-high school plans from the perspective of the student, parent, and team members.

Desired Postschool Outcome Statement: Efrain is interested in becoming a tatoo artist. He would like to be more independent and work to make his own money

Transfer of Rights  Check (✓) if the student has been informed of transfer of rights at least one year prior to reaching the age of majority (18). Indicate the date when this occurred.

☑ Student was informed.  Date of notification: 11/08/2000  How was the student notified? verbally
☑ Parent was informed.  Date of notification: 11/08/2000  How was the parent notified? verbally

## 7. IEP CONSIDERATIONS

The student's disability affects his/her involvement and progress in the general education curriculum, or for preschool students, participation in appropriate activities, in the following way(s): Due to Efrains low reading and math ability, he is unable to successfully complete the general curriculum

Prior to developing IEP goals and objectives, the team has considered:

☑ Previous Goals and Objectives      ☐ Informal Assessments
☐ Evaluation/Reevaluation Results    ☐ Performance on Statewide Assessment(s) (as appropriate):
☑ Strengths of Student  Efrain has set high goals for himself. He wants to achieve more for himself

☐ Parent Input _____

In addition to the previous information, the committee assures that the following have been considered or are not appropriate:

| CONSIDERED | NA | |
| ☑ | ■ | The assistive technology or equipment needs for the student. |
| ☑ | ■ | The communication and language needs for the student. |
| ☐ | ☑ | Positive behavior interventions, strategies, and supports for students whose behavior impedes learning. |
| ☑ | | Language needs for students with Limited English Proficiency (LEP). |
| ☐ | ☑ | The need for Braille instruction for students who are blind or visually impaired. |
| ☐ | ☑ | For students who are deaf or hard of hearing, opportunities for direct communication in the student's language and communication mode. |

## 8. OTHER PERTINENT INFORMATION

Diploma Option ☐ N/A  Student not age appropriate. ☐ Standard Diploma ☑ Special Diploma (check one option)   ☐ Option 1  ☐ Option 2

☑ YES ☐ N/A  Medical Information: Siezures
☐ ☐  Other (e.g., allergies, restrictions): _____

## 9. LONG-TERM GOALS AND SHORT-TERM OBJECTIVES/TRANSITION PLAN

The committee has determined that, based upon all available information, the attached long-term goals and short-term objectives are necessary to provide an appropriate education. See *Long-term Goals and Short-term Objectives* (PBSD 0659) or *Transition Plan* (PBSD 1779).

PBSD 0659  (REV. 3/1/2000)   ORIGINAL - ESE Confidential File    COPY - Parent/Guardian    COPY - Staff Responsible for implementing IEP

A-001353

## 1. PROCEDURAL SAFEGUARDS

☐ **SUMMARY OF PROCEDURAL SAFEGUARDS** (PBSD 1025) (in the home language) has been received by and an explanation was given to the parent(s) or guardian(s) of the student. Parent/Guardian initials: _____

☐ Parent received *Summary of Procedural Safeguards* and waived rights for explanation. Parent/Guardian initials: _____

☑ Parent was not in attendance. Copy of *Summary of Procedural Safeguards* (PBSD 1025) was sent home on: 1 0 / 2 4 / 2 0 0 1

Primary language or mode of communication of parent/guardian if other than English: _____

Interpreter/translator provided: ☐ N/A ☑ Yes ☐ No If no, explain: _____

## 2. IEP CONFERENCE(S) Conference Type (Check all that apply):

☐ Initial  ☑ Annual review  ☐ Temporary assignment  ☐ Alternative Education consideration  ☐ Reevaluation

☐ Extended School Year (ESY)  ☐ Preschool transition  ☐ Interim review (date) __/__/__

## 3. AREAS OF ELIGIBILITY __A__ Primary Exceptionality

☑ A. Educable Mentally Handicapped
☐ B. Trainable Mentally Handicapped
☐ C. Orthopedically Impaired
☐ D. Occupational Therapy
☐ E. Physical Therapy
☐ F. Speech Impaired  F  V  A
☑ G. Language Impaired  (circle)

☐ H. Deaf or Hard of Hearing
☐ I. Visually Impaired
☐ J. Emotionally Handicapped
☐ K. Specific Learning Disabled
☐ L. Gifted
☐ M. Hospital/Homebound
☐ N. Profoundly Mentally Handicapped

☐ O. Dual-Sensory Impaired
☐ P. Autistic
☐ Q. Severely Emotionally Disturbed
☐ S. Traumatic Brain Injured
☐ T. Developmentally Delayed (age: 0-5)
☐ V. Other Health Impaired

## 4. SIGNATURES
The following individuals were in attendance at the IEP meeting and participated in the development of the IEP. Marked (*) signatures indicate individuals who must be in attendance:

| PARENT/GUARDIAN | GENERAL EDUCATION TEACHER * | NAME/TITLE |
| --- | --- | --- |
| PARENT | ESOL TEACHER | NAME/TITLE |
| LEA REPRESENTATIVE * | STUDENT | NAME/TITLE |
| ESE TEACHER / ESE SERVICE PROVIDER * | NAME/TITLE Transition Special ot | NAME/TITLE |
| EVALUATION SPECIALIST * | NAME/TITLE | NAME/TITLE |

Complete for the students in 9th grade or turning **16 years** of age during the IEP year:
Responsibilities and/or Linkages for Transition Services: How were agency representative(s) invited? (check below)

☑ Written (date) 10/24/2001  ☐ Phone (date) __/__/__  ☐ Other: _____ (date) __/__/__

| AGENCY REPRESENTED | RESPONSIBILITIES | AGENCY REPRESENTATIVE SIGNATURE | DATE |
| --- | --- | --- | --- |

If agency representative(s) were not in attendance, describe the method(s) of obtaining input:

PBSD 0859 (REV. 7/6/2001)  ORIGINAL - ESE Confidential File  COPY - Parent/Guardian  COPY - Staff Responsible for Implementing IEP

A-001354

07/16/2005 16:08 5616154170 PALM BEACH LAKES ESE PAGE 09

THE SCHOOL DISTRICT OF P/ BEACH COUNTY
DEPARTMENT OF EXCEPTIONAL STUDENT EDUCATION (ESE)
**Parent Participation Notification**

STUDENT NUMBER
1 3 0 3 3 1 7 0

**I. To the Parent(s)/Guardian(s) of**

| STUDENT NAME (last) | (first) | (MI) | DATE OF BIRTH | SEX |
|---|---|---|---|---|
| Sanchez | Efrain | | ▮▮▮ | M |

| SCHOOL | GRADE | CURRENT DATE |
|---|---|---|
| Palm Beach Lakes High School-Room 102 | 11 | 10/16/2002 |

You are being invited to attend a meeting regarding the educational program for your child. We welcome your input or ideas and encourage you to attend.

**II. A meeting has been scheduled at** Palm Beach Lakes High School-Room 102 **on** 11/24/02 **at** 8:30 AM

**III. The purposes of this meeting is**

1. ☐ Parent Conference
2. ☐ The opportunity to review evaluation results
3. ☐ The opportunity to determine eligibility/ineligibility
4. ☒ The opportunity to review and/or develop the Individual Educational Plan (IEP) for your child
5. ☐ The opportunity to develop an Educational Plan (EP) for your child

6. ☐ The opportunity to determine the appropriate educational program/placement for your child
7. ☒ The identification of post-school outcomes and transition services your child may need
8. ☐ The opportunity to review reevaluation needs
9. ☐ The opportunity to discuss continuation or discontinuation of your child's current program(s) or services
10. ☐ Other _____

**IV. The following people* have been invited to participate in this meeting**

Name and Position: Efrain Sanchez, student
K. KREIDER, General Education Teacher
Mrs. Parson-Coe/Mrs. Fleming, LEA Representative
K. COOK, TRANSITION SPECIALIST

Name and Position: L. MARSHALL, Special Education Teacher (CASE mgr.)
Mrs. Fleming, Evaluator
L. Browning, Transition Specialist

*Note: When school to post-school transition services are being considered, your child will be invited.*

**V. For further information about the meeting or to reschedule, please call**

Mrs. Parson-Coe/Mrs. Fleming at ( 561 ) 615 - 4170. between the hours of 07:30 and 02:4_ .

As a parent of a child with a disability, you have rights under federal and state laws. These rights are described in detail for you in the *Summary of Procedural Safeguards* (PBSD 1025) provided with this document. Please read it carefully. You have the right to have it fully explained to you in your native language or primary mode of communication. If you have any questions regarding these recommendations or the *Procedural Safeguards Notice*, please contact the school center or Area ESE designee indicated below.

| SCHOOL CENTER ESE DESIGNEE: | TELEPHONE NUMBER: | AREA ESE DESIGNEE: | |
|---|---|---|---|
| Janice Parson-Coe | ▮▮( )▮▮▮ | Jeff Silverman | |

**VI. Parent section** (KEEP A COPY FOR YOUR RECORDS)
Please check one of the following and return this form to: Mrs. Parson-Coe/Mrs. Fleming

1. ☐ I will attend the meeting on the date and time shown above.
2. ☐ I would like to attend, but need to reschedule for the following date/time: __/__/__ at __:__
3. ☐ I am unable to attend, but give my permission for the meeting to take place without me.
4. If you are unable to attend, let us know your concern. We welcome your input.

_____

5. As a parent of a child with a disability, you have the right to bring to the IEP meeting, individuals who have knowledge or special expertise regarding your child, including related services personnel.

CHECK ONE: I plan to bring (name optional) _____ to the meeting with me.

☐ I have received a copy of Summary of Procedural Safeguards, and was given the opportunity to ask questions. I understand

THE SCHOOL DISTRICT OF PALM BEACH COUNTY
EXCEPTIONAL STUDENT EDUCATION (ESE)
**Individual Education Plan (IEP)**

| STUDENT NUMBER: | PAGE NO. |
|---|---|
| 1 3 0 3 3 1 7 0 | 1 of 8 |

| CURRENT DATE: | IEP DUE DATE: |
|---|---|
| 11/07/2001 | 11/06/2002 |

| STUDENT NAME: (last) | (first) | (MI) | DATE OF BIRTH: | SEX: |
|---|---|---|---|---|
| Sanchez | Efrain A-001355 | | 03/30/1981 | M |

| SAC SCHOOL: | CURRENT SCHOOL: | GRADE: | REEVALUATION DATE: |
|---|---|---|---|
| | Palm Beach Lakes High School | 11 | 04/__5/200_ |

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 4 of 168

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331  DEMOGRAPHIC INFORMATION    FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005   CURRENT DISTRICT: 50 PALM BEACH                   PAGE 01
FL STUDENT ID: 590072747X  SSN: ███████       CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                        (561) 640-5074
MAILING                                           2161 N. MILITARY TRAIL
ADDRESS:    WEST PALM BEACH       FL  33413        WEST PALM BEACH    FL 334012499
DISTRICT STUDENT ID:     13033170 FL STUDENT ID-ALIAS: 590072747X
PARENT/GUARDIAN (NAME/CODE):                      RACIAL/ETHNIC CATEGORY: H  SEX: M
RICARDO SANCHEZ          PARENT                    BIRTH DATE:   ████/1981  BIRTH VERIFICATION: 1
JUANA SANCHEZ            PARENT                    BIRTHPLACE: WEST PALM BEACH FL
```

IMMUNIZATION STATUS: PERMANENT IMMUNIZATION CERTIFICATE
VACCINE STATUS, DATE-                    VACCINE CERTIFICATE EXPIRATION DATE:

| TYPE | DOSE | DATE | DOSE | DATE | DOSE | DATE | DOSE | DATE | DOSE | DATE |
|------|------|------|------|------|------|------|------|------|------|------|
| DTP | 1 | 05/11/1981 | 2 | 05/19/1983 | 3 | 02/22/1984 | 4 | 09/17/1984 | 5 | 08/25/1993 |
| POLIO | 1 | 05/11/1981 | 2 | 05/19/1983 | 3 | 09/17/1984 | 4 | 08/25/1993 | | |
| MMR | 1 | 09/17/1984 | 2 | 06/22/1992 | | | | | | |

```
----------------------------------------- COURSE INFORMATION -----------------------------------------
DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN      DISTRICT: 50 SCHOOL: 1391 WYNNEBROOK ELEMENTARY
    YEAR: 1989-1990  GRADE LEVEL: NA                YEAR: 1991-1992  GRADE LEVEL: 08
                                                                    SUBJECT CRSE      CREDIT
                GPA  QTY PTS          GPA  QTY PTS  T COURSE# COURSE TITLE      AREA FLAG GRD ATT./EARN
DISTRICT-TERM: 2.2143  15.50  CUM: 1.2872  60.50   S 7755010 ACAD: K-5                   P  0.00 0.00
    STATE-TERM: 2.2143  15.50  CUM: 1.2872  60.50   S 7763040 LANG THRPY: PK-5           P  0.00 0.00
                                                   3 5100100 FOURTH GRADE                P  0.00 0.00
1989-1990 ANNUAL DAYS-PRESENT:    0  ABSENT:  0    3 7755010 ACAD: K-5                   P  0.00 0.00
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:  0    3 7763040 LANG THRPY: PK-5            P  0.00 0.00
                                                              CREDIT, TERM:         0.00 0.00


DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN       1991-1992 ANNUAL DAYS-PRESENT:   14  ABSENT:   0
    YEAR: 1990-1991  GRADE LEVEL: NA             SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0


                GPA  QTY PTS          GPA  QTY PTS
DISTRICT-TERM: 2.2143  15.50  CUM: 1.2872  60.50  DISTRICT: 50 SCHOOL: 1391 WYNNEBROOK ELEMENTARY
    STATE-TERM: 2.2143  15.50  CUM: 1.2872  60.50     YEAR: 1992-1993  GRADE LEVEL: 08
                                                                    SUBJECT CRSE      CREDIT
1990-1991 ANNUAL DAYS-PRESENT:    0  ABSENT:  0    T COURSE# COURSE TITLE     AREA FLAG GRD ATT./EARN
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:  0    3 5100110 FIFTH GRADE                 P  0.00 0.00
ACADEMICALLY PROMOTED                             3 7755010 ACAD: K-5                   P  0.00 0.00
                                                  3 7755010 ACAD: K-5                   P  0.00 0.00
                                                              CREDIT, TERM:         0.00 0.00

                                                 1992-1993 ANNUAL DAYS-PRESENT: 160  ABSENT:  20
                                                 SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0
                                                 ACADEMICALLY PROMOTED
```

A-001356

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 5 of 168

```
TO - DISTRICT: 0000050 PALM BEACH           SCHOOL: 0331  COURSE INFORMATION          FILE: SRTS1218
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005   CURRENT DISTRICT: 50 PALM BEACH                   PAGE 02
FL STUDENT ID: 590072747X  ████  █████        CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                              (561) 640-5074
```

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|------|

**DISTRICT: 50 SCHOOL: 0611 PALM SPRINGS MIDDLE SCHOO**
**YEAR: 1993-1994   GRADE LEVEL: 06**

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|------|
| 1 | 1501000 | M/J PHYS FITNESS | | | D | 0.00 | 0.00 |
| 2 | 1501010 | M/J BODY MANAGEMENT | | | F | 0.00 | 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7820010 | SCI: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7821010 | SOC STUD: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 | 0.00 |
| | | CREDIT, TERM: | | | | 0.00 | 0.00 |

```
1993-1994 ANNUAL DAYS-PRESENT: 150  ABSENT:  30
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0
ACADEMICALLY PROMOTED
```

**DISTRICT: 50 SCHOOL: 0611 PALM SPRINGS MIDDLE SCHOO**
**YEAR: 1994-1995   GRADE LEVEL: 07**

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|------|
| 1 | 1501020 | M/J THROW/CATCH | | | C | 0.00 | 0.00 |

**DISTRICT: 50 SCHOOL: 0541 CONNISTON MIDDLE**
**YEAR: 1994-1995   GRADE LEVEL: 07**

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|------|
| 2 | 0800010 | M/J HEALTH 2 | | | F | 0.00 | 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | C | 0.00 | 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7820010 | SCI: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7821010 | SOC STUD: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 | 0.00 |
| | | CREDIT, TERM: | | | | 0.00 | 0.00 |

```
1994-1995 ANNUAL DAYS-PRESENT:  62  ABSENT:  41
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR
```

**DISTRICT: 50 SCHOOL: 0541 CONNISTON MIDDLE**
**YEAR: 1995-1996   GRADE LEVEL: 08**

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|------|
| 1 | 0100020 | M/J ART/ART APPREC 3 | | | A | 0.00 | 0.00 |
| 1 | 1501040 | M/J STRIKING OBJECTS | | | C | 0.00 | 0.00 |
| 1 | 7810010 | LANG ART: 6-8 | | | C | 0.00 | 0.00 |
| 2 | 1501050 | M/J STRATEGIES | | | D | 0.00 | 0.00 |
| 2 | 7810010 | LANG ART: 6-8 | | | D | 0.00 | 0.00 |
| 2 | 8600230 | EXPLOR MFG TECH | | | F | 0.00 | 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7820010 | SCI: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7821010 | SOC STUD: 6-8 | | | D | 0.00 | 0.00 |
| 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 | 0.00 |
| | | CREDIT, TERM: | | | | 0.00 | 0.00 |

```
1995-1996 ANNUAL DAYS-PRESENT: 119  ABSENT:  61
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0
ACADEMICALLY PROMOTED
```

A-001357

TO - DISTRICT: 0000050 PALM BEACH
GRADE LEVEL: 30   PREPARED DATE: 08/19/2005
FL STUDENT ID: 590072747X   SSN: ████

SCHOOL: 0331   COURSE INFORMATION   FILE: SRTS121S
CURRENT DISTRICT: 50 PALM BEACH   PAGE 03
CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN

(561) 640-5074

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
YEAR: 1996-1997   GRADE LEVEL: 09

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|------|------|
| 1 | 1505510 | INTER VOLLEYBALL | PE | J | F | 0.50 | 0.00 |
| 1 | 7910390 | LIFE SK COMM: 9-12 | EL | | D | 0.50 | 0.50 |
| 1 | 7912340 | LIFE SK MATH: 9-12 | EL | | F | 0.50 | 0.00 |
| 1 | 7920300 | FUNC SCI: COMP | EL | | D | 0.50 | 0.50 |
| 1 | 7921300 | FUNC SOC ST: COMP | EL | | C | 0.50 | 0.50 |
| 1 | 7980020 | PRACTICAL ARTS ED | VO | | C | 0.50 | 0.50 |
| 1 | 7980110 | CAREER PREP | VO | | F | 0.50 | 0.00 |
| 2 | 1503320 | SOCCER | PE | J | F | 0.50 | 0.00 |
| 2 | 7910390 | LIFE SK COMM: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7912340 | LIFE SK MATH: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7920300 | FUNC SCI: COMP | EL | | F | 0.50 | 0.00 |
| 2 | 7921300 | FUNC SOC ST: COMP | EL | | F | 0.50 | 0.00 |
| 2 | 7980020 | PRACTICAL ARTS ED | VO | | F | 0.50 | 0.00 |
| 2 | 7980110 | CAREER PREP | VO | | F | 0.50 | 0.00 |
| 4 | 7912340 | LIFE SK MATH: 9-12 | EL | | D | 0.50 | 0.50 |
| 5 | 7912340 | LIFE SK MATH: 9-12 | EL | | D | 0.50 | 0.50 |

CREDIT, TERM: 8.00 3.00

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 0.5000 | 4.00 | CUM: | 0.5000 | 4.00 |
| STATE-TERM: | 0.5000 | 4.00 | CUM: | 0.5000 | 4.00 |

1996-1997 ANNUAL DAYS-PRESENT: 119   ABSENT: 61
SUMMER TERMS DAYS-PRESENT:   0   ABSENT: 0
RETAINED IN SAME GRADE

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
YEAR: 1997-1998   GRADE LEVEL: 09

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|------|------|
| 1 | 0111320 | SCULPTURE II | PF | J | F | 0.50 | 0.00 |
| 1 | 7910390 | LIFE SK COMM: 9-12 | EL | | D | 0.50 | 0.50 |
| 1 | 7912010 | APP MATH I | EL | X | D | 0.50 | 0.00 |
| 1 | 7921370 | FUNC GEOGRAPHY | EL | | F | 0.50 | 0.00 |
| 1 | 7963070 | SOC PSNL SK | EL | | D | 0.50 | 0.50 |
| 1 | 7980020 | PRACTICAL ARTS ED | VO | | B | 0.50 | 0.50 |
| 1 | 7980110 | CAREER PREP | EL | | F | 0.50 | 0.00 |
| 2 | 0111320 | SCULPTURE II | PF | J | F | 0.50 | 0.00 |
| 2 | 7910390 | LIFE SK COMM: 9-12 | EL | | C | 0.50 | 0.50 |
| 2 | 7910400 | LIFE SK RD: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7912010 | APP MATH I | EL | X | D | 0.50 | 0.00 |
| 2 | 7921370 | FUNC GEOGRAPHY | EL | | F | 0.50 | 0.00 |
| 2 | 7963070 | SOC PSNL SK | EL | | F | 0.50 | 0.00 |
| 2 | 7980110 | CAREER PREP | EL | | F | 0.50 | 0.00 |

CREDIT, TERM: 6.00 2.00

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 0.5833 | 3.50 | CUM: | 0.5357 | 7.50 |
| STATE-TERM: | 0.5833 | 3.50 | CUM: | 0.5357 | 7.50 |

1997-1998 ANNUAL DAYS-PRESENT: 125   ABSENT: 55
SUMMER TERMS DAYS-PRESENT:   0   ABSENT: 0
ACADEMICALLY PROMOTED

A-001358

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331  COURSE INFORMATION        FILE: SRT812IS
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005  CURRENT DISTRICT: 50 PALM BEACH                        PAGE 04
FL STUDENT ID: 590072747X  SSN: ████████    CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                          (561) 640-5074
```

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN | | T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN | |
|---|---------|--------------|--------------|-----------|-----|------|------|---|---------|--------------|--------------|-----------|-----|------|------|
| 1 | 0102300 | CERAM/POT I | PF | JE | F | 0.50 | 0.00 | 1 | 0104330 | DRAW/PAINT II | PF | JE | F | 0.50 | 0.00 |
| 1 | 1501340 | BEG WEIGHT TRAINING | PE | J | D | 0.50 | 0.50 | 1 | 1503310 | BASKETBALL | PE | J | F | 0.50 | 0.00 |
| 1 | 7910400 | LIFE SK RD: 9-12 | EL | | D | 0.50 | 0.50 | 1 | 7910110 | ENG: 9-12 | EL | | B | 0.50 | 0.50 |
| 1 | 7912010 | APP MATH I | EL | I | C | 0.50 | 0.50 | 1 | 7912050 | MATH: 9-12 | EL | | C | 0.50 | 0.50 |
| 1 | 7920010 | SCI: 9-12 | EL | | F | 0.50 | 0.00 | 1 | 7921010 | SOC STUDIES: 9-12 | EL | | C | 0.50 | 0.50 |
| 1 | 7921320 | FUNC COMY FM LV | EL | | B | 0.50 | 0.50 | 1 | 7980020 | PRACTICAL ARTS ED | VO | | D | 0.50 | 0.50 |
| 1 | 7980110 | CAREER PREP | EL | | D | 0.50 | 0.50 | 1 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 |
| 2 | 0104320 | DRAW/PAINT I | PF | JE | F | 0.50 | 0.00 | 2 | 0104330 | DRAW/PAINT II | PF | JE | F | 0.50 | 0.00 |
| 2 | 1503360 | TEAM SPORTS II | PE | J | B | 0.50 | 0.50 | 2 | 1505500 | BEGINNING VOLLEYBALL | PE | J | F | 0.50 | 0.00 |
| 2 | 7910400 | LIFE SK RD: 9-12 | EL | | D | 0.50 | 0.50 | 2 | 7910110 | ENG: 9-12 | EL | | C | 0.50 | 0.50 |
| 2 | 7912010 | APP MATH I | EL | I | D | 0.50 | 0.50 | 2 | 7912050 | MATH: 9-12 | EL | | B | 0.50 | 0.50 |
| 2 | 7920010 | SCI: 9-12 | EL | X | F | 0.50 | 0.00 | 2 | 7921010 | SOC STUDIES: 9-12 | EL | | C | 0.50 | 0.50 |
| 2 | 7921320 | FUNC COMY FM LV | EL | | C | 0.50 | 0.50 | 2 | 7980020 | PRACTICAL ARTS ED | VO | | C | 0.50 | 0.50 |
| 2 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 | 2 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 |
| 5 | 7920010 | SCI: 9-12 | EL | I | C | 0.50 | 0.50 | | | | | | | | |

```
DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH       DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
    YEAR: 1998-1999  GRADE LEVEL: 10                       YEAR: 1999-2000  GRADE LEVEL: 10

                       CREDIT, TERM:        7.00  5.50                    CREDIT, TERM:      7.00  5.00

                        GPA  QTY PTS                   GPA QTY PTS              GPA QTY PTS           GPA QTY PTS
DISTRICT-TERM: 1.3571    9.50   CUM: 0.8095   17.00    DISTRICT-TERM: 1.5000   10.50  CUM: 0.9821  27.50
   STATE-TERM: 1.3571    9.50   CUM: 0.8095   17.00       STATE-TERM: 1.5000   10.50  CUM: 0.9821  27.50

1998-1999 ANNUAL DAYS-PRESENT: 166  ABSENT:  14     1999-2000 ANNUAL DAYS-PRESENT: 154  ABSENT:  26
SUMMER TERMS DAYS-PRESENT:      0  ABSENT:   0     SUMMER TERMS DAYS-PRESENT:      0  ABSENT:   0
RETAINED IN SAME GRADE                              RETAINED IN SAME GRADE
```

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 8 of 168

TO - DISTRICT: 0000050 PALM BEACH                    SCHOOL: 0331   COURSE INFORMATION           FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 08/19/2005         CURRENT DISTRICT: 50 PALM BEACH                      PAGE 05
FL STUDENT ID: 590072747X                          CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                      (561) 640-5074

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH      DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
   YEAR: 2000-2001  GRADE LEVEL: 11                     YEAR: 2001-2002  GRADE LEVEL: 11

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN | T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|-------|---|---------|--------------|--------------|-----------|-----|-------------|-------|
| 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO | | F | 0.50 | 0.00 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO | | F | 0.50 | 0.00 | 1 | 7980130 | CAREER PLACE | VO | | D | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO | | F | 0.50 | 0.00 | 2 | 7980130 | CAREER PLACE | VO | | B | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO | | F | 0.50 | 0.00 | 2 | 7980130 | CAREER PLACE | VO | | B | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO | | F | 0.50 | 0.00 | 2 | 7980130 | CAREER PLACE | VO | | A | 0.50 | 0.50 |
| | | | CREDIT, TERM: | | | 5.00 | 2.50 | 2 | 7980130 | CAREER PLACE | VO | | A | 0.50 | 0.50 |
| | | | | | | | | 2 | 7980130 | CAREER PLACE | VO | | B | 0.50 | 0.50 |
| | | | | | | | | 2 | 7980130 | CAREER PLACE | VO | | B | 0.50 | 0.50 |
| | | | | | | | | 2 | 7980130 | CAREER PLACE | VO | | B | 0.50 | 0.50 |
| | | | | | | | | 2 | 7980130 | CAREER PLACE | VO | | B | 0.50 | 0.50 |
| | | | | | | | | | | | CREDIT, TERM: | | | 7.00 | 7.00 |

                        GPA  QTY PTS            GPA  QTY PTS
DISTRICT-TERM: 0.5000   2.50    CUM: 0.9091   30.00
    STATE-TERM: 0.5000   2.50    CUM: 0.9091   30.00

                                                        GPA  QTY PTS            GPA  QTY PTS
                                    DISTRICT-TERM: 2.1429   15.00    CUM: 1.1250   45.00
                                        STATE-TERM: 2.1429   15.00    CUM: 1.1250   45.00

2000-2001 ANNUAL DAYS-PRESENT:   0   ABSENT:   0
SUMMER TERMS DAYS-PRESENT:       0   ABSENT:   0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

2001-2002 ANNUAL DAYS-PRESENT:  180  ABSENT:   0
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0
RETAINED IN SAME GRADE

A-001360

Case 9:16-cv-80693-BB Document 33-15 Entered on FLSD Docket 10/19/2016 Page 9 of 168

TO - DISTRICT: 0000050 PALM BEACH                    SCHOOL: 0331  COURSE INFORMATION          FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005       CURRENT DISTRICT: 50 PALM BEACH                   PAGE 06
FL STUDENT ID: 590072747X  ████ ████████        CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                     (561) 640-5074

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
     YEAR: 2002-2003  GRADE LEVEL: 12

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|-------|
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 1 | 7980130 | CAREER PLACE | VO |  | B | 0.50 | 0.50 |
| 2 | 7910110 | ENG: 9-12 | EL |  | B | 0.50 | 0.50 |
| 2 | 7912050 | MATH: 9-12 | EL |  | B | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO |  | F | 0.50 | 0.00 |
| 2 | 7980130 | CAREER PLACE | VO |  | D | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO |  | D | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO |  | D | 0.50 | 0.50 |
| 2 | 7980130 | CAREER PLACE | VO |  | D | 0.50 | 0.50 |

CREDIT, TERM:      7.00  6.50

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 2.2143 | 15.50 | CUM: | 1.2872 | 60.50 |
| STATE-TERM: | 2.2143 | 15.50 | CUM: | 1.2872 | 60.50 |

2002-2003 ANNUAL DAYS-PRESENT:  68  ABSENT:  0
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:  0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN
     YEAR: 2003-2004  GRADE LEVEL: NA

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 2.2143 | 15.50 | CUM: | 1.2872 | 60.50 |
| STATE-TERM: | 2.2143 | 15.50 | CUM: | 1.2872 | 60.50 |

2003-2004 ANNUAL DAYS-PRESENT:   0  ABSENT:  0
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:  0
PROMOTION STATUS NOT APPLICABLE

A-001361

```
TO - DISTRICT: 0000050 PALM BEACH            SCHOOL: 0331  GRADUATION SUMMARY       FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005   CURRENT DISTRICT: 50 PALM BEACH              PAGE 07
FL STUDENT ID: 590072747X  ████  ███████     CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                            (561) 640-5074

******* C U M U L A T I V E    S U M M A R Y  ******   DIPLOMA-DATE: 06/03/2003
*              AS OF: 08/19/2005                    *        TYPE: SPECIAL DIPLOMA (OPTION ONE)
*                                                  *
* GRADUATION OPTION: 4-YR STANDARD                 *   DISTRICT CLASS RANK- EFFECTIVE DATE: 07/30/2003
*                   - - - - CREDITS  - - - -       *        CLASS RANK, NUMERICAL POSITION:      572
*            SUBJECT  TOTAL   TOTAL    TOTAL        *              CLASS RANK, PERCENTILE:          1
*             AREA   TO DATE  NEEDED  REMAINING     *   CLASS RANK, TOTAL NUMBER IN CLASS:        577
*        ENGLISH (EN)  0.00    4.00     4.00        *
*    MATHEMATICS (MA)  0.00    3.00     3.00        *   COMMUNITY SERVICE HOURS:   0   REQUIREMENT MET: N
*        SCIENCE (SC)  0.00    3.00     3.00        *
*   AMER HISTORY (AH)  0.00    1.00     1.00        *
*  WORLD HISTORY (WH)  0.00    1.00     1.00        *
*      ECONOMICS (EC)  0.00    0.50     0.50        *
* AMER GOVERNMENT (AG) 0.00    0.50     0.50        *
*     VOCATIONAL/ (VO/ 17.00                        *
* PERFORM FINE ART (PF) 0.00   1.00*    0.00*       *
* LIFE MGMT SKILLS (LM) 0.00   0.50     0.50        *
*     PHYSICAL ED (PE)  1.00   0.50     0.00        *
* FOREIGN LANGUAGE (FL) 0.00            0.00        *
*   LANGUAGE ARTS (LA)  0.00                        *
*  SOCIAL STUDIES (SS)  0.00                        *
*       ELECTIVE (EL)  13.50   9.00     0.00        *
*            ESE (EX)   0.00                        *
*    COMPUTER ED (CE)   0.00                        *
* CREDITS, CUMULATIVE:  31.50  24.00    13.50       *
* * TOTALS INCLUDE VOCATIONAL & PERFORM FINE ARTS*  *
*            GPA QTY PTS              GPA QTY PTS   *
* DISTRICT: 1.2872   68.50 STATE: 1.2872   68.50   *
****************************************************

+++++++++++++++++++++++++++++++++++++++++++++++++++
+CERTIFIED BY:                                    +
+                                                 +
+                                                 +
+SIGNATURE: _____                       +
+                                                 +
|DATE: _____                            +
+++++++++++++++++++++++++++++++++++++++++++++++++++
```

A-001362

Case 9:16-cv-80693-BB Document 33-15 Entered on FLSD Docket 10/19/2016 Page 11 of 168

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331  COMMENTS                    FILE: SRTS1218
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005     CURRENT DISTRICT: 50 PALM BEACH                 PAGE 08
FL STUDENT ID: 590072747X  SSN: ████             CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                 (561) 640-5074
```

----------------------------- DEFINITION OF TERM CODES -----------------------------

| CODE | DEFINITION | CODE | DEFINITION | CODE | DEFINITION | CODE | DEFINITION | CODE | DEFINITION |
|------|-----------|------|-----------|------|-----------|------|-----------|------|-----------|
| 1 | SEMESTER 1 | S | COMBINED SUMMER | B | TRIMESTER 1 | E | QUINMESTER 1 | J | SIX WEEKS 1 |
| 2 | SEMESTER 2 |   | SESSION | C | TRIMESTER 2 | F | QUINMESTER 2 | K | SIX WEEKS 2 |
| 3 | ANNUAL | T | INTERSESSION 1* | D | TRIMESTER 3 | G | QUINMESTER 3 | L | SIX WEEKS 3 |
| 4 | SUMMER SESSION 1 | U | INTERSESSION 2* | 6 | QUARTER 1 | H | QUINMESTER 4 | M | SIX WEEKS 4 |
| 5 | SUMMER SESSION 2 | V | INTERSESSION 3* | 7 | QUARTER 2 | I | QUINMESTER 5 | N | SIX WEEKS 5 |
| R | SHORT COURSE** | W | INTERSESSION 4* | 8 | QUARTER 3 | Y | YEAR OF | O | SIX WEEKS 6 |
|   |   | X | INTERSESSION 5* | 9 | QUARTER 4 |   | NONENROLLMENT*** |   |   |

```
*    USED (INSTEAD OF SUMMER SCHOOL SESSIONS) WITH YEAR-ROUND SCHOOL RECORDKEEPING
**   USED ONLY FOR WORKFORCE DEVELOPMENT EDUCATION (ADULT GENERAL AND POSTSECONDARY VOCATIONAL EDUCATION)
***  USED ONLY FOR REPORTING STUDENTS WHO HAVE WITHDRAWN BETWEEN SCHOOL YEARS
```

STATE GRADING SCALE FOR HIGH SCHOOL STUDENTS (REGARDLESS OF ENTRY DATE) EFFECTIVE SCHOOL YEAR 1997-1998

GRADING SCALE, EFFECTIVE 07/01/2001

| GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS |
|-------|-----------------|----------------|-------|-----------------|----------------|-------|-----------------|----------------|
| A = | 90 - 100 | 4.00 | B = | 80 - 89 | 3.00 | C = | 70 - 79 | 2.00 |
| D = | 60 - 69 | 1.00 | F = | 0 - 59 | 0.00 |   |   |   |

GRADING SCALE, PRIOR TO 07/01/2001

| GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS | GRADE | GRADE EQUIVALENT | QUALITY POINTS |
|-------|-----------------|----------------|-------|-----------------|----------------|-------|-----------------|----------------|
| A = | 94 - 100 | 4.00 | B = | 85 - 93 | 3.00 | C = | 77 - 84 | 2.00 |
| D = | 70 - 76 | 1.00 | F = | 0 - 69 | 0.00 |   |   |   |

```
NOTE:  FROM THE 1987-1988 THROUGH THE 1996-1997 SCHOOL YEARS, FOR STUDENTS ENTERING
       HIGH SCHOOL DURING THESE YEARS, THE GRADE EQUIVALENTS FOR C, D, AND F WERE:
       C = 75-84, D = 65-74, AND F = 0-64; QUALITY POINTS AND ALL OTHER GRADES WERE
       THE SAME AS THOSE SHOWN IN THE IMMEDIATELY PRECEDING STATE GRADING SCALE.
```

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 12 of 168

AUG 19 2005 2:46PM    HP LASERJET 3200                                                    P.10

TO - DISTRICT: 0000050 PALM BEACH                SCHOOL: 0331  COMMENTS                    FILE: SRTS121S
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005    CURRENT DISTRICT: 50 PALM BEACH              PAGE 09
FL STUDENT ID: 590072747X ▮▮▮▮▮▮▮          CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                        (561) 640-5074

----------------------------------------- STATE DEFINED COURSE FLAGS -------------------------------------------
E=ACADEMIC SCHOLAR-ELECTIVE       R=ACADEMIC SCHOLAR-REQUIREMENT         9=NINTH GRADER
G=GIFTED                          H=HONORS                               N=NO CREDIT
I=INCLUDE IN GPA                  X=EXCLUDE FROM GPA                     W=EXCLUDE FROM STATE GPA
P=COURSE IS IN PROGRESS           S=CREDIT AWARDED BY SLEP EXAM          T=TRANSFERRED COURSE

VOCATIONAL SUBSTITUTION COURSES-                                         &=JROTC AIR FC SUB FOR LIFE MGMT
$=JOURNALISM SUB FOR PRAC ARTS    0=JROTC SUB FOR PRACTICAL ARTS         1=COMP ED SUB FOR PRACTICAL ARTS
2=SUB FOR BUS EN I 1001440        3=SUB FOR BUS EN I 1001440/II 1001450  4=SUB FOR MA I 1205540
5=SUB FOR MA I 1205380/II 1205390 6=SUB FOR GEN SCI 2002310             7=SUB FOR ANAT PHYSIO 2000350
8=SUB FOR PRE ALGEBRA 1200300     A=JROTC CST GD SUB FOR SCIENCE         F=JROTC AIR FC SUB FOR SCIENCE
K=JROTC NAVY SUB FOR SCIENCE      O=JROTC ARMY SUB FOR LIFE MGMT         Q=JROTC MARINE SUB FOR LIFE MGMT
@=SUB FOR BIO TECH 2000430        #=SUB FOR ENV SCI 2001340             %=SUB FOR PHY SCI 2003310

LEP INSTRUCTION-
M=HOME LANGUAGE INSTRUCTION       B=HOME LANGUAGE &/OR ESOL INSTRUCTION (ELEMENTARY SELF-CONTAINED)
D=ESOL INSTRUCTION

------------------------------------ FY 1991-1992 COMMENTS --------------------------------------
        THE PALM BEACH COUNTY SCHOOL DISTRICT AWARDS THE HIGH SCHOOL VALIDICTORIAN
        AND SALUTATORIAN USING A WEIGHTED GPA AVERAGE THAT IS BASED ON COURSES TAKEN
        IN GRADES 9 - 12.  HOWEVER, THE DISTRICT GPA INCLUDES ALL CREDIT COURSES.

A-001364

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 13 of 168

AUG 19 2005 2:46PM   HP LASERJET 3200                                                                    p.11

TO - DISTRICT: 0000050 PALM BEACH                SCHOOL: 0331  CATEGORY B INFORMATION     FILE: SETS12IS
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005    CURRENT DISTRICT: 50 PALM BEACH                PAGE 10 OF 10
FL STUDENT ID: 590072747X  ▮▮▮▮▮▮▮▮         CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                              (561) 640-5074

WITHDRAWAL-DATE: 04/22/2004  CODE: W35

HOME LANGUAGE SURVEY DATE: 08/30/1991          COUNTRY OF BIRTH: US UNITED STATES
NATIVE LANGUAGE: SP SPANISH                    PRIMARY HOME LANGUAGE: SP SPANISH

HEALTH EXAMINATION, SCHOOL ENTRY: Y SCHOOL ENTRY HEALTH EXAMINATION CERTIFIED.

-------------------------------------- EXCEPTIONAL STUDENT INFORMATION -------------------------------------
STUDENT PLAN DATE: 11/26/2002   CURRENT EVALUATION/RE-EVALUATION DATE: 04/25/1998
PRIMARY EXCEPTIONALITY: A EDUCABLE MENTALLY HANDICAPPED   FEFP PROGRAM: 253 SUPPORT LEVEL 3

------------------------------- EXCEPTIONAL STUDENT PROGRAM INFORMATION -------------------------------

| EXCEPTIONALITY | PLACEMENT STATUS | REFERRAL DATE | EVALUATION COMPLETE DATE | ELGB DETERM DATE | PLACE-MENT DATE | DISMIS-SAL DATE |
|---|---|---|---|---|---|---|
| EDUCABLE MENTALLY HANDICAPPED | ELIGIBLE AND PLACED | 03/01/92 | 03/31/92 | 10/06/93 | 10/08/93 | |
| LANGUAGE IMPAIRED | ELIGIBLE AND PLACED | 01/14/88 | 03/21/88 | 09/01/88 | 09/02/88 | |
| SPECIFIC LEARNING DISABLED | ELIGIBLE AND PLACED | 01/14/88 | 03/21/88 | 09/01/88 | 09/02/88 | 10/06/93 |

------------------------------- DROPOUT PREVENTION PROGRAM INFORMATION -------------------------------

| DROPOUT PREVENTION PROGRAM | PLACEMENT REASONS | OUTCOMES |
|---|---|---|
| DISCIPLINARY PROGRAMS | DISCIPLINARY REFERRAL(S) | DECREASED NUM DISCIPLNRY REFERRALS |
| | | DECREASE IN NUMBER OF SUSPENSIONS |

------------------------------------- TEST INFORMATION -------------------------------------

TEST INFORMATION:

| TEST GED DATE | TEST NAME | LEVEL FORM | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE | SUBJECT CONTENT | SCORE TYPE | SCORE TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 08/06/2003 | TAB | 7 L | TOTBAT | GE | 0000 | MATH(T) | GE | 0000 | READ(T) | GE | 0021 |
| | | | LANGUAGE | GE | 0000 | | | | | | |

A-001365

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 14 of 168

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331  COMMENTS                    FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005     CURRENT DISTRICT: 50 PALM BEACH                  PAGE 09
FL STUDENT ID: 590072747X  ███  ████████         CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                      (561) 540-5074

--------------------------------------- STATE DEFINED COURSE FLAGS ------------------------------------
E=ACADEMIC SCHOLAR-ELECTIVE       R=ACADEMIC SCHOLAR-REQUIREMENT       9=NINTH GRADER
G=GIFTED                          H=HONORS                             N=NO CREDIT
I=INCLUDE IN GPA                  X=EXCLUDE FROM GPA                   W=EXCLUDE FROM STATE GPA
P=COURSE IS IN PROGRESS           S=CREDIT AWARDED BY SLEP EXAM        T=TRANSFERRED COURSE

VOCATIONAL SUBSTITUTION COURSES-                                       &=JROTC AIR FC SUB FOR LIFE MGMT
$=JOURNALISM SUB FOR PRAC ARTS    0=JROTC SUB FOR PRACTICAL ARTS       1=COMP ED SUB FOR PRACTICAL ARTS
2=SUB FOR BUS EN I 1001440        3=SUB FOR BUS EN I 1001440/II 1001450 4=SUB FOR MA I 1205540
5=SUB FOR MA I 1205380/II 1205390 6=SUB FOR GEN SCI 2002310           7=SUB FOR ANAT PHYSIO 2000350
8=SUB FOR PRE ALGEBRA 1200300     A=JROTC CST GD SUB FOR SCIENCE       F=JROTC AIR FC SUB FOR SCIENCE
K=JROTC NAVY SUB FOR SCIENCE      O=JROTC ARMY SUB FOR LIFE MGMT       Q=JROTC MARINE SUB FOR LIFE MGMT
@=SUB FOR BIO TECH 2000430        #=SUB FOR ENV SCI 2001340            %=SUB FOR PHY SCI 2003310

LEP INSTRUCTION-
M=HOME LANGUAGE INSTRUCTION       B=HOME LANGUAGE &/OR ESOL INSTRUCTION (ELEMENTARY SELF-CONTAINED)
D=ESOL INSTRUCTION

------------------------------ FY 1991-1992 COMMENTS --------------------------------------------
     THE PALM BEACH COUNTY SCHOOL DISTRICT AWARDS THE HIGH SCHOOL VALIDICTORIAN
     AND SALUTATORIAN USING A WEIGHTED GPA AVERAGE THAT IS BASED ON COURSES TAKEN
     IN GRADES 9 - 12.  HOWEVER, THE DISTRICT GPA INCLUDES ALL CREDIT COURSES.
```

A-001366

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 15 of 168

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331  CATEGORY B INFORMATION    FILE: SETS1218
GRADE LEVEL: 30  PREPARED DATE: 08/19/2005  CURRENT DISTRICT: 50 PALM BEACH                  PAGE 10 OF 10
FL STUDENT ID: 590072747X                      CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                              (561) 640-5074

WITHDRAWAL-DATE: 04/22/2004  CODE: W35

HOME LANGUAGE SURVEY DATE: 08/30/1991          COUNTRY OF BIRTH: US UNITED STATES
NATIVE LANGUAGE: SP SPANISH                    PRIMARY HOME LANGUAGE: SP SPANISH

HEALTH EXAMINATION, SCHOOL ENTRY: Y SCHOOL ENTRY HEALTH EXAMINATION CERTIFIED.

---------------------------------- EXCEPTIONAL STUDENT INFORMATION ----------------------------------
STUDENT PLAN DATE: 11/26/2002  CURRENT EVALUATION/RE-EVALUATION DATE: 04/25/1998
PRIMARY EXCEPTIONALITY: A EDUCABLE MENTALLY HANDICAPPED   FEFP PROGRAM: 253 SUPPORT LEVEL 3

-------------------------------- EXCEPTIONAL STUDENT PROGRAM INFORMATION ------------------------------
                                                          EVALUATION     ELGB      PLACE-    DISMIS-
                              PLACEMENT           REFERRAL COMPLETE     DETERM      MENT      SAL
EXCEPTIONALITY                STATUS                DATE     DATE        DATE       DATE      DATE
EDUCABLE MENTALLY HANDICAPPED ELIGIBLE AND PLACED  03/01/92 03/31/92   10/06/93   10/08/93
LANGUAGE IMPAIRED             ELIGIBLE AND PLACED  01/14/88 03/21/88   09/01/88   09/02/88
SPECIFIC LEARNING DISABLED    ELIGIBLE AND PLACED  01/14/88 03/21/88   09/01/88   09/02/88  10/06/93

------------------------------ DROPOUT PREVENTION PROGRAM INFORMATION --------------------------------
DROPOUT PREVENTION PROGRAM         PLACEMENT REASONS                OUTCOMES
DISCIPLINARY PROGRAMS              DISCIPLINARY REFERRAL(S)         DECREASED NUM DISCIPLNRY REFERRALS
                                                                   DECREASE IN NUMBER OF SUSPENSIONS

--------------------------------------- TEST INFORMATION ---------------------------------------------
TEST INFORMATION:
    TEST         TEST LEVEL  SUBJECT     SCORE   SCORE   SUBJECT   SCORE   SCORE   SUBJECT   SCORE   SCORE
GRD DATE         NAME FORM   CONTENT TYPE  TYPE          CONTENT TYPE  TYPE        CONTENT TYPE  TYPE

 30 08/06/2003   TAB   7 L   TOTBAT   GE 0000        MATH(T)  GE 0000         READ(T)  GE 0021
                             LANGUAGE GE 0000
```

A-001367

| OBTS Number | | | | | | PROBABLE CAUSE AFFIDAVIT | | 1. Arr  2. N T. | 3. Request for Warrant  4. Request for Capia | 1 | Juvenile |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FLO 5,0,0,8,0,0 | WEST PALM BCH. POLICE DEPARTMENT | 9,4,0,4,,2,8,2,0,3 |

| Charge Type: Check as many as apply: | ☒ 1. Felony  2. Traffic Felony | ☒ 3. Misdemeanor  4. Traffic Misdemeanor | ☐ 5. Ordinance  ☐ 6. Other | Special Notes: |
|---|---|---|---|---|

| Name (Last, First, Middle) | Alias | Race | Sex | Date Of Birth |
|---|---|---|---|---|
| Sanchez, Efrain | | w | m | ▮▮▮▮▮0 |

| Charge Description | Charge Description |
|---|---|
| Loitering and Prowling | Carrying a Concealed Weapon |
| Possession of Burglary Tools | Criminal Attempt/ Burglary |

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
|---|---|---|---|
| Society | | | |

| Local Address (Street, Apt. Number) | (City) | State | Zip | Phone | Address Source |
|---|---|---|---|---|---|
| c/o West Palm Beach Police Dept | | | | ( ) | Known |

| Business Address (Name, Street) | (City) | State | Zip | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | ( ) | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law The Person taken into custody ...

☒ committed the below acts in my presence.

☐ confessed To _____

admitting to the below facts.

☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.

☐ was found to have committed the below acts, resulting from my (described) investigation.

On the __27th__ day of __November__ 20 __04__ at __12:12__ ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

On 11-27-04 at 0012 hours, I was in full police uniform and driving a marked police vehicle, patrolling the area of Arkona Court and South Olive Avenue. While I was patrolling the area, I noticed a white male walking on the roadway eastbound on Arkona, along side of the south sidewalk, in the 200 block. It is a violation of F.S.S. 316.130 (3), to walk on a roadway where a sidewalk is provided. For this reason, I stopped the w/m, who is later referred to as the defendant, w/m Efrain Sanchez (3-30-81).

When I approached the defendant, I advised him of the pedestrian infraction and asked him for his ID. I also noticed that he had in his right hand, a white hanger, which was bent several times and shaped into a small loop. It appeared to me that the hanger was designed to unlock a car door, through the window area. The defendant gave me his ID and I asked him what was the hanger for. He told me nothing. The defendant appeared to nervous, as he was mumbling while talking and because he was shaking. I asked him to sit down on the curb and he did. He remained nervous while I continued talking to him. I asked him if was ever arrested and he told me no. I then ran a computer check of him and the defendant came back with an extensive record to include, robbery, burglary, and GTA. He was also flagged in the system as a gang member. I asked the defendant if he had anything on him that I should know about an he told me know. I then asked him if I could search him and he consented. He stood up from the ground and placed his hands behind his head. I conducted a search of him from behind and felt a hard metal object tucked inside the waistband of the rear of his pants. I asked the defendant what was it and he told me it was burglary tools. Stunned by what the defendant said, I asked him again what was it and he said tools. I then lifted up his shirt and noticed that it was a hammer. At that point, I placed the defendant in handcuffs and continued searching him. Inside of his front left pocket, I found 2 flat head screwdrivers and a small black flashlight. Inside of his front right pocket, I found a pair of wire cutters. With all the objects I found from the defendant, it appeared to me that he was about to do a burglary.

I then read him his Miranda Rights and he agreed to talk to me. I asked him if he just broke into a vehicle and he told me no. I then asked him if he was going to break into a vehicle and he said yes. He said that this was his first time trying to break into a vehicle and that he has never done this before.

| SWORN AND SUBSCRIBED BEFORE ME: | SIGNATURE OF ARRESTING / INVESTIGATING OFFICER |
|---|---|
| NOTARY PUBLIC /CLERK OF COURT/ POLICE OFFICER | Ofc. Schwartz 1638 |
| 11/27/04 | NAME OF OFFICER (PLEASE PRINT) |
| DATE | 11/27/04 |
| | DATE |

PAGE 2 Of 3

DISTRIBUTION:   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | 1. Arrest  3. Request for Warrant | Juvenile |
| --- | --- | --- | --- |
| | | 2. N T  4. Request for Capia | 1 |

| Agency ORI Number | Agency Name | Agency Report Number |
| --- | --- | --- |
| FLO 5 0 0 8 0 0 | WEST PALM BEACH POLICE DEPARTMENT | 9 4 0 4 2 8 2 0 3 |

Charge Type: Check as many as apply.
- [X] 1. Felony
- [ ] 2. Traffic Felony
- [X] 3. Misdemeanor
- [ ] 4. Traffic Misdemeanor
- [ ] 5. Ordinance
- [ ] 6. Other _____

Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| Sanchez, Efrain | | w | m | |

| Charge Description | Charge Description |
| --- | --- |
| Loitering and Prowling | Carrying a Concealed Weapon |
| Possession of Burglary Tools | Criminal Attempt/ Burglary |

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
| --- | --- | --- | --- |
| Society | | | |

| Local Address (Street, Apt. Number) | (City) | State | Zip | Phone | Address Source |
| --- | --- | --- | --- | --- | --- |
| c/o West Palm Beach Police Dept | | | | ( ) | Known |

| Business Address (Name, Street) | (City) | State | Zip | Phone | Occupation |
| --- | --- | --- | --- | --- | --- |
| | | | | ( ) | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

- [X] committed the below acts in my presence.
- [ ] confessed To _____ admitting to the below facts.
- [ ] was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.
- [ ] was found to have committed the below acts, resulting from my (described) investigation.

On the **27th** day of **November** 20**04** at **12:12** [X] A.M. [ ] P.M. (Specifically include facts constituting cause for arrest.)

I asked him if he was going through tough time and he said yes. Ofc. Evrley arrived to the scene as my back up Officer and he witnessed the defendants statements under Miranda. At that point Ofc. Evrley transported the defendant into my vehicle. While he transporting the defendant into my vehicle, the defendant told Ofc. Evrley the reason he was about to break into a vehicle was because of his girlfriend.

It should be known that the area where the defendant was walking was close to Palm Beach Atlantic University's campus. It was also close to several condos that are along Flagler Drive. Both these areas have an abundance of vehicles in the parking lots and are vulnerable to burglaries. After realizing that, I asked the defendant if he was heading to the vehicles in this area and he told me yes. I also asked him if he was going to steal a vehicle or just break into it, and he told me that he was intending on breaking into one. The hanger, the two screw drivers, the hammer, the flash light, and the wire cutters were later placed into evidence, along with the signed Miranda Card.

Based on the above stated facts, and that the defendant admitted under Miranda that he was intending on breaking into a vehicle prior to me stopping him, I believe that there is probable cause to charge him with the following: F.S.S. 856.021, Loitering and Prowling, F.S.S. 790.01, carrying a concealed weapon, because the hammer that he was carrying concealed can be used as a weapon, F.S.S. 810.06, Possession of Burglary Tools, and F.S.S. 777.04 (4)(d), Criminal Attempt to do a burglary.

The defendant was issued a traffic citation for the pedestrian infraction and was later transported to the Palm Beach County Jail.

SWORN AND SUBSCRIBED BEFORE ME:

NOTARY PUBLIC / CLERK OF COURT ( POLICE OFFICER )

DATE: 11/27/04

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

NAME OF OFFICER (PLEASE PRINT) Ofc. Schwartz 1638

DATE: 11/27/04

PAGE 3 Of 3

DISTRIBUTION:   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

A-001369

# TIMOTHY M. TAVIS, Ph.D.
## LICENSED PSYCHOLOGIST

**APPOINTMENTS:**
1870 FOREST HILL BLVD., SUITE 207
WEST PALM BEACH, FL 33406

**MAIL & DELIVERIES:**
1281 N. OCEAN DR., NO. 162
SINGER ISLAND, FL 33404

PHONE (561) 882-4008

FAX (561) 881-4432

## PSYCHOLOGICAL EVALUATION OF
## EFRAIN SANCHEZ

**CASE NO.**        04 CF 01455 A02

**CASE CAPTION**        STATE vs EFRAIN SANCHEZ

**DATE OF REPORT**        MAY 24, 2005

### IDENTIFYING INFORMATION AND REFERRAL QUESTIONS

Efrain Sanchez is a twenty-four-year-old Hispanic-American male. He was evaluated at the request of his attorney to determine the following:

- Whether he is competent to proceed

- His sanity at the time of the alleged offense

### ASSESSMENT PROCEDURES UTILIZED

- Extended clinical interview

- Mini Mental Status Exam (MMSE)

- Competence Assessment for Standing Trial for Defendants with Mental Retardation (CAST-MR)

- Rey Fifteen Item Test

### OTHER SOURCES OF INFORMATION

- Interview of Juana M. Sanchez, Mr. Sanchez' mother

A-001370

- Arrest Report and Probable Cause Affidavit in the present case, both signed by Officer Schwartz

- Psych-Educational Reevaluation of Mr. Sanchez by Dr. Len Laakso dated June 23, 1995

- Individual Education Plan (IEP) for Mr. Sanchez dated November 26, 2002

- Printout of Mr. Sanchez' computerized records with the Palm Beach County School District dated April 21, 2005

- Report of evaluation of Mr. Sanchez by Christopher J. Fichera, Ph.D., dated October 20, 2004

- Records regarding Mr. Sanchez' treatment by Allen H. Bezner, M.D. and various records from other health care providers

## INTERVIEW OF EFRAIN SANCHEZ

Mr. Sanchez was interviewed at this evaluator's office on May 3, 2005. He was accompanied to the office by his mother, Juana M. Sanchez. Both of them were advised of the purpose of this evaluation and informed that any information gathered was not protected by therapist-patient confidentiality and might be shared with the Court and the Offices of the State Attorney and Public Defender. They consented in writing to the evaluation under these terms, but it is doubtful that Mr. Sanchez fully understood them.

Mr. Sanchez was casually attired and appropriately groomed. Several tattoos were visible on his neck and shoulders; when asked he indicated that these were the names of his immediate family members and that he had gotten these tattoos "to show how much I love them." (In fact, at one point in the interview he consulted the tattoo on his left shoulder to help him remember the spelling of his sister's name.) He was cooperative throughout the interview and appeared anxious to make a good impression and perform well. His emotional expression was subdued and his speech, while soft, was within normal limits for pace and pitch. He denied a history of hallucinations but acknowledged some perceptional distortions at the onset of his seizures.

*Sanchez, page 3*

Mr. Sanchez' memory for remote events seemed somewhat impaired. For example, he had to check his tattoo in order to remember the spelling of his sister's name and was incomplete in listing the schools he had attended. His memory for recent events was also poor, in that he was repeatedly unable to remember simple instructions for the few minutes necessary to complete various tasks. Other cognitive abilities appeared impaired as well: He named George Washington as the current president of the United States; said that a thermometer was used to check pressure; explained that a lion was a boy and a tiger was a girl; and failed badly in attempts to recite the months of the year backwards and count from one hundred to zero by fives. When asked to name the colors in the American flag, he delivered a very detailed and somewhat inaccurate description of which parts of the flag were which colors. Mr. Sanchez became very confused at several points during the interview and seemed to be experiencing lapses or disturbances in his cognitive capacities which he attempted to camouflage by guesswork. Thus, some of his responses were true *non sequiturs.*

When questioned specifically about matters related to the elements of criminal competence, Mr. Sanchez performed very poorly. He was able to provide only a rudimentary description of the events surrounding his arrest after lengthy prompting and probing. At first he seemed to confuse the current case with a previous incident, and he often seemed befuddled when questioned about details of the allegations. Here again, it appeared that he was attempting to cover his confusion by guessing. He had only a vague general notion of his charges even after considerable discussion. When asked what penalties he might face, he said he did not know and readily agreed to the examiner's suggestion that he might be shot. His knowledge of the legal system appeared very poor; for example, he described his attorney as a woman who had reassured and helped him, but did not seem to have an understanding of her title or duties.

## TESTING RESULTS

### Mini Mental Status Exam (MMSE)

The MMSE is a widely used and well researched instrument designed to estimate a subject's cognitive functioning. Since it is very brief, it is suitable as a screening tool. A subject's performance on the MMSE may indicate the need for further evaluation, but an MMSE score alone should not be considered as sufficient evidence of cognitive impairment. On the other hand, good performance on the MMSE suggests that an individual's thinking abilities are probably not significantly compromised.

A-001372

Mr. Sanchez answered sixteen out of thirty questions correctly, a performance which suggests significant cognitive impairment. He misidentified the year, season, month, and day of the week as well as several aspects of the location of the interview. When asked to perform a series of simple mathematical calculations he became confused about the instructions and was unable to continue after the first calculation. Also, he was able to remember only two of three words after a lapse of a few minutes.

## Competence Assessment for Standing Trial for Defendants with Mental Retardation (CAST-MR)

The CAST-MR is a questionnaire consisting of forty multiple-choice items and ten open-ended questions. It was designed to assess the competence of mentally retarded defendants in three areas: basic legal knowledge; skills necessary to assist defense counsel; and understanding and appreciation of one's own legal situation. A subject's score can be compared to three groups: adults of normal intelligence; adults who are mentally retarded but have been found to be legally competent; and adults who are mentally retarded and have been found to be legally incompetent. Because of its simplicity and multiple choice format, this instrument is useful in the assessment of children and adults who are suspected of being mentally retarded, learning disabled, or marginally cooperative.

On the first section of the CAST-MR, assessing understanding of basic legal concepts, Mr. Sanchez answered only four out of twenty-five questions correctly. He asked that a large number of the questions be repeated and seemed to have difficulty holding the questions and three possible answers in his mind at once. Several times he offered answers of his own and had to be reminded that he was supposed to choose one of the three answers presented. He misidentified the basic functions of judge, jury, defense attorney, and prosecutor as well as the purposes of hearings and trials. He also responded incorrectly to questions about the meanings of words such as sentence, crime, innocent, guilty, penitentiary, probation, plea bargain, acquittal, and maximum and minimum sentence. His score was considerably below the average for mentally retarded, incompetent adults (12.3).

On the second section of the CAST-MR, assessing skills necessary to assist defense counsel, Mr. Sanchez performed considerably better, answering nine out of fifteen questions correctly. His performance on this section was below the average for mentally retarded, competent adults (10.7) but above the average for mentally retarded, incompetent adults (8.2).

The third section of the CAST-MR, which assesses a subject's ability to provide information relevant to his own legal predicament, was not administered because Mr.

Sanchez had already demonstrated significant confusion in that regard during the unstructured portion of the evaluation interview.

## Rey Fifteen Item Test

The Rey Fifteen Item Test is a very simple test used to identify people who are unsophisticated in their attempts to feign cognitive impairment. The subject is shown fifteen letters, numbers, and figures arranged in a very recognizable pattern and told that he has ten seconds to memorize them, then reproduce them from memory. Even severely impaired subjects are usually able to reproduce nine or more of the items, and the inability to reproduce more than eight items is usually considered to suggest that the subject is malingering.

Mr. Sanchez carefully wrote out the numerals 1 through 23, omitting 15, and four mathematical symbols which had not appeared on the stimulus sheet. When asked why he had written down these items, he mumbled that he had tried to write down what was on the stimulus sheet. When shown the stimulus sheet, he appeared disappointed, abashed, and confused by his errors.

## ADDITIONAL INFORMATION FROM OTHER SOURCES

### Interview of Juana M. Sanchez, Mr. Sanchez' mother

Ms. Sanchez reported that her son had experienced multiple seizures during the days immediately preceding this evaluation interview. She described him as exhibiting low intelligence and poor judgment, often trusting of others without sufficient basis. She also complained that he had been abused by the police and jail staff.

### Arrest Report and Probable Cause Affidavit in the present case, both signed by Officer Schwartz

Officer Schwartz stated that he stopped the defendant for walking in the street shortly after midnight on November 27, 2004. He noted that Mr. Sanchez "appeared nervous, as he was mumbling while talking and because he was shaking." Officer Schwartz frisked Mr. Sanchez and "felt a hard metal object tucked inside the waistband of the rear of his pants." When he asked what this was, Officer Schwartz was "stunned" by Mr. Sanchez' statement that it was "burglary tools."

Officer Schwartz reported several other statements made by Mr. Sanchez during his arrest which might indicate naiveté, low intelligence, or peculiar cognitions. For example, when asked yes or no questions he responded yes even when such answers were obviously damaging to him, and when given two damaging options in another

question he chose one of the options rather than simply refuse both of them. Also, he told another officer that "the reason he was about to break into a vehicle was because of his girlfriend."

### Psych-Educational Reevaluation of Mr. Sanchez by Dr. Len Laakso dated June 23, 1995

Dr. Laakso reported that Mr. Sanchez had been receiving services as Educably Mentally Handicapped for some time and that "Child Study Teams have had frequent discussions about him and his learning disabilities, seeking the most appropriate program." Mr. Sanchez' performance on standardized tests of educational achievement were generally consistent with a child of six or seven years old, although he was fourteen years old at the time.

Dr. Laakso concluded that Mr. Sanchez "appears to require continued placement in the Educable Mentally Handicapped program based on poor academic progress." He also expressed concern regarding Mr. Sanchez' poor attendance and his emotional/social development and suggested possible referral for mental health services.

### Individual Education Plan (IEP) for Mr. Sanchez dated November 26, 2002

This IEP indicated that Mr. Sanchez was eligible for services as both Educable Mentally Handicapped and Language Impaired. Mr. Sanchez was described as "unable to follow multi directions or multi-task. . . . easily distracted and often forgets directions after a short period."

### Printout of Mr. Sanchez' computerized records with the Palm Beach County School District dated April 21, 2005

This printout indicated that Mr. Sanchez was deemed eligible for the following services on the following dates:

| | |
|---|---|
| Specific Learning Disabled | January 14, 1988 |
| Language Impaired | January 14, 1988 |
| Limited English Proficiency | September 4, 1991 |
| Educable Mentally Handicapped | March 1, 1992 |
| Dropout Prevention Program | April 11, 1996 |

### Report of evaluation of Mr. Sanchez by Christopher J. Fichera, Ph.D., dated October 20, 2004

Dr. Fichera concluded that Mr. Sanchez was not competent to proceed to adjudication due to his low intelligence, which Dr. Fichera estimated was in the mentally retarded range. He also concluded that Mr. Sanchez was legally insane at the time of his alleged offense (which in that case was stalking) as a result of either erotomanic delusion or

A-001375

*Sanchez, page 7*

mentally retardation. Finally, Dr. Fichera estimated the likelihood of Mr. Sanchez attaining competence as a result of participation in a competency restoration course as poor.

## Records regarding Mr. Sanchez treatment by Allen H. Bezner, M.D. and various records from other health care providers

These records document a history of seizures stretching back to the age of three which have proven extremely difficult to treat successfully. As of the most recent notes, he continued to have breakthrough seizures despite various medication adjustments. These seizures seem to be focused in the left temporal lobe. Dr. Bezner also expressed concern regarding the possibility that Mr. Sanchez was experiencing *petit mal* seizures, that is, seizures which involve alterations and disturbances of consciousness rather than the major physical constrictions of *grand mal* seizures. (*Petit mal* seizures may not be recognized as such by laypersons because they are far less dramatic than *grand mal* seizures.)

## SUMMARY

Educational and medical records, as well as Dr. Fichera's 2004 evaluation report, are consistent in describing Mr. Sanchez as significantly cognitively impaired, functioning in the range of Mild Mental Retardation (Diagnostic Code 317, Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition - Text Revision). It is not clear whether his poor performance is due in part to ongoing partial seizures which are disrupting his cognition and consciousness, or whether his brain has been so damaged by the years of seizure activity that his intelligence has been permanently lowered. It is also possible that his low intelligence and his seizure disorder share a common etiology.

Mr. Sanchez' response to the Rey Fifteen Item Test was so bizarre that it requires further comment. It is possible that he was malingering, since his responses were so far off the mark. On the other hand, it seems more likely that his performance provides a very good example of his attempts to cover his lapses in consciousness by guessing or his attempted compliance with instructions or questions even if he does not understand them, a practice which can lead to potentially serious misunderstandings.

In any case, **Mr. Sanchez' performance during both unstructured and structured assessments indicated that he does not meet criteria for competence to proceed to adjudication.** His understanding of the charges against him, the penalties he might face, and the workings of the adversary system are all inadequate. He has only a limited ability to disclose pertinent information to his attorney and does not have the

*Sanchez, page 8*

cognitive capacity to testify relevantly. On the other hand, he is able to behave in a way appropriate to the standard of courtroom conduct.

It is possible that Mr. Sanchez can attain competence through participation in a course of instruction which is geared to his cognitive level. However, this would take several months and is very unlikely to succeed unless his seizure disorder is brought under control first.

While this evaluator recommends that Mr. Sanchez be found incompetent to proceed, the information available for this evaluation does not suggest that he is currently a danger to himself or others such that he requires involuntary hospitalization or residential placement.

For all his cognitive impairments, Mr. Sanchez was able to articulate an understanding that breaking into cars, or intending to do so, was wrong, and he insisted that he was aware that this sort of conduct was wrong at the time of his arrest. **Therefore, he appears to have met criteria for legal sanity at the time of his alleged offense.**


## CONCLUSIONS

Accordingly, the following conclusions and recommendations regarding the issues of this evaluation have been made to a reasonable degree of psychological certainty:

### Competence
It is recommended that Efrain Sanchez be found **not competent** to proceed. Specifically:

1. He **does not** appreciate the charges or allegations against him.

2. He **does not** appreciate the range and nature of possible penalties, if applicable, which may be imposed in the proceedings against him.

3. He **does not** understand the adversary nature of the legal process.

4. He **does not** have the ability to disclose to his attorney facts pertinent to the proceedings at issue.

5. He **does** have the ability to display appropriate courtroom behavior.

6. He **does not** have the ability to testify relevantly.

## Restoration

A. Efrain Sanchez' incompetence is due to **Mild Mental Retardation and perhaps the effects of ongoing petit mal seizures** which disrupt his cognition and consciousness but lack the obvious physical signs of grand mal seizures. The formal diagnoses for his conditions are: Mild Mental Retardation (DSM-IV-TR Code 317) and, tentatively, Cognitive Disorder Not Otherwise Specified (DSM-IV-TR Code 294.9).

B. It would be appropriate for Mr. Sanchez to participate in a course of instruction regarding the criminal justice system which is designed for the mentally retarded, in conjunction with continuing medical evaluation and treatment of his seizure disorder.

C. Such treatment is available through the State of Florida.

D. It is difficult to estimate the likelihood that Mr. Sanchez will attain competence as a result of the program described in Section B above. If a significant portion of his current impairment is due to ongoing seizure activity, and if this activity is ameliorated through medical treatment, than he may be able to benefit from instruction over a period of six to twelve months. However, as things stand now he is unlikely to attain competence through instruction alone.

E. The information available for this evaluation does not indicate that Mr. Sanchez currently poses such a danger to himself or others as to meet the criteria for involuntary hospitalization or residential placement.

## Involuntary Placement

The information available for this evaluation does not indicate that Mr. Sanchez currently poses such a danger to himself or others as to meet the criteria for involuntary hospitalization or residential placement.

## Sanity

It is recommended that Efrain Sanchez be found to have been **legally sane** at the time of his alleged offense.

Timothy M. Tavis, Ph.D.
Licensed Psychologist

DEPARTMENT OF PUPIL PERSONNEL SERVICES
THE SCHOOL BOARD
OF PALM BEACH COUNTY
3300 FOREST HILL BLVD.
WEST PALM BEACH, FL 33406-5869
407-434-8022

Date: February 6, 1997
School: Palm Beach Lakes High School
Student: Efrain Sanchez
Grade: 09

Parent/Guardian

Ms. Juana Sanchez
5778 Coconut Rd.
West Palm Beach, FL 33413

Dear Ms. Sanchez:

I regret to inform you that on __2/5/97__ your son/daughter/ward was charged with the following serious misconduct:
**Violation of school rules 5.18. Willful disobedience, instigating a fight between two students,**

On __2/5/97__ a hearing/conference was held in my office that complied with due process procedures.

Section 230.23, Florida Statutes, provides that a school principal may suspend a student for willful disobedience, for open defiance of authority of a member of the staff, for use of profane or obscene language, for other serious misconduct, for repeated misconduct of a less serious nature, and for other acts specified in Section (1) Student Conduct Code, Policy 5.18, provided the suspension does not exceed 10 days.

On the basis of substantial evidence available to me supporting the above charges, I am hereby suspending __Efrain__ from school attendance for a period of __3__ days effective __2/6__ through __2/10/97__.

This suspension may result in your child exceeding the allowable unexcused absences under State Board of Education Rule 6A-1.0442, and requires the student to enter into an attendance agreement and abide by its conditions or be in jeopardy of the principal recommending suspension of the student's Florida Driver's License. In the event the student does not have a current Florida Driver's License, failure to enter into and comply with the attendance agreement could result in the withholding of eligibility statements should the student seek to obtain a license. As the parent or guardian, you are invited to schedule a conference with me at your earliest convenience to discuss this action.

Your son/daughter will be in violation of this suspension if he/she is on the school premises without prior permission from this office.

It is most important that you counsel with the Principal or Assistant Principal prior to returning to school.

Sincerely,

Principal/Designee
SP/gc

Assistant Principal/Designee

| School No. | Student No. | Race | Suspension Date | No. of Days | ESE |
|---|---|---|---|---|---|
| 1851 | 13033170 | m/h | 2/6/97 | 3 | Yes |

WHITE - PARENT   GREEN - SCHOOL   CANARY - AREA OFFICE   PINK - GUIDANCE DEPT/CTY OFFICE   GOLD - SECURITY
PBSD 0292 (Rev. 1/90)

```
TO - DISTRICT: 0000050 PALM BEACH          SCHOOL: 0331  DEMOGRAPHIC INFORMATION   FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 06/01/2005     CURRENT DISTRICT: 50 PALM BEACH                    PAGE 01
FL STUDENT ID: 590072747X  ████  ████████     CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                        (561) 640-5074
MAILING                                            2161 N. MILITARY TRAIL
ADDRESS:  ██████ WEST PALM BEAC████  FL 33413      WEST PALM BEACH    FL 334012499
DISTRICT STUDENT ID:    13033170 FL STUDENT ID-ALIAS: 590072747X
PARENT/GUARDIAN (NAME/CODE):                    RACIAL/ETHNIC CATEGORY: H  SEX: M
RICARDO SANCHEZ           PARENT                 BIRTH DATE: ████/1981  BIRTH VERIFICATION: 1
JUANA SANCHEZ            PARENT                  BIRTHPLACE: WEST PALM BEACH FL
```

IMMUNIZATION STATUS: PERMANENT IMMUNIZATION CERTIFICATE
VACCINE STATUS, DATE-                    VACCINE CERTIFICATE EXPIRATION DATE:

| TYPE | DOSE | DATE | DOSE | DATE | DOSE | DATE | DOSE | DATE | DOSE | DATE |
|------|------|------|------|------|------|------|------|------|------|------|
| DTP | 1 | 05/11/1981 | 2 | 05/19/1983 | 3 | 02/22/1984 | 4 | 09/17/1984 | 5 | 08/25/1993 |
| POLIO | 1 | 05/11/1981 | 2 | 05/19/1983 | 3 | 09/17/1984 | 4 | 08/25/1993 | | |
| MMR | 1 | 09/17/1984 | 2 | 06/22/1992 | | | | | | |

```
------------------------------------ COURSE INFORMATION ---------------------------------------------
DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN      DISTRICT: 50 SCHOOL: 1391 WYNNEBROOK ELEMENTARY
    YEAR: 1989-1990  GRADE LEVEL: NA                YEAR: 1991-1992  GRADE LEVEL: 08
                                                                  SUBJECT CRSE      CREDIT
           GPA  QTY PTS         GPA  QTY PTS    T COURSE# COURSE TITLE    AREA FLAG GRD ATT./EARN
DISTRICT-TERM: 2.2143  15.50  CUM: 1.2872  60.50  S 7755010 ACAD: K-5                P  0.00 0.00
   STATE-TERM: 2.2143  15.50  CUM: 1.2872  60.50  S 7763040 LANG THRPY: PK-5         P  0.00 0.00
                                               3 5100100 FOURTH GRADE               P  0.00 0.00
1989-1990 ANNUAL DAYS-PRESENT:   0  ABSENT:  0 3 7755010 ACAD: K-5                  P  0.00 0.00
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:  0 3 7763040 LANG THRPY: PK-5           P  0.00 0.00
                                                                   CREDIT, TERM:      0.00  0.00

DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN      1991-1992 ANNUAL DAYS-PRESENT:  14  ABSENT:   0
    YEAR: 1990-1991  GRADE LEVEL: NA            SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0

           GPA  QTY PTS         GPA  QTY PTS
DISTRICT-TERM: 2.2143  15.50  CUM: 1.2872  60.50  DISTRICT: 50 SCHOOL: 1391 WYNNEBROOK ELEMENTARY
   STATE-TERM: 2.2143  15.50  CUM: 1.2872  60.50      YEAR: 1992-1993  GRADE LEVEL: 08
                                                                  SUBJECT CRSE      CREDIT
1990-1991 ANNUAL DAYS-PRESENT:   0  ABSENT:  0 T COURSE# COURSE TITLE    AREA FLAG GRD ATT./EARN
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:  0 3 5100110 FIFTH GRADE                P  0.00 0.00
ACADEMICALLY PROMOTED                          3 7755010 ACAD: K-5                  P  0.00 0.00
                                               3 7755010 ACAD: K-5                  P  0.00 0.00
                                                                   CREDIT, TERM:      0.00  0.00

                                               1992-1993 ANNUAL DAYS-PRESENT: 160  ABSENT:  20
                                               SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
                                               ACADEMICALLY PROMOTED
```

TO - DISTRICT: 0000050 PALM BEACH          SCHOOL: 0331   COURSE INFORMATION          FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 06/01/2005   CURRENT DISTRICT: 50 PALM BEACH                    PAGE 02
FL STUDENT ID: 590072747X ▮▮ ▮▮▮▮▮▮          CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                          (561) 640-5074

DISTRICT: 50 SCHOOL: 0611 JEFFERSON DAVIS MIDDLE       DISTRICT: 50 SCHOOL: 0541 CONNISTON MIDDLE
    YEAR: 1993-1994   GRADE LEVEL: 06                      YEAR: 1995-1996   GRADE LEVEL: 08

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN | | T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|---|---|---------|--------------|--------------|-----------|-----|------------------|
| 1 | 1501000 | M/J PHYS FITNESS | | | D | 0.00 0.00 | | 1 | 0100020 | M/J ART/ART APPREC 3 | | | A | 0.00 0.00 |
| 2 | 1501010 | M/J BODY MANAGEMENT | | | F | 0.00 0.00 | | 1 | 1501040 | M/J STRIKING OBJECTS | | | C | 0.00 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | D | 0.00 0.00 | | 1 | 7810010 | LANG ART: 6-8 | | | C | 0.00 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 0.00 | | 2 | 1501050 | M/J STRATEGIES | | | D | 0.00 0.00 |
| 3 | 7820010 | SCI: 6-8 | | | D | 0.00 0.00 | | 2 | 7810010 | LANG ART: 6-8 | | | D | 0.00 0.00 |
| 3 | 7821010 | SOC STUD: 6-8 | | | D | 0.00 0.00 | | 2 | 8600230 | EXPLOR MFG TECH | | | F | 0.00 0.00 |
| 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 0.00 | | 3 | 7812010 | MATH: 6-8 | | | D | 0.00 0.00 |
| | | CREDIT, TERM: | | | | 0.00 0.00 | | 3 | 7820010 | SCI: 6-8 | | | D | 0.00 0.00 |
| | | | | | | | | 3 | 7821010 | SOC STUD: 6-8 | | | D | 0.00 0.00 |
| | | | | | | | | 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 0.00 |
| | | | | | | | | | | CREDIT, TERM: | | | | 0.00 0.00 |

1993-1994 ANNUAL DAYS-PRESENT: 150  ABSENT:  30
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
ACADEMICALLY PROMOTED

                                                   1995-1996 ANNUAL DAYS-PRESENT: 119  ABSENT:  61
DISTRICT: 50 SCHOOL: 0611 JEFFERSON DAVIS MIDDLE   SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
    YEAR: 1994-1995   GRADE LEVEL: 07              ACADEMICALLY PROMOTED

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 1 | 1501020 | M/J THROW/CATCH | | | C | 0.00 0.00 |

DISTRICT: 50 SCHOOL: 0541 CONNISTON MIDDLE
    YEAR: 1994-1995   GRADE LEVEL: 07

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|------------------|
| 2 | 0800010 | M/J HEALTH 2 | | | F | 0.00 0.00 |
| 3 | 7810010 | LANG ART: 6-8 | | | C | 0.00 0.00 |
| 3 | 7812010 | MATH: 6-8 | | | D | 0.00 0.00 |
| 3 | 7820010 | SCI: 6-8 | | | D | 0.00 0.00 |
| 3 | 7821010 | SOC STUD: 6-8 | | | D | 0.00 0.00 |
| 3 | 7880010 | EXPLOR VOC: 6-8 | | | D | 0.00 0.00 |
| | | CREDIT, TERM: | | | | 0.00 0.00 |

1994-1995 ANNUAL DAYS-PRESENT:  62  ABSENT:  41
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

A-001381

```
TO - DISTRICT: 0000050 PALM BEACH            SCHOOL: 0331  COURSE INFORMATION         FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 06/01/2005   CURRENT DISTRICT: 50 PALM BEACH                PAGE 03
FL STUDENT ID: 590072747X  [REDACTED]        CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                              (561) 640-5074
```

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH

YEAR: 1996-1997  GRADE LEVEL: 09

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|-------|
| 1 | 1505510 | INTER VOLLEYBALL | PE | J | F | 0.50 | 0.00 |
| 1 | 7910390 | LIFE SK COMM: 9-12 | EL | | D | 0.50 | 0.50 |
| 1 | 7912340 | LIFE SK MATH: 9-12 | EL | | F | 0.50 | 0.00 |
| 1 | 7920300 | FUNC SCI: COMP | EL | | D | 0.50 | 0.50 |
| 1 | 7921300 | FUNC SOC ST: COMP | EL | | C | 0.50 | 0.50 |
| 1 | 7980020 | PRACTICAL ARTS ED | VO | | C | 0.50 | 0.50 |
| 1 | 7980110 | EMPLOYABILITY SK | VO | | F | 0.50 | 0.00 |
| 2 | 1503320 | SOCCER | PE | J | F | 0.50 | 0.00 |
| 2 | 7910390 | LIFE SK COMM: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7912340 | LIFE SK MATH: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7920300 | FUNC SCI: COMP | EL | | F | 0.50 | 0.00 |
| 2 | 7921300 | FUNC SOC ST: COMP | EL | | F | 0.50 | 0.00 |
| 2 | 7980020 | PRACTICAL ARTS ED | VO | | F | 0.50 | 0.00 |
| 2 | 7980110 | EMPLOYABILITY SK | VO | | F | 0.50 | 0.00 |
| 4 | 7912340 | LIFE SK MATH: 9-12 | EL | | D | 0.50 | 0.50 |
| 5 | 7912340 | LIFE SK MATH: 9-12 | EL | | D | 0.50 | 0.50 |

```
              CREDIT, TERM:       8.00  3.00

         GPA QTY PTS              GPA QTY PTS
DISTRICT-TERM: 0.5000    4.00  CUM: 0.5000    4.00
   STATE-TERM: 0.5000    4.00  CUM: 0.5000    4.00

1996-1997 ANNUAL DAYS-PRESENT: 119  ABSENT:  61
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
RETAINED IN SAME GRADE
```

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH

YEAR: 1997-1998  GRADE LEVEL: 09

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | /EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|-------|
| 1 | 0111320 | SCULPTURE II | PF | J | F | 0.50 | 0.00 |
| 1 | 7910390 | LIFE SK COMM: 9-12 | EL | | D | 0.50 | 0.50 |
| 1 | 7912010 | APP MATH I | EL | X | D | 0.50 | 0.00 |
| 1 | 7921370 | FUNC GEOGRAPHY | EL | | F | 0.50 | 0.00 |
| 1 | 7963070 | SOC PSNL SK | EL | | D | 0.50 | 0.50 |
| 1 | 7980020 | PRACTICAL ARTS ED | VO | | B | 0.50 | 0.50 |
| 1 | 7980110 | EMPLOYABILITY SK | EL | | F | 0.50 | 0.00 |
| 2 | 0111320 | SCULPTURE II | PF | J | F | 0.50 | 0.00 |
| 2 | 7910390 | LIFE SK COMM: 9-12 | EL | | C | 0.50 | 0.50 |
| 2 | 7910400 | LIFE SK RD: 9-12 | EL | | F | 0.50 | 0.00 |
| 2 | 7912010 | APP MATH I | EL | X | D | 0.50 | 0.00 |
| 2 | 7921370 | FUNC GEOGRAPHY | EL | | F | 0.50 | 0.00 |
| 2 | 7963070 | SOC PSNL SK | EL | | F | 0.50 | 0.00 |
| 2 | 7980110 | EMPLOYABILITY SK | EL | | F | 0.50 | 0.00 |

```
                        CREDIT, TERM:       6.00  2.00

                GPA QTY PTS              GPA QTY PTS
DISTRICT-TERM: 0.5833    3.50  CUM: 0.5357    7.50
   STATE-TERM: 0.5833    3.50  CUM: 0.5357    7.50

1997-1998 ANNUAL DAYS-PRESENT: 125  ABSENT:  55
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
ACADEMICALLY PROMOTED
```

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 31 of 168

TO - DISTRICT: 0000050 PALM BEACH                 SCHOOL: 0331   COURSE INFORMATION           FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 06/01/2005     CURRENT DISTRICT: 50 PALM BEACH                          PAGE 04
FL STUDENT ID: 590072747X   ████ ████████        CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                          (561) 640-5074

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH      DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
    YEAR: 1998-1999   GRADE LEVEL: 10                    YEAR: 1999-2000   GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN | T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | GRD | CREDIT ATT. | EARN |
|---|---------|--------------|--------------|-----------|-----|-------------|------|---|---------|--------------|--------------|-----------|-----|-------------|------|
| 1 | 0102300 | CERAM/POT I | PF | JE | F | 0.50 | 0.00 | 1 | 0104330 | DRAW/PAINT II | PF | JE | F | 0.50 | 0.00 |
| 1 | 1501340 | BEG WEIGHT TRAINING | PE | J | D | 0.50 | 0.50 | 1 | 1503310 | BASKETBALL | PE | J | F | 0.50 | 0.00 |
| 1 | 7910400 | LIFE SK RD: 9-12 | EL | | D | 0.50 | 0.50 | 1 | 7910110 | ENG: 9-12 | EL | | B | 0.50 | 0.50 |
| 1 | 7912010 | APP MATH I | EL | I | C | 0.50 | 0.50 | 1 | 7912050 | MATH: 9-12 | EL | | C | 0.50 | 0.50 |
| 1 | 7920010 | SCI: 9-12 | EL | | F | 0.50 | 0.00 | 1 | 7921010 | SOC STUDIES: 9-12 | EL | | C | 0.50 | 0.50 |
| 1 | 7921320 | FUNC COMY FM LV | EL | | B | 0.50 | 0.50 | 1 | 7980020 | PRACTICAL ARTS ED | VO | | D | 0.50 | 0.50 |
| 1 | 7980110 | EMPLOYABILITY SK | EL | | D | 0.50 | 0.50 | 1 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 |
| 2 | 0104320 | DRAW/PAINT I | PF | JE | F | 0.50 | 0.00 | 2 | 0104330 | DRAW/PAINT II | PF | JE | F | 0.50 | 0.00 |
| 2 | 1503360 | TEAM SPORTS II | PE | J | B | 0.50 | 0.50 | 2 | 1505500 | BEGINNING VOLLEYBALL | PE | J | F | 0.50 | 0.00 |
| 2 | 7910400 | LIFE SK RD: 9-12 | EL | | D | 0.50 | 0.50 | 2 | 7910110 | ENG: 9-12 | EL | | C | 0.50 | 0.50 |
| 2 | 7912010 | APP MATH I | EL | I | D | 0.50 | 0.50 | 2 | 7912050 | MATH: 9-12 | EL | | B | 0.50 | 0.50 |
| 2 | 7920010 | SCI: 9-12 | EL | X | F | 0.50 | 0.00 | 2 | 7921010 | SOC STUDIES: 9-12 | EL | | C | 0.50 | 0.50 |
| 2 | 7921320 | FUNC COMY FM LV | EL | | C | 0.50 | 0.50 | 2 | 7980020 | PRACTICAL ARTS ED | VO | | C | 0.50 | 0.50 |
| 2 | 7980110 | EMPLOYABILITY SK | EL | | C | 0.50 | 0.50 | 2 | 7980110 | CAREER PREP | EL | | C | 0.50 | 0.50 |
| 5 | 7920010 | SCI: 9-12 | EL | I | C | 0.50 | 0.50 | | | | | | | | |

                     CREDIT, TERM:      7.00   5.50                               CREDIT, TERM:      7.00   5.00

                 GPA   QTY PTS            GPA   QTY PTS        DISTRICT-TERM: 1.5000   10.50   CUM: 0.9821   27.50
DISTRICT-TERM: 1.3571   9.50   CUM: 0.8095   17.00              STATE-TERM: 1.5000   10.50   CUM: 0.9821   27.50
   STATE-TERM: 1.3571   9.50   CUM: 0.8095   17.00
                                                             1999-2000 ANNUAL DAYS-PRESENT: 154   ABSENT:  26
1998-1999 ANNUAL DAYS-PRESENT: 166  ABSENT:  14              SUMMER TERMS DAYS-PRESENT:     0   ABSENT:   0
SUMMER TERMS DAYS-PRESENT:     0   ABSENT:   0               RETAINED IN SAME GRADE
RETAINED IN SAME GRADE

A-001383

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 32 of 168

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331   COURSE INFORMATION           FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 06/01/2005    CURRENT DISTRICT: 50 PALM BEACH                    PAGE 05
FL STUDENT ID: 590072747X  ████ ██████         CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                    (561) 640-5074
```

| | | DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH | | | | | | DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | YEAR: 2000-2001 GRADE LEVEL: 11 | | | | | | YEAR: 2001-2002 GRADE LEVEL: 11 | | | |
| | | SUBJECT | CRSE | | CREDIT | | | SUBJECT | CRSE | | CREDIT |
| T | COURSE# | COURSE TITLE | AREA | FLAG GRD | ATT./EARN | T | COURSE# | COURSE TITLE | AREA | FLAG GRD | ATT./EARN |
| 1 | 7980130 | CAREER PLACE | VO | D | 0.50 0.50 | 1 | 7980130 | CAREER PLACE | VO | D | 0.50 0.50 |
| 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 | 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 |
| 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 | 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 |
| 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 | 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 |
| 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 | 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 |
| 2 | 7980130 | CAREER PLACE | VO | F | 0.50 0.00 | 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 |
| 2 | 7980130 | UNKNOWN | VO | F | 0.50 0.00 | 1 | 7980130 | UNKNOWN | VO | D | 0.50 0.50 |
| 2 | 7980130 | UNKNOWN | VO | F | 0.50 0.00 | 2 | 7980130 | CAREER PLACE | VO | B | 0.50 0.50 |
| 2 | 7980130 | UNKNOWN | VO | F | 0.50 0.00 | 2 | 7980130 | UNKNOWN | VO | B | 0.50 0.50 |
| 2 | 7980130 | UNKNOWN | VO | F | 0.50 0.00 | 2 | 7980130 | UNKNOWN | VO | A | 0.50 0.50 |
| | | CREDIT, TERM: | | 5.00 | 2.50 | 2 | 7980130 | UNKNOWN | VO | A | 0.50 0.50 |
| | | | | | | 2 | 7980130 | UNKNOWN | VO | B | 0.50 0.50 |
| | | | | | | 2 | 7980130 | UNKNOWN | VO | B | 0.50 0.50 |
| | | | | | | 2 | 7980130 | UNKNOWN | VO | B | 0.50 0.50 |
| | | | | | | | | CREDIT, TERM: | | 7.00 | 7.00 |

```
                      GPA  QTY PTS          GPA  QTY PTS
DISTRICT-TERM: 0.5000  2.50      CUM: 0.9091   30.00
   STATE-TERM: 0.5000  2.50      CUM: 0.9091   30.00
```

```
2000-2001 ANNUAL DAYS-PRESENT:   0   ABSENT:   0                        GPA  QTY PTS          GPA  QTY PTS
SUMMER TERMS DAYS-PRESENT:       0   ABSENT:   0     DISTRICT-TERM: 2.1429  15.00     CUM: 1.1250   45.00
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR    STATE-TERM: 2.1429  15.00     CUM: 1.1250   45.00

                                                    2001-2002 ANNUAL DAYS-PRESENT: 180   ABSENT:   0
                                                    SUMMER TERMS DAYS-PRESENT:        0   ABSENT:   0
                                                    RETAINED IN SAME GRADE
```

A-001384

TO - DISTRICT: 0000050 PALM BEACH                SCHOOL: 0331   COURSE INFORMATION           FILE: SRTS12IS
GRADE LEVEL: 30   PREPARED DATE: 06/01/2005   CURRENT DISTRICT: 50 PALM BEACH                        PAGE 06
FL STUDENT ID: 590072747X  ███  ███████████      CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                        (561) 640-5074

DISTRICT: 50 SCHOOL: 1851 PALM BEACH LAKES HIGH
       YEAR: 2002-2003   GRADE LEVEL: 12
                                  SUBJECT CRSE          CREDIT
  T COURSE# COURSE TITLE           AREA FLAG GRD ATT./EARN
  1 7980130 CAREER PLACE            VO       B    0.50 0.50
  1 7980130 UNKNOWN                 VO       B    0.50 0.50
  1 7980130 UNKNOWN                 VO       B    0.50 0.50
  1 7980130 UNKNOWN                 VO       B    0.50 0.50
  1 7980130 UNKNOWN                 VO       B    0.50 0.50
  1 7980130 UNKNOWN                 VO       B    0.50 0.50
  1 7980130 UNKNOWN                 VO       B    0.50 0.50
  2 7910110 ENG: 9-12               EL       B    0.50 0.50
  2 7912050 MATH: 9-12              EL       B    0.50 0.50
  2 7980130 CAREER PLACE            VO       F    0.50 0.00
  2 7980130 UNKNOWN                 VO       D    0.50 0.50
  2 7980130 UNKNOWN                 VO       D    0.50 0.50
  2 7980130 UNKNOWN                 VO       D    0.50 0.50
  2 7980130 UNKNOWN                 VO       D    0.50 0.50
                       CREDIT, TERM:      7.00  6.50

                    GPA QTY PTS          GPA QTY PTS
  DISTRICT-TERM: 2.2143   15.50   CUM: 1.2872   60.50
     STATE-TERM: 2.2143   15.50   CUM: 1.2872   60.50

2002-2003 ANNUAL DAYS-PRESENT:  68  ABSENT:   0
SUMMER TERMS DAYS-PRESENT:       0  ABSENT:   0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

DISTRICT: 50 SCHOOL: 0331 NO COURSES TAKEN
       YEAR: 2003-2004   GRADE LEVEL: NA

                    GPA QTY PTS          GPA QTY PTS
  DISTRICT-TERM: 2.2143   15.50   CUM: 1.2872   60.50
     STATE-TERM: 2.2143   15.50   CUM: 1.2872   60.50

2003-2004 ANNUAL DAYS-PRESENT:   0  ABSENT:   0
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:   0
PROMOTION STATUS NOT APPLICABLE

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 34 of 168

```
TO - DISTRICT: 0000050 PALM BEACH            SCHOOL: 0331  GRADUATION SUMMARY        FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 06/01/2005  CURRENT DISTRICT: 50 PALM BEACH                  PAGE 07
FL STUDENT ID: 590072747X  ████   ████████  CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                             (561) 640-5074

****** C U M U L A T I V E   S U M M A R Y  ******  DIPLOMA-DATE: 06/03/2003
*          AS OF: 06/01/2005                     *        TYPE: SPECIAL DIPLOMA (OPTION ONE)
*                                                *
* GRADUATION OPTION: 4-YR STANDARD               *  DISTRICT CLASS RANK- EFFECTIVE DATE: 07/30/2003
*                 - - - - CREDITS  - - -.- *            CLASS RANK, NUMERICAL POSITION:    572
*           SUBJECT  TOTAL   TOTAL    TOTAL   *                 CLASS RANK, PERCENTILE:      1
*           AREA    TO DATE NEEDED REMAINING *    CLASS RANK, TOTAL NUMBER IN CLASS:    577
*       ENGLISH (EN)  0.00    4.00    4.00   *
*   MATHEMATICS (MA)  0.00    3.00    3.00   *  COMMUNITY SERVICE HOURS:   0   REQUIREMENT MET: N
*       SCIENCE (SC)  0.00    3.00    3.00   *
*  AMER HISTORY (AH)  0.00    1.00    1.00   *
* WORLD HISTORY (WH)  0.00    1.00    1.00   *
*     ECONOMICS (EC)  0.00    0.50    0.50   *
* AMER GOVERNMENT (AG) 0.00   0.50    0.50   *
*    VOCATIONAL/ (VO/ 17.00                  *
* PERFORM FINE ART (PF) 0.00  1.00*   0.00*  *
* LIFE MGMT SKILLS (LM) 0.00  0.50    0.50   *
*   PHYSICAL ED (PE)  1.00    0.50    0.00   *
* FOREIGN LANGUAGE (FL) 0.00          0.00   *
*  LANGUAGE ARTS (LA)  0.00                  *
*  SOCIAL STUDIES (SS) 0.00                  *
*      ELECTIVE (EL) 13.50    9.00    0.00   *
*           ESE (EX)  0.00                   *
*   COMPUTER ED (CE)  0.00                   *
* CREDITS, CUMULATIVE: 31.50  24.00  13.50   *
* * TOTALS INCLUDE VOCATIONAL & PERFORM FINE ARTS*
*         GPA QTY PTS          GPA QTY PTS   *
* DISTRICT: 1.2872   60.50 STATE: 1.2872    60.50 *
**************************************************
++++++++++++++++++++++++++++++++++++++++++++++++++
+CERTIFIED BY:                                    +
+                                                 +
+SIGNATURE:                                       +
+                                                 +
+DATE:    10-1-05                                 +
++++++++++++++++++++++++++++++++++++++++++++++++++
```

A-001386

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 35 of 168

```
TO - DISTRICT: 0000050 PALM BEACH              SCHOOL: 0331  COMMENTS                    FILE: SRTS12IS
GRADE LEVEL: 30  PREPARED DATE: 06/01/2005   CURRENT DISTRICT: 50 PALM BEACH                        PAGE 08
FL STUDENT ID: 590072747X  ████████           CURRENT SCHOOL: 0331 ADULT ED CENTER OF PALM B

LEGAL NAME: SANCHEZ, EFRAIN                                    (561) 640-5074
```

```
------------------------------------------- DEFINITION OF TERM CODES -------------------------------------------
CODE DEFINITION         CODE DEFINITION         CODE DEFINITION         CODE DEFINITION         CODE DEFINITION
  1  SEMESTER 1           S  COMBINED SUMMER     B  TRIMESTER 1          E  QUINMESTER 1         J  SIX WEEKS 1
  2  SEMESTER 2              SESSION             C  TRIMESTER 2          F  QUINMESTER 2         K  SIX WEEKS 2
  3  ANNUAL               T  INTERSESSION 1*     D  TRIMESTER 3          G  QUINMESTER 3         L  SIX WEEKS 3
  4  SUMMER SESSION 1     U  INTERSESSION 2*     6  QUARTER 1           H  QUINMESTER 4         M  SIX WEEKS 4
  5  SUMMER SESSION 2     V  INTERSESSION 3*     7  QUARTER 2           I  QUINMESTER 5         N  SIX WEEKS 5
  R  SHORT COURSE**       W  INTERSESSION 4*     8  QUARTER 3           Y  YEAR OF              O  SIX WEEKS 6
                          X  INTERSESSION 5*     9  QUARTER 4              NONENROLLMENT***
```

```
*   USED (INSTEAD OF SUMMER SCHOOL SESSIONS) WITH YEAR-ROUND SCHOOL RECORDKEEPING
**  USED ONLY FOR WORKFORCE DEVELOPMENT EDUCATION (ADULT GENERAL AND POSTSECONDARY VOCATIONAL EDUCATION)
*** USED ONLY FOR REPORTING STUDENTS WHO HAVE WITHDRAWN BETWEEN SCHOOL YEARS
```

STATE GRADING SCALE FOR HIGH SCHOOL STUDENTS (REGARDLESS OF ENTRY DATE) EFFECTIVE SCHOOL YEAR 1997-1998

GRADING SCALE, EFFECTIVE 07/01/2001

|       | GRADE EQUIVALENT | QUALITY POINTS |       | GRADE EQUIVALENT | QUALITY POINTS |       | GRADE EQUIVALENT | QUALITY POINTS |
|-------|------------------|----------------|-------|------------------|----------------|-------|------------------|----------------|
| A =   | 90 - 100         | 4.00           | B =   | 80 - 89          | 3.00           | C =   | 70 - 79          | 2.00           |
| D =   | 60 - 69          | 1.00           | F =   | 0 - 59           | 0.00           |       |                  |                |

GRADING SCALE, PRIOR TO 07/01/2001

|       | GRADE EQUIVALENT | QUALITY POINTS |       | GRADE EQUIVALENT | QUALITY POINTS |       | GRADE EQUIVALENT | QUALITY POINTS |
|-------|------------------|----------------|-------|------------------|----------------|-------|------------------|----------------|
| A =   | 94 - 100         | 4.00           | B =   | 85 - 93          | 3.00           | C =   | 77 - 84          | 2.00           |
| D =   | 70 - 76          | 1.00           | F =   | 0 - 69           | 0.00           |       |                  |                |

```
NOTE:  FROM THE 1987-1988 THROUGH THE 1996-1997 SCHOOL YEARS, FOR STUDENTS ENTERING
       HIGH SCHOOL DURING THESE YEARS, THE GRADE EQUIVALENTS FOR C, D, AND F WERE:
       C = 75-84, D = 65-74, AND F = 0-64; QUALITY POINTS AND ALL OTHER GRADES WERE
       THE SAME AS THOSE SHOWN IN THE IMMEDIATELY PRECEDING STATE GRADING SCALE.
```

A-001387

STATURE FOR AGE &
WEIGHT FOR AGE

RECORD # _____



Department of Health, Education, and Welfare, Public Health Service
Health Resources Administration, National Center for Health Statistics, and Center for Disease Control

| SANCHEZ, EFREN | 3L0826 | 05/15/84 | 05/15/84 | 05/16/84 |
|---|---|---|---|---|
| PATIENT | | DATE DRAWN | DATE REC'D | DATE OF REPORT |

SEX M    AGE 6U

J. BATISTA, M.D.
SUITE 101

ACCT. NO. 00184

SPEC. NO. 814003

PATIENT SOC. SEC. NO.

| TEST NAME | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| GLUCOSE | 94.0 | MG/DL | 65.0- 130 |

RAYMOND GAMBINO, M.D.
PATRICIA ROMANO, M.D.

One Malcolm Avenue • Teterboro, New Jersey 07608
TOLL FREE: 800-631-1390 • 800-652-2873

JOSEPH E. O'BRIEN, M.D.
PAUL A. KRIEGER, M.D.

CHILDREN'S MEDICAL SERVICES
A Program of the Department of Health & Rehabilitative Services
RECORD OF TREATMENT/CLINIC DICTATION

PATIENT NAME:  SANCHEZ, EFRAIN                ID NUMBER: ███████

07/01/96                      PULMONARY CLINIC                DR. SALLENT

HISTORY:

This is a 15 year old boy with chronic asthma, chronic seizure
disorder. He was last seen by me in October 1995.  According to
mom he has had no asthma problems since that visit.  He continues
to have breakthrough seizures, mostly short lasting but
apparently he has a clonic episode followed by a period of being
slow.

Medications at this time are Tegretol 2 and a 1/2 tablets in the
morning, 2 at noon, 2 and 1/2 at night, Proventil or Ventolin
inhalers p.r.n.  He also has other inhalers but mom does not
remember the names and she is not sure how they are being used,
neither does Efrain.  He was supposed to be doing Aerobid M 2
puffs twice a day and Proventil.

PHYSICAL EXAMINATION: On physical examination today he is alert,
active, and cooperative.  He weighed 125 pounds, measures 66
inches, blood pressure 120/60.  HEENT: Benign examination.
CHEST:  Clear to auscultation.  ABDOMEN: Soft.  Overall physical
examination unrevealing.

LABORATORY: Pulmonary function testing done today shows baseline
moderate reduction in flows with a normal vital capacity.  Sig-
nificant improvement after inhaled Albuterol.

IMPRESSION:
1.   Chronic asthma with moderate reversible obstruction at this
     moment.

PLAN:
1.   I think Efrain should be maintained on a chronic program of
     Serevent and Vanceril 2 puffs of each twice a day;p.r.n.
     Albuterol.
2.   I have asked him to learn his medications and mom to bring
     his medicines on the next visit which should be in approxi-
     mately four to five months.

CONTINUED

A-001390

CHILDREN'S MEDICAL SERVICES
A Program of the Department of Health & Rehabilitative Services
RECORD OF TREATMENT/CLINIC DICTATION

PATIENT NAME:   SANCHEZ, EFRAIN                    ID NUMBER: ████████

07/01/96                    PULMONARY CLINIC                    DR. SALLENT

PAGE 2

PLAN: Cont'd.
3.   He should receive the influenza vaccine in the Fall.


JORGE SALLENT, M.D.

JS/TBA-4
D: 07/01/96
R: 07/02/96
T: 07/03/96
T#590

cc: Dr. Battista

A-001391

Case 9:16-cv-80693-BB Document 33-15 Entered on FLSD Docket 10/19/2016 Page 40 of 168

**STATE OF FLORIDA**

**HRS**

DEPARTMENT OF HEALTH AND
REHABILITATIVE SERVICES

# FLORIDA CERTIFICATE OF IMMUNIZATION (HRS 680 – PART A) (1⁺)

(Florida Statutes 232.032)
## FOR CHILDREN WHO HAVE COMPLETED ALL REQUIRED IMMUNIZATIONS FOR SCHOOL ATTENDANCE

**DATE OF BIRTH**

Sanchez Efrain _____ ███████ ███████ 8 1
CHILD'S NAME (PRINTED)          SS#          MO  DA  YR          PARENT OR GUARDIAN

DOCTOR: PART A OF THIS FORM IS USED ONLY IF THE CHILD HAS RECEIVED ALL REQUIRED IMMUNIZATIONS LISTED BELOW. IF NOT, SEE REVERSE SIDE.

DTP – 5 DOSES REQUIRED  (A*)

| | MO | DA | YR |
|---|---|---|---|
| #1 | 05 | 11 | 81 |
| #2 | 05 | 19 | 83 |
| #3 | 09 | 22 | 84 |
| #4 | 09 | 17 | 84 |
| #5 | 08 | 25 | 93 |

Td

IF THE FOURTH PRIMARY DOSE OF DTP IS ADMINISTERED ON OR AFTER THE FOURTH BIRTHDAY, A FIFTH DOSE IS NOT REQUIRED.
DT (PEDIATRIC) VACCINE IS ACCEPTABLE IF PERTUSSIS VACCINE IS MEDICALLY CONTRAINDICATED. (COMPLETE PART C FOR PERTUSSIS CONTRAINDICATION.)  (B*)
Td (ADULT) VACCINE (A SERIES OF 3 DOSES) IS ACCEPTABLE AND RECOMMENDED FOR CHILDREN 7 YEARS OF AGE OR OLDER.  (C*)

POLIO (OPV) – 4 DOSES REQUIRED  (D*)

| | MO | DA | YR |
|---|---|---|---|
| #1 | 05 | 11 | 81 |
| #2 | 05 | 19 | 83 |
| #3 | 09 | 17 | 84 |
| #4 | 04 | 19 | 96 |

IF THE THIRD PRIMARY DOSE OF OPV IS ADMINISTERED ON OR AFTER THE FOURTH BIRTHDAY, A FOURTH DOSE IS NOT REQUIRED.
IPV IS AN ACCEPTABLE ALTERNATIVE IF OPV IS NOT INDICATED.
POLIO VACCINE IS OMITTED FROM THE REQUIRED IMMUNIZATIONS OF CHILDREN 18 YEARS OF AGE OR OLDER.

MEASLES, MUMPS, AND RUBELLA – 2 DOSES REQUIRED FOR MEASLES
                                                       1 DOSE REQUIRED FOR MUMPS AND RUBELLA

MMR COMBINED – 1st DOSE AT 12 MONTHS OF AGE OR OLDER (RECOMMENDED AT 15 MONTHS) (F*)
2nd DOSE REQUIRED PRIOR TO KINDERGARTEN ENTRANCE
(VALID IF GIVEN AT LEAST 30 DAYS AFTER 1st DOSE)

| | MO | DA | YR |
|---|---|---|---|
| #1 | 05 | 19 | 83 |
| #2 | 09 | 17 | 84 |

–OR–

MEASLES SINGLE – 1st DOSE AT 12 MONTHS OF AGE OR OLDER (RECOMMENDED AT 15 MONTHS) (G*)
2nd DOSE REQUIRED PRIOR TO KINDERGARTEN ENTRANCE
(VALID IF GIVEN AT LEAST 30 DAYS AFTER 1st DOSE)

| | MO | DA | YR |
|---|---|---|---|
| #1 | | | |
| #2 | | | |

MUMPS SINGLE – 1 DOSE AT 12 MONTHS OF AGE OR OLDER (H*)

| | MO | DA | YR |
|---|---|---|---|
| #1 | | | |

RUBELLA SINGLE – 1 DOSE AT 12 MONTHS OF AGE OR OLDER  (I*)

| | MO | DA | YR |
|---|---|---|---|
| #1 | | | |

PPD 4/19/96
Result 0 mm

ALL APPROPRIATE DOSES AND DATES INCLUDING BIRTHDATE MUST BE ENTERED, AND THE CERTIFICATE SIGNED BELOW BY A PHYSICIAN OR AUTHORIZED PERSON AND DATED IN ORDER FOR THE CHILD TO ATTEND SCHOOL.

I HAVE REVIEWED THE RECORDS AVAILABLE AND TO THE BEST OF MY KNOWLEDGE THE ABOVE NAMED CHILD HAS BEEN ADEQUATELY IMMUNIZED AGAINST DIPHTHERIA, TETANUS, PERTUSSIS, POLIO, MEASLES, MUMPS, AND RUBELLA AS REQUIRED BY FLORIDA LAW FOR SCHOOL ATTENDANCE.

NURSING
IMANI CENTER
200 - 12th STREET
RIVIERA BEACH, FL 33404
PHYSICIAN OR CLINIC NAME (PLEASE PRINT)

Winifred Maragh RN
A-001392    PHYSICIAN OR AUTHORIZED SIGNATURE

4/22/96
DATE



Florida Department of Labor and Employment Security

OFFICE OF DISABILITY DETERMINATIONS
P. O. Box 6050
Tallahassee, Florida   32314-9924
(GL)

Lawton Chiles
Governor

M-1  CA-2 B2-FS  01/30/98         February 3, 1998         980203200134
                                                           26911

Dr. Juan E. Batista                              RE: Efrain Sanchez
1840 Forest Hill Blvd                            SSN:        -2747   00
Suite 101                                        DOB:
West Palm Beac  FL  33406-6055                   AKA:

In order to make a Social Security disability determination for this patient, we
need medical evidence from you regarding his/her condition, including a detailed
narrative report (as described below) and/or copies of your office records. IF YOU
HAVE SENT US RECORDS IN THE PAST FEW WEEKS, WE NEED ONLY THE RECORDS OTHER THAN
THOSE SENT. If there is an attachment to this letter listing specific reports, we
especially need those reports indicated. The information you submit is of special
importance to our determination because you, as a treating source, can provide
details not available from any other source. Your narrative summary should include
the patient's medical history, clinical findings, laboratory findings, treatment
and response, diagnosis, prognosis, and a statement about what the patient can
still do despite his/her impairment(s). This description of functional ability
should be based on your medical findings and should cover your patient's ability to
do work-related activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking, and traveling. In cases involving a mental
impairment it should address the patient's capacity for understanding and memory,
sustained concentration and persistence, social interaction, and adaptation.

IF AN EXAMINATION FOR ADDITIONAL INFORMATION IS NEEDED FOR YOUR PATIENT, WOULD YOU
BE WILLING TO PERFORM THE EXAMINATION?_____ NO RESPONSE FROM YOU WITHIN TEN
WORKING DAYS WILL INDICATE THAT YOU DO NOT WISH TO CONDUCT AN EXAMINATION.

THIS ENTIRE PAGE IS YOUR INVOICE - PAYMENT IS PROCESSED FROM THIS ORIGINAL ONLY
TO ENSURE PAYMENT, INFORMATION MUST BE RECEIVED WITHIN 15 DAYS OF THE DATE OF THIS
LETTER AND MUST BE ACCOMPAINED BY THIS ORIGINAL INVOICE WITH FEDERAL ID NUMBER
ENTERED. WE CAN PAY UP TO $16.00 FOR PHOTOCOPIES OF YOUR RECORDS WITH A NARRATIVE
SUMMARY AS DESCRIBED ABOVE. THE MAXIMUM WE CAN PAY FOR COPIES OF YOUR RECORDS
WITHOUT A NARRATIVE SUMMARY IS $1.00 PER PAGE UP TO $10.00.

MAKE CHECK PAYABLE TO (if different      NO CHARGE          AMOUNT BILLED:_____
 from the information above)                                
                                         Total # pages:    1

                                         $_____  narrative and copies of records

                                         $    1  $1.00 per page (maximum $10.00 or
                                                 pre-negotiated max. fee)
VF650506229

FEDERAL ID OR SOCIAL SECURITY NUMBER   STATE AGENCY PAYMENT APPROVAL        DATE

ORG CODE          EO    OBJECT   Description        AMOUNT   Vendor ID    INV.#
54-81-20-20200    98    251512   Sanchez                    VF650506229  B97147646
                        FAX NUMBER 1-800-290-5188
       CALL TOLL FREE 1-800-334-7813 or Collect 850-488-9150 EXT. ...0
       FOR THE HEARING IMPAIRED--FLORIDA RELAY SERVICES  1-800-955-8771

Name _Efrain Sanchez_ ......... Birth date _[REDACTED] 81_

7-7-81

| | | |
|---|---|---|
| Height _25 1/2_ Weight _16 3_ Temperature | URI |
| Head _16 1/2_ | |
| Eyes | |
| Ears | 12. |
| Nose _W/D, W/N_ | |
| Mouth | |
| Teeth | 9-14-81 |
| Throat | **Weight** _19 (10 oz)_ |
| Neck | **Length** _27 1/2_ |
| Chest | **Temp** |
| Heart | |
| Lungs | |
| Abdomen _Soft_ | |
| liver not enlarged spleen not enlarged | 5-14-84 |
| Genitalia | 34 lbs |
| Extremities | |
| Skin | |
| Back | |
| Adenopathy | |
| Deep reflexes | |
| Superficial reflexes | |
| Nuchal rigidity | |
| Posture | |
| Development | |
| Nourishment | |
| Blood count | |
| Urinalysis | |

A-001394

Mead Johnson Nutritional Division, Evansville, Indiana 47721

Name _Efrain Sanchez_ ................... Birth Date ███████ ... Date First Seen _7/2/81_
Race _Mex-Am_ Sex _Male_ ... Insurance _None_
Hospital _St Marys_ ................... Address ███████ ... Phone _N/A_
Obstetrician ................... Address ................... Phone
Referred by ................... Address ███████ ... Phone _653-4523_
Father's Name ................... Address ███████ ... Phone
Mother's Name _Juana Marie Sanchez_ ... Address _W.P.B Fl 33406_ ... Phone

| | Age | Health | FAMILY HISTORY |
|---|---|---|---|
| Mother | 17 | Good | Miscarriages _None_ ... Month ... Cause |
| Father | | | Tuberculosis _None_ ... TBC Contacts _None_ |
| Siblings | 3mo | Good | Allergy _None_ |
| Siblings | | | Diabetes _None_ ... Convulsive Disease _None_ |
| Siblings | | | Mother's Blood Type ... RH ... Baby's Blood Type |

### BIRTH AND DEVELOPMENT

Term _9mo_ ... Delivery _spontaneous_ ... Birth Weight _8/48 oz_
Condition at Birth _Good_ ... Apgar Score
Condition 1st Week _Good_
Feeding ... Cyanosis _neg_
Convulsions _None_ ... Jaundice _neg_
Sat Up ... Stood ... Walked _1 year old_ Words
Short Sentences ... First Teeth ... Bladder ... Bowel

### FEEDING HISTORY

Breast ... Formula ... Vitamins
Soft Food ... Present Diet ... Feeding Habits
Appetite ... Likes ... Dislikes
Vomiting ... Stools ... Sensitivity ... Hives

| IMMUNIZATION AND SKIN TESTING | | | | | | | | ILLNESSES |
|---|---|---|---|---|---|---|---|---|
| | DATE | DOSE | | | DATE | DOSE | | |
| DTP (Diphtheria, Tetanus, Pertussis) | 05/11/81 | | MUMPS | | | | | Pertussis |
| | 05/19/83 | | | | | | | Measles |
| | 02/22/84 | | RUBELLA | | | | | Rubella |
| | 09/17/84 | | | | | | | Mumps |
| OPV (Trivalent) | 05/11/81 | | OTHER | | | | | Chickenpox |
| | 05/19/83 | | | | | | | Scarlet Fever |
| | 05/19/84 | | | | | | | Diphtheria |
| | 04/15/86 | | | | | | | Operations |
| | | | | | | | | T. and A. |
| MEASLES (Live attenuated without ISG) | 05/19/83 | | | | | | | Allergy |
| | 05/13/84 | | | | | | | Appendix |
| | | | | DATE | MATERIAL | METHOD | RESULT | Glands |
| TD (Tetanus, Diphtheria) (Adult type) | 8/25/83 | | SMALLPOX | | | | | Rheumatic Fever |
| | | | | | | | | Otitis |
| | 4/26/96 | | | 4/19/96 PPD (neg) | | | | Colds |
| | | | | | | | | Tonsillitis |
| Tetanus Booster | | | TUBERCULIN | | | | | Convulsions |
| | | | | | | | | Constipation |
| | | | | | | | | Diarrhea |
| | | | | | | | | Asthma |
| | | | OTHER | | | | | |

A-001395

Dr. Batista ✓

Patient Name: _Efrain Sanchez_

S/S: _follow up to Epelepsy_

Physical: ✓

General: ✓
HEENT: ✓
Heart: ✓
Lungs: ✓
Skin: ✓
Genitalia: —
Orthopedic: —

DR. FERNANDEZ

Date 4/26/96 Age: 15 Allergy: _unk_
W 120 H 67½ Temp: 98
Current medications: _Tegretol, ventolin_

DIAGNOSIS: _Convulsive disord_
RETURN VISIT:

TREATMENT: _Taken Tegret_

_Follow up c neurolys_

---

Dr. Batista ✓

Patient Name: _Efrain Sanchez_

S/S: _Tightness of the chest_

Physical: _congestion, cough, no fever._
General: ✓
HEENT:
Heart: ✓
Lungs: _wheezing_
Skin: —
Genitalia: —
Orthopedic: —

DR. FERNANDEZ

Date 11/18/96 Age: 15 Allergy: _NKDA_
W 121 H — Temp: 57.6° Fo
Current medications: _Ventolin MDI_

DIAGNOSIS: _asthma_ _M.D._
RETURN VISIT:

TREATMENT: _Ventolin_
_MDI_

---

Dr. Batista ____

Patient Name: _____

S/S: _____

Physical:
General:
HEENT:
Heart:
Lungs:
Skin:
Genitalia:
Orthopedic:

DR. FERNANDEZ ____

Date_____ Age:_____ Allergy:_____
W_____ H_____ Temp:_____
Current medications: _____

DIAGNOSIS:
RETURN VISIT:

TREATMENT:

A-001396

**HRS**

STATE OF FLORIDA
DEPARTMENT OF HEALTH & REHABILITATIVE SERVICES
## STUDENT HEALTH EXAMINATIONS

Date _4-19-96_

Student's Full Name _Sanchez, Cereus_  Phone_____  Age _15_  Race _H_  Sex _M._

Address_____  Birthdate ▆▆▆▆

Name of Parent or Guardian _Sanchez, Juana_  School_____

## A.   HEALTH EXAMINATION

Height_____  Weight_____  Blood Pressure_____

| (✓) Normal=N; Abnormal=A | N | A | COMMENT: Abnormal Findings, by number |
|---|---|---|---|
| 1. Appearance | ✓ | | 8th grade - School PE |
| 2. Skin/Nose | ✓ | | |
| 3. Head/Scalp | ✓ | | |
| 4. Eyes | ✓ | | |
| 5. Visual Acuity (R & L) | | A | 20/80 (has glasses refuses to wear) |
| 6. Ears | ✓ | | |
| 7. Auditory Acuity (R & L) | ✓ | | 20/100 |
| 8. Nose / Throat | ✓ | | |
| 9. Mouth, Teeth and Gums | ✓ | | no caries |
| 10. Chest / Lungs | ✓ | | |
| 11. Heart | ✓ | | Imp: Epilepsy |
| 12. Abdomen | ✓ | | asthma - stable |
| 13. Genitals and Anus | ✓ | | |
| 14. Musculo-Skeletal | ✓ | | Plan: Follow up at |
| 15. Neurological | ✓ | | CMS re epilepsy |
| 16. Alertness | ✓ | | and asthma |
| 17. Emotional / Mental/ Behavior Prob.) | ✓ | | none known |
| 18. Handicap, physical/ other (Specify) | | A | epilepsy / |
| 19. Activity Restrictions (Specify) | ✓ | | 0 other than during acute asthma |
| 20. Abuse, substance/ physical / emotional | ✓ | | none known |
| 21. Nutrition | ✓ | | |
| 22. Other | | | |

**B.   HEALTH HISTORY** (Serious Illnesses Injuries: explain) _____ 200 mgm.
_Onset at age 1½ of epilepsy  On Tegretol 2½ tab_
_q 2 Tab at noon  2½ tab q p.m._
(attach narrative if additional space needed)

**C.   LABORATORY** (as indicated)
Hemoglobin/Hematocrit _pending_  Stool (O & P)_____  Results_____  type _PPD_
Lead_____  Sickle Cell_____  Tuberculin test:  date _4/19/96_  results _0 mm_

NAME:_____

TITLE:_____

ADDRESS:_____
(Please Print)

_Joanne K. Beck ARNP-C_  _4-19-96_
Authorized Signature  Date
2925572

HRS-H Form 3040, Mar 91 (Obsoletes previous editions)  A-001397
(Stock Number: 5744-000-3040-2)

_____ MD, PA
Michael Bessos MD

Patient Name: ESP n Sanchez

B.D. ███ ███

Present problems:
Congestion, S.O.B Pt
has Hx of Asthma.

W 1/0   BP. _____
H 65   HC _____
HR _____   RR _____
             TEMP _____

Ears __ Throat __ Respi __ Skin __ Genital __ School __ Other __

Chronic Illness: Asthma   List of Meds: Tegretol
Epilepsy

Physical exam:
General:
Heent:
Neck:
Lungs:   mild wheezing
Heart:
Abdomen:
Genitalia:
Extremities:
Skin:

Allergies to drugs: NKDA
Vaccines updated: no records
Growth Chart: _____
Lead Done: ____(Y) ___(N)
Dental Normal ____ Abn ___
Diet : Adeq ___ Need F/U __
Accident Educat. ____
Tb Test: updated ____ __
Iron:   Wic:

DX: _____ Asthma

Treatement: _____

Return: _____

Smoking: NO

Referral:

Date: 5/2/95

Patient Name: Efrain Sanchez   BD 3/30/91

Present problems:
Sores on hands
Puncture palm of (R) hand
c̄ a pencil.

W 121½   BP. _____
H 65   HC _____
HR _____   RR _____
             TEMP _____

Ears __ Throat __ Respi __ Skin __ Genital __ School __ Other __

Chronic Illness: _____   List of Meds: _____

Physical exam:
General:
Heent:
Neck:
Lungs:
Heart:
Abdomen:
Genitalia:
Extremities:
Skin:

DX: _____ Infection

Treatement: _____

Return: _____

A-001398

5/15/84

Blood test CBC

[illegible handwritten clinical notes]

5/21/84
Came for RX only
[illegible] father
[illegible] abt 1 year
ago [illegible]
[illegible]
discharged [illegible]
meningitis,
c/o of [illegible]
disorder –
[illegible handwritten notes]

Was seen at Clinic
St Mary's – scheduled for EEG
pt will be traveling to
Texas – next week –

Now is under
Control –

8/24/84  RX
[illegible signature]

3/16/93   10 yrs.
WT – 85
HT – 57

# [illegible]. bite.

Abscess. – (L) leg.

Ear [illegible] media
(R) ear

[illegible]
500 [illegible] BID
x 10 days

[illegible]

6-7-93. –
Perineal abscess /
[illegible]
drained
[illegible]

A-001399

CHILDREN'S MEDICAL SERVICES
A Program of the Department of Health & Rehabilitative Services
RECORD OF TREATMENT/CLINIC DICTATION

PATIENT NAME:   SANCHEZ, EFRAIN             ID NUMBER: ███████

07/01/96                    PULMONARY CLINIC             DR. SALLENT

HISTORY:

This is a 15 year old boy with chronic asthma, chronic seizure
disorder. He was last seen by me in October 1995.  According to
mom he has had no asthma problems since that visit.  He continues
to have breakthrough seizures, mostly short lasting but
apparently he has a clonic episode followed by a period of being
slow.

Medications at this time are Tegretol 2 and a 1/2 tablets in the
morning, 2 at noon, 2 and 1/2 at night, Proventil or Ventolin
inhalers p.r.n.  He also has other inhalers but mom does not
remember the names and she is not sure how they are being used,
neither does Efrain.  He was supposed to be doing Aerobid M 2
puffs twice a day and Proventil.

PHYSICAL EXAMINATION: On physical examination today he is alert,
active, and cooperative.  He weighed 125 pounds, measures 66
inches, blood pressure 120/60.  HEENT: Benign examination.
CHEST: Clear to auscultation. ABDOMEN: Soft.  Overall physical
examination unrevealing.

LABORATORY: Pulmonary function testing done today shows baseline
moderate reduction in flows with a normal vital capacity.  Sig-
nificant improvement after inhaled Albuterol.

IMPRESSION:
1.   Chronic asthma with moderate reversible obstruction at this
     moment.

PLAN:
1.   I think Efrain should be maintained on a chronic program of
     Serevent and Vanceril 2 puffs of each twice a day;p.r.n.
     Albuterol.
2.   I have asked him to learn his medications and mom to bring
     his medicines on the next visit which should be in approxi-
     mately four to five months.

CONTINUED

A-001400

Case 9:16-cv-80693-BB   Document 33-15   Entered on FLSD Docket 10/19/2016   Page 49 of 168

**STATE OF FLORIDA**

**HRS**

DEPARTMENT OF HEALTH AND
REHABILITATIVE SERVICES

# FLORIDA CERTIFICATE OF IMMUNIZATION (HRS 680 – PART A) (1⁺)

(Florida Statutes 232.032)

## FOR CHILDREN WHO HAVE COMPLETED ALL REQUIRED IMMUNIZATIONS FOR SCHOOL ATTENDANCE

Sanchez, Efrain ▮▮▮▮ 2747 ▮▮▮▮ 1

CHILD'S NAME (PRINTED)     SS#     MO   DA   YR          PARENT OR GUARDIAN

DOCTOR: PART A OF THIS FORM IS USED ONLY IF THE CHILD HAS RECEIVED **ALL** REQUIRED IMMUNIZATIONS LISTED BELOW. IF NOT, SEE REVERSE SIDE.

| | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|
| DTP – 5 DOSES REQUIRED (A*) | 05/11/81 | 05/19/83 | 09/22/84 | 09/17/84 | 08/25/93 (Td) |
| | MO DA YR | MO DA YR | MO DA YR | MO DA YR | MO DA YR |

IF THE FOURTH PRIMARY DOSE OF DTP IS ADMINISTERED ON OR AFTER THE FOURTH BIRTHDAY, A FIFTH DOSE IS NOT REQUIRED.
DT (PEDIATRIC) VACCINE IS ACCEPTABLE IF PERTUSSIS VACCINE IS MEDICALLY CONTRAINDICATED. (COMPLETE PART C FOR PERTUSSIS CONTRAINDICATION.) (B*)
Td (ADULT) VACCINE (A SERIES OF 3 DOSES) IS ACCEPTABLE AND RECOMMENDED FOR CHILDREN 7 YEARS OF AGE OR OLDER. (C*)

| | #1 | #2 | #3 | #4 |
|---|---|---|---|---|
| POLIO (OPV) – 4 DOSES REQUIRED (D*) | 05/11/81 | 05/19/83 | 09/17/84 | 04/19/96 |
| | MO DA YR | MO DA YR | MO DA YR | MO DA YR |

IF THE THIRD PRIMARY DOSE OF OPV IS ADMINISTERED ON OR AFTER THE FOURTH BIRTHDAY, A FOURTH DOSE IS NOT REQUIRED.
IPV IS AN ACCEPTABLE ALTERNATIVE IF OPV IS NOT INDICATED.
POLIO VACCINE IS OMITTED FROM THE REQUIRED IMMUNIZATIONS OF CHILDREN 18 YEARS OF AGE OR OLDER.

MEASLES, MUMPS, AND RUBELLA – 2 DOSES REQUIRED FOR MEASLES
                                1 DOSE REQUIRED FOR MUMPS AND RUBELLA

| | #1 | #2 |
|---|---|---|
| MMR COMBINED – 1st DOSE AT 12 MONTHS OF AGE OR OLDER (RECOMMENDED AT 15 MONTHS) (F*) | 05/19/83 | 09/17/84 |
| | MO DA YR | MO DA YR |

2nd DOSE REQUIRED PRIOR TO KINDERGARTEN ENTRANCE
(VALID IF GIVEN AT LEAST 30 DAYS AFTER 1st DOSE)
—OR—

| | #1 | #2 |
|---|---|---|
| MEASLES SINGLE – 1st DOSE AT 12 MONTHS OF AGE OR OLDER (RECOMMENDED AT 15 MONTHS) (G*) | | |
| | MO DA YR | MO DA YR |

2nd DOSE REQUIRED PRIOR TO KINDERGARTEN ENTRANCE
(VALID IF GIVEN AT LEAST 30 DAYS AFTER 1st DOSE)

| | #1 |
|---|---|
| MUMPS SINGLE – 1 DOSE AT 12 MONTHS OF AGE OR OLDER (H*) | |
| | MO DA YR |

| | #1 |
|---|---|
| RUBELLA SINGLE – 1 DOSE AT 12 MONTHS OF AGE OR OLDER (I*) | |
| | MO DA YR |

*PPD 4/19/96 Result 0 mm*

ALL APPROPRIATE DOSES AND DATES INCLUDING BIRTHDATE MUST BE ENTERED, AND THE CERTIFICATE SIGNED BELOW BY A PHYSICIAN OR AUTHORIZED PERSON AND DATED IN ORDER FOR THE CHILD TO ATTEND SCHOOL.

I HAVE REVIEWED THE RECORDS AVAILABLE AND TO THE BEST OF MY KNOWLEDGE THE ABOVE NAMED CHILD HAS BEEN ADEQUATELY IMMUNIZED AGAINST DIPHTHERIA, TETANUS, PERTUSSIS, POLIO, MEASLES, MUMPS, AND RUBELLA AS REQUIRED BY FLORIDA LAW FOR SCHOOL ATTENDANCE.

NURSING OFFICE
IMANI CENTER
200 - 12th STREET
RIVIERA BEACH, FL 33404
PHYSICIAN OR CLINIC NAME (PLEASE PRINT)

A-001401    *Winifred Maragh, RN*    4/22/96
PHYSICIAN OR AUTHORIZED SIGNATURE     DATE



Florida Department of Labor and Employment Security.

**OFFICE OF DISABILITY DETERMINATIONS**
P. O. Box 6050
Tallahassee, Florida   32314-9924
(GL)

Lawton Chiles
Governor

M-1  CA-2 B2-PS  01/30/98                February 3, 1998           980203200134
                                                                    26911

Dr. Juan E. Batista
1840 Forest Hill Blvd                          RE: Efrain Sanchez
Suite 101                                      SSN:                    00
West Palm Beac  FL  33406-6055                 DOB:            /81
                                               AKA:

In order to make a Social Security disability determination for this patient, we
need medical evidence from you regarding his/her condition, including a detailed
narrative report (as described below) and/or copies of your office records.  IF YOU
HAVE SENT US RECORDS IN THE PAST FEW WEEKS, WE NEED ONLY THE RECORDS OTHER THAN
THOSE SENT.  If there is an attachment to this letter listing specific reports, we
especially need those reports indicated.  The information you submit is of special
importance to our determination because you, as a treating source, can provide
details not available from any other source.  Your narrative summary should include
the patient's medical history, clinical findings, laboratory findings, treatment
and response, diagnosis, prognosis, and a statement about what the patient can
still do despite his/her impairment(s).  This description of functional ability
should be based on your medical findings and should cover your patient's ability to
do work-related activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking, and traveling.  In cases involving a mental
impairment, it should address the patient's capacity for understanding and memory,
sustained concentration and persistence, social interaction, and adaptation.

IF AN EXAMINATION FOR ADDITIONAL INFORMATION IS NEEDED FOR YOUR PATIENT, WOULD YOU
BE WILLING TO PERFORM THE EXAMINATION?_____  NO RESPONSE FROM YOU WITHIN TEN
WORKING DAYS WILL INDICATE THAT YOU DO NOT WISH TO CONDUCT AN EXAMINATION.

THIS ENTIRE PAGE IS YOUR INVOICE - PAYMENT IS PROCESSED FROM THIS ORIGINAL ONLY
TO ENSURE PAYMENT, INFORMATION MUST BE RECEIVED WITHIN 15 DAYS OF THE DATE OF THIS
LETTER AND MUST BE ACCOMPAINED BY THIS ORIGINAL INVOICE WITH FEDERAL ID NUMBER
ENTERED.  WE CAN PAY UP TO $16.00 FOR PHOTOCOPIES OF YOUR RECORDS WITH A NARRATIVE
SUMMARY AS DESCRIBED ABOVE.  THE MAXIMUM WE CAN PAY FOR COPIES OF YOUR RECORDS
WITHOUT A NARRATIVE SUMMARY IS $1.00 PER PAGE UP TO $10.00.

MAKE CHECK PAYABLE TO (if different    NO CHARGE:_____    AMOUNT BILLED:_____
 from the information above)

                                       Total # pages  1

                                       $_____ narrative and copies of records

                                       $___1___ $1.00 per page (maximum $10.00 or
                                               pre-negotiated max. fee)
VF650506229

FEDERAL ID OR SOCIAL SECURITY NUMBER   STATE AGENCY PAYMENT APPROVAL       DATE

ORG CODE            EO    OBJECT   Description         AMOUNT    Vendor ID    INV.#
54-81-20-20200     98    251512   Sanchez                       VF650506229  B97147646
                         FAX NUMBER 1-800-290-5188
          CALL TOLL FREE 1-800-334-7813 or Collect 850-488-9150 EXT.  ...0
          FOR THE HEARING IMPAIRED--FLORIDA RELAY SERVICES  1-800-955-8771

Name _Efrain Sanchez_     Birth date ███ ██

7-7-8?

| | |
|---|---|
| Height _25½_ Weight _16 3_ Temperature | _URI_ _mild_ |
| Head _16½_ | |
| Eyes _wnl_ | _alimentar_ |
| Ears _EKR wnl_ | _12_ |
| Nose _wnl_ _W/O W/W_ | _in Expand_ |
| Mouth _wnl_ | |
| Teeth | 9-14-81 |
| Throat _wnl_ | WEIGHT _19 (10 9)_ |
| Neck | LENGTH _27½_ |
| Chest | TEMP |
| Heart _wnl_ | |
| Lungs _Heart wnl R rhythm_ | _Frequentil eczema._ |
| Abdomen _Soft Liver not enlarged Spleen not enlarged_ | _Hytone 1% TD cream_ |
| Genitalia | 5-14-84 |
| Extremities | _cellent 34 8_ |
| Skin | _Hint_ |
| Back | |
| Adenopathy _wnl_ | _States appear to have a camdine disorder_ |
| Deep reflexes | |
| Superficial reflexes _good growth_ | |
| Nuchal rigidity _& development_ | |
| Posture | |
| Development | |
| Nourishment _at TA_ | _Ca - Blood Sug -_ |
| Blood count _& hair_ | _& Electrolytes -_ |
| Urinalysis _at the clinic 1 8 mt._ | _EEG_ |

A-001403

Mead Johnson Nutritional Division, Evansville, Indiana 47721

Name _Efrain Sanchez_ ........ Birth Date _[redacted]_ ........ Date First Seen _7/2/81_
Race _Mex-Am_ Sex _Male_ Insurance _None_
Hospital _St marys_ ........ Address [redacted] ........ Phone _N/A_
Obstetrician ........ Address ........ Phone
Referred by
Father's Name ........ Address [redacted] ........ Phone _655-4523_
Mother's Name _Juana Maria Sanchez_ ........ Address ........ Phone

FAMILY HISTORY   _33406_

| | Age | Health |
|---|---|---|
| Mother | 17 | Good |
| Father | | |
| Siblings | 3mo | Good |
| Siblings | | |
| Siblings | | |

Miscarriages _None_ ........ Month ........ Cause
Tuberculosis _None_ ........ TBG Contacts _None_
Allergy _None_
Diabetes _None_ ........ Convulsive Disease _None_
Mother's Blood Type ........ RH ........ Baby's Blood Type

### BIRTH AND DEVELOPMENT

Term _9mo_ ........ Delivery _primiparic_ ........ Birth Weight _8 lb 8 oz_
Condition at Birth _Good_ ........ Apgar Score
Condition 1st Week _Good_
Feeding ........ Cyanosis _neg_
Convulsions _None_ ........ Jaundice _neg_
Sat Up ........ Stood ........ Walked _1 year old_ Words
Short Sentences ........ First Teeth ........ Bladder ........ Bowel

### FEEDING HISTORY

Breast ........ Formula ........ Vitamins
Soft Food ........ Present Diet ........ Feeding Habits
Appetite ........ Likes ........ Dislikes
Vomiting ........ Stools ........ Sensitivity ........ Hives

## IMMUNIZATION AND SKIN TESTING

| | DATE | DOSE | | | | DATE | DOSE |
|---|---|---|---|---|---|---|---|
| DTP (Diphtheria, Tetanus, Pertussis) | 05/11/81 | | | MUMPS | | | |
| | 05/15/83 | | | | | | |
| | 02/22/84 | | | RUBELLA | | | |
| | 09/13/84 | | | | | | |
| OPV (Trivalent) | 05/11/81 | | OTHER | | | | |
| | 05/19/83 | | | | | | |
| | 05/13/84 | | | | | | |
| | 04/15/86 | | | | | | |
| MEASLES (Live attenuated without ISG) | 05/19/83 | | | | | | |
| | 05/13/84 | | | | | | |

| | DATE | MATERIAL | METHOD | RESULT |
|---|---|---|---|---|
| TD (Tetanus, Diphtheria) (Adult type) | 8/25/83 | SMALLPOX | | |
| | | | | |
| Tetanus Booster | 4/26/96 | TUBERCULIN | 4/19/96 PPD (neg) | |

### ILLNESSES

| |
|---|
| Pertussis |
| Measles |
| Rubella |
| Mumps |
| Chickenpox |
| Scarlet Fever |
| Diphtheria |
| Operations |
| T. and A. |
| Allergy |
| Appendix |
| Glands |
| Rheumatic Fever |
| Otitis |
| Colds |
| Tonsillitis |
| Convulsions |
| Constipation |
| Diarrhea |
| Asthma |

OTHER

A-001404

Dr. Batista ___

Patient Name: _Efrain Sanchez_

S/S: _follow up to Epilepsy_

Physical: ___
General: ✓
HEENT: ✓
Heart: ✓
Lungs: ✓
Skin: ✓
Genitalia: —
Orthopedic: —

DR. FERNANDEZ ___

Date _1/26/96_ Age: _15_ Allergy: _NKDA_
W _120_ H _67½_ Temp: _98_
Current medications: _Tegretol, ventolin_

DIAGNOSIS: _Convulsive disorder_
RETURN VISIT:

TREATMENT: _Tegretol Tegret_
_follow up c results_

_[signature]_

---

Dr. Batista ___

Patient Name: _Efrain Sanchez_

S/S: _tightness of the chest_

Physical: _congestion, cough, no fever_
General:
HEENT: ✓
Heart: ✓
Lungs: _wheezing_
Skin: —
Genitalia: —
Orthopedic: —

DR. FERNANDEZ ___

Date _11/18/96_ Age: _15_ Allergy: _NKDA_
W _121_ H — Temp: _97.6° F_
Current medications: _Ventolin MDI_

DIAGNOSIS: _asthma_ _MD_
RETURN VISIT:

TREATMENT: _Ventolin_
_MDI_
_[signature]_

---

Dr. Batista ___

Patient Name: ___

S/S: ___

Physical:
General:
HEENT:
Heart:
Lungs:
Skin:
Genitalia:
Orthopedic:

DR. FERNANDEZ ___

Date___ Age:___ Allergy:___
W___ H___ Temp:___
Current medications: ___

DIAGNOSIS:
RETURN VISIT:

TREATMENT:

**HRS**

STATE OF FLORIDA
DEPARTMENT OF HEALTH & REHABILITATIVE SERVICES
**STUDENT HEALTH EXAMINATIONS**

Date 4-19-96

Student's Full Name Sanchez, Ezraim  Phone_____ Age 15  Race H  Sex M.

Address_____  Birthdate ▇▇▇

Name of Parent or Guardian Sanchez, Juana  School_____

## A. HEALTH EXAMINATION

Height_____ Weight_____ Blood Pressure_____

| (✓) Normal=N; Abnormal=A | N | A | COMMENT: Abnormal Findings, by number |
|---|---|---|---|
| 1. Appearance | ✓ | | 8th grade - School PE |
| 2. Skin/Nose | ✓ | | |
| 3. Head/Scalp | ✓ | | |
| 4. Eyes | ✓ | | |
| 5. Visual Acuity (R & L) | | A | 20/80 ( has glasses refuses to wear) |
| 6. Ears | ✓ | | |
| 7. Auditory Acuity (R & L) | ✓ | | 20/100 |
| 8. Nose / Throat | ✓ | | |
| 9. Mouth, Teeth and Gums | ✓ | | no caries |
| 10. Chest / Lungs | ✓ | | |
| 11. Heart | ✓ | | Imp: Epilepsy |
| 12. Abdomen | ✓ | | asthma - stable |
| 13. Genitals and Anus | ✓ | | |
| 14. Musculo-Skeletal | ✓ | | Plan: Follow up at |
| 15. Neurological | ✓ | | CMS re epilepsy |
| 16. Alertness | ✓ | | and asthma |
| 17. Emotional / Mental/ Behavior Prob.) | ✓ | | none known |
| 18. Handicap, physical/ other (Specify) | | A | epilepsy / |
| 19. Activity Restrictions (Specify) | ✓ | | 0 other than during acute asthma |
| 20. Abuse, substance/ physical / emotional | ✓ | | none known |
| 21. Nutrition | ✓ | | |
| 22. Other | | | |

## B. HEALTH HISTORY (Serious Illnesses Injuries: explain) _____ 200 mgm.

Onset at age 1½ of epilepsy On Tegretol 2½ tab
g 2 Tab at noon 2½ tab g P.m.
(attach narrative if additional space needed)

## C. LABORATORY (as indicated)

Hemoglobin/Hematocrit _____ Stool (O & P) _____  type PPD
Lead _____ Sickle Cell _____ Tuberculin test: date 4/19/96
results _____

NAME:_____

TITLE:_____

ADDRESS:_____

(Please Print)

_____ Jeanne K Beck ARNP-C _____ 4-19-96
Authorized Signature  Date
A-002900572

HRS-H Form 3040, Mar 91 (Obsoletes previous editions)
(Stock Number: 5744-000-3040-2)

Juan E Batista MD, PA
Michael Bessos MD

1-31-95

Patient Name: Efrain Sanchez

B.D.

Present problems:
Congestion, S.O.D. PT
has Hx of Asthma.

W 1/2   HC ____
H 68"   RR ____
HR ____  TEMP ____
BP. ____

Ears___ Throat___ Resp:___ Skin___ Genital___ School___ Other___

Chronic Illness: Asthma List of Meds: Tegretol
Epilepsy List

Physical exam:
General:
Heent:
Neck:
Lungs:          only wheezing
Heart:
Abdomen:
Genitalia:
Extremities:
Skin:

Allergies to drugs: NKDA
Vaccines updated: no records
Growth Chart: ____
Lead Done: ____(Y) ____(N)
Dental Normal____ Abn____
Diet : Adeq ____ Need F/U ____
Accident Educat.____
Tb Test: updated ____ ____
Iron:     Wic:

DX: wh/ Asthma.

Treatement:

Return:

Smoking: NO

Referral:

Date: 5/2/95

Patient Name: Efrain Sanchez        BD 3/30/91

Present problems:
Sores on hands
Puncture palm of (R) hand
ī a pencil.

W 121½  HC ____
H 65 :  RR ____
HR ____  TEMP ____
BP. ____

Ears___ Throat___ Resp:___ Skin___ Genital___ School___ Other___

Chronic Illness:_____ List of Meds:_____

Physical exam:
General:
Heent:
Neck:
Lungs:
Heart:
Abdomen:
Genitalia:
Extremities:
Skin:

DX: Infetio:

Treatement:

Return:

A-001407

**HRS**

STATE OF FLORIDA
DEPARTMENT OF HEALTH & REHABILITATIVE SERVICES
**STUDENT HEALTH EXAMINATIONS**

Date _4-19-96_

Student's Full Name _Sanchez, Erreur_      Phone_____ Age _15_    Race _H_    Sex _M._

Address_____   Birthdate ▮▮▮▮

Name of Parent or Guardian _Sanchez, Juana_ _____ School_____

## A. HEALTH EXAMINATION

Height_____ Weight_____ Blood Pressure_____

| (√) Normal=N; Abnormal=A | N | A | COMMENT: Abnormal Findings, by number |
|---|---|---|---|
| 1. Appearance | ✓ | | 8th grade - School PE |
| 2. Skin/Nose | ✓ | | |
| 3. Head/Scalp | ✓ | | |
| 4. Eyes | ✓ | | |
| 5. Visual Acuity (R & L) | | A | 20/80 (has glasses refuses to wear) |
| 6. Ears | ✓ | | |
| 7. Auditory Acuity (R & L) | ✓ | | 20/1000 |
| 8. Nose / Throat | ✓ | | |
| 9. Mouth, Teeth and Gums | ✓ | | no caries |
| 10. Chest / Lungs | ✓ | | |
| 11. Heart | ✓ | | Imp: Epilepsy |
| 12. Abdomen | ✓ | | asthma - stable |
| 13. Genitals and Anus | ✓ | | |
| 14. Musculo-Skeletal | ✓ | | Plan: Follow up at |
| 15. Neurological | ✓ | | CMS re epilepsy |
| 16. Alertness | ✓ | | and asthma |
| 17. Emotional / Mental/ Behavior Prob.) | ✓ | | none known |
| 18. Handicap, physical/ other (Specify) | | A | epilepsy / |
| 19. Activity Restrictions (Specify) | ✓ | | 0 other than during acute asthma |
| 20. Abuse, substance/ physical / emotional | ✓ | | none known |
| 21. Nutrition | ✓ | | |
| 22. Other | | | |

## B. HEALTH HISTORY (Serious Illnesses Injuries: explain) _____ 200 mgm.

_Onset at age 1½ of epilepsy On Tegretol 2½ tabs_
_q 2 Tabs at noon 2½ tabs q p.m._
(attach narrative if additional space needed)

## C. LABORATORY (as indicated)

Hemoglobin/Hematocrit _____   Stool (O & P) _____      type _PPD_
Lead _____   Sickle Cell _____   Tuberculin test:   date _4/19/96_
                                                                  results _Qllear_

NAME: _____

TITLE: _____

ADDRESS: _____

(Please Print)

_____ Jeeane K Beck ARNP-C _____   _4-19-96_
Authorized Signature                            Date
A-00290285572

HRS-H Form 3040, Mar 91 (Obsoletes previous editions)
(Stock Number: 5744-000-3040-2)

1-31-95

Juan E Batista MD, PA
Michael Bessos MD

Patient Name: Efrain Sanchez

Present problems:

Congestion, SOB pt
has Hx of Asthma.

B.D. ███████ █

W _1/2_ BP. ___ HC ___
H _65"_ RR ___
HR ___ TEMP ___

Ears___ Throat___ Resp:___ Skin___ Genital___ School___ Other___

Chronic Illness: Asthma List of Meds: Tegretol
Epilepsy List

Physical exam:
General:
Heent:
Neck:
Lungs:          only wheezing
Heart:
Abdomen:
Genitalia:
Extremities:
Skin:

Allergies to drugs: NKDA
Vaccines updated: No records
Growth Chart: ___
Lead Done: ___(Y) ___(N)
Dental Normal ___ Abn ___
Diet : Adeq ___ Need F/U ___
Accident Educat. ___
Tb Test: updated ___ ___
Iron: ___ WIC: ___

DX: _____ Asthma

Treatement: Ventrin, Prelone.
follow up in 3 hr.

Smoking: NO

Return:

Referral:

Date: 5/2/95

Patient Name: Efrain Sanchez

Present problems:
Sores on hands
Puncture palm of (R) hand
c̄ a pencil.

BD ███████

W _131½_ BP. ___ HC ___
H _65_ RR ___
HR ___ TEMP ___

Ears___ Throat___ Resp:___ Skin___ Genital___ School___ Other___

Chronic Illness: ___ List of Meds: ___

Physical exam:
General:
Heent:
Neck:
Lungs:
Heart:
Abdomen:
Genitalia:
Extremities:
Skin:

DX: _____ Infectso.

Treatement:

Return:

A-001409

5/15/74

Blood test CBC

[illegible handwritten clinical notes]

3/16/93
WT - 85
HT - 57

# [illegible] bite.

Abscess - (L) leg.

[illegible]

6-7-93. -

[illegible]

Now is under
Control -

8/24/8[?]

A-001410



# State of Florida
## Office of the Public Defender
### FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA

421 3RD STREET
WEST PALM BEACH, FLORIDA
33401-4297

Telephone (561)355-7500
Fax (561)355-7794

**Carey Haughwout**
PUBLIC DEFENDER

May 17, 2005

TIMOTHY TAVIS
1870 FOREST HILL BLVD, STE #207
WEST PALM BEACH, FL 33406

FILE

RE: Court Case Number 04CF014555A02

Dear Dr. Tavis:

Please find enclosed a copy of the Defendant's medical records. If you should require further information from me, please feel free to contact me immediately.

Sincerely,

ANNE BLANFORD
Assistant Public Defender
(561) 355-7726

AB/sb

A-001411

*records from*

*Dr. allen H. Bezner*

1581
THOI
2601
WEST

**LABORATORY REPORT**



Quest
Diagnostics

MICROFILM -

| PATIENT NAME SANCHEZ, EFRAIN | | PATIENT ID | | ROOM NO. | AGE 20 | SEX M | PHYSICIAN THOMPSON, ISAAC K | |
|---|---|---|---|---|---|---|---|---|
| AGE 1 | REQUISITION NO. | ACCESSION NO. MIG51588E | LAB REF. # | COLLECTION DATE & TIME 01292002 | LOG-IN-DATE 01292002 | | REPORT DATE 01302002 | & TIME 7:56AM |

REMARKS

ATTN DR·Bezner  439-0506

SSN:       2747                                                                                FASTING: U

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |
| Date of Birth:      1981 | | | | | | |
| GGT | | 55 | | U/L | 2-90 | QD) |
| ALT | | 17 | | U/L | 2-60 | QD) |
| CBC (INCLUDES DIFF/PLT) | | | | | | QD) |
| WHITE BLOOD CELL COUNT | | 5.4 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 4.39 | | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | | 13.8 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | | 40.5 | | % | 38.5-50.0 | |
| MCV | | 92.2 | | FL | 80.0-100.0 | |
| MCH | | 31.5 | | PG | 27.0-33.0 | |
| MCHC | | 34.2 | | G/DL | 32.0-36.0 | |
| RDW | | 12.6 | | % | 11.0-15.0 | |
| PLATELET COUNT | | 287 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | | 2986 | | CELLS/MCL | 1500-7600 | |
| ABSOLUTE LYMPHOCYTES | | 1469 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | | 459 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | | 421 | | CELLS/MCL | 50-550 | |
| ABSOLUTE BASOPHILS | | 65 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | | 55.3 | | % | | |
| LYMPHOCYTES | | 27.2 | | % | | |
| MONOCYTES | | 8.5 | | % | | |
| EOSINOPHILS | | 7.8 | | % | | |
| BASOPHILS | | 1.2 | | % | | |
| CARBAMAZEPINE, TOTAL | | | 2.7 L | MG/L | 4.0-12.0 | QD) |
| PHENYTOIN | | | 30.9 H | MG/L | 10.0-20.0 | QD) |

VERIFIED BY REPEAT ANALYSIS

>> END OF REPORT - SANCHEZ,EFRAIN MIG51588E <<

1-31-02 Instructed pt's mother: Stop Dilantin until 2/4/02.
↑ Tegretol 200mg 〒 q am, 〒 q lunch, 〒 q dinner; 〒 q hs.
Check level Mon. 2/4/02. ℔

A-001412

1

INDICATES TESTING ...

*ALLEN H. BEZNER, M. D., P. A.*
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

---

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY     🕐     ELECTROMYOGRAPHY     🕐     EVOKED POTENTIALS

---

J. F. K. MEDICAL CENTER                             TELEPHONES (561) 439-1234
116 J. F. K. DRIVE                                         (561) 369-1414
ATLANTIS, FLORIDA 33462                          FAX (561) 439-0506

January 22, 2002

## NEUROLOGIC CONSULTATION

RE:   <u>SANCHEZ, EFRAIN</u>

Isaac Thompson, M.D.
2601 S. Military Tr. #32/33
West Palm Beach, Fl. 33415

Dear Isaac:

Thank you for having me see Mr. Sanchez in neurologic consultation.
As you know, he is a 20-year-old who presents with a chief
complaint of seizures.

The history of the present illness dates back to age 3 when he has
had seizures.  There is no family history for seizures and he denies
any alcohol or drug abuse.  He did have some ear infections when
he was a child. There was no problem at birth.

Apparently, by old records his birth weight was 8 lbs. 8 oz. with
a normal perinatal history.

As noted above, he did have extensive hospitalizations for ear
infections.  There was no history of meningitis.  The patients
seizures have been poorly controlled. He has been on <u>Zonergan</u>,
<u>Tegretol</u> and just recently <u>Dilantin</u> was started. His Tegretol levels
have been in high therapeutic range.  He presents for further
evaluation.

A-001413

Isaac Thompson, M.D.
RE:  SANCHEZ, EFRAIN
January 22, 2002

PAGE TWO

| | |
|---|---|
| PAST MEDICAL HISTORY | Unremarkable. |
| MEDICATIONS | Dilantin 300 mg. a day, Zonergan and Tegretol 200 mg. b.i.d. |
| ALLERGIES | None. |
| SOCIAL HISTORY | He doesn't drink or smoke. |
| GENERAL EXAMINATION | He is a 20-year-old in no acute distress. |
| MENTAL STATUS | He is alert, he followed all commands. His speech was fluent. |
| CRANIAL NERVE EXAMINATION | The pupils were 3 mm. the discs were sharp.  Extra ocular movements were full with no nystagmus.  He had no facial asymmetry, the tongue was midline. |
| MOTOR EXAMINATION | He had normal tone with no drift. He had 5/5 motor power throughout. The reflexes were 2+ and symmetrical, the plantars were downgoing. |
| SENSORY EXAMINATION | Intact to all modalities. |
| CEREBELLAR EXAMINATION | Revealed no dysmetria. |
| GAIT EXAMINATION | Normal. |

A-001414

Isaac Thompson, M.D.
RE:   SANCHEZ, EFRAIN
January 22, 2002

PAGE THREE


IMPRESSION:

History of seizures since age 3.   His MRI of the brain was normal.

At this time as he is having some dizziness along with his
seizures, I shall obtain EEG and BAER.   According to the mother,
the seizures consist of altered consciousness.   He doesn't lose
consciousness.   He doesn't have tongue biting or incontinence.

At this point, I am going to stop the Zonergan and see how he does
on the Dilantin and Tegretol and if the seizures are not controlled,
I am/decide to switch him to Deoakote and see if that works
better.   I am also going to check his EEG and make sure that he
id not have any petit mal seizures which may not respond to the
present medications that he is taking.   He has been advised of
course, not to drive and I shall re-evaluate him after the EEG
is obtained.

Thank you for having me see this interesting young man in
neurologic consultation.

Best personal regards,

Allen H. Bezner, M.D.

AHB/m

A-001415

*ALLEN H. BEZNER, M. D., P. A.*
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY     ⊗     ELECTROMYOGRAPHY     ⊗     EVOKED POTENTIALS

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS. FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

February 8, 2002

## FOLLOW UP VISIT

RE:   SANCHEZ, EFRAIN

SUBJECTIVE:

The patient has a diagnosis of seizures.

OBJECTIVE:

He was evaluated with EEG which revealed a left temporal lobe focus. The patient was still having seizures. His <u>Tegretol</u> level was 5.7.

PLAN:

At this point, I am going to increase his Tegretol to 1 gram per day and see how he does with that and will re-evaluate him within the month.

Allen H. Bezner, M.D.

AHB/m

FAXED TO DR. THOMPSON

A-001416

# Brainstem Auditory Evoked Response
# BAER
*For non-invasive assessments of auditory pathways and function*

BAERs are scalp recordings of activity evoked sequentially along auditory pathways.

**ALLEN H. BEZNER, M.D.**
**116 J.F.K. CIRCLE**
**ATLANTIS, FLORIDA 33462**
**TELEPHONE; (305) 439-1234**



PATIENT: SANCHEZ, EFRAIN    AGE: 20M    DATE: 2-8-02

REF:    HOSP:    ROOM: O.P.

BAER was performed using the click stimulus. Each ear was stimulated separately and both ipsilateral and contralateral wave forms were recorded. The stimulus intensity was 70 decibels bilaterally.

The absolute latencies for the 1-5 were within normal limits bilaterally as were the right/left differences.

The interpeak latencies for the 1-3, 1-5, and 3-5 were also within normal limits as were the right/left diferrences.

IMPRESSION:    Normal BAER.

ALLEN H. BEZNER, M.D.

A-001417

*ALLEN H. BEZNER, M. D.*
NEUROLOGY

116 J. F. K. CIRCLE   ●   ATLANTIS, FLORIDA 33462   ●   (305) 439-1234

BOARD CERTIFIED E.E.G.
ELECTROMYOGRAPHY
EVOKED POTENTIALS

## REPORT OF ELECTROENCEPHALOGRAM

EEG #_____

Patient: Sanchez, Efrain _____ Age: _____ Date: 2-8-02

Ref: _____ Hosp: _____ Room: _____

HISTORY

The patient has a diagnosis of seizures.

FINDINGS

This EEG was performed on a 10 channel machine. The background rhythm was in the range of 9 Hz. alpha activity best seen over the posterior head regions bilaterally and symmetrically. Throughout the record there was some slowing over the left temporal region. Also, occasional sharp waves were noted also emanating from the left temporal area. This did not organize into any generalized seizure. Hyperventilation was not performed and photic stimulation did not significantly alter the record.

IMPRESSION

This is an abnormal EEG with the finding of slowing and sharp waves over the left temporal area. The findings are consistent with a left temporal seizure focus.

Allen H. Bezner, M.D.

A-001418

RATORY REPORT


Quest Diagnostics

15856      AREA/ROUTE/STOP: 56W6090
THOMPSON, ISSAC MD
2601 S MILITARY TRL STE 32
WEST PALM BEACH, FL 33415-7512

MICROFILM# 02050215371

| PATIENT NAME | | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|
| SANCHAZ, EFRAIN | | | | | | 20 | M | THOMPSON, ISAAC K | |
| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | | LOG-IN-DATE | | REPORT DATE | & TIME |
| 1 | 5293726 | MI747122E | | 02052002 | | 02062002 | | 02062002 | 8:23AM |

REMARKS

ATTN OR. Bezner  439-0506

SSN: ▮-0747                                    FASTING: U

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE | SITE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | RANGE | CODE |

Date of Birth: ▮/1981
CARBAMAZEPINE, TOTAL        5.7              MG/L        4.0-12.0        QDI

        >> END OF REPORT - SANCHAZ, EFRAIN MI747122E <<

CRESTHAVEN MEDICAL
PAGE 01
02/06/2002  15:04   1

FAXER: QUEST DIAGNOSTICS At 15-MA⁻ 002 07:44 Page 1



FAX
LABORATORY REPORT
Quest
Diagnostics

```
8200018   AREA/ROUTE/STOP: 6800000
WELLINGTON-PSC
+++PSC
10397 SOUTHERN BL(KMART PLAZA)
ROYAL PALM BEACH, FL 33411
```

MICROFILM# -

| TIENT NAME | | PATIENT ID | | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ, ERRAIN | | | | | | 20 | M | |

| E | REQUISITION NO. | ACCESSION NO. | LAB REF.# | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| L | 6272599 | MI238599F | | 03142002 3:10 PM | 03152002 | 03152002 | 8:45AM |

REMARKS

SS# : ██████                                                FASTING: U

| EPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | | IN RANGE | OUT OF RANGE | | | |
| FINAL | | | | | | |

Date of Birth: ████ 1981
A COPY OF THIS REPORT HAS BEEN SENT TO: ALLEN, BEZNER
                                        116 JFK CIRCLE
                                        ATLANTIS, FL
                                        33462

| | | | | | | |
|---|---|---|---|---|---|---|
| ALT | | 18 | | U/L | 2-60 | QDB |
| CARBAMAZEPINE, TOTAL | | 7.7 | | MG/L | 4.0-12.0 | QDB |
| VALPROIC ACID | | 76 | | MG/L | 50-100 | QDB |

Hard Copy with additional information to follow

>> END OF REPORT - SANCHEZ, ERRAIN MI238599F <<

A-001420

**ALLEN H. BEZNER, M.D., P.A.**
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY ● ELECTROMYOGRAPHY ● EVOKED POTENTIALS

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS, FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

March 19, 2002

## FOLLOW UP VISIT

RE: SANCHEZ, EFRAIN

SUBJECTIVE:     The patient has a diagnosis of seizures.

OBJECTIVE:     He is presently on Tegretol and Depakote. He has therapeutic drug levels of both however, still had a breathrough seizure.

PLAN;     At this time, I am going to increase the Depakote to 500 mg. t.i.d. leave the Tegretol at 1 gram a day and re-evaluate him within the month and recheck the blood levels and further recommendations to follow.

Allen H. Bezner, M.D.

AHB/m

A-001421

FAXER: QUEST DIAGNOSTICS At 1-MAY '02 16:25 Page 1



FAX
LABORATORY REPORT
Quest Diagnostics

| 8200018 AREA/ROUTE/STOP: 6800000 |
|---|
| WELLINGTON-PSC |
| +++PSC |
| 10397 SOUTHERN BL(KMART PLAZA) |
| ROYAL PALM BEACH, FL 33411 |

MICROFILM# -

| TIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| SANCHEZ,EFRAIN | | | | 20 | M | BEZNER ALLEN |

| E | REQUISITION NO. | ACCESSION NO. | LAB REF.# | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| - | 6087940 | MI056128F | | 02282002 4:00 PM | 03012002 | 03012002 | 5:27PM |

REMARKS

SS#: ████ -2747                                        FASTING: U

| EPORT STATUS | | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | PARTIAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ██████
A COPY OF THIS REPORT HAS BEEN SENT TO: ALLEN BEZNER
116 JFK BLDG 110
ATLANTIS, FL
33462

| CARBAMAZEPINE, FREE & TOTAL | | | | | | | EY |
|---|---|---|---|---|---|---|---|

```
*******************************************
*   TEST CANCELLED PER CLIENT REQUEST   *
*******************************************
```

| CBC (INCLUDES DIFF/PLT) | | | | QDB |
|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 5.8 | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | 4.71 | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | 14.6 | G/DL | 13.2-17.1 | |
| HEMATOCRIT | 43.8 | % | 38.5-50.0 | |
| MCV | 92.8 | FL | 80.0-100.0 | |
| MCH | 30.9 | PG | 27.0-33.0 | |
| MCHC | 33.3 | G/DL | 32.0-36.0 | |
| RDW | 12.4 | % | 11.0-15.0 | |
| PLATELET COUNT | 275 | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | 2993 | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 2036 | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | 302 | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 418 | CELLS/MCL | 50-550 | |
| ABSOLUTE BASOPHILS | 58 | CELLS/MCL | 0-200 | |
| NEUTROPHILS | 51.6 | % | | |
| LYMPHOCYTES | 35.1 | % | | |
| MONOCYTES | 5.2 | % | | |
| EOSINOPHILS | 7.2 | % | | |
| BASOPHILS | 1.0 | % | | |
| CARBAMAZEPINE, TOTAL | (9.9) | MG/L | 4.0-12.0 | QDB |

Hard Copy with additional information to follow

>> REPORT CONTINUED ON NEXT PAGE - SANCHEZ,EFRAIN MI056128F <<

A-001422

FAXER: QUEST DIAGNOSTICS At 3-APR-2002 02:28 Page 1

**FAX**
**LABORATORY REPORT**



**Quest Diagnostics**

8200018   AREA/ROUTE/STOP: 6800000
WELLINGTON-PSC
10397 SOUTHERN BL(KMART PLAZA)
ROYAL PALM BEACH, FL 33411

MICROFILM# -

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| EFRAIN, SANCHEZ | | | | 21 | | ALLEN BEZNER |

| AGE | REQUISITION NO. | ACCESSION NO. | LAB REF.# | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| L | 6920539 | MI466452F | | 04022002 11:00 AM | 04032002 | 04032002 | 3:29AM |

REMARKS

SS#: ███████          FASTING: N

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

Date of Birth: ████████
A COPY OF THIS REPORT HAS BEEN SENT TO: ALLEN BEZNER
116 JFK CIR
BUILDING 110
ATLANTIS, FL
33462

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CARBAMAZEPINE, TOTAL | | | 7.2 | | MG/L | 4.0-12.0 | QDB |
| VALPROIC ACID | | | | 122 H | MG/L | 50-100 | QDB |

```
      ** IF AGE AND/OR SEX ARE NOT GIVEN, REFERENCE INTERVALS SHOWN
         ARE THE NARROWEST APPLICABLE ADULT MALE AND/OR FEMALE RANGES **
            Hard Copy with additional information to follow


         >> END OF REPORT - EFRAIN, SANCHEZ MI466452F <<
```

4-3-02 called pt's mother and gave her new instructions
for Depakote 500mg a.m.
500mg afternoon
250mg p.m.
Called in Keppra 250mg 1 BID for 1 wk. then
500mg BID thereafter.

harm: 683-3042

MT.

for 9:44AM TC from Case Mgr @ Goodwill, Daneen
Hatley, to confirm pts' medications. JT

A-001423

FAXER: QUEST DIAGNOSTICS At 6-MAY-2002 05:20 Page 5



**FAX**
**LABORATORY REPORT**
**Quest Diagnostics**

57009    AREA/ROUTE/STOP: 56W8999
BEZNER, ALLEN H, MD
116 JFK DR
ATLANTIS, FL 33462-6606

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| SANCHEZ, EFRAIN | | | | 21 | M | BEZNER, ALLEN H |

| AGE | REQUISITION NO. | ACCESSION NO. | LAB REF.# | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| L | 7375205 | MI890578F | | 05032002  4:10 PM | 05042002 | 05062002 | 6:07AM |

REMARKS

SS#: ███████                                          FASTING: N

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |
| Date of ███ ███ 3█/1981 | | | | | | |
| | CARBAMAZEPINE, TOTAL | 7.1 | | MG/L | 4.0-12.0 | MI |
| | VALPROIC ACID | 54 | | MG/L | 50-100 | MI |

Hard Copy with additional information to follow


>> END OF REPORT - SANCHEZ, EFRAIN MI890578F <<


6-02 9:03Am rc from case worker stating pt had
a Sz this morning lasting approx 30 seconds.
Advised pt has an appt this Wed. 5/8/02. Case worker
states pt is back to normal now and was advised
to keep him under supervision & to call here
there are further episodes. Okay to stay @ rehab.
JR.

6/1/02PM Pt had another Sz this a.m. Per
Dr Bezner ↑ Depakote 500 to TID. Pt's mother
advised. JR.  VM for Darleen

A-001424

*ALLEN H. BEZNER, M. D., P. A.*
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY     ●     ELECTROMYOGRAPHY     ●     EVOKED POTENTIALS

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS. FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

May 8, 2002

## FOLLOW UP VISIT

RE:    SANCHEZ, EFRAIN

SUBJECTIVE:        The patient has a diagnosis of seizures.

OBJECTIVE:        He is presently on Tegretol 1 gram per day along with Depakote 1 gram per day. He did have recurrent seizure. His Depakote level was only 52.

PLAN:        I am going to increase the Depakote to 500 mg. t.i.d., maintain the same level of Tegretol and continue the Kepra 500 mg. b.i.d. and will re-evaluate him in one month. I shall recheck the blood levels and further recommendations to follow. He has been advised not to drive.

Allen H. Bezner, M.D.

AHB/m

FAXED TO DR. THOMPSON

A-001425

*ALLEN H. BEZNER, M. D., P. A.*
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY    ⊕    ELECTROMYOGRAPHY    ⊕    EVOKED POTENTIALS

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS, FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

June 12, 2002

## FOLLOW UP VISIT

RE:    SANCHEZ, EFRAIN

**SUBJECTIVE:** The patient has a diagnosis of seizures.

**OBJECTIVE:** He is presently on <u>Tegretol</u> and <u>Depakote</u>. However, according to his mother he still had two further seizures. He is also maintained on <u>Keppra</u> 500 mg. b.i.d.

His drug level of Tegretol was 6.2 his Depakote level was 93.

**ASSESSMENT:** On examination he had no nystagmus. He had no focal deficits. He had no cerebellar dysmetria and his gait was normal.

**IMPRESSION:** Seizures, still having break through events.



**PLAN:** At this time, I am going to increase the Tegretol to 400 XR t.i.d. and maintain the Keppra and Depakote and re-evaluate him in one month and if still no improvement will further increase the Keppra this time.

Allen H. Bezner, M.D.

A-001426

FAXER: QUEST DIAGNOSTICS At 11-JUN- '02 15:45 Page 1

FAX
LABORATORY REPORT


Quest
Diagnostics

8200018  AREA/ROUTE/STOP: 6800000
WELLINGTON-PSC
10397 SOUTHERN BL (KMART PLAZA)
ROYAL PALM BEACH, FL 33411

| PATIENT NAME | | PATIENT ID | | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ, EFRAIN | | | | | | 21 | | BEZNER, ALLEN H | |

| | REQUISITION NO. | ACCESSION NO. | LAB REF.# | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| | 7990716 | MI305176G | | 06062002 4:30 PM | 06072002 | 06112002 | 4:43PM |

REMARKS

FASTING: U

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ▮▮▮▮ 1981
A COPY OF THIS REPORT HAS BEEN SENT TO: ALLEN BEZNER,
116 JFK CIRCLE BLDG STE 110
LAKE WORTH, FL
33462

| REPORT STATUS | TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| | ALT | 13 | | U/L | 2-60 | MI |
| | CBC (INCLUDES DIFF/PLT) | | | | | MI |
| | WHITE BLOOD CELL COUNT | 5.3 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | 4.45 | | MILL/MCL | 4.20-5.10 | |
| | HEMOGLOBIN | 13.9 | | G/DL | 13.2-15.5 | |
| | HEMATOCRIT | 41.1 | | % | 38.5-45.0 | |
| | MCV | 92.4 | | FL | 80.0-100.0 | |
| | MCH | 31.2 | | PG | 27.0-33.0 | |
| | MCHC | 33.8 | | G/DL | 32.0-36.0 | |
| | RDW | 12.3 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 199 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 2094 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 1924 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 456 | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | | 795 H | CELLS/MCL | 50-550 | |
| | ABSOLUTE BASOPHILS | 32 | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | 39.5 | | % | | |
| | LYMPHOCYTES | 36.3 | | % | | |
| | MONOCYTES | 8.6 | | % | | |
| | EOSINOPHILS | 15.0 | | % | | |
| | BASOPHILS | 0.6 | | % | | |
| | CARBAMAZEPINE, TOTAL | 6.2 | | MG/L | 4.0-12.0 | MI |
| | VALPROIC ACID | 93 | | MG/L | 50-100 | MI |

** IF AGE AND/OR SEX ARE NOT GIVEN, REFERENCE INTERVALS SHOWN
ARE THE NARROWEST APPLICABLE ADULT MALE AND/OR FEMALE RANGES **
Hard Copy with additional information to follow

>> END OF REPORT - SANCHEZ, EFRAIN MI305176G <<

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA
CRIMINAL DIVISION "X" (SPS)

STATE OF FLORIDA

CASE NO. 06CF002827A02
BOOKING NO. 2006010741

vs.

EFRAIN SANCHEZ, W/M, 03/30/1981, 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
_____/

**INFORMATION FOR:**

1)   FELONY BATTERY
2)   BATTERY

In the Name and by Authority of the State of Florida:

BARRY E. KRISCHER, State Attorney for the Fifteenth Judicial Circuit, Palm Beach County, Florida, by and through his undersigned Assistant State Attorney, charges that EFRAIN SANCHEZ on or about February 28, 2006, in the County of Palm Beach and State of Florida, unlawfully did actually and intentionally touch or strike JASON ROBERT TENGBERGEN, another person against the will of JASON ROBERT TENGBERGEN; and, did cause great bodily harm, permanent disability, or permanent disfigurement to JASON ROBERT TENGBERGEN, contrary to Florida Statute 784.041(1).  (3 DEG FEL)

COUNT 2: Informant aforesaid, under oath, further information makes that EFRAIN SANCHEZ on or about February 28, 2006, in the County of Palm Beach and State of Florida, did actually and intentionally touch or strike EULIS R. CAMPBELL against the will of EULIS R. CAMPBELL {or} did intentionally cause bodily harm to EULIS R. CAMPBELL, contrary to Florida Statute 784.03(1). (1 DEG MISD)

_____
ELIZABETH NETO
FL. BAR NO. 0225710
Assistant State Attorney

STATE OF FLORIDA
COUNTY OF PALM BEACH

    Appeared before me, ELIZABETH NETO Assistant State Attorney for Palm Beach County, Florida, personally known to me, who, being first duly sworn, says that the allegations as set forth in the foregoing

A-001428

information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged, that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense.

_____
Assistant State Attorney

Sworn to and subscribed to before me this ____ day of March, 2006.

_____
NOTARY PUBLIC, State of Florida

EN/sw
FCIC REFERENCE NUMBERS:
1) FELONY BATTERY 1319
2) BATTERY 1319

Sharon O. Whittaker
MY COMMISSION #  DD424430  EXPIRES
August 30, 2009
BONDED THRU TROY FAIN INSURANCE, INC.

A-001429

IN T   CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, CRIMINAL DIVISION
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 05CF000016A02    DIVISION "T"    *arr 1/30 KK 9:00*

STATE OF FLORIDA                         ASST. STATE ATTY.  MICHELLE L. MARKEN
                                         DEFENSE ATTY. PUBLIC DEFENDER
VS.

EFRAIN SANCHEZ

IT IS HEREBY CERTIFIED by the undersigned attorney for the Defendant (or authorized agent
thereof) that on this date I have received from the Office of the State Attorney a copy
of the Discovery Exhibit (Answer to Notice of  Discovery), Demand for Reciprocal
Discovery Exhibit and Demand for Notice of Alibi made on behalf of the State.

Date Received: 1-24-06
Name (PRINT): WADE
Signature of Attorney for Defendant
(or Agent):

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, CRIMINAL DIVISION
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 06CF000016A02                    DIVISION "X"

STATE OF FLORIDA                DISCOVERY EXHIBIT (ANSWER TO NOTICE OF
                                DISCOVERY); DEMAND FOR RECIPROCAL DISCOVERY
VS.                             EXHIBIT AND
                                DEMAND FOR NOTICE OF ALIBI
EFRAIN SANCHEZ

     The State of Florida, by and through the undersigned Assistant State
Attorney, hereby responds to the Notice of Discovery made on behalf of the
Defendant, pursuant to Rule 3.220(a)&(b), Florida Rules of Criminal Procedure, and
gives notice that all information and material as defined by Rule 3.220(a), Florida
Rules of Criminal Procedure, within the State's possession or control has been
disclosed to the Defendant by providing copies of all reports and statements in the
State Attorney's file to the Attorney for the Defendant.  The State hereby demands
a Reciprocal Discovery Exhibit and all disclosure required by the Defendant,
pursuant to Rule 3.220(a)(c)&(d), Florida Rules of Criminal Procedure.  Further,
the State hereby demands Notice of Alibi pursuant to Rule 3.200, Florida Rules of
Criminal Procedure.

     The Attorney for the Defendant, PUBLIC DEFENDER, is hereby granted
permission to inspect, copy, test, and photograph the information and material
described within the documents attached to this answer, or which is being held in
the custody of the investigating law enforcement agency, if prior notice has been
given to the undersigned of any such inspection, copying, testing, or
photographing.

                                        Respectfully submitted,


                                        MICHELLE L. MARKEN
                                        Assistant State Attorney
                                        Florida Bar Number: 0483958

A-001431

Defendant's Name  :  EFRAIN SANCHEZ

Case Number      :  05CF000016A02                    Division: X

ALL WITNESSES LISTED IN REPORTS PROVIDED

PERSONS KNOWN TO HAVE INFORMATION

*arr 1/30 KK*
*9.07*
*WADE*

WITNESS CATEGORY A

DS PAUL ADAMS #6409
PALM BEACH COUNTY SHERIFF'S OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

INV ROBERT GENTILE
50 SOUTH MILITARY TRAIL
WEST PALM BEACH, FL 33415

*1-31-06*
*WADE*

MS. REBECCA F ROJAS
434 AVOCADO AVE
WEST PALM BEACH, FL 33413

MS. JUANA MARIA SANCHEZ
████████████
WEST PALM BEACH, FL 33415

MR. OMAR SANCHEZ
████ █ ████
████ ███        FL 33415

MR. RICARDO SANCHEZ
██ ███████
WEST PALM BEACH, FL 33415

DET CHRISTOPHER AARON TAKSEY #6346
PALM BEACH COUNTY SHERIFF'S OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

DS BRANDON WEST #7319
PALM BEACH COUNTY SHERIFF'S OFFICE
3228 GUN CLUB ROAD
WEST PALM BEACH, FL 33406

WITNESS CATEGORY B

WITNESS CATEGORY C

A-001432

## FELONY DIVISION EVIDENCE CHECKLIST

**Drug case**

_____ Narcotics

_____ Paraphernalia

_____ U.S. currency

_____ Chemist report/notes

_____ Evidence records

_____ Video tape

**Driving case**

_____ Citations/DMV/Driving records

_____ DUI documentation

_____ Video tape

_____ Intoxilyzer records, breath affidavit

_____ Identification information

✓ Miranda card

✓ Statements of defendant
Video taped

✓ Witness statements
Audio taped - Ricardo,
Juana + Omar Sanchez

**Theft/Burglary/Forgery case**

_____ Stolen merchandise (and/or lists of, photos of, documentation of)

_____ Recovered items (and/or lists of, photos of, documentation of)

_____ Fingerprints, fingerprint analysis

_____ Photos of scene (50 total)

_____ Documentation of ownership

_____ Bank records

_____ Merchant/doctor/employee records

**Battery/Robbery, Weapon cases**

_____ Medical records of victim

_____ Photos of victim

_____ Weapon (get gun test fired? ( ) )

**General**

_____ Video tape

_____ Photo line up, photos of defendant

_____ Certified copies of conviction

_____ 911 tape

Other:
Arrest Report, PC Affidavit, Offense Report, Supplemental Offense
Reports #1, Palm Beach Co. Property Maps x2, Fire Incident Report,
Fire Investigator's Report, Plastic Bag fr. Dining Room Table, Plastic
Cover fr. Dining Room table, Table Cloth fr. Dining Room Table,
Carpet Sample of Area Rug from Living Room,
Diagrams of Scene x3, fire memo of Inv. Gentile

A-001433

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED by the undersigned that a true and correct copy of the foregoing Discovery Exhibit (Answer to Notice of Discovery); Demand for Reciprocal Discovery Exhibit; and Demand for Notice of Alibi has been furnished by hand/mail/bin to the Attorney for the Defendant.

NAME: PUBLIC DEFENDER

On this, the _____ day of January, 2006.

MICHELLE L. MARKEN
Assistant State Attorney
Florida Bar Number: 0483958

A-001434

Rough Arrest Only

**ARREST / NOTICE TO APPEAR**
**Juvenile Referral Report**

1. Arrest  3. Request for Warrant
2. N.T.A.  4. Request for Capias

Juvenile **1**

OBTS Number

ADMINISTRATION

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FL0500000 | PALM BEACH COUNTY SHERIFF'S OFFICE | 06- 05-146491 |

Charge Type:
Check as many as apply.
☒ 1. Felony  ☐ 3. Misdemeanor  ☐ 5. Ordinance
☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other

Weapon Seized/Type
1. Yes  2. No  **2**

Multiple Clearance Indicator  **1**

Location of Arrest (Including Name of Business)
**Banana Road and Wallis Road**

Location of Offense (Business Name, Address)
**5778 Coconut Road, West Palm Beach, FL 33413**

| Date of Arrest | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |
|---|---|---|---|---|---|---|
| 12/28/05 | 1846 hrs | | | | | N/A |

DEFENDANT

Name (Last, First, Middle)
**Sanchez, Efrain**

Alias (Name, DOB, Soc. Sec. #, Etc.)

| Race W - White  I - American Indian  B - Black  O - Oriental/Asian **W** | Sex **M** | Date of Birth ▓ | Height **5' 6"** | Weight **148** | Eye Color **Brown** | Hair Color **Brown** | Complexion **Med** | Build **Thin** |
|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, Unique Physical Features (Location, Type, Description)
**Tattoos on neck**

Marital Status **Single**  Religion **None**

Indication of:  Y  N  Unk.
Alcohol Influence  ☐  ☐  ☒
Drug Influence  ☐  ☐  ☒

| Local Address (Street, Apt. Number) ▓ | (City) ▓ | (State) ▓ | (Zip) ▓ | Phone ▓ | Residence Type 2. County 4. Out of State **2** |
|---|---|---|---|---|---|

| Permanent Address (Street, Apt. Number) **Same** | (City) | (State) | (Zip) | Phone ( ) **Same** | Address Source **Defendant** |
|---|---|---|---|---|---|

| Business Address (Street, Apt. Number) **None** | (City) | (State) | (Zip) | Phone ( ) **None** | Occupation **None** |
|---|---|---|---|---|---|

| D/L Number, State **S522-200-81-110-0** | Soc. Sec. Number ▓ | INS Number | Place of Birth **West Palm Beach** | Citizenship **US** |
|---|---|---|---|---|

CO-DEF

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested  ☐ 3. Felony  ☐ 5. Juvenile  ☐ 2. At Large  ☐ 4. Misdemeanor |
|---|---|---|---|---|
| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date of Birth | ☐ 1. Arrested  ☐ 3. Felony  ☐ 5. Juvenile  ☐ 2. At Large  ☐ 4. Misdemeanor |

JUVENILE

☐ Parent  ☐ Legal Custodian  ☐ Othe
Name (Last)  (First)  (Middle)
Residence Phone

| Address (Street, Apt. Number) | (City) | (State) | (Zip) | Business Phone |
|---|---|---|---|---|

| Notified by: (Name) | Date | Time | Juvenile Disposition 1. Handled/Processed within Dept. and Released  2. TOT HRS/CYF  3. Incarcerated |
|---|---|---|---|

| Released To: (Name) | Relationship | FCIC/NCIC | Date | Time |
|---|---|---|---|---|

The above address was provided by defendant and/or defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office informed of any change of address:
☐ Yes, by: (Name)  ☐ No: (Reason)

School Attended  Grade

CODE

Recovery Information
0. N/A  1. Voluntary  2. Located Not Returned  3. Hospitalized  4. HRS Custody  5. Law Enforcement Custody  6. Returned to Parent  7. Deceased  8. Other

Drug Activity  S. Sell  R. Smuggle  K. Dispense/  M. Manufacture  Z. Other
N. N/A  B. Buy  D. Deliver  Distribute  Produce/
P. Possess  T. Traffic  E. Use  Cultivate

Drug Type  B. Barbituate  H. Hallucinogen  P. Paraphernalia/  U. Unknown
N. N/A  C. Cocaine  M. Marijuana  Equipment  Z. Other
A. Amphetamine  E. Heroin  O. Opium/Deriv.  S. Synthetic

CHARGE

| Charge Description **Arson** | Counts **01** | Domestic Violence ☐ Yes ☒ No | Statute Violation Number **806.01** | Violation of ORD # |
|---|---|---|---|---|
| Drug Activity **N** | Drug Type **N** | Amount/Unit **N/A** | Offense # **05-146491** | Warrant/Capias Number | Bond |

CHARGE

| Charge Description | Counts | Domestic Violence ☐ Yes ☐ No | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

CHARGE

| Charge Description | Counts | Domestic Violence ☐ Yes ☐ No | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

CHARGE

| Charge Description | Counts | Domestic Violence ☐ Yes ☐ No | Statute Violation Number | Violation of ORD # |
|---|---|---|---|---|
| Drug Activity | Drug Type | Amount/Unit | Offense # | Warrant/Capias Number | Bond |

NOTICE TO APPEAR

☐ Instruction No. 1  Mandatory Appearance in Court
☐ Instruction No. 2  You need not appear in Court but must Comply with instructions on reverse side.

Location (Court, Room Number, Address)

Court Date and Time
Month  Day  Year  Time  A.M.  P.M.

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED.

Signature of Defendant (or Juvenile and Parent/Custodian)  Date Signed

ADMIN.

HOLD for other Agency
Name:

☐ Dangerous  ☐ Resisted Arrest
☐ Suicidal  ☐ Other:

Signature of Arresting Officer
x  Det. C. Taksey

Name of Arresting Officer (Print)
**Detective C. Taksey**  I.D. # **6346**

Name Verification (Printed by Arrestee)
(PRINT) _____

| Intake Deputy | I.D. # | Pouch # | Transporting Officer **Taksey** A-001435 | I.D. # **6346** | Agency **PBSO** | Witness here is subject signed with an "X". | PAGE  1 OF 1 |
|---|---|---|---|---|---|---|---|

DISTRIBUTION: 1st WHITE - COURT    2nd WHITE - RECORDS    GREEN - STATE ATTY.    YELLOW - CID    PINK - JAIL (Rough Arrest)    GOLD - DEFENDANT (Misd.) or BLOTTER (Felony)

| OBTS Number | PROBABLE CAUSE AFFIDAT | | 1 Juvenile |
|---|---|---|---|

1. Arrest 2. N.T.A. 3. Request for Warrant 4. Request for Capias

| Agency ORI Number FLO 5 0 0 0 0 0 | Agency Name PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number 06 – 05-146491 |
|---|---|---|

Charge Type:   ☒ 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance   Special Notes:
Check as many ☐ 2. Traffic Felony ☐ 4. Traffic Misdemeanor ☐ 6. Other
as apply.

| Defendant's Name (Last, First, Middle) Sanchez, Efrain | Race W | Sex M | Date of Birth /81 |
|---|---|---|---|

| Charge Description Arson | Charge Description |
|---|---|

| Charge Description | Charge Description |
|---|---|

| Victim's Name (Last, First, Middle) Sanchez, Ricardo | Race W | Sex F | Date of Birth 4/60 |
|---|---|---|---|

| Victim's Local Address (Street, Apt. Number) [REDACTED] | (City) West Palm Beach | (State) Florida. | (Zip) 33413 | Phone 561-471-5241 | Address Source Victim |
|---|---|---|---|---|---|

| Victim's Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |
|---|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.   The Person taken into custody...

☐ committed the below acts in my presence.
☐ confessed to _____
admitting to the below facts.

☐ was observed by _____ who told _____
that he/she saw the arrested person commit the below acts.
☒ was found to have committed the below acts, resulting from my (described) investigation.

On  the 25 day of December, 2005 at 12:58 ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest).

## NARRATIVE:

On 12/25/05 at 12:58 am Palm Beach County Fire/Rescue responded to 5778 Coconut Road, West Palm Beach, Florida in reference to a fire to a residence.  The fire was extinguished by Fire/Rescue.  Palm Beach County Fire/Rescue Investigator Gentile responded to the fire scene to determine origin and cause of the fire.  Investigator Gentile's investigation determined the fire was incendiary in nature and was started in six separate locations throughout the house.

On 12/27/05 Investigator Gentile spoke with the victim, Ricardo Sanchez who advised him of the following: Ricardo Sanchez had spoken with his son, Efrain Sanchez, who admitted to starting the fire in the residence.  Efrain stated he started the fire because he was mad at the family.

On 12/28/05 Investigator Gentile and I met with Ricardo Sanchez, his wife Juana Sanchez and one of his son's, Omar Sanchez.  We received a sworn taped statement from Ricardo, Juana, and Omar.  Ricardo, Juana, and Omar advised us the following: Efrain takes medication for epilepsy and nerves.  On 12/24/05 at approximately 9:50 pm they left the residence to attend a party.  Efrain did not attend the party with them, as he decided to stay home.  Ricardo received a telephone call on his cellular telephone at approximately 1:00 am on 12/25/05 advising his house was on fire.  They returned home and did not know where Efrain was located.  On 12/26/05 Ricardo spoke with Efrain at a family friends residence, located at 434 Avocado Ave., West Palm Beach, Florida.  During their conversation, Efrain told him he started the fire at the residence because he was hurt by the family. Efrain told him he did not feel loved by the family.

On 12/28/05 at approximately 2:00 pm Detective Adams and I met with Rebecca Rojas at her residence, located at 434 Avocado Ave., West Palm Beach, Florida.  Rojas advised Efrain stayed at her residence on the night of 12/25/05.  Efrain had told her he burned down a house.  On 12/26/05 Efrain's parents came to the house and she learned the residence that he burned was his own.  She told Efrain he could not stay at her residence any longer.

On 12/28/05 at approximately 7:30 pm I met with Efrain Sanchez at the Palm Beach County Sheriff's Office.  I read Efrain his Miranda Warnings and he agreed to speak with me.  During my interview with Efrain, he advised the following: He started the fire at his residence the night of 12/24/05 because he did not feel loved by his family.  He was home alone and retrieved gasoline

A-001436                                    Page 1 of 2

## NARRATIVE CONTINUATI[ ]

from the back yard. He poured the gas around the house in different rooms. He ignited the gas with a lighter and left the house. The fire had started before he left. When he left the house, he went to a wooded area to the west of the residence where he slept. He saw the fire trucks at his residence from the wooded area.

After the interview, Efrain Sanchez was charges with Arson, pursuant to FSS 806.01(1)a, as he willfully started a fire causing damage to a dwelling.

| Sworn and Subscribed before me | |
| --- | --- |
| *M.R. Palko*   7250 3084 | |
| Signature Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Signature of Arresting / Investigating Officer |
| *M.R. Pal Koinix*   7850-3084 | Det. C. Taksey 6346 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Name of Officer (Please Print) |
| 12/28/05 | 12/28/05 |
| Date | Date |

```
6346                 TC  .YS DATE   01/03/06                          EN44
      P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E   PAGE      O
                  O F F E N S E   R E P O R T         CASE NO.  05146491
                                              DISPOSITION:  INACTIVE
                                              DIVISION:  ROAD PATROL


ARSON                                    *                  *                    *
                                      CODE:  2000   DATE:  12/25/05   SUNDAY
ZONE:  B21 GRID:  3B35    DEPUTY ID.:  7319 ASSIST:     TIME D 0234 A 0327 C 0420
OCCURRED BETWEEN DATE:  12/24/05 , 2200 HOURS AND   DATE:  12/25/05 ,  0330 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION:  5778         COCONUT                    RD    APT. NO.:
            CITY:  WPB                          STATE:  FL       ZIP:  33413
NO. OFFENSES:  01   NO. OFFENDERS:  01   NO. VEH. STOLEN:  0   NO. PREM. ENTERED:  0
LOCATION:  RESIDENCE - SINGLE FAMILY
NO. VICTIMS:  01   NO. ARRESTED:   0   FORCED ENTRY:   0
WEAPON TYPE:  FIRE / INCENDIARY
OFFENSE NO. 1   FLORIDA STATE STATUTE:   806 01        CIS CODE:2000
SUSPECT                    EFRAIN SANCHEZ                    DOB: ████/1981
                  SEX:  M RACE:  W HT:  509 WT:  160 HR:  BLACK     EYE:  BROWN
PF1 = RETURN PF7 = NARR   PF22 = PREV   PF23 = NEXT
```

A-001438

```
6346                    TU  :YS DATE  01/03/06                        EN44
     P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E   PAGE    0
                    O F F E N S E   R E P O R T             CASE NO.  05146491
RESIDENTIAL ADDRESS: ███     ████████     ██     WEST' PALM  FL 33413
        HOME PHONE: 561 471-5241
OTHER                   RICARDO G SANCHEZ                 DOB: ███1█/1960
           SEX: M RACE: W HT: 509 WT: 235 HR: BLACK    EYE: BROWN
PROPERTY OWNER          RICARDO G SANCHEZ                 DOB: ████1960
           SEX: M RACE: W HT: 509 WT: 235 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: ███     ████████     ██     WPB          FL 33413
        HOME PHONE: 561 373-1012
PERMANENT ADDRESS: 4758     N   DYSON     CR APT.     WPB        FL
BUSINESS NAME ADDRESS: CELL 561-474-5241
OTHER                   JUANA M SANCHEZ                   DOB: ████1963
           SEX: F RACE: W HT: 500 WT: 109 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: ███     ████████     ██     WPB          FL 33413
             ██ 561 471-5241
OTHER                   OMAR SANCHEZ                      DOB: ████1993
           SEX: M RACE: W HT: 405 WT:  75 HR: BLACK    EYE: BROWN
RESIDENTIAL ADDRESS: ███     ████████     ██     WPB          FL 33415
        HOME PHONE: 561 471-5241
```

A-001439

```
6346                    TO. .YS DATE   01/03/06                        EN44
      P A L M   B E A C H   C O U N T Y   S H E R I F F' S   O F F I C E    PAGE    0
                      O F F E N S E   R E P O R T           CASE NO.  05146491
===============================================================================

      STATUS   1 = STOLEN                    2 = S/R DIFFERENT DAY
      CODES    3 = S/R SAME DAY              4 = RECOVERED FOR OTHER JURISDICTION
      (STA)    5 = LOST ITEMS   8 = EVIDENCE SEIZED   9 = OTHER (ARSON/VANDALISM)
===============================================================================
      DATE   S T                              P R O P E R T Y
      STLN/  T Y   BRAND    CALIBER  SERIAL/NUMBER   VALUE    VALUE      TELETYPE
      RECOV  A P   NAME     (GUN)    DESCRIPTION     STOLEN   RECOVERED  NUMBER
===============================================================================
      122505 9 X                     BRICK HOME      30000
 . .
         OFFENSE INDICATOR: OFFENSE 1     VICTIM NUMBER: 1
      VICTIM TYPE: ADULT
      RESIDENCE TYPE: COUNTY     RESIDENCE STATUS: FULL YEAR
      EXTENT OF INJURY: NONE
      INJURY TYPE(1): NOT APPLICABLE
      INJURY TYPE(2): NOT APPLICABLE
      VICTIM RELATION: UNDETERMINED
      PF1 = RETURN PF7 = NARR   PF22 = PREV   PF23 = NEXT
```

A-001440

```
6346                    TODAYS DATE   01/03/06                        EN44
       P A L M  B E A C H  C O U N T Y  S H E R I F F' S  O F F I C E    PAGE    0
                    O F F E N S E  R E P O R T          CASE NO.  05146491


       REPORT NUMBER:  1
FLORIDA VICTIM ? N
WEATHER: CLEAR
WITNESS TO CRIME KNOWN ?. N          SUSPECT NAME KNOWN ?....... Y
CAN VICTIM I.D. SUSPECT ? Y          SUSPECT LOCATION KNOWN ?... N
WILL VICTIM PROSECUTE ?.. Y          STOLEN PROPERTY TRACEABLE ? N
IS M.O. SIGNIFICANT ?.... N          EVIDENCE LEFT AT SCENE ?... Y
              PROPERTY DAMAGE ?........... Y
AMOUNT OF DAMAGE .......$ 30000




PF1 = RETURN PF7 = NARR   PF22 = PREV   PF23 = NEXT
```

A-001441

```
OFNARRM1             P.    BEACH COUNTY SHERIFF'S C    CE         01/03/06
CASE#  05146491           .IGINAL        OFFENSE REPO.            PAGE 1
```
----------------------------------------------------------------------------
     ON 12-25-05AT 0339 HOURS, I WAS DISPATCHED TO ███████████████████
OFF OF SOUTHERN BLVD, IN REFERENCE A POSSIBLE ARSON CALL THAT CAME IN BY
PBCFR INVESTIGATOR, BOB GENTILE.
     UPON ARRIVAL, I MET WITH FIRE INVESTIGATOR BOB GENTILE, ID 5049, WHO
STATED THAT THEY HAD RECEIVED A CALL AROUND 2200 HOURS ON 12-24-05 AND
STATED THAT AROUND 0030 HOURS HE CAME OUT HERE TO DO HIS INVESTIGATION.
HE FIRST SMELLED THE STRONG ODOR OF GASOLINE, WHICH I DID SMELL,
AT THE RESIDENCE.  HE SAID HE FOUND ROUGHLY FOUR TO FIVE AREAS OF
START-UPS WERE SMALL FIRES IN THE RESIDENCE HAD BEEN CONCEIVED FROM.
DUE TO THE NATURE OF THE CALL AND SUSPECTING ARSON, THE SHERIFF'S OFFICE
WAS CALLED AND I RESPONDED TO THE SCENE.
     THE FAMILY OF FOUR WHO LIVES IN THE RESIDENCE.  THREE OF THE FAMILY
WERE PRESENT AT THE TIME AND INFORMATION WAS GIVEN.  THE OTHER PERSON
MISSING WAS A 24 YEAR OLD SON OF THE HOMEOWNER, RICARDO SANCHEZ, WHO
WAS NOT AT THE RESIDENCE.  HIS NAME IS EFRAIN SANCHEZ.  FATHER STATED
ONLY TWO DAYS AGO THEY HAD AN AGRUMENT HERE AND EFRAIN WHO HAS A
PROBLEM WITH A SHORT TEMPER AND HAS SOME MEDICAL CONDITIONS GOT A BAT AND
------------------------------------------------------------> MSG:
 <PF1>     <PA2>     <PF15>      <PF22>      <PF23>
RETURN     BWD      1ST PAGE    PREV SUPL   NEXT SUPL
```

A-001442

```
OFNARRM1              P.    BEACH COUNTY SHERIFF'S C   "CE        01/03/06
CASE#  05146491            .IGINAL      OFFENSE REPO             PAGE  2
```
---
BASHED IN THE DOORS AND A COUPLE OF WALLS IN THE RESIDENCE, WHICH WERE
NOTICABLE AS WE CHECKED THE RESIDENCE TONIGHT.   HE STATED THE POLICE
WERE CALLED AT THAT TIME.   HE STATED HE LOOKED FOR EFRAIN TONIGHT AFTER
HE CAME HOME AND HEARD ABOUT THE FIRE AND HE HAS NOT BEEN ABLE TO
LOCATE HIM YET.   HE STATED HE DOES THIS A LOT WHEN HE GETS IN BAD MOODS
AND GETS A TEMPER.   EFRAIN COULD POSSIBLY BE A SUSPECT IN THIS INVESTIGATION.
     THIS IS A HEADER FOR FIRE RESCUE ARON INVESTIGATION BOB GENTILE, AS HE
COMPLETES THE INVESTIGATION ON 05-109509.
     THIS ENDS MY INVOLVEMENT AT THIS TIME.
D/S WEST, ID 7319
122505/0354/LEM


                                            ---------> MSG:
  <PF1>      <PA2>     <PF15>       <PF22>     <PF23>
  RETURN     BWD       1ST PAGE     PREV SUPL  NEXT SUPL
```

A-001443

```
6346                    TODAYS DATE   01/03/06                        EN44
      P A L M   B E A C H   C O U N T Y   S H E R I F F ' S   O F F I C E    PAGE    0
      SUPPLEMENT 1    O F F E N S E   R E P O R T             CASE NO. 05146491
                                        DISPOSITION: CLEARED BY ARREST
                                        DIVISION: DETECTIVE


ARSON                                   *                  *                      *
                                   CODE: 2000   DATE: 12/30/05  SUNDAY
ZONE: B21 GRID: 3B35    DEPUTY ID.: 6346 ASSIST:     TIME D 0234 A 0327 C 0420
OCCURRED BETWEEN DATE: 12/24/05 , 2200 HOURS AND  DATE: 12/25/05 , 0330 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 5778        COCONUT                     RD   APT. NO.:
            CITY: WPB                       STATE: FL        ZIP: 33413
NO. OFFENSES: 01  NO. OFFENDERS: 01   NO. VEH. STOLEN: 0  NO. PREM. ENTERED: 0
LOCATION: RESIDENCE - SINGLE FAMILY
NO. VICTIMS: 01  NO. ARRESTED:  1  FORCED ENTRY:  0
WEAPON TYPE: FIRE / INCENDIARY
OFFENSE NO. 1  FLORIDA STATE STATUTE:  806 01        CIS CODE:2000


PF1 = RETURN PF7 = NARR  PF22 = PREV  PF23 = NEXT
```

A-001444

```
OFNARRM1                 P?···· BEACH COUNTY SHERIFF'S O???CE          01/03/06
CASE#  05146491          JPPLEMENT 1    OFFENSE REF  !                 PAGE  1
```
---

ON 12/28/05 I WAS ASSIGNED THIS CASE FOR A FOLLOW-UP INVESTIGATION.  AT THAT TIME, I SPOKE WITH INVESTIGATOR GENTILE, FROM PALM BEACH COUNTY FIRE/RESCUE, WHO ADVISED THE FOLLOWING:  THE FIRE AT THE RESIDENCE WAS INCENDIARY IN NATURE AND WAS STARTED IN SIX SEPARATE LOCATIONS THROUGHOUT THE HOUSE.  ON 12/27/05 HE SPOKE WITH THE VICTIM, RICARDO SANCHEZ, WHO ADVISED HE SPOKE WITH HIS SON, EFRAIN SANCHEZ, WHO ADMITTED TO STARTING THE FIRE IN THE RESIDENCE.  EFRAIN TOLD HIM HE STARTED THE FIRE BECAUSE HE WAS MAD AT THE FAMILY.

ON 12/28/05 INVESTIGATOR GENTILE AND I MET WITH RICARDO SANCHEZ, HIS WIFW, JUANA SANCHEZ, AND ONE OF HIS SON'S, OMAR SANCHEZ, AT THE PALM BEACH COUNTY FIRE/RESCUE ADMINISTRATION BUILDING.  WE RECEIVED A TAPED SWORN STATEMENT FROM RICARDO, JUANA, AND OMAR.  RICARDO, JUANA, AND OMAR ADVISED THE FOLLOWING: EFRAIN TAKES MEDICATION FOR EPILEPSY AND NERVES.  ON 12/24/05 AT APPROXIMATELY 9:50 PM THEY LEFT THE RESIDENCE TO ATTEND A PARTY.  EFRAIN DID NOT ATTEND THE PARTY WITH THEM, AS HE DECIDED TO STAY HOME.  RICARDO RECEIVED A CALL ON HIS CELLULAR TELEPHONE AT APPROXIMATELY 1:00 AM ON 12/25/05 ADVISING HIS HOUSE WAS ON FIRE.  THEY RETURNED HOME AND DID NOT KNOW WHERE EFRAIN WAS.
------------------------------------------------------------> MSG:

```
<PF1>      <PA2>      <PF15>       <PF22>      <PF23>
RETURN     BWD        1ST PAGE     PREV SUPL   NEXT SUPL
```

```
OFNARRM1              P/ ·  BEACH COUNTY SHERIFF'S O""'CE              01/03/06
CASE#  05146491       .     JPPLEMENT 1    OFFENSE RE₽   :            PAGE  2
```
---------------------------------------------------------------------------
ON 12/26/05 RICARDO SPOKE WITH EFRAIN AT A FAMILY FRIENDS RESIDENCE, LOCATED
AT 434 AVOCADO AVE., WEST PALM BEACH, FLORIDA.  DURING THEIR CONVERSATION,
EFRAIN TOLD HIM HE STARTED THE FIRE AT THE RESIDENCE BECAUSE HE WAS HURT BY
THE FAMILY.  EFRAIN TOLD HIM HE DID NOT FEEL LOVED BY THE FAMILY.
     ON 12/28/05 DETECTIVE ADAMS AND I MET WITH REBECCA ROJAS AT HER
RESIDENCE, LOCATED AT 434 AVOCADO AVE., WEST PALM BEACH, FLORIDA.  ROJAS
ADVISED EFRAINSTAYED AT HER RESIDENCE ON THE NIGHT OF 12/25/05.  EFRAIN TOLD
HER HE BURNED DOWN A HOUSE.  ON 12/26/05 EFRAIN'S PARENTS CAME TO HER
RESIDENCE AND SHE LEARNED THE RESIDENCE EFRAIN BURNED DOWN WAS HIS OWN.  SHE
TOLD EFRAIN HE COULD NOT STAY AT HER RESIDENCE ANY LONGER.  ROJAS ADVISED SHE
WAS AFRAID OF EFRAIN AND DID NOT WANT TO GIVE A TAPED STATEMENT.
     ON 12/28/05 AT 2:00 PM DETECTIVE KOINIG AND I MET WITH MEMBERS OF THE
PALM BEACH COUNTY SHERIFF'S OFFICE SWAT/TAC UNIT.  WE REQUESTED THEIR
ASSISTANCE IN LOCATING EFRAIN SANCHEZ.
     ON 12/28/05 AT APPROXIMATELY 7:30 PM I MET WITH EFRAIN AT THE PALM BEACH
COUNTY SHERIFF'S OFFICE.  I READ EFRAIN HIS MIRANDA WARNINGS AND HE AGREED TO
SPEAK WITH ME.  DURING MY INTERVIEW WITH EFRAIN, HE ADVISED THE FOLLOWING: HE
----------------------------------------------------------------> MSG:
```
 <PF1>     <PA2>     <PF15>       <PF22>      <PF23>
RETURN     BWD       1ST PAGE     PREV SUPL   NEXT SUPL
```

```
OFNARRM1              P      BEACH COUNTY SHERIFF'S O   ICE          01/03/06
  CASE#  05146491          UPPLEMENT 1   OFFENSE RE                  PAGE  3
```

STARTED THE FIRE AT HIS RESIDENCE THE NIGHT OF 12/24/05 BECAUSE HE DID NOT FEEL LOVED BY HIS FAMILY.  HE WAS HOME ALONE AND RETRIEVED GASOLINE FROM THE BACK YARD.  HE POURED THE GAS AROUND THE HOUSE IN DIFFERENT ROOMS.  HE IGNITED THE GAS WITH A LIGHTER AND LEFT THE HOUSE.  THE FIRE HAD STARTED BEFORE HE LEFT THE HOUSE.  WHEN HE LEFT THE HOUSE, HE WENT INTO A WOODED AREA TO THE WEST OF THE RESIDENCE, WHERE HE SLEPT.  HE WAS ABLE TO SEE FIRE TRUCKS AT HIS RESIDENCE FROM THE WOODED AREA.

THE INTERVIEW WAS VIDEO RECORDED AND A COPY OF THE INTERVIEW WILL BE PLACED INTO PBSO EVIDENCE.

AFTER THE INTERVIEW, I TRANSPORTED EFRAIN TO THE COUNTY JAIL.  EFRAIN WAS CHARGED WITH ARSON, PURSUANT TO FSS 806.01.  THIS CASE IS CLEARED BY ARREST.
DET. C. TAKSEY
TAKSEY/6346/01-03-06

```
--------------------------------------------------> MSG:

  <PF1>      <PA2>      <PF15>       <PF22>      <PF23>
  RETURN     BWD        1ST PAGE     PREV SUPL   NEXT SUPL
```

A-001447



**Gary R. Nikolits, CFA**
**Palm Beach County Property Appraiser**
**Property Mapping System**





Search        Parcel Details

Owner Information
PCN: 00424335120250101

**Parcel Information**

Name: ROJAS AMELIA
Location:

| 2005 Preliminary Assessment | |
|---|---|
| Market Value: | $104,999 |
| Assessed Value: | $43,703 |
| Exempt Amnt: | $25,500 |
| Taxable: | $18,203 |

| 2005 Estimated Tax | |
|---|---|
| Ad Valorem: | $346.82 |
| Non ad valorem: | $267.05 |
| Total: | $613.87 |

Sales Information
| Sales Date | Price |
|---|---|

Legend

☐ Parcel Boundary

[0120] Lot number

# Palm Beach County Property Map
Map Scale 1:913

Map produced on 12/27/2005 from PAPA
http://www.pbcgov.com/papa



**Gary R. Nikolits,CFA**
**Palm Beach County Property Appraiser**
**Property Mapping System**



Search     Parcel Details

Owner Information
PCN: 00424335120250101
**Parcel Information**

Name: **Not Available**
Location: **Not Available**
Mailing: **Not Available**
         **Not Available**

2005 Preliminary Assessment
Market Value: **Not Available**
Assessed Value: **Not Available**
Exempt Amnt: **Not Available**
Taxable: **Not Available**

2005 Estimated Tax
Ad Valorem: **Not Available**
Non ad valorem: **Not Available**
Total: **Not Available**

Sales Information
| Sales Date | Price |
|------------|-------|
| NA | NA |

**Legend**

Parcel Boundary

0120  Lot number

**Palm Beach County Property Map**
Map Scale 1:913

Map produced on 12/27/2005 from PAPA
http://www.pbcgov.com/papa



File name: DSCN0714.JPG
Image Size ( pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:29:37
Exposure Time: 1/60
F Number: 7.6
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0715.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:30:27
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0716.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:30:37
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0717.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:30:57
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0718.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:31:05
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0719.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:31:18
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0720.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:31:26
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0721.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:31:42
Exposure Time: 1/60
F Number: 7.6
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0722.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:31:51
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On

A-001450




File name:                          DSCN0723.JPG
Image Size ( pixels):               2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:32:05
Exposure Time:                      1/60
F Number:                           2.8
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On




File name:                          DSCN0724.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:32:13
Exposure Time:                      1/60
F Number:                           2.8
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On



File name:                          DSCN0725.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:32:21
Exposure Time:                      1/60
F Number:                           4.9
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On



File name:                          DSCN0726.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:32:40
Exposure Time:                      1/60
F Number:                           4.9
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On




File name:                          DSCN0727.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:33:08
Exposure Time:                      1/60
F Number:                           2.8
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On



File name:                          DSCN0728.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:33:15
Exposure Time:                      1/60
F Number:                           2.8
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On



File name:                          DSCN0729.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:33:25
Exposure Time:                      1/60
F Number:                           2.8
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On



File name:                          DSCN0730.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:33:33
Exposure Time:                      1/60
F Number:                           7.6
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On



File name:                          DSCN0731.JPG
Image Size (pixels):                2048x1536
Device Name:                        E885
Shooting Date/Time:                 2005:12:24 03:33:45
Exposure Time:                      1/60
F Number:                           2.8
Exposure Compensation:              0
Focal Length (35mm Film):           -
Flash:                              On

A-001451



File name: DSCN0732.JPG
Image Size ( pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:33:53
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0733.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:34:04
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0734.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:34:26
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0735.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:34:37
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On




File name: DSCN0736.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:34:45
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0737.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:34:53
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0738.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:00
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0739.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:08
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0740.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:16
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0741.JPG
Image Size ( pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:24
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0742.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:35
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0743.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:41
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0744.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:35:47
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0745.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:36:09
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0746.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:43:05
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0747.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:43:46
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0748.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:45:05
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On



File name: DSCN0749.JPG
Image Size (pixels): 2048x1536
Device Name: E885
Shooting Date/Time: 2005:12:24 03:48:39
Exposure Time: 1/60
F Number: 2.8
Exposure Compensation: 0
Focal Length (35mm Film): -
Flash: On

A-001453



File name:                       DSCN0750.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 03:55:43
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0751.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 03:57:38
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0752.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 03:59:21
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0753.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 04:01:20
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0754.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 04:01:45
Exposure Time:                   1/60
F Number:                        7.6
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0755.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 04:18:25
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0756.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 04:18:32
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0757.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 04:36:44
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On



File name:                       DSCN0758.JPG
Image Size (pixels):             2048x1536
Device Name:                     E885
Shooting Date/Time:              2005:12:24 04:36:51
Exposure Time:                   1/60
F Number:                        2.8
Exposure Compensation:           0
Focal Length (35mm Film):        -
Flash:                           On

A-001454




File name:               DSCN0759.JPG
Image Size (pixels):     2048x1536
Device Name:        E885
Shooting Date/Time:    2005:12:24 04:37:02
Exposure Time:       1/60
F Number:           2.8
Exposure Compensation:  0
Focal Length (35mm Film):  -
Flash:               On



File name:               DSCN0760.JPG
Image Size (pixels):     2048x1536
Device Name:        E885
Shooting Date/Time:    2005:12:24 04:37:11
Exposure Time:       1/60
F Number:           2.8
Exposure Compensation:  0
Focal Length (35mm Film):  -
Flash:               On



File name:               DSCN0761.JPG
Image Size (pixels):     2048x1536
Device Name:        E885
Shooting Date/Time:    2005:12:24 04:38:07
Exposure Time:       1/60
F Number:           2.8
Exposure Compensation:  0
Focal Length (35mm Film):  -
Flash:               On



File name:               DSCN0762.JPG
Image Size (pixels):     2048x1536
Device Name:        E885
Shooting Date/Time:    2005:12:24 04:46:37
Exposure Time:       1/60
F Number:           2.8
Exposure Compensation:  0
Focal Length (35mm Film):  -
Flash:               On



File name:               DSCN0763.JPG
Image Size (pixels):     2048x1536
Device Name:        E885
Shooting Date/Time:    2005:12:24 04:46:45
Exposure Time:       1/60
F Number:           2.8
Exposure Compensation:  0
Focal Length (35mm Film):  -
Flash:               On

A-001455

| Incident No. | Alarm Date | Alarm Time | Arrival Time | Battalion | Station | Shift |
|---|---|---|---|---|---|---|
| 05-109509 | 12/25/2005 | :56:58 | 1:03:52 | | 33 | A |

**Address**

█████████ WEST PALM BEACH, FL 33417

| Situation | FPU | Ign. Factor | Mobile Pt. | Injuries | Deaths |
|---|---|---|---|---|---|
| 11 | 411 | 11 | 18 | 0 | 0 |

| Owner | Owner Address |
|---|---|
| Ricardo Sanchez | ███████ West Palm Beach, FL 33417 |

| Occupant | Occupant Address |
|---|---|
| Same | Same |

| Property Val. | Property Loss | Contents Val | Contents Loss | Est. Loss |
|---|---|---|---|---|
| 105000 | 50000 | 50000 | 10000 | 60000 |

**Property Description**

The structure was a single story, masonry dwelling. It was constructed on a concrete slab and had a composite shingle roof. The exterior finish was stucco. The risk was photographed, measured and a field diagram was prepared at that time. The property was consistent with other properties in the vicinity. The evidence indicates the property was maintained on a regular basis. There were no alterations noted. There were no preexisting conditions affecting the examination. Present during the scene examination were the owners, Mr. and MS. Sanchez.

| Investigator | Call Time | Comp. Time | Date Out | Investigator 2 |
|---|---|---|---|---|
| Bob Gentile | 0:56:00 | 4:59:00 | 12/25/2005 | |

| Lead Agency | Other Agency | Deputy Name | Other Agency Rpt. No. |
|---|---|---|---|
| PBCFR | PBSO | Taksey | 05-146491 |

| Juvenile Ref. | Arrest | Photos | Samples | Status |
|---|---|---|---|---|
| 0 | 1 | Y | 4 | Ex Cleared |

**Area of Fire Origin**

Based on my investigation and the information provided, the fire originated in six separate non-commuted locations in the structure.

**Synopsis**

Based on my investigation and the information provided, and after ruling out all other causes, this fire is determined to be incendiary in nature. The fire originated in six separate non-commuted locations in the structure. The available evidence indicated the fire was caused by the ignition of class "A" materials by an open flame with the assistance of an ignitable liquid in several of the locations.

**Investigator's Signature** _____ **Date** 1/5/06

Page 1

## Narrative for Incident: 05-109509

I was the on-duty investigator when I received a notification from Palm Beach County Fire Rescue Dispatch that an investigator had been requested to respond to a residential structure fire at 5773 Coconut Rd, West Palm Beach. The weather at the time of the fire was clear and warm. The weather was ultimately determined not to have been a factor in the cause of the fire.

Upon arrival, I met with the OIC. Chief Gribble advised that upon their arrival they found the southwest bedroom on fire. After extinguishment there were several suspicious areas of char so an investigator was called for.

The structure was a single story, masonry dwelling. It was constructed on a concrete slab and had a composite shingle roof. The exterior finish was stucco. The risk was photographed, measured and a field diagram was prepared at that time. The property was consistent with other properties in the vicinity. The evidence indicates the property was maintained on a regular basis. There were no alterations noted. There were no preexisting conditions affecting the examination. Present during the scene examination were the owners, Mr. and MS. Sanchez.

The electric and gas utilities were in service at the time of the fire. The electrical service entrance was examined and found to be unremarkable. Examination of the gas meter revealed no evidence of failure. The electric meter was located on the south exterior wall. The LPG tank was located on the south exterior wall. The tank was connected directly to the stove through the wall. The electrical panel box was located on the south exterior wall of the structure. The main breaker was turned off by the fire department during suppression activities to secure the structure. The only breaker noted as tripped was labeled #10. The label on the panel box indicated #10 was for a bedroom. It is a 15-amp breaker. Further inspection of the panel box found no evidence of failure noted.

The examination of the exterior of the structure was initiated by observing the loss from the least amount of damage to the greatest. On the basis of those observations, it was noted the risk revealed the heaviest exterior damage was located was found on the southwest corner of the structure. The fire and smoke vented through the southwest bedroom windows. There was also evidence of smoke staining noted to the eaves in the southwest corner of the structure. Remarkable items found on the property consisted of several gas cans located adjacent to the rear door on the south side of the structure.

The examination of the interior of the structure was initiated by observing the loss from the least amount of damage to the greatest. On the basis of those observations, it was noted that he fire originated in the southwest bedroom. The fire spread from the closet to the ceiling. It then rolled across to the windows. There were several boxes of clothing in the closet. They were removed during the examination. There was a "V" pattern noted on the wall. The apex of the "V" was approximately thirty inches above the floor level. There was a second burn area separate of the closet noted. It was on the bed along the north wall. The bedding was noted as charred. There was a confined area of bleaching noted on the north wall. This charring was in line with the charring of the bedding. It was noted that the char on the bed was surface only and did not burn the mattress. A third area of fire was observed on the bed in the master bedroom. A piece of toilet tissue was observed on the mattress. One end of the tissue was charred indicating an attempt was made to ignite it and the bed. A fourth area of charring was noted on the floor of the living room. There was an unusual burn pattern observed on the area rug. The char was similar to that of an ignitable liquid pour patter. A sample of the rug was taken. There was a fifth area of charring noted. There were pieces of charred toilet tissue noted on the sofa along the north wall of the living room. One end of this tissue was charred indicating an attempt to ignite it and the sofa. A detailed examination of these two areas indicated that they were separate fires and not connected by any means. A sixth area of fire origin was noted on the table in the dining area. The plastic table cover was melted and there was a strong odor of an ignitable liquid noted. The table cover, the table cloth and a plastic bag found on the table were all collected. It was also noted that there was smoke staining to the entire structure.

The physical evidence indicates. There were multiple areas of origin, located in the southwest bedroom, northwest bedroom, kitchen, dining room and living room. The heaviest ceiling damage was located in the closet in the southwest bedroom. There was a liquid accelerant pour pattern was noted to the area rug in the living room and on the bed in the southwest bedroom.

The following samples were collected and submitted for testing to the state fire marshal's laboratory.
Q1: Plastic Bag from Dining Room Table
Q2: Plastic Cover from Dining Room Table
Q3: Table Cloth from Dining Room Table
Q4: Carpet Sample of Area Rug from Living Room.

A-001457

**Narrative for incident: 05-109509**

Available heat and possible ignition sources in the origin area include structural electrical wiring, misuse of open flame, misuse of smoking material, child playing with matches, spontaneous ignition and incendiary. Examination of the structural electrical wiring revealed no evidence of malfunction. The dual plug receptacles exhibited exterior heat damage only. The gas piping was examined and no evidence of a leak was noted. The available materials were not susceptible to spontaneous ignition. The burn patterns were not indicative of a smoking related fire. An intentional act is the only possible cause.

During this investigation, I interviewed the owner Mr. Ricardo Sanchez. He stated that he and his family had left the home to go to a party. He stated his son did not go with the family and stated he was going to stay home. Mr. Sanchez further stated he was notified by a neighbor that his house was on fire and he returned home.

Based on my investigation and the information provided, and after ruling out all other causes, this fire is determined to be incendiary in nature. The fire originated in six separate non-commuted locations in the structure. The available evidence indicated the fire was caused by the ignition of class "A" materials by an open flame with the assistance of an ignitable liquid in several of the locations.

Page 2

A-001458

1/3/2006
Page 1 of 5

Palm Beach County Fire/Rescue
NFIR Fire Incident Report

Incident: 05-109509     Exposure: 0

## Dispatched Incident

Agcy F ___     Incident # 05-109509     Incident Date 12/25/2005     Time 00:56:56

██████ ████ WEST PALM BEACH, FL 33417     Map 69-G20

Dev Name FRUIT BOWL     Call Priority E

Census 32     TAZ Dist 226     Grid 434235B     Coordinates X/Y 0133158  6679240

County Palm Beach County     Alarm Method T     Alarm Level 1     EMS No ___

Jurisdictional Station Fire Station #33     Arrival Delay ___

Type Situation Dispatched Residential Structure Fire

Dispatch Date 12/25/2005     Time 00:58:11
Enroute Date 12/25/2005     Time 00:58:35
Arrival Date 12/25/2005     Time 01:03:52
Clear Date ___     Time ___

Response Time>> Min  5  Sec  17     Incident Duration>> Hours ___ Min ___

## Activity

| Action Date | Action | DID | Name | Rank | Assignment |
|---|---|---|---|---|---|
| 01/03/2006 | BLOCKED for Confidentiallity | 55046 | GENTILE, ROBERT R. | | |
| 01/03/2006 | LOCKED / Incident Closed - Statistics sent | 55046 | GENTILE, ROBERT R. | | |
| 01/03/2006 | SIGNED by Individual filling out Incident rep | 55046 | GENTILE, ROBERT R. | | |
| 01/03/2006 | FIRE REVIEW | 55046 | GENTILE, ROBERT R. | | |
| 12/25/2005 | SIGNED by Individual filling out Incident rep | 06366 | WILLHITE, MATTHEW A. | | |

A-001459

1/3/2006        Palm Beach County Fire/Rescue
Page 2 of 5        NFIR Fire Incident Report

Incident: 05-100509      Exposure: 0

## All Incidents

Exp# 0    Location ▮▮▮▮▮ WEST PALM BEACH, FL 33417

Dev Name FRUIT BOWL      Map 89-G20    Census 32

Taz Dist 228    Grid 434235E    Coordinates X/Y D133168   6679240

City Code      Shift A shift

Situation Structure fire    Action Taken Extinguishment    Aid

Aid Agcy      Agcy Code      ☐ Police on Scene

ESN    Gen Property Use Dwelling complex (one/two family)    Fixed Property Use One-family dwelling/year-round use

Number Responding>>   Fire Personnel 13    Engines 1

       Aerial Apparatus 0    Other Vehicles 7

Number of Injuries>>   Fire Service 0    Other 0

Number of Fatalities>>   Fire Service 0    Other 0

Special Studies: 1 ☐   2 ☐   3 ☐   4 ☐   5 ☐   6 ☐

## All Fires

Complex Dwelling complex (one/two families)    Area of Fire Origin Multiple location/use area

Ignition Factor Incendiary not during civil disturban    Water>> Source Eng Tank & Hydrant

     Gallons Used

Form of Heat of Ignition Lighter (flame type)    Material Ignited>> Type of Multiple types of material first ignite

       Form of Multiple forms of material first ignite

Method of Extinguishment Preconnected hose line water hydr    Level of Fire Origin Grade level to 9 ft. above grade

Area Involved    Area Unit of Measure

Property Value $105,000   Loss $50,000    Insured Loss $50,000

Contents Value $50,000   Loss $10,000    Insured Loss $10,000

Type Equip Involved in    Year    Make

Model    Serial No

## Structures

Number of Stories 1 story    Construction Type Protected ordinary

Extension of Damage>> Flame Confined to structure of origin

     Smoke Confined to structure or origin

     Water Confined to structure or origin

Detector Performance No detectors present    Sprinkler Performance No equip present in room of fire

Smoke>> Type of Material Type of Material not class

Avenue of Travel Corridor

Form of Material Multiple forms of material first ignited

## Unit

Unit District Chief Battalion 3 (East)    Role Support

Crew Action Taken Incident Commander   /      Distance Travelled

Dispatch Date 12/25/2005   Time 00:58:11    Enroute Date 12/25/2005   Time 00:58:35

Onscene Date 12/25/2005   Time 01:04:07    From Scene Date   Time

At Destination Date   Time    From Destination Date   Time

Clear Date 12/25/2005   Time 02:29:54

## Personnel

| Role | Condition | DID | Name | Cert # |
|------|-----------|-----|------|--------|
|  |  | 95334 | GRIBBLE, JAMES |  |

A-001460

1/3/2006                                    Palm Beach County Fire/Rescue
Page 3 of 5                                  NFIR Fire Incident Report

Incident:  05-109509      Exposure:  0

## Unit

Unit Rescue Captain Batt 3          Role Support
Crew Action Taken Incident Safety Officer    /                          Distance Travelled
Dispatch Date 12/25/2005   Time 00:58:11      Enroute Date 12/25/2005   Time 00:59:40
Onscene Date 12/25/2005    Time 01:04:19      From Scene Date           Time
At Destination Date        Time               From Destination Date     Time
Clear Date 12/25/2005      Time 01:35:36

### Personnel

| Role | Condition | DID | Name | Cert # |
|------|-----------|-----|------|--------|
|      |           | 08928 | ELLIS, RICHARD J. |  |

## Unit

Unit Fire operations               Role Support
Crew Action Taken Other             /                          Distance Travelled
Dispatch Date 12/25/2005   Time 00:58:11      Enroute Date 12/25/2005   Time 00:58:11
Onscene Date 12/25/2005    Time 00:58:41      From Scene Date           Time
At Destination Date        Time               From Destination Date     Time
Clear Date 12/25/2005      Time 00:58:41

## Unit

Unit Investigator                  Role Support
Crew Action Taken Investigate       /                          Distance Travelled
Dispatch Date 12/25/2005   Time 01:28:23      Enroute Date 12/25/2005   Time 01:42:09
Onscene Date 12/25/2005    Time 02:16:37      From Scene Date           Time
At Destination Date        Time               From Destination Date     Time
Clear Date                 Time

### Personnel

| Role | Condition | DID | Name | Cert # |
|------|-----------|-----|------|--------|
| Crew |           | 55046 | GENTILE, ROBERT R. |  |

### Narrative

See Hardcopy for investigative report

A-001461

1/3/2006　　　　　　　　　　　　　　　　Palm Beach County Fire/Rescue
Page 4 of 5　　　　　　　　　　　　　　　　NFIR Fire Incident Report

Incident:  05-109509　　　Exposure:  0

## Unit

Unit Battalion Chief Public Information　　Role Support

Crew Action Taken Responding unit(s) cancelled in route / [　　　　　　　]　Distance Travelled [　　]

Dispatch Date 12/25/2005　Time 00:58:11　　　Enroute Date 12/25/2005　Time 00:58:11

Onscene Date 12/25/2005　Time 00:58:18　　　From Scene Date [　]　Time [　]

At Destination Date [　]　Time [　]　　　From Destination Date [　]　Time [　]

Clear Date 12/25/2005　Time 00:58:18

## Unit

Unit Rescue 33　　　　　　Role Support

Crew Action Taken Extinguishment / [　　　　　　　]　Distance Travelled [　　]

Dispatch Date 12/25/2005　Time 00:58:11　　　Enroute Date 12/25/2005　Time 00:59:02

Onscene Date 12/25/2005　Time 01:04:11　　　From Scene Date [　]　Time [　]

At Destination Date [　]　Time [　]　　　From Destination Date [　]　Time [　]

Clear Date 12/25/2005　Time 02:05:29

### Personnel

| Role | Condition | DID | Name | Cert # |
|------|-----------|-----|------|--------|
| Medic | | 93132 | PARDO, DANIEL | |
| Medic | | 33746 | SCHULTZ, JOSEPH A. | |
| Medic | | 73564 | LOMBARDO, ANDREW | |

## Unit

Unit Rescue Engine 23　　　　Role Support

Crew Action Taken Extinguishment / [　　　　　　　]　Distance Travelled [　　]

Dispatch Date 12/25/2005　Time 00:58:11　　　Enroute Date 12/25/2005　Time 00:59:10

Onscene Date 12/25/2005　Time 01:04:11　　　From Scene Date [　]　Time [　]

At Destination Date [　]　Time [　]　　　From Destination Date [　]　Time [　]

Clear Date 12/25/2005　Time 01:34:07

### Personnel

| Role | Condition | DID | Name | Cert # |
|------|-----------|-----|------|--------|
| Driver | | 29548 | WILSON, JOHN R. | |
| Medic | | 60771 | SCALF, DAVID W. | |
| | | 89990 | DOELLING, LAWRENCE W. | |

A-001462

1/3/2006
Page 5 of 5

Palm Beach County Fire/Rescue
NFIR Fire Incident Report

Incident:  05-109509      Exposure:  0

## Unit

Unit Rescue Engine 33      Role First In Unit

Crew Action Taken Extinguishment  /                      Distance Travelled

Dispatch Date 12/25/2005   Time 00:58:11        Enroute Date 12/25/2005   Time 00:59:02

Onscene Date 12/25/2005    Time 01:03:52        From Scene Date            Time

At Destination Date        Time                 From Destination Date      Time

Clear Date 12/25/2005      Time 02:29:28

## Personnel

| Role | Condition | DID | Name | Cert # |
|---|---|---|---|---|
| Crew | | 04924 | GONZALEZ, JR., HECTOR | |
| Driver | | 83025 | JORGE, RICHARD W. | |
| Medic | | 61416 | CASELLA, JOSEPH | |
| | | 06386 | WILLHITE, MATTHEW A. | |

## Narrative

responded to a reported residential structure fire. arrived to a single family, single story home with smoke showing out the south west corner(side c-d). command passed upon arrival, a jump line was stretched to the front door, and a three sixty done. it showed the area of the fire to have one window broken out, and the other with a wood shutter covering the window. the front and back door were both unlocked and entry was made in the front door (side-a). the hose was stretched to the back bedroom were the fire was. the fire was in the closet and a small spot fire next to the window without the wood on it. the fire was knocked down, and a check was done for axstension into the attic or the rest of the house. no other fire was noticed. a rug in the living room seemed to have some burned area on it. there was a strong smell of an accelerant in the home with numerous gas cans around the back of the home. there was no one home at the time of our arrival, however the homeowner did arrive home. an investigator was called and the scene was turned over to him with a report given.

A-001463



A-001464



A-001465

Bedroom

Bedroom

Bath

Bedroom

Kitchen

Living Room

Dining Area

# 05-109509

N

A-001466

# MEMORANDUM

## PALM BEACH COUNTY FIRE-RESCUE

## INVESTIGATIONS DIVISION

50 South Military Trail, Suite 100A
West Palm Beach, FL 33415
(561) 806-7032
Fax:(561) 616-7083

December 27, 2005

To: File
From: Investigator Robert Gentile

Re: PBCFR Case # 05-109509
PBSO   Case # 05-146491

On December 27, 2005, at approximately 1630 hours, I returned a phone call to Mr. Ricardo Sanchez, reference the fire that occurred at his residents on 12/25/2005. He stated that he had talked to his Son and that he was staying at the home of a MS. Amelia Rojas, 434 Avocado Ave. West Palm Beach. Mr. Sanchez stated to me that his son stated to him that he started the fire because he was mad at the family. Mr. Sanchez also stated that his son was taking unknown medication for depression. Mr. Sanchez stated that he would like to get some help for his son.

I requested that if he gets any additional information about his son to please contact me. The phone conservation was concluded at approximately 16:44

A-001467

# CIRCUIT COURT - CRIMINAL DIVISION

## COPY REQUEST

TO: Circuit Court, Criminal Division Clerks

Date: 09-05-2007

Requested By: Lynn Frazer

Phone: ███████████

Agency: McDermott Investigations

Address: ████████████

RE: Efrain Sanchez

DOB: ████████

Name of Defendant

| CASE NUMBER | PC | INFO. | CEF | SENTENCE | JUDGMENT | FINGERPRINTS | CERTIFIED |
|---|---|---|---|---|---|---|---|
| 2006CF002829AXX | X | | | | | | X |
| 2006CF000016AXX | X | | | | | | X |
| 2004CF014555AXX | X | | | | | .. | X |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

DATE RECEIVED: _____

CLERK: _____

DATE COMPLETED: _____

SGB 6/01

A-001468

| OBTS Number | | **PROBABLE CAUSE AFFIDAVIT** 1. Arrest  2. N.T.A.  3. Request for Warrant  4. Request for Capias | | 1 | Juvenile | 0 |
|---|---|---|---|---|---|---|

| Agency ORI Number FLO 5 0 0 0 0 0 | Agency Name PALM BEACH COUNTY SHERIFF'S OFFICE | Agency Report Number 06 – 037852 |
|---|---|---|

Charge Type:  ☒ 1. Felony  ☒ 3. Misdemeanor  ☐ 5. Ordinance      Special Notes:
Check as many  ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other
as apply.

| Defendant's Name (Last, First, Middle) SANCHEZ, EFRIN | Race W | Sex M | Date of Birth 0██/81 |
|---|---|---|---|

| Charge Description AGGRIVATED BATTERY | Charge Description |
|---|---|

| Charge Description SIMPLE BATTERY | Charge Description |
|---|---|

| Victim's Name (Last, First, Middle) TENGEBBERGER , JASON | Race W | Sex M | Date of Birth ████ |
|---|---|---|---|

| Victim's Local Address (Street, Apt. Number)  (City) | (State) | (Zip) | Phone | Address Source |
|---|---|---|---|---|

| Victim's Business Address (Name, Street)  (City) ████████ WPB | (State) FL | (Zip) 33406 | Phone 561-688-3000 | Occupation |
|---|---|---|---|---|

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.   The Person taken into custody…

☐ committed the below acts in my presence.　　☐ was observed by _____ who told _____
☐ confessed to _____　　　　　　　　　　　　　that he/she saw the arrested person commit the below acts.
admitting to the below facts.　　　　　　　　☒ was found to have committed the below acts, resulting from my (described) investigation.

On  the 28day of Febuary, 2006 at 1100 ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest).

## NARRATIVE:

On 02/28/06 I was assigned to investigated a battery that  in the main detention facility of the PBC Jail, dayroom South 3 A. This event occured on 02/22/06, at approximately 7:05 pm.

Based on sworn statements from the victems and officers my investigaton revealed that inmate Efrin Sanchez committed Aggrivated Battery on the person of inmate Jason Tengberger, and Simple Battery on inmate Eulis Campbell.

My investigation revealed that Tengberger and Campbell were setted at a table playing cards, when Sanchez picked up a chair hitting Tengberger in the head and Campbell in the arm, as witnessed by D/S K. Matthews #5920 PBSO Corrections Officer.

Tengberger's head was split open leaving an approximately 4 inch laceration, and cambell  a 5 inch abrasion to his left forearm.

In as much as Sanchez did unlawfully strike Tengberger against his will, and used a chair to cause great bobily harm, I charge him with felony Battery F.S.S. 784.041 (1).

I further charge Sanchez in that he did unlawfully and intentionally strike Cambell with the same chair causing minor injury with Battery F.S.S. 784.03 (1) (a).

| Sworn and Subscribed before me | |
|---|---|
| Signature Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Signature of Arresting / Investigating Officer |
| Cpl. D. Bailey #4387 | Sgt. J. F. Seigfreid #2725 |
| Name of Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Name of Officer (Please Print) |
| 02/28/2006 | 02/28/2006 |
| Date | Date |

Page 1 of 1

A-001469

| OBTS Number | | **PROBABLE CAUSE AFFIDAVI**  1. Arrest  2. N.T.A.  3. Request for Warrant  4. Request for Capias | | 1 | Juvenile |
|---|---|---|---|---|---|

| Agency ORI Number  **FLO 5 0 0 0 0 0** | Agency Name  **PALM BEACH COUNTY SHERIFF'S OFFICE** | Agency Report Number  **06 – 05-146491** |
|---|---|---|

| Charge Type:   ☒ 1. Felony    ☐ 3. Misdemeanor    ☐ 5. Ordinance  Check as many  ☐ 2. Traffic Felony  ☐ 4. Traffic Misdemeanor  ☐ 6. Other  as apply. | Special Notes: |
|---|---|

| Defendant's Name (Last, First, Middle)  Sanchez, Efrain | | Race  W | Sex  M | Date of Birth  0▮▮/81 |
|---|---|---|---|---|

| Charge Description  Arson | Charge Description |
|---|---|
| Charge Description | Charge Description |

| Victim's Name (Last, First, Middle)  Sanchez, Ricardo | | | | Race  W | Sex  F | Date of Birth  ▮▮/60 |
|---|---|---|---|---|---|---|

| Victim's Local Address (Street, Apt. Number) | (City)  West Palm Beach | (State)  Florida | (Zip)  33413 | Phone  561-471-5241 | Address Source  Victim |
|---|---|---|---|---|---|
| Victim's Business Address (Name, Street) | (City) | (State) | (Zip) | Phone | Occupation |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law.   The Person taken into custody...

☐ committed the below acts in my presence.
☐ confessed to _____
   admitting to the below facts.

☐ was observed by _____ who told _____
   that he/she saw the arrested person commit the below acts.
☒ was found to have committed the below acts, resulting from my (described) investigation.

On   the 25day of December, 2005 at 12:58 ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest).

## NARRATIVE:

On 12/25/05 at 12:58 am Palm Beach County Fire/Rescue responded to ▮▮▮▮▮▮▮▮ West Palm Beach, Florida in reference to a fire to a residence.  The fire was extinguished by Fire/Rescue.  Palm Beach County Fire/Rescue Investigator Gentile responded to the fire scene to determine origin and cause of the fire.  Investigator Gentile's investigation determined the fire was incendiary in nature and was started in six separate locations throughout the house.

On 12/27/05 Investigator Gentile spoke with the victim, Ricardo Sanchez who advised him of the following: Ricardo Sanchez had spoken with his son, Efrain Sanchez, who admitted to starting the fire in the residence.  Efrain stated he started the fire because he was mad at the family.

On 12/28/05 Investigator Gentile and I met with Ricardo Sanchez, his wife Juana Sanchez and one of his son's, Omar Sanchez.  We received a sworn taped statement from Ricardo, Juana, and Omar.  Ricardo, Juana, and Omar advised us the following: Efrain takes medication for epilepsy and nerves.  On 12/24/05 at approximately 9:50 pm they left the residence to attend a party.  Efrain did not attend the party with them, as he decided to stay home.  Ricardo received a telephone call on his cellular telephone at approximately 1:00 am on 12/25/05 advising his house was on fire.  They returned home and did not know where Efrain was located.  On 12/26/05 Ricardo spoke with Efrain at a family friends residence, located at 434 Avocado Ave., West Palm Beach, Florida.  During their conversation, Efrain told him he started the fire at the residence because he was hurt by the family.  Efrain told him he did not feel loved by the family.

On 12/28/05 at approximately 2:00 pm Detective Adams and I met with Rebecca Rojas at her residence, located at ▮▮▮▮▮▮▮▮, West Palm Beach, Florida.  Rojas advised Efrain stayed at her residence on the night of 12/25/05.  Efrain had told her he burned down a house.  On 12/26/05 Efrain's parents came to the house and she learned the residence that he burned was his own.  She told Efrain he could not stay at her residence any longer.

On 12/28/05 at approximately 7:30 pm I met with Efrain Sanchez at the Palm Beach County Sheriff's Office.  I read Efrain his Miranda Warnings and he agreed to speak with me.  During my interview with Efrain, he advised the following: He started the fire at his residence the night of 12/24/05 because he did not feel loved by his family.  He was home alone and retrieved gasoline

Page 1 of 2

A-001470

## NARRATIVE CONTINUATION

from the back yard. He poured the gas around the house in different rooms. He ignited the gas with a lighter and left the house. The fire had started before he left. When he left the house, he went to a wooded area to the west of the residence where he slept. He saw the fire trucks at his residence from the wooded area.

After the interview, Efrain Sanchez was charges with Arson, pursuant to FSS 806.01(1)a, as he willfully started a fire causing damage to a dwelling.

| Sworn and Subscribed before me | |
|---|---|
| _Msa. Pal Ka — PBSO 3084_ | _Det. C. Tok_ |
| Signature Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Signature of Arresting / Investigating Officer |
| _Mjr. Pal Koini, PBSO 3084_ | **Det. C. Taksey 6346** |
| Name of Notary Public / Clerk of Court / Officer (F.S.S 117.10) | Name of Officer (Please Print) |
| **12/28/05** | **12/28/05** |
| Date | Date |

A-001471

**PROBABLE CAUSE AFFIDAVIT**

| OBTS Number | | 1. Arrest,   3. Request for Warrant | Juvenile |
| --- | --- | --- | --- |
| | | 2. N.T.A.   4. Request for Capia   [1] | |

| Agency ORI Number | Agency Name | Agency Report Number |
| --- | --- | --- |
| FLO 5 0 0 8 0 0 | WEST PALM BCH. POLICE DEPARTMENT | 9 4 0 4 1 2 8 2 0 3 |

Charge Type: Check as many as apply:
☒ 1. Felony   ☒ 3. Misdemeanor   ☐ 5. Ordinance
☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor   ☐ 6. Other _____

Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date Of Birth |
| --- | --- | --- | --- | --- |
| Sanchez, Efrain | | w | m | ▓▓▓ |

| Charge Description | Charge Description |
| --- | --- |
| Loitering and Prowling | Carrying a Concealed Weapon |
| Possession of Burglary Tools | Criminal Attempt/ Burglary |

| Victim's Name (Last, First, Middle) | | Race | Sex | Date of Birth |
| --- | --- | --- | --- | --- |
| Society | | | | |

| Local Address (Street, Apt. Number) | (City) | State | Zip | Phone | Address Source |
| --- | --- | --- | --- | --- | --- |
| c/o West Palm Beach Police Dept | | | | ( ) | Known |

| Business Address (Name, Street) | (City) | State | Zip | Phone | Occupation |
| --- | --- | --- | --- | --- | --- |
| | | | | ( ) | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

☒ committed the below acts in my presence.
☐ confessed To _____
  admitting to the below facts.

☐ was observed by _____ who told _____
  that he/she saw the arrested person commit the below acts.
☐ was found to have committed the below acts, resulting from my (described) investigation.

On the __27th__ day of __November__ 20 __04__ at __12:12__ ☒ A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

On 11-27-04 at 0012 hours, I was in full police uniform and driving a marked police vehicle, patrolling the area of Arkona Court and South Olive Avenue. While I was patrolling the area, I noticed a white male walking on the roadway eastbound on Arkona, along side of the south sidewalk, in the 200 block. It is a violation of F.S.S. 316.130 (3), to walk on a roadway where a sidewalk is provided. For this reason, I stopped the w/m, who is later referred to as the defendant, w/m Efrain Sanchez (3-30-81).

When I approached the defendant, I advised him of the pedestrian infraction and asked him for his ID. I also noticed that he had in his right hand, a white hanger, which was bent several times and shaped into a small loop. It appeared to me that the hanger was designed to unlock a car door, through the window area. The defendant gave me his ID and I asked him what was the hanger for. He told me nothing. The defendant appeared to nervous, as he was mumbling while talking and because he was shaking. I asked him to sit down on the curb and he did. He remained nervous while I continued talking to him. I asked him if was ever arrested and he told me no. I then ran a computer check of him and the defendant came back with an extensive record to include, robbery, burglary, and GTA. He was also flagged in the system as a gang member. I asked the defendant if he had anything on him that I should know about an he told me know. I then asked him if I could search him and he consented. He stood up from the ground and placed his hands behind his head. I conducted a search of him from behind and felt a hard metal object tucked inside the waistband of the rear of his pants. I asked the defendant what was it and he told me it was burglary tools. Stunned by what the defendant said, I asked him again what was it and he said tools. I then lifted up his shirt and noticed that it was a hammer. At that point, I placed the defendant in handcuffs and continued searching him. Inside of his front left pocket, I found 2 flat head screwdrivers and a small black flashlight. Inside of his front right pocket, I found a pair of wire cutters. With all the objects I found from the defendant, it appeared to me that he was about to do a burglary.

I then read him his Miranda Rights and he agreed to talk to me. I asked him if he just broke into a vehicle and he told me no. I then asked him if he was going to break into a vehicle and he said yes. He said that this was his first time trying to break into a vehicle and that he has never done this before.

SWORN AND SUBSCRIBED BEFORE ME:

NOTARY PUBLIC / CLERK OF COURT / POLICE OFFICER

11/27/04
DATE

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER
Ofc. Schwartz 1638
NAME OF OFFICER (PLEASE PRINT)
11/27/04
DATE

PAGE 2 Of 3

DISTRIBUTION:   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

| OBTS Number | | | | | | | | PROBABLE CAUSE AFFIDAVIT | | 1. Arrest  3. Request for Warrant | | 1 | Juvenile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 2. N.T.A.  4. Request for Capia | | | |

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| FLO 5,0,0,8,0,0 | WEST PALM BEACH POLICE DEPARTMENT | 9,4,0,4,1,2,8,2,0,3 |

**Charge Type:** Check as many as apply.
☒ 1. Felony  ☐ 2. Traffic Felony  ☒ 3. Misdemeanor  ☐ 4. Traffic Misdemeanor  ☐ 5. Ordinance  ☐ 6. Other _____

Special Notes:

| Name (Last, First, Middle) | Alias | Race | Sex | Date of Birth |
|---|---|---|---|---|
| Sanchez, Efrain | | w | m | ▮▮ |

| Charge Description | Charge Description |
|---|---|
| Loitering and Prowling | Carrying a Concealed Weapon |
| Possession of Burglary Tools | Criminal Attempt/ Burglary |

| Victim's Name (Last, First, Middle) | Race | Sex | Date of Birth |
|---|---|---|---|
| Society | | | |

| Local Address (Street, Apt. Number) | (City) | State | Zip | Phone | Address Source |
|---|---|---|---|---|---|
| c/o West Palm Beach Police Dept | | | | ( ) | Known |

| Business Address (Name, Street) | (City) | State | Zip | Phone | Occupation |
|---|---|---|---|---|---|
| | | | | ( ) | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The Person taken into custody ...

☒ committed the below acts in my presence.

☐ confessed To _____ admitting to the below facts.

☐ was observed by _____ who told _____ that he/she saw the arrested person commit the below acts.

☐ was found to have committed the below acts, resulting from my (described) investigation.

On the __27th__ day of __November__ 20 __04__ at __12:12__ ☒A.M. ☐ P.M. (Specifically include facts constituting cause for arrest.)

I asked him if he was going through tough time and he said yes. Ofc. Evrley arrived to the scene as my back up Officer and he witnessed the defendants statements under Miranda. At that point Ofc. Evrley transported the defendant into my vehicle. While he transporting the defendant into my vehicle, the defendant told Ofc. Evrley the reason he was about to break into a vehicle was because of his girlfriend.

It should be known that the area where the defendant was walking was close to Palm Beach Atlantic University's campus. It was also close to several condos that are along Flagler Drive. Both these areas have an abundance of vehicles in the parking lots and are vulnerable to burglaries. After realizing that, I asked the defendant if he was heading to the vehicles in this area and he told me yes. I also asked him if he was going to steal a vehicle or just break into it, and he told me that he was intending on breaking into one. The hanger, the two screw drivers, the hammer, the flash light, and the wire cutters were later placed into evidence, along with the signed Miranda Card.

Based on the above stated facts, and that the defendant admitted under Miranda that he was intending on breaking into a vehicle prior to me stopping him, I believe that there is probable cause to charge him with the following: F.S.S. 856.021, Loitering and Prowling, F.S.S. 790.01, carrying a concealed weapon, because the hammer that he was carrying concealed can be used as a weapon, F.S.S. 810.06, Possession of Burglary Tools, and F.S.S. 777.04 (4)(d), Criminal Attempt to do a burglary.

The defendant was issued a traffic citation for the pedestrian infraction and was later transported to the Palm Beach County Jail.

SWORN AND SUBSCRIBED BEFORE ME:

NOTARY PUBLIC / CLERK OF COURT (POLICE OFFICER)

DATE 11/27/04

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

NAME OF OFFICER (PLEASE PRINT) Ofc. Schwartz 1638

DATE 11/27/04

PAGE 3 Of 3

DISTRIBUTION:   WHITE — Court Copy   GREEN — State Attorney   YELLOW — Agency   PINK — Agency

A-001473

ALLERGIES NKDA

Nydia
Eckerd in Millay [illegible]

**PATIENT NAME:** Sanchez, Efrain   **DATE:** 12-8-03

**VITAL SIGNS:** T: ___ P: 76 R: 20 WT: 144 lbs BP: 114/82 **TAKEN BY:** A.C.

**CHIEF COMPLAINT:** removal of stitches (L) arm.

22 y/o M had glass fall on (L) forearm ē 3-4 stitches about 3-4 wks ago. Overall doing well, just recently started working. First seizure 3 days ago.

**[Med]**
= TOPAMAX II [illegible]
= Keppra II BID
= 2 Investigational drugs 50/25
= Albuterol prn

**PMH/PSH** = Asthma
= Seizure since childhood, last Sz 3 days ago. Will be seen [illegible] in couple of days (Not chronic) tonic/clonic; [illegible] feels does not [illegible] for a while ē partial [illegible]

**OBJECTIVE:** BP 120/80 AAOx3, NAD, Nl [illegible]
PERRL, EOMI, O oral lesion, TMs clear
Cor: regular O w O gallop Lungs: clear
Ext: Ø c/c/e, Pulses 2+, (L) forearm ē well healed scar 4 stitch [illegible] Ø Oedema. Rectal/GU - Pt declined
Nero: CN's intact, DTR's 2+, Motor 5/5,

**[FamHx]** M↑ (40) now
F↑ (43) now
PGM - DM, [illegible] father
1↓ ē 2 Br Alive
Ⓝ Cancer

**[SocHx]** Ⓝ tob Ⓝ ETOH
= College (Soc)
= Lives ē parents
= works @ Taco Bell want to go to school for art (design)

**ASSESSMENT:** Mild slowness in answering question

① Seizures
② Memory loss - most likely 2° to Sz ē meds
③ Asthma
④ Rhinitis prob allergic rhinitis
⑤ Probable hemorrhoid

**PLAN** request records from U of M
= √ CBC, lipids, CMP, UA, TSH (levels checked at [illegible])
= Consider adding antihistamine (Pt wishes to wait d/w Neurology)
= Albuterol prn
= Stitches removed ē difficulty
= Overall healthy lifestyle d/w Pt - seat belt, sunscreen, diet, exercise, safe sex

ODX 3.

**ROS**
c/o memory loss
Occ Hdy ē exposure to gases
Occ SOB = wheezy ō Δ in temperature
CV Ⓝ
Respira alse
MSK Ⓝ
Endo Ⓝ
Mother added occ pain ē BM ē BRBPR

**DIET:** ___   **RTO:** 3 mnths

**PROVIDER STAMP:**

**PROVIDER SIGNATURE:** [signature]

PRV006   **ENCOUNTER RECORD/PROGRESS NOTE**

**PATIENT NAME:** Sanchez, Efrain     **DATE:** 1-8-02

**VITAL SIGNS: T:** ____ **P:** 108 **R:** ____ **WT:** 129 **BP** 112/74 **TAKEN BY:** VMM

**CHIEF COMPLAINT:** c/o: for medication; went to hospital 12/23/01

last seizure 12/23/01

**OBJECTIVE:**

HEENT Ø
lungs clear

**ASSESSMENT:**

→ Seizure Disorder

→ Culture Needs

**PLAN:**

**IET:** | **RTO:**

**PROVIDER STAMP:** | **PROVIDER SIGNATURE:**

ENCOUNTER RECORD/PROGRESS NOTE

A-001475

## HISTORY & PHYSICAL

PT. NAME: Sanchez Efain _____ DOB: ███████ /SEX: M DATE: 9/

### I. CHIEF COMPLAINT:

Seizure disorder

### II. HISTORY OF PRESENT ILLNESS:

18 yo, H O₂.

_illegible_

_illegible_

ASTHMA

### III PAST MEDICAL HISTORY:

* SURGICAL HISTORY:

NO

* HOSPITALIZATIONS:

_illegible_

### IV ALLERGIES:

### V. MEDICATIONS:

TEGRETOL 2½ - 2 2½

### VI. SOCIAL HISTORY

*ALCOHOL: ___ SMOKING ___ NO DRUGS ___ NO ___ MARITAL STATUS

### VII. FAMILY HISTORY:

MOTHER:

FATHER: A-001476

SIBLINGS:

PT'S NAME: _Sanchez, Efrain_                                    DATE _9-10-99_

VITAL SIGNS: B.P. _120/80_ P: _80_ HT: _____ WT: _137_ TEMP: _____ BY: _OW_

## I. EXAMINATION:

GENERAL _normal looking_

HEAD _NC/AT per. (-) nystagmus)_

EENT _normal pharynx._

NECK _supple (+) JVD._

CHEST _clear lesn_

BREAST _____

HEART _RR (A+) n m, w/o_

ABDOMEN _soft, (-) HSM,_

G/U _____

RECTAL _Prostat_

FEMALE PELVIC _____

EXTREMITIES/PULSES _(-) clc/c_

SKIN _no rash_

NEUROLOGICAL _no grossical_

## II. WORKING DIAGNOSIS:

_SEIZURE DISORDER_
_ASTHMA_

## III. DIAGNOSTIC STUDIES ORDERED:

_CBC / Theophyl / CITem 20_

## IV. TREATMENT PLAN:

A. PRESCRIBED DRUGS: _Theophyl drug._

B. HEALTH EDUCATION _____

C. DIET _____

D. REFERRALS & REASONS: _____

E. RETURN VISIT: _2 w_          OLD RECORDS REQUESTED _by WATTO_
_MMA72_

PYSICIAN'S NAME: ISAAC THOMPSON, MD   SIGNATURE: _____

**CHIEF COMPLAINT:** Paper work to fill out

No seizure disorder. Want to live by himself. Last seizure was on Friday last minute. No post ictal episode.

**OBJECTIVE:** 0) cardio Sinus

Chest - clean

Com Regular

Abdn - Soft

**ASSESSMENT:** Seizure Disorder.

**PLAN:** Continue med
Advise to Berner for clearance to live by himself

**DIET:**

**RTO:**

**PROVIDER STAMP:**

**PROVIDER SIGNATURE:**

PPV/006

## ENCOUNTER RECORD/PROGRESS NOTE

INDICATES TESTING SITE SEE REVERSE SIDE

15856      AREA/ROUTE/S-UP: 56W6090
THOMPSON, ISSAC MD
2601 S MILITARY TRL STE 32
WEST PALM BEACH, FL 33415-7512


Quest
Diagnostics

MICROFILM# --

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| SANCHEZ, EFRAIN | | | 20 | M | THOMPSON, ISAAC K |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 529370E | M16515B8E | | 01292002 | 01292002 | 01302002 | 7:56AM |

REMARKS

ATTN DR BEZNER 439-0506

SS# ████ 2747                                                    FASTING: U

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| Date of Birth: ██/1981 | | | | | | |
| GGT | | 55 | | U/L | 2-60 | QDB |
| ALT | | 17 | | U/L | 2-60 | QDB |
| CBC (INCLUDES DIFF/PLT) | | | | | | QDB |
| WHITE BLOOD CELL COUNT | | 5.4 | | THOUS/MCL | 3.8-10.8 | |
| RED BLOOD CELL COUNT | | 4.39 | | MILL/MCL | 4.20-5.80 | |
| HEMOGLOBIN | | 13.8 | | G/DL | 13.2-17.1 | |
| HEMATOCRIT | | 40.5 | | % | 38.5-50.0 | |
| MCV | | 92.2 | | FL | 80.0-100.0 | |
| MCH | | 31.5 | | PG | 27.0-33.0 | |
| MCHC | | 34.2 | | G/DL | 32.0-36.0 | |
| RDW | | 12.6 | | % | 11.0-15.0 | |
| PLATELET COUNT | | 287 | | THOUS/MCL | 140-400 | |
| ABSOLUTE NEUTROPHILS | | 2906 | | CELLS/MCL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | | 1469 | | CELLS/MCL | 850-3900 | |
| ABSOLUTE MONOCYTES | | 459 | | CELLS/MCL | 200-950 | |
| ABSOLUTE EOSINOPHILS | | 421 | | CELLS/MCL | 50-550 | |
| ABSOLUTE BASOPHILS | | 65 | | CELLS/MCL | 0-200 | |
| NEUTROPHILS | | 55.3 | | % | | |
| LYMPHOCYTES | | 27.2 | | % | | |
| MONOCYTES | | 8.5 | | % | | |
| EOSINOPHILS | | 7.8 | | % | | |
| BASOPHILS | | 1.2 | | % | | |
| CARBAMAZEPINE, TOTAL | | | 2.7 L | MG/L | 4.0-12.0 | QDB |
| PHENYTOIN | | | 30.5 H | MG/L | 10.0-20.0 | QDB |
| VERIFIED BY REPEAT ANALYSIS | | | | | | |

>> END OF REPORT - SANCHEZ,EFRAIN M16515B8E <<

A-001479

1                                    INDICATES TESTING SITE SEE REVERSE SIDE

15855     AREA/ROUTE/S     56N5350
THOMPSON, ISSAC MD
2601 S MILITARY TRAIL S-32
WEST PALM BEACH, FL 33415
++-CRE



**SmithKline Beecham**
*Clinical Laboratories*

MICROFILM# 02180041041

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| SANCHEZ, ETRAIN | | | 18 | M | THOMPSON, ISSAC A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG IN DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3885129 | TP711662X | | 02172000 700AM | 02182000 | 02182000 | 9:09AM |

REMARKS
FASTING

▮ ▮ 2747

| REPORT STATUS FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| Date of Birth: ▮/1981 | | | | | | |
| COMPREHENSIVE METABOLIC PANEL WITHOUT CO2 | | | | | | MI |
| GLUCOSE | | 73 | | MG/DL | 70-115 | |
| UREA NITROGEN (BUN) | | 10 | | MG/DL | 7-25 | |
| CREATININE | | 0.8 | | MG/DL | 0.5-1.4 | |
| BUN/CREATININE RATIO | | 13 | | (CALC) | 6-25 | |
| SODIUM | | 142 | | MEQ/L | 135-146 | |
| POTASSIUM | | 4.3 | | MEQ/L | 3.5-5.3 | |
| CHLORIDE | | 103 | | MEQ/L | 95-108 | |
| CALCIUM | | 9.1 | | MG/DL | 8.5-10.3 | |
| PROTEIN, TOTAL | | 7.7 | | G/DL | 6.0-8.5 | |
| ALBUMIN | | 4.3 | | G/DL | 3.2-5.0 | |
| GLOBULIN | | 3.4 | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | | 1.3 | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | | 0.4 | | MG/DL | 0.0-1.3 | |
| ALKALINE PHOSPHATASE | | 103 | | U/L | 30-225 | |
| AST (SGOT) | | 21 | | U/L | 0-42 | |
| # Reference footnote #1 | | | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | | | MI |
| WHITE BLOOD CELL COUNT | | | 4.2 L | THOUS/MCL | 4.5-13.0 | |
| RED BLOOD CELL COUNT | | 4.65 | | MILL/MCL | 4.10-5.30 | |
| HEMOGLOBIN | | 14.3 | | G/DL | 12.0-16.0 | |
| HEMATOCRIT | | 42.9 | | % | 36.0-49.0 | |
| MCV | | 92.0 | | FL | 78.0-102.0 | |
| MCH | | 30.7 | | PG | 25.0-35.0 | |
| MCHC | | 33.3 | | G/DL | 31.0-37.0 | |
| RDW | | 13.2 | | % | 9.0-15.0 | |
| PLATELET COUNT | | 260 | | THOUS/MCL | 130-400 | |
| ABSOLUTE NEUTROPHILS | | | 1701 L | CELLS/MCL | 1800-8000 | |
| NEUTROPHILS | | 40.5 | | % | | |
| ABSOLUTE LYMPHOCYTES | | 1708 | | CELLS/MCL | 1200-5200 | |
| LYMPHOCYTES | | 40.7 | | % | | |
| ABSOLUTE MONOCYTES | | | 155 L | CELLS/MCL | 200-1100 | |
| MONOCYTES | | 3.7 | | % | | |
| ABSOLUTE EOSINOPHILS | | | 613 H | CELLS/MCL | 50-500 | |
| EOSINOPHILS | | 14.6 | | % | | |
| ABSOLUTE BASOPHILS | | 21 | | CELLS/MCL | 0-200 | |
| BASOPHILS | | 0.5 | | % | | |

>> REPORT CONTINUED ON NEXT PAGE - SANCHEZ, ETRAIN TP711662X <<

INDICATES TESTING SITE SEE REVERSE SIDE ⬆

15856    AREA/ROUTE/S    56W5350
THOMPSON, ISSAC MD
2601 S MILITARY TRAIL S-32
WEST PALM BEACH, FL 33415
****CRE


**SmithKline Beecham**
*Clinical Laboratories*

MICROFILM# 02180041041

| PATIENT NAME | | PATIENT ID | | ROOM NO | AGE | SEX | PHYSICIAN |
| SANCHEZ, ETRAIN | | | | | 18 | M | THOMPSON, ISAAC K |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE | & TIME |
| 2 | 3585128 | TP711662X | | 02172000 500AM | 02182000 | 02182000 | 8:09AM |

REMARKS   FASTING

■ ■2747

| REPORT STATUS FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
| | | IN RANGE | OUT OF RANGE | | | |

Date of Birth: ■/1981
CARBAMAZEPINE, TOTAL    11.2    MG/L    4.0-12.0    MI
POTENTIALLY TOXIC: > 12.0

Footnote 1

BECAUSE YOUR ORDER FOR A CHEMISTRY PANEL DID NOT
CONTAIN SBCL SPECIFIC TERMINOLOGY BUT INDICATED
12 OR MORE ANALYTES AND WE WERE UNABLE TO OBTAIN
A CLARIFICATION FROM YOUR OFFICE, WE PERFORMED
A COMPREHENSIVE METABOLIC PANEL WITHOUT CO2
(NA, K, CL, GLU, BUN, CR, CA, TP, ALB, TBILI, AP, AST). IF
YOU DID NOT INTEND TO ORDER A COMPREHENSIVE
METABOLIC PANEL WITHOUT CO2, PLEASE CONTACT US
IMMEDIATELY SO THAT WE CAN ADJUST OUR BILLING
APPROPRIATELY. THE USE OF SBCL-SPECIFIC
TERMINOLOGY AND/OR SBCL SELECTEST REQUISITIONS
WILL HELP ENSURE APPROPRIATE TEST ORDERING
PRACTICES.  IF YOU REQUIRE ADDITIONAL OR
ALTERNATIVE TESTING OR ADDITIONAL INFORMATION,
PLEASE PHONE YOUR LOCAL CLIENT RESPONSE CENTER.

>> END OF REPORT - SANCHEZ, ETRAIN TP711662X <<

A 001481

INDICATES TESTING SITE SEE REVERSE SIDE ▲

SANCHAZ, EFRAIN

| GE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 5293726 | MI747122E | | 02052002 | 02062002 | 02062002 | 8:23AM |

REMARKS

ATTN DR Bezner 439-0506

SS#: ████ -2747                                                    FASTING: U

| REPORT STATUS | | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | FINAL | | IN RANGE | OUT OF RANGE | | | |
| | Date of Birth: ████ /1981 | | | | | | |
| | CARBAMAZEPINE, TOTAL | | 5.7 | | MG/L | 4.0-12.0 | QDB |

>> END OF REPORT - SANCHAZ, EFRAIN MI747122E <<

Okay fax
to Dr Bezner
2/8/02

INDICATES TESTING SITE SEE REVERSE SIDE

A-001482

9/17/2002 Informed pt's mother results were okay ML—

DIAGNOSTIC TESTING GROUP ☑002

# DIAGNOSTIC TESTING GROUP
### 3713 SOUTH CONGRESS AVENUE
### LAKE WORTH, FL 33461
### PHONE (561) 964-8414

*ISAAC K. THOMPSON, MD*
*5130 LINTON BLVD., STE. 4D-5D*
*DELRAY BEACH, FL 33484*

## MRI OF THE BRAIN WITHOUT CONTRAST

PATIENT:         SANCHEZ, EFRAIN
MR#:             L303427
DATE OF TEST:    09/13/02
DOB/SEX:         ▮▮▮▮▮▮ MALE
INDICATION:      TEMPORAL LOBE SEIZURES
REF PHYSICIAN:   ISAAC K. THOMPSON, MD

**TECHNIQUE:**    Sagittal T1, axial fat sat FSE T2, axial FLAIR, trace diffusion, and coronal
FLAIR.

**FINDINGS:**    There is a trace amount of motion artifact. This unfortunately courses right
through the mesiotemporal lobe on the left. A trace amount of high T2 signal is noted in the left
mesiotemporal lobe in the hippocampal region. This could represent some degree of
mesiotemporal sclerosis. There is no evidence of a space occupying mass.

There is no intracranial hemorrhage, mass effect, midline shift or hydrocephalus.

There is no restricted diffusion to suggest an acute ischemic event.

Limited views of the cranial nerves and skull base vasculature are grossly unremarkable.

The visualized paranasal sinuses, mastoids, orbits and skull base marrow are grossly
unremarkable.

CONTINUED

A-001483

DIAGNOSTIC TESTING GROUP.                                    ☑003

PATIENT:            SANCHEZ, EFRAIN
MR#:                L303427
DATE OF TEST:       09/13/02
PAGE:               TWO

## MRI OF THE BRAIN WITHOUT CONTRAST, CONTINUED:

### IMPRESSION:

Minor high signal present in the mesiotemporal lobe on the right. This is within an area of artifact and could represent some mild mesiotemporal sclerosis, as described above. Correlate with clinical and laboratory findings.

No evidence of space occupying lesion or acute finding is present.

Thank you for this referral,

DANIEL K. BEIRNE II, MD
Neuroradiologist
DB:kay   T: 09/15/02

A-001484

**PATIENT NAME:** **SANCHEZ, EFRAIN**          **DATE SEEN: 1/13/03**

**SS #:**          ███████

**PHYSICIAN:**          **R. Eugene Ramsay, M.D.**

### FOLLOW-UP EVALUATION

**History:**

This young man has had five seizures since he was here last. They are again similar to what he has had in the past. He has a perception of a feeling of fear. He then loses consciousness. He has flexion of his arms and crosses his legs and then he will usually fall. His eyes roll up and he will have arching of his back, and he will salivate and often have urinary incontinence. The last one occurred this morning. The seizures are stereotyped. He is presently on carbamazepine 800 mg and Keppra 2000 mg a day. He has been compliant with his medications although he did run out of the 400 mg extended release carbamazepine, and it was refilled with 200 mg standard Tegretol. For one day, he was taking one 200 mg b.i.d. which was just for yesterday. I have instructed them to increase that to two pills b.i.d. as of today. There have been no interim medical problems.

**Examination:**

Weight: 135 pounds. Blood pressure: 129/61. Pulse: 63 and regular. Respirations: 16. Neurological exam was normal.

**Disposition:**

There have been some mixed visits, and we talked with the sponsoring company and they have agreed as long as the rest of the visits are met that he can still remain in the study. This will be a 2b visit. We will draw blood levels, and he will return in four weeks, at which time Talampanel will be started.

R. Eugene Ramsay, M.D.
Professor of Neurology
Director, International Center for Epilepsy
University of Miami

RER/COMP/cac.26546

PATIENT NAME: SANCHEZ, EFRAIN    DATE SEEN: 10/22/02
SS #: ███████
PHYSICIAN: R. Eugene Ramsay, M.D.

## FOLLOW-UP EVALUATION

### History:

The patient has had 10 complex partial seizures since he was here last on 09/09/02. He is presently on carbamazepine 800 and Keppra 2000 mg a day. He is tolerating this dose well but unfortunately continues to have frequent seizures. He has had a history of asthma but has had no exacerbations in the interim. He is here as part of the Talampanel study.

### Examination:

Weight: 136 pounds. Blood pressure: 124/73. Pulse: 50 and regular. Respirations: 16. Temperature: 97.5. Neurological examination was completely normal.

### Disposition:

He will stay on his present medications and return as per protocol to be started on Talampanel.

R. Eugene Ramsay, M.D.
Professor of Neurology
Director, International Center for Epilepsy
University of Miami

RER/COMP/cac.18580

A-001486

PATIENT NAME: SANCHEZ, EFRAIN        DATE SEEN: 10/07/02
PHYSICIAN:        Merredith R. Lowe, M.D.

## FOLLOW-UP EVALUATION

**History:**

The patient returns for a follow-up visit. The patient is being screened for the Talampanel Study. The patient reports that since the last visit on September 9, 2002, the patient has had eight secondary generalized seizures. The patient states that he gets a warning prior to these events which he describes as a feeling of fear. The patient is taking carbamazepine 400 mg p.o. b.i.d. and Keppra 1000 mg p.o. b.i.d. The patient states that he feels well on the current regimen, however, continues to have seizures. Since the last visit, patient had an asthma attack on October 5, 2002. The patient was started on prednisone 50 mg tablets 1 tablet per day for four days and an albuterol inhaler. The albuterol inhaler is used p.r.n. The patient was also started on erythromycin 500 mg p.o. q.i.d. for seven days for bronchitis.

**Examination:**

The patient is alert and oriented x 3. Speech is fluent. Comprehension is intact. Mood and affect are appropriate. The patient is in no acute distress. Cranial nerves II-XII are intact. Examination of the fundi reveal the discs to be sharp. No visual field cuts present. Motor function is intact. Sensory function is intact to all modalities. Coordination is intact. Deep tendon reflexes are symmetric. No Babinski sign is present. Gait is steady. No Romberg sign present.

**Impression:**

The patient with secondary generalized seizures being screened for the Talampanel Study. The patient has had eight seizures since the last visit.

**Plan:**

The patient will continue on the current regimen and will continue screening for the Talampanel Study. The patient will return as per study protocol.

Merredith R. Lowe, M.D.
Assistant Professor of Neurology
International Center for Epilepsy
University of Miami
MRL/COMP/cac.16431

**PATIENT NAME:** **SANCHEZ, EFRAIN**   **DATE SEEN: 09/09/02**
**SS #:**
**PHYSICIAN:**   **R. Eugene Ramsay, M.D.**

## FOLLOW-UP EVALUATION

### History:

This gentleman is here as a screening visit for a Talampanel study. He was here last on 08/20/02 and subsequently has had four secondary generalized seizures. He is on Keppra 2000 mg and Tegretol XR 800 mg a day. Documented seizures occurred on 08/20, 09/03, 09/05, and 09/08. He has had no interim medical problems and is not reporting any complaints about the medication. Four months ago, he had an infected left ear and was in the hospital for 14 days. That has cleared.

### Examination:

Weight 137 lbs. Blood pressure 124/81. Pulse 85 and regular. Neurological examination was normal.

### Disposition:

He will stay on the same dose of medication and return as per protocol.


R. Eugene Ramsay, M.D.
Professor of Neurology
Director, International Center for Epilepsy
University of Miami

RER/COMP/cac.14028

A-001488

ALLEN H. BEZNER, M. D., P. A.
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY    ●    ELECTROMYOGRAPHY    ●    EVOKED POTENTIALS

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS, FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

July 18, 2002

## FOLLOW UP VISIT

RE: SANCHEZ, EFRAIN

SUBJECTIVE:                      The patient has a diagnosis of
                                 seizures.

OBJECTIVE:                       He is presently on Keppra 750 mg.
                                 b.i.d. He is on Depakote and
                                 Tegretol. His Depakote level was
                                 77, his Tegretol level was 6.2.
                                 I have tried to increase the
                                 Tegretol however, he becomes too
                                 lethargic.

PLAN;                            At this point, the patient is
                                 still having break through seizures
                                 on triple drug therapy. I would
                                 therefore recommend he be seen by
                                 Dr. Eugene Ramsey who is chief
                                 of the Epilepsy Clinic at the
                                 University of Miami for further
                                 evaluation.

                                 Allen H. Bezner, M.D.

                                 AHB/m

**ALLEN H. BEZNER, M. D., P. A.**
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

| BOARD CERTIFIED ELECTROENCEPHALOGRAPHY | ● | ELECTROMYOGRAPHY | ● | EVOKED POTENTIALS |
|---|---|---|---|---|

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS. FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0508

May 8, 2002

## FOLLOW UP VISIT

RE:   SANCHEZ, EFRAIN

SUBJECTIVE:   The patient has a diagnosis of seizures.

OBJECTIVE:   He is presently on Tegretol 1 gram per day along with Depakote 1 gram per day. He did have recurrent seizure. His Depakote level was only 52.

PLAN:   I am going to increase the Depakote to 500 mg. t.i.d., maintain the same level of Tegretol and continue the Kepra 500 mg. b.i.d. and will re-evaluate him in one month. I shall recheck the blood levels and further recommendations to follow. He has been advised not to drive.

Allen H. Bezner, M.D.

AHB/m

FAXED TO DR. THOMPSON

ALLEN H. BEZNER, M. D., P. A.
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY        ●        ELECTROMYOGRAPHY        ●        EVOKED POTENTIALS

J. F. K. MEDICAL CENTER                                                          TELEPHONES (561) 439-1234
116 J. F. K. DRIVE                                                                           (561) 369-1414
ATLANTIS, FLORIDA 33462                                                          FAX (561) 439-0506

June 12, 2002

## FOLLOW UP VISIT

RE:   SANCHEZ, EFRAIN

**SUBJECTIVE:**   The patient has a diagnosis of seizures.

**OBJECTIVE:**   He is presently on Tegretol and Depakote. However, according to his mother he still had two further seizures. He is also maintained on Keppra 500 mg. b.i.d.

His drug level of Tegretol was 6.2 his Depakote level was 93.

**ASSESSMENT:**   On examination he had no nystagmus. He had no focal deficits. He had no cerebellar dysmetria and his gait was normal.

**IMPRESSION:**   Seizures, still having break through events.

**PLAN:**   At this time, I am going to increase the Tegretol to 400 XR t.i.d. and maintain the Keppra and Depakote and re-evaluate him in one month and if still no improvement will further increase the Keppra this time.

Allen H. Bezner, M.D.

FAXSR: QUEST DIAGNOSTICS At 11-JUN-2002 15:45 Page 1



**FAX
LABORATORY REPORT
Quest
Diagnostics**

```
8200018  AREA/ROUTE/STOP: 6800000
WELLINGTON-PSC
10397 SOUTHERN BL(KMART PLAZA)
ROYAL PALM BEACH, FL 33411
```

| PATIENT NAME | | | PATIENT ID | | | ROOM NO. | AGE | SEX | PHYSICIAN | |
|---|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ, EFRAIN | | | | | | | 21 | | BEZNER, ALLEN H | |

| AGE | REQUISITION NO. | ACCESSION NO. | LAB REF | COLLECTION DATE & TIME | LOG-IN-DATE | FAX DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 7990716 | MI305176G | | 06062002  4:30  PM | 06072002 | 06112002 | 4:43PM |

REMARKS

FASTING: U

| REPORT STATUS: FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| Date of Birth: ████/1981 | | | | | | |
| A COPY OF THIS REPORT HAS BEEN SENT TO: ALLEN BEZNER, 116 JFK CIRCLE BLDG STE 110 LAKE WORTH, FL 33462 | | | | | | |
| | ALT | 13 | | U/L | 2-60 | MI |
| | CBC (INCLUDES DIFF/PLT) | | | | | MI |
| | WHITE BLOOD CELL COUNT | 5.3 | | THOUS/MCL | 3.8-10.8 | |
| | RED BLOOD CELL COUNT | 4.45 | | MILL/MCL | 4.20-5.10 | |
| | HEMOGLOBIN | 13.9 | | G/DL | 13.2-15.5 | |
| | HEMATOCRIT | 41.1 | | % | 38.5-45.0 | |
| | MCV | 92.4 | | FL | 80.0-100.0 | |
| | MCH | 31.2 | | PG | 27.0-33.0 | |
| | MCHC | 33.8 | | G/DL | 32.0-36.0 | |
| | RDW | 12.3 | | % | 11.0-15.0 | |
| | PLATELET COUNT | 199 | | THOUS/MCL | 140-400 | |
| | ABSOLUTE NEUTROPHILS | 2094 | | CELLS/MCL | 1500-7800 | |
| | ABSOLUTE LYMPHOCYTES | 1924 | | CELLS/MCL | 850-3900 | |
| | ABSOLUTE MONOCYTES | 456 | | CELLS/MCL | 200-950 | |
| | ABSOLUTE EOSINOPHILS | | 795 H | CELLS/MCL | 50-550 | |
| | ABSOLUTE BASOPHILS | 32 | | CELLS/MCL | 0-200 | |
| | NEUTROPHILS | 39.5 | | % | | |
| | LYMPHOCYTES | 36.3 | | % | | |
| | MONOCYTES | 8.6 | | % | | |
| | EOSINOPHILS | 15.0 | | % | | |
| | BASOPHILS | 0.6 | | % | | |
| | CARBAMAZEPINE, TOTAL | 6.2 | | MG/L | 4.0-12.0 | MI |
| | VALPROIC ACID | 93 | | MG/L | 50-100 | MI |

```
** IF AGE AND/OR SEX ARE NOT GIVEN, REFERENCE INTERVALS SHOWN
   ARE THE NARROWEST APPLICABLE ADULT MALE AND/OR FEMALE RANGES **
      Hard Copy with additional information to follow

        >> END OF REPORT - SANCHEZ,EFRAIN MI305176G <<
```

ISAAC THOMPSON MD PA                     PAGE  01

ALLEN H. BEZNER, M.D., P.A.
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY    •    ELECTROMYOGRAPHY    •    EVOKED POTENTIALS

J.F.K. MEDICAL CENTER                                    TELEPHONES (561) 439-1234
116 J.F.K. DRIVE                                                        (561) 369-1414
ATLANTIS, FLORIDA 33462                                          FAX (561) 439-0606

February 8, 2002

FOLLOW UP VISIT

RE:  SANCHEZ, EFRAIN

SUBJECTIVE:                    The patient has a diagnosis of
                               seizures.

OBJECTIVE:                     He was evaluated with EEG which
                               revealed a left temporal lobe
                               focus.  The patient was still
                               having seizures. His Tegretol
                               level was 5.7.

PLAN:                          At this point, I am going to
                               increase his Tegretol to 1 gram
                               per day and see how he does with
                               that and will re-evaluate him
                               within the month.

                               Allen H. Bezner, M.D.

                               AHB/m

FAXED TO DR. THOMPSON

02/12/2002  10:30    5614991318          ISAAC THOMPSON MD PA                    PAGE  02

ALLEN H. BEZNER, M. D.
NEUROLOGY

116 J. F. K. CIRCLE   ●   ATLANTIS, FLORIDA 33462   ●   (305) 439-1234

BOARD CERTIFIED E.E.G.
ELECTROMYOGRAPHY
EVOKED POTENTIALS

## REPORT OF ELECTROENCEPHALOGRAM

EEG # _____

Patient: Sanchez, Efrain _____ Age: _____ Date: 2-8-02

Ref: _____ Hosp: _____ Room: _____

**HISTORY**

The patient has a diagnosis of seizures.

**FINDINGS**

This EEG was performed on a 10 channel machine. The background rhythm was in the range of 9 Hz. alpha activity best seen over the posterior head regions bilaterally and symmetrically. Throughout the record there was some slowing over the left temporal region. Also, occasional sharp waves were noted also emanating from the left temporal area. This did not organize into any generalized seizure. Hyperventilation was not performed and photic stimulation did not significantly alter the record.

**IMPRESSION**

This is an abnormal EEG with the finding of slowing and sharp waves over the left temporal area. The findings are consistent with a left temporal seizure focus.

Allen H. Bezner, M.D.



02/12/2002  10:30    5614991318                ISAAC THOMPSON MD PA                      PAGE   03

# Brainstem Auditory Evoked Response
## BAER
### For non-invasive assessments of auditory pathways and function

BAERs are scalp recordings of activity evoked
sequentially along auditory pathways.



**ALLEN H. BEZNER, M.D.**
**116 J.F.K. CIRCLE**
**ATLANTIS, FLORIDA 33462**
**TELEPHONE (305) 439-1234**

PATIENT: SANCHEZ, EFRAIN          AGE: 20M        DATE: 2-8-02

REF:_____      HOSP:_____    ROOM: O.P.

BAER was performed using the click stimulus. Each ear was stimulated separately
and both ipsilateral and contralateral wave forms were recorded. The stimulus
intensity was 70 decibels bilaterally.

The absolute latencies for the 1-5 were within normal limits bilaterally as
were the right/left differences.

The interpeak latencies for the 1-3, 1-5, and 3-5 were also within normal
limits as were the right/left diferrences.

IMPRESSION:              Normal BAER.

ALLEN H. BEZNER, M.D.

Feb. 11 2002 10:12AM  P3        FAX NO. :5614396506                FROM :ALLEN BEZNER MD
A-001495

*ALLEN H. BEZNER, M. D., P. A.*
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY  •  ELECTROMYOGRAPHY  •  EVOKED POTENTIALS

J. F. K. MEDICAL CENTER
116 J. F. K. DRIVE
ATLANTIS, FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

January 22, 2002

## NEUROLOGIC CONSULTATION

RE:  <u>SANCHEZ, EFRAIN</u>

Isaac Thompson, M.D.



Dear Isaac:

Thank you for having me see Mr. Sanchez in neurologic consultation.
As you know, he is a 20-year-old who presents with a chief
complaint of seizures.

The history of the present illness dates back to age 3 when he has
had seizures.   There is no family history for seizures and he denies
any alcohol or drug abuse.   He did have some ear infections when
he was a child. There was no problem at birth.

Apparently, by old records his birth weight was 8 lbs. 8 oz. with
a normal perinatal history.

As noted above, he did have extensive hospitalizations for ear
infections.   There was no history of meningitis.   The patients
seizures have been poorly controlled. He has been on <u>Zonergan</u>,
<u>Tegretol</u> and just recently <u>Dilantin</u> was started. His Tegretol levels
have been in high therapeutic range.   He presents for further
evaluation.

A-001496

Isaac Thompson, M.D.
RE:   SANCHEZ, EFRAIN
January 22, 2002

PAGE TWO


| | |
|---|---|
| PAST MEDICAL HISTORY | Unremarkable. |
| MEDICATIONS | Dilantin 300 mg. a day, Zonergan and Tegretol 200 mg. b.i.d. |
| ALLERGIES | None. |
| SOCIAL HISTORY | He doesn't drink or smoke. |
| GENERAL EXAMINATION | He is a 20-year-old in no acute distress. |
| MENTAL STATUS | He is alert, he followed all commands. His speech was fluent. |
| CRANIAL NERVE EXAMINATION | The pupils were 3 mm. the discs were sharp.  Extra ocular movements were full with no nystagmus.  He had no facial asymmetry, the tongue was midline. |
| MOTOR EXAMINATION | He had normal tone with no drift. He had 5/5 motor power throughout. The reflexes were 2+ and symmetrical, the plantars were downgoing. |
| SENSORY EXAMINATION | Intact to all modalities. |
| CEREBELLAR EXAMINATION | Revealed no dysmetria. |
| GAIT EXAMINATION | Normal. |

A-001497

Isaac Thompson, M.D.
RE:   SANCHEZ, EFRAIN
January 22, 2002

PAGE THREE

IMPRESSION:

History of seizures since age 3.   His MRI of the brain was normal.

At this time as he is having some dizziness along with his
seizures, I shall obtain EEG and BAER.   According to the mother,
the seizures consist of altered consciousness.  He doesn't lose
consciousness.   He doesn't have tongue biting or incontinence.

At this point, I am going to stop the Zonergan and see how he does
on the Dilantin and Tegretol and if the seizures are not controlled,
I am decide to switch him to Deoakote and see if that works
better.   I am also going to check his EEG and make sure that he
id not have any petit mal seizures which may not respond to the
present medications that he is taking.   He has been advised of
course, not to drive and I shall re-evaluate him after the EEG
is obtained.

Thank you for having me see this interesting young man in
neurologic consultation.

Best personal regards,

Allen H. Bezner, M.D.

AHB/m

A-001498

Jan-22-02 12:36P

P.02

### ALLEN H. BEZNER, M. D., P. A.
DIPLOMATE OF THE AMERICAN BOARD OF
PSYCHIATRY AND NEUROLOGY

BOARD CERTIFIED ELECTROENCEPHALOGRAPHY   •   ELECTROMYOGRAPHY   •   EVOKED POTENTIALS

J F. K. MEDICAL CENTER
116 J F K DRIVE
ATLANTIS. FLORIDA 33462

TELEPHONES (561) 439-1234
(561) 369-1414
FAX (561) 439-0506

January 22, 2002

## NEUROLOGIC CONSULTATION

RE:  SANCHEZ, EFRAIN

Isaac Thompson, M.D.

██████████████     ██████████
██████████████  ███  ██████

Dear Isaac:

Thank you for having me see Mr. Sanchez in neurologic consultation.
As you know, he is a 20-year-old who presents with a chief
complaint of seizures.

The history of the present illness dates back to age 3 when he has
had seizures. There is no family history for seizures and he denies
any alcohol or drug abuse. He did have some ear infections when
he was a child. There was no problem at birth.

Apparently, by old records his birth weight was 8 lbs. 8 oz. with
a normal perinatal history.

As noted above, he did have extensive hospitalizations for ear
infections. There was no history of meningitis. The patients
seizures have been poorly controlled. He has been on Zonergan,
Tegretol and just recently Dilantin was started. His Tegretol levels
have been in high therapeutic range. He presents for further
evaluation.

A-001499

Isaac Thompson, M.D.
RE: SANCHEZ, EFRAIN
January 22, 2002

PAGE TWO

PAST MEDICAL HISTORY          Unremarkable.

MEDICATIONS                   Dilantin 300 mg. a day, Zonergan
                              and Tegretol 200 mg. b.i.d.

ALLERGIES                     None.

SOCIAL HISTORY                He doesn't drink or smoke.

GENERAL EXAMINATION           He is a 20-year-old in no acute
                              distress.

MENTAL STATUS                 He is alert, he followed all commands.
                              His speech was fluent.

CRANIAL NERVE EXAMINATION     The pupils were 3 mm. the discs
                              were sharp.  Extra ocular movements
                              were full with no nystagmus.  He
                              had no facial asymmetry, the tongue
                              was midline.

MOTOR EXAMINATION             He had normal tone with no drift.
                              He had 5/5 motor power throughout.
                              The reflexes were 2+ and
                              symmetrical, the plantars were
                              downgoing.

SENSORY EXAMINATION           Intact to all modalities.

CEREBELLAR EXAMINATION        Revealed no dysmetria.

GAIT EXAMINATION              Normal.

A-001500

is obtained.

Thank you for having me see this interesting young man in neurologic consultation.

Best personal regards,

Allen H. Bezner, M.D.

AHB/m

A-001501

# LASZLO J. MATÉ, M.D., P.A.

ADULT AND CHILD NEUROLOGY
DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
WITH SPECIAL QUALIFICATIONS IN CHILD NEUROLOGY

## FOLLOW-UP VISIT: 9/13/01

### RE:    EFRAIN SANCHEZ

This is a follow-up visit by this 20-year-old male with a history of seizure disorder.  Reportedly he still has a few very short seizures.  They last five to six seconds maximum.  His levels were fine.  His Tegretol was 10 which is in the high end of the therapeutic range.  In addition, he is taking Zonegran 100 mg b.i.d.

### PLAN:

I am going to increase his Zonegran to 200 mg at bedtime.  Continue with the same dose of Carbatrol.  Since we are going off his insurance plan, he should follow-up with his primary care physician or with another neurologist.


**LASZLO J. MATÉ, M.D.**

LJM/cr
Cc:    Isaac Thompson, M.D.

D:    9/13/01
T:    9/17/01

A-001502

927 45TH STREET • SUITE 105 • WEST PALM BEACH, FL 33407-2450 • PHONE (561) 882-0088 • FAX (561) 842-4983

## LASZLO J. MATÉ, M.D., P.A.

ADULT AND CHILD NEUROLOGY
DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
WITH SPECIAL QUALIFICATIONS IN CHILD NEUROLOGY

### FOLLOW-UP VISIT: 1/3/01

### RE:   EFRAIN SANCHEZ

This is a follow-up visit by this 19-year-old boy with a history of seizure disorder. He is currently taking Zonegran 100 mg b.i.d. plus Carbatrol 300 mg b.i.d.  His seizure control has been good except for New Year's Day, when he went to bed the previous night.  He probably took the morning medication late as well.  Otherwise, as long as he takes the medication as prescribed and is not sleep-deprived he is doing well.

### PLAN:

His last blood work was in September, so I would like him to have another blood work.  I am going to see him back in about six months.  Meanwhile, he should continue with his current dose.

LASZLO J. MATÉ, M.D.

LJM/cr
Cc:   Isaac Thompson, M.D.
D:   1/3/01
T:   1/8/01

A-001503

927 45TH STREET · SUITE 105 · WEST PALM BEACH, FL 33407-2450 · PHONE (561) 882-0088 · FAX (561) 842-4983

# LASZLO J. MATÉ, M.D., P.A.

ADULT AND CHILD NEUROLOGY
DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
WITH SPECIAL QUALIFICATIONS IN CHILD NEUROLOGY

## FOLLOW-UP VISIT:  5/19/00

### RE:   EFRAIN SANCHEZ

This is a follow-up visit by this 18-year-old boy who was seen here in January.  The school requested that he be re-evaluated on an emergency basis because he is having seizures on a daily basis.  The teachers clearly noticed that the seizures started since he took a job which keeps him up until about midnight or 1 o'clock in the morning.  In the morning, when he goes to school at 7:30 he is exhausted and that is when the short seizures occur.

His last blood level in February was 11.5, which is in the high therapeutic range. He claims to be very compliant with his medication of 400 mg of Tegretol t.i.d.

## PHYSICAL EXAMINATION

The patient is fully awake, alert and oriented.  Related well with the examiner.  Use of language was correct.  Ocular movements were full; no nystagmus.  Fundi were benign.  Gait was normal.  No drift on extended arms.  No dysmetria; no abnormal movements were seen.  No areas of focal weakness.  Reflexes were symmetrical.  Sensory examination was normal.

## PLAN:

The mother wants to switch him to something twice a day which is fine with me.  I am going to switch him to Carbatrol 600 mg b.i.d.

In two weeks he will need another blood test to see the Tegretol level to see if any further adjustment is required.  In addition, I emphasized the need for him to get sufficient sleep which they hopefully understood.  I am going to see him back in about a month.

LASZLO J. MATÉ, M.D.

LJM/cr
Cc:    Isaac Thompson, M.D.

D:    5/19/00
T:    5/22/00

# LASZLO J. MATÉ, M.D., P.A.

ADULT AND CHILD NEUROLOGY
DIPLOMATE AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
WITH SPECIAL QUALIFICATIONS IN CHILD NEUROLOGY

**INITIAL VISIT – JANUARY 25, 2000**

**RE:    EFRAIN SANCHEZ**

This is a first visit by this 18-year-old right-handed Hispanic male who came into my office today for evaluation and management of seizures. Reportedly, he has been under the care of Dr. Walter Martinez, who saw him at CMS. After age 18, he was discharged from CMS, according to the mother, which was unusual because they normally follow them until age 21. Basically, the child has never been well-controlled. He is currently taking Tegretol 200 mg tablets, 2½ in the morning, 2 at noon and 2½ at night. He has about four or five seizures a month. The last one occurred yesterday. The mother describes the generalized tonic clonic seizure activity. The child is in regular school but reportedly in special classes. Interestingly enough, the child was supposedly born in the United States, but his English is very limited.

In the past he was on Dilantin and it is unclear why he was switched over to Tegretol. The mother denies any other medications in the past.

**PAST MEDICAL HISTORY:** His birthweight was 8 lb 8 oz with a normal perinatal history. Around six months of age he had extensive hospitalizations for ear infection. Reportedly he was in the hospital for two weeks which is somewhat surprising. I suspect there may have been some other disease, but the mother specifically denies the possibility of meningitis.

**MEDICATIONS:** Tegretol 200 mg tablets, 2½ in the morning, 2 at noon and 2½ at night.

**FAMILY HISTORY:** No family history of seizures.

**PHYSICAL EXAMINATION**

This is a well-developed, well-nourished male.

**NEUROLOGIC EXAMINATION**

**MENTAL STATUS:** He is very slow. His English is very limited. His head circumference is 55 cm, which is in the 25th percentile. No other dysmorphic features are noted.

**CRANIAL NERVES:** Cranial nerves II-XII are within normal limits.

**MOTOR EXAM:** Motor strength is grossly 5/5

**REFLEXES:** Deep tendon reflexes were normal; 2/4.

A-001505

927 45TH STREET • SUITE 203 • WEST PALM BEACH, FL 33407-2450 • PHONE (561) 882-0088 • FAX (561) 842-8190

RE:   EFRAIN SANCHEZ
Page Two


**COORDINATION:** Gait, including heel, toe and tandem gait were normal. Finger-to-nose, rapid alternating movements and fine finger movements were normal. No truncal ataxia.

**IMPRESSION:**

This is a nonfocal neurological examination of this otherwise slow 18-year-old Hispanic male with seizure disorder.

**PLAN:**

I would like to get his records from CMS. He is going to be scheduled for a Tegretol level, MRI and EEG, and I am going to see him back in about three months, and we will see if any adjustment in his medication will be feasible to obtain better seizure control.


LASZLO J. MATÉ, M.D.

LJM/cr
Cc:   Isaac Thompson, M.D.

D:    1/25/00
T:    1/26/00

A-001506

DIAGNOSTIC TESTING GROUP                                                ☑001

# DIAGNOSTIC TESTING GROUP
### 3713 SOUTH CONGRESS AVENUE
### LAKE WORTH, FL 33461
### PHONE (561) 964-8414

### ISAAC K. THOMPSON, MD
### 5130 LINTON BLVD., STE. 4D-5D
### DELRAY BEACH, FL 33484

## MRA OF THE BRAIN WITHOUT CONTRAST

PATIENT:            SANCHEZ, EFRAIN
MR#:                L303427
DATE OF TEST:       09/13/02
DOB/SEX:            ███████ MALE
INDICATION:         TEMPORAL LOBE SEIZURES
REF PHYSICIAN:      ISAAC K. THOMPSON, MD

**TECHNIQUE:**       3-D time-of-flight images of the intracranial circulation were performed with 3-D reconstruction pre-intravenous and post-intravenous injection of 17 cc of Gadolinium contrast medium.

**FINDINGS:**       Both carotid siphons are patent without stenosis or occlusion. Bilateral A1 and M1 segments are widely patent without deviation, occlusion or stenosis. There is no evidence of aneurysm within the Circle of Willis. Second order vessels of the anterior and middle cerebral arteries are patent and unremarkable.

The vertebral basilar system is grossly unremarkable. The posterior cerebral arteries appear normal in course and caliber.

**IMPRESSION:**

No aneurysm or proximal arterial stenosis within the intracranial circulation.

Thank you for this referral,

DANIEL K. BEIRNE II, MD
Neuroradiologist
DB:kay  T: 09/15/02

9/17/2002 Informed pt's mother results were okay ML—

## CRESTHAVEN MEDICAL CENTER, INC.

INTERNAL MEDICINE & PEDIATRICS

2601 South Military Trail, Suite 32/33
West Palm Beach, Florida 33415
(561) 964-8557
Fax (561) 964-7226

*May 11, 2005.*

*TO: PUBLIC DEFENDER OFFICE*
*RE: MEDICAL RECORDS( EFRAIN SANCHEZ)* Defendant

*The fee for the Medical Records will be $ 55.oo Payable to*
*Crest Haven Medical Center*
*Tax ID#650637158.*

case #'s    04CF0145551A02
05CF002896A02

INVOICE DATE REC'D
GOODS REC'D
BY
PUBLIC DEFENDERS OFFICE - 15th CIRCUIT
MAY 11

*Term 2003*



# McDermott
## Investigations, Inc.

P.O. Box 212979, Royal Palm Beach, FL 33421
Phone: 561-833-5005 · License # A96 00267

February 27, 2008

Divosta Homes
4500 PGA Boulevard, Suite 400
Palm Beach Gardens, FL 33418

RE: Ricardo Sanchez, Jr ███████████

To whom it may concern;

Enclosed please find a release of records for the above named individual. Mr. Sanchez was employed by Divosta Homes between 2002-2005.

Please provide any and all records related to Mr. Sanchez's employment, including but not limited to workman's compensation, applications, payroll, evaluations, reports, notes and any other documents that might exist.

If there are any questions, please call 561-758-1300. My office agrees to pay the costs of copying not to exceed $25.00. Thank you in advance for your cooperation.

Sincerely,

Lisa McDermott

WC 555666 479
813 264 6588

<u>AUTHORIZATION FOR RELEASE</u>
<u>OF</u>
<u>GENERAL AND/OR CONFIDENTIAL INFORMATION</u>

RE: Ricardo Sanchez
DOB ████████ 83
SSN:

Dear Sirs,

You are hereby authorized to release any and all information requested, including that deemed confidential. This consent includes, all medical records including all X-Ray, CAT Scan and MRI films, social service records, unemployment & social security records, psychiatric records, credit reports, telephone and cellular phone records, school records and any and/or all other records deemed confidential. This release waives any and all liability for such disclosure. This consent for release of general and/or confidential information will expire one hundred eighty (180) days after the date signed below, or sooner, at my election, except to the extent that action has been taken in reliance upon this authorization.

My authorized representative is McDermott Investigations, Inc., P.O. Box 212979, Royal Palm Beach, Florida, 33421 and the telephone number is (561) 833-5005  Thank you for your cooperation in this matter.

DATED: 2-27-08

_[signature]_

A-001510

```
16:38:37      MCG908        PERSONNEL DATA MAINTENANCE       CHG       3/17/08
                               Name And Address
       Employee number: 15340        Social security number    6903
```

```
     Last name......: SANCHEZ JR.      First: RICARDO        M.I.: _
     Street/P.O. box:
     City, state....: WEST PALM BEACH, FL
     Postal code....: 33413            Telephone 1:
     Fax number.....:
     Secondary address                Which address on check? 0    0=Address 1
     Street/P.O. box:                                              1=No address
     City, state....:                                              2=Address 2
     Postal code....:                 Telephone 2:

     Birth date.....:        1983  Occupation code: 0000009 LABORER
     Gender.........: M   (M,F)  E.E.O. code....: S    Federal marital status: 1
     Pay frequency..: 1          Fed. exemptions: 1    Exempt from F.I.C.A...: _
     Add'l F.I.T. %.:            Add'l F.I.T. amount:
     Overrides
     Tax state: 12  S.U.I. state: 12  W/C state: 12  W/C class/ref:   42
     County...:      City........:
   F4=List  F6=Update  F14=State/County/City information  F18=Direct deposit
```

A-001511

```
                 Work with OSHA/Workers Comp Cases                    HROM28

   RICARDO SANCHEZ JR.                    ████-6903         Emp#:     15340

        Case #
        _____

   Type options, press Enter.
     2=Change      4=Delete       5=Display

   Opt Case #    Date     Case/Injury Description
     _    20325 11/19/2002 STRAINED SHOULDER




                                                                  Bottom

   F1=Help     F3=Exit          F5=Refresh     F6=Create
```

A-001512

Work with Employee Remarks                                   HROM60

RICARDO SANCHEZ JR.                          ▇▇▇-6903        Emp#:      15340

    Line
    _____

Type options, press Enter.
  4=Delete

Opt  Line       Remarks/Comments
 __    1.00     05-19-2003, fired warned 3 times of tardiness
 __    2.00     08252003 LATE EVERYDAY NOT WORKING UP TO CO. EXPECTATIONS

                                                                   Bottom
F1=Help        F3=Exit      F5=Refresh      F17=Top      F18=Bottom

A-001513

```
                      Work with Employee Job History                HROM14

  RICARDO SANCHEZ JR.                        6903        Emp#:      15340

       Change Date
       _____

  Type options, press Enter.
   2=Change      4=Delete      5=Display

 Opt Change Date Reason     Job Code   Title/Description    Pay Rate  / Rating
  _    8/25/2003  FIRED     9          LANDSCAPE LABORER   $     9.000 H
  _    8/13/2003  REHIRE    9          LANDSCAPE LABORER   $     9.000 H
  _    5/19/2003  FIRED     9          CLEANING LABORER    $     9.000 H
  _    1/01/2003  ANNUAL    9          LANDSCAPE LABORER   $     9.000 H
  _    9/17/2002  NEW HIRE  9          CLEANING LABORER    $     8.500 H




                                                              Bottom
  F1=Help     F3=Exit     F5=Refresh     F6=Create     F23=Fold/Unfold
```

A-001514

Form **8850**
(Rev. November 1998)
Department of the Treasury
Internal Revenue Service

**Pre-Screening Notice and Certification Request for the Work Opportunity and Welfare-to-Work Credits**

► See separate instructions.

OMB No. 1545-1500

**Job applicant: Fill in the lines below and check any boxes that apply. Complete only this side.**

Your name _Ricardo Suypher_          Social security number ► ▮▮▮▮ 6903

Street address where you live ▮▮▮▮▮▮▮▮▮▮

City or town, state, and ZIP code _W PB FL 33413_

Telephone no. (▮▮▮) ▮▮▮▮▮

If you are under age 25, enter your date of birth (month, day, year) ▮▮▮ 85

---

**Work Opportunity Credit**

1  ☐  Check here if you received a conditional certification from the state employment security agency (SESA) or a participating local agency for the work opportunity credit.

2  ☐  Check here if any of the following statements apply to you.

- I am a member of a family that has received assistance from Aid to Families with Dependent Children (AFDC) or its successor program, Temporary Assistance for Needy Families (TANF), for any 9 months during the last 18 months.

- I am a veteran and a member of a family that received food stamps for at least a 3-month period within the last 15 months.

- I was referred here by a rehabilitation agency approved by the state or the Department of Veterans Affairs.

- I am at least age 18 but not over age 24 and I am a member of a family that:
  a Received food stamps for the last 6 months, OR
  b Received food stamps for at least 3 of the last 5 months, BUT is no longer eligible to receive them.

- Within the past year, I was convicted of a felony or released from prison for a felony AND during the last 6 months I was a member of a low-income family.

- I received supplemental security income (SSI) benefits for any month ending within the last 60 days.

---

**Welfare-to-Work Credit**

3  ☐  Check here if you received a conditional certification from the SESA or a participating local agency for the welfare-to-work credit.

4  ☐  Check here if you are a member of a family that:
- Received AFDC or TANF payments for at least the last 18 months, OR
- Received AFDC or TANF payments for any 18 months beginning after August 5, 1997, OR
- Stopped being eligible for AFDC or TANF payments after August 5, 1997, because Federal or state law limited the maximum time those payments could be made.

---

**All Applicants**

Under penalties of perjury, I declare that I gave the above information to the employer on or before the day I was offered a job, and it is, to the best of my knowledge, true, correct, and complete.

Job applicant's signature ►                                    Date  /  /

For Privacy Act and Paperwork Reduction Act Notice, see page 2.          Cat. No. 22851L          Form **8850** (Rev. 11-98)

A-001515

Form 8850 (Rev. 11-98)                                                                                                      Page **2**

## For Employer's Use Only

Employer's name _DiVosta Bld Corp_ Telephone no. _561 627 2112_ EIN ▶ _____

Street address _4600 PGA Blvd Ste 400_

City or town, state, and ZIP code _Palm Bch Grd. FL 33418_

Person to contact, if different from above _____ Telephone no. ( ___ ) ___ - ___

Street address _____

City or town, state, and ZIP code _____

If, based on the individual's age and home address, he or she is a member of group 4 or 6 (as described under Members of Targeted Groups in the separate instructions), enter that group number (4 or 6) . . . . . . . . . . . . . . . ▶ _____

| DATE APPLICANT: | Gave information | Was offered job | Was hired | Started job |
|---|---|---|---|---|
| | 8/13/03 | 8/13/03 | 8/13/03 | 8/13/03 |

Under penalties of perjury, I declare that I completed this form on or before the day a job was offered to the applicant and that the information I have furnished is, to the best of my knowledge, true, correct, and complete. Based on the information the job applicant furnished on page 1, I believe the individual is a member of a targeted group or a long-term family assistance recipient. I hereby request a certification that the individual is a member of a targeted group or a long-term family assistance recipient.

Employer's signature ▶ _Nancy McCan_ Title _Payroll Admin_ Date _8/12/03_

## Privacy Act and Paperwork Reduction Act Notice

*Section references are to the Internal Revenue Code.*

Section 51(d)(12) permits a prospective employer to request the applicant to complete this form and give it to the prospective employer. The information will be used by the employer to complete the employer's Federal tax return. Completion of this form is voluntary and may assist members of targeted groups and long-term family assistance recipients in securing employment. Routine uses of this form include giving it to the state employment security agency (SESA), which will contact appropriate sources to confirm that the applicant is a member of a targeted group or a long-term family assistance recipient. This form may also be given to the Internal Revenue Service for administration of the Internal Revenue laws, to the Department of Justice for civil and criminal litigation, to the Department of Labor for oversight of the certifications performed by the SESA, and to cities, states, and the District of Columbia for use in administering their tax laws.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is:

Recordkeeping . . . . 2 hr., 47 min.
Learning about the law
or the form . . . . . . . . 28 min.
Preparing and sending this form
to the SESA . . . . . . . . 36 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001.

DO NOT send this form to this address. Instead, see **When and Where To File** in the separate instructions.

⊕

**DiVOSTA BUILDING CORPORATION**
**NOTICE OF VIOLATION**

Ricardo Sanchez Jr. 12/30/02
COMPANY OR INDIVIDUAL          DATE

VIOLATION(S): Ricardo Sanchez was told
to check his walk thru for
monday 12/30/02. He was to
complete his green punch
dots on Friday 12/27/02. He
did not complete these on
Friday, therefore he is being
written a notice of violation.

Mark Deal          12/30/02
ISSUED BY          DATE

Ricardo Sanchez    12/30/02
RECEIVED BY        DATE

A-001517

15340

DIVOSTA BUILDING CORPORATION
4500 PGA Boulevard
Suite 400
Palm Beach Gardens, FL 33418

## PERSONAL

Federal and Florida law prohibit employment practice which discriminate on the basis of race, color, religion, age, national origin, sex, marital status, citizenship status, the presence of a disability, or Vietnam Era Veterans status. No question on this application is asked for the purpose of limiting or excluding any applicant because of the applicant's protected status under these laws. *

### PLEASE PRINT -- ALL QUESTIONS MUST BE ANSWERED

| FIRST NAME | MIDDLE | LAST | SOCIAL SECURITY NUMBER | DATE |
|---|---|---|---|---|
| Ricardo | J.R | Sanchez | ▉▉▉-6|9|05 | 9-17-02 |

| PRESENT ADDRESS STREET | CITY | STATE | ZIP CODE | HOW LONG |
|---|---|---|---|---|
| 677 ▉▉▉ ▉▉▉ | W.P.B | FL | 33415 | |

| FORMER ADDRESS STREET | CITY | STATE | ZIP CODE | HOW LONG |
|---|---|---|---|---|
| | | | | |

| HOME PHONE NUMBER | FLORIDA DRIVER'S LICENSE NUMBER |
|---|---|
| ▉▉▉▉▉ | |

DO YOU NOW OR HAVE YOU EVER HAD A FRIEND OR RELATIVE WORK FOR THE COMPANY?  ☒YES  ☐NO

MILITARY SERVICE?  ☐YES  ☒NO    DATES OF SERVICE_____    TYPE OF DISCHARGE_____

ARE YOU AT LEAST 18 YEARS OF AGE?  ☒YES  ☐NO

IN CASE OF EMERGENCY, NOTIFY (GIVE NAME, RELATIONSHIP & PHONE NUMBER) ▉▉▉▉▉▉

HAVE YOU EVER BEEN CONVICTED OF ANY LAW VIOLATION (EXCEPT A MINOR TRAFFIC VIOLATION)?  ☒YES  ☐NO
EXPLAIN_____

## EDUCATION

CIRCLE HIGHEST YEAR OF EDUCATION COMPLETED

1  2  3  4  5  6  7  8  9  10  ⑪  12   1  2  3  4
GRADE AND HIGH SCHOOL                    COLLEGE

MAJOR

JOB APPLIED FOR:

DEGREE   NO

ARE YOU EMPLOYED NOW?   ☐YES  ☒NO   (If yes, provide the name, address and telephone number of your present employer below.)

NAME OF HIGH SCHOOL AND/OR COLLEGE
Palm Beach Lacks

HAVE YOU EVER BEEN EMPLOYED BY DIVOSTA AND/ OR AN AFFILIATED COMPANY?  ☐YES  ☒NO
IF SO WHEN?

## FORMER EMPLOYERS (LIST BELOW LAST THREE (3) EMPLOYERS, STARTING WITH THE PRESENT (OR LAST) ONE FIRST)

| MONTH & YEAR | EMPLOYER NAME & ADDRESS | SALARY | POSITION | REASON FOR LEAVING |
|---|---|---|---|---|
| FROM / TO | | | | |
| FROM / TO | | | | |
| FROM / TO | | | | |

SPECIAL SKILLS OR LICENSES

STATE ANY ADDITIONAL INFORMATION YOU FEEL MIGHT BE HELPFUL TO US IN CONSIDERING YOUR APPLICATION:

*(You may exclude all information indicative of age, sex, race, religion, color, national origin, marital status, citizen status, or disability)

## FOR HIRE USE ONLY

| | |
|---|---|
| Interview by: Mark Deal | Date Hired: 9/17/02 |
| Date Started: 9/17/02 | Project #: 105204  Capri Retreat |
| Supervisor: Mark Deal | Department #: 441  Caulk |
| Rate of Pay: 8.50 a hr. | Position Code: 9  Labor |
| Approved by: Mark Deal | Date Approved: 9/17/02 |

| Form **W-4**<br>Department of the Treasury<br>Internal Revenue Service | **Employee's Withholding Allowance Certificate**<br>▶ For Privacy Act and Paperwork Reduction Act Notice, see reverse. | OMB No. 1545-0010<br>**2002** |
|---|---|---|

1  Type or print your first name and middle initial    Last name    Your social security number

X *Ricardo*  *J.F.*    *Sanchez*    *6903*

Home address (number and street or rural route)

3  ☑ Single  ☐ Married  ☐ Married, but withhold at higher Single rate
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box

City or town, state and ZIP code

*W.P.B  FL  33413*

4  If your last name differs from that on your social security card check here and call 1-800-772-1213 for more information . . . . . ▶ ☑

5  Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply). . .   5  *2*

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . .   6  $

7  I claim exemption from withholding for 1999 and I certify that I meet **BOTH** of the following conditions for exemption:
•Last year I had a right to a refund of **ALL** Federal income tax withheld because I had **NO** tax liability: **AND**
•This year I expect a refund of ALL Federal income tax withheld because I expect to have **NO** tax liability.
If you meet both conditions, enter "EXEMPT" here . . . . . . . . . . . . . . . ▶  7

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed this certificate or entitled to claim exempt status.

Employee's signature  X *Ricardo Sanchez*    Date ▶ *9/17/02*

8  Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS)    9  Office code (optional)    10  Employers identification number

## GROUP HEALTH INSURANCE

•Group health insurance application and enrollment forms will be provided at a later date. Coverage will be effective 1st of the month following 2 full months of employment.

•Employee group health insurance is OPTIONAL.  The company will pay for a portion of the cost of the employee's group health insurance and the balance is paid by the employee through payroll deduction.

•Dependent group health insurance coverage is also OPTIONAL.  The company will pay for a portion of the cost of the employee's group health insurance and the balance is paid by the employee through payroll deduction.

## MOTOR VEHICLE OPERATIONS

Please answer the following questions regarding your prior driving record.  The questions are necessary in order to process your application. An employee may be required to drive a company vehicle or his or her personal vehicle in the course of his or her duties.

1. Has your driver's license ever been suspended or revoked?   ☐ Yes  ☑ No
   If YES, explain:_____

2. Have you ever been arrested for driving while intoxicated or unlawful blood alcohol level?   ☐ Yes  ☑ No
   If YES, explain:_____

3. How many motor vehicle accidents have you been involved in, in the last five years (list dates)?_____

   In which were you charged?_____ *N/O*_____

4. How many traffic citations have you received in the last 5 years?_____

*Ricardo Sanchez Jr.*

# Application For Employment

**CONDITIONS OF EMPLOYMENT** - PLEASE READ CAREFULLY PRIOR TO COMPLETING PERSONAL INFORMATION

Any false statements, omissions, or misleading information provided by me will be sufficient basis for my disqualification from further consideration for employment or termination of my services resulting in the loss of all my accumulated benefits.

1.  I certify that my answers to the questions contained in this Application and other related pre-employment or employment documents are complete, true, and correct to the best of my knowledge and belief.

2.  I give the Company permission to communicate with any or all of my previous employers for reference information.  I understand I am required to provide the Company with complete and correct information on my former employers.

3.  I authorize all past employers and the references listed on my Application to give the Company any and all information concerning my previous employment, my qualifications, and any other pertinent information they may have, personal or otherwise.  I release all parties from all liability for any damage which may result from furnishing this information to the Company.

4.  I understand that, after being hired, I may be required to take a physical examination, including, without limitation, a blood sample, urine sample, x-ray, and EKG, as a condition of my beginning work and for the purposes of determining my continued fitness for duty and obtaining coverage under the Company's health and hospitalization program.  I understand that I may be required to take and pass a complete drug screen test as a condition of employment and for the purpose of determining my continued fitness for duty.  I understand that the physical and tests will be paid for by the Company, that the results will be delivered to the Company, and that my employment is conditional on the test results.  I further understand that I will be excluded from employment as a consequence of the results of a physical examination only if it is determined that I do not fulfill certain employment criteria which are job related and consistent with business necessity.  I understand that any misstatement regarding past or present health conditions will be grounds for my disqualification from or termination of employment with the Company.  I hereby release any provider of this information from all liabilities concerning the results of said tests and/or the procedures undertaken to obtain and evaluate the samples and/or readings.

5.  As a condition of my initially beginning work and in order to determine my continued fitness for duty, I hereby authorize the Company access to any and all past medical records, any and all medical records while I am employed by the Company and any and all future medical records affecting any claim against the Company.  This authorization applies to any injury, disease or condition pertaining to my physical or mental condition.  A photostatic copy of this authorization shall likewise be honored.  I understand that the Company may send this authorization to any treatment provider, such as a physician or hospital, to obtain my medical records and I hereby authorize the release of the information.  I further release the Company and all providers of information from any liability as a result of furnishing and receiving my medical records and any information contained therein.

6.  I understand that Federal law requires all employers to verify the identity and eligibility for employment in the United States of all individuals hired on or after November 7, 1986.  Individuals hired by the Company shall produce for the Company's inspection and copying certain official documents designated by the Immigration and Naturalization Service ("INS") which establish both identity and employment authorization.  Failure to produce the documents within the time period required by INS regulations will result in termination.

7.  I understand that, upon request, I may be required to submit to a polygraph examination at any time during the term of my employment only to the extent permitted by Federal law (The Polygraph Protection Act of 1988).

8.  I understand that my employment and compensation with the Company can be terminated by the Company at any time, with or without notice, and with or without cause.

9.  I understand that I may be required by the Company, in its sole discretion, to work days and/or hours other than those specified at the time of hire and understand that the Company may, in its sole discretion, change my shift, or temporarily or permanently reassign me to duties other than those of the position for which I have applied or been hired.  I understand that I may be required by the Company, in its sole discretion, to accept scheduled vacation time.

10.  I agree to conform to the rules and regulations of the Company and acknowledge that these rules and regulations may be changed, interpreted, withdrawn, or added to by the Company at any time, at the Company's sole option and without prior notice to me.