UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


RICARDO SANCHEZ, JR.
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.

_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS OF TEN PAGES TO SANCHEZ'S MOTION FOR DISCOVERY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests leave of the Court to file a 19-page response to Sanchez's motion for discovery (CV-DE 25-1).  In support of this motion, the United States asserts:

The Court's May 23, 2016 Order limited any discovery motion and response to ten pages (CV-DE 12).  Sanchez filed an 18-page discovery motion, with approximately thirty pages of attachments, with an accompanying motion to exceed the ten-page limit (CV-DE 25). The Court granted the motion to exceed the page limit (CV-DE 29).  The United States was unable to thoroughly respond to each of Sanchez's ten detailed discovery requests without exceeding the Court's ten-page limitation.  The extra pages were necessary to summarize the voluminous discovery that the United States has already provided and illustrate why Sanchez's additional discovery requests are not warranted.

The United States respectfully submits that the additional pages will assist the Court in reaching a just resolution in this case.  Counsel for Sanchez indicate they do not oppose this motion to file a response to their discovery motion exceeding the Court's previously set ten-page

limit.

Wherefore, the United States respectfully requests that this Court grant its  motion for leave to file a 19-page response.

Respectfully submitted,


WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:   */s Stephen Carlton*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
   Stephen Carlton
   Assistant United States Attorney

<u>**SERVICE LIST**</u>

**Ricardo Sanchez, Jr. v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]


**Matthew C. Lawry**
**Aren Adjoian**
Federal Community Defender Office for the Eastern District of Pennsylvania Curtis
Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone:  (215) 928-0520
Fax:  (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org
[Service via CM/ECF]