UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

RICARDO SANCHEZ, JR.
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS OF TEN PAGES

This matter comes before the Court upon the government's motion for leave to file a 19-page response to Sanchez's motion for discovery. The Court being fully apprised in the premises, orders that the motion is hereby GRANTED.

DONE AND ORDERED in chambers, in Miami, Florida, this _____ day of _____, 2016.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc:    Matthew C. Lawry
       Aren Adjoian
       Federal Community Defender Office for the Eastern District of Pennsylvania
       Curtis Center, Suite 545-West
       601 Walnut Street
       Philadelphia, PA 19106.

       Stephen Carlton, AUSA