# USA Exh. 1

# Resume print from website
# of attorney Michael Cohen

http://www.southflalaw.com/michael-cohen.html

# MICHAEL COHEN
*Principal*

**Download VCard**

6400 N Andrews Ave #505
Fort Lauderdale, Florida 33309



## Honored Florida Defense Attorney

Michael Cohen is a **Board Certified Criminal Trial Lawyer** who holds a greatly respected **AV®
Preeminent™ Peer Review Rating℠ by Martindale-Hubbell®** in acknowledgment of his ability,
integrity and reliability. He's been categorized as a Florida Super Lawyer, which distinguishes him
amongst the top five percent of all lawyers in the State of Florida. He has been practicing law for well
over 30 years, with extensive and broad experience in criminal legal matters both as a prosecutor
and a defense attorney.

## Education

- **Bachelor of Arts:** Brooklyn College, City University of New York, 1972
- *Juris Doctorate*: Cumberland School of Law, Samford University, Alabama, 1976
- **Master of Law (*L.L.M.*):** New York University Law School, 1978

## Bar admissions

- Florida, 1976
- District of Columbia, 1980
- New York, 1981
- U.S. District Court, Southern District of Florida
- Trial Bar U.S. District Court, Southern District of Florida
- U.S. District Court, Middle District of Florida
- U.S. District Court, Eastern District of New York

- U.S. District Court, Eastern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, Northern District of New York
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Third Circuit
- U.S. Court of Appeals, Fifth Circuit
- U.S. Court of Appeals, Eleventh Circuit

## Professional experience

### 1979–1981 Assistant State Attorney, Broward County, Florida

- Investigated violations of Florida state law
- Prosecuted these crimes
- Participated in numerous jury trials

### 1981–1985 Assistant United States Attorney, Southern District of Florida

- Grand jury investigations
- Jury trial prosecution of scores of serious federal criminal cases
- Briefing and arguing appeals before the Fifth and Eleventh Circuit Courts of Appeal

During his tenure with the Department of Justice, Mr. Cohen was assigned respectively to various sections of the U.S. Attorney's Office: the Intake and Indictment, Major Crimes, Fraud and Public Corruption and Narcotics Sections.

### 1986–1995 Private Practice of Law, Florida and New York City

Mr. Cohen formed legal partnerships in Florida and also maintained an office at 745 Fifth Avenue in New York City. He continued to try a wide range of complex state and federal cases, including those involving—

**1996–1997 Assistant Attorney General, State of Florida**

In this capacity, Mr. Cohen defended civil cases brought against the Florida Department of Law Enforcement, Department of Corrections, Department of Juvenile Justice and numerous other Florida agencies.

**1998–1999 Law Offices of Jeffrey S. Weiner, P.A.**

Mr. Cohen practiced state and federal criminal trial and appellate law and international extraditions at this prominent firm. While there, he was involved in some of the most significant criminal cases in the country.

**2000–Present Michael B. Cohen, P.A.**

Michael Cohen has headed his own practice of criminal defense law in Broward County for over 10 years.

### Zealous defense of your constitutional rights

**Contact Fort Lauderdale Criminal Defense Attorney Michael Cohen online** or call 954.928.0059, 561.366.8200 or 212.448.6259

Michael B. Cohen is now "of counsel" for the New York City based law firm of **McLaughin & Stern LLP**. Please see the **link to our website**.