*USA Response to Sanchez Petition*

# USA Exh. 4

# Jeffrey Fischback,
# cellular telephone expert resume

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

      Plaintiff,

vs.

RICARDO SANCHEZ, JR.

      Defendant.

_____/

## EXPERT WITNESS DISCLOSURE

COMES NOW, the Defendant Ricardo Sanchez pursuant to Rule 16 of the Federal Rules of Criminal Procedure by and through undersigned counsel who respectfully submits pursuant to this Honorable Court's order the disclosure required of its expert witnesses the defense may call at trial.

1. Renee Herrera: Expert on DNA analysis. Mr. Herrara will testify about the proper procedure for conducting DNA analysis and preservation of same. His curriculum vitae is enclosed.

2. Jeff Fischback: Cell Phone expert. Mr. Fischback is an expert on and will testify about cell phone technology. His curriculum vitae is enclosed.

3. Dennis L. McGuire: Ballistics expert. Mr. McGuire will testify about the science of ballistics as well as the proper preservation of evidence in relation to same. His curriculum vitae is enclosed.

4. An expert on drug organizations from Mexico who will testify about this same subject. Leave of Court is sought for an additional seven days to disclose the name

of this expert; Assistant United States Attorney Stephen Carlton has no objection to this request.

5.     We reserve the right to list and call further experts based on ongoing investigations due to the receipt of ongoing Federal discovery.

Respectfully submitted,

s/ *Michael B. Cohen, Esq.*

_____

MICHAEL B. COHEN, ESQ.
Florida Bar No:  210196

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CMECF E-Mail this 5th day of November 2008 to **Stephen Carlton and John Kastrenakis,** Assistant United States Attorneys, United States Attorney's Office, 500 South Australian Avenue, Suite 400, West Palm Beach, FL 33401.

Respectfully submitted,

s/ *Michael B. Cohen, Esq.*

_____

Michael B. Cohen, Esq.
Florida Bar No:  210196
6400 North Andrews Ave, Ste 460
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929

# MICHAEL B. COHEN, P.A.

ATTORNEY AT LAW

6400 NORTH ANDREWS AVENUE
SUITE 460
FORT LAUDERDALE, FL 33309
TELEPHONE (954) 928-0059   FAX (954) 928-0829
EMAIL ADDRESS: ATTORNEY@SOUTHFLALAW.COM

MICHAEL BRUCE COHEN

BOARD CERTIFIED

CRIMINAL TRIAL LAWYER

FLORIDA BOARD OF

LEGAL SPECIALIZATION

AND EDUCATION

MEMBER OF THE BARS
OF THE SUPREME COURT
OF THE UNITED STATES,
FLORIDA, DISTRICT OF COLUMBIA,
AND NEW YORK

December 8, 2008

John Kastrenakes, AUSA
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401

Re: US v. Ricardo Sanchez, Jr.
Case No.: 06-80171-CR-HURLEY/VITUNAC

Dear Mr. Kastrenakes:

I am in receipt of your letter of December 4, 2008 concerning my filing of Docket Entry 547 entitled "Demand for Expert Witness Disclosure".

So that there is no mistake about the intent of this demand, this is a prospective demand only. It does not relate to any of your previous disclosures concerning expert witnesses. Rather, it relates to what I expect to be your cell phone/cell tower expert disclosure.

I am also filing today the opinion and underlying basis for Bruce M. Bagley, our Mexican Gang Expert. I am also withdrawing the names of Richard Valdemar, Dennis McGuire and Renee Herrera as expert witnesses. Finally with regard to Jeffrey Fischback, he is not in a position to venture an opinion at this time since we do not know at the time of this response whether you intend to call a cell tower expert of any sort. We are unable to submit an opinion in contradiction or otherwise not having received one from you.

I hope this addresses your concerns raised in your letter of December 4, 2008. My intent is to keep working with you and Mr. Carlton with regard to our mutual disclosure

of expert witnesses, if any. Suffice it to say that I have disclosed any and all expert opinions which have been made known to me at this time and which are in existence.

Thanking you for your kind attention to this matter. I remain,

Very truly yours,

Michael B. Cohen, Esq.

Cc: counsel of record