*USA Response to Sanchez Petition*

# USA Exh. 7

# Jose Lazano,
# mental health mitigation expert

September 23, 2008

Mr. Stephen Carlton, Esq.
Assistant Unites States Attorney
500 Australian Avenue—Ste. 400
West Palm Beach, Florida  33401

Re:     U.S.A. vs. Ricardo Sanchez, Jr.
        Case No:  06-80171-CR-HURLEY
        Penalty Phase Mental Health Experts

Dear Mr. Carlton:

Pursuant to the Court's Order of August 23, 2008 I hereby enclose a list of mental health experts
who may be called to testify should this matter proceed to a penalty phase.

Thomas J. Reidy, Ph.D., ABPP. Dr. Reidy is a forensic psychologist. He will testify on Future
Dangerousness, Risk Violence Assessments and Prison Behavior.

Laurence Levine, Psy.D. ABPP-Cn. Dr. Levine is a neuro-psychologist who will testify
regarding Sanchez's intellectual functioning. As disclosed to you earlier, Mr. Sanchez reads at a
second grade level, communicates verbally at a fifth grade level. He scores in the lowest 5% of
adults in these areas.

Teresa F. Parnell, Psy.D. Dr. Parnell will discuss Sanchez's intellectual functioning levels.

Katrina Lee Hallmark, Psy.D., Clinical Psychologist. Will testify regarding Sanchez's
intellectual functioning.

Jose Lazano, M.A. Bilingual Speech Language Diagnostician. Will testify regarding
speech/language evaluations performed on Sanchez as a child.

Francis Crosby, M.S. She performed a psycho-educational evaluation of Sanchez as a child.

If you have any questions please do not hesitate to call.

Sincerely,

Donnie Murrell
LDM/mz