*USA Response to Sanchez Petition*

# USA Exh. 13

# Lisa McDermott, mitigation investigator

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:  06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RICARDO SANCHEZ

        Defendant.

_____/

**DEFENDANT'S MOTION FOR THE APPOINTMENT OF
MITIGATION EXPERT/INVESTIGATOR IN DEATH PENALTY CASE**

      COMES NOW, the Defendant, RICARDO SANCHEZ, JR., by and through undersigned counsel, who moves this honorable Court for authorization to retain a mitigation expert / investigator.  In support of this Motion, the following is presented:

      1.      In the present case, RICARDO SANCHEZ, is charged by Second Superseding Indictment with Count I – Conspiracy with Intent to Distribute Crack Cocaine in violation of Title 21, U.S. Code Section 84 (a) (1) and 846; Count II – Possession with Intent to Distribute Crack Cocaine in violation of Title 21, U.S. Code Section 841 (a) (1); Count III – Possession with Intent to Distribute Cocaine, in violation of Title 21, U.S. Code Section 841 (a) (1); Count XI – Conspiracy to Carjack in violation of Title 18, U.S. Code Section 2119 (3); Count XII – Carjacking resulting in a death in violation of Title 18, U.S. Code Section 2119 (3); Count XIII – Carrying, Brandishing or Discharging a Firearm in Furtherance of a Crime of Violence in violation of Title 18, U.S. Code Section 924 (c) (1) (A) and (J).  In addition, the Second Superseding Indictment gives Notice of Special Findings pursuant to Title 18, U.S. Code, Chapter 228.

2.      The United States has given notice that it intends to seek the death penalty against the Defendant on Counts XII and XIII.

3.      Undersigned counsel now seeks authorization to retain a mitigation expert / investigator.  It is essential to these cases that Defendant's entire life be thoroughly investigated in order to develop any and all mitigating circumstances that may exist. Mitigation expert investigators are expert in the field of death penalty issues.  They are specially trained to identify and develop mitigating circumstances which could support a jury verdict recommending a sentence rejecting the death penalty.

5.      Counsel seeks to retain mitigation expert/investigator Lisa McDermott who has extensive experience in death penalty litigation.  Moreover, Ms. McDermott is a licensed mental health counselor as well.

6.      Counsel seeks authorization to pay $125 per hour and initially be authorized at this time to spend an initial cap of $6,000

WHEREFORE, based upon the foregoing, your undersigned respectfully requests that this instant MOTION be GRANTED.

Respectfully submitted,

*Michael B. Cohen, Esq.*

_____
MICHAEL B. COHEN, ESQ.
Florida Bar No:  210196

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CM/ECF this 13th day of June, 2007 to **Steve Carlton**, AUSA, United States Attorney's Office, 500 South Australian Avenue, Suite 400, West Palm Beach, FL 33401 and to all applicable parties via CM/ECF.

Respectfully submitted,

*Michael B. Cohen, Esq.*

Michael B. Cohen, Esq.
Florida Bar No: 210196
Pinnacle Corporate Park
300 West Cypress Road Ste 300
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:  06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

        Plaintiff,

vs.

RICARDO SANCHEZ

        Defendant.

_____/

## ORDER

THIS MATTER having come to be heard upon this Defendant's Motion to Appoint a Mitigation Expert / Investigator in this matter at a cap of $6,000 and the Court having heard argument of counsel and being otherwise fully advised in the premises does ORDER and ADJUDGE that said Motion be and is hereby GRANTED.

DONE and ORDERED in Chambers this _____ day of _____ 2007.

_____
**DISTRICT COURT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

Plaintiff,

vs.

RICARDO SANCHEZ

Defendant.

_____/

## MOTION TO AMEND ORDER APPOINTING
## MITIGATION EXPERT/INVESTIGATOR IN DEATH PENALTY CASE

COMES NOW, the Defendant, RICARDO SANCHEZ, JR., by and through undersigned counsel, who moves this Honorable Court to amend the order appointing a mitigation expert / investigator to include the name of Lisa McDermott, Esq. as the mitigation expert/ investigator, in said order. As grounds therefore undersigned counsel would refer to the attached motion and order (Exhibit A) previously approved by this Court. Since Ms. McDermott cannot fulfill her obligations without her name identified in this order, undersigned counsel requests the Court amend the order accordingly.

Undersigned counsel respectfully requests that this Court issue an amended order inserting Ms. McDermott's name in the body of said order.

WHEREFORE, based upon the foregoing, your undersigned respectfully requests that this instant MOTION be GRANTED.

Respectfully submitted,

*Michael B. Cohen, Esq.*

MICHAEL B. COHEN, ESQ.
Florida Bar No: 210196

        IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was
furnished via CMECF E-Mail this 27th day of September, 2007 to **Steven Carlton,**
AUSA, United States Attorney's Office, 500 South Australian Avenue, Suite 400, West
Palm Beach, FL 33401.


                                Respectfully submitted,

                                s/ *Michael B. Cohen, Esq.*

                                Michael B. Cohen, Esq.
                                Florida Bar No:  210196
                                Pinnacle Corporate Park
                                300 West Cypress Road Ste 300
                                Fort Lauderdale, Florida 33309
                                Ph (954) 928-0059
                                Fax (954) 928-0929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

      Plaintiff,

vs.

RICARDO SANCHEZ

      Defendant.

_____/

## ORDER

THIS MATTER having come to be heard upon this Defendant's Motion to Amend the Order Appointing a Mitigation Expert / Investigator to include the name of Lisa McDermott, Esq. as the mitigation expert/ investigator and the Court having heard argument of counsel and being otherwise fully advised in the premises does ORDER and ADJUDGE that said Motion be and is hereby GRANTED. Lisa McDermott is hereby appointed as Defendant's mitigation expert.

DONE and ORDERED in Chambers this _____ day of _____ 2007.

_____
**DISTRICT COURT JUDGE**

Exb A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:  06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

Plaintiff,

vs.

RICARDO SANCHEZ

Defendant.

_____/

**DEFENDANT'S MOTION FOR THE APPOINTMENT OF
MITIGATION EXPERT/INVESTIGATOR IN DEATH PENALTY CASE**

COMES NOW, the Defendant, RICARDO SANCHEZ, JR., by and through undersigned counsel, who moves this honorable Court for authorization to retain a mitigation expert / investigator.  In support of this Motion, the following is presented:

1.      In the present case, RICARDO SANCHEZ, is charged by Second Superseding Indictment with Count I – Conspiracy with Intent to Distribute Crack Cocaine in violation of Title 21, U.S. Code Section 84 (a) (1) and 846; Count II – Possession with Intent to Distribute Crack Cocaine in violation of Title 21, U.S. Code Section 841 (a) (1); Count III – Possession with Intent to Distribute Cocaine, in violation of Title 21, U.S. Code Section 841 (a) (1); Count XI – Conspiracy to Carjack in violation of Title 18, U.S. Code Section 2119 (3); Count XII – Carjacking resulting in a death in violation of Title 18, U.S. Code Section 2119 (3); Count XIII – Carrying, Brandishing or Discharging a Firearm in Furtherance of a Crime of Violence in violation of Title 18, U.S. Code Section 924 (c) (1) (A) and (J).  In addition, the Second Superseding Indictment gives Notice of Special Findings pursuant to Title 18, U.S. Code, Chapter 228.

Case 9:06-cr-80171-RNS   Document 258   Entered on FLSD Docket 09/27/2007   Page 5 of 7

2.      The United States has given notice that it intends to seek the death penalty against the Defendant on Counts XII and XIII.

3.      Undersigned counsel now seeks authorization to retain a mitigation expert / investigator. It is essential to these cases that Defendant's entire life be thoroughly investigated in order to develop any and all mitigating circumstances that may exist. Mitigation expert investigators are expert in the field of death penalty issues. They are specially trained to identify and develop mitigating circumstances which could support a jury verdict recommending a sentence rejecting the death penalty.

5.      Counsel seeks to retain mitigation expert/investigator Lisa McDermott who has extensive experience in death penalty litigation. Moreover, Ms. McDermott is a licensed mental health counselor as well.

6.      Counsel seeks authorization to pay $125 per hour and initially be authorized at this time to spend an initial cap of $6,000

WHEREFORE, based upon the foregoing, your undersigned respectfully requests that this instant MOTION be GRANTED.

Respectfully submitted,

*Michael B. Cohen, Esq.*

MICHAEL B. COHEN, ESQ.
Florida Bar No: 210196

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was furnished via CM/ECF this 13th day of June, 2007 to **Steve Carlton**, AUSA, United States Attorney's Office, 500 South Australian Avenue, Suite 400, West Palm Beach, FL 33401 and to all applicable parties via CM/ECF.

Respectfully submitted,

\*Michael B. Cohen, Esq.\*

Michael B. Cohen, Esq.
Florida Bar No:  210196
Pinnacle Corporate Park
300 West Cypress Road Ste 300
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:  06-80171-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA

      Plaintiff,

vs.

RICARDO SANCHEZ

      Defendant.

_____/

## **ORDER**

THIS MATTER having come to be heard upon this Defendant's Motion to Appoint a Mitigation Expert / Investigator in this matter at a cap of $6,000 and the Court having heard argument of counsel and being otherwise fully advised in the premises does ORDER and ADJUDGE that said Motion be and is hereby GRANTED.

DONE and ORDERED in Chambers this _____ day of _____ 2007.

**DISTRICT COURT JUDGE**