UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

RICARDO SANCHEZ, JR.,
            Movant,

vs.

UNITED STATES OF AMERICA,
            Respondent.
_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN
EXCESS OF 20 PAGES TO SANCHEZ'S MOTION TO VACATE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests leave of the Court to file an oversized response to Sanchez's motion to vacate his convictions and sentence based in part, on ineffective assistance of counsel claims. In support of this motion, the United States asserts:

Although Sanchez's claims are mainly meritless, the Motion he submitted addresses various points of law and issues, and Sanchez does not properly set forth the facts or law necessary for disposition of these claims. The approximately two-month trial in this case involved a number of witnesses and a significant amount of evidence. The United States was unable to thoroughly respond to all these issues without exceeding the 20-page limitation set forth in Rule 7.1C2 of the Local Rules for the United States District Court for the Southern District of Florida. The extra pages were necessary to analyze these issues.

The United States' response is approximately106 pages. The United States respectfully submits that the additional pages will assist the Court in reaching a just resolution in this case. The undersigned contacted Sanchez's counsel concerning the relief sought and reports that

this motion is unopposed.

Wherefore, the United States respectfully requests that this Court grant its  motion for leave to file a 106-page response.


Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:  /s Stephen Carlton
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
Stephen Carlton
Assistant United States Attorney

## SERVICE LIST

**Ricardo Sanchez, Jr.  v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]


**Matthew C. Lawry**
**Aren Adjoian**
Federal Community Defender Office for the Eastern District of Pennsylvania Curtis
Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone:  (215) 928-0520
Fax:  (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org
[Service via CM/ECF]