UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

RICARDO SANCHEZ, JR.,
Movant,

vs.

UNITED STATES OF AMERICA,
Respondent.
_____/

## ORDER GRANTING GOVERNMENT'S MOTION REQUESTING
## LEAVE TO FILE RESPONSE IN EXCESS OF 20 PAGES

This matter comes before the Court upon the government's motion for leave to file a 34-page

response to Sanchez's 28 U.S.C. § 2255 motion.    The Court being fully apprised in the premises,

orders that the motion is hereby GRANTED.

DONE AND ORDERED in chambers, in Miami, Florida, this _____day of

_____, 2016.


_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE


cc:    Stephen Carlton,  AUSA
       Matthew C. Lawry
       Aren Adjoian