**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-RNS**

| | |
|---|---|
| **RICARDO SANCHEZ, JR.,** | : |
| **Movant** | : |
| | : |
| **v.** | :   **THIS IS A CAPITAL CASE** |
| | : |
| **UNITED STATES OF AMERICA,** | : |
| **Respondent** | : |

**UNOPPOSED MOTION FOR SHORT EXTENSION OF TIME**
**TO FILE REPLY AND MEMORANDUM OF LAW**

Movant Ricardo Sanchez, through undersigned counsel, respectfully requests that this Court grant him a short, two week extension of time in which to file his reply and memorandum of law in support of his motion for relief pursuant to 28 U.S.C. § 2255.  In support of this request, Mr. Sanchez states the following:

1.      Pending before the Court is Mr. Sanchez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 16-1 ("Motion").

2.      Following a status conference on July 14, 2016, this Court entered a scheduling order, requiring Respondent to file a response to the Motion by October 12, 2016, and Mr. Sanchez to file a reply and memorandum of law by November 14, 2016.  ECF No. 21.  The Court also ordered Mr. Sanchez to file any discovery motions by September 12, 2016, and Respondent to file a response to the discovery motion by October 12, 2016.  *Id.*

3.      On September 12, 2016, Mr. Sanchez filed a motion for leave to file a discovery motion in excess of the previously prescribed ten page limit for such motions, together with his proposed discovery motion and consolidated memorandum of law.  ECF No. 25.

4.      On October 3 and 4, 2016, Respondent filed motions for extensions of time to respond to the Motion and the discovery requests.  ECF Nos. 27, 28.

5.  On October 4, 2016, the Court *sua sponte* dismissed Claims I, II, III, VI, VII(A), IX and X of the Motion and the related discovery requests.  Order Dismissing Claims, ECF No. 29 at 23, 30.  In separate orders, the Court ordered Respondent to respond to the remaining claims and discovery requests by November 1.  ECF Nos. 30, 31.

6.  On October 19, 2016, Mr. Sanchez filed a motion for reconsideration of the order dismissing claims.  ECF No. 32.

7.  On October 20, 2016, the Court issued a revised scheduling order, allowing Mr. Sanchez to file a reply to the government's response to the discovery motion by November 15, and his reply and memorandum of law on the remaining claims by December 1.  ECF No. 34.

8.  On November 1, 2016, the government filed its responses to the motion for relief under 28 U.S.C. § 2255 and to the motion for discovery.  ECF Nos. 35, 37.  On November 7, 2016, the government filed its response to the motion to reconsider.  ECF No. 40.

9.  Pursuant to the schedule set by the Court, Mr. Sanchez filed his reply in support of the motion for discovery on November 15.  ECF No. 41.  Pursuant to Local Rule 7.1(c), Mr. Sanchez filed a reply memorandum in support of his motion to reconsider on November 17, 2016.  ECF No. 42.

10.  Undersigned counsel filed two significant, substantive pleadings last week.  The work on those pleadings, together with the other work required on behalf of Mr. Sanchez and counsel's numerous other death sentenced clients and the Thanksgiving holiday, renders it impossible for undersigned counsel to file a professionally appropriate reply and memorandum of law by the currently scheduled date of December 1.

11.  Under the circumstances, counsel respectfully request a short, two week extension of time in which to prepare and file the reply and memorandum of law.  The reply and memorandum of law will still be filed in advance of the December 20 hearing.  The government will not be prejudiced, and Stephen Carlton, Esq., counsel for the government, has authorized undersigned counsel to represent that the government does not oppose this request.

WHEREFORE, for the foregoing reasons, Mr. Sanchez respectfully requests that the Court grant him an extension of time until December 15, 2016, in which to file his reply and memorandum of law in support of his motion for relief pursuant to 28 U.S.C. § 2255.

Respectfully submitted,


/s/ Matthew Lawry
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.


Dated: November 22, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on this 22nd day of November, 2016, on the following individuals:

Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States

Brandy Galler
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
brandy.galler@usdoj.gov
Counsel for the United States

/s/ Matthew Lawry
Matthew C. Lawry