## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CIVIL NO. 9:16-CV-80693-RNS

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | **THIS IS A CAPITAL CASE** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

### RICARDO SANCHEZ'S UNOPPOSED MOTION FOR EXTENSION
### OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE

Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
 for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.

Dated:  November 29, 2016

Movant Ricardo Sanchez, through undersigned counsel, respectfully requests that this Court grant him a short, eight day extension of time in which to file his response to the Court's order to show cause. ECF No. 45. In support of this request, Mr. Sanchez states the following:

1.      Pending before the Court is Mr. Sanchez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, ECF No. 16-1 ("Motion").

2.      Following the guilty verdict and imposition of the death sentence, trial counsel sought the appointment of new counsel – specifically the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) and Martin McClain, Esq. – to represent Mr. Sanchez on direct appeal. *United States v. Sanchez*, No. 06-CR-80171, Mot., ECF No. 878.

3.      On May 20, 2009, the Court (Hurley, J.) granted the motion and appointed David McColgin, Esq., of the FCDO and Mr. McClain as counsel for the direct appeal.[1]

4.      On July 14, 2014 – after the Eleventh Circuit had denied the direct appeal but while Mr. Sanchez's petition for writ of certiorari to the United States Supreme Court was still pending – Mr. Sanchez filed an unopposed motion for the reappointment of his FCDO counsel to represent him in any proceedings under 28 U.S.C. § 2255. ECF No. 1136. The motion represented that FCDO counsel had consulted with Mr. Sanchez, who wished the FCDO to continue representing him, and with the Federal Capital Habeas Project of the Office of Defender Services of the Administrative Office of the United States Courts, which encouraged it to do so. *Id.* at 4. In the motion, Mr. McClain also sought leave to withdraw as counsel upon completion of the proceedings in the United States Supreme Court. *Id.* at 6.[2]

5.      On July 15, 2014, Judge Hurley – who had previously ordered the appointment of the FCDO for the direct appeal – granted the motion and appointed the FCDO to represent Mr. Sanchez "in all post-conviction proceedings." ECF No. 1137.

6.      On October 23, 2015, following the departure of Mr. Nolas from the FCDO, Matthew Lawry, Esq. and Aren Adjoian, Esq., of the FCDO, entered their appearances on behalf

---

[1] Subsequently, Sarah Gannett, Esq. of the FCDO appeared as co-counsel, and Mr. McColgin withdrew as counsel when he left the FCDO. Ms. Gannett and Mr. McClain were counsel for the remainder of the direct appeal. Ms. Gannett has also since left the FCDO.

[2] The motion was signed by Ms. Gannett, Mr. McClain and Billy H. Nolas, Esq. of the FCDO. It proposed that Mr. Nolas be designated as lead counsel in the § 2255 proceedings. ECF No. 1136 at 6-7.

1

of Mr. Sanchez.  ECF No. 1164.  The notice represented that Mr. Sanchez was aware of and consented to the substitution of counsel.  *Id.*

7.      On May 3, 2016, undersigned counsel filed the initial version of Mr. Sanchez's motion for relief pursuant to 28 U.S.C. § 2255.  Case No. 9:16-cv-80693, Mot., ECF No. 1.

8.      On May 10, 2016, pursuant to Internal Operating Procedure 2.12.00, Judge Hurley directed the clerk to reassign this matter.  ECF No. 7.  On May 10, 2016, the case was reassigned to this Court.  Case No. 06-cr-80171, ECF No. 1202.

9.      On May 26, 2016, undersigned counsel filed on behalf of Mr. Sanchez a corrected version of the initial § 2255 motion.  ECF No. 16-1.

10.     Following other filings not directly relevant here, on November 23, 2016, this Court *sua sponte* issued the instant Order to Show Cause ("OSC"), directing undersigned counsel to respond to the order by December 7, 2016.  Order, ECF No. 45, at 7.

11.     The Court indicated that it was "concerned that [there] may be a conflict of interest" arising out of the fact that the FCDO represented Mr. Sanchez on direct appeal, and therefore would be unable to raise a claim that direct appeal counsel were ineffective.  OSC at 5.  The Court directed the FCDO to advise whether it concurred with the Court's assessment that counsel have a conflict of interest, and to "show cause why it should continue in its representation of the Movant."  *Id.* at 6.

12.     Given that the Court has raised an issue about a potential conflict of interest, it is incumbent upon undersigned counsel to consult with their client in person.  Counsel have been representing Mr. Sanchez for many years, and are well aware from counsel's own experience – in addition to the mental health reports proffered in the current proceedings – that explaining the implications of the OSC to Mr. Sanchez will require an in-depth, in person conversation.

13.      Undersigned counsel's client is incarcerated in Terre Haute, Indiana.  The OSC was issued on the day before Thanksgiving, and gave counsel fourteen days in which to file a response.  Given the intervening holiday and counsel's other obligations, it is not possible for counsel to travel to Terre Haute in time for counsel to consult with Mr. Sanchez and file a response by December 7.

14.     In order for undersigned counsel to fulfill their responsibilities to the Court and their client, counsel respectfully request an eight day extension of time in which to file the

Response to the OSC, making the Response due on the same date as the reply and memorandum of law.

15.     Given the necessity for counsel to travel to Terre Haute, opposing counsel Stephen Carlton, Esq. has authorized undersigned counsel to represent that the government does not oppose this request.

WHEREFORE, for the foregoing reasons, Mr. Sanchez respectfully requests that the Court grant him an extension of time until December 15, 2016, in which to file his response to the order to show cause.

Respectfully submitted,


/s/ Matthew Lawry
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.

Dated: November 29, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on this 29th day of November, 2016, on the following individuals:


Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States

Brandy Galler
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
brandy.galler@usdoj.gov
Counsel for the United States

/s/ Matthew Lawry
Matthew C. Lawry
