**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-RNS**

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | **THIS IS A CAPITAL CASE** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

**RICARDO SANCHEZ'S MOTION FOR EXTENSION**
**OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
 for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.

Dated:  December 13, 2016

Movant Ricardo Sanchez, through undersigned counsel, respectfully requests that this Court grant him a second extension of time in which to file his response to the Court's order to show cause.  CV-DE 45.  In support of this request, Mr. Sanchez states the following:

1.      Following the guilty verdict and imposition of the death sentence, trial counsel sought the appointment of new counsel – specifically the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) and Martin McClain, Esq. – to represent Mr. Sanchez on direct appeal.  *United States v. Sanchez*, No. 06-CR-80171, Mot., CR-DE 878.

2.      On May 20, 2009, the Court (Hurley, J.) granted the motion and appointed David McColgin, Esq., of the FCDO and Mr. McClain as counsel for the direct appeal.[1]

3.      On July 14, 2014 – after the Eleventh Circuit had denied the direct appeal but while Mr. Sanchez's petition for writ of certiorari to the United States Supreme Court was still pending – Mr. Sanchez filed an unopposed motion for the reappointment of his FCDO counsel to represent him in any proceedings under 28 U.S.C. § 2255.  CR-DE 1136.

4.      On July 15, 2014, Judge Hurley – who had previously ordered the appointment of the FCDO for the direct appeal – granted the motion and appointed the FCDO to represent Mr. Sanchez "in all post-conviction proceedings."  CR-DE 1137.

5.      On October 23, 2015, Matthew Lawry, Esq. and Aren Adjoian, Esq., of the FCDO, entered their appearances on behalf of Mr. Sanchez.  CR-DE 1164.

6.      On May 3, 2016, undersigned counsel filed the initial version of Mr. Sanchez's motion for relief pursuant to 28 U.S.C. § 2255.  Case No. 9:16-cv-80693, Mot., CV-DE 1.

7.      On May 10, 2016, pursuant to Internal Operating Procedure 2.12.00, Judge Hurley directed the clerk to reassign this matter.  CV-DE 7.  On May 10, 2016, the case was reassigned to this Court.  CR-DE 1202.

8.      On May 26, 2016, undersigned counsel filed on behalf of Mr. Sanchez a corrected version of the initial § 2255 motion.  CV-DE 16-1.

9.      Following other filings not directly relevant here, on November 23, 2016, this Court *sua sponte* issued the instant Order to Show Cause ("OSC"), directing undersigned counsel to respond to the order by December 7, 2016.  Order, CV-DE 45, at 7.

---

[1] Subsequently, Sarah Gannett, Esq. of the FCDO appeared as co-counsel, and Mr. McColgin withdrew as counsel when he left the FCDO.  Ms. Gannett and Mr. McClain were counsel for the remainder of the direct appeal.  Ms. Gannett has also since left the FCDO.

1

10. The Court indicated that it was "concerned that [there] may be a conflict of interest" arising out of the fact that the FCDO represented Mr. Sanchez on direct appeal, and therefore would be unable to raise a claim that direct appeal counsel were ineffective. OSC at 5. The Court directed the FCDO to advise whether it concurred with the Court's assessment that counsel have a conflict of interest, and to "show cause why it should continue in its representation of the Movant." *Id.* at 6.

11. Undersigned counsel sought an unopposed extension of time to file the response to the OSC until December 15, 2016, which the Court granted. CV-DE 47.

12. On December 12, 2016, the Court issued an Order referencing a motion to recuse filed in co-defendant Daniel Troya's case. *See Troya v. United States*, Case No. 9:16-cv-80700-RNS, DE 64. The order directed Mr. Sanchez to file, by January 11, 2017, either a motion to recuse or a notice that he has "diligently evaluated the issue" and concluded that recusal is not warranted. CV-DE 48. The order also provided that the hearing scheduled for December 20, 2016, is cancelled and will be reset following resolution of the recusal issue and the OSC. *Id.*

13. In light of the Order of December 12, undersigned counsel again need to consult with their client in person. Counsel have been representing Mr. Sanchez for many years, and are well aware from counsel's own experience – in addition to the mental health reports proffered in the current proceedings – that explaining the implications of the Order of December 12 together with the OSC to Mr. Sanchez will require a further in-depth, in person conversation.

14. Furthermore, the issues of the status of counsel and potential recusal are intertwined. The Order of December 12 contemplates that a decision on both matters will not be made until after the January 11 filing with respect to recusal.

15. Regardless of the position counsel take with respect to the OSC or the Court's view of that position, it would not be in the interests of justice to replace current counsel and appoint replacement counsel who would have a very compressed time in which to familiarize themselves with the case and decide how to respond to the Order of December 12. Because current counsel should continue to represent Mr. Sanchez at least through the January 11 filing, there is no need for counsel to respond to the OSC prior to that date.

16. Undersigned counsel will in the meantime file the reply and memorandum of law, which this Court has previously determined must be filed by December 15, 2016.

17.     In order for undersigned counsel to fulfill their responsibilities to the Court and their client, counsel respectfully request an extension of time until January 11, 2017, in which to file the Response to the OSC.

18.     Opposing counsel Stephen Carlton, Esq., has indicated that the government takes no position on this request.

WHEREFORE, for the foregoing reasons, Mr. Sanchez respectfully requests that the Court grant him an extension of time until January 11, 2017, in which to file his response to the order to show cause.

Respectfully submitted,


/s/ Matthew Lawry
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.

Dated: December 13, 2016

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on this 13th day of December, 2016, on the following individuals:

Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States

Brandy Galler
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
brandy.galler@usdoj.gov
Counsel for the United States

/s/ Matthew Lawry
Matthew C. Lawry