**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-RNS**

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | **THIS IS A CAPITAL CASE** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

**UNOPPOSED MOTION FOR PERMISSION TO FILE OVERLENGTH**
**REPLY AND CONSOLIDATED MEMORANDUM OF LAW**

Ricardo Sanchez, through counsel, respectfully moves this Court for permission to file a reply and consolidated memorandum of law in excess of the ten page limit set by Local Rule 7/1(c)(2). In support of this motion, Mr. Sanchez states:

1.      Pursuant to Local Rule 7/1(c)(2), there is a ten page limit on a reply in support of a motion.

2.      The original motion for relief pursuant to 28 U.S.C. § 2255 in this case was 195 pages long, and the government's Response was 107 pages long. Mr. Sanchez's consolidated reply and memorandum of law is approximately 132 pages long.

3.      Undersigned counsel have made every effort to frame the reply and consolidated memorandum of law as concisely as possible. The issues in this case are complex, however, and this pleading is the death sentenced prisoner's opportunity to set forth in detail the legal and factual basis for his claims, as well as to reply to the government's arguments. Under these circumstances, counsel were required to set forth the factual and legal grounds in detail.

1

4.      Undersigned counsel have conferred with Stephen Carlton, Esq., counsel for

Respondent, who has authorized counsel to represent that the government does not oppose this

motion.

WHEREFORE, for the foregoing reasons, Mr. Sanchez respectfully requests that he be

permitted to file the attached overlength reply and consolidated memorandum of law.

Respectfully submitted,

/s/ Aren Adjoian
Matthew C. Lawry
Aren Adjoian
Federal Community Defender Office
for the Eastern District of Pennsylvania
Curtis Center, Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone: (215) 928-0520
Fax: (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org

Counsel for Ricardo Sanchez, Jr.

Dated: December 15, 2016

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by

the Court's CM/ECF service on this 15th day of December, 2016, on the following individuals:


Stephen Carlton
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
stephen.carlton@usdoj.gov
Counsel for the United States

Brandy Galler
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
brandy.galler@usdoj.gov
Counsel for the United States


/s/ Aren Adjoian
Aren Adjoian