**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL NO. 9:16-CV-80693-RNS**

| | | |
|---|---|---|
| **RICARDO SANCHEZ, JR.,** | **:** | |
| **Movant** | **:** | |
| | **:** | |
| **v.** | **:** | **THIS IS A CAPITAL CASE** |
| | **:** | |
| **UNITED STATES OF AMERICA,** | **:** | |
| **Respondent** | **:** | |

**ORDER**

AND NOW, this _____ day of December, 2016, upon consideration of Movant Ricardo

Sanchez's motion for permission to file overlength reply and consolidated memorandum of law,

and for good cause shown, it is hereby ORDERED that the motion is GRANTED.  Movant

Sanchez's reply and consolidated memorandum of law shall be accepted for filing.

BY THE COURT:

_____

Robert N. Scola, Jr.
United States District Judge