UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICHARDO SANCHEZ, JR.,                                    CASE NO.  16-80693-CIV-DIMITROULEAS
                                                                                           (06-80171-CR-SCOLA)

        Movant,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

**NOTICE AND REQUEST FOR A RESPONSE**

THIS MATTER is before the Court *sua sponte.*  Trial counsel for former Co-Defendant Daniel Troya[1]  was Ruben Garcia.  Currently, and at the time of trial, Mr. Garcia shares office space with Attorney Michael D. Gelety.  Mr. Gelety and the undersigned have been close friends since 1977 when we were both trial prosecutors before Judge Thomas M. Coker, in Broward County, Florida.  Although this Court has presided over cases where Mr. Gelety was defense counsel[2], this Court has also *sua sponte* recused itself from a § 2255 motion that alluded to ineffective assistance of counsel by Mr. Gelety.[3]  On or before February 7, 2017 Mr.  Sanchez shall either file a motion to recuse or a notice that he has diligently evaluated the issue and considered that recusal is not warranted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] Mr. Troya's §  2255 case has been re-assigned to Judge Kathleen M. Williams.  [DE-72 in 16-80700CV].  It may be transferred to the undersigned as it was previously transferred from Judge Gayles to Judge Scola. Should Troya's case be transferred to the undersigned, a similar notice and request will be filed in 16-80700CV.
[2] 99-6122CR; 99-6258CR.
[3] 07-60059CV (05-60106 CR).

Copies furnished to:

Counsel of Record