## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 16-80693-CIV-DIMITROULEAS
### CASE NO.   (06-80171-CR-DIMITROULEAS)

**RICHARDO SANCHEZ, JR.,**

     **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

     **Defendant.**

_____/

FILED BY ___ AN ___
Deputy Clerk

*Feb 8, 2017*

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. FTL

### NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers these cases to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

     DATED   at   Fort   Lauderdale,   Florida,   this   8 day of February, 2017.

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be   reassigned   to   District   Judge Beth Bloom
_____.

**Copies of this Notice shall be served on all pending parties of record by United States Mail.**

**By order of Court this**        8th                **day February, 2017.**

**STEVEN LARIMORE**

**Clerk of Court**

**By: Deputy Clerk**  A. Noble

**Copies to:**

Beth Bloom
_____**, United States District Judge**

**William P. Dimitrouleas, United States District Judge**

**Ed Sieber, Case Assignment Clerk**

**Counsel of Record**