## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-80693-CV-BLOOM
### (Case No. 06-80171-CR-Hurley/Vitunac(s)(s)(s))


**RICARDO SANCHEZ, JR.,**
**Movant,**

**vs.**

**UNITED STATES OF AMERICA,**
**Respondent.**
_____/

### <u>UNITED STATES' NOTICE OF REASSIGNMENT</u>

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause.    The prior co-counsel for the United States, AUSA Brandy Galler, is no longer counsel of record for the United States in this matter.    Please substitute the undersigned Assistant United States Attorney, Stephanie Evans, as co-counsel in this matter. The remaining counsel for the United States, AUSA Stephen Carlton, will still also

remain counsel of record for the United States in this matter.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:      _s/Stephanie Evans_
Stephanie Evans
Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
Fla Bar No. 255180
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Stephanie Evans*
Assistant United States Attorney

## SERVICE LIST

Ricardo Sanchez, Jr.   v.   United States
Case No. 16-80693-CV-SCOLA
United States District Court, Southern District of Florida

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States
[Service via CM/ECF]


**Matthew C. Lawry**
**Aren Adjoian**
Federal Community Defender Office for the Eastern District of Pennsylvania Curtis Center
Suite 545-West
601 Walnut Street
Philadelphia, PA 19106
Phone:   (215) 928-0520
Fax:   (215) 928-0826
Matthew_Lawry@fd.org
Aren_Adjoian@fd.org
[Service via CM/ECF]