UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

            Movant

v.

UNITED STATES OF AMERICA,

            Respondent

_____/

## **NOTICE TO STRIKE DOCKET ENTRY #66**

Comes now counsel for Movant Ricardo Sanchez, Jr., and, hereby strikes

Docket Entry #66, as it is being re-filed.

Respectfully submitted,

s/Stephen M. Kissinger
Stephen M. Kissinger
WY Bar #5-2342, FL Bar #979295 (inactive)
Stephen_Kissinger@fd.org
Asst. Federal Community Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999

Attorney for Movant Ricardo Sanchez, Jr.

Dated: March 17, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served

electronically by the Court's CM/ECF service on this the 17th day of March, 2017,

on all counsel or parties of record on the Service List below.

<u>s/Stephen M. Kissinger</u>
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
Attorney for Respondent United States of America

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
Southern District of Florida
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
Attorney for Respondent United States of America