**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80693-Civ-BLOOM**


RICARDO SANCHEZ, Jr.,
                    Movant

v.

UNITED STATES OF AMERICA,
                    Respondent
_____/


## SCHEDULING ORDER

THIS CAUSE is before the Court upon the Movant's Proposed Briefing Schedule for Amended Pleadings. ECF No. [66]. On May 3, 2016, the Movant filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. ("Motion") ECF No. [1]. Thereafter, the Movant sought leave to file a "corrected" motion because the original Motion was filed without a verification. ECF No. [6].  The Court, citing Fed. R. Civ. P. 15(a), granted the Movant leave to file an amended motion.  ECF No. [9].  On May 26, 2016, the Movant filed an amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. ("Amended Motion")  ECF No. [16-1].

During the course of these proceedings, the Court learned that the Movant was represented by the same counsel in both his direct appeal and his §2255 proceedings. The Court thereafter issued an order to show cause to the Movant's counsel to respond to the Court's concern regarding the conflict of interest. ECF No. [45]. Following a review of the Response, the Court determined that a conflict of interest existed and counsel should be substituted. ECF No. [63].  On February 24, 2017, the Court relieved the Federal Community Defender Office for the

Eastern District of Pennsylvania of any further representation and appointed the Federal Defender Services of Eastern Tennessee to represent the Movant. *Id*. Following the substitution, the Court ordered the parties to confer and provide the Court with a proposed briefing schedule for any amended pleadings. *Id.* The Court has considered the proposals of both parties. It appears that the parties agree on a proposed schedule *after* an amended §2255 motion is filed; however, they were unable to reach an agreement on the time needed to prepare and file an amended §2255 motion. The Movant asserts that 365 days from the date of their appointment is required while the Respondent proposes 120 days. ECF No. [68 at 3-4]. The Court finds an intermediate time to be reasonable. Therefore, the Court will grant the Movant 182 days to file an amended §2255 motion. In amending the Amended Motion, the Movant should remain cognizant of the fact that the initial Motion was filed May 3, 2016, one day prior to the expiration of the statute of limitations. *See* 28 U.S.C. §2255(f). Rule 15(c) provides that "[a]n amendment of a pleading relates back to the date of the original pleading when ... the claim or defense asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading." Fed. R. Civ. P. 15(c)(2). "Relation back" causes an otherwise untimely claim to be considered timely by treating it as if it had been filed when the timely claims were filed. *See Davenport v. United States*, 217 F.3d 1341 (11th Cir. 2000). Any motion for leave to amend must clearly specify how the amended claim relates back to the original pleading. Further, should the Movant seek leave to amend to add a claim which has no relation back to the original pleading, the Movant must provide a legal basis for doing so. The Court will not grant leave to amend where the Movant fails to provide sound justification for the amendment.

It is **ORDERED AND ADJUDGED** that:

1. **On or before October 20, 2017**, the Movant shall either file a Motion for Leave to Amend in compliance with Local Rule 15.1 and Section 3I(1) of the CM/ECF Administrative Procedures or file a Notice with the Court stating that the Amended Motion filed May 26, 2016, ECF No. [16-1] will not be amended.

2. **On or before November 30, 2017**, the Respondent shall file a response, with an incorporated memorandum of law, to the Amended Motion.

3. **On or before December 29, 2017**, the Movant may file a reply, with an incorporated memorandum of law, to the Response.

4. The Movant shall file any amended discovery motions **on or before November 10, 2017**.

5. The Respondent shall file a response to the amended discovery motions **on or before December 15, 2017**.

6. The Movant may file a reply to the Response to the amended discovery motions **on or before January 8, 2018**.

The Court will hold a hearing on any amended discovery motions and conduct a status conference once the claims and discovery requests have been fully briefed. The Court will not extend deadlines absent extenuating circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 23rd, 2017.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record