AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Ricardo Sanchez, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-80693-CIV-BLOOM |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ricardo Sanchez, Jr.                                                                    .

Date:   9/21/17                                    s/Dana C. Hansen Chavis
                                                    *Attorney's signature*

                                        Dana C. Hansen Chavis, TN Bar No. 019098

                                        *Printed name and bar number* FL Bar 104752 (inactive)

                                        800 S. Gay Street, Suite 2400
                                        Knoxville, TN 37929

                                                    *Address*

                                        Dana_Hansen@fd.org

                                                    *E-mail address*

                                        (865) 637-7979

                                                    *Telephone number*

                                        (865) 637-7999

                                                    *FAX number*