UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## REVISED SCHEDULING ORDER

THIS CAUSE is before the Court upon Movant's Unopposed Motion to Continue for 30 Days the Time for Filing Sanchez's Amended §2255 Motion and Subsequent Deadlines in the Scheduling Order,  ECF No. [73]. The Court has reviewed the Motion, the Court file and the Movant has shown extenuating circumstances, it is **ORDERED AND ADJUDGED** that:

1.     The Motion, **ECF No. [73]**, is **GRANTED**. On or before **January 18, 2018,** the Movant shall file a Motion for Leave to Amend his Amended §2255 Motion.

2.     On or before **February 28, 2018,** the Respondent shall file a response with an incorporated memorandum of law to the Amended Motion.

3.     On or before **March 29, 2018,** the Movant may file a reply with an incorporated memorandum of law to the response.

4.      The Movant shall file any amended discovery motions on or before **February 8, 2018.**

5.      The Respondent shall file a response to the amended discovery motions on or before **March 15, 2018.**

6.      The Movant may file a reply to the response to the amended discovery motions on or before **April 8, 2018.**

**DONE AND ORDERED** in Chambers at Miami, Florida on this 4th day of December, 2017.

_____

BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: Counsel of record

2