UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

**MOVANT'S UNOPPOSED MOTION TO CONTINUE FOR 6 DAYS
THE TIME FOR FILING SANCHEZ'S AMENDED § 2255 MOTION
AND SUBSEQUENT DEADLINES
IN THE SCHEDULING ORDER (ECF No.[74])**

Movant, Ricardo Sanchez, by and through undersigned counsel, respectfully requests that this Court continue the deadlines set out in the Order entered December 4, 2017, ECF No. [74], and grant him a brief 6-day extension of time within which to file his Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. In support thereof Mr. Sanchez states:

1.      The Government has been consulted about this motion and does not object to an extension of 6 days for the filing of Sanchez's Amended § 2255 Motion.

2.      This is a third request for additional time. Undersigned previously requested, and were granted, a 60-day extension. ECF Nos. [71] and [72], and a 30-day extension. ECF Nos. [73] and [74]. The current deadline is January 18, 2018. If this 6-day extension is granted the deadline will be January 24, 2018.

3.      Undersigned counsel have been working diligently to meet the current deadline but, with that date nearing, counsel do not reasonably foresee the ability to file a completed amended motion by the due date. In particular:

- While all claims are currently being finalized, it is anticipated the finalizing those claims will require additional time that originally believed.

- The accompanying motion to amend is drafted and will be finalized once the amended motion is near completion.

- Counsel must still attend to the lesser, but not trivial, task of preparing a motion to extend the page limitation contained in Local Rule 7.1(c)(2), a motion to which counsel for the Government does not object.

- Counsel's efforts in completing those tasks remaining are being hampered by inclement weather. Today, on the first day following the Martin Luther King holiday, the federal courthouse in Knoxville, Tennessee, has been closed in anticipation of an approaching snowstorm and hazardous driving conditions. It is believed that Sanchez's litigation team will be required to leave the office within the next two hours and may not be able to return until as late as noon on January 17, 2018.

4.      If the instant request for an additional 6 days is granted Sanchez's motion will be filed less than a week after it is currently due.

WHEREFORE, Mr. Sanchez respectfully requests that the Court continue the deadlines set forth in the Scheduling Order. ECF No. [74], and to add an additional 6 days to the present deadlines, resulting in the following suggested dates:

1.  On or before January 24, 2018, the Movant shall file a Motion for Leave to Amend.

2.  On or before March 6, 2018, the Respondent shall file a response with an incorporated memorandum of law to the Amended Motion.

3.  On or before April 4, 2018, the Movant may file a reply with an incorporated memorandum of law to the response.

4.  The Movant shall file any amended discovery motions on or before February 14, 2018.

5.  The Respondent shall file a response to the amended discovery motions on or before March 21, 2018.

6.  The Movant may file a reply to the response to the amended discovery motions on or before April 16, 2018.

Respectfully submitted,

s/Stephen M. Kissinger
Stephen M. Kissinger, WY Bar No. 5-2342
Stephen_Kissinger@fd.org
Asst. Federal Community Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No. 19098
Dana_Hansen@fd.org
Asst. Federal Community Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: January 16, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on this the 16th day of January, 2018, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
Attorney for Respondent United States of America

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
Attorney for Respondent United States of America