UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

         Movant

v.

UNITED STATES OF AMERICA,

         Respondent

_____/

## REVISED SCHEDULING ORDER

THIS CAUSE is before the Court upon Movant's Unopposed Motion to Continue for 6 Days the Time for Filing Sanchez's Amended § 2255 Motion and Subsequent Deadlines in the Scheduling Order ECF No. [74]. Movant, having shown extenuating circumstances, it is ORDERED AND ADJUDGED that:

1. On or before January 24, 2018, the Movant shall file a Motion for Leave to Amend.

2. On or before March 6, 2018, the Respondent shall file a response with an incorporated memorandum of law to the Amended Motion.

3. On or before April 4, 2018, the Movant may file a reply with an incorporated memorandum of law to the response.

4. The Movant shall file any amended discovery motions on or before February 14, 2018.

5. The Respondent shall file a response to the amended discovery motions on or before March 21, 2018.

6. The Movant may file a reply to the response to the amended discovery motions on or before April 16, 2018.

2

**DONE AND ORDERED** in Chambers at Miami, Florida on the _____ day of

_____, 2018.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE