UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

      Movant

v.

UNITED STATES OF AMERICA,

      Respondent

                     /

## **REVISED SCHEDULING ORDER**

THIS CAUSE is before the Court upon Movant's Unopposed Motion to Continue for 6 Days the Time for Filing Sanchez's Amended § 2255 Motion and Subsequent Deadlines in the Scheduling Order, ECF No. [75]. Following review of the Motion and being fully advised, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [75]**, is **GRANTED**. The Court's Revised Scheduling Order, ECF No. [74], is amended as follows:

1. On or before January 24, 2018, the Movant shall file a Motion for Leave to Amend.

2. On or before March 6, 2018, the Respondent shall file a response with an incorporated memorandum of law to the Amended Motion.

3. On or before April 4, 2018, the Movant may file a reply with an incorporated memorandum of law to the response.

4. The Movant shall file any amended discovery motions on or before February 14, 2018.

5. The Respondent shall file a response to the amended discovery motions on or before March 21, 2018.

6. The Movant may file a reply to the response to the amended discovery motions on or before April 16, 2018.

**DONE AND  ORDERED** in Chambers at Miami, Florida on the 17th day of January, 2018.

_____

BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: counsel of record