UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, JR.

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

**ORDER GRANTING UNOPPOSED MOTION REQUESTING
LEAVE TO FILE AN AMENDED § 2255 MOTION
THAT EXCEEDS THE PAGE LIMIT IN L.R. 7.1(c)(2)**

This matter comes before the Court upon Movant Ricardo Sanchez's motion for leave to file an Amended § 2255 Motion that exceeds the 20-page limit set forth in Local Rule 7.1(c)(2), ECF No.[77]. The Government does not oppose Movant's request. The Court has reviewed the Motion, the Court file and the Movant has shown extenuating circumstances. It is ORDERED AND ADJUDGED that the motion is hereby GRANTED.

DONE AND ORDERED in Chambers, in Miami, Florida, on this __ day of January, 2018.

 

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc. Counsel of record