UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

**MOVANT'S NOTICE OF FILING APPENDIX IN SUPPORT OF AMENDED
MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO
28 U.S.C. § 2255 AND INCORPORATED MEMORANDUM OF LAW**

Please take notice that Movant Ricardo Sanchez, Jr. hereby files the attached appendix in

support of his Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C.

§2255 and Incorporated Memorandum of Law.

        Respectfully submitted,

        s/Stephen M. Kissinger
        Stephen M. Kissinger, WY Bar No.5-2342
        Asst. Federal Community Defender
        Stephen_Kissinger@fd.org

        s/Dana C. Hansen Chavis
        Dana C. Hansen Chavis, TN Bar No.019098
        Asst. Federal Community Defender
        Dana_Hansen@fd.org

        Federal Defender Services
        of Eastern Tennessee, Inc.
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        Telephone: (865) 637-7979
        Facsimile: (865) 637-7999

        Attorneys for Movant Ricardo Sanchez, Jr.

Dated:  January 24, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on January 24, 2018, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for Respondent United States of America

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for Respondent United States of America