**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80693-Civ-BLOOM**

RICARDO SANCHEZ, Jr.,
                   Movant

v.

UNITED STATES OF AMERICA,
                   Respondent
_____/

## ORDER ON MOTION FOR LEAVE TO AMEND

THIS CAUSE is before the Court upon the Movant's Motion for Leave to Amend Sanchez's §2255 Motion that Exceeds the Page Limit in L.R. 7.1(c)(2) and Incorporated Memorandum of Law and Request for Hearing. ("Motion for Leave to Amend"). ECF No. [77]. On May 3, 2016, the Movant filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255. ("Motion"). ECF No. [1]. On May 4, 2016, the Movant sought leave to file a "corrected" motion because the original Motion was filed without a verification. ECF No. [6]. The Court, citing Fed. R. Civ. P. 15(a), granted the Movant leave to file an amended motion. ECF No. [9]. On May 26, 2016, the Movant filed an amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. ("First Amended Motion") ECF No. [16-1].

During the course of these proceedings, the Court learned that the Movant was represented by the same counsel in both his direct appeal and his §2255 proceedings. The Court issued an order to show cause to the Movant's counsel to respond to the Court's concern regarding the conflict of interest. ECF No. [45]. Following a review of the response, the Court determined that a conflict of interest existed and counsel should be substituted. ECF No. [63]. On February 24, 2017, the Court relieved the Federal Community Defender Office for the

CASE NO. 16-80693-Civ-BLOOM

Eastern District of Pennsylvania of any further representation and appointed the Federal Defender Services of Eastern Tennessee to represent the Movant. *Id*. Following the substitution, the Court ordered the parties to confer and provide the Court with a proposed briefing schedule for any amended pleadings. *Id.* The Court initially granted the Movant 182 days to file an amended §2255 motion. ECF No. [69]. Nonetheless, the Court granted further extensions of time as requested. On January 24, 2018, the Movant filed the instant motion. ECF No. [77].

The Respondent has not filed an opposition to the Motion for Leave to Amend and the Court finds no prejudice. As such, a hearing on the Movant's Motion for Leave to Amend is not required. It is therefore:

**ORDERED AND ADJUDGED** that:

1. The Movant's Motion for Leave to Amend, ECF No. [77], is **GRANTED.**

2. The Movant shall separately file, **no later than February 14, 2018**, the amended pleading in accordance with Local Rule 15.1 and Section 3I(1) of the CM/ECF Administrative Procedures.

3. The Respondent's Response with an incorporated memorandum of law to the Second Amended Motion remains due on or before **March 6, 2018**. *See* ECF No. [76].

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 12, 2018.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record