UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## MOTION FOR PERMISSION TO FILE OVERLENGTH DISCOVERY MOTION AND CONSOLIDATED MEMORANDUM OF LAW

Ricardo Sanchez through counsel respectfully moves this Court for permission to file a discovery motion in excess of 20 pages. S.D. Fla. L.R. 7.1(c)(2). Undersigned counsel have conferred with counsel for the Government and is advised the Government takes no position on this motion. In support of this motion, Sanchez states:

1.      Pursuant to the Scheduling Orders (ECF No.[69, 74 & 76]) and this Court's rules Sanchez is attaching his proposed amended discovery motion and attachments thereto to the instant motion. Sanchez's amended discovery motion is 44 pages in length which exceeds the limit set in L.R. 7.1(c)(2).

2.      Undersigned counsel have made every effort to present the discovery motion in as concise a manner as possible. However, undersigned counsel have not been able to compose a professionally appropriate discovery motion that comports with the local rules. Because this is a federal habeas proceeding Sanchez is required to demonstrate good cause for his requests. Rule 6, Rules Governing Section 2255

Proceedings in the United States District Courts. Such a requirement does not exist in ordinary civil litigation. Mr. Sanchez has attempted to provide sufficient detail and analysis in his motion to satisfy the good cause requirement while simultaneously keeping the motion as concise as possible.

3.      Undersigned counsel have conferred with counsel for Respondent who have indicated that they take no position on this motion

WHEREFORE for the foregoing reasons Sanchez respectfully requests that he be permitted to file the attached over-length discovery motion

Respectfully submitted,

s/Stephen M. Kissinger
Stephen M. Kissinger, WY Bar No.5-2342
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: February 14, 2018

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on February 14, 2018, on all counsel or parties of record on the Service List below.

<u>s/Stephen M. Kissinger</u>
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America