UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

      Movant

v.

UNITED STATES OF AMERICA,

      Respondent

_____/

## **ORDER**

THIS CAUSE is before the Court upon Movant's Motion for Permission to File Over-length Discovery Motion, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Movant Sanchez's discovery motion shall be accepted for filing.

**DONE AND ORDERED** in Chambers at Miami, Florida on the _____ day of _____, 2018.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: counsel of record