**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

**Page 1 of 3**

| 1. Program Code | 2. Cross     Related Files File | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: TFO David Weeks <br> At: West Palm Beach RO | ☒ M9-07-0008 <br> ☒ CS-07-124037 <br> ☐ <br> ☐ | 6. File Title | |
| 7. ☐ Closed ☐ Requested Action Completed <br> ☐ Action Requested By: | ☐ | 8. Date Prepared <br> 06-04-2007 | |

9. Other Officers: WPBPD Agent Richard Birch and SLSO Detective Fred Wilson

10. Report Re: Debriefing of Brownsville RO CS-07-12     on 05-22-2007.

### SYNOPSIS

On May 22, 2007, Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) TFO David Weeks and fellow investigators debriefed Brownsville Resident Office (BRO) CS-07-12     at the BRO in Brownsville, Texas, concerning information related to the murder of the Escobedo family on the Florida Turnpike on October 13, 2006.

### DETAILS

1. On May 22, 2007, DEA TFO Weeks, Assistant United States Attorney Steve Carlton, West Palm Beach Police Department (WPBPD) Agent Richard Birch, and St. Lucie County Sheriff's Office (SLSO) Detective Fred Wilson interviewed BRO CS-07-12     (CS). The following is a summary of the CS'S statements and is not purported to be a verbatim account.

2. The CS stated he obtained the following information from Martin SOTO in Mexico approximately one week after the murder of the Escobedo family on 10-13-06. According to the CS, SOTO is an associate of Oscar VENEGAS, a.k.a. "Muneco" (translated in English as "Doll")

3. According to the CS, Jose Luis ESCOBEDO (Luis ESCOBEDO) was in possession of fifteen kilograms of cocaine at the time of his murder. The CS stated the owner of the cocaine was VENEGAS.

| 11. Distribution: <br>     Division MFD, Brownsville RO <br><br>     District <br><br>     Other    SARI | 12. Signature (Agent) <br><br>     TFO David Weeks | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) <br>     Larry J. Reavis <br>     Group Supervisor | 15. Date |

**DEA** Form   **- 6** <br> (Jul. 1996) <br>     DW

**DEA SENSITIVE** <br> Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment A to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**  *(Continuation)* | 3. File Title | |
| 4.  **Page   2   of   3** | | |
| 5. Program Code | 6. Date Prepared  06-04-2007 | |

4. The CS stated the "one with the grill" (referring to an individual with gold or platinum teeth) who was buying the cocaine from Luis ESCOBEDO in Florida, was upset about the poor quality of cocaine he (the buyer) was receiving.  The CS stated the cocaine was possibly being cut/diluted in Mexico prior to being shipped to the United States.

5. The CS stated the person who was buying the cocaine from Luis ESCOBEDO in Florida already owed Luis ESCOBEDO for ten kilograms of cocaine that had previously been delivered.

6. According to the CS, VENEGAS was charging Jose Manuel ESCOBEDO (Manuel ESCOBEDO) and Luis Escobedo $17,000 per kilogram of cocaine. Luis ESCOBEDO was selling the kilograms for $18,000 and splitting the $1,000 profit with Manuel ESCOBEDO.  As part of the arrangement, VENEGAS was paying Luis ESCOBEDO'S rent and other bills.

7. According to the CS, Manuel ESCOBEDO was shipping Luis ESCOBEDO 30 – 50 kilograms of cocaine a week.  Proceeds from the sale of cocaine were returned to Mexico in a transport vehicle following the next shipment of cocaine.

8. The CS stated Luis ESCOBEDO spoke to Manuel ESCOBEDO approximately one hour prior to the homicide.  According to the CS, Luis Escobedo told his brother (Manuel ESCOBEDO) that they (unspecified) were still behind him (Luis ESCOBEDO) but was not concerned.

9. According to the CS, Manuel ESCOBEDO'S father-in-law is a homicide detective in Mexico.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment A to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title | |
| 4. **Page   3   of   3** | | |
| 5. Program Code | 6. Date Prepared  06-04-2007 | |

3. VENEGAS-FLORES, Oscar
    No new information.

4. ESCOBEDO, Jose Luis
    No new information.

5. ESCOBEDO, Jose Manuel
    No new information.

**DEA** Form    **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment A to Discovery Motion