**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

**Page 1 of 3**

| 1. Program Code | 2. Cross File       Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: TFO David Weeks    At: West Palm Beach RO | ☐ ☐ ☐ ☐ ☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed    ☐ Action Requested By: | | 8. Date Prepared    06-05-2007 | |

9. Other Officers: SLSO Detective Fred Wilson

10. **Report Re:** Interview of Victor Cortinas on 05-23-2007.

### SYNOPSIS

On May 23, 2007, Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) TFO David Weeks and fellow investigators interviewed Victor Cortinas at the Brownsville Police Department in Brownsville, Texas, in reference to telephone number 956-243-7313, which was in contact with Jose Luis ESCOBEDO (Luis ESCOBEDO) on October 12, 2006.

### DETAILS

1. On May 22, 2007, DEA TFO David Weeks and St. Lucie County Sheriff's Office Detective Fred Wilson interviewed Victor Cortinas at the Brownsville Police Department. Cortinas was the subscriber of a cellular telephone, number 956-243-7313, that was in contact with Luis ESCOBEDO several hours before ESCOBEDO and his (ESCOBEDO'S) family were murdered on 10-13-06. The following is a summary of Cortinas' statements and is not purported to be a verbatim account.

2. Cortinas told investigators that he (Cortinas) currently had five cellular telephone numbers subscribed in his name, which are used by members of his immediate family. After listing the telephone numbers for the five phones along with the users of the phones, TFO Weeks asked Cortinas if there were any additional phones subscribed in his

| 11.  Distribution:    Division  MFD | 12. Signature (Agent)    TFO David Weeks | 13. Date |
|---|---|---|
| District | 14. Approved (Name and Title)    Larry J. Reavis    Group Supervisor | 15. Date |
| Other  SARI | | |

**DEA** Form  **- 6**
(Jul. 1996)
  DW

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment C to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION**<br><br>*(Continuation)* | 1. File No.<br>G8-06-0002 | 2. G-DEP Identifier<br>YNC1B |
| | 3. File Title   ROMAN-SALGADO, Demetrio | |
| 4.<br>**Page   2   of   3** | | |
| 5. Program Code | 6. Date Prepared<br>06-05-2007 | |

name.  Cortinas stated that the phone his brother was currently using was previously used by his brother-in-law, Juan SANTOS.

3. Cortinas stated the phone number assigned to the telephone SANTOS used was different from his (Cortina's) brother's current number. Cortinas stated that SANTOS, after using the phone for approximately ten months, stopped paying Cortinas for the phone.  Cortinas stated he contacted Nextel, changed the phone number, and gave the phone to his (Cortinas') brother.

4. Due to the fact that Cortinas could not remember the phone number for the phone SANTOS used, he (Cortinas) contacted Nextel for the phone number.  According to Nextel, the phone number previously assigned to the phone used by SANTOS was 956-243-7313.  Cortinas changed the phone number on the account on January 10, 2007.

5. Cortinas told investigators that SANTOS is self-employed.  According to Cortinas, SANTOS buys pallets of merchandise that has been returned to Wal-Mart and similar type stores, and sells the merchandise at flea markets.  Cortinas stated SANTOS drives a box truck.

6. Cortinas stated SANTOS' ex-wife, Norma Guzman, lives in Florida with their four children.  Cortinas stated SANTOS lives with his current wife, Sara LNU, and provided investigators with two addresses for the couple.

2. ESCOBEDO, Jose Luis
No new information.

---

DEA Form   - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment C to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

| 4.<br>**Page   3   of   3** | |
|---|---|

| 5. Program Code | 6. Date Prepared<br>06-05-2007 |
|---|---|

3. SANTOS, Juan Carlos

Believed to have been associated with the delivery of 15 Kilograms of cocaine on 10-12-06 to Jose Luis ESCOBEDO in Florida.

---

**DEA** Form      **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment C to Discovery Motion