**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

**Page 1 of 3**

| 1. Program Code | 2. Cross File   Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: TFO David Weeks<br>At: West Palm Beach RO | ☐<br>☐<br>☐<br>☐<br>☐ | 6. File Title | |
| 7. ☐ Closed   ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>06-05-2007 | |

9. Other Officers: WPBPD Agent Richard Birch

10. Report Re: Debriefing of Juan Carlos SANTOS on 05-24-2007.

### SYNOPSIS

On May 24, 2007, Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) TFO David Weeks and fellow investigators debriefed Juan Carlos SANTOS at the Brownsville Police Department in Brownsville, Texas, in reference to his association with Jose Luis ESCOBEDO.

### DETAILS

1. On May 24, 2007, DEA TFO Weeks, Assistant United States Attorney (AUSA) Steve Carlton, and West Palm Beach Police Department (WPBPD) Agent Richard Birch debriefed SANTOS at the Brownsville Police Department. SANTOS' attorney, Noë Garza, who was also at the debriefing requested that a Proffer Agreement be signed before his client made any statements. AUSA Carlton agreed to this request and the agreement was signed. The following is a summary of SANTOS' immunized statements and is not purported to be a verbatim account.

2. SANTOS stated he met ESCOBEDO in June or July 2006 while at a barbeque at a paint shop called Prestige in Brownsville, Texas. SANTOS stated that while he was at the barbeque, ESCOBEDO told him (SANTOS) that he bought and sold used cars. SANTOS stated ESCOBEDO told him (SANTOS) to call him (ESCOBEDO) if he (SANTOS) ever came to Florida and that he (ESCOBEDO) may be able to help him find cars. SANTOS stated ESCOBEDO gave him his (ESCOBEDO) cellular telephone number.

| 11.  Distribution:<br>Division  MFD<br><br>District<br><br>Other  SARI | 12. Signature (Agent)<br><br>TFO David Weeks | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br>Larry J. Reavis<br>Group Supervisor | 15. Date |

DEA Form   - 6
(Jul. 1996)
    DW

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment D to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br><br>*(Continuation)* | 3. File Title | |
| 4.<br>**Page   2   of   3** | | |
| 5. Program Code | 6. Date Prepared<br>06-05-2007 | |

3. SANTOS stated on approximately October 9, 2006, he (SANTOS) and his current wife, Sara Kianinejad, flew from Harlingen, Texas, to Orlando, Florida.  SANTOS stated he went to Florida to visit his four children who live with his (SANTOS') ex-wife in Florida.  SANTOS stated he was also looking to purchase used cars in Florida that he would resell in Texas.

4. SANTOS stated that upon arriving in Florida, a neighbor of his (SANTOS') ex-wife met him (SANTOS) and transferred custody of the four children to him (SANTOS) and his current wife.  SANTOS stated he (SANTOS) rented a PT Cruiser and traveled to Ocala where he, his wife, and the four children stayed in a hotel.

5. SANTOS stated that while he was in Florida, he called ESCOBEDO on October 12, 2006, at approximately 6:00 pm.  SANTOS stated this was the first time he had ever called ESCOBEDO.  SANTOS stated the purpose of the phone call was to ask ESCOBEDO if he knew of any good cars that were for sale.  SANTOS stated ESCOBEDO told him (SANTOS) that he was busy and that he (ESCOBEDO) would call him back.

6. SANTOS stated he called ESCOBEDO again approximately two hours later and asked ESCOBEDO the same question.  Once again, ESCOBEDO told SANTOS that he was busy and would call SANTOS back.  SANTOS stated that he never spoke to ESCOBEDO again and denied ever seeing ESCOBEDO during his (SANTOS') trip to Florida.

7. SANTOS repeatedly denied being involved in the drug trafficking activities associated with ESCOBEDO.

8. SANTOS stated the phone he used to call ESCOBEDO on October 12, 2006, was subscribed to his brother-in-law, Victor Cortinas.  SANTOS stated he (SANTOS) had been using the phone for approximately two months prior to 10-12-06.  SANTOS stated that after calling ESCOBEDO, he (SANTOS) lost the phone during his (SANTOS') trip to FL.

DEA Form       - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment D to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>*(Continuation)* | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |
| 4.<br>**Page   3   of   3** | | |
| 5. Program Code | 6. Date Prepared<br>06-05-2007 | |

<u>**INDEXING**</u>

2. ESCOBEDO, Jose Luis
   No new information.

3. **SANTOS, Juan Carlos**

**Believed to have been associated with the delivery of 15 Kilograms of cocaine on 10-12-06 to Jose Luis ESCOBEDO in Florida.**

---

**DEA** Form    **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment D to Discovery Motion