**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 4 | |
|---|---|---|---|---|
| 1. Program Code | 2. Cross File    Related Files | 3. File No. | | 4. G-DEP Identifier |
| 5. By: TFO David Weeks<br>At: West Palm Beach RO | ☐ ☐ ☐ ☐ ☐ | 6. File Title | | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>10-05-2007 | | |
| 9. Other Officers: SLSO Detective Fred Wilson | | | | |
| 10. Report Re: Interview of Norma Guzman on 10-01-2007. | | | | |

## SYNOPSIS

On October 1, 2007, Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) TFO David Weeks and St. Lucie County Sheriff's Office (SLSO) Detective Fred Wilson interviewed Norma Guzman in reference to her ex-husband, Juan Carlos SANTOS, and his drug trafficking activities.

## DETAILS

1. Reference is made to a DEA Form-6 dated June 5, 2007, by TFO David Weeks titled "Debriefing of Juan Carlos SANTOS on 05-24-2007."

2. On October 1, 2007, at approximately 10:15 am, TFO Weeks and SLSO Detective Wilson interviewed Norma Guzman at her place of employment. The following is a summary of the statements made by Guzman and is not purported to be a verbatim account of her statement.

3. Guzman stated she met Juan Carlos SANTOS in approximately March of 1990 and began living with him approximately one month later in Brownsville, Texas. Guzman stated that early on in the relationship she learned that SANTOS was involved in drug trafficking, specifically shipping marijuana to Florida. Guzman stated on numerous occasions she was with SANTOS, when SANTOS would take her to a residence, where there would be a room filled with marijuana. Guzman stated SANTOS employed females who would drive the marijuana to Florida in vehicles equipped with hidden compartments.

| 11. Distribution:<br>Division  MFD<br>District<br>Other  SARI | 12. Signature (Agent)<br>   TFO David Weeks | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br>Larry J. Reavis<br>Group Supervisor | 15. Date |

**DEA** Form     - 6
(Jul. 1996)
    DW

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment E to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | | 2. G-DEP Identifier |
|---|---|---|---|
| ## REPORT OF INVESTIGATION<br><br>*(Continuation)* | 3. File Title | | |
| 4.<br>**Page   2   of   4** | | | |
| 5. Program Code | 6. Date Prepared<br>10-05-2007 | | |

4. Guzman stated SANTOS was employed as a mechanic with Valley Trucking in Brownsville, Texas, for approximately two years.  Guzman stated SANTOS was fired from this job in approximately January 2004.  Guzman stated the only other income SANTOS had, outside of drug trafficking and the mechanic work, was a paper route SANTOS worked for approximately a year and a half in the early 1990's.

5. Guzman stated she separated from SANTOS in approximately March 2004.  Guzman stated she then moved to Florida in approximately July 2004.  After moving to Florida, her friends in Brownsville told her that SANTOS was once again involved in drug trafficking.  Guzman stated that she believes that SANTOS is currently hiring individuals to transport drugs on his behalf to various locations.  Guzman stated that she believes SANTOS then travels via commercial airlines to these various locations to pickup the drug proceeds.

6. Guzman stated that during several of SANTOS' trips to Florida, arrangements were made for SANTOS to see the couples' (Guzman and SANTOS) children.  Guzman stated that while she could not recall the exact time frame of these meetings, she stated the first time involved her brother, Lorenzo Guzman, taking her children to meet SANTOS at a local Wal-Mart.  Guzman stated that according to her brother, as he (Lorenzo Guzman) and the children arrived at the Wal-Mart, SANTOS was exchanging suitcases with an unknown number of females in the parking lot.  Guzman stated that her children stayed with SANTOS for approximately four or five hours and never left the Bradenton, Florida area.  Guzman stated that according to her brother, SANTOS was driving a black Lincoln on this date.

7. Guzman stated the next time her kids saw SANTOS was at a Holiday Inn Express in Bradenton.  Guzman stated her neighbor, Jessica Teharte, drove her brother and the kids to meet SANTOS at the hotel.  Guzman stated that because she did not trust SANTOS, her brother stayed at the hotel with SANTOS and the kids for a couple days before returning home.

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment E to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br><br>*(Continuation)* | | |
| | 3. File Title | |
| 4.<br>**Page   3   of   4** | | |
| 5. Program Code | 6. Date Prepared<br>10-05-2007 | |

8. Guzman stated that on a different occasion Teharte took her children to meet SANTOS at a barbeque near Palmetto, Florida, just north of the Bradenton area.  Guzman stated that after spending a few hours with their father (SANTOS), Teharte brought the children back to her.

9. Guzman stated that in approximately June 2007, she (Guzman) drove her children to Tampa, Florida, where they met SANTOS.  Guzman stated that her children fly to Texas with SANTOS and spent the summer with him.  Guzman stated that when the children returned to Florida in August 2007, SANTOS dropped off her children at her work.  Guzman stated that Teharte later met SANTOS at a Comfort Inn in Bradenton where she picked up clothing and toys that SANTOS had purchased for the children.

10. In reference to SANTOS' statements concerning his travel to Florida on October 12, 2006, wherein he stated he spent the weekend with his children in a hotel in Ocala, Florida, and that Guzman's neighbor had met with him to drop off the kids; Guzman stated that this never happened.  Guzman stated she would have never allowed her children to travel to Ocala with SANTOS.

11. TFO Weeks showed Guzman a photograph of Gus MARTIN.  Guzman immediately identified MARTIN as "Gus Martin".  Guzman stated SANTOS and MARTIN have been friends for approximately 10 years.  Guzman stated SANTOS and MARTIN rent a ranch, approximately 10 to 20 acres, near the Port of Brownsville, on South Padre and Highway 511, in Brownsville, Texas.  Guzman stated SANTOS and MARTIN have cows and horses on the ranch.  Guzman stated that she did not know MARTIN to be involved in any criminal activity.

<u>INDEXING</u>

**DEA** Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment E to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 3. File Title | |
| 4.<br>**Page   4   of   4** | | |
| 5. Program Code | 6. Date Prepared<br>10-05-2007 | |

2. SANTOS, Juan Carlos

   **Associate:        MARTIN, Gus**


3. MARTIN, Gus

   **Associate:        SANTOS, Juan Carlos**

---

**DEA** Form     **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment E to Discovery Motion