**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

**Page 1 of 2**

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: TFO David Weeks <br> At: West Palm Beach RO | ☐ ☐ ☐ ☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed <br> ☐ Action Requested By: | ☐ | | 8. Date Prepared <br> 10-05-2007 | |

9. Other Officers: n/a

10. **Report Re:** Interview of Juana BELTRAN on 10-02-2007.

### SYNOPSIS

On October 2, 2007, Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) TFO David Weeks and St. Lucie County Sheriff's Office Detective Fred Wilson, with the assistance of an interpreter, interviewed Juana BELTRAN in Pierson, Florida. The purpose of this interview was to determine the owner/user of prepaid cellular telephone number 386-785-5684 during the period of October 2006. This telephone number, subscribed in what is believed to be the fictitious name of David Blank, was in contact with Juan Carlos SANTOS numerous times on October 12, 2006.

### DETAILS

1. Reference is made to a DEA Form-6 dated June 5, 2007, by TFO David Weeks titled "Debriefing of Juan Carlos SANTOS on 05-24-2007."

2. Reference is made to a DEA Form-6 dated October 5, 2007, by TFO David Weeks titled "Interview of Juana Caro on 10-02-2007."

3. On October 2, 2007, TFO Weeks and Detective Wilson interviewed Juana BELTRAN. During this interview, Agents questioned BELTRAN in reference to telephone number 386-785-5684. The following is a summary of the statements made by BELTRAN and is not purported to be a verbatim account of her statement.

| 11. Distribution: <br> Division  MFD <br><br> District <br><br> Other   SARI | 12. Signature (Agent) <br><br> TFO David Weeks | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) <br> Larry J. Reavis <br> Group Supervisor | 15. Date |

**DEA** Form  **- 6** <br> (Jul. 1996) <br> DW

**DEA SENSITIVE** <br> Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration. <br> Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment F to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title | |

| 4. **Page  2  of  2** | |
|---|---|
| 5. Program Code | 6. Date Prepared 10-05-2007 |

4.  BELTRAN told investigators that she recognized telephone number 386-785-5684 as her previous telephone number.  BELTRAN stated that she bought the prepaid cellular telephone in Deland, Florida, and that she did not know the name in which the phone was subscribed in. BELTRAN stated the clerk at the cell phone store created the subscriber information.  BELTRAN confirmed that she had given the phone to Juana Caro, but could not recall exactly when this had taken place.  BELTRAN believes that it occurred sometime in 2007.

5.  BELTRAN stated that prior to giving the phone to Caro, she (BELTRAN) was the only person who used the phone.  BELTRAN denied ever allowing her brothers (believed to be Jose Candelario Beltran, Edgar Beltran, and Cecilio Beltran) or anyone else to use the phone.

6.  During the interview, TFO Weeks showed BELTRAN a photograph of Juan Carlos SANTOS and asked her if she recognized him.  Upon handing BELTRAN the photograph, BELTRAN sighed and gazed at the photograph for approximately a minute.  BELTRAN then denied knowing and/or having ever seen SANTOS before.  Based on her body language and the sigh, investigators were not convinced by her denial.

7.  When questioned about the numerous telephone calls between her (BELTRAN) cellular telephone and that of SANTOS' on October 12, 2006, BELTRAN was unable to explain the phone calls.

  2. SANTOS, Juan Carlos
    No new information.

  3. BELTRAN, Juana
    No new information.

---

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment F to Discovery Motion