**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | Page 1 of 2 |
|---|---|---|

| 1. Program Code | 2. Cross File    Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|
| 5. By: TFO David Weeks<br>    At: West Palm Beach RO | ☐<br>☐<br>☐<br>☐ | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>   ☐ Action Requested By: | ☐ | 8. Date Prepared<br>10-05-2007 | |

9. Other Officers: n/a

10. Report Re: Interview of Juana Caro on 10-02-2007.

## SYNOPSIS

On October 2, 2007, Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) TFO David Weeks and St. Lucie County Sheriff's Office Detective Fred Wilson, with the assistance of an interpreter, interviewed Juana Caro at her residence in Pierson, Florida.  The purpose of this interview was to determine the owner/user of prepaid cellular telephone number 386-785-5684 during the period of October 2006.  This telephone number, subscribed in what is believed to be the fictitious name of David Blank, was in contact with Juan Carlos SANTOS numerous times on October 12, 2006.

## DETAILS

1. Reference is made to a DEA Form-6 dated June 5, 2007, by TFO David Weeks titled "Debriefing of Juan Carlos SANTOS on 05-24-2007."

2. On October 2, 2007, TFO Weeks and Detective Wilson interviewed Juana Caro.  During this interview, Agents questioned Caro in reference to telephone number 386-785-5684.  The following is a summary of the statements made by Caro and is not purported to be a verbatim account of her statement.

3. Caro told investigators that she recognized telephone number 386-785-5684 as a telephone number she previously used.  Caro stated that she had purchased the cellular telephone from a friend named Juana BELTRAN approximately six months ago.  Caro stated that approximately

| 11. Distribution:<br>    Division  MFD<br><br>    District<br><br>    Other   SARI | 12. Signature (Agent)<br><br>    TFO David Weeks | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br>    Larry J. Reavis<br>    Group Supervisor | 15. Date |

DEA Form   - 6
(Jul. 1996)
    DW

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment G to Discovery Motion

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 3. File Title | |
| 4.<br>**Page   2   of   2** | | |
| 5. Program Code | 6. Date Prepared<br>10-05-2007 | |

one month ago she threw the phone away after it was damaged from being dropped in water.

4.   Caro identified Juana BELTRAN from a photograph shown to her by TFO Weeks.

## INDEXING

2. SANTOS, Juan Carlos
   No new information.

**3. BELTRAN, Juana**

Possible Associates: SANTOS, Juan Carlos
10/07 Identified as the user of telephone number 386-785-5684 during the period of October 2006.

---

**DEA** Form      **- 6a**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment G to Discovery  Motion