UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80693-CIV-BLOOM
(CASE NO. 06-80171-CR-HURLEY)

RICARDO SANCHEZ, JR.,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## **ORDER**

The Court having considered the unopposed motion for extension of time to file a response to Sanchez's Amended 2255 petition, (CIV-DE 80), including the grounds cited in support thereof and noting that it is unopposed, has determined that it should and ought to be granted.  Accordingly,

The motion is GRANTED, and the government's response shall be filed on or before May 5,  2018.

SO ORDERED.

                                      _____

                                      BETH BLOOM
                                      UNITED STATES DISTRICT JUDGE