UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

RICARDO SANCHEZ, JR.
            Movant,

vs.

UNITED STATES OF AMERICA,
            Respondent.

_____/

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO SANCHEZ'S AMENDED
MOTION FOR DISCOVERY**

THE UNITED STATES OF AMERICA, by and through its undersigned counsel, hereby files its unopposed motion for a brief extension of time to reply to Sanchez's Amended Motion for Discovery (CIV-DE 83). On February 15, 2018, Sanchez has filed an extensive forty-seven (47) page amended motion discovery in a number of categories: (a) documents relating to seven DEA-6 reports that were not disclosed prior to trial but during the 2255 proceedings, each request containing between seven (7) and thirty-four (34) subparts; (b) documents relating to cell phone records not previously disclosed; (c) proposed interrogatories relating to the DEA-6 reports and confidential informants who did not testify at trial; (d) third party discovery relating to ballistics and firearms evidence; (e) a request for independent examination of ballistics and firearms evidence that was made available during pre-trial discovery; and (f) documentation showing Sanchez was not one of the shooters. We have been actively reviewing the document requests with an eye toward determining if we have the requested documents, whether we will turn items over

1

absent a court order, whether good cause exists to provide discovery absent a court order, and/or whether we will oppose discovery.

The requests are very, very detailed. Given the protracted history of this case, the extensive trial and discovery record, this review is taking more than the normally-anticipated time to prepare an adequate and complete response. We therefore seek an extension until Tuesday, March 6, 2018 to file a responsive pleading related to Sanchez's forty-seven page motion. Moreover, the case is not fresh in memory; the trial happened <u>nine</u> years ago. The United States is in the process of preparing a detailed response to the discovery request, but the fact remains that it must now investigate and respond to the accusations that the United States did not disclose evidence, made in both the Amended § 2255 Petition and the discovery request, as well as the other claims broadly asserted by Sanchez.  Sanchez's counsel does not oppose the extension. Absent a short extension we will not be able to file a response that this case and justice deserve; and that result will not serve judicial economy or promote an orderly resolution of the pending issues in this matter.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:   /s Stephen Carlton
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/   *Stephen Carlton*
Stephen Carlton
Assistant United States Attorney

3

## SERVICE LIST

**Ricardo Sanchez, Jr. v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]

**Stephen M. Kissinger**
**Dana Hansen**
**Counsel for Ricardo Sanchez, Jr.**
Stephen_kissinger@fd.org
Dana_hansen@fd.org
**Counsel for Ricardo Sanchez, Jr.**
Asst. Federal Community Defenders
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile:   (865) 637-7999
[Service via CM/ECF]