UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80693-CIV-BLOOM
(CASE NO. 06-80171-CR-HURLEY)

RICARDO SANCHEZ, JR.,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## **ORDER**

The Court having considered the unopposed motion for extension of time to file a response to Sanchez's Amended Motion for Discovery (CIV-DE 83), including the grounds cited in support thereof has determined that it should and ought to be granted.  Accordingly,

The motion is GRANTED, and the government's response shall be be filed on or before March 6, 2018.

SO ORDERED.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE