USA Response to Sanchez Amended Motion for Discovery

# <u>APPENDIX A</u>

**INDEX TO DISCOVERY RESPONSES:**

1. 1st SDO Response:

   a. Varela [docket entry #57]   11/27/06
   
   –audio recordings of SLSO statements of def.;
   
   --NCIC record;
   
   –s/w inventory from Gardens Ct. #1 from 10/25/06;
   
   --listing of items recovered from persons on scene at Gardens Ct. s/w #1
   
   –inventory of s/w #2 Gardens Ct., 11/04/06;
   
   –listing of items seized from Lopez, 5/5/06 & CD-R of photos
   
   –negative DNA and fingerprint reports on 2 kilos seized from Lopez, 5/5/06;
   
   –CD-R containing .jpeg of photospreads of defendants indicating various persons
   picked out the defendant;
   
   –State T. III notice; CD's to def counsel under separate cover;
   
   --

   b. Sanchez, 11/20/06 [Docket Entry #39]
   
   –audio recordings of SLSO statements of def.;
   
   --NCIC record;
   
   –s/w inventory from Gardens Ct. #1 from 10/25/06;
   
   --listing of items recovered from persons on scene at Gardens Ct. s/w #1
   
   –inventory of s/w #2 Gardens Ct., 11/04/06;
   
   –listing of items seized from Lopez, 5/5/06 & CD-R of photos
   
   –negative DNA and fingerprint reports on 2 kilos seized from Lopez, 5/5/06;
   
   –CD-R containing .jpeg of photospreads of defendants indicating various persons
   picked out the defendant;

   c. Troya, 11/27/06 [docket entry #58]
   
   –audio recordings of SLSO statements of def.;
   
   --NCIC record;
   
   –s/w inventory from Gardens Ct. #1 from 10/25/06;
   
   --listing of items recovered from persons on scene at Gardens Ct. s/w #1
   
   –inventory of s/w #2 Gardens Ct., 11/04/06;
   
   –listing of items seized from Lopez, 5/5/06 & CD-R of photos
   
   –negative DNA and fingerprint reports on 2 kilos seized from Lopez, 5/5/06;
   
   –CD-R containing .jpeg of photospreads of defendants indicating various persons
   picked out the defendant;

   d. Liana Lopez, 11/27/06 [docket entry #60]
   
   –audio recordings of SLSO statements of def.;
   
   --NCIC record;
   
   –s/w inventory from Gardens Ct. #1 from 10/25/06;

--listing of items recovered from persons on scene at Gardens Ct. s/w #1
–inventory of s/w #2 Gardens Ct., 11/04/06;
–listing of items seized from Lopez, 5/5/06 & CD-R of photos
–negative DNA and fingerprint reports on 2 kilos seized from Lopez, 5/5/06;
–CD-R containing .jpeg of photospreads of defendants indicating various persons
      picked out the defendant;

    e.  Juan Gutierrez, 11/27/06 [docket entry #59]
        –audio recordings of SLSO statements of def.;
        --NCIC record;
        –s/w inventory from Gardens Ct. #1 from 10/25/06;
        --listing of items recovered from persons on scene at Gardens Ct. s/w #1
        –inventory of s/w #2 Gardens Ct., 11/04/06;
        –listing of items seized from Lopez, 5/5/06 & CD-R of photos
        –negative DNA and fingerprint reports on 2 kilos seized from Lopez, 5/5/06;
        –CD-R containing .jpeg of photospreads of defendants indicating various persons
            picked out the defendant;

2. <u>USA Motion for Protective Order</u>, 11/28/06
    a.  Gardens Court s/w's #1 and #2, redactions as to KL and YC
    b. delayed access to van and vehicles;

3.  1st Supplemental SDO Response: 1/17/07 [Docket Entry # 94]
    a. audio recording of Liana Lopez st't and transcript;
    b. Juan Gutierrez recordings to SLSO Flowers 2 CDs;
    c. certified J & C's sent out to Varela, Sanchez, Troya;
    d. redacted s/w applications for Gardens Ct. s/w's #1 and #2
    e. audio recordings of CI dealing w/ Varela 10/21/06 – 10/25 [DEA exhs N-180 to 183,
        and N-213]
    f. DEA Exh 27: 1 kilo bought by CI from Varela, 10/21/06;
    g.  DEA N-216, $100 FRN given in buy $ to Varela found at Gardens Ct. s/w #1
    h. DEA lab reports for drug exhs 27–45;
    i. negative PBSO latent print report on firearms seized at Gardens Ct. s/w #1;
    j. Varela aggrieved, but USA not using recordings;
    k. van available for inspection;

4. 2nd <u>Supplemental SDO Response</u>, 1/25/07 [Docket Entry #99-1]
    a.  negative print report from PBSO re: firearms
    b. DEA lab report for DEA Exh 50
    c. 404(b) notice as follows:
        i. <u>Varela</u>:  evidence of prior trafficking in cocaine, and or possession of
        cocaine with the intent to distribute in connection with separate incidents

occurring on or about September 17, 1999, April 27, 2001 and July 14, 2004;

ii. <u>Sanchez</u>:  evidence of prior trafficking in cocaine in connection with an arrest on December 1, 2005.

5. 3rd Supplemental SDO Response, 1/25/07 [Docket Entry #100]
    a. CD w/ .jpeg photos from 2 disposable cameras seized at Gardens Ct. s/w #1
    b. recordings of jail house conversations as follows:
        i.  Danny Varela (22 CD-R's)
        ii.  Ricardo Sancez (20 CD-R's);
        iii. Daniel Troya (26 CD-R's);
        iv. Liana Lopez (31 CD-R's);
        v.  Juan Gutierrez (28 CD-R's).

6. 4th Supplemental SDO Response, [Docket Entry #102]
    a. transcripts of SLSO statements, supplemental Flowers report on Gutierrez statement, Uhl 202 statement fromGutierrez
    b. PBSO report on operability of firearms;
    c. PBSO lab report on DEA Exh 49, 501 grams of powder cocaine seized from Sanchez on 7/11/06
    d. Giglio on Calderon, Richardson Boco, proffer K of Lemus;
    e. resumes of DEA Chemists Elizabeth Adkins, Patricia Burns;
    f. additional 404(b) notice to Varela on PBSO Case 00-106345 for state probation search where DV in possession of crack, baggies, powder, gun, scales.
    g. table of cell telephone search warrants, never sealed;

7. Kevin Vetere, 1st SDO Response, 3/21/07  [Docket Entry #134] :
    a. separately enclosed copy of SLSO taped interview, CD
    b.
        --NCIC record;
        –s/w inventory from Gardens Ct. #1 from 10/25/06;
        --listing of items recovered from persons on scene at Gardens Ct. s/w #1
        –inventory of s/w #2 Gardens Ct., 11/04/06;
        –listing of items seized from Lopez, 5/5/06 & CD-R of photos
        –negative DNA and fingerprint reports on 2 kilos seized from Lopez, 5/5/06;
        –CD-R containing .jpeg of photospreads of defendants indicating various persons picked out the defendant;
        –redacted copies of state 2 separate s/w applications for 6458 Garden Court;
        –federal s/w nos. for cell phone s/w's;
        –digital copies of photos from disposable cameras seized at 6458 Garden Court;
        – Cvs of Burns and Adkins, DEA chemists
        – <u>Giglio</u> on copies of records relating to witnesses "MC", "KL" and "RB"

–prior convictions on cooperating witnesses "MC" and "RB"
–all returned lab reports and examinations as of 3/21/07

8. 5th Supplemental SDO Response, [Docket Entry #176, filed 4/24/07]
additional impeachment info on witnesses; Malik payments
digital photos of Varela weapons from 6/2006 stop;

a. Miranda cards pertaining to defendants Varela, Troya and Sanchez, (copies attached to defense counsel copy of this response);

b. still photographs of van and Jeep entering Florida Turnpike at Ft. Pierce after 2:00a.m. on October 13, 2006, (copies attached to defense counsel copy of this response);

c. still photographs of van and Jeep exiting Florida Turnpike at West Palm Beach after 3:00 a.m. on October 13, 2006, (copies attached to defense counsel copy of this response);

d. videotapes of van and Jeep entering Florida Turnpike at Ft. Pierce, and exiting at West Palm Beach on October 13, 2006, (available but not enclosed);

e. surveillance photographs taken on or about October 24, 2006 at 6458 Garden Court, West Palm Beach, FL (digital copies attached to defense counsel copy of this response on a CD-R);

f. digital photographs taken after Sanchez arrest by PBSO in July 2006, (CD-R labeled DEA Ex. N-256, attached to defense counsel copy of this response);

g. photographs depicting firearms seized from Danny Varela after car stop in June, 2006, (related to Count 10)(copies attached to defense counsel copy of this response);

h. search warrant and inventory from PBSO concerning search warrant executed on October 13, 2006 for residence located at 1244 Olympic Circle, West Palm Beach, Florida; and PBSO property receipts from said search, denominated as "Re: Other Agency Case No. 06-013332", PBSO Case 06-122845 (copies attached to defense counsel copy of this response);

i. digital photographs of search warrant execution at 1244 Olympic Circle, West Palm Beach, FL on October 13, 2006, (CD-R labeled

DEA Exh. N-252, attached to defense counsel copy of this response);

j. digital photographs of search warrant execution of burgundy van on or about October 27, 2006, and miscellaneous post-arrest photographs of Ricardo Sanchez, (CD-R labeled DEA Ex. N-253, attached to defense counsel copy of this response);

k. digital photographs of DNA processing of kilogram wrappers, (CD-R labeled DEA Ex. N-254, attached to defense counsel copy of this response);

l. transcripts of recorded conversations as follows, (copies attached to defense counsel copy of this response);:
[1] between Varela and a third party recorded on November 17, 2006 at St. Lucie County Jail;
[2] between Varela and a third party recorded on November 15, 2006 at St. Lucie County Jail;
[3] between Troya and a third party recorded on November 7, 2006 St. Lucie County Jail;

m. ATF reported dated February 7, 2007 concerning testing of certain firearms by ATF Special Agent Steve Barborini, (copy attached to defense counsel copy of this response);

n. additional ATF Exhibits as follows: Exhibits 7, 8, 11, 12, 13, 18, 19, 20, 21, 25, 26, 27 and 29, all of which relate to firearms and violations of federal firearms laws, (copies attached to defense counsel copy of this response);

o. certified copies of Florida registration and license tag records related to tag RH63G, (Count 10)(copies attached to defense counsel copy of this response);

p. red gas can and matches recovered by West Palm Police Department in vicinity of black Jeep on or about October 16, 2006;

q. Inventories of various non-sealed search warrants concerning multiple cellular telephones seized from the defendants at various times, (copies attached to defense counsel copy of this response). A listing of all of the cell phones, and their corresponding unsealed search warrant case numbers was previously disclosed to all defense counsel;

r.  audio recordings, enhanced, of a confidential informant meeting with Danny Varela concerning sale of one kilogram of cocaine at 6458 Garden Court, West Palm Beach, FL on October 21, 2006, DEA Exh. N-246, (CD-R enclosed with defense counsel's copy of this response, labeled "DEA Ex. N-246, Enhanced copy of Ex. N-180")

lab reports:

a. firearms testing: see response listed under paragraph "A. 5 n", supra;[Kunz and Barborini reports]

b. ballistics results: Indian River Crime Lab, ("IRCL"), two reports, (2), each dated October 25, 2006 from Mark A. Chapman, 4 pages and 1 page, respectively, (copies attached to defense counsel copy of this response);.

c. curriculum vitae of IRCL employees Mark A. Chapman and Earl Ritzline, PBSO employee Beth Rosenthal, chemist, ATF Special Agents Steve Barborini and Jeff Kunz.

9.  6th Supplemental SDO Response, [Docket Entry #202, filed 5/18/2007: ]

a. CD-R containing digital photographs of recovery of black Jeep in West Palm Beach on October 16, 2006, (Disc is labeled "Jeep 1-06-01332"; approximately 104 digital still photographs);

b. DVD labeled "Ft. Pierce Toll Plaza 10-13-2006";

c.  DVD labeled "WPB Exit Toll Plaza 10-13-06";

d. CD-R containing still photographs, (Disc is labeled "Homicide Scene Photos 1-06–13332"; approximately 327 still photographs);

e.  CD-R containing various files relating to telephone toll records, (Disc is labeled "Phone Tolls"), including a print-out listing of the files, in Excel and other software formats, describing the contents of the CD;

f. Copies of various telephone company records, including toll records;

g. Wage and Hour information from the State of Florida concerning Danny Varela, Daniel Troya, Ricardo Sanchez, Juan Gutierrez, and Liana Lopez;

h. CD-R containing scanned Adobe Acrobat/.pdf images of two Florida Turnpike toll tickets, (Disc is labeled "Turnpike Toll Tickets";

i. Transcript of recorded conversation between DEA confidential informant and Danny Varela on October 21, 2006;

j. Redacted version of search warrant affidavit, search warrant and inventory for search of a van. Defense counsel should note that redacted version is being provided due to protective order entered upon government motion, (first page of the redacted document is entitled "Exhibit B");

k. Chain of custody form for projectile recovery reports from St. Lucie County medical examiner.

lab results & CV's:

a. amended ballistics report from Indian River Crime Lab, ("IRCL"), Mark A. Chapman; (copy attached to defense counsel copy of this response);

b. attached to defense counsel's copy of this response are the *curriculum vitae* of
(i) Dr. Charles Diggs, Medical Examiner's Office;
(ii) Dorothy Stout, Video Analyst;
(iii) Jack McCall, Latent Print Examiner.

c. Autopsy reports concerning four separate homicide victims.

10. 7th SDO Response, [DE #211] 6/05/2007:
a. DNA report from IRCL, Ritzline report

11. 8th SDO Response, [DE #231] 8/6/2007:

(i)   Telephone subscriber record for 561-891-1220;
(ii)   Known samples of handwriting of Jose Luis Escobedo, (N-278);
(iii)  Handwritten notations identified as the handwriting of Jose Luis Escobedo, seized from 1244 Olympic Circle, Greenacres, FL, (N-279)(excluding hand-written English translation of Spanish handwriting);
(iv)  Bank of America records pertaining to account number 0058-6211-5565;

(v) CD-ROMs from St. Lucie County Medical Examiner as follows: autopsy photographs of Jose Luis Escobedo, Yessica Escobedo, Luis Julian Escobedo, Luis Damian Escobedo (4 total); and 1 CD-ROM containing photographs from homicide scene;
(vi) Photocopies of photographs seized in a photograph album during execution of search warrant at 6458 Garden Court, West Palm Beach, Florida, (contact Case Agent TFO David Weeks to see the original photographs)(these items originally disclosed in general in initial discovery response as items recovered during execution of search warrant at 6458 Garden Court, West Palm Beach;
(vii) CD-ROM entitled "tolls & Cell Sites for Two Escobedo Boost Phones" containing electronic data on certain cellular telephones

a.  Expert reports of examination on latent prints as follows:
    (i).   Jack McCall, WPB PD;
    (ii).  Carl Muschweck, SLSO;
    (iii)  Robyn Pettey, IRCSO;

    [All reports described above identify latent prints of Ricardo Sanchez and Daniel Troya on certain evidence]

b.  CD-ROM containing results of forensic examination of Briar Bay Computer hard drive, N-232.

12. <u>10-08-2007 letter to Murrell</u> w/ attached CDR containing digital images of toll ticket and inked standards of Troya.

13. <u>10-09-2007 letter to Murrell</u> ref. Troya's conviction for Escape.

14. <u>10-30-2007 letter to Eisenberg & Garcia</u> w/ attached CDR containing digital images of toll ticket and inked standards.

15. <u>9th SDO Supplemental Response</u>, 12/18/2007

| **DEA EXHIBIT NUMBER** | **DESCRIPTION OF EVIDENTIARY ITEMS** |
|---|---|
| N-233 | Suspected kilogram wrapper taken via state s/w on Unit I-10; at Uncle Bob's Self Storage located at 7363 Lake Worth Road, Lake Worth, [state search warrant of December 2006, copy of affidavit & inventory enclosed with defense counsel's copy of this response, "Agency Case No. G8-06-0002"] |
| N-234 | a T-Mobile cellular telephone, taken via state s/w on Unit I-10; at Uncle Bob's Self Storage located at 7363 Lake Worth Road, Lake Worth, |
| N-235 | photograph of Ricardo SANCHEZ, numerous items of correspondence, receipts, and miscellaneous papers, taken via state s/w on Unit I-10; at Uncle Bob's Self Storage located at 7363 Lake Worth Road, Lake Worth, |

6. Scientific evidence:

a. results of forensic analysis of suspected controlled substance residue found on packaging tape seized during execution of search warrant at 1244 Olympic Circle, Greenacres, (sic.) Florida;

b. additional VHS cassette tape, enhanced version, of video camera on Florida Turnpike;

16. <u>1/11/2008:  Brady letter to defense counsel: re: Gahan</u>

17. <u>1/28/2008 letter to Murrell</u> w/ attachments:
   a. no more Gahan reports;
   b. confirm toll/tower recs sent out on 891-1220 and 956-266-2004;
   c. Weeks affidavit from s/w nos. 07-8001 through 07-81014-JMH—

18. 2/6/2008 discovery review schedule letter, setting 3/11-12/2008

19. 2/19/2008; SLSO Evidence Log disclosed, prefatory to discovery review

20. 2/27/2008 DEA exhibits disclosed, prefatory to discovery review:

21. 2/27/2008 ATF exhibits disclosed, prefatory to discovery review:

22. 3/07/2008 letter of additional evidence:
    a. 404(b) notice on Suwanee & Mercer Avenue shootings;
    b. PBSO ballistics analysis by Quereau linking weapons for Suwanee
       & ballistics analysis for Mercer Ave shootings [Quereau]
    c. Haverhill shootings by Troya and Sanchez;

23. 3/17/2008, SLSO CD's and DVDs boxed for defense counsel pickup:
    a. Fed Exp. to Michael Cohen, Esq.

24. 3/27/08 Fed. Exp. packets, Index, papers, CD's, photos, etc., [post-SLSO & DEA review]:
    a. packets mailed only to: Ruben Garcia, Michael Cohen, Greg Lerman, Robert Gershman
    b. contents included:

    #44 VHS Tape of Box Truck at Turkey Lake Gas Station [1 copy for all def counsel]
        (included with response sent to Ruben Garcia)

    #69 Crime Scene Search Warrant with Video Sound [VHS tape;Olympic Circle]
        [1 copy for all def counsel]   (included with response sent to Ruben Garcia)

    #105 Enhancement Video from Ft. Pierce Turnpike Plaza [1 copy for all def counsel]
    (included with response sent to Ruben Garcia)

    #151 Video Tape [1 copy for all def counsel]  (included with response sent to Ruben
    Garcia)

    #159 Video of Burger King Peters Road [two VHS tapes][1 copy for all def counsel]
    (included with response sent to Ruben Garcia)

    c.      SLSO Items ## 70, 103 and 110 sent to:

                       Jiffy Photo Center
                       940 South U.S. #1
                       Fort Pierce, Fl. 34950

     d.  CD which consists of photographs of loaded magazines from Garden Court firearms (SLSO CD#72);

     e. Potential <u>Brady</u> on Turnpike neighbor calls to PSL PD 911: Angelina Jessop & Patsy Smith,

25. <u>4/15/08 letter enclosing the following</u>:

I.    CD's & tapes as follows from Monday, March 10, 2008 [SLSO evidence review]

    #61 1 CD of Recorded call to FHP
    #62 Caller Refer 911 Incident Turnpike MM 149/911 CAD Sheet [cassette tapes]
        Port St. Lucie PD tapes
    #107 Audio Recordings and Incoming Call Log from FHP Troop K
    #116 Recordings of all calls made to 911 between 1:00 am and 4:00 am 10/13/06
        [3 tapes, SLSO 911 from 1:00 –4:00 am on 10/13/2006]
    #117 Recordings of 911 radio traffic between 1:00 am and 4:00 am 10/13/06
        4 tapes total from Ft. Pierce Police Department 911, Port St. Lucie Wast PD 911
        and SLSO 911; and
        2 tapes from Port St. Lucie East PD 911
    #131 One Audio CD with original call to 911
    #132 One Audio CD of Original Call to 911 with Enhanced Tracks
        [note: #131 and #132 are the same call to Lantana FHP 911]

II.    Demand for defense expert witness & mitigation evidence reciprocal discovery

26. <u>4/24/08 letter enclosing the following</u>:
    a. two separate VHS tapes, i.e., SLSO Exhibits 70, and 103 to M. Cohen's pkt. only;
    b.  CD labeled 06-110508 containing digital photos of Haverhill shooting;
    c. redacted reports complying w/ <u>Brady</u> order on the 911 tape

27. <u>5/1/08 letter enclosing the following</u>:
    a. redacted PBSO report disclosing date/timing of defs' interviews;

28. <u>5/2/08 letter, redacted 911 reports comply w/ Brady order, offer for *in camera* review</u>

29. <u>5/7/08 letter enclosing the following</u>:
    a.  SLSO report concerning NASA enhancement of 911 tape;
    b.  transcript of 10/26/06 Sanchez DNA taking via s/w

30. 5/8/08 letter enclosing the following:
    a. PBSO ballistics lab report, negative match on Haverhill [PBSO Omar Felix]

31. 6/2/2008: <u>Brady</u> notice regarding alleged statement of Juan Gutierrez

32. 6/12/2008: <u>Brady</u> order compliance re: 911 call and law enforcement reports

33. 6/23/08: IRCL ballistics report comparing homicide casings w/ Garden Ct. casings,
    [both .40 and 9 mm casings have consistent magazine markings]

34. 6/26/08: IRCL ballistics report comparing homicide casings w/ Garden Ct. casings,
    [both .40 and 9 mm casings have consistent magazine markings] & c.v of Jimmie D.
    Thompson, IRCL adopting same report

35. 7/03/2008: Supplemental letter in response to Murrell e-mail;
    i. defense expert allowed access to seized cell phones;
    ii. better quality photos of Varela, strippers and friends to be provided;
    iii. no Wal-Mart video exists; Northern Tool video already disclosed;
    iv. DSS map, and St Attorney subp responses for 561 242-5510 and 242-5511

36. 7/8/08:  ltr to Murrell,
    i. noting tel records [911 call-related];
    ii.  Lopez tattoos's photos

37. 8/06/08 letter w/ attachments:
    i. 3 VHS tapes, Walmart;
    ii. portion of SLSO report describing the 3 VHS tapes;
    iii. CD w/ scanned images, Varela & friends, [i.e., DEA N-244 & SLSO 261];
    iv. new CD w/ aerials of Turnpike area [homicide scene].

38. 8/12/08 letter w/ attachments:
    i. curriculum vitae of Omar Felix;
    ii. curriculum vitae of Stephen Hills & expert conclusion;
    iii. curriculum vitae of Alison Quereau

39. 8/27/08 discovery letter w/ attachments:
    i. curriculum vitae of Dr. Roger Elliott Mittleman, MD

40. 9/03/08 discovery letter w/ attachments:
    i. 8/27/08 IRCL report on Sanchez DNA [Ritzline]

41.  10/14/08 discovery letter w/ attachments:
   i. resumes & training of DEA chemist Betty Candal, and SLSO latent print examiner Carl Muschweck.

42. 10/17/08 discovery letter w/ attachments:
   i. lab report of Jay Mullins, PBSO prelim. ballistics;
   ii. DMV certification on Sonia Varela Flores vehicle from 6/10/06 stop;

43. 10/22/08 discovery letter w/ attachments:
   i. CD-ROM, Suwanee shooting photos;
   ii. CD-ROM, Mercer Ave., shooting photos;
   iii. CD-ROM w/ following attachments:
       a. (a) crime scene diagram of Suwanee Drive shooting scene, [2 "pdf" files];
       (b) crime scene diagram of Mercer Avenue shooting scene;
       (c) curriculum vitae of Karin A. Crenshaw;
       (d) curriculum vitae of Vonda Bray;
       (e) photocopy of handwritten note intercepted on October 6, 2008 from Daniel Troya;
       (f) property receipts relating to various items of evidence [mostly spent bullets and casings] at each of the three separate shooting locations:

44.  10/31/08 discovery letter w/ attachment:
   i. CD-ROM w/ various folders:
       (a) <Van Processing> photos;
       (b) <CI kilo wrapper processing SLSO>;
       (c) <Jeep Service Alley>;
       (d) digital copy of Ft. Myers, La Quinta Inn recceipt;
       (e) Queen Palm Realty Group records;
       (f) digital photos of Damian Escobedo & Julian Escobedo.
       (g) penalty phase memento/photos from Escobedo family available for review

45.  11/06/08: Reciprocal discovery, demand for defense expert witness info.

46. 11/08/08: USA demand for compliance w/ expert witness rules, re: complete disclosure.

47. 11/17/08: Supplemental letter from USA enclosing CD-ROM w/ T-Mobile cell site data;

48.  11.21.08: Supplemental letter from USAO w/ attachments: [e-mailed on 11/21; reg mail 11/24/08
       (a) autopsy photo of Damian, DSC00091.jpg;
       (b) Mittleman additional medical opinions;
       (c) Tapes synchronized on Malik, transcripts enclosed & synchronized CD-ROM
       **[AUSA note: mistakenly did not send out either of these]**

(d) Chapman chart on research on .40 caliber projectiles & potential weapons;

49. <u>11/25/2008</u>: Supplemental letter from USAO w/ two CDR's attached

    CDR #1      - Verizon cell tower locations
- Metro subscriber, tolls, and cell site for 561-853-8492
- T-Mobile cell sites
- Jencks – Weeks' reports ref telephone search warrants
- Certification reference National Firearms Registration and Transfer record
- Family photos from the Escobedo & Guerrero families

    CDR #2      - Recordings of N-180, N-182, N-183 along with synchronization

50. <u>12/11/2008</u>:  Email with attachments – Ellis Report & Lopez arrest Currency Inventory

51. <u>12/22/2008</u>:  Supplemental letter with attachments:

1. Copies of unredacted affidavits submitted in support of search warrants:
   (a) for Garden Court search warrant #1;
   (b) for Garden Court search warrant #2;
   (c) for the burgundy van.

2. Delayed photographic lineup reviewed and signed by:
   (a) Mario Calderon
   (b) Richardson Boco
   (c) Malik Mullino
   (d) Michael Brandon
   (e) Christopher Bly
   (f) Charles Seager

3. Delayed *Giglio* information concerning:
   (a) Jesus Alonso
   (b) Harold Anderson
   (c) Richardson Boco
   (d) Mario Calderon
   (e) Patrick Charles
   (f) Thomas Colon
   (g) Steven Doran
   (h) Byron Hamrick
   (i) Kassandra Lower
   (j) Malik Mulino

(k) Benito Rodriguez
(l) Carlos Rodriguez
(m) Demetrio Roman-Salgado
(n) Robert Wade
(o) Kevin Vetere (and benefits)
(p) Shameca Walters

4. CD-ROM containing:
   (a) copy of two jpeg photographs recently provided to the government by Jacobus;
   (b) copy of a Google map image of the vicinity of the Sanchez stop of July 10, 2006;
   (c) copy of a Google map image of the Escobedo residence located at 1244 Olympic Circle, West Palm Beach, FL;
   (d) two sets of T-Mobile business records recently received by the United States: (1) an Excel spreadsheet entitled *VLR_List.xls* which contains a list of telephone switches; and (2) an Excel spreadsheet entitled *florida_041907(1) - T-Mobile Cell Site Locationsl.xls* which contains a listing of cellular tower site locations;
5. Business records concerning the purchase of a vehicle (Jaguar) by Danny Varela.
6. Made available a latent lift card ref. Varela.
7. FL DOT VHS formatted tape of the Ft. Pierce and West Palm Beach Exits with time stamp; we have converted that to CD-ROM format as well.  We also intend to use still photographs taken from those tapes.

8. We intend to introduce as evidence in the case a friction lock baton  that was seized from the vehicle in which defendants Varela and Troya were stopped on June 10, 2006, an incident charged in one of the indicted counts; contact John Kastrenakes if you want to view that item.
9. Last, we are providing another copy of the subscriber and cell site location records for (786) 853-8416. We sent these out earlier but one or more photocopies may have been blocked when copying due to a post-it pad not being removed.

52. 01/02/2009:  Supplemental letter with attachments -
   (a) telephone subscriber record for Juana Sanchez;
   (b) telephone subscriber record for Linda Velasquez;
   (c) automobile purchase records from Auto Show case.

53. 01/04/2009:  Supplemental letter with attachments -

Delayed *Giglio* information concerning:
   (a) Ambrosio, Emmanuel
   (b) Cedeno, Ryan
   (c) Dulcio, Marie
   (d) Dunman, Philip
   (e) Gahan, James
   (f) Kellerman, David
   (g) Rosario, Frank
   (h) Weisman, Brandon