USA Response to Sanchez Amended Motion for Discovery

# APPENDIX B

**U.S. Department of Justice**



*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

March 7, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
500 W Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

I am providing by letter notice to each of you, a supplemental discovery response concerning other evidence involving defendants Daniel Troya, Ricardo Sanchez, and Danny Varela. Specifically, please note that in accordance with paragraph "H" of the Standing Discovery Order you are hereby notified of the government's intent to introduce during its case in chief proof of this evidence as further evidence of the defendants' guilt in this case, which may also be admitted pursuant to to F.R.E. 404(b).   You are specifically notified that the government intends to introduce evidence as follows:

(a) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1305 Suwanee Drive, Apartment B, West Palm Beach, Florida on April 28, 2006.  The results of ballistics examination recently concluded are enclosed with this notice.  A person was wounded in this shooting.

(b) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1901 Mercer Avenue, West Palm Beach, Florida on April 28, 2006.  The results of ballistics examination recently concluded are enclosed with this notice.  No person is known to have been injured in this shooting.

You are further notified that the government intends to introduce evidence that on September 11, 2006, defendants Varela, Troya and Sanchez were involved in a shooting along the 1300 block of Haverhill Road in suburban West Palm Beach.  A person was wounded in this shooting.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s *Stephen Carlton*

By:   Stephen Carlton
Assistant U.S. Attorney

# PALM BEACH COUNTY SHERIFF'S OFFICE

*RIC L. BRADSHAW, SHERIFF*

Technical Services Division, Telephone (561) 688-4200  Fax (561) 688-4228

## Firearms Report

Sergeant David  Conklin
Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL  33406

**PBSO Case #:**    **06-060303**
Agency Case #:    06-060303

**Secondary Agencies:**
None

Victim: SOSA, COMMACHO ALEJANDRO
Date of Birth: 11/23/1973

## EVIDENCE

On 05/01/2006, the Technical Services Division received the following evidence from Neil Zielinski of the Palm Beach County Sheriff's Office:

| | |
|---|---|
| **Submission: 001** | A sealed brown paper bag containing: |
| 001-01 | Two fired rifle caliber copper bullet jacket fragments |
| 001-03 | One steel rifle bullet core |
| **Submission: 002** | A sealed brown paper bag containing: |
| 002-04 | One fired rifle caliber copper bullet jacket |
| 002-06 | One fired 30 caliber class (includes 7.62 x 39mm) copper-jacketed bullet with a steel core |
| **Submission: 003** | A sealed brown paper bag containing: |
| 003-05 | One fired 30 caliber class (includes 7.62 x 39mm) copper bullet jacket |
| **Submission: 004** | A sealed brown paper bag containing: |
| 004-02 | One steel rifle bullet core |

On 04/29/2006, the Technical Services Division received the following evidence from Angela Culpepper of the Palm Beach County Sheriff's Office:

| | |
|---|---|
| **Submission: 006** | A sealed brown paper bag containing: |
| | Sixteen fired 7.62 x 39mm caliber Chinese-made cartridge cases, designated 006-01 through 006-16 (according to stanchion number) |

## RESULTS AND CONCLUSIONS:

By request, the evidence in this case was compared to the Romarm/Cugir brand, model WASR-10 (AK-47 type) rifle serial number AH-3444-81, submission 039 under PBSO case 06-122845 (ATF case 764055-07-0018).

The submission 006-03, 006-04, 006-05, 006-07, 006-08, 006-09, 006-10 and 006-13 cartridge cases were identified as having been FIRED in this rifle.

The submission 006-02, 006-11, 006-12, 006-14, 006-15 and 006-16 cartridge cases were identified as having been CYCLED through the rifle.



*An ASCLD / LAB Accredited  Laboratory Since 1991*

*Firearms Report, 06-060303 - Continued*

All identifications were based on the correspondence of individual characteristics.

The submission 006-01 and 006-06 cartridge cases and the submission 001-01, 002-04, 002-06 and 003-05 projectiles were compared to tests from the cross-referenced rifle with inconclusive results, due to a lack of sufficient individual characteristics.

The submission 001-03 and 004-02 cores are of no value for microscopic comparison purposes.

Alison L. Quereau - Senior Forensic Scientist

2-20-2008

Date



# PALM BEACH COUNTY
# SHERIFF'S OFFICE

*RIC L. BRADSHAW, SHERIFF*

Technical Services Division, Telephone (561) 688-4200  Fax  (561) 688-4228

## Firearms Report

Mike  Barbercheck
ATF
505 S. Flagler Drive Suite 402
West Palm Beach, FL  33401

**PBSO Case #:**   **06-122845**
Agency Case #:   764055-07-0018

**Secondary Agencies:**
Palm Beach County Sheriff's Office
06-122845
St. Lucie Sheriff's Office
1-06-013332

## EVIDENCE

On 10/27/2006, the Technical Services Division received the following evidence from Angela Culpepper of the Palm Beach County Sheriff's Office:

**Submission: 039**     A sealed white cardboard box containing:

039-01     One 7.62 x 39mm caliber Romarm/Cugir brand, model WASR-10 (AK-47 type) semiautomatic rifle, serial number AH-3444-81

## RESULTS AND CONCLUSIONS:

The submission 039-01 rifle was functional when test fired with a laboratory magazine.  A test cartridge case was entered into the NIBIN database, with no associations made at this time.

By request, the rifle was compared to evidence submitted in PBSO case 06-060303 and PBSO case 08-010540 (West Palm Beach PD case 06-9219).

The submission 039-01 rifle was identified as having FIRED the submission 006-03, 006-04, 006-05, 006-07, 006-08, 006-09, 006-10 and 006-13 cartridge cases and having CYCLED the submission 006-02, 006-11, 006-12, 006-14, 006-15 and 006-16 cartridge cases from PBSO case 06-060303.

The rifle was identified as having FIRED the submission 001-01, 001-04, 001-05, 001-06, 001-07, 001-08, 001-09 and 001-11 cartridge cases and having CYCLED the submission 001-02 cartridge case from PBSO case 08-010540 (West Palm Beach PD case 06-9219).

The submission 039-01 rifle could neither be identified nor eliminated as having possibly fired the rifle caliber projectiles in the cross-referenced cases.

Alison L. Quereau - Senior Forensic Scientist

2-20-2008

Date



*An ASCLD / LAB Accredited  Laboratory Since 1991*



# PALM BEACH COUNTY
# SHERIFF'S OFFICE
### RIC L. BRADSHAW, SHERIFF

Technical Services Division, Telephone (561) 688-4200  Fax  (561) 688-4228

## Firearms Report

CSI F.  Fischer
West Palm Beach Police Department
600 Banyan Street
West Palm Beach, FL  33401

**PBSO Case #:**   **08-010540**
Agency Case #:   06-009219

**Secondary Agencies:**
None

Victim: VELEZ, CARMEN

## EVIDENCE

On 02/08/2008, the Technical Services Division received the following evidence from F. Fischer of the West Palm Beach Police Department:

| | |
|---|---|
| **Submission: 001** | A sealed manila envelope containing: |
| | Eleven fired 7.62 x 39mm caliber Chinese-made cartridge cases, designated 001-01 through 001-11 |
| **Submission: 002** | A sealed manila envelope containing: |
| 002-02 | One fired copper jacketed bullet |
| **Submission: 003** | A sealed manila envelope containing: |
| 003-03 | One fired 30 caliber class (includes 7.62 x 39mm) copper bullet jacket |
| **Submission: 004** | A sealed manila envelope containing: |
| 004-04 | One steel bullet core |

## RESULTS AND CONCLUSIONS:

By request, the evidence in this case was compared to the Romarm/Cugir brand, model WASR-10 (AK-47 type) rifle serial number AH-3444-81, submission number 039 under PBSO case 06-122845 (ATF case 764055-07-0018).

The submission 001-01, 001-04, 001-05, 001-06, 001-07, 001-08, 001-09 and 001-11 cartridge cases were identified as having been FIRED in this rifle.

The submission 001-02 cartridge case was identified as having been CYCLED through the rifle.

All identifications were based on the correspondence of individual characteristics.

The submission 001-03 and 001-10 cartridge cases and the submission 003-03 bullet jacket were compared to tests from the cross-referenced rifle with inconclusive results, due to a lack of sufficient individual characteristics.

The submission 002-02 bullet was NOT fired by the Romarm/Cugir rifle. This exhibit is most consistent with a handgun caliber projectile, including 9mm Luger. Brands of firearms which could have fired the 002-02 bullet include, but are not limited to: Astra, Beretta, Hi-Point, Stallard, Taurus and Walther.



*An ASCLD / LAB Accredited Laboratory Since 1991*

The submission 004-04 core is of no value for comparison purposes and was not further examined.

_____

Alison L. Quereau - Senior Forensic Scientist

2-20-2008
_____

Date



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

March 27, 2008

L. D. Murrell, P.A.                         James L. Eisenberg
400 Executive Center Dr Ste 201            250 Australian Avenue South
West Palm Beach, Florida  33401-2922       West Palm Beach, FL 33401

Gershman & Goldstein                        Michael B. Cohen
1675 Palm Beach Lakes Boulevard            500 W Cypress Creek Road
Suite 700                                   Suite 300
West Palm Beach, FL 33401                    Fort Lauderdale, FL 33309

Gregg Stuart Lerman                         Ruben Maurice Garcia
330 Clematis Street                         1209 SE 3rd Avenue
West Palm Beach, FL 33401                    Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

I am enclosing with this letter an index of additional supplemental discovery items collectively requested at the separate evidence reviews undertaken at the St. Lucie Sheriff's Office and the DEA on March 10, 2008 and March 12, 2008.  Please note that on several items, we have provided only a single copy for all defense counsel; that copy has been provided in the packet sent to Ruben Garcia, Esquire.  This decision was made in order to expedite providing this supplemental discovery.   These items include the following:

#44 VHS Tape of Box Truck at Turkey Lake Gas Station [1 copy for all def counsel]
    (included with response sent to Ruben Garcia)

#69 Crime Scene Search Warrant with Video Sound **[VHS tape;Olympic Circle]**
     [1 copy for all def counsel]   (included with response sent to Ruben Garcia)

#105 Enhancement Video from Ft. Pierce Turnpike Plaza [1 copy for all def counsel]  (included
      with response sent to Ruben Garcia)

#151 Video Tape [1 copy for all def counsel]  (included with response sent to Ruben Garcia)

#159 Video of Burger King Peters Road **[two VHS tapes]**[1 copy for all def counsel]  (included with response sent to Ruben Garcia)

Also note that in connection with SLSO Items ## 70, 103 and 110 which all involve VHS tapes, we are providing those for copying purposes to a private contractor in Ft. Pierce who provides this service on an on-going basis for the SLSO.  Please contact the following business to obtain copies of those items at your own expense:

Jiffy Photo Center
940 South U.S. #1
Fort Pierce, Fl. 34950
Owner Mike Hinkle
(772) 461-0872

Please note that several items requested by defense counsel are not discoverable under the Federal Rules of Criminal Procedure. Where such a determination has been made, it is noted on the enclosed index as appropriate.

On a separate matter, unrelated to the most recent evidence review at SLSO and DEA, I also am enclosing a CD which consists of photographs of loaded magazines from Garden Court firearms (SLSO CD#72); enclosed in packets sent to Garcia, Gershman, Lerman and Cohen. Everyone saw the magazines at ATF; these are photographs of some of the ammunition in those magazins.

Potential <u>Brady</u>:  Angelina Jessop, 5751 NW Benbow, Port St. Lucie, Florida contacted Port St. Lucie Police on October 13, 2006 and reported that she had heard fireworks between 9:00 p.m., and 9:30 p.m. the previous night.  She contacted the police at 9:42 a.m. on October 13, 2006.

Potential <u>Brady</u>:  Patsy Smith, 953 Rebel Lane, Port St. Lucie, reported to Port St. Lucie, Florida Police on October 13, 2006 that she heard an automatic nail gun go off between 4:30 A.M. and 5:15 a.m. on October 13, 2006 near the Turnpike close to a real estate development where she worked as a security guard

 If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


/s *Stephen Carlton*

By:    Stephen Carlton
        Assistant U.S. Attorney

cc: David Weeks

# **I N D E X**

Re: Defense Request For Copies from Evidence Viewing at SLSO and DEA from 3/10 & 3/12

Monday, March 10, 2008

# 14 Pink Wallet w/Misc Credit Cards **[photocopies of misc. papers/credit cards]**

#17 Letter to Mr. Levin from Richard Celler **[photocopy(ies) of the item(s) enclosed]**

#22 Receipt from Longhorn Steakhouse **[photocopy(ies) of the item(s) enclosed]**

#23 Black Mens Wallet w/Misc Cards and ID's **[photocopy(ies) of the item(s) enclosed]**

#43 Computer Hard Drive - Data Only  **[IT hard drives; ICE tech review underway]**

#44 VHS Tape of Box Truck at Turkey Lake Gas Station **[1 copy for all def counsel]**

#45 Receipt for Gas at Turkey Lake Gas Station **[photocopy(ies) of the item(s) enclosed]**

#46  Data on Discs **[IT hard drives; ICE tech review underway]**

#61 1 CD of Recorded call to FHP
 **[not evidence at present; not discoverable]**

#62 Caller Refer 911 Incident Turnpike MM 149/911 CAD Sheet
 **[Jencks only; not presently discoverable]**

#63 Caller 911 Tape 149 MM South Turnpike **[cassette tape copy enclosed]**

#64 Victim photo; and unrelated CD **[photocopy(ies) of the item(s) enclosed]**

#65 Driver's License of Victim/ID **[photocopy(ies) of the item(s) enclosed]**

#67 Assorted Misc Financial Papers, Cards Etc **[photocopy(ies) of the item(s) enclosed]**


#69 Crime Scene Search Warrant with Video Sound **[Olympic Circle]**

#70 Surveillance Video from Fort Pierce Turnpike Plaza **[private copying, def.expense]**

#71 4 Birth Certificates, Assorted Papers, Photographs        **[photocopy(ies) of the
                            item(s) enclosed]**

#103 Surveillance Video from Okee. Rd. Turnpike Plaza **[private copying, Jiffy
     Printing account  def.expense]**

#104 Stills from Ft Pierce Turnpike Exit Video and Enhanced Video **[CD]**

#105 Enhancement Video from Ft. Pierce Turnpike Plaza
 **[1 VHS tape for def. counsel]**

#107 Audio Recordings and Incoming Call Log from FHP Troop K
 **[not evidence at present; not discoverable]**

#108 Crime Scene Log **[not discoverable]**

#109 Road Ranger Log **[photocopy(ies) of the item(s) enclosed]**

#110 Security Tapes from Florida Turnpike Plazas **[private copying, def.expense]**

#116 Recordings of all calls made to 911 between 1:00 am and 4:00 am 10/13/06
 **[not evidence at present; not discoverable]**

#117 Recordings of 911 radio traffic between 1:00 am and 4:00 am 10/13/06
 **[not evidence at present; not discoverable]**

#125 Music CD & Burger King Receipt dated 1/13/06 **[CD and photocopy of item]**

#131 One Audio CD with original call to 911
**[not evidence at present; not discoverable]**
#132 One Audio CD of Original Call to 911 with Enhanced Tracks
**[not evidence at present; not discoverable]**
#137 One Credit Card Receipt **[photocopy(ies) of the item(s) enclosed]**
#151 Video Tape **[1 copy for all def counsel**
#157 CD with Sgt. King phone call to family in Texas  **[not discoverable]**
#159 Video of Burger King Peters Road **[two VHS tapes; one copy only]**
#160PBSO 11 Surveillance CDs from Brown Distributing **[11 CDs]**
#169 Copy of Original PBSO Crime Scene [Olympic Circle](Labeled PBSO Sub #18)
**[same item as #69 Olympic Circle]**
#176 CD of Lopez Interview
**(disclosed already to Greg Lerman, Esq.; not discoverable to others)**
#178 Three Photos **[photocopy(ies) of the item(s) enclosed]**
#179 2 Plastic Sleeves of negatives **[CD-R w/ photos]**
#180 Keystone Disposable Camera **[#180 from Gutierrez bedroom; previously
disclosed in 3rd Supplemental SDO Response, 1/25/07 [Docket Entry #100] ]**
#181 FUJI Disposable Camera [**Varela bedroom; previously disclosed in 3rd
Supplemental SDO Response, 1/25/07 [Docket Entry #100] ]**
#184 WPB Airport Receipt dated 10/10 - 10/11
**[photocopy(ies) of the item(s) enclosed]**
#187 Three Binders Misc Papers **[photocopy(ies) of the item(s) enclosed]**
#194 Vietnam Vet Advertisement w/handwritten #'s **[photocopy(ies) of the item(s)
enclosed]**
#195 Section of Paper Bag w/phone #s and Prescription **[photocopy(ies) of the item(s)
enclosed]**
#196 Evidence Bag transferred from Greenacres PD **[photocopy(ies) of the item(s)
enclosed]**
#228 Fuji Film H18 MP 8MM Video Cassette Tape
**[same item as #69 and #169 Olympic Circle]**
#229 Misc Bond Papers Cellphone Paper, Seal Envelope addressed **[photocopy(ies) of
the item(s) enclosed]**
#236 Disposable Camera Stanchion 25 **[CD-R w/ photos]**
#246 Misc Photos **[photocopy(ies) of the item(s) enclosed]**
#252 Blue Board Containing Various Memo Books, Business Cards **[photocopy(ies) of
the item(s) enclosed]**
#261 Photo Album Stanchion 29 **[photocopy(ies) of the item(s) enclosed]**
#270 WalMart Money Gram Receipt and Misc Best Buy Rebate **[photocopy(ies) of the
item(s) enclosed]**
#277 CD of Vehicles @ FP Turnpike Toll Plaza
#278 DVD of Vehicles @ WPB Turnpike Toll Plaza
# PB 78A Walmart Receipt **[photocopy(ies) of the item(s) enclosed]**
# PB Van 26 Misc Papers **[photocopy(ies) of the item(s) enclosed]**

Wednesday, March 12, 2008

Item # N-180 10/19/06 CI recording w/ Heriberto Varela **[CD]**

N-181 10/20/06 CI recording w/Berrios & DV **[cassette tape]**

N-182 10/21/06 CI recording w/Berrios & DV **[cassette tape]**

N-205 C/Mullino drawn layout of DV House, Garden Gt.
**[Jencks only; not presently discoverable]**

N-212 One Memorex CD-R containing Photographs of Evidence
**[Lopez arrest of 5/2006; already disclosed in 1st SDO Response, 11/27/06]**

N-213 Tape of telephone calls made by CS Mullino to Berrios 10/25/06 **[cassette tape]**

N-214 10/25/2006 CI recordings w/Berrios RE; $ owed to Varela **[cassette tape]**

N-216a; $100 FRN seized from Varela's person on 10/25/06 **[photocopy(ies) of the item(s) enclosed]**

N-217 Ricardo Sanchez photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-218 Liana Lopez photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-219 Danny Varela photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-220 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-225 Invoice in the name of DV dated 2/1/2006 Down South Customs **[photocopy(ies) of the item(s) enclosed]**

N-226 Coastal Auto Sales Doc re: Van sale to Naujalis **[photocopy(ies) of the item(s) enclosed]**

N-227 Photocopies of insurance docs received from CR Insurance Agency
**[photocopy(ies) of the item(s) enclosed]**

N-228 Coast to Coast Customs bus records for custom wheels
**[photocopy(ies) of the item(s) enclosed]**

N-229 Prospect Finance business recs re: van sold to Michael Naujalis
**[photocopy(ies) of the item(s) enclosed]**

N-235 Photograph of Danny Varela, numerous items of correspondence, receipts
**[photocopy(ies) of the item(s) enclosed]**

N-236 Danny Varela photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-237 Ricardo Sanchez photo lineup  **[photocopy(ies) of the item(s) enclosed]**

N-238 Liana Lopez photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-239 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-241 Map of where 1 kilo dropped off to Varela, Sanchez Guiterrez 9/05
**[Jencks only; not presently discoverable]**

N-242 CD-R containing photos taken by Ricardo Sanchez Nokia (N-185)

N-244 11 Photos of Sanchez, Varela and associates;
**[photocopy(ies) of the item(s) enclosed]**

N-270 Liana Lopez photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-271 Ricardo Sanchez photo lineup  **[photocopy(ies) of the item(s) enclosed]**

N-272 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-273 Danny Varela photo lineup **[photocopy(ies) of the item(s) enclosed]**

N-289 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**

**Additional items:**

Photocopy of booking photo of Ricardo Sanchez, recovered from Olympic Circle s/w

Photocopy of booking photo of Liana Lopez, recovered from Olympic Circle s/w

DEA 7's: lab reports concerning DEA Exhibits 59 and 62

2/15/08 SLSO Report, photographs of ammunition, Det. R.T. Young

Curriculum vitae of Omar Felix and Alison Quereau [PBSO employees]

**U.S. Department of Justice**

_United States Attorney_
_Southern District of Florida_

_____

_500 Australian Ave._
_West Palm Beach, FL 33401_
_(561)820-8711_

April 24, 2008

L. D. Murrell, P.A.                        James L. Eisenberg
400 Executive Center Dr Ste 201            250 Australian Avenue South
West Palm Beach, Florida    33401-2922      West Palm Beach, FL 33401

Gershman & Goldstein                       Michael B. Cohen
1675 Palm Beach Lakes Boulevard            6400 N Andrews Ave. Suite 460,
Suite 700                                  Ft. Lauderdale, FL   33309
West Palm Beach, FL 33401

Gregg Stuart Lerman                        Ruben Maurice Garcia 1209 SE 3rd Avenue
330 Clematis Street                        Fort Lauderdale, FL 33316-1905
West Palm Beach, FL 33401

Re: United States v. Danny Varela, et al.,
        Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

        This letter constitutes a supplemental discovery response relating to the above-cited case. I have caused a copy to be made of two separate VHS tapes labeled individually as SLSO Exhibits 70, and 103. To expedite providing these to defense counsel, we had only one copy made, and it is being enclosed in the packet being sent to Michael B. Cohen.   Remaining counsel kindly contact Mr. Cohen to review the tape, or arrange amongst yourselves any copying agreement.

        Enclosed with the copy going to Messrs. Cohen, Garcia, Murrell, and Gershman, please find a CD labeled 06-110508.   Other defense counsel should contact those attorneys to get a copy of this CD.    This CD contains digital photographs connected with an earlier shooting incident on Haverhill Road in West Palm Beach, which was the subject of an earlier discovery response.   The CD is password protected and cannot be copied; the password is PBSO.

        Enclosed with the copy going to each defense attorney, please find redacted reports relating to the FHP "911" call that was the subject of defendant Sanchez's specific _Brady_ request. These reports consist of the following: (i) an internal FHP report discussing the time the call was received by FHP; (ii) an internal SLSO report concerning attempts to identify the origin of the FHP "911" call; (iii) those portions of an internal SLSO report that concern an interview with the FHP dispatcher who received the FHP "911" call; (iv) Bell South records for two phone lines

dedicated to "*FHP" at the Lake Worth Regional Communications Center, (LWRCC), that is, (561) 242-5510 and (561) 242-5511 concerning calls made on October 13, 2006; (v) 3 separate "CAD" reports referenced in the internal FHP report [earlier described in "(i)" above] concerning calls to FHP on October 13, 2006, i.e., CAD Reports FHPL06OFF65305, FHPL06OFF065312, and FHPL06OFF058353.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


/s Stephen Carlton

By:   Stephen Carlton
      Assistant U.S. Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

May 8, 2008

L. D. Murrell, P.A.                          James L. Eisenberg
400 Executive Center Dr Ste 201              250 Australian Avenue South
West Palm Beach, Florida  33401-2922         West Palm Beach, FL 33401

Gershman & Goldstein                         Ruben Maurice Garcia
1675 Palm Beach Lakes Boulevard              1209 SE 3rd Avenue
Suite 700                                    Fort Lauderdale, FL 33316-1905
West Palm Beach, FL 33401

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL  33309

Re: <u>United States v. Danny Varela, et al.,</u>
    Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

     This letter provides supplemental discovery concerning a lab report received recently from the Palm Beach County Sheriff's Office, ("PBSO"). Attached please find a ballistics report concerning a 9 mm firearm recovered at the Garden Court residence.

     If anyone has any questions please feel free to contact me or John Kastrenakes.

                    Sincerely,

                 /s *Stephen Carlton*

         By:   Stephen Carlton
               Assistant U.S. Attorney

# PALM BEACH COUNTY
# SHERIFF'S OFFICE
*RIC L. BRADSHAW, SHERIFF*

Technical Services Division, Telephone (561) 688-4200  Fax  (561) 688-4228

**Firearms Report**

Mike  Barbercheck
ATF
505 S. Flagler Drive Suite 402
West Palm Beach, FL  33401

**PBSO Case #:**    **06-122845**
Agency Case #:    764055-07-0018

**Secondary Agencies:**
Palm Beach County Sheriff's Office
06-122845
St. Lucie Sheriff's Office
1-06-013332

## EVIDENCE

On 10/27/2006, the Technical Services Division received the following evidence from Angela Culpepper of the Palm Beach County Sheriff's Office:

**Submission: 041**      One sealed box containing:

041-01      One 9mm Luger caliber FMJ/Cobray semiautomatic pistol, model CM-11, serial number 94-0006283

## RESULTS AND CONCLUSIONS:

The FMJ pistol in submission 041-01 was functional using a laboratory magazine.  One of the test fired cartridge cases was compared to the NIBIN database with negative results.

The pistol did not fire the cartridge cases in PBSO case number 06-110508 based on different class characteristics, however it could not be identified or eliminated as having fired the bullet fragment in the same case based on the lack of sufficient corresponding characteristics.

Omar Felix - Senior Forensic Scientist

9/17/08
Date



*An ASCLD / LAB Accredited  Laboratory Since 1991*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation:<br>VARELA, Danny et al | Investigation Number:<br>764055-07-0018 | Report Number:<br>11 |
|---|---|---|

## SUMMARY OF EVENT:

On April 15, 2008, ATF Special Agent Michael Barbercheck took back into ATF custody a FMJ, CM011, 9mm firearm bearing the serial number 94-0006283 (ATF item #16; PBSO submission #041) from the Palm Beach County Sheriff's Office property/evidence section.

## NARRATIVE:

1.  On April 15, 2008, S/A Barbercheck went to PBSO and took the above listed firearm back into ATF custody. The firearm was originally delivered to PBSO for NIBIN entry and ballistic examination. In addition to the firearm, the ammunition that was used by the firearms laboratory for ballistic comparison was also taken into ATF custody. The remaining ammunition components were placed into the ATF West Palm Beach Field Office property/evidence vault.

## ATTACHMENTS:
Two copies of PBSO property receipts.
Copy of ATF property summary report.

| Prepared by:<br>Michael D. Barbercheck | Title:<br>Special Agent, West Palm Beach Field Office | Signature: | Date:<br>4/15/08 |
|---|---|---|---|
| Authorized by:<br>Stephen J. Barborini | Title:<br>Acting Resident Agent in Charge, West Palm Beach Field Office | Signature: | Date:<br>4/16/0 |
| Second level reviewer (optional):<br>Julie Torres | Title:<br>Special Agent in Charge, Miami Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| OTHER AGENCY CASE # | PBSO CASE # |
|---|---|
| ATF 764055-07-0018 | 06-122845 |

| Date 03/04/08 | Time | Zone N/A | Type Case | LOC Number 267A |
|---|---|---|---|---|

- ☐ Drugs
- ☒ Firearms
- ☐ Photo Lab
- ☐ Stolen - Recovered
- ☐ Toxicology
- ☐ Crime Scene
- ☐ Lost Property
- ☐ Trial
- ☐ Serology/DNA
- ☐ Latent Prints
- ☐ Property of Deceased
- ☐ Destroy

Send Report To: Michael Barberchek

Division: ATF - WPB (561) 262-8683 ©

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☒ No   ☐ To Whom   N/A

Photographed by & I.D. #   N/A

Address Where Property Recovered: 6458 GARDEN CT. WPB, FL

| Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|
| Discovered by | | | | | |
| Owner | | | | | |
| Victim | | | | | |
| Suspect(s) VARELA, DANNY | | | H/M | 6458 GARDEN CT. WPB, FL | |

Type of Analysis Requested (attach Crime Lab Information Form) NIBIN ENTRY, Ballistic EXAM.

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| | 1 | — | PBSO Sub. #041, FMJ, CM-11, 9mm FIREARM, SN: 94-0006283. |
| | | | |
| | | | |
| | | | Palm Beach Sheriff's Office<br>Case # 06-122845          Sub # 041<br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>FMJ  MODEL CM-11 9MM SERIAL NUMBER  94-0006283 ST |
| | 1 SBOX | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by m in the official performance of duty as a Law Enforcement Officer or Suppo Personnel as defined in F.S.S. 943.10.

Print Name: M. Mael Barberchek   I.D. # ATF   Div. 37

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| Megan Weinberg | Rec | 03/04/08 1420 |
| Omar Felix 8055 | To Examine | 3/4/08 1430 |
| Megan Weinberg | Stg / TOT PROP. EVID | 04/15/08 090 |
| M. (Barberchek) | ATF EVIDENCE | 04/15/08 1010 |

DISTRICT _____

PAGE _____ OF _____

EVIDENCE COPY

# PALM BEACH COUNTY SHE    FF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY     SE #  ᵧΟ6.

PBSO CASE # O6-122845

| Date 3/5/08 | Time 1200 | Zone | Type Case ATF 764055.07-0018 | LOC Number |
|---|---|---|---|---|

☐ Drugs          ☐ Firearms          ☐ Photo Lab          ☐ Stolen - Recovered
☐ Toxicology     ☐ Crime Scene       ☐ Lost Property      ☐ Trial
☐ Serology/DNA   ☐ Latent Prints     ☐ Property of Deceased ☐ Destroy

Send Report To:                                    Division:

Release After Processing per F.S.S. 90.91?   ☐ Yes   ☐ No   ☐ To Whom

Photographed by & I.D. #

Address Where Property Recovered:

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | | | | | | |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | | | | | | |
| | | | | | | |
| | | | | | | |

Type of Analysis Requested (attach Crime Lab Information Form)

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 2 | — | Test Fires from 41-1 |
| | | | |
| | | | |
| | | | |
| | | | |

Palm Beach Sheriff's Office
Case # 06-122845          Sub # 122

Test fires from 41-1

1SPB

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Suppor Personnel as defined in F.S.S. 943.10.

Print Name: _____

Print Name: Omar Felix          I.D.# 8655   Div. PA

Signature: _____

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| Weinberg    St | TOT PROP. EVID. | 04/15/08 0900 |
| M. PB (Barbarchio)   ATF Evidence | | 04/15/08 1010 |
| | | |
| | | |

DISTRICT _____          PAGE _____ OF _____

PBSO #0149  REV. 7/98                    EVIDENCE COPY

# Property Status Summary R    ort

Case #: 764055-07-0018

Case Name: VARELA, Danny et al

Case Agent: MDBARBERCH

04/15/2008

---

**Property Item Details:** **Item #:** 000029

**Description:** #000029 OTHER: OTHER, AMMUNITION COMPONENTS USED BY PBSO FIREARMS LAB FOR NIBIN ENTRY.

| **Value:** $0.01 | **Trace Priority:** | **FTS Trace ID:** |
| --- | --- | --- |

---

**Recovery Location:**   3228  Gun Club RD West Palm Beach, FL 33406-

**Law Enforcement Custody Date:** 04/15/2008          **ATF Custody Date:** 04/15/2008

**Possessed By:**   BARBERCHECK, Michael          **Possessor Address:**

**ATF Action:** SEIZED FOR EVIDENCE          **Judicial District:** Florida, Southern District

**Seizure Authority:**

---

**Item Received in AFSP System:**   NO   00/00/0000          **Status:**

**Property Forfeited:**   NO          **When:**

---

## ADVERTISING

| Publisher | Advertisement Date |
| --- | --- |

---

## NOTICES

| Party Name | Sent Date |
| --- | --- |

---

| Claimants | Address | Type |
| --- | --- | --- |
| | | . |

---

## EXTENSIONS

**Withhold Notice:**   NO

**Court Order:**        NO

**Court Ordered Extension Reason:**

**Court Ordered Extension Date:**

**Comments:**

---

**Storage Location:** IN AGENT POSSESSION          **Barcode Number:** 935376

---

## ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
| --- | --- | --- |
| Agent Processing | MDBARBERCH | 04/15/2008 |

---

For Official Use Only                    Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

June 23, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
500 W Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

Please find attached hereto a copy of a ballistics report received this day from the Indian River Crime Lab.  You have previously been provided the curriculum vitae of the author, Mark Chapman. (See 5th Supplemental Discovery response [Docket Entry #176, filed 4/24/07]).  The lab compared bullet casings found at the homicide scene with bullets and/or casings found at 6458 Garden Court.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s *Stephen Carlton*

By:   Stephen Carlton
Assistant U.S. Attorney

cc: David Weeks
Mike Barbercheck



# INDIAN RIVER CRIME LABORATORY

**at INDIAN RIVER COMMUNITY COLLEGE**
**2502 SOUTH 35TH STREET**
**FT. PIERCE, FL 34981-5573**

## Laboratory Report
May 29, 2008

*Submitted by:*

Mark A Chapman
Criminalist

| | |
|---|---|
| Honorable Sheriff Ken Mascara | **Lab Case #:**    **2006-1013-2995** |
| St. Lucie County Sheriff's Office | Report #:    0008 |
| 4700 W. Midway Rd. | Agency Case #:    1-06-013332 |
| Ft. Pierce, FL 34981 | |

Case Officer: FRED WILSON

DECEASED: Escobedo, Jose Luis
DECEASED: Escobedo, Luis Damian
DECEASED: Escobedo, Luis Julian
DECEASED: Escobedo, Yessica Guerrero
SUBJECT: Gutierrez, Juan
SUBJECT: Lopez, Lianna
SUBJECT: Sanchez, Ricardo
SUBJECT: Troya, Daniel
SUBJECT: Varela, Danny
SUBJECT: Vetere, Kevin

*Subpoenas should be directed as follows:*
*"Indian River Crime Laboratory at Indian River*
*Community College, Case No. 2006-1013-2995."*

## EVIDENCE SUBMITTED

On 10/13/2006, Criminalist Mark Chapman received the following evidence from the St. Lucie County Sheriff's Office via BOBBY GREGG:

| | |
|---|---|
| Exhibit # 01: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 02: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 04: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 05: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 06: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 07: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 08: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 09: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 10: | One sealed manila envelope containing an unsealed envelope containing a cartridge case. |

On 3/11/2008, Evidence Coordinator Kathi King received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

| | |
|---|---|
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |

May 29, 2008

| Exhibit # 04: | Unsealed manila envelope containing a cartridge case. |
|---|---|
| Exhibit # 05: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 07: | Unsealed manila envelope containing a cartridge case. |

On 4/22/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

| Exhibit # 01: | One sealed manila envelope containing a cartridge case. |
|---|---|
| Exhibit # 02: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 06: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 08: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 09: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 10: | One sealed manila envelope containing an unsealed envelope containing a cartridge case. |
| Exhibit # 176PBSO: | Sealed brown paper bag containing an unsealed green makeup case, containing various caliber cartridges and shotshells, knives, magazines and a compass including seven cartridges and a magazine (sub-itemized Exhibits #176PBSO1 and #176PBSO2). |
| Exhibit # 177APBSO: | Sealed manila envelope containing an unsealed cartridge box, containing forty-one cartridges, an unsealed plastic bag containing four cartridges and a second unsealed plastic bag containing four cartridges (sub-itemized Exhibits #177APBSO1-#177APBSO3). |
| Exhibit # 177BPBSO: | Sealed manila envelope containing an unsealed plastic bag, containing fourteen cartridges. |
| Exhibit # 177PBSO: | Sealed brown paper bag containing an unsealed black shoulder bag, containing various caliber cartridges, brass knuckles, paint balls and laser sight components including an unsealed cartridge box containing one-hundred cartridges, an unsealed cartridge box containing fifty cartridges and an unsealed cartridge box containing eighty-six cartridges (sub-itemized Exhibits #177PBSO1-#177PBSO3). |
| Exhibit # 214: | Sealed brown paper bag containing a cartridge. |

On 5/20/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

| Exhibit # 251: | Unsealed cardboard box containing Exhibits #251A and #251B. |
|---|---|
| Exhibit # 251A: | Sealed brown paper bag containing nine magazines, forty-six cartridges and a sealed manila envelope containing thirty-eight cartridges (sub-itemized Exhibits #251A1-#251A14). |
| Exhibit # 251B: | Sealed manila envelope containing twenty cartridges (sub-itemized Exhibits #251B1-#251B4). |

Analyst Initials

May 29, 2008

**PURPOSE:**

Characterization
Comparison

Analyst Initials

May 29, 2008                                                    Laboratory Report, 2006-1013-2995 - Continued

**RESULTS**

Examination of Exhibit #176PBSO1 revealed seven cartridges typical of 9mm Luger caliber, manufactured by or marketed as Valtion Patruunatehdas Lapua (VPT), having brass cases and copper colored steel jacketed round nose bullets.

Examination of Exhibit #177APBSO1 and 177BPBSO revealed fifty-five cartridges typical of 9mm Luger caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #177APBSO2 and #177PBSO3 revealed ninety cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed truncated nose bullets.

Examination of Exhibit #177APBSO3 revealed four cartridges typical of .40 S&W caliber, manufactured by or marketed as Ulyanovsk, having steel cases and copper colored steel jacketed truncated nose bullets.

Examination of Exhibit #177PBSO1 revealed one-hundred cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #177PBSO2 revealed fifty cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #214 and #251A14 revealed thirty-nine cartridges typical of a 7.62x39mm caliber, manufactured by or marketed as Federal, having brass cases and copper jacketed spitzer point bullets.

Examination of Exhibit #251A10 and #251B1 revealed forty-three cartridges typical of .40 S&W caliber, having brass cases and brass jacketed hollow point bullets. All forty-three cartridges are typical of reloaded ammunition.

Examination of Exhibit #251A11 and #251B2 revealed thirteen cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A12 and #251B3 revealed seven cartridges typical of .40 S&W caliber, manufactured by or marketed as PMC, having nickel cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A13 and #251B4 revealed three cartridges typical of .40 S&W caliber, having nickel cases and brass jacketed hollow point bullets. All three cartridges are typical of reloaded ammunition.

The cartridge cases in Exhibits #1, #2, #6 and #8-#10, and one of the two cartridges in Exhibit #251A13 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge cases in Exhibits #3, #5 and #7, and two of the forty-one cartridges in Exhibit #177APBSO1 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge case in Exhibit #4 and two of the forty-one cartridges in Exhibit #177APBSO1 could not be identified as or excluded from having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1, #2, #6 and #8-#10, and the cartridges in Exhibits #177APBSO2, #177APBSO3, #177PBSO3, #251A10-#251A12, one of the two cartridges in #251A13 and #251B1-#251B4 were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #3-#5 and #7, and the cartridges in Exhibits #176PBSO1, thirty-nine of the forty-one cartridges in #177APBSO1, #177BPBSO, #177PBSO1 and 177PBSO2, were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1-#10 were inserted and removed from any of the magazines in Exhibits #176PBSO2, #251A1-#251A5 and#251A9.

Page:    4  of  5

*M*

Analyst Initials

## REMARKS

The cartridges in Exhibits #214 and #251A14 were submitted for continuity.

The magazines in Exhibits #251A6 and #251A7 were not suitable for comparison due to differences in caliber.

The magazine in Exhibit #251A8 was not suitable for comparison due to the lack of marks produced by its plastic lips.

The submitting authority is requested to pick up the exhibit(s) at their earliest opportunity.

**CC:** State Attorney' s Office

Analyst Initials



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

June 26, 2008

L. D. Murrell, P.A.                               James L. Eisenberg
400 Executive Center Dr Ste 201                  250 Australian Avenue South
West Palm Beach, Florida  33401-2922             West Palm Beach, FL 33401

Gershman & Goldstein                             Michael B. Cohen
1675 Palm Beach Lakes Boulevard                  500 W Cypress Creek Road
Suite 700                                        Suite 300
West Palm Beach, FL 33401                        Fort Lauderdale, FL 33309

Gregg Stuart Lerman                              Ruben Maurice Garcia
330 Clematis Street                              1209 SE 3rd Avenue
West Palm Beach, FL 33401                        Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.</u>,
    Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

Enclosed please find the *curriculum vitae* and Statement of Qualifications of Jimmie D. Thompson, an employee of the Indian River Crime Lab.  This information is being provided as supplemental discovery under paragraph A. 6 of the Standing Discovery Order, and pursuant to Rule 702 of the Federal Rules of Evidence.  Mr. Thompson independently reached the same conclusions as Mr. Mark Chapman in the ballistics report we recently sent to you.  A copy of that same report is included here so there is no confusion about which ballistics report and examination Mr. Thompson can testify about. The lab compared bullet casings found at the homicide scene with bullets and/or casings found at 6458 Garden Court.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s *Stephen Carlton*

By:   Stephen Carlton
      Assistant U.S. Attorney



# INDIAN RIVER CRIME LABORATORY

# STATEMENT OF QUALIFICATIONS

**Name** Jimmie D. Thompson

**Job Title** Technical Reviewer          **Date** 9/26/2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Discipline(s):** Indicate all areas in which you perform casework.

____    controlled substances        ____    toxicology
____    firearms/toolmarks
____    Biology

**Please list all sub-disciplines in which you perform casework:**

Performs technical reviews on Firearms/Toolmarks cases, does not  perform casework

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| Indiana University | 1960 - 1980 | Criminal Justice | B.S. |
| | | | |
| | | | |
| | | | |

**Continuing Education:** List continuing training, workshops, in-service and other formal education received. *Additional sheets may be attached as necessary.*

See Attached.

**Courtroom Experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

Hairs and Fibers 1976 - 1977 (5), Physical Match Evidence 1976 - 77, 1992 - 94 (2),

Toolmarks 1977 - 83, 1992 - present (3), Firearms Ident. 1977 - 83, 1992 - present (250)

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held with date(s) of these activities.

AFTE - Host Committee - 1994 (earned distinguished member status 1996)

MAFS - Member 1989

FDIAI - (Firearms Discipline committee) - 1994

**Employment History:** List all scientific or technical positions held (particularly those related to forensic science), with current position first. Give a brief summary of principal duties and tenure in each position.

**(1)** Job Title Technical Reviewer

Principal Duties: Conducts technical reviews of all analytical conclusions and/or opinions compiled within case files/reports for the Firearms and Toolmarks Discipline. (Contractual Employee)

Employer Indian River Crime Laboratory                    Tenure: 02/2005 - Present

**(2)**   Job Title  Forensic Science Supervisor

Principal Duties:  Supervisor of Firearms Unit and Firearms Examiner -  Examination of all types of

firearms evidence submitted and provides expert testimony of results in court.

Employer  Palm Beach Sheriff's Office                    Tenure:  11/1994 - 01/2005

**(3)**   Job Title  Forensic Scientist

Principal Duties:  Firearms Toolmarks Examiner -  Examination of all types of firearms and toolmarks

evidence submitted and provides expert testimony of results in court.

Employer  I/MC Forensic Svcs. Agency                    Tenure:  04/1992 - 10/1994

**(4)**   Job Title  Asst. Lab Director

Principal Duties:  Directly responsible to the Director for all aspects  of operation of four accredited

laboratories, including supervision of approximately 100 employees.

Employer  Indiana State Police                    Tenure:  1989 - 1992

**Additional Qualifications:** List any further qualifications, such as research, scientific publications and/or authored or co-authored presentations, academic or teaching positions held or any other information considered relevant to your technical or scientific qualifications. *Additional sheets may be attached as necessary.*

AFTE Journal - Four separate publications

AFTE Annual Training Seminar - Presented paper (co-presenter) 1993

Certified Instructor - Indiana Law Enforcement Training Board

# Jimmie D. Thompson

## Training, Workshops, and Continuing Education

| | |
|---|---|
| N.I.B.I.N Transition Training<br>Largo, Florida | 2002 |
| F.D.L.E Trajectory Analysis Workshop<br>Orlando, Florida | 2000 |
| AFTE Annual Training Seminars (1979, 1993, 1994<br>1995, 1997, 1998, 1999) | |
| FBI Techniques in Firearms Identification School<br>Quantico, Virginia | 1998 |
| Drugfire System Training<br>West Palm Beach, Florida. | 1994 |
| Tiretrack and Footwear Identification<br>Illinois State Police – Indianapolis, Indiana | 1987 |
| Tours of numerous manufacturing facilities<br>of firearms and ammunition<br>Northeast Region | 1978 |
| Smith and Wesson and Beretta Armorer Schools<br>Springfield, Massachusetts | 1978 |
| FBI Gunshot Residue School<br>Quantico, Virginia. | 1978 |
| McCrone Research Institute (Forensic Microscopy)<br>Chicago, Illinois | 1976 |
| Firearms Internship<br>Indiana State Police – Indianapolis, Indiana | 1976 |



# INDIAN RIVER CRIME LABORATORY

### at INDIAN RIVER COMMUNITY COLLEGE
### 2502 SOUTH 35TH STREET
### FT. PIERCE, FL 34981-5573

## Laboratory Report
May 29, 2008

Submitted by:

Mark A Chapman
Criminalist

| | |
|---|---|
| Honorable Sheriff Ken Mascara | **Lab Case #:** 2006-1013-2995 |
| St. Lucie County Sheriff's Office | **Report #:** 0008 |
| 4700 W. Midway Rd. | **Agency Case #:** 1-06-013332 |
| Ft. Pierce, FL 34981 | |

DECEASED: Escobedo, Jose Luis
DECEASED: Escobedo, Luis Damian
DECEASED: Escobedo, Luis Julian
DECEASED: Escobedo, Yessica Guerrero

Case Officer: FRED WILSON

SUBJECT: Gutierrez, Juan
SUBJECT: Lopez, Lianna
SUBJECT: Sanchez, Ricardo
SUBJECT: Troya, Daniel
SUBJECT: Varela, Danny
SUBJECT: Vetere, Kevin

*Subpoenas should be directed as follows:*
*"Indian River Crime Laboratory at Indian River*
*Community College, Case No. 2006-1013-2995. "*

## EVIDENCE SUBMITTED

On 10/13/2006, Criminalist Mark Chapman received the following evidence from the St. Lucie County Sheriff's Office via BOBBY GREGG:

| | |
|---|---|
| Exhibit # 01: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 02: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 04: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 05: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 06: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 07: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 08: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 09: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 10: | One sealed manila envelope containing an unsealed envelope containing a cartridge case. |

On 3/11/2008, Evidence Coordinator Kathi King received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

| | |
|---|---|
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |

May 29, 2008                                          Laboratory Report, 2006-1013-2995 - Continued

Exhibit # 04:                 Unsealed manila envelope containing a cartridge case.

Exhibit # 05:                 Unsealed manila envelope containing a cartridge case.

Exhibit # 07:                 Unsealed manila envelope containing a cartridge case.

On 4/22/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

Exhibit # 01:                 One sealed manila envelope containing a cartridge case.

Exhibit # 02:                 One sealed manila envelope containing a cartridge case.

Exhibit # 06:                 One sealed manila envelope containing a cartridge case.

Exhibit # 08:                 One sealed manila envelope containing a cartridge case.

Exhibit # 09:                 One sealed manila envelope containing a cartridge case.

Exhibit # 10:                 One sealed manila envelope containing an unsealed envelope containing a cartridge case.

Exhibit # 176PBSO:            Sealed brown paper bag containing an unsealed green makeup case, containing various caliber cartridges and shotshells, knives, magazines and a compass including seven cartridges and a magazine (sub-itemized Exhibits #176PBSO1 and #176PBSO2).

Exhibit # 177APBSO:           Sealed manila envelope containing an unsealed cartridge box, containing forty-one cartridges, an unsealed plastic bag containing four cartridges and a second unsealed plastic bag containing four cartridges (sub-itemized Exhibits #177APBSO1-#177APBSO3).

Exhibit # 177BPBSO:           Sealed manila envelope containing an unsealed plastic bag, containing fourteen cartridges.

Exhibit # 177PBSO:            Sealed brown paper bag containing an unsealed black shoulder bag, containing various caliber cartridges, brass knuckles, paint balls and laser sight components including an unsealed cartridge box containing one-hundred cartridges, an unsealed cartridge box containing fifty cartridges and an unsealed cartridge box containing eighty-six cartridges (sub-itemized Exhibits #177PBSO1-#177PBSO3).

Exhibit # 214:                Sealed brown paper bag containing a cartridge.

On 5/20/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

Exhibit # 251:                Unsealed cardboard box containing Exhibits #251A and #251B.

Exhibit # 251A:           Sealed brown paper bag containing nine magazines, forty-six cartridges and a sealed manila envelope containing thirty-eight cartridges (sub-itemized Exhibits #251A1-#251A14).

Exhibit # 251B:           Sealed manila envelope containing twenty cartridges (sub-itemized Exhibits #251B1-#251B4).

Page:   2  of  5

_____
Analyst Initials

May 29, 2008

**PURPOSE:**

Characterization
Comparison

Analyst Initials

May 29, 2008                                                    Laboratory Report, 2006-1013-2995 - Continued

**RESULTS**

Examination of Exhibit #176PBSO1 revealed seven cartridges typical of 9mm Luger caliber, manufactured by or marketed as Valtion Patruunatehdas Lapua (VPT), having brass cases and copper colored steel jacketed round nose bullets.

Examination of Exhibit #177APBSO1 and 177BPBSO revealed fifty-five cartridges typical of 9mm Luger caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #177APBSO2 and #177PBSO3 revealed ninety cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed truncated nose bullets.

Examination of Exhibit #177APBSO3 revealed four cartridges typical of .40 S&W caliber, manufactured by or marketed as Ulyanovsk, having steel cases and copper colored steel jacketed truncated nose bullets.

Examination of Exhibit #177PBSO1 revealed one-hundred cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #177PBSO2 revealed fifty cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #214 and #251A14 revealed thirty-nine cartridges typical of a 7.62x39mm caliber, manufactured by or marketed as Federal, having brass cases and copper jacketed spitzer point bullets.

Examination of Exhibit #251A10 and #251B1 revealed forty-three cartridges typical of .40 S&W caliber, having brass cases and brass jacketed hollow point bullets. All forty-three cartridges are typical of reloaded ammunition.

Examination of Exhibit #251A11 and #251B2 revealed thirteen cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A12 and #251B3 revealed seven cartridges typical of .40 S&W caliber, manufactured by or marketed as PMC, having nickel cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A13 and #251B4 revealed three cartridges typical of .40 S&W caliber, having nickel cases and brass jacketed hollow point bullets. All three cartridges are typical of reloaded ammunition.

The cartridge cases in Exhibits #1, #2, #6 and #8-#10, and one of the two cartridges in Exhibit #251A13 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge cases in Exhibits #3, #5 and #7, and two of the forty-one cartridges in Exhibit #177APBSO1 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge case in Exhibit #4 and two of the forty-one cartridges in Exhibit #177APBSO1 could not be identified as or excluded from having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1, #2, #6 and #8-#10, and the cartridges in Exhibits #177APBSO2, #177APBSO3, #177PBSO3, #251A10-#251A12, one of the two cartridges in #251A13 and #251B1-#251B4 were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #3-#5 and #7, and the cartridges in Exhibits #176PBSO1, thirty-nine of the forty-one cartridges in #177APBSO1, #177BPBSO, #177PBSO1 and 177PBSO2, were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1-#10 were inserted and removed from any of the magazines in Exhibits #176PBSO2, #251A1-#251A5 and #251A9.

Analyst Initials

Page:   4  of  5

May 29, 2008                Laboratory Report, 2006-1013-2995 - Continued

## REMARKS

The cartridges in Exhibits #214 and #251A14 were submitted for continuity.

The magazines in Exhibits #251A6 and #251A7 were not suitable for comparison due to differences in caliber.

The magazine in Exhibit #251A8 was not suitable for comparison due to the lack of marks produced by its plastic lips.

The submitting authority is requested to pick up the exhibit(s) at their earliest opportunity.

**CC: State Attorney' s Office**

Analyst Initials

**U.S. Department of Justice**



*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

August 12, 2008

L. D. Murrell, P.A.                                    James L. Eisenberg
400 Executive Center Dr Ste 201              250 Australian Avenue South
West Palm Beach, Florida  33401-2922    West Palm Beach, FL 33401

Gershman & Goldstein                           Ruben Maurice Garcia
1675 Palm Beach Lakes Boulevard          1209 SE 3rd Avenue
Suite 700                                              Fort Lauderdale, FL 33316-1905
West Palm Beach, FL 33401

Michael B. Cohen                                   Gregg Stuart Lerman
6400 N Andrews Ave. Suite 460,            330 Clematis Street
Ft. Lauderdale, FL  33309                       West Palm Beach, FL 33401

Re: <u>United States v. Danny Varela, et al.,</u>
        Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

  This letter provides supplemental discovery concerning the author (Omar Felix) of a lab report previously disclosed on May 8, 2008, ( i.e.,  a lab ballistics report [negative] received from the Palm Beach County Sheriff's Office, ("PBSO").  Attached is the curriculum vitae of the author of that report.   Also please note that the government has retained Stephen Hills as an expert in the area of drug trafficking and drug ledgers.  His "c.v." is attached; he will testify that in his expert opinion the handwritten notes found at the Escobedo home [previously disclosed in discovery] constituted drug ledgers consistent with trafficking in kilogram quantities of cocaine. Mr. Hills has a contract with the government which provides for a maximum compensation of approximately $6,800 in compensation for anticipated case analysis, trial preparation, court attendance, and court testimony.

Also enclosed is the curriculum vitae of PBSO firearms examiner Alison L. Quereau who authored reports earlier sent out in discovery [i.e., letter dated March 7, 2008] relating to separate shootings on Suwanee Drive and Mercer Avenue in West Palm Beach, FL.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

/s Stephen Carlton

By:    Stephen Carlton
        Assistant U.S. Attorney

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

October 22, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida    33401-2922

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL   33309

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Ruben Maurice Garcia 1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

This letter provides supplemental discovery as follows:

1.   A CD-ROM containing photographs of a shooting on Suwanee Drive; [by letter dated March 7, 2008, we earlier provided 404(b) notice of this incident as follows:   *(a) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1305 Suwanee Drive, Apartment B, West Palm Beach, Florida on April 28, 2006.   The results of ballistics examination recently concluded are enclosed with this notice.   A person was wounded in this shooting*].

2.   A CD-ROM   containing photographs of a shooting at   1901 Mercer Avenue, West Palm Beach, Florida on April 28, 2006; ; [by letter dated March 7, 2008, we earlier provided 404(b) notice of this incident as follows:   *(b) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1901 Mercer Avenue, West Palm Beach, Florida on April 28, 2006. The results of ballistics examination recently concluded are enclosed with this notice.   No person is known to have been injured in this shooting.*]

3. A third CD-ROM that contains the following .pdf files, print-outs of which are included with this supplemental discovery response:
      (a) crime scene diagram of Suwanee Drive shooting scene, [2 "pdf" files];
      (b) crime scene diagram of Mercer Avenue shooting scene;
      (c) curriculum vitae of Karin A. Crenshaw;
      (d) curriculum vitae of Vonda Bray;

(e) photocopy of handwritten note intercepted on October 6, 2008 from Daniel Troya [contact SA David Weeks to see the original].

(f) property receipts relating to various items of evidence [mostly spent bullets and casings] at each of the three separate shooting locations: Suwanee, Mercer Avenue, and Haverhill. As to the Haverhill shooting incident, this incident was disclosed by letter dated March 7, 2008 as follows:   *You are further notified that the government intends to introduce evidence that on September 11, 2006, defendants Varela, Troya and Sanchez were involved in a shooting along the 1300 block of Haverhill Road in suburban West Palm Beach.   A person was wounded in this shooting.*

Vonda Bray was the latent print examiner who identified the fingerprint of Danny Varela on a temporary tag affixed to an automobile driven by Liana Lopez on May 10, 2006 that was the subject of a stop by the Greenacres Police Department. Bray issued a latent print report dated November 3, 2006 which was disclosed in the government's first discovery response in this case. We inadvertently omitted to obtain this expert's curriculum vitae and are correcting that omission.

Karin A. Crenshaw was the lab examiner who issued a negative DNA report on the two kilograms of cocaine seized from Liana Lopez; Crenshaw's report was dated November 10, 2006, and was also disclosed in the government's first discovery response in this case. We inadvertently omitted to obtain this expert's curriculum vitae and are correcting that omission.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

/s Stephen Carlton

By:   Stephen Carlton
Assistant U.S. Attorney

**U.S. Department of Justice**



*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

November 21, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL  33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

In preparing for trial we discovered a photograph which for some reason was not included on the previously-supplied CD's; enclosed is a hard copy of that photograph.  That photograph (file name: DSC00091.JPG) is included on a CD-ROM being provided to Mr. Eisenberg as lead counsel for discovery. The photograph depicts Damian Escobedo.  We earlier sent out to you separate CDs of the autopsies of each victim, but the photograph on this CD-ROM was apparently not included on those. I will also send out this single file as an e-mail attachment to all defense attorneys.

<u>Opinion of medical examiner, Dr. Roger Mittleman</u>.  Previously, you were supplied the protocols of the autopsies of the four victims in this case.  The opinions of Dr. Diggs are adopted by Dr. Mittleman, except for a typographical error on the entrance wound location for the 3 year old victim, Damian Escobedo.  Further, based on a review of the Medical Examiner files, Dr. Mittleman will also opine as follows:

> With regard to adult male victim, Jose Escobedo:  The wound to his head was fired from close range, approximately 18-24 inches.  That shot was immediately fatal.  The other shots to the abdomen of the victim are consistent with him being shot while laying supine on the ground.

> With regard to the adult female victim, Jessica Escobedo:  The numerous shots to her body, both front and rear are consistent with her moving and turning with her

covering her children. Those shots occurred prior to the 3 shots to her head which lodged in her brain, as those shots were instantly fatal. Further, her position on the ground when found is inconsistent with her being shot in portions of her body or head while in that position. Further there are 3 shots to her body which perforated her body and are consistent with some re-entry type wounds found on the children.

With regard to the 4 year old child, Julian Escobedo: There are some shots to his body which appear to be re-entry wounds. Further, the shots to his body preceded the instantly fatal shot to the head. Given, the position of this child on the ground, it is consistent with the fatal shot being fired while this child was on the ground, but some of the shots to his body are inconsistent with this position.

With regard to the 3 year old child, Damian Escobedo: The fatal shot was to his chest and is not a re-entry wound. This bullet perforated his body and is consistent that this bullet struck and perforated his arm. Unlike the other three victims, this child's mechanism of death was slower as he bled into his lungs and then was unable to breathe having "drowned in his own blood." Such a death typically would take from 30 seconds to over a minute.

Second, we have caused certain conversations and transcripts involving Malik Mullino and Danny Varela to be digitized and synchronized. Copies of the transcripts are enclosed, as well as a CD-ROM of the synchronization. Audio cassette tapes of these recordings were already provided earlier in discovery.

Third, in connection with the unopposed motion to substitute medical examiner, we are notifying each of you that the Medical Examiner's entire file on the four homicides at issue in this case is a public record available for your review on the campus of Indian River State College in Ft. Pierce at the Office of the Medical Examiner. We intend to introduce said file as a business record, however, we do not plan on publishing the majority of the file but only those documents and photographs that will aid the Medical Examiner in his opinions.

Fourth, previously-listed firearms examiner Mark Chapman recently provided a document that summarizes his computer search of possible .40 caliber weapons based on his examination of the recovered .40 caliber projectiles. That list is attached. I will also send out this single page as an e-mail attachment to all defense attorneys.

Please contact me if you have questions.

Sincerely,

/s *Stephen Carlton*

By:   Stephen Carlton
Assistant U.S. Attorney

# Cartridge/Manufacturer/Model/Type Results (no duplicates)

| User Search Parameters | | | | | | |
|---|---|---|---|---|---|---|
| | Caliber: | 40 | Lwdmin: | 0.075 | | |
| Cartridge: | L/G: | 6 | Lwdmax: | 0.078 | Firing Pin: | |
| Manufacturer: | Twist: | R | Gwdmin: | 0.122 | Extractor: | |
| Model: | Poly/Conv.: | C | Gwdmax: | 0.127 | Ejector: | |
| Type: | Country: | Rim/Center: | C | GRC +/-: | 0.003 | BoB: |

| | | | |
|---|---|---|---|
| Department: | Indian River Crime Laboratory | Case/Lab Number: | 2006-1013-2995 |
| Examiner: | Mark Chapman | Exhibit Number: | E-12, E-74B, E-76 AND E-84 |

| CARTRIDGE | MANUFACTURER | MODEL | FA TYPE |
|---|---|---|---|
| 38-40 WINCHESTER | WINCHESTER | 92 | RL |
| 40 S&W | ASTRA | A-75 | PI |
| 40 S&W | BERETTA | 96D | PI |
| 40 S&W | FN/BROWNING | HI-POWER | PI |
| 40 S&W | HECKLER & KOCH | P7M10 | PI |
| 40 S&W | HECKLER & KOCH | USP | PI |
| 40 S&W | REPUBLIC ARMS | RAP 440 | PI |
| 40 S&W | RUGER | P91DC | PI |
| 40 S&W | SMITH & WESSON | 4006 | PI |
| 40 S&W | TAURUS | PT100 AF | PI |
| 40-82 | WINCHESTER | 1886 | RL |
| 40-82 | WINCHESTER | 86 | RS |