UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-Civ-BLOOM
Case No. 06-80171-Cr-Hurley

RICARDO SANCHEZ, JR.,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.

_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN
EXCESS OF 20 PAGES TO SANCHEZ'S MOTION TO VACATE**

The United States of America, by and through the undersigned Assistant United States

Attorney, hereby requests leave of the Court to file a 32-page response to Sanchez's Amended

Motion for Discovery (CIV-DE 83). In support of this motion, the United States asserts:

Although Sanchez's claims are mainly meritless, the Motion he submitted addresses

various points of law and issues, and sets out very detailed discovery requests covering proposed document

production requests and proposed interrogatories. The lengthy trial of this capital murder prosecution

lasted from January 29, 2009 through March 31, 2009, and involved nearly seventy witnesses and

a significant volume of evidence. The United States was unable to thoroughly respond to all these

issues without exceeding the 20-page limitation set forth in Rule 7.1C2 of the Local Rules for the

United States District Court for the Southern District of Florida. The extra pages were necessary

to analyze these issues, and discuss the trial evidence.

The United States' response is approximately thirty-two (32) pages. The United

States respectfully submits that the additional pages will assist the Court in reaching a just

resolution in this case.  Sanchez's present counsel was contacted seeking his position on the motion, and it is unopposed.

Wherefore, the United States respectfully requests that this Court grant its  motion for leave to file a 32-page response.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY


By:     s/Stephen Carlton
        Stephen Carlton
        Admin. No. A5500011
        Assistant United States Attorney
        Stephen.Carlton@usdoj.gov
        United States Attorney's Office
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Telephone: 561-209-1053
         Facsimile: 561-659-4526
        Attorney for United States of America

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Stephen Carlton
Stephen Carlton
Assistant United States Attorney

## SERVICE LIST

**Ricardo Sanchez, Jr. v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]

**Stephen M. Kissinger**
**Dana Hansen**
**Counsel for Ricardo Sanchez, Jr.**
**Stephen_kissinger@fd.org**
**Dana_hansen@fd.org**
**Counsel for Ricardo Sanchez, Jr.**
Asst. Federal Community Defenders
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile:  (865) 637-7999
[Service via CM/ECF]