UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-Civ-BLOOM
Case No. 06-80171-Cr-Hurley

RICARDO SANCHEZ, JR.,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER GRANTING UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS OF 20 PAGES

This matter comes before the Court upon the United States' motion for leave to file an over-sized response to Sanchez's Amended Motion for Discovery.  The Court being fully apprised in the premises, orders that the motion is hereby GRANTED.

DONE AND ORDERED in chambers, in Miami, Florida, this _____ day of _____, 2018.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    Stephen Carlton, AUSA
       Stephen Kissinger, AFPD