UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

**MOVANT'S UNOPPOSED MOTION TO CONTINUE FOR 45 DAYS THE TIME FOR FILING SANCHEZ'S REPLY TO THE UNITED STATES' RESPONSE IN OPPOSITION TO SANCHEZ'S AMENDED MOTION FOR DISCOVERY (ECF No. 91)**

Movant, Ricardo Sanchez, by and through undersigned counsel, respectfully requests that this Court continue the deadlines set out in the Order entered January 17, 2018, ECF No. [76], and grant him a 45-day extension of time within which to file his reply to the United States' Response in Opposition to Sanchez's Amended Motion for Discovery, ECF No. [91] (hereinafter "Government's Response"). In support thereof Mr. Sanchez states:

1. The Government has been consulted about this motion and does not object to an extension of 45 days for the filing of Sanchez's reply.

2. Sanchez's discovery motion, in the main, is critical to his newly discovered *Brady* claim, as well as to his guilt-phase ineffective assistance of counsel claim. The facts of those claims demonstrate that Sanchez's counsel was deprived of significant information that would have supported the defense theory presented at trial.

3.      The Government's Response opposes Sanchez's discovery requests based, almost entirely, upon its assertion that the claims to which they primarily relate, *i.e.*, Sanchez's *Brady* claim[1] and his guilt phase ineffective assistance of counsel claim[2] are without merit and, accordingly, no discovery should be allowed on the same. *See, e.g.,* ECF No. [91, at 3 of 32] (asserting that Sanchez failed to meet his burden and his discovery request should be denied).

4.      Although the Government disagrees, Sanchez had pled *prima facie* violations of both *Brady* and Sanchez's right to effective assistance of counsel at the guilt phase of his capital trial. In order to respond to the Government's contrary assertion, counsel requires additional time to explain why good cause exists to grant discovery.

5.      Moreover, since the time the Court issued its Revised Scheduling Order, *see* ECF No. [76], undersigned counsel has experienced an unanticipated increase in the time required to effectively represent other clients.

> a. On February 15, 2018, the State of Tennessee moved to set an execution date for undersigned counsel's client, David Miller. On March 15, 2018, the Tennessee Supreme Court granted that motion, setting his execution for December 6, 2018. Complex stay litigation is being pursued in that case.

---

[1] *See* Claim VI, Amended Motion to Vacate, Set Aside, or Correct Sentence, ECF No. [80, at 120 of 365 through 154 of 365].
[2] *See* Claim VII (in part), Amended Motion to Vacate, Set Aside, or Correct Sentence, ECF No. [80, at 155 of 365 through 171 of 365].

b. The day before, on February 14, 2018, the Sixth Circuit Court of Appeals denied the same client's, Mr. Miller's, motion for rehearing/suggestion for rehearing *en banc* following a 2-1 panel decision denying relief. *Certiorari* relief is being pursued in that case.

c. On January 18, 2018, the Tennessee Supreme Court denied review in the case of another client of the Capital Habeas Unit of undersigned counsel's office, Gary Wayne Sutton. Counsel Kissinger was tasked with assisting in the preparation of a *certiorari* petition and has diligently done so, however, for those reasons set forth above, preparation of that petition remains ongoing.

d. On April 4, 2018, one of four attorneys in the Capital Habeas Unit of undersigned counsel's office began sick leave expected to last a period of 30 days. Counsel Kissinger has been required to fill the resulting gap.

6. In addition, counsel's known obligations were substantial in their own right, including the filing on this very day, separate amended individual complaints for clients who are plaintiffs in lethal injection litigation pending in the Southern District of Ohio.

7. The current deadline is April 16, 2018. If this 45-day extension is granted the deadline will be May 31, 2018.

3

8.      Undersigned counsel have been working diligently to meet the current deadline but, with that date nearing, counsel do not reasonably foresee the ability to file a completed reply by the due date.

WHEREFORE, Mr. Sanchez respectfully requests that the Court continue that deadline set forth in the Scheduling Order, ECF No. [76], for the filing of a reply to the Government's Response, ECF No.[91], and to add an additional 45 days to the present deadline, resulting in Movant's reply to the Government's Response, ECF No. [91], being filed on or before May 31, 2018.

Respectfully submitted,

/s/Stephen M. Kissinger
STEPHEN M. KISSINGER, WY Bar No. 5-2342
Stephen_Kissinger@fd.org
Asst. Federal Community Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999

/s/Dana C. Hansen Chavis
DANA C. HANSEN CHAVIS, TN Bar No. 19098
Dana_Hansen@fd.org
Asst. Federal Community Defender
Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: April 12, 2018

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served

electronically by the Court's CM/ECF service on this the 12th day of April, 2018, on

all counsel or parties of record on the Service List below.

/s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
Attorney for Respondent United States of America

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
Southern District of Florida
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: (561) 820-8711
Fax: (561) 659-4526
Attorney for Respondent United States of America