UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

**ORDER CONTINUING DATE TO FILE MOVANT'S REPLY
TO GOVERNMENT'S RESPONSE IN OPPOSITION
TO SANCHEZ'S AMENDED MOTION FOR DISCOVERY**

THIS CAUSE is before the Court upon Movant's Unopposed Motion to Continue for 45 Days the Time for Filing Sanchez's Reply to the United States' Response in Opposition to Sanchez's Amended Motion for Discovery. ECF No. [91]. Movant, having shown extenuating circumstances, it is ORDERED AND ADJUDGED that on or before May 31, 2018, the Movant shall file a reply to the United States' Response in Opposition to Sanchez's Amended Motion for Discovery. ECF No. [91].

      **DONE AND ORDERED** in Chambers at Miami, Florida on the _____ day of

_____, 2018.

                                _____

                                BETH BLOOM
                                UNITED STATES DISTRICT JUDGE