UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


RICARDO SANCHEZ, JR.
            Movant,

vs.

UNITED STATES OF AMERICA,
            Respondent.
_____/

## **ORDER**


    The Court having considered the United States' Motion for Extension of Time, including the

grounds cited in support thereof, and further noting that the motion is unopposed, has determined

that it should and ought to be granted.  Accordingly, it is hereby

    ORDERED, that the motion is GRANTED, and the United States shall file its response to the

amended § 2255 petition by May 21, 2018.

SO ORDERED.


                                    _____
                                    BETH BLOOM
                                    United States District Judge