UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM


RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/


## SECOND REVISED SCHEDULING ORDER

THIS CAUSE is before the Court upon a *sua sponte* review of the record.  The Court's Revised Scheduling Order, ECF No. [76], is amended as follows:

1. On or before January 24, 2018, the Movant shall file a Motion for Leave to Amend.

2. On or before May 21, 2018, the Respondent shall file a response with an incorporated memorandum of law to the Amended Motion.

3. On or before June 25, 2018, the Movant may file a reply with an incorporated memorandum of law to the response.

4. The Movant shall file any amended discovery motions on or before February 14, 2018.

5. The Respondent shall file a response to the amended discovery motions on or before March 21, 2018.

6. The Movant may file a reply to the response to the amended discovery motions on or before May 31, 2018.

        **DONE AND ORDERED** in Chambers at Miami, Florida on the 7th day of
May, 2018.

                                            _____
                                            BETH BLOOM
                                            UNITED STATES DISTRICT JUDGE

cc: counsel of record