UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-Civ-BLOOM
Case No. 06-80171-Cr-Hurley

RICARDO SANCHEZ, JR.,

      Movant,

v.

 UNITED STATES OF AMERICA,

      Respondent.

_____/

## UNITED STATES' NOTICE OF STRIKING

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests that the Clerk of Court strike Docket Entry 99. A replacement motion shall be filed shortly.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:    s/Stephen Carlton
      Stephen Carlton
      Admin. No. A5500011
      Assistant United States Attorney
      Stephen.Carlton@usdoj.gov
      United States Attorney's Office
      500 S. Australian Ave., Suite 400
      West Palm Beach, FL 33401
      Telephone: 561-209-1053
      Facsimile: 561-659-4526
      Attorney for United States of America

**ERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  Stephen Carlton
    Stephen Carlton
    Assistant United States Attorney

<u>**SERVICE LIST**</u>

**Ricardo Sanchez, Jr. v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]

**Stephen M. Kissinger**
**Dana Hansen**
**Counsel for Ricardo Sanchez, Jr.**
**Stephen_kissinger@fd.org**
**Dana_hansen@fd.org**
**Counsel for Ricardo Sanchez, Jr.**
Asst. Federal Community Defenders
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile:  (865) 637-7999
[Service via CM/ECF]