UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80693-Civ-BLOOM
Case No. 06-80171-Cr-Hurley

RICARDO SANCHEZ, JR.,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.

_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE
RESPONSE IN EXCESS OF 20 PAGES TO SANCHEZ'S
<u>AMENDED MOTION TO VACATE</u>**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests leave of the Court to file a 273-page response to Sanchez's Amended Petition (CIV-DE 80). In support of this motion, the United States asserts:

Sanchez's Amended Petition was 365 pages, involving many issues. The lengthy trial of this capital murder prosecution lasted from January 29, 2009 through March 31, 2009, involved nearly seventy witnesses and a significant volume of evidence. The United States was unable to thoroughly respond to all these issues without exceeding the 20-page limitation set forth in Rule 7.1C2 of the Local Rules for the United States District Court for the Southern District of Florida. The extra pages were necessary to analyze these issues, and discuss the trial evidence.

Sanchez's present counsel was previously contacted seeking his position on the motion, and it is unopposed.

Wherefore, the United States respectfully requests that this Court grant its motion for leave to file a 273-page response.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:    s/Stephen Carlton
       Stephen Carlton
       Admin. No. A5500011
       Assistant United States Attorney
       Stephen.Carlton@usdoj.gov
       United States Attorney's Office
       500 S. Australian Ave., Suite 400
       West Palm Beach, FL 33401
       Telephone: 561-209-1053
       Facsimile: 561-659-4526
       Attorney for United States of America

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  Stephen Carlton
    Stephen Carlton
    Assistant United States Attorney

**SERVICE LIST**

**Ricardo Sanchez, Jr. v. United States**
**Case No. 16-80693-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]

**Stephen M. Kissinger**
**Dana Hansen**
**Counsel for Ricardo Sanchez, Jr.**
**Stephen_kissinger@fd.org**
**Dana_hansen@fd.org**
**Counsel for Ricardo Sanchez, Jr.**
Asst. Federal Community Defenders
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile:  (865) 637-7999
[Service via CM/ECF]