*USA Response to Amended Sanchez Petition*

# USA Exh. 2

# Jeffrey Fischbach, Cellular Telephone Expert Notice to Prosecution

# MICHAEL B. COHEN, P.A.

ATTORNEY AT LAW

6400 North Andrews Avenue
Suite 460
Fort Lauderdale, FL 33309
Telephone (954) 928-0059  Fax (954) 928-0829
email address: attorney@southflalaw.com

Michael Bruce Cohen
Board Certified
Criminal Trial Lawyer
Florida Board of
Legal Specialization
and Education

Member of the Bars
of the Supreme Court
of The United States,
Florida, District of Columbia,
and New York

December 8, 2008

John Kastrenakes, AUSA
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401

Re: US v. Ricardo Sanchez, Jr.
Case No.: 06-80171-CR-HURLEY/VITUNAC

Dear Mr. Kastrenakes:

I am in receipt of your letter of December 4, 2008 concerning my filing of Docket Entry 547 entitled "Demand for Expert Witness Disclosure".

So that there is no mistake about the intent of this demand, this is a prospective demand only. It does not relate to any of your previous disclosures concerning expert witnesses. Rather, it relates to what I expect to be your cell phone/cell tower expert disclosure.

I am also filing today the opinion and underlying basis for Bruce M. Bagley, our Mexican Gang Expert. I am also withdrawing the names of Richard Valdemar, Dennis McGuire and Renee Herrera as expert witnesses. Finally with regard to Jeffrey Fischback, he is not in a position to venture an opinion at this time since we do not know at the time of this response whether you intend to call a cell tower expert of any sort. We are unable to submit an opinion in contradiction or otherwise not having received one from you.

I hope this addresses your concerns raised in your letter of December 4, 2008. My intent is to keep working with you and Mr. Carlton with regard to our mutual disclosure

of expert witnesses, if any. Suffice it to say that I have disclosed any and all expert opinions which have been made known to me at this time and which are in existence.

Thanking you for your kind attention to this matter. I remain,

Very truly yours,

Michael B. Cohen, Esq.

Cc: counsel of record