*USA Response to Amended Sanchez Petition*

# USA Exh. 4


# Juror Questionnaire:
# Donald Little

## JUROR QUESTIONNAIRE  *0002*

Participant No. *10237170*

1. Age: _55_     2. Sex: Male _X_ Female _____

3. Are you able to read and understand the English language?

    Yes _X_          With difficulty _____          No _____

4. Are you able to write?

    Yes _X_          With difficulty _____          No _____

5. Is English your native language?     Yes _X_     No _____

6. Are you able to complete this questionnaire by yourself, without the assistance of another person?     Yes _X_     No _____

7. In what town or city in Florida do you live? _WEST PALM BEACH FLORIDA_

8. Where do you work (or, if unemployed or retired, where did you work) and for how long?

    _ZIMMER CONSTRUCTION CONSULTANTS     OVER 3 YEARS_

9. What is your current position or title? _BANK INSPECTOR_

10. What are your current duties or responsibilities? _To CONSULT LENDING INSTITUTIONS ON LARGE LOANS THROUGH MONITORING OF CONSTRUCTION SITES._

3

11.   What jobs have you held in the past? _*PRIMARILY CONSTRUCTION RELATED*_

_____

_____

_____

12.   Marital Status: Single _____   Never Married _____   Married _X___

       Separated _____        Divorced _____        Living w/ Someone _____

13.   If you are or have been married, how is (or was) your spouse employed? _HOUSE WIFE_

_____

_____

_____

_____

14.   How far did you go in school? If college or professional school, name the school and any

       degree(s) received. _GRADUATED IN 1985 @ WASHTENAW Comm. College ASSOCIATES DEGR._

15.   Do you have children? If yes, provide the sex, age and occupation of each. _____

       _DAUGHTER — ANEHISER BUSCH CORPORATE OFFICE (31)_

       _DAUGHTER - SUNTRUST BANK CUSTOMER SERVICE (29)_

       _SON — UNEMPLOYED (22) DISABILITY_

       _DAUGHTER - STUDENT (13)_

_____

16.   Have you previously served on a jury? Yes _✓_ No ___. If YES:

             Was it a civil or criminal case? (If you know.) Civil _✓_   Criminal _____
             Was it in state or federal court? (If you know.) State _✓_   Federal _____
             Did the jury reach a verdict? Yes _✓_        No _____
             Were you the foreperson? Yes _____        No _✓_

4

17. Have **you or any family members or friends** ever worked for, or applied to work for, any law enforcement agency?  (This includes any police department, sheriff's office, state troopers/highway patrol, DEA, FBI, Homeland Security and U.S. Customs.)

Yes ___ No ✓ . If YES, who, and for what agency? _____

_____

_____

18. Have **you or any family members or friends** ever worked for, or applied to work for, any state attorney's office, United States Attorney's Office, or any other city, county, state or federal office or agency?

Yes ✓ No ___ . If YES, who, and for what agency? _*MY WIFE — STATE REPRESENTATIVE*_ _*ASSIST.*_

_____

_____

_____

19. Have **you or any family members or friends** ever worked for any criminal defense lawyer or any public defender's office?

Yes ___ No ✓ . If YES, who and for what lawyer or public defender's office? _____

_____

_____

20. Have you ever been a witness to a crime? Yes ___ No ✓ . If YES, please explain the

circumstances: _____

_____

_____

_____

5

21. Have **you or any family members or friends** ever been the victim of a crime?

Yes ✓ No ___. If YES:

    a.    Who was the victim, and what type of crime? *ME, I'VE BEEN ASSULTED*

    b.    Was anyone charged and/or arrested? Yes ✓ No ___

    c.    What was the outcome? *HE WAS RELEASED from JAIL & PUT IN 6 YEARS of PROBATION*

22. Do **you or any family members or friends** own any firearms? Yes ___ No ✓.
If YES, what type of firearms, and for what purpose? _____

23. Have **you or any family members or friends** ever had a problem involving firearms, whether used legally or illegally? Yes ___ No ✓. If YES, please explain. _____

6

_____

_____

_____

24.   Have **you or any family members or friends** ever had a problem with illegal drugs?

Yes ✓ No ____. If YES, please explain. _____ *A STEP SISTER WHO PASSED AWAY*

_____

_____

_____

_____

25.   In this case, the defendants, alleged victims, and some of the witnesses are Mexican-American. Could you determine whether the defendants in this case are guilty of the crimes charged without considering the race of either the defendants, the witnesses, or the

alleged victims? Yes ✓ No ____. If NO, please explain: _____

_____

_____

_____

_____

26.   Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person? Yes ____ No ✓. If YES, please explain: _____

_____

_____

_____

7

**Length and conduct of the trial.** This trial is scheduled to begin on Monday, January 5, 2009. It is estimated that the trial will take approximately eight to twelve weeks, although it is possible that it will take longer. During this time, the trial will be conducted each week from Monday to Thursday, usually from 9 a.m. to 5 p.m.

If you are selected as a member of the jury, you will live at home and have your evenings, weekends, and Fridays free to yourself. Your contact with other people will not be restricted, although of course you will not be permitted to talk about the case with anyone, or to read, listen to, or watch any press coverage the case might receive.

27. Would you suffer a serious or unusual financial hardship from serving as a juror on this case? Yes ___ No _X_. If YES, please explain. _____

_____

_____

_____

_____

_____

28. If you are employed, would you be paid by your employer while serving on a jury?

Yes ___ No _X_. If NO, would that be an economic hardship? Yes ___ No _X_.

29. Do you have any strong personal commitments or other obligations that would prevent you from serving as a juror on this case? Yes ___ No _X_. If YES, please explain. ____

_____

_____

_____

_____

_____

8

30. Do you have any physical or mental condition that would make it unusually difficult for you to serve as a juror in this case or to sit for long periods of time? Yes ___ No X .

If YES, please explain. _____

_____

_____

_____

31. **Presiding judge and attorneys.** The presiding judge in this case is Judge Daniel T. K. Hurley. The government will be represented by Stephen Carlton and John Kastrenakes. The defendants will be represented by Robert Gershman, L. D. (Donnie) Murrell, Michael Cohen, Jim Eisenberg, Ruben Garcia and Gregg Lerman. Are you acquainted, or have you had any contact, with any of the above people? Yes ___ No X . If YES, please explain in what capacity.

_____

_____

_____

_____

_____

**Conclusion.**

32. Is there anything else not covered in your answers so far that the attorneys and Court should know regarding your ability and/or willingness to serve as a fair and impartial juror in this case? Yes ___ No X . If YES, please specify. _____

_____

_____

9

_____

_____

_____

_____

_____

_____

33.   Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective and impartial juror in this case?  Yes ____  No ✗.  If YES, please explain.

_____

_____

_____

_____

_____

_____

34.   Are there any matters which you would prefer to discuss privately?
Yes ____  No ✗.  If YES, please list the numbers of the questions that concern you.

_____

_____

_____

_____

10

**Additional space.**  Please feel free to use the additional space on these pages to continue your answer to any of the questions on the Juror Questionnaire.  Be sure to indicate the number of the question whose answer you are continuing.  Please do not write on the back of any page.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12