*USA Response to Amended Sanchez Petition*

# USA Exh. 9
# Juror Questionnaire:
# Diane Gooch