# USA Exh. 10

# CRD List Linking Juror Names to Numbers:

# HONORABLE: DANIEL T. K. HURLEY CRD'S LIST

06-80171-10        USA V. VARELA        Printed: 1/22/2009     8:58:45AM

| | Seq | Jury # | | S= | D= | P= | C= | N= |
|---|---|---|---|---|---|---|---|---|
| 1 | 0100 | 102323980 | KEYS, ROBYN M | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 0141 | 102404180 | PHILLIPS, DAISY HOLMES | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | 0208 | 102394286 | SOUTHWORTH, HOWARD J | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | 0218 | 102359639 | SILVA, MELISSA MARIE | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5 | 0162 | 102369742 | COSTELLO, KAREN A | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | 0002 | 102371704 | LITTLE, DONALD E | ☐ | ☐ | ☐ | ☐ | ☐ |
| 7 | 0285 | 102382557 | THOMAS, CONNIE | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8 | 0001 | 102350641 | HUGO, LYNN E | ☐ | ☐ | ☐ | ☐ | ☐ |
| 9 | 0130 | 102307196 | ALLEN, MARYE V | ☐ | ☐ | ☐ | ☐ | ☐ |
| 10 | 0311 | 102331612 | MANNING, JEFFREY L | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11 | 0136 | 102345799 | BURKE, JENNIFER KINGSTON | ☐ | ☐ | ☐ | ☐ | ☐ |
| 12 | 0064 | 102309868 | YELVERTON JR, BENJAMIN H | ☐ | ☐ | ☐ | ☐ | ☐ |
| 13 | 0056 | 102376797 | CRESWICK, ALAN W | ☐ | ☐ | ☐ | ☐ | ☐ |
| 14 | 0295 | 102357282 | BOSER, DONALD GEOFFREY | ☐ | ☐ | ☐ | ☐ | ☐ |
| 15 | 0277 | 102320453 | SOLLENBEGER, MARK | ☐ | ☐ | ☐ | ☐ | ☐ |
| 16 | 0247 | 102378105 | RANKINE, YANICK DANTISTE | ☐ | ☐ | ☐ | ☐ | ☐ |

Total number: **16**

Legend: S=Selected   D= Challenge Defendant   P=Challenge Prosecutor/Plaintiff   C=Cause   N=Not Used

NOTE: Return to Jury Administrator after selection.

# HONORABLE: DANIEL T. K. HURLEY   CRD'S LIST

06-80171-04          USA V. VARELA          Printed: 1/12/2009     1:11:24PM

Panel #8 afternoon 1/12/09

| Seq | Jury # | | S= | D= | P= | C= | N= |
|---|---|---|---|---|---|---|---|
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1 | 1134 102402327 | IRIBARREN, RAUL RAFAEL | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 1148 102361579 | HANDLER, ARTHUR JAMES | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | 1164 102381749 | BARBA, DOROTHY | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | 1106 102376660 | LANHAM JR, GILBERT L | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5 | 1155 102309896 | HOCHSTEIN-GUSSACK, | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6 | 1142 102375786 | GOOCH, DIANE | ☐ | ☐ | ☐ | ☐ | ☐ |