*USA Response to Amended Sanchez Petition*

# USA Exh. 20

# Expert Notice, Daniel Grant

LAW OFFICE
# L.D. MURRELL, P.A.
Suite 201 - Executive Center Plaza
400 Executive Center Drive
West Palm Beach, Florida 33401
(561) 686-2700

Board Certified Criminal Trial Lawyer



March 9, 2009

<u>VIA FACSIMILE & U.S. MAIL</u>

Mr. John Kastranakes, Esq.
Assistant United States Attorney
500 Australian Avenue
Suite 400
West Palm Beach, Florida 33401

Mr. Stephen Carlton, Esq.
Assistant United States Attorney
500 Australian Avenue
Suite 400
West Palm Beach, Florida 33401

Re:   U.S.A. vs. Ricardo Sanchez, Jr.
Case No: 06-80171-CR-HURLEY
Expert Disclosures

Gentlemen:

Pursuant to the Court's order, the following materials are immediately available in my office for pick up: the CVs and summaries of the mental health experts expected to be presented in the up-coming penalty phase on behalf of Mr. Sanchez. Summaries are included for Dr. Tom Reidy and Dr. Daniel Grant, both psychologists. The raw data from Grant's evaluation is also available. Reidy has not been asked to evaluate Sanchez. His opinion is based on review of the other evaluations and the historical record.

Dr. Katrina Hallmark, a psychologist, performed a WAIS III evaluation on Sanchez in 2007. She has since moved to San Antonio and we do not intend to call her as a witness. We will provide her raw data. However, because of her move, the records have been hard to obtain. We spoke to Dr. Hallmark this morning and she has promised the records will be sent by UPS Overnight today. We should have them for you tomorrow. I apologize for the delay.

I also want to make you aware of the following. We have retained Jim Aiken to testify as an expert regarding prisons/prison classifications/prison life. A copy of his background and experience is included. I cannot, at this time, provide a definite summary of his testimony because the BOP has not yet complied with our subpoena to produce Sanchez's records. Aiken

obviously needs to review them in order to render any opinion regarding Sanchez or his potential classification status and his ability to adjust to life in prison. Aiken has not examined Sanchez and does not intend to do so. His evaluation/opinion will be based entirely on the records we are waiting on from BOP and those obtained from PBSO. However, assuming the records show what we expect them to show, that Sanchez has had no serious disciplinary issues, Aiken's testimony will focus on how BOP will classify Sanchez, what type of facility he will most likely be assigned to, and a description of what his life will be like in such a facility.

I also intend to call Dr. Tom Waddell. Dr. Waddell is a retired psychologist. He no longer practices. I am calling him because in 2006 he did a court ordered evaluation of Efrain Sanchez, Ricardo's older brother. I do not have a CV on Waddell, but enclosed is a copy of the report he prepared for Efrain. Waddell has not examined Ricardo Sanchez and will not be asked to render any opinion on Ricardo Sanchez. He is being called solely for the purpose of reporting on the mental status/diagnosis of Efrain Sanchez at the time of his evaluation in 2006.

In addition to the above we also have a voluminous crime print-out from PBSO tracking crime in the Coconut Road neighborhood where Ricardo Sanchez grew up. It is too large to easily copy. You are welcome to come to our office to review it. We have used that print-out to create a map plotting crime in the neighborhood of the Sanchez home. That map is also available for your review.

If you have any questions please do not hesitate to call.

Sincerely,

Donnie Murrell

LDM/mz