*USA Response to Amended Sanchez Petition*

# USA Exh. 24

# Resume of Donnie Murrell, Esq.

http://murrelllaw.com

## CRIMINAL DEFENSE LAWYER

### L. D. MURRELL, JR. - ATTORNEY AT LAW



L. D. "Donnie" Murrell, Jr. has been involved in criminal trial litigation locally in Palm Beach County and throughout the Treasure Coast since 1981. He has been assisting criminal defense clients in both state and federal courts for more than 25 years.

Donnie Murrell has earned Florida Bar Board Certification, the highest level of recognition by the Florida Bar, for competency and experience as a criminal trial attorney. He has maintained **Criminal Law Certification** since 1998 and is one of only 351 attorneys in the state to have this distinction.

He is highly regarded by his peers, and is known for performing the most thorough investigation and case preparation. He is often called upon by others in the legal profession when they need legal representation and is a member of the Lawyers Assistance Strike Force. He offers extensive federal practice experience and the effectiveness of a career trial attorney with hundreds of cases behind him. His motivation for succeeding on cases is not financial, but is more about making sure that the laws designed to protect citizens are upheld. His goal is to see that each person's civil liberties are not ignored by authorities.

Donnie was appointed by Florida Governor Charlie Crist as a member of the Correctional Policy Advisory Council. The 3-person council serves in an advisory capacity to the Florida Legislature and the Governor for a three-year term ending in July 2011. The Advisory Council evaluates, reports findings and makes recommendations on correctional policies, justice reinvestment initiatives, and laws affecting or applicable to corrections.

Donnie Murrell has handled hundreds of misdemeanors and serious felony criminal cases including federal crimes, violent crimes, drug crimes, property crimes, sexual offenses, white collar crime, and alcohol related crimes. He also has an active post conviction practice, helping those unjustly convicted of serious state or federal crimes. He assists clients in the Fifteenth Circuit and Nineteenth Circuit Courts which includes Palm Beach, Martin, St. Lucie, Indian River, and Okeechobee Counties, and also works with other courts throughout Florida.

Donnie Murrell is proud of his local heritage. He grew up in Jupiter, graduated high school in Martin County and attended community college in St. Lucie County. He earned his bachelor's degree from the University of South Florida and he earned his Juris Doctorate degree from Florida State University School of Law.

### Practice Areas:

- Criminal Defense
- Federal Crimes
- Alcohol Related Crimes
- Drug Crimes
- Property Crimes
- Sexual Offenses
- White Collar Crimes
- Post Conviction Work

http://murrelllaw.com/index.php?page=past-cases

## FLORIDA CRIMINAL DEFENSE LAWYER DONNIE MURRELL

### PAST CASE RESULTS

Below is a sampling of some previous cases resolved successfully by defense lawyer Donnie Murrell. While the results of these cases can't be used alone to measure the success of a law firm, these results are perhaps the most important events in the lives of our clients.

With this said, we are proud of how we have been able to help our clients and their families move forward with their lives. Donnie Murrell stresses that rather than judge a law firm by their cases, you should choose anexperienced law firm that you trust. Feel free to contact our law firm to discuss your potential case.

#### ACQUITTAL
A man in Indiantown, FL, had been in an altercation and shot and killed another man. He fled the scene, and police were looking for him. He and Attorney Murrell went to the sheriff's office with the pistol used in the shooting and surrendered. The client was charged with first degree murder, and Attorney Murrell was able to persuade the court to set bond for him which is rarely granted. The client was acquitted after a weeklong trial. The jury found he acted in self-defense.

#### ACQUITTAL
An elderly Puerto Rican man was intimidated and frightened by two men nicknamed "Circuit City," after stealing electronics to order. The elderly man played dominoes with his friends on a regular basis at a neighborhood restaurant, and on one occasion, the two men "Circuit City" approached him in a life threatening manner. The elderly man shot both men, killing one and wounding the other. He was acquitted by the jury.

#### DEATH PENALTY AVOIDED
A man was convicted of first degree murder in a shooting spree that left several people dead, and he was given the death penalty. The Florida Supreme Court reversed the conviction and granted a new trial. Attorney Murrell was appointed to handle the trial with another attorney, and while the defendant was found guilty a second time, the jury recommended a life sentence rather than the death penalty.

#### NOT GUILTY
A college professor in Broward County was indicted for being part of a drug smuggling conspiracy. The Drug Enforcement Administration (DEA) found his boat in Jamaica with 5,000 pounds of marijuana on board. His best friend was on board and agreed to testify against the professor in exchange for a lighter sentence. In the trial, other members of the conspiracy also testified and named the professor as the guilty party; however, the jury found him not guilty.

#### REDUCED SENTENCE
Attorney Murrell represented one of three men who were arrested after their boat washed up on Palm Beach with more than a ton of cocaine on board. It was the largest cocaine seizure in Palm Beach County at the time. One of the men confessed and showed police where they had hid a duffle bag of cocaine, hoping to return later for it. With the harsh mandatory minimum sentencing guidelines and the Government's refusal to negotiate Attorney Murrell took the case the trial, and after three weeks, all three men were found guilty. However, Attorney Murrell's client was given a far lesser sentence than the government had requested based on the evidence he presented.

#### REDUCED SENTENCE
Attorney Murrell represented a 14-year-old boy who was charged as an adult with more than 12 residential burglaries. On his first lawyer's advice, the boy pled guilty for all of the charges, and he was sent to prison. Attorney Murrell was hired by the boy's grandfather to assist in the post conviction case, and with his help, the boy's sentence was reduced significantly.

http://murrelllaw.com/index.ph

## ACQUITTAL

An attorney who lived alone in Boca Raton, Florida, was in an altercation with three police officers after he refused them entry to his home. The officers claimed that they had received a 911-hang up call from his house. After the fight, he was charged with several felonies including resisting arrest and battery on a police officer. He refused to consider any type of plea offer, and his freedom and license to practice law were both at stake. He was acquitted at trial.

## CHARGES DROPPED

Attorney Murrell defended an attorney who was arrested for aggravated assault against her husband. The police accused her of threatening him with a butcher knife during an argument in their home. Through intensive investigation it was found that the husband had confessed to two friends that he had purposefully set up his wife. They were on the brink of a high stakes divorce, and a pending criminal case would give him a huge advantage in negotiating the terms of the divorce. The husband also had a criminal record. No charges were filed against the wife.

## CASE CLOSED

A man suspected of engaging in improper sexual activity with a teen girl was aware that police were investigating him. Attorney Murrell determined that he had inappropriate telephone conversations with her, and although the calls were not a crime, there would be further police investigation. Attorney Murrell gave the client a detailed description of what to do and what to expect from the police and a step-by-step process of how the police would investigate. Law enforcement, as predicted by Attorney Murrell, showed up to the client's place of employment. The client immediately called Attorney Murrell as directed, the police spoke with Murrell and he informed them that his client would not make any statements. The police left, and the case was dropped.

## ACQUITTAL

At the time, in the largest fraud investigation in Immigration and Naturalization Service (INS) history, a farm labor contractor was indicted in federal court for more than 30 counts of allegedly selling false work papers to illegal immigrant farm workers, who used the papers to apply for amnesty. Attorney Murrell spent several days following his client through the fields in order to understand his business and the way it works. After a few days, it was clear that the man, a successful businessman, was illiterate. Attorney Murrell proved to the jury that someone who was unable to read or write would have had a difficult time forging paperwork.

## REDUCED SENTENCE

A doctor was being investigated by federal authorities for running a "Pill mill", indiscriminately issuing prescriptions for narcotics without medical justification. The doctor's practice changed significantly over a short period of time. Attorney Murrell discovered that just prior to this change; the doctor has fallen off a step ladder at his home. After medical evaluation the doctor was diagnosed with a traumatic brain injury. Attorney Murrell was able to negotiate a plea agreement and the doctor was sentenced to house arrest followed by probation. He had been facing a mandatory prison sentence.