# USA Exh. 26

# Gallup Poll, Death Penalty

# Death Penalty



Are you in favor of the death penalty for a person convicted of murder?

| | Favor | Not in favor | No opinion |
|---|---|---|---|
| | % | % | % |
| 2017 Oct 5-11 | 55 | 41 | 3 |
| 2016 Oct 5-9 | 60 | 37 | 3 |
| 2015 Oct 7-11 | 61 | 37 | 2 |
| 2014 Oct 12-15 | 63 | 33 | 4 |
| 2013 Oct 3-6 | 60 | 35 | 5 |
| 2012 Dec 19-22 | 63 | 32 | 6 |

^ Asked of a half sample.

GALLUP

|  | Favor | Not in favor | No opinion |
| --- | --- | --- | --- |
|  | % | % | % |
| 2011 Oct 6-9 | 61 | 35 | 4 |
| 2010 Oct 7-10 ^ | 64 | 29 | 6 |
| 2009 Oct 1-4 | 65 | 31 | 5 |
| 2008 Oct 3-5 | 64 | 30 | 5 |
| 2007 Oct 4-7 | 69 | 27 | 4 |
| 2006 Oct 9-12 | 67 | 28 | 5 |
| 2006 May 5-7 ^ | 65 | 28 | 7 |
| 2005 Oct 13-16 | 64 | 30 | 6 |
| 2004 Oct 11-14 | 64 | 31 | 5 |
| 2003 Oct 6-8 | 64 | 32 | 4 |
| 2003 May 19-21 | 70 | 28 | 2 |
| 2002 Oct 14-17 | 70 | 25 | 5 |
| 2001 Oct 11-14 | 68 | 26 | 6 |
| 2001 Feb 19-21 ^ | 67 | 25 | 8 |
| 2000 Aug 29-Sep 5 | 67 | 28 | 5 |
| 2000 Jun 23-25 | 66 | 26 | 8 |
| 2000 Feb 14-15 | 66 | 28 | 6 |
| 1999 Feb 8-9 | 71 | 22 | 7 |
| 1995 May 11-14 | 77 | 13 | 10 |
| 1994 Sep 6-7 | 80 | 16 | 4 |
| 1991 Jun 13-16 | 76 | 18 | 6 |
| 1988 Sep 25-Oct 1 | 79 | 16 | 5 |
| 1988 Sep 9-11 | 79 | 16 | 5 |
| 1986 Jan 10-13 | 70 | 22 | 8 |
| 1985 Nov 11-18 | 75 | 17 | 8 |

^ Asked of a half sample.

GALLUP

|  | Favor | Not in favor | No opinion |
|---|---|---|---|
|  | % | % | % |
| 1985 Jan 11-14 | 72 | 20 | 8 |
| 1981 Jan 30-Feb 2 | 66 | 25 | 9 |
| 1978 Mar 3-6 | 62 | 27 | 11 |
| 1976 Apr 9-12 | 66 | 26 | 8 |
| 1972 Nov 10-13 | 57 | 32 | 11 |
| 1972 Mar 3-5 | 50 | 41 | 9 |
| 1971 Oct 29-Nov 2 | 49 | 40 | 11 |
| 1969 Jan 23-28 | 51 | 40 | 9 |
| 1967 Jun 2-7 | 54 | 38 | 8 |
| 1966 May 19-24 | 42 | 47 | 11 |
| 1965 Jan 7-12 | 45 | 43 | 12 |
| 1960 Mar 2-7 | 53 | 36 | 11 |
| 1957 Aug 29-Sep 4 | 47 | 34 | 18 |
| 1956 Mar 29-Apr 3 | 53 | 34 | 13 |
| 1953 Nov 1-5 | 68 | 25 | 7 |
| 1937 Dec 1-6 | 60 | 33 | 7 |

^ Asked of a half sample.

GALLUP

In your opinion, is the death penalty imposed -- [ROTATED: too often, about the right amount or not often enough]?

|  | Too often | Right amount | Not enough | No opinion |
|---|---|---|---|---|
|  | % | % | % | % |
| 2017 Oct 5-11 | 26 | 26 | 39 | 8 |
| 2016 Oct 5-9 | 26 | 26 | 41 | 7 |

GALLUP

|  | Too often | Right amount | Not enough | No opinion |
| --- | --- | --- | --- | --- |
|  | % | % | % | % |
| 2015 Oct 7-11 | 27 | 27 | 40 | 5 |
| 2014 Oct 12-15 | 24 | 28 | 40 | 9 |
| 2013 Oct 3-6 | 22 | 26 | 44 | 9 |
| 2011 Oct 6-9 | 25 | 27 | 40 | 8 |
| 2010 Oct 7-10 | 18 | 26 | 49 | 7 |
| 2009 Oct 1-4 | 20 | 24 | 49 | 7 |
| 2008 Oct 3-5 | 21 | 23 | 48 | 8 |
| 2007 Oct 4-7 | 21 | 26 | 49 | 4 |
| 2006 May 8-11 | 21 | 25 | 51 | 3 |
| 2005 May 2-5 | 20 | 24 | 53 | 3 |
| 2004 May 2-4 | 23 | 25 | 48 | 4 |
| 2003 May 5-7 | 23 | 26 | 48 | 3 |
| 2002 May 6-9 | 22 | 24 | 47 | 7 |
| 2001 May 10-14 | 21 | 34 | 38 | 7 |

GALLUP

Generally speaking, do you believe the death penalty is applied fairly or unfairly in this country today?

|  | Fairly | Unfairly | No opinion |
| --- | --- | --- | --- |
|  | % | % | % |
| 2017 Oct 5-11 | 51 | 43 | 7 |
| 2016 Oct 5-9 | 50 | 44 | 5 |
| 2015 Oct 7-11 | 53 | 41 | 6 |
| 2014 Oct 12-15 | 51 | 42 | 7 |
| 2013 Oct 3-6 | 52 | 40 | 8 |

GALLUP

| | Fairly | Unfairly | No opinion |
|---|---|---|---|
| | % | % | % |
| 2011 Oct 6-9 | 52 | 41 | 6 |
| 2010 Oct 7-10 | 58 | 36 | 7 |
| 2009 Oct 1-4 | 57 | 34 | 9 |
| 2008 Oct 3-5 | 54 | 38 | 8 |
| 2007 Oct 4-7 | 57 | 38 | 5 |
| 2006 May 8-11 | 60 | 35 | 4 |
| 2005 May 2-5 | 61 | 35 | 4 |
| 2004 May 2-4 | 55 | 39 | 6 |
| 2003 May 5-7 | 60 | 37 | 3 |
| 2002 May 6-9 | 53 | 40 | 7 |
| 2000 Jun 23-25 | 51 | 41 | 8 |

GALLUP

Next, I'm going to read you a list of issues. Regardless of whether or not you think it should be legal, for each one, please tell me whether you personally believe that in general it is morally acceptable or morally wrong. How about the death penalty

| | Morally acceptable | Morally wrong | Depends (vol.) | No opinion |
|---|---|---|---|---|
| | % | % | % | % |
| 2017 May 3-7 | 58 | 35 | 6 | 2 |
| 2016 May 4-8 | 59 | 34 | 6 | 1 |
| 2015 May 6-10 | 60 | 33 | 5 | 2 |
| 2014 May 8-11 | 61 | 30 | 7 | 3 |
| 2013 May 2-7 | 62 | 31 | 5 | 2 |

*Less than 0.5%; (vol.) = Volunteered response

GALLUP

|  | Morally acceptable | Morally wrong | Depends (vol.) | No opinion |
|---|---|---|---|---|
|  | % | % | % | % |
| 2012 May 3-6 | 58 | 34 | 6 | 1 |
| 2011 May 5-8 | 65 | 28 | 5 | 2 |
| 2010 May 3-6 | 65 | 26 | 7 | 2 |
| 2009 May 7-10 | 62 | 30 | 6 | 2 |
| 2008 May 8-11 | 62 | 30 | 5 | 3 |
| 2007 May 10-13 | 66 | 27 | 5 | 2 |
| 2006 May 8-11 | 71 | 22 | 5 | 2 |
| 2005 May 2-5 | 70 | 25 | 4 | 1 |
| 2004 May 2-4 | 65 | 28 | 5 | 2 |
| 2003 May 5-7 | 64 | 31 | 4 | 1 |
| 2002 May 6-9 | 65 | 28 | 5 | 2 |
| 2001 May 10-14 | 63 | 27 | 8 | 2 |

*Less than 0.5%; (vol.) = Volunteered response

GALLUP

Why do you favor the death penalty for persons convicted of murder?
[OPEN-ENDED]

Based on those who favor the death penalty

|  | 2014 Oct 12-15 | 2003 May 19-21 | 2001 Feb 19-21 | 1991 Jun 13-16 |
|---|---|---|---|---|
|  | % | % | % | % |
| An eye for an eye/They took a life/Fits the crime | 35 | 37 | 48 | 50 |

Totals exceed 100% due to multiple mentions

GALLUP

| | 2014 Oct 12-15 | 2003 May 19-21 | 2001 Feb 19-21 | 1991 Jun 13-16 |
|---|---|---|---|---|
| | % | % | % | % |
| Save taxpayers money/Cost associated with prison | 14 | 11 | 20 | 13 |
| They deserve it | 14 | 13 | 6 | -- |
| They will repeat crime/Keep them from repeating it | 7 | 7 | 6 | 19 |
| Deterrent for potential crimes/Set an example | 6 | 11 | 10 | 13 |
| Depends on the type of crime they commit | 5 | 4 | 6 | -- |
| Fair punishment | 4 | 3 | 1 | -- |
| Serve justice | 4 | 4 | 1 | 3 |
| If there's no doubt the person committed the crime | 3 | 3 | 2 | -- |
| Support/believe in death penalty | 3 | 2 | 6 | -- |
| Don't believe they can be rehabilitated | 3 | 2 | 2 | -- |
| Biblical reasons | 3 | 5 | 3 | -- |
| Life sentences don't always mean life in prison | 2 | 1 | 2 | -- |
| Relieves prison overcrowding | 2 | 1 | 2 | -- |
| Would help/benefit families of victims | 1 | 2 | 1 | -- |
| Other | 1 | 4 | 3 | 11 |
| No opinion | 4 | 2 | 1 | 2 |

Totals exceed 100% due to multiple mentions

GALLUP

Why do you oppose the death penalty for persons convicted of murder? [OPEN-ENDED]

Based on those opposed to the death penalty

|  | 2014 Oct 12-15 | 2003 May 19-21 | 1991 Jun 13-16 |
|---|---|---|---|
|  | % | % | % |
| Wrong to take a life | 40 | 46 | 41 |
| Persons may be wrongly convicted | 17 | 25 | 11 |
| Punishment should be left to God/religious belief | 17 | 13 | 17 |
| Need to pay/suffer longer/think about their crime | 9 | 5 | -- |
| Depends on the circumstances | 9 | 4 | -- |
| Unfair application of death penalty | 5 | 4 | 6 |
| Does not deter people from committing murder | 4 | 4 | 7 |
| Costs more to keep prisoners on death row | 2 | -- | -- |
| Possibility of rehabilitation | 2 | 5 | 6 |
| Other | 1 | 3 | 16 |
| No opinion | 3 | 4 | 6 |

Totals exceed 100% due to multiple mentions

GALLUP

If you could choose between the following two approaches, which do you think is the better penalty for murder -- [ROTATED: the death penalty (or) life imprisonment, with absolutely no possibility of parole]?

|  | The death penalty | Life imprisonment | No opinion |
|---|---|---|---|
|  | % | % | % |
| 2014 Sep 25-30 | 50 | 45 | 5 |

^ Asked of a half sample

GALLUP

Case 9:16-cv-80693-BB   Document 102-25   Entered on FLSD Docket 05/21/2018   Page 10 of 14

| | The death penalty | Life imprisonment | No opinion |
|---|---|---|---|
| | % | % | % |
| 2010 Oct 7-10 ^ | 49 | 46 | 6 |
| 2006 May 5-7 ^ | 47 | 48 | 5 |
| 2001 Feb 19-21 ^ | 54 | 42 | 4 |
| 2000 Aug 29-Sep 5 ^ | 49 | 47 | 4 |
| 2000 Feb 20-21 | 52 | 37 | 11 |
| 1999 Feb 8-9 ^ | 56 | 38 | 6 |
| 1997 Aug 12-13 ^ | 61 | 29 | 10 |
| 1993 Oct 13-18 | 59 | 29 | 12 |
| 1992 Mar 30-Apr 5 | 50 | 37 | 13 |
| 1991 Jun 13-16 | 53 | 35 | 11 |
| 1986 Jan 10-13 | 55 | 35 | 10 |
| 1985 Jan 11-14 | 56 | 34 | 10 |

^ Asked of a half sample

GALLUP

Apart from your opinion about the death penalty, what form of punishment do you consider to be the most humane -- the electric chair, the gas chamber, lethal injection, firing squad, or hanging?

| | 2014 May 8-11 | 1991 Jan 13-16 | 1985 Jan 11-14 |
|---|---|---|---|
| | % | % | % |
| Lethal injection | 65 | 67 | 56 |
| Firing squad | 9 | 3 | 3 |
| Hanging | 5 | 3 | 2 |
| Electric chair | 4 | 9 | 16 |

(vol.) = Volunteered response

GALLUP

| | 2014 May 8-11 | 1991 Jan 13-16 | 1985 Jan 11-14 |
|---|---|---|---|
| | % | % | % |
| Gas chamber | 4 | 6 | 8 |
| None (vol.) | 10 | 6 | 7 |
| No opinion | 3 | 5 | 9 |

(vol.) = Volunteered response

GALLUP

Do you feel that the death penalty acts as a deterrent to the commitment of murder, that it lowers the murder rate, or not?

| | Yes, does | No, does not | No opinion |
|---|---|---|---|
| | % | % | % |
| 2011 Oct 6-9 | 32 | 64 | 4 |
| 2006 May 8-11 | 34 | 64 | 2 |
| 2004 May 2-4 | 35 | 62 | 3 |
| 1991 Jun 13-16 | 51 | 41 | 8 |
| 1986 Jan 10-13 | 61 | 32 | 7 |
| 1985 Jan 11-14 | 62 | 31 | 7 |

GALLUP

How often do you think that a person has been executed under the death penalty who was, in fact, innocent of the crime he or she was charged with -- do you think this has happened in the past five years, or not?

| | Yes, has | No, has not | No opinion |
|---|---|---|---|
| | % | % | % |

GALLUP

| | Yes, has | No, has not | No opinion |
|---|---|---|---|
| | % | % | % |
| 2009 Oct 1-4 | 59 | 31 | 10 |
| 2006 May 8-11 | 63 | 27 | 10 |
| 2005 May 2-5 | 59 | 33 | 8 |
| 2003 May 5-7 | 73 | 22 | 5 |

GALLUP

Just your best guess, about what percent of people who are executed under the death penalty are really innocent of the crime they were charged with?

Based on those who believe an innocent person has been executed in last five years

| | 2005 May 2-5 | 2003 May 5-7 |
|---|---|---|
| | % | % |
| None | -- | * |
| 1%-5% | 57 | 55 |
| 6%-10% | 14 | 13 |
| 11%-20% | 10 | 8 |
| 21%-50% | 9 | 15 |
| More than 50% | 2 | 2 |
| No opinion | 8 | 7 |
| Mean | 10.7% | 11.7% |
| Median | 5% | 5% |

* Less than 0.5%

GALLUP

Which comes closer to your view -- [ROTATED: states should be allowed to execute prisoners sentenced to the death penalty by means of lethal

Case 9:16-cv-80693-BB   Document 102-25   Entered on FLSD Docket 05/21/2018   Page 13 of 14

injection, (or) lethal injection of death row prisoners represents cruel and unusual punishment that should not be permitted]?

| | Allow lethal injection | Not permit lethal injection | No opinion |
|---|---|---|---|
| | % | % | % |
| 2004 Mar 26-28 | 75 | 21 | 4 |

GALLUP

Do you favor or oppose the death penalty for -- [RANDOM ORDER]?

| | Favor | Oppose | No opinion |
|---|---|---|---|
| | % | % | % |
| **Women** | | | |
| 2002 May 6-9 | 68 | 29 | 3 |
| **The mentally ill** | | | |
| 2002 May 6-9 | 19 | 75 | 6 |
| **The mentally retarded** | | | |
| 2002 May 6-9 | 13 | 82 | 5 |
| **Juveniles** | | | |
| 2002 May 6-9 | 26 | 69 | 3 |

GALLUP

**Subscribe to receive weekly Gallup News alerts.**

Never miss our latest insights.

Sign Up

RELEASE DATE:

SOURCE:   Gallup http://news.gallup.com/poll/1606/death-penalty.aspx

CONTACT:   Gallup World Headquarters, 901 F Street, Washington, D.C., 20001, U.S.A

Case 9:16-cv-80693-BB   Document 102-25   Entered on FLSD Docket 05/21/2018   Page 14 of 14

+1 202.715.3030

Copyright © 2016 Gallup, Inc. All rights reserved.

Gallup, Inc. maintains several registered and unregistered trademarks that include but may not be limited to: A8, Accountability Index, Business Impact Analysis, BE10, CE11, CE11 Accelerator, Clifton StrengthsExplorer, Clifton StrengthsFinder, Customer Engagement Index, Customer Engagement Management, Dr. Gallup Portrait, Employee Engagement Index, Enetrix, Engagement Creation Index, Follow This Path, Gallup, Gallup Brain, Gallup Business Journal, GBJ, Gallup Consulting, Gallup-Healthways Well-Being Index, Gallup Management Journal, GMJ, Gallup Panel, Gallup Press, Gallup Tuesday Briefing, Gallup University, Gallup World News, HumanSigma, HumanSigma Accelerator, ICE11, I10, L3, ME25, NurseInsight, NurseStrengths, Patient Quality System, Performance Optimization, Power of 2, PrincipalInsight, Q12, Q12 Accelerator, Q12 Advantage, Selection Research, Inc., SE25, SF34, SRI, Soul of the City, Strengths Spotlight, Strengths-Based Selling, StatShot, StrengthsCoach, StrengthsExplorer, StrengthsFinder, StrengthsInsight, StrengthsQuest, SupportInsight, TX(R+E+R)=P3, TeacherInsight, The Gallup Path, The Gallup Poll, The Gallup School, VantagePoint, Varsity Management, Wellbeing Finder, Achiever, Activator, Adaptability, Analytical, Arranger, Belief, Command, Communication, Competition, Connectedness, Consistency, Context, Deliberative, Developer, Discipline, Empathy, Fairness, Focus, Futuristic, Harmony, Ideation, Includer, Individualization, Input, Intellection , Learner, Maximizer, Positivity, Relator, Responsibility, Restorative, Self-Assurance, Significance, Strategic, and Woo. All other trademarks are the property of their respective owners. These materials are provided for noncommercial, personal use only. Reproduction prohibited without the express permission of Gallup, Inc.