*USA Response to Amended Sanchez Petition*

# USA Exh. 27

Ricardo Sanchez, Write to Prisoners Project

https://www.prisoninmates.com/RicardoSanchez75820-004



- Search
- Brochure Request

Home • Inmate Profiles • List An Inmate • Inmate Photos & Writings • Help Desk



**Public Records: Online** Status: Active

This site contains REAL police records (court records of driving citations, speeding tickets, felonies, misdemeanors, offenses, mugshots, etc.), background reports, court documents, address information, phone numbers, and much more.

**Enter Site**

**Featured Inmates**



Peter Tran

Jamie Diaz

Arturo Orozco Jr.

Marsell McCullough

Francis Brunner

Taylor Conley

Scott Siders

Patrick Drum

Jason Miears

Tavarus Curb

Dayton Jones

Derek Lombard
See More

## Ricardo Sanchez

▷ ×

Not All Degrees Are Equal

Prepare to advance with a degree
from a state university with a
reputation for excellence.

UMUC

Create an AdMore Ads
Derek Lombard - What's up



I'm caring, loyal and might be brutally honest and outspoken but I'm a great listener. Get to know me and jump in, the water is nice!
Hello, I am Jamie Diaz



Are you tired of games and want a true connection? If so, try me. You never know what could've been unless you take a chance.



Ricardo Sanchez - PrisonInmates.com - Member Profile



- Favorite

- user.message-options
- Profile
- Photos(12)

## MESSAGING OPTIONS:

-  **Ricardo Sanchez #75820-004**

  SCU
  USP Terre Haute
  PO Box 33

  Terre Haute IN 47808-0033

  by mail!

- Jmail.cc is a paid service that makes writing inmates simple. Consider opening a Jmail account today.

## PROFILE:

-
  - Gender: Male
  - Ethnicity: Latin, Bilingual
  - Age : 34
  - Birthday: Oct 19, 1983
  - Sexual Preference: Straight
  - Relationship Status: Single
  - Will Write To: Women
  - Looking For: Friendship, A Relationship, Donations
  - My Religion: God
  - Highest Level of Education: 11th grade, Entrepreneur
  - Hometown: West Palm Beach FL

**Profile**

- Chained in the most thickness of darkness is where I found that the sadness and loneliness that I am forced to live up against is also the thread that wove my life together into a single piece, and has also taught me the true meaning of friendship.

  My name is Ricardo Sanchez, but my friends call me "Chico Fresh". I will not lie; I have made many mistakes in my past, but nothing to deserve the penalty that I am striven up against. Since coming to prison I have continued to try and utilize my time constructively through focusing on carving out strong values in my life. I enjoy reading a wide range of literature. I am a strong-minded loyal friend, a good listener, and I have also experienced a lot of negativity to become the positive person I am today. So I don't mind being a diary man for you to confide in.

  I am seeking for someone who is not afraid to speak their mind, and is willing to lend an ear from time to time with an open mind, someone who can

take me for a ride drifting my mind from this confine. So if you feel like this applies and suits your find, then spare your share of care with some fine time to be a friend of mine. And in reply the sweet and kind of friend in me will blossom your day and nights genuinely.

So give it a go and let your mind flow, putting the pen to the wind for a genuine friend.

"Get to know me"

Smile...

## Common Interests

- Favorite Food Mexican
- Favorite TV Show Comedy Central, History Channel, Others
- Favorite Quote Plan your work and work your plan.
- Favorite Music Rap, R&B, Pop, Hip Hop, and some of everything
- Favorite Movie Without A Trace
- Favorite Book Great Expectations
- Heroes Compassion, Respect, and Super Loyalty

## Incarceration Details

- Incarcerated Since 2006
- Inmate Release Date Death Row
- Incarcerated For Drugs, Guns, Murder
- On Death Row? Yes
- Correspond Overseas? Yes
- Corrlinks Yes



Arrest Records 2 Secrets
Find Addresses, Phone Numbers, Felonies, Traffic Records, DUIs and Much More!

Copyright ©2018 - Advertising - Privacy - Terms of Service - Contact - English