# INDEX OF USA §2255 RESPONSE EXHIBITS

Exh. 1          Sanchez Initial Appellate Brief

Exh. 2          Jeffrey Fischbach, Cellular Telephone Expert Notice to Prosecution

Exh. 3          Expert Report of Dr. Michael Brannon, Sanchez Examination

Exh. 4          Juror Questionnaire of Donald Little

Exh. 5          Juror Questionnaire of Mark Sollenberger

Exh. 6          Juror Questionnaire of Donald Boser

Exh. 7          Juror Questionnaire of Connie Thomas

Exh. 8          Juror Questionnaire of Dorothy Barba

Exh. 9          Juror Questionnaire of Diane Gooch

Exh. 10        CRD List Linking Juror Names to Numbers

Exh. 11        --errata entry; not using

Exh. 12        Sixth Supplemental SDO Response filed on or about May 18, 2007

Exh. 13        Protective Order Governing Discovery

Exh. 14        Special Administrative Measures ("SAM") Imposed Upon Daniel Troya Pre-Trial

Exh. 15        Reciprocal Discovery Received By Prosecution Concerning Dennis McGuire, Ballistics Expert

Exh. 16        Expert Notice, Francis Crosby

Exh. 17        Expert Notice, Katrina Hallmark

Exh. 18        Expert Notice, Jose Lozano

Exh. 19        Expert Notice, Laurence Levine

Exh. 20        Expert Notice, Daniel Grant

Exh. 21        Expert Notice, Theresa Parnell

Exh. 22        Expert Notice, Dr. Thomas Reidy

Exh. 23        Expert Notice, Dr. Tom Waddell

Exh. 24          Resume, Donnie Murrell, Esq.

Exh. 25          Resume, Michael Cohen, Esq.

Exh. 26          Death Penalty/Gallup Historical Trends" www.gallup.com/poll/1606/death-penalty.aspx?version=print (7/2/2015)

Exh. 27          Ricardo Sanchez, Write to Prisoners Project
                 https://www.prisoninmates.com/RicardoSanchez75820-004