UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

**MOVANT'S MOTION FOR PERMISSION TO FILE OVERLENGTH
REPLY TO THE UNITED STATES' RESPONSE IN OPPOSITION TO
SANCHEZ'S AMENDED MOTION FOR DISCOVERY**

Ricardo Sanchez through counsel respectfully moves this Court for permission to file a discovery reply in excess of 10 pages. S.D. Fla. L.R. 7.1(c)(2). Undersigned counsel attempted to confer with counsel for the Government regarding his position on this motion but has been unable to reach him. In support of this motion, Sanchez states:

1.      Pursuant to the Scheduling Orders (ECF Nos. [69, 74 & 76, 98]) and this Court's rules, Mr. Sanchez is attaching his proposed amended discovery reply to the instant motion. Sanchez's amended discovery reply is 33 pages in length which exceeds the limit set in L.R. 7.1(c)(2).

2.      Undersigned counsel have made every effort to present Sanchez's reply in as concise a manner as possible. However, undersigned counsel have not been able to compose a professionally appropriate discovery motion that comports with the local rules. Because this is a federal habeas proceeding Sanchez is required to demonstrate good cause for his requests. Rule 6, Rules Governing Section 2255

Proceedings in the United States District Courts. Such a requirement does not exist in ordinary civil litigation. Mr. Sanchez has attempted to provide sufficient detail and analysis in his reply to satisfy the good cause requirement while simultaneously keeping the reply as concise as possible.

3.      Undersigned counsel have attempted to confer with counsel for the Government regarding his position on this motion but have been unable to reach him.

WHEREFORE for the foregoing reasons Sanchez respectfully requests that he be permitted to file the attached over-length discovery reply.

Respectfully submitted,

s/Stephen M. Kissinger
Stephen M. Kissinger, WY Bar No.5-2342
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: May 31, 2018

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served

electronically by the Court's CM/ECF service on May 31, 2018, on all counsel or

parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America