UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

          Movant

v.

UNITED STATES OF AMERICA,

          Respondent

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY
TO THE RESPONSE TO SANCHEZ'S AMENDED MOTION TO VACATE,
SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255
AND INCORPORATED MEMORANDUM OF LAW**

Movant Ricardo Sanchez, through undersigned counsel, respectfully requests that this Court continue the deadline set out in the Second Revised Scheduling Order entered on May 8, 2018, ECF No. [98], and grant him a 91-day extension of time within which to file a reply to the Response to his Amended § 2255 Motion.[1] On May 21, 2018, the Government filed a response to Sanchez's Amended § 2255 Motion. ECF No. [102] (hereinafter "Response"). Sanchez's reply is due on June 25, 2018. For the following reasons, counsel will require more than 25 working days to prepare and file Sanchez's reply:

1.     The Government has been consulted about this motion and does not object to an extension of 91 days to file Sanchez's reply.

_____

[1] An extension of 91 days (as opposed to 90 days) is requested so that the due date falls not on a Sunday but on a Monday.

2.      The 273-page Response to Sanchez's thirteen claims of constitutional violations appears to raise a number of procedural, legal, and factual issues—some of which may be novel within the Circuit—which will be addressed in Sanchez's reply. The volume of content involved in this task alone will require additional time. Sanchez's reply to the arguments set forth in the Response is further complicated by the nature of the Response: (a) it lacks a table of contents, (b) it rephrases, pulls apart, separates, and groups Sanchez's claims; and, (c) it uses an outlining format that is inconsistent and out of numeric and/or alphabetical order. Such presentation of Respondent's arguments causes difficulty in determining whether, where and how Sanchez's claims are addressed and consumes time otherwise used for writing the reply.[2]

3.      When counsel received the Response on May 21, 2018, they were primarily engaged in preparation of a reply to Respondent's opposition to Sanchez's discovery motion. That pleading was filed on May 31, 2018. With respect to counsel's additional current case commitments, counsel previously advised the Court of complex stay litigation that is being pursued on behalf of a client with a December execution date. That litigation is currently in the discovery deposition

---

[2] For example, page three of the Response purports to enumerate the claims in Sanchez's Amended § 2255 Motion but it has rephrased and reorganized the thirteen claims into three substantive headings (with subheadings) consisting of a *Strickland* claim, "other constitutional violations," and a cumulative error claim. ECF No. [102] at 3. The Response characterizes the substantive headings as a "Liberal[]" construction of the § 2255 Motion. *Id.* Instead, Sanchez's thirteen claims appear to have been misconstrued or misrepresented and time must be committed to make clear the important issues presented for the Court's consideration.

stage and requires counsel Kissinger's presence outside of the office for 14 of 21 working days in June. An evidentiary hearing is scheduled for July 9-18th. For all practical purposes, he is unavailable to address the Response in this case until July 19th.

4.      Counsel Chavis, who is providing supporting work for the stay litigation, was out of the office May 28, 2018 – June 1, 2018. Her time since then has necessarily been divided between the stay litigation, preparation of an appellate brief on behalf of another capital client, and Sanchez's reply. Chavis has been working to meet the current deadline but will be unable to adequately prepare and complete the reply on her own for the reasons stated above, and because the § 2255 claims were divided among counsel and the reply regarding certain fact-intensive claims requires input from co-counsel who has been unavailable.

5.      Two days ago, the Court entered an order denying Sanchez's request for discovery. ECF No. [108]. In particular, the Court noted: "To be sure, certain discovery could be appropriate and demonstrate an entitlement to relief based on the factual allegations in claims asserted [in Sanchez's amended §2255 motion]." *Id.* at 3. The Court, however, found the discovery motion had failed to demonstrate how the information sought will aid in the prosecution of those claims. *Id.* at 9. Sanchez does not shy from that burden but it will also draw from counsel's resources and time. *See generally* ECF No. [108] at 14 (noting the steps which must be taken to demonstrate how discovery will aid in the prosecution of Sanchez's claims).

6.      Importantly, in light of constructive comments contained in the Court's recent order, undersigned counsel will be conducting a close review of the pleadings in this case. Counsel will also carefully examine the reply and endeavor to draft it in a manner that provides more focus, specificity and clarity with respect to the claims pled and the relief requested. For all of these reasons, more time is needed to draft and complete a reply that adequately addresses the issues and aids the Court in its decision-making.

WHEREFORE, Sanchez respectfully requests a 91-day extension of time to file a reply to the Response to the Amended § 2255 Motion ECF No. [102], up to and including Monday, September 24, 2018.

Respectfully submitted,

s/Stephen M. Kissinger
Stephen M. Kissinger, WY Bar No.5-2342
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: June 15, 2018

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on June 15, 2018, on all counsel or parties of record on the Service List below.

<u>s/Stephen M. Kissinger</u>
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America