UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

      Movant

v.

UNITED STATES OF AMERICA,

      Respondent

_____/

**ORDER CONTINUING DATE TO FILE MOVANT'S REPLY
TO GOVERNMENT'S RESPONSE TO SANCHEZ'S
AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255**

THIS CAUSE is before the Court upon Movant Sanchez's unopposed motion to continue for 91 days the time for filing his reply to the Government Response to Sanchez's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. ECF No. [102]. Movant, having shown extenuating circumstances, it is ORDERED AND ADJUDGED that on or before September 24, 2018, the Movant shall file his reply to the Government Response to Sanchez's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. ECF No. [102].

      **DONE AND ORDERED** in Chambers at Miami, Florida on the _____ day of

_____, 2018.

                                   _____

                                   BETH BLOOM
                                   UNITED STATES DISTRICT JUDGE