UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

       Movant

v.

UNITED STATES OF AMERICA,

       Respondent

_____/

## **ORDER**

THIS CAUSE is before the Court upon Movant's Second Motion for Extension of Time to File a Reply to the Response to Sanchez's Amended §2255 Motion and Incorporated Memorandum of Law. Movant, having shown extenuating circumstances, it is ORDERED AND ADJUDGED that:

1. To extend the deadline for filing Sanchez's reply to the Government's Response to Sanchez's Amended § 2255 Motion. ECF No. [102] until the conclusion of FOIA litigation currently proceeding *sub nom Kowal v. Department of Justice and Drug Enforcement Agency*, Civil Action No. 1:18-cv-938-TJK, United States District Court, District of Columbia, and to thereafter set a new date for Sanchez's reply; and,

2. To direct Sanchez to report to the Court every sixty (60) days of the status of such proceedings and to immediately inform the Court of the conclusion of such proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida on the _____ day of

_____, 2018.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE