**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80693-Civ-BLOOM**


RICARDO SANCHEZ, Jr.,
                    Movant


v.


UNITED STATES OF AMERICA,
                    Respondent
_____/


**ORDER ON SECOND MOTION FOR EXTENSION OF TIME TO FILE A REPLY**

THIS CAUSE is before the Court upon the Movant's Second Motion for Extension of Time to File a Reply to the Response to Sanchez's Amended § 2255 Motion and Incorporated Memorandum of Law ("Second Extension Motion").  ECF No. [111]. The Movant is in the custody of the United States Bureau of Prisons after having been sentenced to death for the October 13, 2006, murders of two young children: Luis Damian Escobedo (three years old) and Luis Julian Escobedo (four years old). (Case No. 06-CR-80171 (Hurley, J), ECF No. [796]). The Movant was also sentenced to life imprisonment for the murder of the children's parents, Jose Luis Escobedo and his wife Yessica Escobedo.  The Movant was jointly tried, along with three co-defendants, as part of a multi-defendant indictment.  One of those co-defendants was Daniel A. Troya.  Mr. Troya, like the Movant, was sentenced to die for the murders of the Escobedo children.  Mr. Troya's § 2255 Amended Motion and Incorporated Memorandum of Law is also pending before the undersigned. *See* Case No. 16-CV-80700 (Bloom, J).

Five years ago, both the Movant and Mr. Troya's convictions and death sentences were affirmed on direct appeal. *United States v. Troya*, 733 F.3d 1125 (11th Cir. 2013).  The United States Supreme Court has denied a writ of certiorari.  *Sanchez v. United States*, 135 S.Ct. 2048

(2015).  On May 3, 2016, the Movant filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion"). ECF No. [1]. On May 4, 2016, the Movant sought leave to file a "corrected" motion because the original Motion was filed without a verification. ECF No. [6]. The Court, citing Fed. R. Civ. P. 15(a), granted the Movant leave to file an amended motion.  ECF No. [9].  On May 26, 2016, the Movant filed an Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("First Amended § 2255 Motion")  ECF No. [16-1].  On May 21, 2018, the Government filed its Response to Sanchez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Government's Response"). ECF No. [102].  The Movant's reply is due September 24, 2018.  ECF No. [110]. This impending deadline is the subject of the Second Extension Motion.

The Second Extension Motion raises several issues.  First, the Movant previously made FOIA requests to several agencies to which the Movant "received either blanket denials or were unanswered by government agencies."  ECF No. [111] at 4.  Second, the Movant has moved to intervene in an existing FOIA lawsuit filed by Mr. Troya, *Kowal v. United States Department of Justice & United States Drug Enforcement Administration*, (1:18-cv-938, D.D.C. 2018) ("the FOIA litigation").  Third, the Movant recently discovered that the Government had produced documents to Mr. Troya when a similar request made by the Movant was rejected.  Fourth, the Movant intends to file an amended discovery motion with the Court to address prior deficiencies. Finally, the Movant and the Government agree that it is in the interests of justice to bring "Sanchez's and Troya's respective pending §2255 motions into a similar procedural posture." *Id*. at [1].  Having considered the arguments, the Court finds good cause to coordinate the Movant's case with Mr. Troya's case for scheduling purposes.

**IT IS ORDERED AND ADJUDGED** that

1. The Movant, Ricardo Sanchez, Jr.'s Second Motion for Extension of Time to File a Reply to the Response to Sanchez's Amended § 2255 Motion and Incorporated Memorandum of Law, **ECF No. [111]**, is **GRANTED**.

2. The deadline to file the Movant's Reply is extended. At the conclusion of the Movant's participation in the FOIA litigation, the Movant shall immediately notify the Court. The Movant must also notify the Court if he pursues his own independent FOIA litigation. Within thirty (30) days of the conclusion of the FOIA litigation, the Movant shall make a determination as to whether he will seek leave to amend his First Amended § 2255 Motion, ECF No. [16-1] and notify the Court of his decision.[1] Should the Movant seek leave to amend, a Reply to the Government's Response, ECF No. [102], is deemed unnecessary.[2] Following the Movant's submission regarding his intent to amend, the Court will set new deadlines. In the interim, the Movant shall provide the Court with a status report of the FOIA litigation every sixty (60) days. **The first status report is due on November 21, 2018.**

3. At this time, the Court will not entertain renewed motions for discovery. Following the conclusion of the FOIA litigation, the Court may set a new deadline to file motions seeking additional discovery.

---

[1] A substantive amendment is not required. The Court requests this notification in order to issue a revised scheduling order that will provide a future due date for any amended motions.

[2] If the Court were to deny leave to amend, the Movant will have sixty (60) days from the date of the denial to file his reply to the Government's Response. If the Movant determines that an amendment to his First Amended § 2255 Motion is not required, he will have sixty (60) days from his notification to the Court to file his reply to the Government's Response.

**CASE NO. 16-80693-Civ-BLOOM**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record