UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

COMES NOW Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report on his motion to intervene in *Kowal v. DEA, et al.*, (1:18-CV-938, D.D.C. 2018):

On November 9, 2018, the parties filed a Joint Status Report in which they notified the court that Plaintiff Kowal provided Defendants with a release authorization from Ricardo Sanchez, Jr., and Defendants have agreed to process the FOIA request for documents related to Mr. Sanchez.

On November 13, 2018, the District Court for the District of Columbia dismissed *without prejudice* the motion to intervene and indicated additional information should accompany any renewed motion to intervene.

A renewed motion to intervene will be filed before the next status report is due in this Court so that Sanchez receives full disclosure of documents related to

him and, on par with co-defendant Troya, documents that have not been—but should be—disclosed under FOIA.

Movant Sanchez's next status report will be filed with this Court on Tuesday, January 22, 2019.[1]

Respectfully submitted,

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: November 21, 2018

---

[1] Sixty days from November 21, 2018, falls on Sunday, January 20, 2019, and Monday, January 21, 2019, is a legal holiday, therefore, pursuant to Rule 6(a)(1)(C) of the Federal Rules of Civil Procedure, the Status Report must be filed by the "end of the next day that is not a Saturday, Sunday, or legal holiday."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on November 21, 2018, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America