Case 9:16-cv-80693-BB   Document 114-2   Entered on FLSD Docket 01/09/2019   Page 1 of 1

# Appeal Confirmation

## Original Request Information

| | |
|---|---|
| **Tracking Number** | 18-00532-P |
| **Requester Name** | Michael Chavis |
| **Submitted Date** | 08/09/2018 |
| **Request Status** | Closed |
| **Request Track** | |

## Appeal Information

| | |
|---|---|
| **Appeal Number** | DOJ-AP-2019-001720 |
| **Requester Name** | Ms. Dana H Chavis |
| **Date Appealed** | 01/08/2019 |
| **Basis for Appeal** | On January 4, 2019, requestor received a letter dated December 18, 2018 and 107 redacted pages. The letter says 225 pages were withheld. This is an appeal of the withholding of 225 pages and the excessive redaction of 107 pages based on exemptions § 522(b)(6), (b)(7)(C), (b)(7)(E), (b)(7)(F) and § 522a(j)(2). There is no "substantial" privacy interest or "'clearly' unwarranted invasion of personal privacy" due to the passage of time and information is already in the public domain. Given the passage of time information regarding phone usage— including phone numbers, names and addresses, as well as phone contacts, text messages, voice messages, phone call dates and phone call times—should not be redacted. Furthermore, the information was in Ricardo Sanchez's possession and therefore was known to him and not private or privileged. The categorical exemption of identities and categorical denial of records containing third-party information is improper and unjustified. Names of the codefendants (Daniel Troya, Danny Varela, Juan Gutierrez, Liana Lee Lopez and Kevin Vetere), victims and testifying witnesses are public record. The codefendants were charged and convicted of crimes in relation to the subject matter sought. There was nationwide media coverage of them and the crime. The requestor reasonably believes codefendant and testifying witness Kevin Vetere is deceased and the agency did not make a reasonable effort to ascertain life status. Exhibit numbers, exhibit descriptions, evidence and property seized is already in the public domain and have been improperly withheld and/or redacted. Reports of investigation about trial proceedings, likewise, contain information in the public domain and have been improperly withheld and/or redacted. Disclosure of the requested records and removal of redaction from the records released cannot reasonably be expected to risk efforts to enforce the law or risk circumvention of the law or endanger the life or safety of others. |

Attachment B