U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. (b)(7)(E) | 4. G-DEP Identifier (b)(7)(E) |
|---|---|---|---|---|

5. By TFO (b)(6);(b)(7)(C);(b)(7)(F)
At West Palm Beach RO

6. File Title (b)(6);(b)(7)(C)

7. ☐ Closed ☐ Requested Action Completed
☐ Action Requested By:

8. Date Prepared
01-11-2007

9. Other Officers. Agent (b)(6);(b)(7)(C);(b)(7)(F)

(b)(6);(b)(7)(C)

## DETAILS

1. Reference is made to a DEA Form-6 dated November 20, 2006, by TFO (b)(6);(b)(7)(C);(b)(7)(F) titled "Arrest of (b)(6);(b)(7)(C) Ricardo SANCHEZ, (b)(6);(b)(7)(C) on 10-26-2006 / Acquisition of Exhibits N-186, (b)(6);(b)(7)(C)

(b)(6);(b)(7)(C);(b)(7)(F)

| 11. Distribution: Division MFD | 12. Signature (Agent) (b)(6);(b)(7)(C);(b)(7)(F) TFO | 13. Date 1-15-07 |
|---|---|---|
| District | 14. Approved (Name and Title) (b)(6);(b)(7)(C);(b)(7)(F) | 15. Date 1/16/2007 |
| Other   SARI | | |

DEA Form   - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used

Page 128

Attachment C

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. (b)(7)(E) | 2. G-DEP Identifier (b)(7)(E) |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title (b)(6);(b)(7)(C) | |
| 4 Page 2 of 4 | | |
| 5 Program Code | 6. Date Prepared 01-11-2007 | |

5. The following data was retrieved from the phone's Contact list, Missed, Received, and Dialed Call lists.

Contacts



Chico (b)(6);(b)(7)(C) 561-633-2297 (Found on SANCHEZ' person)



(b)(6);(b)(7)(C)    561-577-8045 (Found on SANCHEZ' person)

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment C

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| | 3. File Title | |

4
Page  3  of  4

| 5. Program Code | 6. Date Prepared |
|---|---|
| | 01-11-2007 |



Missed Calls



- 10-25-06          7:05 pm    561-577-8045   (b)(6);(b)(7)(C

Received Calls



- 10-25-06          7:20 pm    561-577-8045   (b)(6);(b)(7)(C)

DEA Form    - 6a
(Jul 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment C

U.S. Department of Justice
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** <br> *(Continuation)* | 1. File No. (b)(7)(E)　　2. G-DEP Identifier (b)(7)(E) <br> 3. File Title (b)(6);(b)(7)(C) |

4.
Page  4  of  4

5 Program Code

6. Date Prepared
01-11-2007

<u>Dialed Calls</u>

(b)(6);(b)(7)(C)

- 10-25-06          6:53 pm    561-633-2297

<u>INDEXING</u>

(b)(6);(b)(7)(C)

(b)(7)(E)

4. SANCHEZ, Ricardo                NADDIS: (b)(7)(E)

(b)(6);(b)(7)(C)

(b)(7)(E)

DEA Form       - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment C