U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code | 2. Cross File | Related Files | 3. File No. (b)(7)(E) | 4. G-DEP Identifier (b)(7)(E) |
|---|---|---|---|---|
| 5. By: TFO (b)(6);(b)(7)(C);(b)(7)(F) At: West Palm Beach RO | | | 6. File Title (b)(6);(b)(7)(C) | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 01-11-2007 | |

9. Other Officers: Agent (b)(6);(b)(7)(C);(b)(7)(F)

10. Report Re: Search Warrant of Samsung Cellular Telephone, model: SCH-A850, ESN: 02802945678 (DEA Ex. N-186).

## DETAILS

1. Reference is made to a DEA Form-6 dated November 20, 2006, by TFO (b)(6);(b)(7)(C);(b)(7)(F) titled "Arrest of (b)(6);(b)(7)(C) Ricardo SANCHEZ, (b)(6);(b)(7)(C) on 10-26-2006 / Acquisition of Exhibits N-186, (b)(6);(b)(7)(C)

2. On January 4, 2007, at 4:08 pm, United States Magistrate Judge James M. Hopkins, in Palm Beach County, in the Southern District of Florida, signed a Search Warrant for a Samsung cellular telephone, model: SCH-A850, ESN: 02802945678, previously referred to as Exhibit N-186. This cellular telephone was seized from Ricardo SANCHEZ when he was arrested by the Drug Enforcement Administration (DEA) West Palm Beach Resident Office (WPBRO) on October 26, 2006. (b)(6);(b)(7)(C);(b)(7)(F)

3. On January 11, 2007, at approximately 3:35 pm, TFO [ ] and West Palm Beach Police Department Agent (b)(6);(b)(7)(C);(b)(7)(F) executed the search warrant on the Samsung cellular telephone. In examining the contents of the phone Agents recovered the following data.

4. In the contacts section, "My Phone Number" was listed as 561-633-2297. The phone contained approximately one incoming text message that did not appear to have of any evidentiary value.

5. The Samsung cellular telephone was found to have camera capabilities. Agents found the phone to contain approximately 12 pictures of which none of them appeared to have any evidentiary value.

| 11. Distribution: Division MFD | 12. Signature (Agent) (b)(6);(b)(7)(C);(b)(7)(F) TFO | 13. Date 1-15-07 |
|---|---|---|
| District | 14. (b)(6);(b)(7)(C);(b)(7)(F) | 15. Date 1/16/2007 |
| Other SARI | | |

DEA Form - 6
(Jul. 1996)

~~DEA SENSITIVE~~
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Page 123

Attachment D

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br><br>*(Continuation)* | 1. File No.<br>(b)(7)(E) | 2. G-DEP Identifier<br>(b)(7)(E) |
|---|---|---|
| | 3. File Title (b)(6);(b)(7)(C) | |
| 4.<br>Page  2  of  5 | | |
| 5. Program Code | 6. Date Prepared<br>01-11-2007 | |

6. The following data was retrieved from the phone's Contact list,
Outgoing, Incoming, and Missed Calls lists.

Contacts



(b)(6);(b)(7)(C)

| (b)(6);(b)(7)(C) | 561-577-8045 (Seized from SANCHEZ' person) |
|---|---|

(b)(6);(b)(7)(C)

Voicemail        561-633-2297

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment D

U.S. Department of Justice
Drug Enforcement Administration

| | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title | |
| 4 Page  3  of  5 | | |
| 5 Program Code | 6 Date Prepared 01-11-2007 | |

Outgoing Calls



- 10-23-06         4:59 pm     561-577-8045 (b)(6);(b)(7)(C)

- 10-23-06         2:58 pm     561-633-2297 "Voicemail"

- 10-23-06         3:16 am     561-633-2297 "Voicemail"

- 10-23-06         1:51 am     561-633-2297 "Voicemail"

- 10-22-06         4:11 pm     561-633-2297 "Voicemail"

Incoming Calls



- 10-23-06         2:55 pm     561-577-8045 (b)(6);(b)(7)(C)

- 10-22-06         9:12 pm     561-577-8045 (b)(6);(b)(7)(C)

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment D

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. (b)(7)(E) | 2. G-DEP Identifier (b)(7)(E) |
|---|---|---|
| | 3. File Title (b)(6);(b)(7)(C) | |
| 4. Page  4  of  5 | | |
| 5 Program Code | 6. Date Prepared 01-11-2007 | |



- 10-22-06      8:14 pm      561-577-8045 (b)(6);(b)(7)(C)

Missed Calls

- 10-22-06      11:00 pm      561-577-8045 (b)(6);(b)(7)(C)

<u>INDEXING</u>

(b)(6);(b)(7)(C)

2. SANCHEZ, Ricardo

(b)(6);(b)(7)(C)

(b)(7)(E)

NADDIS: (b)(7)(E)

(b)(7)(E)

DEA Form   -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Attachment D