UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

                 Movant

v.

UNITED STATES OF AMERICA,

                 Respondent

_____/

## STATUS REPORT

COMES NOW Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Movant Sanchez has filed a lawsuit under the Freedom of Information Act against the United States Department of Justice and the Federal Bureau of Investigation in the United States District Court for the District of Columbia. *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-UNA.

Movant Sanchez has also filed a lawsuit under the Freedom of Information Act against the United States Department of Justice and the Bureau of Alcohol, Tobacco and Firearms in the United States District Court for the District of Columbia. *Chavis v. USDOJ, et al.*, No. 1:19-cv-332-UNA.

The next status report will be filed with this Court on or before April 12, 2019.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999


Attorneys for Movant Ricardo Sanchez, Jr.

Dated: February 11, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on February 11, 2019, on all counsel or parties of record on the Service List below.

<u>s/Stephen M. Kissinger</u>
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America