UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

          Movant

v.

UNITED STATES OF AMERICA,

          Respondent

                               /

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Federal agencies have withheld and/or redacted documents pertaining to the investigation, arrest, indictment, conviction, sentencing and incarceration of Mr. Sanchez and co-defendant Daniel Troya (as well as other co-defendants) in the criminal case that is the subject of Sanchez's pending §2255 motion. Both Sanchez and Troya are litigating the denial and/or redactions of records responsive to their respective Freedom of Information Act and Privacy Act requests ("FOIA lawsuits"). The records at issue are relevant to several claims in Sanchez's amended §2255 motion.[1] *See* ECF No. [111] at 1-4 (explaining Sanchez's FOIA requests and Troya's FOIA lawsuit). The records, therefore, are needed for Sanchez to reply to the Government's response to his amended §2255 motion. *Id.*

---

[1] *See, e.g.*, ECF No. [80] at 11, 49, 255, 94, 112, 146, Claim I (juror misconduct); Claims III & VIII(F) (intellectual disability and counsel's failure to present evidence of the same); Claim IV (incompetence to stand trial); Claim VI (*Brady* claims); Claim VII (counsel's failure to adequately investigate and challenge the criminal investigation and the government's evidence of guilt).

Sanchez has filed FOIA lawsuits seeking documents from the United States Department of Justice, the Federal Bureau of Investigation, and the Bureau of Alcohol, Tobacco and Firearms in the United States District Court for the District of Columbia.[2] ECF No. [115] (citing *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-[CRC]; *Chavis v. USDOJ, et al.*, No. 1:19-cv-332-[JDB]). The records sought are relevant to the investigation and trial of the case before this Court.

Co-defendant Daniel Troya has filed a FOIA lawsuit for disclosure of documents from the Drug Enforcement Agency (DEA) and Department of Justice that are relevant to the investigation and trial of this case.[3] *See Kowal v. Department of Justice and Drug Enforcement Agency*, Civil Action No. 1:18-cv-938-TJK, United States District Court, District of Columbia; *see also Troya v. United States*, No. 16-80700-civ-Bloom, ECF No. [141] (Troya's unopposed request for extension of time pending the outcome of FOIA/PA litigation setting forth the nature of Troya's FOIA lawsuit). The DEA has agreed to process Troya's request for documents related to Sanchez. ECF No. [113] at 1.

Currently, the three FOIA lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. In addition, Sanchez's administrative appeal of the DEA's determination of his FOIA request is pending. *See* ECF No. [114] at 2-3 (describing the nature of the appeal).

The next status report will be filed with this Court on or before June 11, 2019.

---

[2] Sanchez's investigator, Michael R. Chavis, is the named plaintiff in the lawsuits since he requested the records on Sanchez's behalf. For ease of reference, the FOIA litigation is referred to as "Sanchez's" FOIA lawsuits.

[3] For ease of reference, this status report denotes the case as "Troya's" FOIA lawsuit although the named plaintiff is Troya's paralegal who requested records on Troya's behalf.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: April 12, 2019

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on April 12, 2019, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America