UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80693-CV-BLOOM

RICARDO SANCHEZ, Jr.,
                    Movant

v.

UNITED STATES OF AMERICA,
                    Respondent
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court upon a *sua sponte* review of the record. The Movant is in the custody of the United States Bureau of Prisons after having been sentenced to death for the October 13, 2006 murders of two young children: Luis Damian Escobedo (three years old) and Luis Julian Escobedo (four years old). (Case No. 06-CR-80171 (Hurley, J), ECF No. [796]). The Movant was also sentenced to life imprisonment for the murder of the children's parents, Jose Luis Escobedo and his wife Yessica Escobedo.  The Movant was jointly tried, along with three co-defendants, as part of a multi-defendant indictment.  One of those co-defendants was Daniel A. Troya.  Mr. Troya, like the Movant, was sentenced to death for the murders of the Escobedo children.  Mr. Troya's § 2255 Amended Motion and Incorporated Memorandum of Law is also pending before the undersigned. *See* Case No. 16-CV-80700 (Bloom, J).

Five years ago, both the Movant and Mr. Troya's convictions and death sentences were affirmed on direct appeal. *United States v. Troya*, 733 F.3d 1125 (11th Cir. 2013).  The United States Supreme Court denied a writ of certiorari.  *Sanchez v. United States*, 135 S.Ct. 2048 (2015). On May 3, 2016, the Movant filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to

28 U.S.C. § 2255 ("§ 2255 Motion"). ECF No. [1]. On May 4, 2016, the Movant sought leave to file a "corrected" motion because the original Motion was filed without a verification. ECF No. [6]. The Court, citing Fed. R. Civ. P. 15(a), granted the Movant leave to file an amended motion. ECF No. [9]. On May 26, 2016, the Movant filed an Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("First Amended § 2255 Motion"). ECF No. [16-1]. On May 21, 2018, the Government filed its Response to Sanchez's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Government's Response"). ECF No. [102]. The Movant's reply was due September 24, 2018. ECF No. [110].

However, the Movant had previously made FOIA requests to several agencies to which the Movant "received either blanket denials or were unanswered by government agencies." ECF No. [111] at 4. The Movant thereafter moved to intervene in an existing FOIA lawsuit filed by Mr. Troya, *Kowal v. United States Department of Justice & United States Drug Enforcement Administration*, (1:18-cv-938, D.D.C. 2018) ("the FOIA litigation"). The Court found good cause to coordinate the Movant's case with Mr. Troya's case for scheduling purposes and stayed the time to file his reply. ECF No. [112]. The Movant was ordered to notify the Court at the conclusion of his participation of the FOIA litigation and required him to file a status report with the Court every 60 days. *Id.*

Ten months have passed since the Court's initial order extending the deadline to file his reply. According to his most recent status report, the Movant continues his FOIA litigation in the District Court for the District of Columbia. *See* ECF No. [117].

**IT IS ORDERED AND ADJUDGED** that

1. The deadline to file the Movant's reply remains extended.  At the conclusion of the Movant's participation in the FOIA litigation, the Movant shall immediately notify the Court.

2. The case is **STAYED** pending resolution of the FOIA litigation in the District Court of the District of Columbia.  In the interim, the Movant shall continue to provide the Court with a status report every sixty (60) days.

3. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes.  This case may be reopened upon the motion of either party.

   **DONE AND ORDERED** in Chambers at Miami, Florida, on July 18th, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record