UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-CRC (Sanchez v. FBI); *Chavis v. USDOJ, et al.*, No. 1:19-cv-332-JDB (Sanchez v. ATF); *Kowal v. USDOJ and DEA*, No. 1:18-cv-938-TJK (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-02798-TJK (Troya v. ATF, FBI, DEA).[1]

In *Chavis v. USDOJ, et al.*, No. 1:19-cv-332-JDB (Sanchez v. ATF), the ATF has processed 594 pages of responsive material, released 14 pages in full, withheld 475 pages in full, and released 94 pages in part. There were 11 pages of duplicative material. *See* Attachment 1, July 25, 2019 correspondence from ATFE. Disputes remain over information withheld by the ATF.

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

In *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-CRC (Sanchez v. FBI), the FBI has processed 232 pages of responsive material, released in full or in part 111 pages, and withheld 121 pages. Documents related to another agency were located, and the FBI is consulting with that agency. *See* Attachment 2, August 2, 2019 correspondence from FBI.

Sanchez's administrative appeal of the DEA's determination of his FOIA request is pending. *See* Attachment 3, DOJ-AP-00172 Appeal Details.

The next status report will be filed with this Court on or before October 11, 2019.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis,
FL Bar No. 104752, TN Bar No. 019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: August 12, 2019

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on August 12, 2019, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America