# ATTACHMENT 1

July 25, 2019 correspondence from ATFE

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

www.atf.gov

July 25, 2019                                          REFER TO:  2019-0862

Mr. Michael Chavis
800 South Gay Street, Suite 2400
Knoxville, TN 37929-9714

Dear Mr. Chavis:

This responds to your Freedom of Information Act (FOIA) request dated September 11, 2018, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the same day, in which you requested information regarding Ricardo Sanchez, Jr.  We apologize for the delay in our response as we are currently working through a backlog of FOIA requests.

In response to your request, we have processed a total of 594 pages of responsive material.  We are releasing 14 page in full, we are withhold 475 pages in full, and we are releasing 94 pages in part. There was 11 pages of duplicative material.  Each page of this production indicates whether it is being released in full (RIF), or released in part (RIP).  Individual redactions identify the exemption pursuant to which the redacted material has been withheld.  If pages were withheld in their entirety, a deletion sheet is included noting the reason for the withholding.

We are withholding third party information, including the names of ATF employees, under FOIA Exemption (b)(6).  To disclose personal information about a living individual to a member of the public, we need the written consent from the persons whose information you requested.  Without written consent, proof of death, or an overriding public interest, personal information is exempt from disclosure under the FOIA.  The FOIA does not require agencies to disclose information that would be a clearly unwarranted invasion of personal privacy (5 U.S.C. § 552(b)(6)).

We are also withholding third party information, including the names and personal information of ATF employees and other individuals mentioned in the records you requested, under Exemption (b)(7)(C).  Exemption (b)(7)(C) permits the withholding of information compiled for law enforcement purposes that "could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The public interest in disclosure is limited to the FOIA's core purpose of shedding light on an agency's performance of its statutory duties.  The public interest under Exemption (b)(7)(C) must be both significant and compelling in order to overcome the legitimate personal privacy interests of a

**Attachment 1**

-2-

Mr. Michael Chavis

third party. In this matter, the disclosure would not serve the core purpose of the FOIA, but rather, would serve as an unwarranted invasion of personal privacy (5 U.S.C. § 552(b)(7)(C)).

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaisons, Darryl Webb or Zina Kornegay, at (202) 648-7372, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Adam C. Siple
Chief, Disclosure Division

Enclosure

**Attachment 1**