# ATTACHMENT 2

August 2, 2019 correspondence from FBI



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 2, 2019

MICHAEL CHAVIS
FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.
SUITE 2400
800 S. GAY STREET
KNOXVILLE, TN 37929

> *Michael Chavis v. DOJ, et. al.;*
> Civil Action No. 19-cv-00170-CRC
> FOIPA Request No.: 1413680, 1416610, 1417523
> Subject: Ricardo Sanchez

Dear Mr. Chavis:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a.  Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure.  The appropriate exemptions are noted on the processed pages next to redacted information.   In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions.   An Explanation of Exemptions is enclosed to further explain justification for withheld information.

|  | **Section 552** |  | **Section 552a** |
|---|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| 18 U.S.C., 2510 | ☑ (b)(7)(D) | ☐ (k)(2) |
|  | ☑ (b)(7)(E) | ☐ (k)(3) |
|  | ☑ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☑ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) |  | ☐ (k)(7) |

232 pages were reviewed and 111 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☑  Documents were located which originated with, or contained information concerning, other Government Agency [OGA].

   ☐  This information has been referred to the OGA(s) for review and direct response to you.
   ☑  We are consulting with another agency.   The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request.   **"Part 1"** of the Addendum includes standard responses that apply to all requests.   **"Part 2"** includes additional standard responses that apply to all requests for records on individuals.   **"Part 3"** includes general information about FBI records that you may find useful.   Also enclosed is our Explanation of Exemptions.

**Attachment 2**

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑   See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosure(s)

The enclosed CD of processed documents represent the first interim release of information responsive to your Freedom of Information/Privacy Acts (FOIPA) request, relating to Bates Stamp Material 19-cv-170-1 through 19-cv-170-232.

This material is being provided to you at no charge.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents are from a multiple subject investigation.   The only portions processed for your request were those documents which contained information concerning subjects for which you provided Privacy Act waivers. Documents were not considered for processing if no information about these specific subjects was in the body of the document itself.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

**Attachment 2**