UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

               Movant

v.

UNITED STATES OF AMERICA,

               Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-CRC (Sanchez v. FBI); *Chavis v. USDOJ, et al.*, No. 1:19-cv-332-JDB (Sanchez v. ATF); *Kowal v. USDOJ and DEA*, No. 1:18-cv-938-TJK (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-02798-TJK (Troya v. ATF, FBI, DEA).[1]

In *Chavis v. USDOJ, et al.*, No. 1:19-cv-332-JDB (Sanchez v. ATF), the ATF has processed 594 pages of responsive material, released 14 pages in full, released 94 pages in part, and withheld 475 pages in full. There were 11 pages of duplicative material. *See* Attachment 1, July 25, 2019 correspondence from ATF. Disputes remain over information withheld by the ATF.

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

In *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-CRC (Sanchez v. FBI), the FBI responded on August 2, 2019, that it had reviewed 232 pages of responsive material. The FBI released 111 pages in full or in part. The FBI indicated seven pages were duplicates. A total of 117 pages were not disclosed: 21 pages were withheld under exemption (b)(5), and 96 pages were referred to another agency.[2] *See* Attachment 2, August 2, 2019 correspondence from FBI. On August 30, 2019, the FBI released 42 pages in full or in part, six pages of those previously referred to another agency were withheld based on multiple exemptions asserted by the Organized Crime Drug Enforcement Task Force (OCDEFT) and/or the DEA, and an additional 79 pages were referred to the DEA for their direct response. *See* Attachment 3, August 30, 2019 correspondence from FBI. By letter dated August 29, 2019, the DEA addressed the 79 pages referred to it by the FBI and withheld them in full. *See* Attachment 4, August 29, 2019 correspondence from DEA. Disputes remain over information withheld by the FBI and the DEA.

Sanchez's administrative appeal of the DEA's determination of his FOIA request is pending. *See* Attachment 5, DOJ-AP-001720 Appeal Details.

The next status report will be filed with this Court on or before December 10, 2019.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

---

[2] As of August 2, 2019, the number of pages identified is 235 pages.

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis,
FL Bar No. 104752, TN Bar No. 019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: October 11, 2019

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by

the Court's CM/ECF service on October 11, 2019, on all counsel or parties of record on the

Service List below.

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America