# ATTACHMENT 2

August 2, 2019 correspondence from FBI

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 2, 2019

MICHAEL CHAVIS
FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.
SUITE 2400
800 S. GAY STREET
KNOXVILLE, TN 37929

*Michael Chavis v. DOJ, et. al.;*
Civil Action No. 19-cv-00170-CRC
FOIPA Request No.: 1413680, 1416610, 1417523
Subject: Ricardo Sanchez

Dear Mr. Chavis:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Below you will find checked boxes under applicable statutes for the exemptions asserted to protect information exempt from disclosure. The appropriate exemptions are noted on the processed pages next to redacted information. In addition, a deleted page information sheet was inserted to indicate where pages were withheld entirely pursuant to applicable exemptions. An Explanation of Exemptions is enclosed to further explain justification for withheld information.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☑ (j)(2) |
| ☑ (b)(3) | ☑ (b)(7)(C) | ☐ (k)(1) |
| 18 U.S.C., 2510 | ☑ (b)(7)(D) | ☐ (k)(2) |
| | ☑ (b)(7)(E) | ☐ (k)(3) |
| | ☑ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| ☑ (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☑ (b)(6) | | ☐ (k)(7) |

232 pages were reviewed and 111 pages are being released.

Please see the paragraphs below for relevant information specific to your request and the enclosed FBI FOIPA Addendum for standard responses applicable to all requests.

☑ Documents were located which originated with, or contained information concerning, other Government Agency [OGA].

    ☐ This information has been referred to the OGA(s) for review and direct response to you.
    ☑ We are consulting with another agency. The FBI will correspond with you regarding this information when the consultation is completed.

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records on individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

**Attachment 2**

Please direct any further inquiries about this case to the Attorney representing the Government in this matter.   Please use the FOIPA Request Number and/or Civil Action Number in all correspondence or inquiries concerning your request.

☑

See additional information which follows.

Sincerely,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Information Management Division

Enclosure(s)

The enclosed CD of processed documents represent the first interim release of information responsive to your Freedom of Information/Privacy Acts (FOIPA) request, relating to Bates Stamp Material 19-cv-170-1 through 19-cv-170-232.

This material is being provided to you at no charge.

To minimize costs to both you and the FBI, duplicate copies of the same document were not processed.

The enclosed documents are from a multiple subject investigation.   The only portions processed for your request were those documents which contained information concerning subjects for which you provided Privacy Act waivers. Documents were not considered for processing if no information about these specific subjects was in the body of the document itself.

The enclosed documents responsive to your request are exempt from disclosure in their entirety pursuant to the Privacy Act, Title 5, United States Code, Section 552(a), subsection (j)(2). However, these records have been processed pursuant to the Freedom of Information Act, Title 5, United States Code, Section 552, thereby affording you the greatest degree of access authorized by both laws.

**Attachment 2**

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum includes information applicable to your request.   Part 1 of the Addendum includes standard responses that apply to all requests.   Part 2 includes additional standard responses that apply to all requests for records on individuals.   Part 3 includes general information about FBI records.   For questions regarding Parts 1, 2, or 3, visit the www.fbi.gov/foia website under "Contact Us."   Previously mentioned appeal and dispute resolution services are also available at the web address.

**Part 1: The standard responses below apply to all requests:**

(i) **5 U.S.C. § 552(c).**   Congress excluded three categories of law enforcement and national security records from the requirements of the FOIA [5 U.S.C. § 552(c) (2006 & Supp. IV (2010)].   FBI responses are limited to those records subject to the requirements of the FOIA.   Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii) **National Security/Intelligence Records**.   The FBI can neither confirm nor deny the existence of national security and foreign intelligence records pursuant to FOIA exemptions (b)(1), (b)(3), and PA exemption (j)(2) as applicable to requests for records about individuals [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2); 50 U.S.C § 3024(i)(1)].   The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)].   This is a standard response and should not be read to indicate that national security or foreign intelligence records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i) **Requests for Records about any Individual—Watch Lists.**   The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)].   This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii) **Requests for Records for Incarcerated Individuals.**   The FBI can neither confirm nor deny the existence of records which could reasonably be expected to endanger the life or physical safety of any incarcerated individual pursuant to FOIA exemptions (b)(7)(E), (b)(7)(F), and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (b)(7)(F), and (j)(2)].   This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i) **Record Searches.** The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching those systems or locations where responsive records would reasonably be found.   A reasonable search normally consists of a search for main files in the Central Records System (CRS), an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled and maintained by the FBI in the course of fulfilling law enforcement, intelligence, and administrative functions.   The CRS spans the entire FBI organization and encompasses the records of FBI Headquarters (FBIHQ), FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide and includes Electronic Surveillance (ELSUR) records.   For additional information about our record searches visit www.fbi.gov/services/information-management/foipa/requesting-fbi-records.

(ii) **FBI Records.**   Founded in 1908, the FBI carries out a dual law enforcement and national security mission.   As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii) **Requests for Criminal History Records or Rap Sheets.**   The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheets.   These criminal history records are not the same as material in an investigative "FBI file."   An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service.   For a fee, individuals can request a copy of their Identity History Summary Check.   Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks. Additionally, requests can be submitted electronically at www.edo.cjis.gov.   For additional information, please contact CJIS directly at (304) 625-5590.

(iv) **The National Name Check Program (NNCP).**   The mission of NNCP is to analyze and report information in response to name check requests received from federal agencies, for the purpose of protecting the United States from foreign and domestic threats to national security.   Please be advised that this is a service provided to other federal agencies.   Private citizens cannot request a name check.

**Attachment 2**

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control,   or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

**Attachment 2**

**Attachment 2**

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 19-cv-00170-CRC

Total Deleted Page(s) = 6
Page 424 ~ Referral/Consult;
Page 425 ~ Referral/Consult;
Page 426 ~ Referral/Consult;
Page 427 ~ Referral/Consult;
Page 428 ~ Referral/Consult;
Page 431 ~ Referral/Consult;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 19-cv-00170-CRC

Total Deleted Page(s) = 105
Page 129 ~ Referral/Consult;
Page 130 ~ Referral/Consult;
Page 131 ~ Referral/Consult;
Page 132 ~ Referral/Consult;
Page 133 ~ Referral/Consult;
Page 134 ~ Referral/Consult;
Page 135 ~ Referral/Consult;
Page 136 ~ Referral/Consult;
Page 137 ~ Referral/Consult;
Page 138 ~ Referral/Consult;
Page 139 ~ Referral/Consult;
Page 140 ~ Referral/Consult;
Page 141 ~ Referral/Consult;
Page 142 ~ Referral/Consult;
Page 143 ~ Referral/Consult;
Page 144 ~ Referral/Consult;
Page 145 ~ Referral/Consult;
Page 146 ~ Referral/Consult;
Page 147 ~ Referral/Consult;
Page 148 ~ Referral/Consult;
Page 149 ~ Referral/Consult;
Page 150 ~ Referral/Consult;
Page 151 ~ Referral/Consult;
Page 152 ~ Referral/Consult;
Page 153 ~ Referral/Consult;
Page 154 ~ Referral/Consult;
Page 155 ~ Referral/Consult;
Page 156 ~ Referral/Consult;
Page 157 ~ Referral/Consult;
Page 158 ~ Referral/Consult;
Page 159 ~ Referral/Consult;
Page 160 ~ Referral/Consult;
Page 161 ~ Referral/Consult;
Page 162 ~ Referral/Consult;
Page 163 ~ Referral/Consult;
Page 164 ~ Referral/Consult;
Page 165 ~ Referral/Consult;
Page 166 ~ Referral/Consult;
Page 167 ~ Referral/Consult;
Page 168 ~ Referral/Consult;
Page 169 ~ Referral/Consult;
Page 170 ~ Referral/Consult;
Page 171 ~ Referral/Consult;
Page 172 ~ Referral/Consult;
Page 173 ~ Referral/Consult;
Page 174 ~ Referral/Consult;
Page 178 ~ Referral/Consult;
Page 179 ~ Referral/Consult;
```

**Attachment 2**

```
Page 180 ~ Referral/Consult;
Page 181 ~ Referral/Consult;
Page 182 ~ Referral/Consult;
Page 183 ~ Referral/Consult;
Page 184 ~ Referral/Consult;
Page 185 ~ Referral/Consult;
Page 186 ~ Referral/Consult;
Page 187 ~ Referral/Consult;
Page 188 ~ Referral/Consult;
Page 189 ~ Referral/Consult;
Page 190 ~ Referral/Consult;
Page 191 ~ Referral/Consult;
Page 192 ~ Referral/Consult;
Page 193 ~ Referral/Consult;
Page 194 ~ Referral/Consult;
Page 195 ~ Referral/Consult;
Page 196 ~ Referral/Consult;
Page 197 ~ Referral/Consult;
Page 198 ~ Referral/Consult;
Page 199 ~ Referral/Consult;
Page 200 ~ Referral/Consult;
Page 201 ~ Referral/Consult;
Page 202 ~ Referral/Consult;
Page 203 ~ Referral/Consult;
Page 204 ~ Referral/Consult;
Page 205 ~ Referral/Consult;
Page 206 ~ Referral/Consult;
Page 207 ~ Referral/Consult;
Page 208 ~ Referral/Consult;
Page 209 ~ Referral/Consult;
Page 210 ~ Referral/Consult;
Page 249 ~ b5;
Page 250 ~ b5;
Page 251 ~ b5;
Page 252 ~ b5;
Page 253 ~ b5;
Page 254 ~ b5;
Page 255 ~ b5;
Page 256 ~ b5;
Page 257 ~ b5;
Page 258 ~ b5;
Page 259 ~ b5;
Page 260 ~ b5;
Page 261 ~ b5;
Page 262 ~ b5;
Page 263 ~ b5;
Page 264 ~ b5;
Page 265 ~ b5;
Page 266 ~ b5;
Page 267 ~ b5;
Page 268 ~ b5;
Page 269 ~ b5;
Page 275 ~ Duplicate;
Page 283 ~ Duplicate;
```

**Attachment 2**

```
Page 343 ~ Duplicate;
Page 344 ~ Duplicate;
Page 345 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

**Attachment 2**

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 19-cv-00170-CRC

Total Deleted Page(s) = 2
Page 55 ~ Duplicate;
Page 64 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

**Attachment 2**

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
Civil Action# 19-cv-00170-CRC

Total Deleted Page(s) = 8
Page 8 ~ Referral/Consult;
Page 9 ~ Referral/Consult;
Page 10 ~ Referral/Consult;
Page 11 ~ Referral/Consult;
Page 12 ~ Referral/Consult;
Page 13 ~ Referral/Consult;
Page 14 ~ Referral/Consult;
Page 15 ~ Referral/Consult;
```

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

**Attachment 2**