# ATTACHMENT 4

August 29, 2019 correspondence from DEA



**U.S. Department of Justice**
Drug Enforcement Administration
FOI/Records Management Section
8701 Morrissette Drive
Springfield, Virginia 22152

Case Number: 19-00013-PRC                          AUG **2 9** 2019

Subject: Sanchez, Ricardo (FBI - 1417523-000)
   *Chavis v. United States Department of Justice et al*, CA No. 19-0170

Referred to DEA by:  Federal Bureau of Investigation

Michael Chavis
Investigator
Federal Defender Services of Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, Tennessee 37929-9714

Dear Mr. Chavis:

    This letter responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated September 11, 2018, addressed to the Federal Bureau of Investigation (FBI).  During the processing of your request, the FBI located 12 documents totaling 79 pages generated by the Drug Enforcement Administration (DEA).  The FBI referred the records to DEA's FOIA/PA Unit on August 15, 2019.  This office has completed the review of the records referred by the FBI.

    Please be advised, 10 of the referred documents totaling 75 pages were previously withheld in response to your direct request to DEA under Case Number 18-00532-P.  The remaining two documents totaling four pages are being withheld in full pursuant to exemptions (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E), and (b)(7)(F) of the FOIA.  An additional enclosure with this letter explains these exemptions in more detail.

                              Sincerely,

                              Angela D. Hertel

                              Angela D. Hertel, Acting Chief
                              Freedom of Information/Privacy Act Unit
                              FOI/Records Management Section

Enclosure

**Attachment 4**