# ATTACHMENT 5

# DOJ-AP-001720 Appeal Details

# DOJ-AP-2019-001720 Appeal Details

| ○ | ○ | ○ | ○ | ○ |
|---|---|---|---|---|
| Submitted | Evaluation | Assignment | Processing | Closed |

## Appeal Information

| | |
|---|---|
| **Full Name** | Ms. Dana H Chavis |
| **Organization** | Federal Defender Services of Eastern Tennessee Inc. |
| **Fee Category** | N/A |
| **Date Submitted** | 01/08/2019 |
| **Estimated Date of Completion** | 02/06/2019 |
| **Final Disposition** | Undetermined |

## Description

The basis for this appeal is under agency review.

## Released Records

| Download | Title | Size (MB) | File Type | Release Date |
|---|---|---|---|---|
| | No records have been released yet. | | | |

**Attachment 5**