UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. *Chavis v. USDOJ*, *et. al*, No. 1:20-cv-638 (Sanchez v. DEA); *Chavis v. USDOJ, et al.*, No. 1:19-cv-170-CRC (Sanchez v. FBI); *Kowal v. USDOJ, et al*, No. 1:18-cv-938-TJK (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-02798-TJK (Troya v. ATF, FBI, DEA).[1]

The next status report will be filed with this Court on or before July 7, 2020.

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No. 019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: May 8, 2020

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on May 8, 2020, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America