UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's

order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case

and issues before this Court are pending in the District Court for the District of Columbia.

*Chavis v. USDOJ, et. al*, No. 1:20-cv-638 (Sanchez v. DEA); *Chavis v. USDOJ, et al.*, No. 1:19-

cv-170-CRC (Sanchez v. FBI); *Kowal v. USDOJ, et al*, No. 1:18-cv-938-TJK (Troya v. DEA);

*Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-02798-TJK (Troya v. ATF, FBI, DEA).[1]

During the course of negotiating disclosures in the lawsuit against the FBI, undersigned

counsel learned of documents relevant to Mr. Sanchez's FOIA request that are in the custody of

the Organized Crime Drug Enforcement Task Force (OCDETF). Counsel for the FBI indicated

that records have been withheld in full by the OCDETF. Based on this information, a FOIA

request has been submitted to the OCDETF.

Counsel for the FBI has stated that records related to the OCDETF investigation are not

within the scope of Mr. Sanchez's original FOIA request to the FBI and the agency will not

_____

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

search for, or produce, such records. Accordingly, new FOIA requests for records related to that investigation have been submitted to both the FBI and the DEA.

The next status report will be filed with this Court on or before January 8, 2021.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No. 019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: November 9, 2020

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on November 9, 2020, on all counsel or parties of record on the Service List below.

<u>s/Stephen M. Kissinger</u>
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America