UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. *Chavis v. USDOJ, et. al*, No. 1:20-cv-638 (Sanchez v. DEA); *Chavis v. USDOJ, et al.*, No. 1:19-cv-170 (Sanchez v. FBI); *Kowal v. USDOJ, et al*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-02798 (Troya v. ATF, FBI, DEA).[1]

On December 22, 2020, Sanchez received a response from the DEA pursuant to his second FOIA request. No records were produced to Sanchez. Sanchez will administratively appeal this denial on or before March 22, 2021.

On November 10, 2020, Sanchez received a response from the FBI acknowledging receipt of Sanchez's second FOIA request.

Sanchez's FOIA request to OCDETF is pending.

The next status report will be filed with this Court on or before March 9, 2021.

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

s/Stephen M. Kissinger
Stephen M. Kissinger, TN Bar No. 037082
Asst. Federal Community Defender
Stephen_Kissinger@fd.org

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No. 019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: January 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on January 8, 2021, on all counsel or parties of record on the Service List below.

s/Stephen M. Kissinger
Stephen M. Kissinger

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America