UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

### NOTICE OF REASSIGNMENT OF COUNSEL

Pursuant to S.D. Fla. L.R. 11.1(d)(3)(B), notice is hereby given that Assistant Federal Community Defender Mary Kincaid has been reassigned as counsel of record for Mr. Sanchez in place of Assistant Federal Community Defender Stephen M. Kissinger.

On January 4, 2021, Attorney Kincaid received a Special Bar Number and has completed the required CM/ECF training.

WHEREFORE, undersigned counsel respectfully requests that she be permitted to appear as counsel of record for Mr. Sanchez in place of Assistant Federal Community Defender Stephen M. Kissinger.

Respectfully submitted,

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

s/Mary Kincaid
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Community Defender
Molly_Kincaid@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: March 9, 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on March 9, 2021, on all counsel or parties of record on the Service List below.

s/Mary Kincaid
Mary Kincaid

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America