UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. *Chavis v. USDOJ, et al.*, No. 1:19-cv-170 (Sanchez v. FBI); *Kowal v. USDOJ, et al*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (Troya v. ATF, FBI, DEA).[1]

On April 28, 2021, the District Court entered judgment for Respondent in *Chavis v. USDOJ, et. al*, No. 1:20-cv-638 (Sanchez v. DEA).

Sanchez's administrative appeal of the denial of his second FOIA request to the FBI is pending. (Appeal number A-2021-00959)

Sanchez's administrative appeal of the denial of his second FOIA request to the DEA is pending. (Appeal number A-2021-01042)

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

Sanchez's FOIA request to OCDETF is pending.

The next status report will be filed with this Court on or before July 6, 2021.

Respectfully submitted,

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

s/Mary Kincaid
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Community Defender
Molly_Kincaid@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: May 7, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on May 7, 2021, on all counsel or parties of record on the Service List below.

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America