UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

      Movant

v.

UNITED STATES OF AMERICA,

      Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) lawsuits over disclosure of information on the case and issues before this Court are pending in the District Court for the District of Columbia. *Chavis v. USDOJ, et al.*, No. 1:19-cv-170 (Sanchez v. FBI); *Kowal v. USDOJ, et al*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (Troya v. ATF, FBI, DEA).[1] On September 2, 2021, Assistant Federal Defender Luke P. Ihnen filed a Notice of Appearance on behalf of the Plaintiff Michael Chavis in No. 1:19-cv-170.

Sanchez's appeal from the district court regarding the withholding of DEA records was docketed on June 30, 2021, as *Chavis v. DOJ, et al.*, No. 21-5150, and is pending. On August 24, 2021, Assistant Federal Defender Luke P. Ihnen filed a Notice of Appearance on behalf of the Plaintiff Michael Chavis.

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

Sanchez's administrative appeal of the denial of his second FOIA request to the FBI has been denied. (Appeal number A-2021-00959). An administrative appeal of the denial of his third FOIA request to the FBI is pending. (Appeal number A-2021-01941).

Sanchez's administrative appeal of the denial of his second FOIA request to the DEA has been denied. (Appeal number A-2021-01042).

Sanchez has filed an administrative appeal of the final response to his FOIA request from OCDETF. (Appeal number A-21-02549).

The next status report is due in 60 days, which is Saturday November 6, 2021. The next status report will be filed with this Court on the following business day, Monday November 8, 2021.

Respectfully submitted,

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

s/Mary Kincaid
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Community Defender
Molly_Kincaid@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

Dated: September 7, 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on September 7, 2021, on all counsel or parties of record on the Service List below.

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America