UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

      Movant

v.

UNITED STATES OF AMERICA,

      Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending. See e.g., *Kowal v. USDOJ*, *et al*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (D.D.C.) (Troya v. ATF, FBI, DEA).[1] Specifically:

As indicated in Mr. Sanchez's previous status reports, pursuant to FOIA, Mr. Sanchez's investigator, Michael Chavis, sought records "pertaining to the investigation of the murder of Escobedo family" from the FBI, (number A-2021-01941), the DEA, (number A-2021-01042), and the Organized Crime and Drug Enforcement Task Force (OCDETF), (number A-21-02549). On March 7, 2022, Mr. Chavis filed a complaint in the United States District Court for the District of Columbia against the three agencies—FBI, DEA, and OCDETF—alleging improper

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

withholding of agency records and failure to conduct a reasonable search. See *Chavis v. USDOJ*, *et al*, No. 1:22-cv-00618 (D.D.C).

The next status report is due in 60 days, which is Saturday May 7, 2022. The status report will be filed on Friday May 6, 2022.

Respectfully submitted,

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis
FL Bar No. 104752, TN Bar No.019098
Asst. Federal Community Defender
Dana_Hansen@fd.org

s/Mary Kincaid
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Community Defender
Molly_Kincaid@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on March 8, 2022, on all counsel or parties of record on the Service List below.

s/Dana C. Hansen Chavis
Dana C. Hansen Chavis

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America