UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

      Movant

v.

UNITED STATES OF AMERICA,

      Respondent

_____/

## NOTICE OF REASSIGNMENT AND SUBSTITUTION OF COUNSEL

Under S.D. Fla. L.R. 11.1(d)(3)(B) and 4(d), notice is given that Assistant Federal Defender Luke P. Ihnen has been reassigned as counsel of record for Mr. Sanchez in place of Assistant Federal Defender Dana C. Hansen Chavis.

On February 27, 2017, the Court ordered that the Federal Defender Services of Eastern Tennessee be substituted in as counsel of record to represent Movant, Ricardo Sanchez in his current federal habeas corpus proceedings. (ECF 63.)

On March 10, 2017, Assistant Federal Defender Stephen Kissinger filed a notice of appearance of counsel with the court and on September 21, 2017, Dana C. Hansen Chavis, CHU Supervising Attorney, also filed a notice of appearance. (ECF. 65 and 70.)   On March 09, 2021, Assistant Federal Defender Mary Kincaid filed a Notice of Reassignment of Counsel requesting that she be permitted to appear as counsel of record for Mr. Sanchez in place of Assistant Federal Defender Stephen Kissinger. (ECF. 130)

On July 18, 2022, Mr. Ihnen was issued a Special Bar Number from the Attorneys Admissions clerk and has also completed the CM/ECF training as required.

Assistant Federal Defender Luke P. Ihnen is hereby reassigned this matter and is substituting in as counsel of record for Movant, Ricardo Sanchez, in the above-entitled case, in place of attorney Dana C. Hansen Chavis. Mr. Ihnen therefore makes an appearance in this case and requests that all future actions regarding this matter be directed to undersigned counsel either via CM/ECF or at counsel's listed address.

WHEREFORE, undersigned counsel respectfully requests that he be permitted to appear as counsel of record for Mr. Sanchez in place of Assistant Federal Defender Dana C. Hansen Chavis.

Respectfully submitted this 18th day of August 2022.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

BY: /s/Luke P. Ihnen
Luke P. Ihnen, Assistant Federal Defender
Special Bar No. A5502924, TN Bar No. 035190
Federal Defender Services Of Eastern Tennessee
800 S. Gay St., Ste. 2400, Knoxville, TN 37929
Telephone: (865) 637-7979
Luke_Ihnen@fd.org

BY: /s/Mary Kincaid
Mary Kincaid, Assistant Federal Defender
Special Bar No. A5502726, AZ Bar No. 030837
Federal Defender Services Of Eastern Tennessee
800 S. Gay St., Ste. 2400, Knoxville, TN 37929
Telephone: (865) 637-7979
Molly_Kincaid@fd.org

Attorneys for Ricardo Sanchez

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on August 18, 2022, on all counsel or parties of record on the Service List below.

/s/Nancy Hernandez
Nancy Hernandez, Paralegal

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Evelio J. Yera, Assistant United States Attorney
e.j.yera@usdoj.gov
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Telephone: (561) 209-1052
Facsimile: (561) 536-7214

Attorneys for Respondent United States of America