UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

**STATUS REPORT**

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending. *See e.g.*, *Kowal v. USDOJ*, *et al.*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (D.D.C.) (Troya v. ATF, FBI, DEA).[1]

Additionally, a Freedom of Information Act action for records in the custody of the FBI, the DEA, and the Organized Crime and Drug Enforcement Task Forces (OCDETF) "pertaining to the investigation of the murder of the Escobedo family" is pending in the United States District Court for the District of Columbia. *See Chavis v. USDOJ*, *et al.*, No. 1:22-cv-00618 (TJK). A joint status report was filed by the parties on August 29, 2022.

As a part of that action, the FBI's FOIA office has identified 1300 potentially responsive pages that need to be reviewed. Pursuant to its standard process, the FBI will review 500 pages per

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

month. The FBI anticipates making its first production by September 30, 2022 and will provide monthly interim productions until processing is complete.

As to the DEA request, parties are discussing the scope. As to the OCDETF request, the agency is reviewing the FOIA request to identify potentially responsive documents.

The next status report is due in 60 days, which is **November 01, 2022.**

Respectfully submitted,

s/Mary Kincaid
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Community Defender
Molly_Kincaid@fd.org

s/Luke P. Ihnen
Luke P. Ihnen
Special Bar No. A5502924, TN Bar No. 035190
Asst. Federal Community Defender
Luke_Ihnen@fd.org

Federal Defender Services
 of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999

Attorneys for Movant Ricardo Sanchez, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on September 2, 2022, on all counsel or parties of record on the Service List below.

/s/Nancy Hernandez
Nancy Hernandez, Paralegal

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Evelio J. Yera, Assistant United States Attorney
e.j.yera@usdoj.gov
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Telephone: (561) 209-1052
Facsimile: (561) 536-7214

Attorneys for Respondent United States of America