UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80693-CV-BLOOM

RICARDO SANCHEZ, JR.,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

    Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause.  Prior counsel for the United States, Assistant United States Attorney Evelio Jesús Yera, is no longer counsel of record for the United States in this matter.

                    Respectfully submitted,

                    JUAN ANTONIO GONZALEZ
                    UNITED STATES ATTORNEY

By:  */s/ Marty Fulgueira Elfenbein*
         MARTY FULGUEIRA ELFENBEIN
         Assistant United States Attorney
         Florida Bar No. 0020891
         99 Northeast 4th Street
         Miami, Florida 33132-2111
         Tel: (305) 961-9112
         Email: Marta.Elfenbein@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2022, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to received electronically Notices of Electronic Filing.

                                               */s/ Marty Fulgueira Elfenbein*
                                             MARTY FULGUEIRA ELFENBEIN
                                             Assistant United States Attorney

**SERVICE LIST**

| Party | Counsel |
|---|---|
| Defendant | Luke P. Ihnen<br>Federal Defender Services of Eastern Tennessee, Inc.<br>800 S. Gay Street, Suite 2400<br>Knoxville, Tn 37929<br>Tel: (865) 637-7979<br>Email: Luke_Ihnen@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF**<br><br>Mary Kincaid<br>Federal Defender Services of Eastern Tennessee, Inc.<br>800 S. Gay Street, Suite 2400<br>Knoxville, TN 37929<br>Tel: (865) 637-7979<br>Email: Molly_Kincaid@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |