UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending. *See e.g.*, *Kowal v. USDOJ, et al.*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (D.D.C.) (Troya v. ATF, FBI, DEA).[1]

Additionally, a Freedom of Information Act action for records in the custody of the FBI, the DEA, and the Organized Crime and Drug Enforcement Task Forces (OCDETF) "pertaining to the investigation of the murder of the Escobedo family" is pending in the United States District Court for the District of Columbia. *See Chavis v. USDOJ*, et al., No. 1:22-cv-00618 (TJK). A joint status report was filed by the parties on January 06, 2023.  The parties next joint status report is due on April 06, 2023.

As a part of that action, the FBI's FOIA office has identified 1300 potentially responsive pages that need to be reviewed, as some pages may be out of scope or duplicative. The FBI made

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

its first production of 103 pages on September 30, 2022. They made their second production of 173 pages on October 30, 2022, their third production of 170 pages on November 30, 2022, their fourth, fifth and sixth production were made on December 27, 2022, January 31, 2023 and February 28, 2023, respectively.  The FBI will continue to provide monthly interim productions until processing is complete.

As to the DEA request, parties are discussing the scope of the request. As to the OCDETF request, the agency is reviewing the FOIA request to identify potentially responsive documents and to formulate a production schedule.

The next status report is due on or before May 01, 2023.

Respectfully submitted,

/s/Luke P. Ihnen
Special Bar No. A5502924, TN Bar No. 035190
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Community Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
luke_ihnen@fd.org
molly_kincaid@fd.org

Attorneys for Movant Ricardo Sanchez, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on March 02, 2023, on all counsel or parties of record on the Service List below.

/s/Nancy Hernandez
Nancy Hernandez, Paralegal

**SERVICE LIST**

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Marty Fulgueira Elfenbein, Assistant United States Attorney
Marta.Elfenbein @usdoj.gov
United States Attorney's Office
99 Northeast 4th Street
Miami, FL 33132
Telephone: (301) 961-9112

Attorneys for Respondent United States of America

3