UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending. *See e.g.*, *Kowal v. USDOJ, et al.*, No. 1:18-cv-938 (Troya v. DEA); *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (D.D.C.) (Troya v. ATF, FBI, DEA).[1]

Additionally, a Freedom of Information Act action for records in the custody of the FBI, the DEA, and the Organized Crime and Drug Enforcement Task Forces (OCDETF) "pertaining to the investigation of the murder of the Escobedo family" is pending in the United States District Court for the District of Columbia. *See Chavis v. USDOJ, et al.*, No. 1:22-cv-00618 (TJK). A joint status report was filed by the parties on October 06, 2023.  The parties next joint status report is due on January 08, 2024.

As a part of that action, the FBI's FOIA office has produced a number of documents; however, they are extensively redacted. Now that the FBI has made its sixth and final production

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

and has completed processing records it feels are responsive to Mr. Sanchez's FOIA request, Mr. Sanchez is preparing litigation to seek to have some of those records unredacted.

As part of that action, the parties are also discussing the scope of the DEA request and whether it can be dismissed from the suit. As to the OCDETF request, the agency has issued an updated production, and Mr. Sanchez is preparing to litigate issues pertaining to those documents.

Finally, Mr. Sanchez has relatively new counsel, and counsel have been reviewing the voluminous documents, evidence, and prior proceedings in the habeas case as well as the FOIA matters that predated their appearance as counsel. Upon evaluation of the proceedings in *Chavis v. USDOJ, et al., No. 1:19-cv-00170-CJN*, undersigned counsel determined it prudent to agree to dismiss that case to narrow the scope of the information sought through FOIA. To that end, Mr. Sanchez entered a stipulation with the government to dismiss this distinct matter on June 8, 2023. A Stipulation of Dismissal was subsequently filed on June 8, 2023, dismissing the matter. [Doc. 43].

As part of counsel's effort to streamline the FOIA information gathering process, undersigned counsel has subsequently submitted additional, more narrowly tailored FOIA requests as were deemed necessary.

The next status report is due on or before December 29, 2023.

Respectfully submitted,

*/s/Mary Kincaid*
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
*/s/Luke P. Ihnen*
Special Bar No. A5502924, TN Bar No. 035190
Asst. Federal Community Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
luke_ihnen@fd.org
molly_kincaid@fd.org

Attorneys for Movant Ricardo Sanchez, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on October 27, 2023, on all counsel or parties of record on the Service List below.

/s/Nancy Hernandez
Nancy Hernandez, Paralegal

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Marty Fulgueira Elfenbein, Assistant United States Attorney
Marta.Elfenbein @usdoj.gov
United States Attorney's Office
99 Northeast 4th Street
Miami, FL 33132
Telephone: (301) 961-9112

Attorneys for Respondent United States of America