**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-80693-BLOOM**

RICARDO SANCHEZ, Jr.,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

**ORDER ON STATUS REPORT**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 18, 2019 the Court entered an order staying proceedings in the above-styled action pending resolution of an existing FOIA lawsuit filed by Troya in *Kowal v. United States Department of Justice & United States Drug Enforcement Administration*, No. 1:18-cv-938 (D.D.C. 2018). ECF No. [118] at 3. In the interim, the Court ordered Ricardo Sanchez, Jr. ("Movant") to continue to provide the Court with a status report every sixty (60) days. *Id.* On October 27, 2023, counsel for movant filed a status report. ECF No. [151]. The next status report was due on or before December 29, 2023, but to date, the next status report has not been filed.

Accordingly, it is **ORDERED AND ADJUDGED** that the Movant shall comply with the Court's July 18, 2019 Order, ECF No. [118], and file a status report no later than January 8, 2024.

Case No. 16-cv-80693-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 3, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2