UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM
Capital Case – no execution date scheduled

RICARDO SANCHEZ, Jr.,

Movant

v.

UNITED STATES OF AMERICA,

Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending. On July 16, 2024, the United States Court of Appeals for the District of Columbia Circuit affirmed the lower court's order granting the defendants' motion for summary judgment in *Kowal v. USDOJ, et al.*, No. 1:18-cv-938 (Troya v. DEA) and *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (D.D.C.) (Troya v. ATF, FBI, DEA).[1] The mandate in both cases was issued September 25, 2024. The status of these cases is still pending as counsel for Mr. Troya is still deciding what, if any, further action is appropriate to take in these cases.

Additionally, a FOIA action for records in the custody of the FBI, the DEA, and the Organized Crime and Drug Enforcement Task Forces (OCDETF) "pertaining to the investigation of the murder of the Escobedo family" filed by Mr. Sanchez is pending in the United States District Court for the District of Columbia. *See Chavis v. USDOJ, et al.*, No. 1:22-cv-00618 (TJK). A joint

---

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

status report was filed by the parties on July 07, 2024.  The parties next joint status report is due on November 12, 2024.

As a part of that action, the FBI's FOIA office has produced a number of documents; however, they are extensively redacted. Now that the FBI has made its sixth and final production and has completed processing records it feels are responsive to Mr. Sanchez's FOIA request, Mr. Sanchez is preparing litigation to seek to have some of those records unredacted. Also part of that action, the parties are discussing the scope of the DEA request and whether it can be dismissed from the suit. As to the OCDETF request, the agency has issued an updated production, and Mr. Sanchez is preparing to litigate issues pertaining to those documents.

As part of counsel's effort to streamline the FOIA information gathering process, undersigned counsel has subsequently submitted additional, more narrowly tailored FOIA requests as were deemed necessary. Mr. Sanchez anticipates filing a complaint in this calendar year regarding his additional FOIA requests. (FBI Appeal A-2024-00376 denied 05/16/2024; FBI Appeal A-2024-00663 denied 10/17/2024; DEA Appeal A-2024-00664 denied 09/10/2024; and ATF Appeal A-2024-00665 denied 09/23/2024).

The next status report is due on or before December 28, 2024.

Respectfully submitted,


*/s/Mary Kincaid*
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
*/s/Luke P. Ihnen*
Special Bar No. A5502924, TN Bar No. 035190
Asst. Federal Community Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
luke_ihnen@fd.org
molly_kincaid@fd.org

Attorneys for Movant Ricardo Sanchez, Jr.

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on October 29, 2024, on all counsel or parties of record on the Service List below.

/s/Nancy Hernandez
Nancy Hernandez, Paralegal

## SERVICE LIST

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Antoinette T. Bacon, Assistant United States Attorney
Antoinette.t.bacon@usdoj.gov
United States Attorney's Office
99 Northeast 4th Street
Miami, FL 33132
Telephone: (301) 961-9000

Attorneys for Respondent United States of America

4