**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-80693-CV-BLOOM**

RICARDO SANCHEZ,

        Petitioner,

v.


UNITED STATES OF AMERICA,

        Respondent.

_____/


## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. Prior counsel for the United States, Assistant United States Attorney Antoinette Bacon, is no longer counsel of record in this matter.


        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY


By:   s/Susan R. Osborne_____
       SUSAN R. OSBORNE
       ASSISTANT UNITED STATES ATTORNEY
       Court No. A5500797
       500 S. Australian Avenue, Suite 400
       West Palm Beach, FL 33401
       susan.osborne@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing United States' Notice of

Reassignment with the Clerk of the Court using CM/ECF on March 14, 2025.


s/ Susan R. Osborne
Susan R. Osborne
Assistant United States Attorney