UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

Movant

v.

UNITED STATES OF AMERICA,

Respondent

_____/

**STATUS REPORT**

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending. On July 16, 2024, the United States Court of Appeals for the District of Columbia Circuit affirmed the lower court's order granting the defendants' motion for summary judgment in *Kowal v. USDOJ*, *et al.*, No. 1:18-cv-938 (Troya v. DEA) and *Kowal v. USDOJ, ATF, FBI, and DEA*, No. 1:18-cv-2798 (D.D.C.) (Troya v. ATF, FBI, DEA).[1] The mandate in both cases was issued September 25, 2024. Counsel for Mr. Troya filed a Petition for Writ of Certiorari with the United States Supreme Court on January 03, 2025 (Case 24-6692).  The United States Supreme Court denied the petition for cert on June 23, 2025, thus concluding the FOIA proceedings regarding Mr. Troya.  *Kowal v. USDOJ*, *et al.*, ___S.Ct.___, 2025 WL1727418 (June 23, 2025) (Mem).

Additionally, a FOIA action for records in the custody of the FBI, the DEA, and the Organized Crime and Drug Enforcement Task Forces (OCDETF) "pertaining to the investigation

_____

[1] Daniel Troya files updates on the *Kowal* cases with this Court in case number 16-80700.

of the murder of the Escobedo family" filed by Mr. Sanchez was dismissed with prejudice via a stipulation by the parties on January 13, 2025, in the United States District Court for the District of Columbia. *See Chavis v. USDOJ, et al.*, No. 1:22-cv-00618 (TJK).

As part of counsel's effort to streamline the FOIA information gathering process, undersigned counsel has subsequently submitted additional, more narrowly tailored FOIA requests as were deemed necessary. Mr. Sanchez has filed a new complaint with the United States District Court for the District of Columbia regarding his additional FOIA requests. (FBI Appeal A-2024-00376 denied 05/16/2024; FBI Appeal A-2024-00663 denied 10/17/2024; DEA Appeal A-2024-00664 denied 09/10/2024; and ATF Appeal A-2024-00665 denied 09/23/2024). *See Sanchez v. USDOJ, et al.*, No. 1:25-cv-01976.

As this Court is aware, Mr. Sanchez received a Presidential commutation on December 23, 2024, and as such Counsel for Mr. Sanchez is determining the next steps in all of Mr. Sanchez's active cases.

The next status report is due on or before August 29, 2025.

Respectfully submitted,


*/s/Mary Kincaid*
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Public Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
molly_kincaid@fd.org

*/s/Luke P. Ihnen*
Special Bar No. A5502924, TN Bar No. 035190
Asst. Federal Public Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
luke_ihnen@fd.org

Attorneys for Movant Ricardo Sanchez, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on June 30, 2025, on all counsel or parties of record on the Service List below.

/s/Nancy Hernandez
Nancy Hernandez, Paralegal

**SERVICE LIST**

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Susan R. Osborne, Assistant United States Attorney
Susan.Osborne@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America