UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80693-CIV-BLOOM

RICARDO SANCHEZ, Jr.,

        Movant

v.

UNITED STATES OF AMERICA,

        Respondent

_____/

## STATUS REPORT

Movant, Ricardo Sanchez, Jr., through undersigned counsel and pursuant to this Court's order, ECF No. [112], provides the following status report:

Freedom of Information Act (FOIA) actions over disclosure of information on the case and issues before this Court are pending.  Additionally, a FOIA action for records in the custody of the FBI, the DEA, and the Organized Crime and Drug Enforcement Task Forces (OCDETF) "pertaining to the investigation of the murder of the Escobedo family" filed by Mr. Sanchez was dismissed with prejudice via a stipulation by the parties on January 13, 2025, in the United States District Court for the District of Columbia. *See Chavis v. USDOJ, et al.*, No. 1:22-cv-00618 (TJK).

In 2005, Mr. Sanchez filed a complaint with the United States District Court for the District of Columbia regarding his additional FOIA requests. The Government filed its Answer on September 03, 2025.  (FBI Appeal A-2024-00376 denied 05/16/2024; FBI Appeal A-2024-00663 denied 10/17/2024; DEA Appeal A-2024-00664 denied 09/10/2024; and ATF Appeal A-2024-00665 denied 09/23/2024).  *See Sanchez v. USDOJ, et al.*, No. 1:25-cv-01976 (AHA). On February 27, 2026, the Court issued a Minute Order and set dates based on the parties joint status report that was filed on February 26, 2026.  Pursuant to the Court's order, the Defendants were ordered to file

a Premotion Statement by March 13, 2026, and the Plaintiff was ordered to file a response within 14 days of the filing of the Defendants Premotion Statement.  (Minute Order filed February 27, 2026.)  On March 04, 2026, the Defendants filed a Motion for Extension of Time to File Premotion Statements seeking a 30-day extension. (Doc. 19).  The Defendants proposed new dates for both parties.  Defendants pre-motion statement would be due April 13, 2026, and Plaintiff's response statement would be due April 27, 2026.  (Doc. 19, ¶ 2). The Court granted the Defendants' Motion for Extension of Time on March 05, 2026.

The Defendants filed their Premotion Statement on April 13, 2026.  (Doc. 20).  The Plaintiff's Response Statement is due April 27, 2026.  The Plaintiff must also indicate in his Response an agreed upon date and time for which the parties are available for a pre-motion conference with the Court.  Plaintiff shall also indicate in his Response a joint proposed briefing schedule for the Motion for Summary Judgment.  (Doc. 19, ¶ 2).   The Court will either schedule a pre-motion conference or set a briefing schedule for the Motion for Summary Judgment.

As this Court is aware, Mr. Sanchez received a Presidential commutation on December 23, 2024, and as such Counsel for Mr. Sanchez is determining the next steps in all of Mr. Sanchez's active cases.

The next status report is due on or before June 22, 2026.

Respectfully submitted,

*/s/Mary Kincaid*
Mary Kincaid
Special Bar No. A5502726, AZ Bar No. 030837
Asst. Federal Public Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
molly_kincaid@fd.org

*/s/Luke P. Ihnen*
Special Bar No. A5502924, TN Bar No. 035190
Asst. Federal Public Defender
Federal Defender Services
of Eastern Tennessee, Inc.
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
Telephone: (865) 637-7979
Facsimile: (865) 637-7999
luke_ihnen@fd.org

Attorneys for Movant Ricardo Sanchez, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically by the Court's CM/ECF service on April 21, 2026, on all counsel or parties of record on the Service List below.

/s/_Nancy Hernandez_____
Nancy Hernandez, Paralegal

**SERVICE LIST**

Stephen Carlton, Assistant United States Attorney
Stephen.Carlton@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Stephanie D. Evans, Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526


Susan R. Osborne, Assistant United States Attorney
Susan.Osborne@usdoj.gov
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526

Attorneys for Respondent United States of America