**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 16-cv-80693-BLOOM

RICARDO SANCHEZ, Jr.,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## <u>NOTICE OF APPEARANCE</u>

     The United States of America, through its undersigned Assistant United States Attorney,

respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney

Alicia Shick be informed of all future filings in the above-captioned case.

                                      Respectfully submitted,

                                      JASON A. REDING QUIÑONES
                                      UNITED STATES ATTORNEY

     By:    *s/Alicia E. Shick*_____
            Alicia E. Shick
            Assistant United States Attorney
            Florida Bar No. 124842
            U.S. Attorney's Office
            500 E Broward Boulevard
            7th Floor
            Ft. Lauderdale, FL 33394
            Tel: (954) 660-5793
            Email: Alicia.shick@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

*s/ Alicia E. Shick*
Alicia E. Shick
Assistant U.S. Attorney